# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-22702-KMW

CORI ANN GINSBERG, NOAH MALGERI,
KALYN WOLF, BILL WILSON, SHANNON
HOOD, and ROBERT MCKEOWN on behalf
of themselves and all others similarly situated,

        Plaintiffs,

    vs.

VITAMINS BECAUSE LLC, CT HEALTH
SOLUTIONS LLC, WE LIKE VITAMINS
LLC, GMAX CENTRAL LLC, and
ASQUARED BRANDS LLC,

        Defendants.

_____

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF MALGERI AND *ONLY* DEFENDANT, WE LIKE VITAMINS LLC

Pursuant to the electronic mail instructions provided by Cathy Liu, Law Clerk to Honorable Kathleen M. Williams, on November 5, 2019, Plaintiff, Noah Malgeri and Defendant, We Like Vitamins LLC, jointly hereby provide notice and state that Plaintiff, Noah Malgeri has entered into a private confidential settlement agreement ***only*** with Defendant, We Like Vitamins LLC to settle his claims asserted ***only*** against Defendant, We Like Vitamins LLC. All other claims asserted in this action by Plaintiffs, including claims asserted by Plaintiff, Noah Malgeri, against all other Defendants remain pending and are not affected by this settlement agreement.

**Date: November 6, 2019**

By: _/s/ Barbara Perez_
   Tod Aronovitz (FBN 186430)
   Barbara Perez (FBN 989304)
   **ARONOVITZ LAW**
   2 South Biscayne Boulevard
   One Biscayne Tower, Suite 3700
   Miami, FL 33131
   Tel: 305-372-2772
   Fax: 305-397-1886
   ta@aronovitzlaw.com
   bp@aronovitzlaw.com

   Jay I. Brody (Admitted *Pro Hac Vice*)
   Gary S. Graifman (Admitted *Pro Hac Vice*)
   **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
   747 Chestnut Ridge Road
   Chestnut Ridge, New York 10977
   Tel: 845-356-2570
   ggraifman@kgglaw.com
   jbrody@kgglaw.com

   Nicholas A. Migliaccio
   Jason S. Rathod
   **MIGLIACCIO & RATHOD LLP**
   412 H Street N.E., Ste. 302
   Washington, DC 20002
   Tel: 202-470-3520
   nmigliaccio@classlawdc.com

   *Counsel for Plaintiffs Cori Ann Ginsberg, Noah Malgeri, and Bill Wilson*

By: *s/ Joshua A. Migdal*
   Joshua A. Migdal (FBN 19136)
   Donald J. Hayden (FBN 097136)
   Yaniv Adar, Esq. (FBN 63804)
   **MARK MIGDAL & HAYDEN**
   80 S.W. 8th Street, Suite 1999
   Miami, Florida 33130
   Telephone: (305) 374-0440
   josh@markmigdal.com
   don@markmigdal.com
   yaniv@markmigdal.com
   eservice@markmigdal.com

   *Counsel for We Like Vitamins LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some manner authorized (either by E-Mail or U.S. Mail) for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Barbara Perez*

**SERVICE LIST**
Ginsberg, et al. vs. Vitamins Because, LLC, et al.
Case No.: 19-cv-022702-KMW

**Attorneys for PLAINTIFFS**:

Tod Aronovitz (FBN 186430)
Barbara Perez (FBN 989304)
**ARONOVITZ LAW**
2 South Biscayne Boulevard
One Biscayne Tower, Suite 3700
Miami, FL 33131
Tel: 305-372-2772
Fax: 305-397-1886
ta@aronovitzlaw.com
bp@aronovitzlaw.com

Jay I. Brody (Admitted *Pro Hac Vice*)
Gary S. Graifman (Admitted *Pro Hac Vice*)
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Tel: 845-356-2570
ggraifman@kgglaw.com
jbrody@kgglaw.com

Nicholas A. Migliaccio
Jason S. Rathod
**MIGLIACCIO & RATHOD LLP**
412 H Street N.E., Ste. 302
Washington, DC 20002
Tel: 202-470-3520
nmigliaccio@classlawdc.com

**Attorneys for DEFENDANTS:**

*Defendants*, **VITAMIN BECAUSE LLC and CT HEALTH SOLUTIONS LLC:**

David S. Johnson (FBN 96423)
**JOHNSON DABOLL ANDERSON, PLLC**
2011 W. Cleveland Street, Suite F
Tampa, Florida 33606
Tel: 813-377-2499
Fax: 813-330-3156
djohnson@jdalegal.com

*Defendant*, **WE LIKE VITAMINS LLC:**

Joshua A. Migdal (FBN 19136)
Donald J. Hayden (FBN 097136)
Yaniv Adar (FBN 63804)
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Tel: 305-374-0440
josh@markmigdal.com
don@markmigdal.com
yaniv@markmigdal.com
eservice@markmigdal.com

*Defendant*, **GMAX CENTRAL LLC:**

Clinton S. Payne (FBN 0044644)
Barbara Fernandez (FBN 493767)
**HINSHAW & CULBERTSON LLP**
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Tel: 305-358-7747
Fax: 305-577-1063
cpayne@hinshawlaw.com
bfernandez@hinshawlaw.com
dconnolly@hinshawlaw.com

4

***Defendant*, ASQUARED BRANDS LLC:**

Alessandro A. Apolito (FBN 0084864)
**LIPPES MATHIAS WEXLER FRIEDMAN LLP**
822 N. A1A, Suite 101
Ponte Vedra Beach, Florida 32082
Tel: 904-660-0020
Fax: 904-660-0029
aapolito@lippes.com

Brendan H. Little (Admitted *Pro Hac Vice*)
**LIPPES MATHIAS WEXLER FRIEDMAN LLP**
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Tel: 716-853-5100
blittle@lippes.com