UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CORI ANN GINSBERG, NOAH MALGERI,
KAYLYN WOLF, BILL WILSON, SHANNON
HOOD, and ROBERT MCKEOWN, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

Case No.:  1:19-cv-22702-KMV

VITAMINS BECAUSE, LLC, CT HEALTH
SOLUTIONS LLC, WE LIKE VITAMINS LLC,
and ASQUARED BRANDS LLC,

    Defendants.

_____/

## VITAMINS BECAUSE AND CT HEALTH SOLUTIONS' ANSWER AND AFFIRMATIVE DEFENSES TO GMAX CENTRAL'S CROSS CLAIM

Defendants, Vitamins Because, LLC and CT Health Solutions, LLC (unless otherwise noted, collectively "Vitamins Because"), responds to the correspondingly numbered paragraphs of Gmax Central's Cross Claim [Dkt.87 at pp. 25 – 27].

1. Vitamins Because moves to strike this paragraph because it is an improper shotgun pleading that does not put Vitamins Because on notice of what allegations are being asserted against it. This paragraph also violates Rule 8(d)(1), Fed. R. Civ. P., which requires that each allegation be simple, concise and direct.

2. The allegations in this paragraph represent the legal conclusions of the pleader to which a response is not required.  To the extent any of the allegations in this paragraph could be deemed factual, denied.

3. Denied.

4.      The allegations in this paragraph represent the legal conclusions of the pleader to which a response is not required. To the extent any of the allegations in this paragraph could be deemed factual, denied.

5.      The allegations in this paragraph represent the legal conclusions of the pleader to which a response is not required. To the extent any of the allegations in this paragraph could be deemed factual, denied.

6.      The allegations in this paragraph represent the legal conclusions of the pleader to which a response is not required. To the extent any of the allegations in this paragraph could be deemed factual, denied.  Vitamins Because moves to strike Gmax's claim for attorneys' fees because there is no basis in fact or law for that claim and Gmax failed to identify any contract or statute that would permit Gmax to recover attorney's fees from Vitamins Because.

**AFFIRMATIVE DEFENSES**

First Affirmative Defense

Gmax's Cross Claim fails to state a claim upon which relief can be granted and must be dismissed. In fact, Gmax's purported Cross Claim is so poorly pled that Vitamins Because does not know what actual claims Gmax is asserting or the basis for that clam.

Second Affirmative Defense

Gmax is not wholly without fault and, therefore, its claims fail matter of law.

Third Affirmative Defense

To the extent Gmax may be attempting to assert a claim for common law indemnification, that clam is barred by the economic loss rule.

Fourth Affirmative Defense

Gmax appears to claim that it is entitled to indemnification and contribution pursuant to a contract between the parties (*see* ¶ 5) but no such contract exists and Gmax failed to pled the existence of any contract providing for such relief. Gmax's claims fail, therefore, to state a cause of action and should be dismissed. The fact is, the agreement that does exist between Gmax and Vitamins Because requires Gmax to indemnify Vitamins Because. Vitamins Because specifically reserves its right to pursue Gmax for indemnification following the conclusion of this case.

**Demand for Jury Trial**

Vitamins Because demands a trial by jury on all issues so triable.

Dated: May 27, 2020                                    Respectfully submitted,

*/s/David S. Johnson*
David S. Johnson     FBN  096423
Scott W. Anderson    FBN  738311
JOHNSON DABOLL ANDERSON, PLLC
2011 W Cleveland Street, Suite F
Tampa, Florida 33606
Telephone: (813) 377-2499
Fax: (813) 330-3156
djohnson@jdalegal.com
sanderson@jdalegal.com
aglisson@jdalegal.com

*Counsel for Vitamins Because and CT Health Solutions*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of May, 2020 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of this filing to the following counsel of record on the attached service list.

*/s/David S. Johnson*

## SERVICE LIST

Attorneys for Plaintiffs:
Tod Aronovitz (FBN 186430)
Barbara Perez (FBN 989304)
ARONOVITZ LAW
2 South Biscayne Boulevard
One Biscayne Tower, Suite 3700
Miami, FL 33131
Tel: 305-372-2772 Fax: 305-397-1886
ta@aronovitzlaw.com
bp@aronovitzlaw.com

Jay I. Brody (Admitted Pro Hac Vice
Gary S. Graifman (Admitted Pro Hac Vice)
KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.
747 Chestnut Ridge Road Chestnut Ridge
New York 10977
Tel: 845-356-2570
ggraifman@kgglaw.com
jbrody@kgglaw.com

Nicholas A. Migliaccio
Jason S. Rathod
MIGLIACCIO & RATHOD LLP
412 H Street N.E., Ste. 302
Washington, DC 20002
Tel: 202-470-3520
nmigliaccio@classlawdc.com

Brendan H. Little
LIPPES MATHIAS WEXLER
FRIEDMAN, LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Tel: 716-853-5100
blittle@lippes.com

Alessandro A. Apolito
LIPPES MATHIAS WEXLER
FRIEDMAN, LLP
822 US Highway A1A, Suite 101
Ponte Vedra Beach, FL 32082
Tel: 904-660-0020
aapolito@lippes.com
Attorneys for ASquared Brands,

Leon N. Patricios (FBN 0012777)
ZIMPANO PATRICIOS, P.A.
312 Minorca Ave.
Coral Gables, FL 33134
Tel: 305-444-5565
Fax: 305-444-8588
lpatricios@zplaw.com
jzumpano@zplaw.com

Richard J. Oparil (admitted *pro hac vice*)
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Ave., NW
Suite 1000
Washington, DC 20006
T:  202-677-4030
Richard.oparil@agg.com
Attorneys for GMAX Central, LLC