# Exhibit B

Case 1:19-cv-22702-KMW   Document 129-2   Entered on FLSD Docket 08/04/2020   Page 2 of 2

8/3/2020    Amazon.com: BoostCeuticals SAM e 90 1500mg Daily Dose Ideal No Additives Same Supplement - Vegan - Non GMO Gluten Free Pure ...

All ▼  sam-e

Hello, Kantrowitz
Account & Lists ▼

Returns & Orders

Try Prime ▼

1 Cart

Deliver to Kantrowitz
Chestnut ... 10977

Browsing History ▼   Whole Foods   Pantry   Buy Again   Gift Cards   Find a Gift

No annual credit card fee

**Health & Personal Care**   Household Supplies   Vitamins & Diet Supplements   Baby & Child Care   Health Care   Sports Nutrition   Sexual Wellness

Students, EBT, and Medicaid cardholders save 50% on Prime

‹ Back to results

You last purchased this item on May 9, 2019.
Size: 90 | View this order



Roll over image to zoom in

**BoostCeuticals SAM e 90 1500mg Daily Dose Ideal No Additives Same Supplement - Vegan - Non GMO Gluten Free Pure Natural Sam e Supplement**
by BoostCeuticals

259 ratings
| 22 answered questions

List Price: $39.99
Price: **$36.99** ($0.41 / Count)
& FREE Shipping.
Details
You Save: $3.00 (8%)

**Get 40% off when you use American Express Membership Rewards points.** Maximum discount $50. See terms.

Size: **90**

- FEEL IN CONTROL WITH PURE NO ADDITIVES SAMe – Don't settle for potentially harmful additives like stearates or less potent SAMe 400mg 1200mg daily dose. Imagine your life with Boostceuticals 500mg per capsule 1500mg daily dose Sam e instead, a superior natural & vegan mood support supplement for cognitive health and proven joint support - SAMe ( s adenosyl methionine ) proven with clinical trials over decades works better than some prescription medications for benefits without the side effects*
- MAXIMUM STRENGTH MOOD & JOINT COMFORT SAMe –Not 200mg or SAM e 400mg per capsule but highest strength Sam e 500mg per capsule – take Same or s-adenosyl

One-time purchase: $36.99

**Subscribe & Save:**
5%   10%
$35.14 ($0.39 / Count)

Save 5% now and up to 10% on repeat deliveries.
• No fees
• Cancel anytime
Learn more
**Get it Wednesday, Aug 12**

In Stock.

Qty: 1

Deliver every:
2 months (Most common)

Set Up Now

Auto-deliveries sold by BoostCeuticals and Fulfilled by Amazon

Add to List

Add to Wedding Registry

Share

Have one to sell?
Sell on Amazon

456

Sponsored