# Exhibit C

| | Health, Household & Baby Care ▼ | sam-e | | Hello, Kantrowitz<br>Account & Lists ▼ | Returns<br>& Orders | Try Prime ▼ | 1 Cart |

Deliver to Kantrowitz
Chestnut ... 10977

Browsing History ▼  Whole Foods  Pantry  Buy Again  Gift Cards  Find a Gift         $60 gift card upon approval

**Health & Personal Care**   Household Supplies   Vitamins & Diet Supplements   Baby & Child Care   Health Care   Sports Nutrition   Sexual Wellness

9,469

‹ Back to results                                                                                                             Sponsored

---

**You last purchased this item on May 30, 2019.**
View this order







Roll over image to zoom in

## Healthy Way Pure SAM-e 500mg 90 Capsules (S-Adenosyl Methionine) Supports Joint Health & Brain Function - NON-GMO USA Made 100% Money Back Guarantee - Order Risk Free!

by Healthy Way

92 ratings | 7 answered questions

Price: **$34.00** ($0.38 / Count) & **FREE Shipping**. Details

**Get 40% off when you use American Express Membership Rewards points.** Maximum discount $50. See terms.

| Brand | Healthy Way |
|---|---|
| Item Form | Capsules |
| Product Specifications (Unit) | 90.00 Count |
| Item Weight | 0.19 Pounds |
| Sensitive Ingredient Information | Gluten Free |

### About this item

- About Sam-E GUARANTEE HIGH QUALITY: We ensure that SAM-e supplements have the highest possible quality affordable for all our customers.
- EXPERTISE & INDUSTRY LEADERSHIP: Development and perfecting of SAM-e (s-adenosylmethionine) has been done over the last two decades, hereby presenting a product supported by immense research.
- MAY IMPROVES MOOD AND WELL-BEING
- LIVER CLEANSE & OTHER IMPORTANT BENEFITS Environmental toxins can increase oxidative stress in the body, this is what happens when your body does not have enough antioxidants to neutralize free radicals. Glutathione, one of the most important antioxidants in the body can be restored by using SAM-e. Some studies have indicated that SAM-e may help those experiencing the symptoms of Fibromyalgia.

Compare with similar items

Report incorrect product information.

---

**One-time purchase:**
$34.00

& **FREE Shipping.** Details

Arrives: **Aug 12 - 17** Details

Fastest delivery: **Thursday, Aug 6**

**In Stock.**

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Sold by Vita-Way and Fulfilled by Amazon.

☐ Yes, I want **FREE delivery** with Prime
☐ Add gift options

Deliver to Kantrowitz
- Chestnu... 10977

**Subscribe & Save:**
$34.00 ($0.38 / Count)
**First delivery on Aug 12**

[ Add to List ]

[ Add to Wedding Registry ]

Share

Have one to sell?

[ Sell on Amazon ]