# Exhibit D

Case 1:19-cv-22702-KMW   Document 129-4   Entered on FLSD Docket 08/04/2020   Page 2 of 2

8/3/2020      Amazon.com: NASA BEAHAVA Pure SAM-e 1000mg (per Serving) 90Capsules (S-Adenosyl Methionine) Supports Joint Health & Brain F...

All ▾ | sam-e mental refreshment | Hello, Kantrowitz  Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 1 Cart

Deliver to Kantrowitz  Chestnut ... 10977    Browsing History ▾   Whole Foods   Pantry   Buy Again   Gift Cards   Find a Gift     **Shop School Essentials**

**Health & Personal Care**   Household Supplies   Vitamins & Diet Supplements   Baby & Child Care   Health Care   Sports Nutrition   Sexual Wellness

Students, EBT, and Medicaid cardholders save 50% on Prime

‹ Back to results









Roll over image to zoom in

## NASA BEAHAVA Pure SAM-e 1000mg (per Serving) 90Capsules (S-Adenosyl Methionine) Supports Joint Health & Brain Function

by NasaBeahava

37 ratings

Was: ~~$31.00~~
Price: **$29.00** ($0.32 / Count) & **FREE Shipping**
You Save: $2.00 (6%)

Get 40% off when you use American Express Membership Rewards points. Maximum discount $50. See terms.

- About Sam-E GUARANTEE HIGH QUALITY: We ensure that SAM-e supplements have the highest possible quality affordable for all our customers. We select raw material with the highest level of active S.S. Isomer, and manufactured it under GMP-Compliance manufacturing standards. Our product does not contain allergens, artificial coloring and flavors, are GMO free.
- EXPERTISE & INDUSTRY LEADERSHIP: Development and perfecting of SAM-e (s-adenosylmethionine) has been done over the last two decades, hereby presenting a product supported by immense research.
- MAY IMPROVE MOOD AND WELL-BEING Researches over the past two decades have shown that S-adenosylmethionine an effective anti-depressants for mood boost. SAM-e accomplishes this by controlling mood-influencing chemicals in the body like serotonin and dopamine. This generally tend to improve the general wellbeing.
- MAY IMPROVE JOINT HEALTH: Clinical research studies involving thousands of participants, added to a report by the Agency for Healthcare Research and Quality (A division of the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES), have shown that SAM-e (S-adenosylmethionine) can be as effective as NSAIDs (Nonsteroidal Anti-inflammatory Drugs) to assist in maintaining joint flexibility & mobility and overall joint health.
- LIVER CLEANSE & OTHER IMPORTANT BENEFITS Environmental toxins can increase oxidative stress in the body, this is what happens when your body does not have enough antioxidants to neutralize free radicals. Glutathione, one of the most important antioxidants in the body can be restored by using SAM-e. Some studies have indicated that SAM-e may help those experiencing the symptoms of Fibromyalgia.

Compare with similar items

3 new from $29.00

Report incorrect product information.

**$29.00**
& FREE Shipping

Arrives: **Aug 12 - 17**

In Stock.

Qty: 1

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from and sold by Vita-Way.

Deliver to Kantrowitz - Chestnu... 10977

[ Add to List ]

[ Add to Wedding Registry ]

Share

**Other Sellers on Amazon**

**$32.00** ($0.36 / Count)   [ Add to Cart ]
& **FREE Shipping** on eligible orders. Details
Sold by: Living Healthier

3 new from $29.00

Have one to sell?

[ Sell on Amazon ]

1,403

Sponsored