# Exhibit E

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | |
|---|---|
| FOOD AND DRUG ADMINISTRATION | |
| DISTRICT ADDRESS AND PHONE NUMBER<br>555 Winderley Place, Suite 200<br>Maitland, FL 32751<br>(407)475-4700 Fax:(407)475-4768 | DATE(S) OF INSPECTION<br>1/19/2018-1/30/2018*<br>FEI NUMBER<br>3011261508 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED<br>Cynthia C. Valenca, Partner | |
| FIRM NAME<br>CT Health Solutions | STREET ADDRESS<br>6454 S Tex Pt |
| CITY, STATE, ZIP CODE, COUNTRY<br>Homosassa, FL 34448-5919 | TYPE ESTABLISHMENT INSPECTED<br>Dietary Supplement Manufacturer |

This document lists observations made by the FDA representative(s) during the inspection of your facility. They are inspectional observations, and do not represent a final Agency determination regarding your compliance. If you have an objection regarding an observation, or have implemented, or plan to implement, corrective action in response to an observation, you may discuss the objection or action with the FDA representative(s) during the inspection or submit this information to FDA at the address above. If you have any questions, please contact FDA at the phone number and address above.

**DURING AN INSPECTION OF YOUR FIRM I OBSERVED:**

## OBSERVATION 1

You did not establish product specifications for the of the finished dietary supplement.

Specifically, on 1/19/18, I observed you do not have finished product specifications for identity, purity, strength, and composition for any of your dietary supplements.

## OBSERVATION 2

You did not establish component specifications for purity, strength and composition.

Specifically, on 1/19/18, I observed you do not have ingredient specifications for identify, purity, strength, and composition for any of your dietary supplements.

## OBSERVATION 3

You did not implement quality control operations to ensure the quality of the dietary supplement.

| SEE REVERSE OF THIS PAGE | EMPLOYEE(S) SIGNATURE<br>Aaron J Fox, Investigator | X Aaron J Fox<br>Investigator<br>Signed By: 2001324349<br>Date Signed: 01-30-2018 13:03:44 | DATE ISSUED<br>1/30/2018 |
|---|---|---|---|

FORM FDA 483 (09/08)   PREVIOUS EDITION OBSOLETE   **INSPECTIONAL OBSERVATIONS**   PAGE 1 OF 4 PAGES

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | |
|---|---|
| FOOD AND DRUG ADMINISTRATION | |
| DISTRICT ADDRESS AND PHONE NUMBER<br>555 Winderley Place, Suite 200<br>Maitland, FL 32751<br>(407)475-4700 Fax:(407)475-4768 | DATE(S) OF INSPECTION<br>1/19/2018-1/30/2018*<br>FEI NUMBER<br>3011261508 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED<br>Cynthia C. Valenca, Partner | |
| FIRM NAME<br>CT Health Solutions | STREET ADDRESS<br>6454 S Tex Pt |
| CITY, STATE, ZIP CODE, COUNTRY<br>Homosassa, FL 34448-5919 | TYPE ESTABLISHMENT INSPECTED<br>Dietary Supplement Manufacturer |

Specifically, on 1/19/18, I observed raw ingredient components and dietary supplement finished products are not tested for identity, purity, strength, composition, or microbiological analysis before they are approved and released by your firm's quality control operations.

**OBSERVATION 4**

You did not use effective measures to protect against the inclusion of metal or other foreign material in components and dietary supplements.

Specifically, on 1/24/18, I observed there is no metal detection system used to ensure components or dietary supplements do not contain metal.

**OBSERVATION 5**

You did not take necessary precautions during the manufacture of a dietary supplement to prevent contamination of components.

Specifically,

(a) On 1/23/18, I observed soy, tree nut, fish, and shellfish allergen containers filled with raw ingredient powders stored next to or on top of other allergens. I observed the firm has no allergen program.

(b) On 1/24/18, I observed in-process material being filled into an encapsulating machine and aerosolizing on top of bulk containers of dietary supplement raw ingredients.

| SEE REVERSE OF THIS PAGE | EMPLOYEE(S) SIGNATURE<br>Aaron J Fox, Investigator | X Aaron J Fox<br>Investigator<br>Signed By: 2001324349<br>Date Signed: 01-30-2018 13:03:44 | DATE ISSUED<br>1/30/2018 |
|---|---|---|---|

FORM FDA 483 (09/08)    PREVIOUS EDITION OBSOLETE    **INSPECTIONAL OBSERVATIONS**    PAGE 2 OF 4 PAGES

| | |
|---|---|
| **DEPARTMENT OF HEALTH AND HUMAN SERVICES** | |
| FOOD AND DRUG ADMINISTRATION | |
| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
| 555 Winderley Place, Suite 200 | 1/19/2018-1/30/2018* |
| Maitland, FL 32751 | FEI NUMBER |
| (407)475-4700 Fax:(407)475-4768 | 3011261508 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
| Cynthia C. Valenca, Partner | |
| FIRM NAME | STREET ADDRESS |
| CT Health Solutions | 6454 S Tex Pt |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Homosassa, FL 34448-5919 | Dietary Supplement Manufacturer |

### OBSERVATION 6
You did not establish specifications for the packaging and labeling of the finished dietary supplement, to ensure that you used the specified packaging and to ensure that you applied the specified label.

Specifically, on 1/24/18, I observed the firm uses its own labels, but does not have label specifications for any of its finished product dietary supplements.

### OBSERVATION 7
Your quality control personnel did not ensure that required representative samples are collected.

Specifically, on 1/24/18, I observed the firm has not begun collecting representative samples of their dietary supplement finished products.

### OBSERVATION 8
Your hand-washing facilities are not convenient.

Specifically, on 1/19/18, 1/23/18, and 1/24/18, I observed one hand washing sink made available to the manufacturing facility, consisting of multiple encapsulating machine rooms, a mixing room, a bottling room, and a cleaning room.

### *DATES OF INSPECTION
1/19/2018(Fri), 1/23/2018(Tue), 1/24/2018(Wed), 1/30/2018(Tue)

| | | | |
|---|---|---|---|
| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
| **SEE REVERSE OF THIS PAGE** | Aaron J Fox, Investigator | X Aaron J Fox Investigator Signed By: 2001324349 Date Signed: 01-30-2018 13:03:44 | 1/30/2018 |

FORM FDA 483 (09/08)   PREVIOUS EDITION OBSOLETE   **INSPECTIONAL OBSERVATIONS**   PAGE 3 OF 4 PAGES

| | | |
|---|---|---|
| **DEPARTMENT OF HEALTH AND HUMAN SERVICES** <br> FOOD AND DRUG ADMINISTRATION ||| 
| DISTRICT ADDRESS AND PHONE NUMBER <br> 555 Winderley Place, Suite 200 <br> Maitland, FL 32751 <br> (407)475-4700 Fax:(407)475-4768 | DATE(S) OF INSPECTION <br> 1/19/2018-1/30/2018* ||
| | FEI NUMBER <br> 3011261508 ||
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED <br> Cynthia C. Valenca, Partner |||
| FIRM NAME <br> CT Health Solutions | STREET ADDRESS <br> 6454 S Tex Pt ||
| CITY, STATE, ZIP CODE, COUNTRY <br> Homosassa, FL 34448-5919 | TYPE ESTABLISHMENT INSPECTED <br> Dietary Supplement Manufacturer ||

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Aaron J Fox, Investigator <br><br> X _Aaron J Fox, Investigator, Signed By: 2001324349, Date Signed: 01-30-2018 13:03:44_ || 1/30/2018 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | **INSPECTIONAL OBSERVATIONS** | PAGE 4 OF 4 PAGES |
|---|---|---|---|

The observations of objectionable conditions and practices listed on the front of this form are reported:

1. Pursuant to Section 704(b) of the Federal Food, Drug and Cosmetic Act, or
2. To assist firms inspected in complying with the Acts and regulations enforced by the Food and Drug Administration.

Section 704(b) of the Federal Food, Drug, and Cosmetic Act (21 USC 374(b)) provides:

"Upon completion of any such inspection of a factory, warehouse, consulting laboratory, or other establishment, and prior to leaving the premises, the officer or employee making the inspection shall give to the owner, operator, or agent in charge a report in writing setting forth any conditions or practices observed by him which, in his judgment, indicate that any food, drug, device, or cosmetic in such establishment (1) consists in whole or in part of any filthy, putrid, or decomposed substance, or (2) has been prepared, packed, or held under insanitary conditions whereby it may have become contaminated with filth, or whereby it may have been rendered injurious to health. A copy of such report shall be sent promptly to the Secretary."