# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:19-CV-22702-KMW

CORI ANN GINSBERG, NOAH MALGERI, KALYN WOLF, BILL WILSON, SHANNON HOOD, ERIC FISHON, and ROBERT MCKEOWN on behalf of themselves and all others similarly situated,

    Plaintiffs,

vs.

VITAMINS BECAUSE LLC, CT HEALTH SOLUTIONS LLC, GMAX CENTRAL LLC, ASQUARED BRANDS LLC, INSPIRE NOW PTY LTD d/b/a BoostCeuticals, HEALTHY WAY RX LLC, KHAKIWARE INC, and JOLLY DOLLAR SUPPLY COMPANY, LLC,

    Defendants.

---

## Declaration of Gary S. Graifman, Esq.

Pursuant to 28 U.S.C. § 1746, I, Gary S. Graifman give the following Declaration under penalty of perjury:

1. I am over the age of 18, am competent, and have personal knowledge of the facts stated herein.

2. I am a partner in the law firm of Kantrowitz Goldhamer & Graifman, P.C ("KGG"), co-counsel for Plaintiffs in the above-captioned matter.

3. I am familiar with the above-captioned matter and similar litigation in which KGG has represented plaintiffs in consumer protection claims. Legal fees in these types of class actions can be reasonably estimated to exceed $1 million. *See e.g. In re Volkswagen Timing*

*Chain Product Liability Litigation*, Final Approval Order and Judgment, 2:16-cv-02765-JLL-JAD, D. New Jersey, Doc. 235 (awarding $8.5 million in reasonable attorneys' fees in case in which KGG was Co-lead Class Counsel.); *Coffeng v. Volkswagen Group of America, Inc.*, 3:17-cv-01825-JD, N.D. Cal., Doc. 106 (awarding $2.4 million in reasonable attorneys' fees in case in which KGG was Co-lead Class Counsel.).

**I declare under penalty of perjury under the laws of the Untied States of America that the foregoing is true and correct to the best of my knowledge and belief.**

_____          8/4/20
Gary S. Graifman                          Date