# Exhibit H

## UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-22329-CMA

CORI ANN GINSBERG on behalf of herself
and all others similarly situated,

    Plaintiff,

v.

AZORIO, LLC,

    Defendant.

_____/

### DECLARATION

I, Magdalena Rozio, under penalties of perjury, affirm and state that I have knowledge and could competently testify to the following facts:

1. I am over the age of 18 and have personal knowledge of the matters asserted herein.

2. I am a managing member of Defendant AZORIO, LLC.

3. Vitamins Because, LLC (vitaminsbecause.us) is the sole source from which AZORIO, LLC purchases its inventory.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Dated: 07/13/2020

By: _Magdalena Rozio_

Name: Magdalena Rozio