# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22329-CIV-ALTONAGA/Goodman

CORI ANN GINSBERG,

    Plaintiff,
vs.

AZORIO, LLC; VITAMINS
BECAUSE LLC; and CT HEALTH
SOLUTIONS LLC,

    Defendants.
                                   /

## ORDER

**THIS CAUSE** came before the Court on Plaintiff's Unopposed Motion for Enlargement of Time to Exchange Expert Witness Summaries or Reports on Issues of Class Certification [ECF No. 29]. This Order does not repeat the reasons prompting Plaintiff's request, nor her attorneys' ill-advised email communications accompanying the Motion and proposed order on the Motion, except to acknowledge the undersigned has read and understood them. Given: (1) Plaintiff has a similar and prior action pending in this District, *Ginsberg v. Vitamins Because LLC*, No. 19-cv-22702-KMW; (2) is presently defending a motion in the prior action that asserts the court lacks subject matter jurisdiction; (3) Defendants have indicated they will be filing a similar motion challenging subject matter jurisdiction in this case in response to the Amended Complaint [ECF No. 25]; and (4) the parties would like the opportunity to explore settlement before proceeding with costly litigation, including litigating yet another motion raising the lack of subject matter jurisdiction (*see* Mot. 2), it appears the better course is to stay this case rather than enter an amended scheduling order establishing new and shifting deadlines.

    Accordingly, it is

Case 1:20-cv-22329-CMA Document 44 Entered on FLSD Docket 08/11/2020 Page 2 of 2

CASE NO. 20-22329-CIV-ALTONAGA

**ORDERED AND ADJUDGED** that this case is **ADMINISTRATIVELY CLOSED** to allow the parties to explore settlement and for the jurisdictional motion in the prior action to be resolved. The Clerk shall mark the case as closed, and all motions are denied as moot. The case will be restored to the active docket upon motion of any of the parties advising the parties are prepared to proceed with the orderly progress of the case, accompanied by a scheduling report proposing new pretrial deadlines and trial date.

**DONE AND ORDERED** in Miami, Florida, this 11th day of August, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record