# EXHIBIT C

**djohnson@jdalegal.com**

| | |
|---|---|
| **From:** | djohnson@jdalegal.com |
| **Sent:** | Monday, August 24, 2020 3:40 PM |
| **To:** | aglisson@jdalegal.com |
| **Subject:** | FW: Ginsberg, et al. vs. Vitamins Because, LLC, et al. |
| **Attachments:** | 8.20.2020 Azorio LLC Non Party subpoena.pdf; NOS of Subpoena to Non-Party Azorio LLC 8.20.20.pdf |

**From:** djohnson@jdalegal.com <djohnson@jdalegal.com>
**Sent:** Friday, August 21, 2020 8:37 AM
**To:** 'Jay Brody' <jbrody@kgglaw.com>
**Subject:** FW: Ginsberg, et al. vs. Vitamins Because, LLC, et al.

Jay – We are filing an objection to service of this non-party subpoena. We ask that you hold off on service of the subpoena until such time as our objection is resolved. Also, let me know if you have time next week to meet and confer on our objection to this non-party subpoena.

Regards,

Dave

*David S. Johnson*
JOHNSON DABOLL ANDERSON, PLLC
2011 W. Cleveland Street, Suite F
Tampa, Florida 33606
Main  813-377-2499
Direct  813-377-2385
Facsimile 813-330-3156
djohnson@jdalegal.com

```
CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the
individual or entity to whom it is addressed. It may contain information that is
privileged, confidential and exempt from disclosure under applicable law. Any
dissemination, distribution or copying of this communication is strictly prohibited
without our prior permission. If you are not the intended recipient, or the employee or
agent responsible for delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by return e-mail and
delete the original message and any copies of it from your computer system.

For further information about Johnson Daboll Anderson, PLLC, please visit our website at
www.jdalegal.com
```

**From:** Margaret Dowd <mdowd@kgglaw.com>
**Sent:** Thursday, August 20, 2020 3:39 PM
**To:** djohnson@jdalegal.com; lpatricios@zplaw.com; jzumpano@zplaw.com; richard.oparil@agg.com; kevin.bell@agg.com; aapolito@lippes.com; blittle@lippes.com; jsorce@flconstructionlawyer.com; josh@markmigdal.com; yaniv@markmigdal.com; eservice@markmigdal.com; Catherine.Davis@wilsonelser.com; david.ross@wilsonelser.com
**Cc:** ta@aronovitzlaw.com; bp@aronovitzlaw.com; Gary Graifman <ggraifman@kgglaw.com>; Jay Brody

1

<jbrody@kgglaw.com>; nmigliaccio@classlawdc.com
**Subject:** Ginsberg, et al. vs. Vitamins Because, LLC, et al.

Attached please find the Non-Party Subpoena to Azorio LLC.

Margaret Dowd
Paralegal
**Kantrowitz Goldhamer & Graifman, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Tel:  (845) 356-2570
Fax: (845) 356-4335

