# Exhibit B




