# Exhibit D


