# EXHIBIT C

aglisson@jdalegal.com

| | |
|---|---|
| **From:** | cmecfautosender@flsd.uscourts.gov |
| **Sent:** | Friday, October 9, 2020 6:09 PM |
| **To:** | flsd_cmecf_notice@flsd.uscourts.gov |
| **Subject:** | Activity in Case 1:19-cv-22702-KMW Ginsberg et al v. Vitamins Because LLC et al Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 10/9/2020 at 6:08 PM EDT and filed on 10/9/2020
**Case Name:**  Ginsberg et al v. Vitamins Because LLC et al
**Case Number:**  1:19-cv-22702-KMW
**Filer:**
**Document Number:** 174(No document attached)

**Docket Text:**
**PAPERLESS ORDER. THIS MATTER is before the Court on [122] CT Health Solutions and Vitamins Because LLCs motion to dismiss the second amended complaint. For the reasons discussed during the October 8, 2020 hearing, the motion is GRANTED as to Defendants' argument that the second amended complaint fails to sufficiently plead that the amount in controversy exceeds five million dollars. Plaintiffs shall file a <u>final</u> amended complaint by no later than October 23, 2020.**

**A telephonic hearing is SET for <u>October 26, 2020 at 10:00 AM</u>. To Participate in the Conference Call, Dial: 1-888-684-8852 Access Code: 7369700# Security Code: 1133**

**CT Health Solutions and Vitamin Because LLCs motion to stay discovery [141] is DENIED AS MOOT. For the reasons explained during the October 8, 2020 hearing, Jolly Dollar and Healthy Way RX LLC and Khakiware Inc.'s motions to stay discovery [152] [164] are DENIED. Signed by Judge Kathleen M. Williams on 10/9/2020. (clu)**

**1:19-cv-22702-KMW Notice has been electronically mailed to:**

Alessandro A Apolito    aapolito@lippes.com, blittle@lippes.com, rscherer@lippes.com, smiller@lippes.com, tscott@lippes.com

1

Barbara Perez     bp@aronovitzlaw.com, dmm@aronovitzlaw.com

Brendan H. Little     blittle@lippes.com

Catherine Logan Davis     Catherine.Davis@wilsonelser.com, ariadne.fetokakis@wilsonelser.com, ariel.oliva@wilsonelser.com, catherine.davis@wilsonelser.com, cdavis1189@gmail.com

David Stephen Johnson     djohnson@jdalegal.com, aglisson@jdalegal.com

Gary S. Graifman     Ggraifman@kgglaw.com, kwallis@kgglaw.com

Jay I. Brody     Jbrody@kgglaw.com

Joseph Anthony Sorce     jsorce@flconstructionlawyer.com

Joseph Ignacio Zumpano     jzumpano@zpwlaw.com

Joshua Adam Migdal     josh@markmigdal.com, eservice@markmigdal.com

Kevin M. Bell     kevin.bell@agg.com

Leon Nicholas Patricios     lpatricios@zpwlaw.com

Richard James Oparil     Richard.oparil@agg.com

Tod N. Aronovitz     ta@aronovitzlaw.com, bp@aronovitzlaw.com, dmm@aronovitzlaw.com

Yaniv Adar     yaniv@markmigdal.com, eservice@markmigdal.com

**1:19-cv-22702-KMW Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**