IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CORI ANN GINSBERG, NOAH
MALGERI, KALYN WOLF, BILL
WILSON, SHANNON HOOD, ERIC
FISHON, and ROBERT MCKEOWN on
behalf of themselves and all others similarly
situated,

    Plaintiffs,

vs.

VITAMINS BECAUSE LLC, CT HEALTH
SOLUTIONS LLC, GMAX CENTRAL
LLC, ASQUARED BRANDS LLC,
INSPIRE NOW PTY LTD d/b/a
BOOSTCEUTICALS, HEALTHY WAY
RX LLC, KHAKIWARE INC., and JOLLY
DOLLAR SUPPLY COMPANY, LLC.,

    Defendants.

CASE NO.: 1:19-CV-22702-KMW

Class Action

## VITAMINS BECAUSE AND CT HEALTH SOLUTIONS' ANSWER AND AFFIRMATIVE DEFENSES TO GMAX' CROSS CLAIM [Dkt. 227]

Defendants, Vitamins Because, LLC and CT Health Solutions, LLC (unless otherwise noted, collectively "Vitamins Because"), responds to the correspondingly numbered paragraphs of Gmax' Cross Claim [Dkt. 227], which begins at numbered page 33.

1. Vitamins Because moves to strike this paragraph because it is an improper shotgun pleading that does not put Vitamins Because on notice of what allegations are being asserted against it. This paragraph also violates Rule 8(d)(1), Fed. R. Civ. P., which requires that each allegation be simple, concise and direct.

2. The allegations in this paragraph represent the legal conclusions of the pleader to which a response is not required. To the extent a response is required, denied.

3. Denied.

4. Denied.

5. The allegations in this paragraph represent the legal conclusions of the pleader to which a response is not required. To the extent a response is required, denied. In addition, Vitamins Because moves to dismiss the cross claim, particularly this paragraph, to the extent it purports to assert a cause of action for indemnification, either common law or contractual, or contribution because it fails to state a cause of action upon which relief can be granted. The allegations in this paragraph, and the cross claim as a whole, fail to allege the elements of a claim for common law or contractual indemnification or contribution.

6. The allegations in this paragraph represent the legal conclusions of the pleader to which a response is not required. To the extent a response is required, denied. In addition, Vitamins Because moves to dismiss the cross claim, particularly this paragraph, to the extent it purports to assert a cause of action for indemnification, either common law or contractual, or contribution because it fails to state a cause of action upon which relief can be granted. The allegations in this paragraph, and the cross claim as a whole, fail to allege the elements of a claim for common law or contractual indemnification or contribution.

**AFFIRMATIVE DEFENSES**

First Affirmative Defense

Gmax' cross claim fails to state a claim upon which relief can be granted.

Second Affirmative Defense

Gmax is not wholly without fault and, therefore, to the extent it is purporting to assert a claim for indemnification, it fails as a matter of law.

Third Affirmative Defense

To the extent Gmax is purporting to assert a clam for common law indemnification, it is barred by the economic loss rule.

Fourth Affirmative Defense

To the extent Gmax is attempting to assert a cause of action for contractual indemnification, it fails to state a cause of action upon which relief can be granted because Gmax failed to attach a copy or copies of the alleged agreements to its cross claim, and because there is no agreement between the parties that requires Vitamins Because to indemnify Gmax.

Fifth Affirmative Defense

To the extend Gmax is attempting to assert a cause of action for contribution, it fails to state a cause of action upon which relief can be granted because no such cause of action exists under Florida law.

WHEREFORE, Vitamins Because demands judgment in its favor on all claims asserted by Gmax and respectfully requests that this Honorable Court award Vitamins Because its costs and attorneys' fees after entitlement to same is established.

**Demand for Jury Trial**

Vitamins Because demands a trial by jury on all issues so triable.

Dated: July 23, 2021                    Respectfully submitted,

/s/David S. Johnson
David S. Johnson      FBN 096423
Scott W. Anderson     FBN 738311
JOHNSON DABOLL ANDERSON, PLLC
2011 W Cleveland Street, Suite F
Tampa, Florida 33606
Telephone: (813) 377-2499
Fax: (813) 330-3156
djohnson@jdalegal.com
sanderson@jdalegal.com
aglisson@jdalegal.com

3

*Counsel for Vitamins Because and CT Health Solutions*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of July, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of this filing to the following counsel of record on the attached service list.

*/s/David S. Johnson*

**SERVICE LIST**

Tod Aronovitz (FBN 186430)
Barbara Perez (FBN 989304)
ARONOVITZ LAW
2 South Biscayne Boulevard
One Biscayne Tower
Suite 3700
Miami, FL 33131
Tel: 305-372-2772 Fax: 305-397-1886
ta@aronovitzlaw.com
bp@aronovitzlaw.com
Attorneys for Plaintiffs

Jay I. Brody (Admitted Pro Hac Vice)
Gary S. Graifman (Admitted Pro Hac Vice)
KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.
747 Chestnut Ridge Road Chestnut Ridge
New York 10977
Tel: 845-356-2570
ggraifman@kgglaw.com
jbrody@kgglaw.com
Attorneys for Plaintiffs

Nicholas A. Migliaccio
Jason S. Rathod
MIGLIACCIO & RATHOD LLP
412 H Street N.E., Ste. 302
Washington, DC 20002
Tel: 202-470-3520
nmigliaccio@classlawdc.com
Attorneys for Plaintiffs

Joseph A. Sorce
JOSEPH A. SORCE & ASSOCS., P.A.
999 Ponce de Leon Blvd., Suite 1020
Coral Gables, FL 33134
Tel: 305-529-8544
jsorce@flconstructionlawyer.com
Attorney for Defendants Khakiware, Inc.
and Healthy Way RX, LLC
jsorce@flconstructionlawyer.com

Brendan H. Little
LIPPES MATHIAS WEXLER
FRIEDMAN, LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Tel: 716-853-5100
blittle@lippes.com

Alessandro A. Apolito
LIPPES MATHIAS WEXLER
FRIEDMAN, LLP
822 US Highway A1A, Suite 101
Ponte Vedra Beach, FL 32082
Tel: 904-660-0020
aapolito@lippes.com
Attorneys for ASquared Brands

Leon N. Patricios (FBN 0012777)
ZIMPANO PATRICIOS, P.A.
312 Minorca Ave.
Coral Gables, FL 33134
Tel: 305-444-5565
Fax: 305-444-8588
lpatricios@zplaw.com
jzumpano@zplaw.com

Richard J. Oparil (admitted *pro hac vice*)
ARNALL GOLDEN GREGORY
1775 Pennsylvania Ave., NW
Suite 1000
Washington, DC 20006
T: 202-677-4030
Richard.oparil@agg.com
Attorneys for GMAX Central, LLC

Mark Migdal & Hayden
Yaniv Adar
Joshua A. Migdal
80 S.W. 8th Street
Suite 1999
Miami, FL 33130

5

| | |
|---|---|
| Bretton I Pollack<br>Pollack, Pollack & Kogan, LLC<br>Courthouse Tower<br>44 W Flagler Street, Suite 2050<br>Miami, FL 33130<br>Tel: 305-373-9676<br>Brett.pollack@ppkfirm.com<br>admin@ppkfirm.com<br>Attorneys for Inspire Now | Tel: 305-374-0440<br>yaniv@markmigdal.com<br>josh@markmigdal.com<br>eservice@markmigdal.com<br>Attorneys for Jolly Dollar Supply Company |

JOHNSON DABOLL ANDERSON, PLLC