IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CORI ANN GINSBERG, NOAH
MALGERI, KALYN WOLF, BILL
WILSON, SHANNON HOOD, ERIC
FISHON, and ROBERT MCKEOWN on
behalf of themselves and all others similarly
situated,

     Plaintiffs,

vs.

VITAMINS BECAUSE LLC, CT HEALTH
SOLUTIONS LLC, GMAX CENTRAL
LLC, ASQUARED BRANDS LLC,
INSPIRE NOW PTY LTD d/b/a
BOOSTCEUTICALS, HEALTHY WAY
RX LLC, KHAKIWARE INC., and JOLLY
DOLLAR SUPPLY COMPANY, LLC.,

     Defendants.

CASE NO.: 1:19-CV-22702-KMW

Class Action

___

**VITAMINS BECAUSE AND CT HEALTH SOLUTIONS' ANSWER AND
AFFIRMATIVE DEFENSES TO JOLLY DOLLAR'S CROSS CLAIM [Dkt. 229]**

     Defendants, Vitamins Because, LLC and CT Health Solutions, LLC (unless otherwise noted, collectively "Vitamins Because"), responds to the correspondingly numbered paragraphs of Jolly Dollar's Cross Claim [Dkt. 229], which begins at numbered page 42.

     1.     Vitamins Because moves to strike this paragraph because it is an improper shotgun pleading that does not put Vitamins Because on notice of what allegations are being asserted against it. This paragraph also violates Rule 8(d)(1), Fed. R. Civ. P., which requires that each allegation be simple, concise and direct.

     2.     Admitted for jurisdictional purposes only.

     3.     Admitted for jurisdictional purposes only.

4. Without knowledge and, therefore, denied.

5. Admitted Jolly Dollar purchased some SAMe product from Vitamins Because. Vitamins Because is unable to admit or deny the remaining allegations in this paragraph because (1) they are too vague and (2) Jolly Dollar failed to attach copies of the alleged agreements to the Cross Claim.

6. Admitted Jolly Dollar purchased some SAMe product from Vitamins Because. Vitamins Because is unable to admit or deny the remaining allegations in this paragraph because (1) they are too vague, (2) Jolly Dollar failed to attach copies of the alleged agreements to the Cross Claim, and (3) Vitamins Because is without knowledge of what Jolly Dollar did with the SAMe product it purchased from Vitamins Because.

7. Admitted Jolly Dollar purchased some SAMe product from Vitamins Because. Vitamins Because is unable to admit or deny the remaining allegations in this paragraph because (1) they are too vague, (2) Jolly Dollar failed to attach copies of the alleged agreements to the Cross Claim, and (3) Vitamins Because is without knowledge of what Jolly Dollar did with the SAMe product it purchased from Vitamins Because.

8. Denied.

9. Admitted Jolly Dollar purchased some SAMe from Vitamins Because. In all other respects, denied.

10. Denied.

11. Denied.

## COUNT I – BREACH OF CONTRACT

12. Vitamins Because moves to strike this paragraph because it is an improper shotgun pleading that does not put Vitamins Because on notice of what allegations are being asserted

against it. This paragraph also violates Rule 8(d)(1), Fed. R. Civ. P., which requires that each allegation be simple, concise and direct.

13. Admitted Jolly Dollar purchased some SAMe product from Vitamins Because. Vitamins Because is unable to admit or deny the remaining allegations in this paragraph because (1) they are too vague, (2) Jolly Dollar failed to attach copies of the alleged contracts to the Cross Claim, and (3) Vitamins Because is without knowledge of what Jolly Dollar did with the SAMe product it purchased from Vitamins Because.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

## COUNT II – COMMON LAW INDEMNIFICATION

18. Vitamins Because moves to strike this paragraph because it is an improper shotgun pleading that does not put Vitamins Because on notice of what allegations are being asserted against it. This paragraph also violates Rule 8(d)(1), Fed. R. Civ. P., which requires that each allegation be simple, concise and direct.

19. Admitted Jolly Dollar purchased some SAMe product from Vitamins Because. Vitamins Because is unable to admit or deny the remaining allegations in this paragraph because (1) they are too vague, (2) Jolly Dollar failed to attach copies of the alleged contracts to the Cross Claim, and (3) Vitamins Because is without knowledge of what Jolly Dollar did with the SAMe product it purchased from Vitamins Because.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. The allegations in this paragraph represent the legal conclusion of the pleader to which a response is not required. To the extent any of the allegation in this paragraph are deemed factual, denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Jolly Dollar's cross claim fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

Jolly Dollar is not wholly without fault and, therefore, its indemnification claim fails as a matter of law.

### Third Affirmative Defense

Jolly Dollar's claim for common law indemnification is barred by the economic loss rule.

### Fourth Affirmative Defense

Jolly Dollar's claim for contractual indemnification fails because it fails to state a cause of action upon which relief can be granted because Jolly Dollar failed to attach a copy or copies of the alleged agreements to its cross claim, and because there is no agreement between the parties that requires Vitamins Because to indemnify Jolly Dollar.

WHEREFORE, Vitamins Because demands judgment in its favor on all claims asserted by Jolly Dollar and respectfully requests that this Honorable Court award Vitamins Because its costs and attorneys' fees after entitlement to same is established.

### Demand for Jury Trial

Vitamins Because demands a trial by jury on all issues so triable.

Dated: July 23, 2021                                    Respectfully submitted,

/s/David S. Johnson
David S. Johnson      FBN  096423
Scott W. Anderson    FBN  738311
JOHNSON DABOLL ANDERSON, PLLC
2011 W Cleveland Street, Suite F
Tampa, Florida 33606
Telephone: (813) 377-2499
Fax: (813) 330-3156
djohnson@jdalegal.com
sanderson@jdalegal.com
aglisson@jdalegal.com

*Counsel for Vitamins Because and CT Health Solutions*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of July, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of this filing to the following counsel of record on the attached service list.

/s/David S. Johnson

5

**SERVICE LIST**

Tod Aronovitz (FBN 186430)
Barbara Perez (FBN 989304)
ARONOVITZ LAW
2 South Biscayne Boulevard
One Biscayne Tower
Suite 3700
Miami, FL 33131
Tel: 305-372-2772 Fax: 305-397-1886
ta@aronovitzlaw.com
bp@aronovitzlaw.com
Attorneys for Plaintiffs

Jay I. Brody (Admitted Pro Hac Vice)
Gary S. Graifman (Admitted Pro Hac Vice)
KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.
747 Chestnut Ridge Road Chestnut Ridge
New York 10977
Tel: 845-356-2570
ggraifman@kgglaw.com
jbrody@kgglaw.com
Attorneys for Plaintiffs

Nicholas A. Migliaccio
Jason S. Rathod
MIGLIACCIO & RATHOD LLP
412 H Street N.E., Ste. 302
Washington, DC 20002
Tel: 202-470-3520
nmigliaccio@classlawdc.com
Attorneys for Plaintiffs

Joseph A. Sorce
JOSEPH A. SORCE & ASSOCS., P.A.
999 Ponce de Leon Blvd., Suite 1020
Coral Gables, FL 33134

Tel: 305-529-8544
jsorce@flconstructionlawyer.com
Attorney for Defendants Khakiware, Inc.
and Healthy Way RX, LLC

Brendan H. Little
LIPPES MATHIAS WEXLER
FRIEDMAN, LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Tel: 716-853-5100
blittle@lippes.com

Alessandro A. Apolito
LIPPES MATHIAS WEXLER
FRIEDMAN, LLP
822 US Highway A1A, Suite 101
Ponte Vedra Beach, FL 32082
Tel: 904-660-0020
aapolito@lippes.com
Attorneys for ASquared Brands

Leon N. Patricios (FBN 0012777)
ZIMPANO PATRICIOS, P.A.
312 Minorca Ave.
Coral Gables, FL 33134
Tel: 305-444-5565
Fax: 305-444-8588
lpatricios@zplaw.com
jzumpano@zplaw.com

Richard J. Oparil (admitted *pro hac vice*)
ARNALL GOLDEN GREGORY
1775 Pennsylvania Ave., NW
Suite 1000
Washington, DC 20006
T:  202-677-4030
Richard.oparil@agg.com
Attorneys for GMAX Central, LLC

Mark Migdal & Hayden
Yaniv Adar
Joshua A. Migdal
80 S.W. 8th Street

6

jsorce@flconstructionlawyer.com

Bretton I Pollack
Pollack, Pollack & Kogan, LLC
Courthouse Tower
44 W Flagler Street, Suite 2050
Miami, FL 33130
Tel: 305-373-9676
Brett.pollack@ppkfirm.com
admin@ppkfirm.com
Attorneys for Inspire Now

Suite 1999
Miami, FL 33130
Tel: 305-374-0440
yaniv@markmigdal.com
josh@markmigdal.com
eservice@markmigdal.com
Attorneys for Jolly Dollar Supply Company