# EXHIBIT A

Page 1

1            UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF FLORIDA
2                     MIAMI DIVISION
3   CORI ANN GINSBERG, NOAH MALGERI, KAYLYN
    WOLF, BILL WILSON, SHANNON HOOD,
4   ERIC FISHON, and ROBERT McKEOWN, on
    behalf of themselves and all others
5   similarly situated,
6        Plaintiffs,
                                  No. 1:19-cv-22702-KMW
7   vs.
8   VITAMINS BECAUSE, LLC, CT HEALTH
    SOLUTIONS LLC, GMAX CENTRAL, INSPIRE NOW
9   PTY, LTD d/b/a BoostCeuticals, ASQUARED
    BRANDS, LLC, HEALTHY WAY RX LLC,
10  KHAKIWARE INC., and JOLLY DOLLAR SUPPLY
    COMPANY, LLC,
11
         Defendants.
12  _____/
13
14       DEPOSITION OF:   KALYN WOLF
         (Conducted via videoconference)
15
16       DATE:            November 17, 2021
17       TIME:            12:00 p.m. to 2:35 p.m.
18
19       PURSUANT TO:     Notice by counsel for
                          Defendants for purposes of
20                        discovery, use at trial or
                          such other purposes as are
21                        permitted under the Florida
                          Rules of Civil Procedure
22
23       BEFORE:          KATHLEEN K. OHMAN, RMR
                          Notary Public, State of
24                        Florida
25                        Pages 1 - 103

```
                                                    Page 22                                                         Page 24
 1  that is the subject of this lawsuit?                       1  efficacy?
 2     A.  Several years ago.  I could look it up, if          2     A.  No.
 3  you want me to.                                            3         I do have the date that I purchased it, if
 4     Q.  I don't need you to do that right now, but          4  you want it.
 5  how would you look it up?                                  5     Q.  Sure.  What date is it?
 6     A.  I would go to Amazon, which is where I              6     A.  I ordered it on October 2, 2017.
 7  purchased it from.                                         7     Q.  What information are you looking at?  Your
 8     Q.  After you purchased the SAM-e that's the            8  Amazon account?
 9  subject of this lawsuit, did you use it?                   9     A.  Yes.
10     A.  Yes.                                               10     Q.  Okay.  Aside from that purchase of SAM-e,
11         MR. BRODY:  Object to form.                        11  have you ever purchased other SAM-e?
12  BY MR. ANDERSON:                                          12     A.  No.
13     Q.  Did you use all of it?                             13     Q.  That's the only bottle of SAM-e you've
14     A.  No.                                                14  ever purchased?
15     Q.  What did you do with the product that you          15     A.  Yes.
16  did not use?                                              16     Q.  Do you have any intent on ever purchasing
17     A.  I threw it away.                                   17  more SAM-e?
18     Q.  How long after you purchased the SAM-e             18         MR. BRODY:  Object to form.
19  that is the subject of the lawsuit did you throw it       19         THE WITNESS:  Not at the moment.
20  away?                                                     20         If it was recommended to me.
21         MR. BRODY:  Object to form.                        21  BY MR. ANDERSON:
22         THE WITNESS:  I don't know what that               22     Q.  That's fair.
23  means.  Sorry.                                            23         Now, I think I had asked you this, but I
24         When Jay says --                                   24  think I got cut off or you got cut off.  Did you
25         MR. ANDERSON:  You want to tell her what           25  ever have the SAM-e that you purchased that's the

                                                    Page 23                                                         Page 25
 1  that means, or do you want me to?                          1  subject of this lawsuit analyzed by any third party?
 2         MR. BRODY:  Counsel, I don't understand.            2     A.  No.
 3  What's the question that's pending?                        3     Q.  Did you ever perform any sort of testing
 4         MR. ANDERSON:  I think she's asking you             4  yourself on the SAM-e that you purchased that's the
 5  what "objection to form" means.                            5  subject of this lawsuit?
 6         MR. BRODY:  Oh, that's just attorneys               6         MR. BRODY:  Object to form.
 7  making legal objections.  You don't have to                7         THE WITNESS:  No.
 8  worry about the objections.                                8  BY MR. ANDERSON:
 9         If I advise you not to answer the                   9     Q.  Now, in this lawsuit you are making
10  question, I'll tell you directly "do not answer           10  certain allegations that the SAM-e that you
11  the question," otherwise just wait until I'm              11  purchased did not contain the amount of the active
12  finished and then answer to the extent that you           12  ingredient that the bottle says it contained; is
13  know the answer.                                          13  that right?
14         THE WITNESS:  Okay.                                14         MR. BRODY:  Object to form.
15         MR. BRODY:  Sorry.  Go ahead.  My                  15         You can answer.
16  apologies.                                                16         THE WITNESS:  Okay, that's what -- I mean,
17         Can you just repeat the pending question?          17  I'm trusting my lawyer on that.
18         MR. ANDERSON:  Yes.                                18  BY MR. ANDERSON:
19  BY MR. ANDERSON:                                          19     Q.  So you have no independent knowledge about
20     Q.  How long after you purchased the SAM-e             20  whether or not the SAM-e that you purchased had the
21  that's the subject of this lawsuit did you throw it       21  requisite amount of the active ingredient in it?
22  away.                                                     22         MR. BRODY:  Object to form.
23     A.  A few months.                                      23         THE WITNESS:  Only through him.
24     Q.  Have you ever had the SAM-e that's the             24         MR. BRODY:  Same objection.
25  subject of this lawsuit tested for its potency of         25  BY MR. ANDERSON:
```

7 (Pages 22 - 25)

Veritext Legal Solutions
800-726-7007                                                                                                 305-376-8800