# EXHIBIT C

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                    MIAMI DIVISION
            Civil Action No. 1:19-CV-22702-KMW
 3
 4
 5   CORI ANN GINSBERG, NOAH MALGERI,
     KAYLYN WOLF, BILL WILSON,
 6   SHANNON HOOD, ERIC FISHON, and
     ROBERT MCKEOWN, on behalf of
 7   themselves and all others
     similarly situated,
 8
                      Plaintiffs,
 9   vs.
10   VITAMINS BECAUSE, LLC; CT HEALTH
     SOLUTIONS, LLC; GMAX CENTRAL;
11   INSPIRE NOW PTY, LTD d/b/a
     BOOSTCEUTICALS, ASQUARED BRANDS,
12   LLC; HEALTHY WAY RX, LLC;
     KHAKIWARE, INC., and JOLLY
13   DOLLAR SUPPLY COMPANY, LLC,
14                    Defendants.
     _____/
15
16
          VIDEOCONFERENCE DEPOSITION OF BILL WILSON
17
                 Monday, November 22, 2021
18
                   12:30 p.m. - 3:22 p.m.
19
                      Videoconference
20
                     La Mesa, California
21
22
             Stenographically Reported By:
23       Tracie Thompson, RDR, CRR, FPR-C, TX CSR
               Registered Diplomate Reporter
24              Certified Realtime Reporter
                Florida Professional Reporter
25           Texas Certified Shorthand Reporter
```

1      A     Okay.  I got it.
2      Q     Can you hold that up to the screen so we
3   can see it.  You're kind of in a dark room, or it
4   looks like you're in a dark room.
5            Okay.  That's a SAM-e, 1,500 milligrams,
6   NusaPure; is that correct?
7      A     It appears so.
8      Q     So that bottle right there still has
9   product in it?
10     A     It does.
11     Q     Okay.  Have you given any of that product
12  from that bottle to anyone?
13     A     No.
14     Q     Have you given it to your lawyers?
15     A     No.
16     Q     Have you given it to any experts?
17     A     No.
18     Q     Have you ever had it tested anywhere?
19     A     No.
20     Q     Have you had anybody ask you to send that
21  product to them?
22     A     No.
23     Q     Do you know a person named Doug Coleman?
24     A     Not off the top of my head, no.
25           MR. BRODY:  Objection to the form.

1        When did you hire your lawyer?  Was it
2   before June 28 of 2019?
3        A    I would say that it would be before the
4   suit was filed for sure.  I just don't recall the
5   exact date.
6        Q    Do you understand the nature of the
7   allegations in this lawsuit with regard to the SAM-e
8   product?
9             MR. BRODY:  Objection to the form.
10            THE WITNESS:  Yes.
11  BY MR. JOHNSON:
12       Q    What do you understand the allegations are
13  with regard to the product?
14       A    The product was misrepresented on the label
15  on the bottle.
16       Q    In what respect?
17       A    In the amount of material that's in each
18  capsule.
19       Q    You have capsules in your possession right
20  now that you've purchased and you haven't bothered to
21  test them to determine whether your product that you
22  have in your possession meets the label statements
23  for active ingredients.
24            Is that fair?
25            MR. BRODY:  Same objection as before.

Page 33

1             MR. JOHNSON:  You can object to the form of
2        the question.  That's the objection you have.
3   BY MR. JOHNSON:
4        Q    Mr. Wilson, you can answer the question.
5             MR. BRODY:  You can answer it one more
6        time.
7             THE WITNESS:  Give me the question again,
8        please.
9   BY MR. JOHNSON:
10       Q    Yeah.
11            So you believed, as far as I understand
12  your testimony, you stopped taking product because
13  you believed there might have been something wrong
14  with the product, either the quality or something
15  about the active ingredient.
16            You had the product but you never sent it
17  out to be tested; is that right?
18       A    I was not asked to do so.
19       Q    Did you think to do it on your own?
20            MR. BRODY:  Objection to the form.
21  BY MR. JOHNSON:
22       Q    You can answer.
23       A    I did, no.
24       Q    I'm sorry, you did or you did not?
25       A    No is the answer to your question.