# EXHIBIT D

Page 1

```
           UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF FLORIDA
                    MIAMI DIVISION
              CASE NO: 1:19-CV-22702-KMW


CORI ANN GINSBERG, NOAH MALGERI,
KAYLYN WOLF, BILL WILSON,
SHANNON HOOD, ERIC FISHON, and
ROBERT MCKEOWN, on behalf of themselves
and all others similarly situated,

             Plaintiffs,
Vs.
VITAMINS BECAUSE, LLC, CT HEALTH
SOLUTIONS, LLC, GMAX CENTRAL, INSPIRE
NOW PTY, LTD d/b/a BoostCeuticals,
ASQUARED BRANDS, LLC, HEALTHY WAY RX, LLC,
KHAKIWARE INC., and JOLLY DOLLAR SUPPLY
COMPANY, LLC,

             Defendants.
_____/


DEPOSITION OF:    ROBERT McKEOWN
DATE TAKEN:       November 23, 2021
TIME:             FROM 11:09 a.m. TO 1:17 p.m.
PLACE:            Videoconference
TAKEN BY:         The Defendants
                  Vitamins Because and CT Health
                  Solutions
REPORTED BY:      Christine Risher, RPR
                  Court Reporter, Notary Public
```

Veritext Legal Solutions
800-726-7007                                    305-376-8800

```
                                                              Page 50
 1   Q.  Okay.  Upon receipt, did you notice anything
 2   unusual about the bottle of SAM-e or the actual pills
 3   that would have caught your attention in any way?
 4          MR. BRODY:  Object to the form.
 5   A.  The bottle that I purchased and remember, they
 6   were capsules, like a pressed powder and then
 7   enteric-coated.
 8          And I have other supplements, like, calcium, it
 9   will do the same thing, but the edge of -- the ones that
10   I purchased seemed to have a little crack, a little
11   split along the edge of the caplet.  I don't know.  It's
12   not really a capsule, it's pressed and then coated.
13   BY MR. O'BRIEN:
14   Q.  Do you remember reviewing the bottle specifically
15   before taking the SAM-e?
16          MR. BRODY:  Object to form.
17   A.  I'm sure I did.  I always read the manufacturing
18   practices, whether it has indications for, you know, ISO
19   manufacturing, just see what the credentials are on the
20   bottle itself, or when I'm reviewing the product online.
21   BY MR. O'BRIEN:
22   Q.  Do you remember reviewing the label itself on the
23   bottle?
24          MR. BRODY:  Object to form.
25   A.  I -- I reviewed it as far as quantity and
```

```
                                                              Page 51
 1   strength.
 2   BY MR. O'BRIEN:
 3   Q.  And I think you've already answered this, but did
 4   you take the entire bottle of SAM-e that you purchased
 5   from Asquared?
 6          MR. BRODY:  Object to the form.
 7   A.  I did.
 8   BY MR. O'BRIEN:
 9   Q.  Approximately how long would it have taken you to
10   take all of the capsules in the bottle?
11          MR. BRODY:  Object to form.
12   A.  90 days, one per day.  A quantity of 90.
13   BY MR. O'BRIEN:
14   Q.  What did do you with the bottle after you
15   finished taking all the product?
16   A.  I threw it away.
17   Q.  Did you take any pictures of the bottle before
18   throwing it away?
19          MR. BRODY:  Object to form.
20   A.  No.
21   BY MR. O'BRIEN:
22   Q.  During that 90-day timeframe, did you experience
23   any of the benefits that you were hoping to see from
24   taking SAM-e?
25          MR. BRODY:  Object to form.
```

```
                                                              Page 52
 1   A.  No.
 2   BY MR. O'BRIEN:
 3   Q.  Did you leave any comments or reviews on Amazon
 4   about this purchase?
 5          MR. BRODY:  Object to form.
 6   A.  I did not.
 7   BY MR. O'BRIEN:
 8   Q.  Okay.  Did you -- did you write any reviews or
 9   comments anywhere else on the Internet about this
10   purchase?
11          MR. BRODY:  Same objection.
12   A.  No.
13   BY MR. O'BRIEN:
14   Q.  Okay.  Did you have any of the product that you
15   purchased tested for potency?
16          MR. BRODY:  Object to form.
17   A.  No.
18   BY MR. O'BRIEN:
19   Q.  Sorry.  I left the screen share up.
20          Mr. McKeown, in your own words, why don't you
21   describe for me what the claim is that you're bringing
22   in this lawsuit.
23          MR. BRODY:  Object to form; calls for legal
24      expertise.
25   A.  Refer to the counsel.
```

```
                                                              Page 53
 1   BY MR. O'BRIEN:
 2   Q.  Do you have any understanding of what you are
 3   alleging the defendants did wrong in this lawsuit?
 4          MR. BRODY:  Same objection.
 5   A.  I believe there is a discrepancy in the strength
 6   of the product.
 7   BY MR. O'BRIEN:
 8   Q.  What do you mean by discrepancy?
 9   A.  The product stated to be 400 milligrams, and I
10   believe some of the documentations that I received
11   indicated that the product was identified as being
12   lesser than 400 milligrams.
13   Q.  Okay.  And what documentation are you referring
14   to?
15   A.  Stuff -- items that I believe Jay had sent me.
16   Q.  Okay.  So your basis for understanding -- or
17   alleging, excuse me -- that the product you purchased
18   had a discrepancy in terms of its ingredients is based
19   solely on documentation provided by your attorneys?
20          MR. BRODY:  Object to form.
21   A.  Correct.
22   BY MR. O'BRIEN:
23   Q.  Do you have any other basis to allege that the
24   SAM-e you purchase from Asquared didn't have the
25   ingredients that were indicated on the label?
```

Page 54

1    MR. BRODY: Same objection.
2  A. No.
3  BY MR. O'BRIEN:
4  Q. I'm sorry, did you answer Mr. McKeown?
5  A. No. I do not.
6  Q. Did you think that it would be important to have
7  the product that you purchased tested for potency?
8    MR. BRODY: Object to form; calls for legal
9    expertise.
10 A. I believe so.
11 BY MR. O'BRIEN:
12 Q. Why do you believe it is -- it would be important
13 to have it tested?
14   MR. BRODY: Same objection.
15 A. It's part of just being accountable for what is
16 labeled as being -- what the label states that that
17 product is having.
18 BY MR. O'BRIEN:
19 Q. And I think you answered this, but none of the
20 product that you purchased and took was actually tested,
21 right?
22   MR. BRODY: Same objection.
23 A. Correct.
24 BY MR. O'BRIEN:
25 Q. All right. And I know you mentioned a little bit

Page 55

1  about how your research demonstrated to you that SAM-e
2  was a difficult compound to keep stable, I think you
3  said; do you remember that?
4  A. That's -- through a lesser terminology, yeah,
5  it's a very tricky compound to keep stable. It needs to
6  be protected from moisture. That's why some companies
7  put it in blister packs.
8    The purchase that I made online was in a bottle.
9  They were loose. That was a -- a number one thing that
10 I do remember noticing when I purchased at a lower
11 price, that the tablets were not all individually
12 packed.
13   I don't remember if they said it was
14 enteric-coated so that it survives your stomach travel.
15 But I did notice that it was of a lesser quality, as far
16 as I could tell, if I compared it to another brand, an
17 expensive brand.
18 Q. SAM-e is a difficult compound to keep stable.
19 Could you imagine a situation where different bottles of
20 SAM-e have slightly different levels of ingredients
21 because of that fact?
22   MR. BRODY: Object to form; calls for expert
23   answer and improper hypothetical.
24 A. I'll refer to counsel.
25 BY MR. O'BRIEN:

Page 56

1  Q. Mr. McKeown, what do you mean by refer to
2  counsel?
3  A. I don't know. I don't -- I -- I have no idea
4  knowing the strength in the bottles. If the -- if
5  manufacturing processes were not adhered to, I would
6  think that there would be room for mistakes in getting,
7  say, 400 milligrams of SAM-e per capsule.
8    I mean, it may have been manufactured that way,
9  but I don't know what the stability of that is by the
10 time I received it would be based on the packaging.
11   That's why I'm comparing the packaging to the
12 expensive brand, same quantity, same 400 milligrams, but
13 packaged different.
14 Q. And my question is just that I'm asking if you
15 would acknowledge there would be room for some
16 discrepancy on a bottle to bottle of --
17 A. Yes.
18   MR. BRODY: Same objection; calls for expert
19   answer.
20 BY MR. O'BRIEN:
21 Q. And would you agree the only objective or
22 scientific way to confirm that the bottle of SAM-e that
23 you purchased personally had different ingredients on
24 the label would have been to test that product?
25   MR. BRODY: Same objection; calls for legal

Page 57

1    expertise.
2  A. Correct.
3  BY MR. O'BRIEN:
4  Q. I apologize, the sun is shining through my window
5  shades, so if it looks like I have some sort of halo,
6  that's why.
7    Back to Exhibit 2, Mr. McKeown. I -- have you
8  ever heard of an individual by the name of
9  Cori Ann Ginsberg?
10 A. No.
11 Q. Have you ever spoken to Cori Ann Ginsberg about
12 this lawsuit?
13 A. No.
14 Q. Have you ever heard of an individual by the name
15 it have Noah Malgeri?
16   MR. BRODY: Object to form.
17 A. No.
18 BY MR. O'BRIEN:
19 Q. Have you ever spoken to a Noah Malgeri about this
20 lawsuit?
21 A. No.
22 Q. Have you ever heard the name of Kaylyn Wolf?
23   MR. BRODY: Object to form.
24 A. No.
25 BY MR. O'BRIEN:

15 (Pages 54 - 57)