# EXHIBIT G

Page 1

1              UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF FLORIDA
2                     MIAMI DIVISION
3    CORI ANN GINSBERG, NOAH
     MALGERI, KAYLYN WOLF, BILL
4    WILSON, SHANNON HOOD, ERIC
     FISHON, and ROBERT MCKEOWN, on
5    behalf of themselves and all
     others similarly situated,        CASE NO.:
6                                      1:19-CV-22702-KMW
         Plaintiffs,
7
     v.
8
     VITAMINS BECAUSE, LLC; CT
9    HEALTH SOLUTIONS, LLC; GMAX
     CENTRAL; INSPIRE NOW PTY, LTD
10   D/B/A BOOSTCEUTICALS; ASQUARED
     BRANDS, LLC; HEALTHY WAY RX,
11   LLC; KHAKIWARE, INC.; AND JOLLY
     DOLLAR SUPPLY COMPANY, LLC,
12
         Defendants.
13   -----------------------------/
14
15    DEPOSITION OF DOUGLAS S. KALMAN, PHD, RD, FACN, FISSN
                (Conducted Via Videoconference)
16
17
        DATE:           November 24, 2021
18
        TIME:           9:06 a.m. - 5:18 p.m.
19
20      PURSUANT TO:     Notice by counsel for
                         Defendants for purposes of
21                       discovery, use at trial, or
                         such other purposes as are
22                       permitted under the Florida
                         Rules of Civil Procedure
23
        BEFORE:          Rhonda Ellison, Notary Public
24                       State of Florida
25                        PAGES 1 - 252

1 mislabeled; right?

2   A.   Correct.

3   Q.   I want you to describe the testing process

4 used.

5        MR. BRODY:  Same objection.

6   A.   The testing process that was used is called

7 analytical testing where an analytical laboratory such as

8 Lab Mark, Eurofins, as examples, run an analytical

9 process to determine what you're asking them to determine

10 or to look for.

11        So, in general -- I say specific because

12 there's actually specific protocols used for different

13 types of testing, but the testing process is the

14 analytical laboratory analyzing the S-Adenosyl methionine

15 products for actual content versus label content.

16   Q.   Okay.  So if I can boil that down, what I hear

17 you saying is the testing process was that SAM-e was sent

18 to a laboratory and they did analytical testing on it; is

19 that correct?

20   A.   A little bit deeper than that.  And why I say

21 deeper is that three bottles from the same lot of product

22 were sent to three different laboratories meaning that

23 bottle A, B, and C went to three different laboratories

24 but they all came from the same lot that was manufactured

25 by the defendants.

1   Q.   Okay.

2   A.   That part of that process was -- in

3 biochemistry or bioanalytical labs, when you test

4 something you -- typically you test it in triplicate

5 so -- because sometimes -- just like when you may get on

6 your scale in the morning, you step on once, you say,

7 "Oh, I don't believe you.  I'm lighter than that."  And

8 then you step up on the scale again.  In chemistry you

9 test everything three times in order to make sure that

10 you have an accurate assessment.  And, also, in doing

11 in-depth process testing you send the same product from

12 the same lot number to two different or three different

13 laboratories to see if those separate laboratories get or

14 obtain the same or similar results.  So testing process

15 that was done was, you know, typical procedures for

16 analyzing product and verifying that the analysis is real

17 or correct.

18   Q.   Okay.  So the testing process that you're

19 writing about here is taking a certain number between 22

20 and 30 bottles of SAM-e and sending them to a laboratory

21 or laboratories for analytical testing?

22        MR. BRODY:  Object to form.

23   A.   Yes.

24   Q.   And then you said there's specific protocols

25 for the testings; correct?

1   A.   Yes.

2   Q.   What are those specific protocols?

3   A.   The specific protocols that are used are

4 laboratory specific and noted on their certificate of

5 analysis sheets.  And what I mean by that is whether the

6 laboratory used a procedure known as high performance

7 liquid chromatography or whether they used mass spec- --

8 mass spectroscopy.  So those are the part of the

9 protocols of how you're going to analyze something.  You

10 know you're going to analyze it and that you have process

11 and then how it's going to be executed and how that

12 compares to label claim and all of those other things as

13 previously mentioned.

14   Q.   Were you involved in any aspect of the testing

15 of the 22 to 30 bottles of SAM-e?

16        MR. BRODY:  Object to form.

17   A.   No.  Reviewing the results thereof, but

18 nothing more than that.

19   Q.   So I'm correct that the extent of your

20 involvement of the testing of the 22 to 30 bottles of

21 SAM-e is reading the test results; correct?

22   A.   That's a pretty good summary.

23   Q.   Have you seen photographs of any of the

24 testing process?  And by photos of the testing process, I

25 mean photos from the laboratories as they're conducting

1 the testing.

2   A.   No, not photos of the laboratory doing their

3 work.

4   Q.   Have you spoken with any of the scientists

5 that performed the testing of the 22 to 30 bottles of

6 SAM-e?

7        MR. BRODY:  Object to form.

8   A.   No.

9   Q.   To move on.  Was the testing process used to

10 determine that all SAM-e capsules manufactured by

11 Defendant Vitamins Because and CT Health were deficient

12 and uniformly mislabeled?  And I just want to make sure I

13 have this -- this down.  Based on the results of the

14 testing of the 22 to 30 bottles that you read the results

15 of, it's your opinion that all SAM-e manufactured by

16 Vitamins Because is defective; correct?

17   A.   It is my opinion that all of the SAM-e

18 capsules as manufactured by the defendants were

19 defective.

20   Q.   Okay.  You answered a different question than

21 I asked.

22   A.   Oh, really?  I'm sorry.  Please ask it again

23 then.

24   Q.   I will.  It's your opinion based on the

25 results of the 20 -- the testing of 22 to the 30 --

13 (Pages 46 - 49)

Page 90

1  a claim about the dose of the nutritional ingredient.
2      Q.   And then that's what you just said the lawsuit
3  was about; correct?
4          MR. BRODY:  Object to form.  Misstates prior
5      testimony.
6      A.   What I said in part was that the -- the crux
7  or the lawsuit is about product making a claim of having
8  X amount of SAM-e versus what was actually in the
9  product.  That's the major deficiency and defectiveness
10 that we're dealing -- or discussing.
11     Q.   Okay.  You would agree that you could be cited
12 for D and the active amount of SAM-e in a product could
13 meet what the label says; correct?
14         MR. BRODY:  Object to form.
15     A.   Correct.
16     Q.   "E:  You did not take necessary precautions
17 during the manufacture of a dietary supplement to prevent
18 contamination of components."
19         You could be cited for E and the active
20 ingredient could still meet what the label says; correct?
21         MR. BRODY:  Object to form.
22     A.   Yes.
23     Q.   "F:  You did not establish specifications for
24 the packaging and labeling of the finished dietary
25 supplement to ensure you use the specified packaging and

Page 91

1  to ensure you have complied with the specified label."
2          You could be cited for F and the active
3  ingredient of the product could still meet the label
4  requirement; correct?
5          MR. BRODY:  Object to form.
6      A.   Correct.
7      Q.   "G:  You did not collect and hold reserve
8  samples of packaged and labeled dietary supplements that
9  you distributed."
10         The manufacturing facility could be cited for
11 G and the active ingredient of their product could still
12 meet the label requirements; correct?
13     A.   Correct.
14     Q.   And "H:  Your handwashing facilities are not
15 convenient."
16         You could be cited for H and your product
17 could still be perfectly fine; correct?
18         MR. BRODY:  Object to form.  Misstates prior
19     testimony.
20     A.   You could -- what do you mean by perfectly
21 fine?
22     Q.   I mean -- I'll ask a better question.  Your
23 handwashing facilities could be in the most inconvenient
24 spot on earth, and your product could be perfect in every
25 way; correct?

Page 92

1          MR. BRODY:  Same objection.
2      A.   With that kind of statement, it could also be
3  imperfect in every way.
4      Q.   So is that yes?
5      A.   No, that's a no.  "Perfect in every way" were
6  the exact words that you used.
7      Q.   Right.
8      A.   So since this is all theoretical, it can also
9  be the opposite.  You can have handwashing facilities an
10 hour away from wherever you manufacture, that doesn't
11 mean that you're still manufacturing correctly.  This is
12 just an item that Mr. Fox noted as for whatever reason
13 being an issue.
14     Q.   Right.  But you would agree that because your
15 handwashing facilities are not convenient does not render
16 the active ingredient in SAM-e to be less than what's
17 stated on the label; correct?
18         MR. BRODY:  Form objection.
19     A.   Correct.
20     Q.   And, again, in response to these eight items
21 that Mr. Fox put on the 483 form, Vitamins Because
22 responded; correct?
23     A.   They did send a response letter.
24     Q.   And the FDA took no action following receiving
25 the response; correct?

Page 93

1          MR. BRODY:  Object to form.  Misstates facts.
2      A.   As far as I am aware, the FDA has not taken
3  action yet -- or follow-up action yet as related to the
4  483 and the response that they received.
5      Q.   All right.  To continue on through the report
6  here, you'd agree -- it's your opinion that all SAM-e
7  manufactured by Vitamins Because did not meet the label
8  requirement for active ingredient; correct?
9      A.   Can you repeat the question?  The first couple
10 of words, I did not hear clearly.  I'm sorry.
11     Q.   It is your opinion that all of the SAM-e
12 manufactured by Vitamins Because failed to meet the label
13 requirement as it relates to the active amount of SAM-e;
14 correct?
15     A.   No, incorrect.  I did -- I did see and read
16 perhaps two or three certificates of analysis by
17 third-party analytical labs that did find the label claim
18 was met or nearly met.  So that would be 2 or 3 tests out
19 of 30-plus tests found a label claim or near label claim
20 was made.
21     Q.   Okay.  Would you agree that 3 out of 30 is
22 10 percent?
23         MR. BRODY:  Form.
24     A.   If I can do the math with my fingers, I would
25 agree.  Yes.  Sorry about the bad joke.  Yes.

Page 94

1    Q.   So you would agree that this statement is not
2 true?  All SAM-e capsules manufactured by the defendant
3 Vitamins Because and CT Health were uniformly mislabeled?
4        MR. BRODY:  Object to form.
5    A.   I cannot say all, but given the inconsistency
6 and that at least 90 percent of the testing showed or
7 demonstrated severe issues with regards to purity and
8 strength and composition of the products, it's a huge red
9 flag of inconsistency in manufacturing processes and
10 quality.
11   Q.   Okay.  So you'd agree that some of the SAM-e
12 that you're aware of met the label requirements for
13 active ingredient; correct?
14   A.   I would agree that up to about 10 percent of
15 what I am aware of regarding the SAM-e products met or
16 nearly met label claim.
17   Q.   So it's true that some of Vitamins Because's
18 SAM-e product met label claims; correct?
19        MR. BRODY:  Object to form.
20   A.   It is true.  And if my memory serves me
21 correctly that a couple of products from 2020 did meet
22 label claim.  Again, still less than 10 percent or less
23 of all of the products that were tested.
24   Q.   But even in your expert opinion, not all;
25 correct?

Page 95

1        MR. BRODY:  Object to form.
2    A.   Correct.
3        MR. ANDERSON:  What do you-all want to do
4    about lunch?
5        (Recess.)
6 BY MR. ANDERSON:
7    Q.   All right.  Dr. Kalman, we've been talking
8 about the 483 letter, the inspection, and the testing.
9 I'm going to stop sharing for a second here and I might
10 switch it up.  You -- strike that.
11        The people that you're relying on for the
12 testing shows Eurofins as the testing facility; correct?
13 One of the testing facilities.
14   A.   It would be correct to say that the people who
15 coordinated testing -- one of the testing facilities that
16 they utilized was Eurofins.
17   Q.   Why did they choose Eurofins, if you know?
18   A.   I cannot speak to other people's motivations.
19   Q.   I wrote it down.  You purchased the SAM-e that
20 you took -- I wrote it down.  I think you said it was
21 Doctor's Choice or something.  What was it?
22   A.   I thought it was Doctor's Best.
23   Q.   Doctor's --
24   A.   And I looked.  I don't have it here with me.
25 And it wasn't just a SAM-e, itself, capsule.  It was a

Page 96

1 multi-ingredient product with ingredients that are geared
2 or thought to have positive impacts on bone and
3 cartilage.
4    Q.   Okay.  Now when you purchased that product
5 that included at least -- it included some SAM-e; am I
6 right?
7    A.   Correct.
8    Q.   How did you determine what manufacturer you
9 were going to purchase from?
10   A.   I wasn't looking to determine which
11 manufacturer.  As you may or may not know, companies that
12 sell products don't always manufacture them.  Like I
13 don't -- so -- however, big picture is I was looking for
14 a product that had some specific ingredients that science
15 says should have some benefits towards recovery after a
16 muscle tendon cartilage bone surgery and liked the
17 product that I saw.  Second to that is knowing the name
18 of the company and that they have been around and have a
19 decent reputation was helpful in me deciding let me try
20 this product that has these three or four key ingredients
21 I'm looking for.
22   Q.   Did you read any customer reviews prior to
23 choosing Doctor's Best?
24   A.   No.
25   Q.   Did you review the certificate of analyses

Page 97

1 prior to purchasing the product from Doctor's Best?
2    A.   No.
3    Q.   Did you do any testing on the product you
4 purchased from Doctor's Best?
5    A.   No.
6    Q.   Have you ever done testing on any SAM-e
7 product that you personally purchased for personal use?
8    A.   As an individual consumer, no.  However,
9 separate to that as a research scientist, I have
10 published research on S-Adenosyl methionine or SAM-e, and
11 in that we did have testing as part of the QA of that
12 study.
13   Q.   Okay.  Is that the study that was -- that was
14 comparing SAM-e and another drug for effects on
15 depression?
16   A.   Yes and no.  I say yes but the incorrect word
17 that you used is drug.
18   Q.   Okay.
19   A.   That was a study that was looking to compare
20 the potential antianxiety or antidepressive effects of
21 SAM-e as compared to something -- a specific extract out
22 of corn.
23   Q.   Okay.  Aside from that article, have you been
24 involved in any publications or research projects not
25 related to litigation that involved SAM-e?

25 (Pages 94 - 97)