# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| CORI ANN GINSBERG, NOAH MALGERI, KALYN WOLF, BILL WILSON, SHANNON HOOD, ERIC FISHON, and ROBERT MCKEOWN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VITAMINS BECAUSE LLC, CT HEALTH SOLUTIONS LLC, GMAX CENTRAL LLC, ASQUARED BRANDS LLC, INSPIRE NOW PTY LTD d/b/a BOOSTCEUTICALS, HEALTHY WAY RX LLC, KHAKIWARE INC., and JOLLY DOLLAR SUPPLY COMPANY, LLC.,<br><br>Defendants. | CASE NO.: 1:19-CV-22702-KMW<br><br>Purported Class Action |

**VITAMINS BECAUSE AND CT HEALTH SOLUTIONS'
HYBRID EXPERT WITNESS DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C) and Federal Rules of Evidence 702, 703, and 705, Defendants Vitamins Because and CT Health Solutions (collectively "Vitamins Because") makes the following disclosure of its hybrid expert witness:

Dr. Neil Ross
N2 Pharma LLC
Can be contacted through counsel for Vitamins Because

Dr. Ross is a hybrid expert witness who was involved in and will testify about Vitamins Because's manufacture of SAMe from January 30, 2018 through the date Vitamins Because decided to stop manufacturing SAMe, including all records created during the manufacturing process of Vitamins Because's SAMe during that relevant time. This includes not only what

1

records exist but what those records reveal regarding the SAMe product manufactured by Vitamins Because during that time frame. It is expected that Dr. Ross will opine about Vitamins Because's manufacturing process as compared to FDA guidance and recommendations, and GMP guidelines during the relevant time period. In addition, Dr. Ross will opine about the adequacy of the SAMe product manufactured by Vitamins Because during the relevant time period.

Dr. Ross is also a hybrid expert witness who was involved in and will testify about the FDA inspection of Vitamins Because's manufacturing facility, the Section 483 process in general and as applied to Vitamins Because, Vitamins Because's response to the FDA inspection of Vitamins Because's manufacturing facility, and the lack of any action taken by the FDA as a result of that inspection. Dr. Ross will also testify about the actions taken by Vitamins Because following the inspection.

Dated: November 29, 2021

/s/ David S. Johnson
David S. Johnson    FBN 096423
Scott W. Anderson   FBN 738311
JOHNSON DABOLL ANDERSON, PLLC
2011 W Cleveland Street, Suite F
Tampa, Florida 33606
Telephone: (813) 377-2499
Fax: (813) 330-3156
djohnson@jdalegal.com
sanderson@jdalegal.com
aglisson@jdalegal.com

*Counsel for Vitamins Because and CT Health Solutions*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of November, 2021, a true and correct copy of the foregoing was served electronically to the following counsel of record on the attached service list.

/s/David S. Johnson

2

**SERVICE LIST**

Tod Aronovitz (FBN 186430)
Barbara Perez (FBN 989304)
ARONOVITZ LAW
2 South Biscayne Boulevard
One Biscayne Tower
Suite 3700
Miami, FL 33131
Tel: 305-372-2772 Fax: 305-397-1886
ta@aronovitzlaw.com
bp@aronovitzlaw.com
Attorneys for Plaintiffs

Jay I. Brody (Admitted Pro Hac Vice)
Gary S. Graifman (Admitted Pro Hac Vice)
KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Tel: 845-356-2570
ggraifman@kgglaw.com
jbrody@kgglaw.com
Attorneys for Plaintiffs

Nicholas A. Migliaccio
Jason S. Rathod
MIGLIACCIO & RATHOD LLP
412 H Street N.E., Ste. 302
Washington, DC 20002
Tel: 202-470-3520
nmigliaccio@classlawdc.com
Attorneys for Plaintiffs

Joseph A. Sorce
JOSEPH A. SORCE & ASSOCS., P.A.
999 Ponce de Leon Blvd., Suite 1020
Coral Gables, FL 33134
Tel: 305-529-8544
jsorce@flconstructionlawyer.com
Attorney for Defendants Khakiware, Inc.
and Healthy Way RX, LLC

Bretton I Pollack
Pollack, Pollack & Kogan, LLC

Brendan H. Little
Sean M. O'Brien
LIPPES MATHIAS WEXLER, et al.
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Tel: 716-853-5100
blittle@lippes.com
sobrien@lippes.com

Alessandro A. Apolito
LIPPES MATHIAS WEXLER, et al.
822 US Highway A1A, Suite 101
Ponte Vedra Beach, FL 32082
Tel: 904-660-0020
aapolito@lippes.com
Attorneys for ASquared Brands

Leon N. Patricios (FBN 0012777)
ZIMPANO PATRICIOS, P.A.
312 Minorca Ave.
Coral Gables, FL 33134
Tel: 305-444-5565
Fax: 305-444-8588
lpatricios@zplaw.com
jzumpano@zplaw.com

Richard J. Oparil (admitted *pro hac vice*)
ARNALL GOLDEN GREGORY
1775 Pennsylvania Ave., NW
Suite 1000
Washington, DC 20006
T: 202-677-4030
Richard.oparil@agg.com
Attorneys for GMAX Central, LLC

Mark Migdal & Hayden
Yaniv Adar
Joshua A. Migdal
80 S.W. 8th Street
Suite 1999
Miami, FL 33130
Tel: 305-374-0440

| | |
|---|---|
| Courthouse Tower<br>44 W Flagler Street, Suite 2050<br>Miami, FL 33130<br>Tel: 305-373-9676<br>Brett.pollack@ppkfirm.com<br>B@birvingpollack.com<br>Attorneys for Inspire Now | yaniv@markmigdal.com<br>josh@markmigdal.com<br>eservice@markmigdal.com<br>Attorneys for Jolly Dollar Supply Company |