# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-CV-22702-KMW

NOAH MALGERI, KALYN WOLF, BILL
WILSON, SHANNON HOOD, and
ROBERT MCKEOWN on behalf of
themselves and all others similarly situated,

    Plaintiffs,

vs.

VITAMINS BECAUSE LLC, CT HEALTH
SOLUTIONS LLC, GMAX CENTRAL
LLC, ASQUARED BRANDS LLC,
INSPIRE NOW PTY LTD d/b/a
BoostCeuticals, HEALTHY WAY RX LLC,
KHAKIWARE INC, and JOLLY DOLLAR
SUPPLY COMPANY, LLC,

    Defendants.
_____/

**VITAMINS BECAUSE AND CT HEALTH SOLUTIONS' RESPONSE TO
PLAINTIFFS' FOURTH REQUEST FOR PRODUCTION**

Defendant VITAMINS BECAUSE LLC and CT HEALTH SOLUTIONS LLC ("Vitamins Because") responds to Plaintiffs' Fourth Request for Production as follows:

**DOCUMENT REQUEST NO. 1:** Dr. Ross's entire file related to the above-captioned matter, including, but not limited, to all documents or other things you have reviewed or generated in connection with this matter.

**RESPONSE:** Dr. Ross is not a retained expert in litigation and is not a party to this case. Vitamins Because is not in possession or control of Dr. Ross' file.

**DOCUMENT REQUEST NO. 2:** Dr. Ross's and/or N2 Pharma LLC's contract with Defendant or Defendant's counsel.

**RESPONSE:** See attached.

**DOCUMENT REQUEST NO. 3:** Dr. Ross's and N2 Pharma LLC's entire billing file related to this matter, including but not limited to a copy of Dr. Ross's and N2 Pharma LLC's time records and invoice in connection with this matter.

**RESPONSE:** Dr. Ross is not a retained litigation expert and is not a party to this case. None.

**DOCUMENT REQUEST NO. 4:** All correspondence sent to Dr. Ross from anyone acting on any Defendant's behalf including but not limited to Defendant's counsel or any other expert, whether a consulting or testifying expert, relating in any way to any issue in this case. This request for document production includes, but is not limited to, communications between Defendant's attorney and Dr. Ross which:

(i) relate to compensation for Dr. Ross's study or testimony;

(ii) (ii) identify facts or data that the Defendant's attorney provided and that Dr. Ross considered in forming the opinions to be expressed; or

(iii) identify assumptions that Defendant's attorney provided and that Dr. Ross relied on in forming the opinions to be expressed.

**RESPONSE:** Dr. Ross is not a retained expert in litigation and is not a party to this case. Vitamins Because objects to this Request as not reasonably limited in time or scope. Subject to and without waiving the foregoing, Vitamins Because is not in possession or control of Dr. Ross' file.

**DOCUMENT REQUEST NO. 5:** All correspondence sent by Dr. Ross to anyone acting on any Defendant's behalf including but not limited to Defendant's counsel or any other expert, whether a consulting or testifying expert, relating in any way to any issue in this case. This request for document production includes, but is not limited to, communications between Dr. Ross and Defendant's attorney which:

(i) relate to compensation for Dr. Ross's study or testimony;

(ii) identify facts or data that the Defendant's attorney provided and that Dr. Ross considered in forming the opinions to be expressed; or

(iii) identify assumptions that Defendant's attorney provided and that Dr. Ross relied on in forming the opinions to be expressed.

**RESPONSE:** Dr. Ross is not a retained expert in litigation and is not a party to this case. Vitamins Because objects to this Request as not reasonably limited in time or scope. Subject to and without waiving the foregoing, Vitamins Because is not in possession or control of Dr. Ross' file.

**DOCUMENT REQUEST NO. 6:** All records, files, and other documents which Dr. Ross has reviewed with reference to this case.

**RESPONSE:** Dr. Ross is not a retained expert in litigation and is not a party to this case. Vitamins Because is not in possession or control of Dr. Ross' file.

**DOCUMENT REQUEST NO. 7:** All textbooks, journals, articles or similar literature which Dr. Ross has consulted in connection with this case.

**RESPONSE:** Dr. Ross is not a retained expert in litigation and is not a party to this case. Vitamins Because is not in possession or control of Dr. Ross' file.

**DOCUMENT REQUEST NO. 8:** All textbooks, journals, articles or similar literature which Dr. Ross has relied on in arriving at any opinion(s) in this case.

**RESPONSE:** Dr. Ross is not a retained expert in litigation and is not a party to this case. Vitamins Because is not in possession or control of Dr. Ross' file.

**DOCUMENT REQUEST NO. 9:** All documents and other tangible things relating to any testing, examination or inspection of any SAMe supplements in question, any component of the supplements in question or any similar such supplements.

**RESPONSE:** Dr. Ross is not a retained expert in litigation and is not a party to this case. Vitamins Because is not in possession or control of Dr. Ross' file.

**DOCUMENT REQUEST NO. 10:** All documents and other tangible things relating to any testing, examination or inspection of the SAMe supplements, components of such supplements, or other tangible things which have aided in the development of Dr. Ross's opinions in this case.

**RESPONSE:** Dr. Ross is not a retained expert in litigation and is not a party to this case. Vitamins Because is not in possession or control of Dr. Ross' file.

**DOCUMENT REQUEST NO. 11:** All records, reports, notes, memoranda, or similar writings, which Dr. Ross or any member of her office has made concerning this case or which relate in any way to this case or to any facts relating to Dr. Ross's expected testimony in this case.

**RESPONSE:** Dr. Ross is not a retained expert in litigation and is not a party to this case. Vitamins Because is not in possession or control of Dr. Ross' file.

**DOCUMENT REQUEST NO. 12:** All reports which Dr. Ross has prepared concerning the case or the SAM-e supplements at issue, or any potential Defendant defenses.

**RESPONSE:** Dr. Ross is not a retained expert in litigation and is not a party to this case. Vitamins Because is not in possession or control of Dr. Ross' file.

**DOCUMENT REQUEST NO. 13:** All records, documents, communications, reports, notes, memoranda in the possession of Dr. Ross and/or N2 Pharma LLC relating to Defendant's manufacture of SAMe supplements from January 30, 2018 through the date Defendant decided to stop manufacturing SAMe, including all records created during the manufacturing process of Defendant's SAMe products.

**RESPONSE:** Dr. Ross is not a retained expert in litigation and is not a party to this case. Vitamins Because is not in possession or control of Dr. Ross' file.

**DOCUMENT REQUEST NO. 14:** All records, documents, communications, reports, notes, memoranda in the possession of Dr. Ross and/or N2 Pharma LLC relating to the FDA inspection of Vitamins Because's manufacturing facility, the Section 483 process as applied to Vitamins Because, Vitamins Because's response to the FDA inspection of Vitamins Because's manufacturing facility, any actions or inactions taken by the FDA as a result of that inspection, and the actions taken by Vitamins Because following the inspection.

**RESPONSE:** Dr. Ross is not a retained expert in litigation and is not a party to this case. Vitamins Because is not in possession or control of Dr. Ross' file.

**DOCUMENT REQUEST NO. 15:** A current Curriculum Vitae for Dr. Ross.

**RESPONSE:** Dr. Ross is not a retained expert in litigation and is not a party to this case. Vitamins Because is not in possession or control of Dr. Ross' file.

**DOCUMENT REQUEST NO. 16:** All of Dr. Ross's books, articles, theses or other writing, either as an author, coauthor or participant, in research which has been published or unpublished which relate to the subject upon which Dr. Ross will be testifying or which will form the basis of Dr. Ross's opinions.

**RESPONSE:** Dr. Ross is not a retained expert in litigation and is not a party to this case. Vitamins Because is not in possession or control of Dr. Ross' file.

**DOCUMENT REQUEST NO. 17:** All records showing any official employment, appointment, or contract of Dr. Ross with the FDA.

**RESPONSE:** Dr. Ross is not a retained expert in litigation and is not a party to this case. Vitamins Because is not in possession or control of Dr. Ross' file.

**DOCUMENT REQUEST NO. 18:** A description of each document or other tangible thing that is not being produced on the grounds that it is allegedly protected by the attorney work product doctrine or any other privilege.

**RESPONSE:** Dr. Ross is not a retained expert in litigation and is not a party to this case. Vitamins Because is not in possession or control of Dr. Ross' file

Dated: January 12, 2022          /s/Scott W. Anderson
                                 David S. Johnson     FBN 096423
                                 Scott W. Anderson    FBN 738311
                                 JOHNSON DABOLL ANDERSON, PLLC
                                 2011 W Cleveland Street, Suite F
                                 Tampa, Florida 33606
                                 Telephone: (813) 377-2499
                                 Fax: (813) 330-3156
                                 djohnson@jdalegal.com

5

Johnson Daboll Anderson, PLLC

sanderson@jdalegal.com
aglisson@jdalegal.com

*Counsel for Vitamins Because and CT Health Solutions*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January, 2022, a true and correct copy of the foregoing was served electronically to the following counsel of record on the attached service list.

/s/David S. Johnson

## SERVICE LIST

Joshua H. Eggnatz
FBN: 67926
EGGNATZ PASCUCCI, P.A.
7450 Griffin Road
Suite 230
Davie, FL 33314
Tel: 954-889-3359
Fax: 954-889-5913
jeggnatz@justiceearned.com
Attorneys for Plaintiffs


Jay I. Brody (Admitted Pro Hac Vice)
Gary S. Graifman (Admitted Pro Hac Vice)
KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Tel: 845-356-2570
ggraifman@kgglaw.com
jbrody@kgglaw.com
Attorneys for Plaintiffs

Nicholas A. Migliaccio
Jason S. Rathod
MIGLIACCIO & RATHOD LLP
412 H Street N.E., Ste. 302
Washington, DC 20002
Tel: 202-470-3520
nmigliaccio@classlawdc.com
Attorneys for Plaintiffs

Brendan H. Little
Sean M. O'Brien
LIPPES MATHIAS WEXLER, et al.
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Tel: 716-853-5100
blittle@lippes.com
sobrien@lippes.com

Alessandro A. Apolito
LIPPES MATHIAS WEXLER, et al.
822 US Highway A1A, Suite 101
Ponte Vedra Beach, FL 32082
Tel: 904-660-0020
aapolito@lippes.com
Attorneys for ASquared Brands

Leon N. Patricios (FBN 0012777)
ZIMPANO PATRICIOS, P.A.
312 Minorca Ave.
Coral Gables, FL 33134
Tel: 305-444-5565
Fax: 305-444-8588
lpatricios@zplaw.com
jzumpano@zplaw.com

Richard J. Oparil (admitted *pro hac vice*)
ARNALL GOLDEN GREGORY
1775 Pennsylvania Ave., NW
Suite 1000
Washington, DC 20006

| | |
|---|---|
| Joseph A. Sorce<br>JOSEPH A. SORCE & ASSOCS., P.A.<br>999 Ponce de Leon Blvd., Suite 1020<br>Coral Gables, FL 33134<br>Tel: 305-529-8544<br>jsorce@flconstructionlawyer.com<br>Attorney for Defendants Khakiware, Inc.<br>and Healthy Way RX, LLC | T: 202-677-4030<br>Richard.oparil@agg.com<br>Attorneys for GMAX Central, LLC |
| Bretton I Pollack<br>Pollack, Pollack & Kogan, LLC<br>Courthouse Tower<br>44 W Flagler Street, Suite 2050<br>Miami, FL 33130<br>Tel: 305-373-9676<br>Brett.pollack@ppkfirm.com<br>B@birvingpollack.com<br>Attorneys for Inspire Now | Mark Migdal & Hayden<br>Yaniv Adar<br>Joshua A. Migdal<br>80 S.W. 8th Street<br>Suite 1999<br>Miami, FL 33130<br>Tel: 305-374-0440<br>yaniv@markmigdal.com<br>josh@markmigdal.com<br>eservice@markmigdal.com<br>Attorneys for Jolly Dollar Supply Company |

7
Johnson Daboll Anderson, PLLC