# EXHIBIT 4

| | |
|---|---|
| **From:** | aglisson@jdalegal.com |
| **To:** | Gary Graifman; Jay Brody; "Nicholas Migliaccio"; "Joseph A. Sorce, Esq."; "Brett Pollack"; admin@ppkfirm.com; blittle@lippes.com; aapolito@lippes.com; lpatricios@zplaw.com; jzumpano@zplaw.com; Richard.Oparil@AGG.com; "Yaniv Adar"; "Josh Migdal"; eservice@markmigdal.com; b@birvingpollack.com; jeggnatz@justiceearned.com; "Sean M. O"Brien" |
| **Cc:** | sanderson@jdalegal.com; djohnson@jdalegal.com |
| **Subject:** | SERVICE OF COURT DOCUMENT: Case No. 1:19-cv-22702 - Malgeri, et al. v. Vitamins Because, et al. (USDC - Southern District of Florida) - E-mail 1 of 1 |
| **Date:** | Monday, January 17, 2022 9:31:40 AM |
| **Attachments:** | VB - Amended Hybrid Witness Disclosure 1.17.2022.pdf |

Good morning,

Attached please find Vitamins Because and CT Health Solutions' Amended Hybrid Expert Witness Disclosure.

Sincerely,

Annie


Annie Gainer Glisson, Paralegal
Johnson Daboll Anderson, PLLC
2011 W. Cleveland Street, Suite F
Tampa, FL 33606
813-377-2499 - Main
813-377-3186 – Direct
aglisson@jdalegal.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

NOAH MALGERI, KALYN WOLF, BILL
WILSON, SHANNON HOOD,
and ROBERT MCKEOWN on behalf of
themselves and all others similarly situated,

    Plaintiffs,

vs.

VITAMINS BECAUSE LLC, CT HEALTH
SOLUTIONS LLC, GMAX CENTRAL
LLC, ASQUARED BRANDS LLC,
INSPIRE NOW PTY LTD d/b/a
BOOSTCEUTICALS, HEALTHY WAY
RX LLC, KHAKIWARE INC., and JOLLY
DOLLAR SUPPLY COMPANY, LLC.,

    Defendants.

CASE NO.: 1:19-CV-22702-KMW

Purported Class Action

## VITAMINS BECAUSE AND CT HEALTH SOLUTIONS' AMENDED HYBRID EXPERT WITNESS DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C) and Federal Rules of Evidence 702, 703, and 705, Defendants Vitamins Because and CT Health Solutions (collectively "Vitamins Because") makes the following disclosure of its hybrid expert witness:

Dr. Neil Ross
N2 Pharma LLC
Can be contacted through counsel for Vitamins Because

Dr. Ross is a hybrid expert witness who was involved in and will testify about Vitamins Because's manufacture of SAMe from January 30, 2018 through the date Vitamins Because decided to stop manufacturing SAMe, including all records created during the manufacturing process of Vitamins Because's SAMe during that relevant time. This includes not only what records exist but what those records reveal regarding the SAMe product manufactured by Vitamins

Because during that time frame. It is expected that Dr. Ross will opine about Vitamins Because's manufacturing process as compared to FDA guidance and recommendations, and GMP guidelines during the relevant time period. The facts that Dr. Ross will rely upon are his involvement with and counseling with regards to Vitamins Because's manufacturing process. In addition, Dr. Ross will opine about the adequacy of the SAMe product manufactured by Vitamins Because during the relevant time period. The facts that Dr. Ross will rely upon are his involvement in the manufacturing processes of SAM-e from the time that he got involved until when Vitamins Because ceased manufacturing SAM-e. Dr. Ross is also expected to rely upon the company's manufacturing records to show that the SAM-e met the statement for active ingredient.

Dr. Ross is also a hybrid expert witness who was involved in and will testify about the FDA inspection of Vitamins Because's manufacturing facility, the Section 483 process in general and as applied to Vitamins Because, Vitamins Because's response to the FDA inspection of Vitamins Because's manufacturing facility, and the lack of any action taken by the FDA as a result of that inspection. Dr. Ross will also testify about the actions taken by Vitamins Because following the inspection. The facts that Dr. Ross is expected to use to support this opinion are his involvement in the inspection of Vitamins Because's old facility and his involvement with the move to the new facility that has never been inspected by the FDA.

Dated: January 17, 2022

/s/Scott W. Anderson
David S. Johnson      FBN  096423
Scott W. Anderson    FBN  738311
JOHNSON DABOLL ANDERSON, PLLC
2011 W Cleveland Street, Suite F
Tampa, Florida 33606
Telephone: (813) 377-2499
Fax: (813) 330-3156
djohnson@jdalegal.com
sanderson@jdalegal.com
aglisson@jdalegal.com

2

*Counsel for Vitamins Because and CT Health Solutions*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2022 I electronically served the foregoing by electronic mail to the following counsel of record on the attached service list.

/s/Scott W Anderson

## SERVICE LIST

Joshua H. Eggnatz
FBN: 67926
EGGNATZ PASCUCCI, P.A.
7450 Griffin Road
Suite 230
Davie, FL 33314
Tel: 954-889-3359
Fax: 954-889-5913
jeggnatz@justiceearned.com
Attorneys for Plaintiffs


Jay I. Brody (Admitted Pro Hac Vice)
Gary S. Graifman (Admitted Pro Hac Vice)
KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Tel: 845-356-2570
ggraifman@kgglaw.com
jbrody@kgglaw.com
Attorneys for Plaintiffs

Nicholas A. Migliaccio
Jason S. Rathod
MIGLIACCIO & RATHOD LLP
412 H Street N.E., Ste. 302
Washington, DC 20002
Tel: 202-470-3520

Brendan H. Little
Sean M. O'Brien
LIPPES MATHIAS WEXLER, et al.
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Tel: 716-853-5100
blittle@lippes.com
sobrien@lippes.com

Alessandro A. Apolito
LIPPES MATHIAS WEXLER, et al.
822 US Highway A1A, Suite 101
Ponte Vedra Beach, FL 32082
Tel: 904-660-0020
aapolito@lippes.com
Attorneys for ASquared Brands

Leon N. Patricios (FBN 0012777)
ZIMPANO PATRICIOS, P.A.
312 Minorca Ave.
Coral Gables, FL 33134
Tel: 305-444-5565
Fax: 305-444-8588
lpatricios@zplaw.com
jzumpano@zplaw.com

Richard J. Oparil (admitted *pro hac vice*)
ARNALL GOLDEN GREGORY

nmigliaccio@classlawdc.com
Attorneys for Plaintiffs

Joseph A. Sorce
JOSEPH A. SORCE & ASSOCS., P.A.
999 Ponce de Leon Blvd., Suite 1020
Coral Gables, FL 33134
Tel: 305-529-8544
jsorce@flconstructionlawyer.com
Attorney for Defendants Khakiware, Inc. and Healthy Way RX, LLC

Bretton I Pollack
Pollack, Pollack & Kogan, LLC
Courthouse Tower
44 W Flagler Street, Suite 2050
Miami, FL 33130
Tel: 305-373-9676
Brett.pollack@ppkfirm.com
B@birvingpollack.com
Attorneys for Inspire Now

1775 Pennsylvania Ave., NW
Suite 1000
Washington, DC 20006
T:  202-677-4030
Richard.oparil@agg.com
Attorneys for GMAX Central, LLC

Mark Migdal & Hayden
Yaniv Adar
Joshua A. Migdal
80 S.W. 8th Street
Suite 1999
Miami, FL 33130
Tel: 305-374-0440
yaniv@markmigdal.com
josh@markmigdal.com
eservice@markmigdal.com
Attorneys for Jolly Dollar Supply Company