# EXHIBIT 6

Page 1

1            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
2                    MIAMI DIVISION
3                CASE NO. 19-cv-22702-KMW
4     CORI ANN GINSBERG, NOAH MALGERI,
      KALYN WOLF, BILL WILSON, SHANNON
5     HOOD, ERIC FISHON, and ROBERT MCKEOWN
      on behalf of themselves and all others
6     similarly situated,
7          Plaintiffs,
8     vs.
9     VITAMINS BECAUSE LLC, CT HEALTH
      SOLUTIONS LLC, GMAX CENTRAL LLC,
10    ASQUARED BRANDS LLC, INSPIRE NOW PTY
      LTD d/b/a Boostceuticals, HEALTHY WAY RX
11    LLC, KHAKIWARE, INC., and JOLLY DOLLAR
      SUPPLY COMPANY, LLC.
12
           Defendants.
13    _____/
14                         Virtual Proceeding
                           Monday, 10:10 a.m. - 3:23 p.m.
15                         January 17th, 2022
16
17
18
           VIDEOCONFERENCE DEPOSITION OF DR. NEIL ROSS
19
20
21        Taken on behalf of the Plaintiffs before Amber
22    Cheek, Court Reporter, Notary Public in and for the
23    State of Florida at Large, pursuant to Notice of Taking
24    Deposition in the above cause.
25

```
 1      APPEARANCES:
 2      ATTORNEY FOR PLAINTIFFS
 3           JAY I. BRODY, ESQUIRE
             jbrody@kgglaw.com
 4           KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.
             747 Chestnut Ridge Road
 5           Chestnut Ridge, New York 10977
             (845)356-2570

 6

 7

 8      ATTORNEY FOR VITAMINS BECAUSE LLC and CT HEALTH
        SOLUTIONS, LLC

 9
             SCOTT ANDERSON, ESQUIRE
10           sanderson@jdalegal.com
             JOHNSON DABOLL ANDERSON PLLC
11           2011 West Cleveland Street
             Suite F
12           Tampa, Florida 33606
             (813)597-9782

13

14

15      ATTORNEY FOR ASQUARED BRAND LLC
16           SEAN O'BRIEN, ESQUIRE
             sobrien@lippes.com
17           LIPPES MATHIAS WEXLER FRIEDMAN, LLP
             50 Fountain Plaza
18           Suite 1700
             Buffalo, New York 14202
19           (716)853-5100
20
21
22
23
24
25
```

Page 3

1                           I N D E X
2     WITNESS:                                    PAGE:
      _____
3
      DR. NEIL ROSS
4
      Direct-Examination by Mr. Brody.....................5
5     Cross-Examination by Mr. O'Brien.................202
      Certificate of Oath of witness..................204
6     Letter to Witness Re:  Reading..................206
      Errata Sheet....................................207
7     Witness Signature Page..........................208
8
9                          EXHIBITS
10    NUMBER              DESCRIPTION              PAGE:
      _____
11
      EXHIBIT 1      Plaintiffs' Notice of Deposition.....12
12                   Duces Tecum via Zoom
13    EXHIBIT 2      Vitamins Because and CT Health.......54
                     Solutions Hybrid Expert Witness
14                   Disclosure
15    EXHIBIT 3      Consulting Agreement between........108
                     N2Pharma LLC and CT Health
16                   Solutions
17    EXHIBIT 4      Shandong Jincheng...................139
                     Bio-Pharmaceutical Certificates
18                   of Analysis
19    EXHIBIT 5      NSF Good Manufacturing Practices....163
                     Packet - VB-PROD 005602 through
20                   005849
21    EXHIBIT 6      NSF Good Manufacturing Practices.....163
                     Packet - VB-PROD 005602 through
22                   005849
23    EXHIBIT 7      Department of Health and Human.......172
                     Services Food and Drug
24                   Administration, 483
25    EXHIBIT 8      Expert Disclosures..................188

Page 4

1                          I N D E X

2                          EXHIBITS

3    NUMBER                 DESCRIPTION                 PAGE:

     _____

4

     EXHIBIT 9       Plaintiffs' Fourth Request For......199

5                    Production of Documents To

                     Defendants Vitamins Because LLC

6                    and CT Health Solutions LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    Thereupon:

2                        DR. NEIL ROSS

3    was called as a witness and, having been first duly

4    sworn and responding, "I do," was examined and testified

5    as follows:

6                      DIRECT-EXAMINATION

7    BY MR. BRODY:

8         Q    Good morning, Dr. Ross.

9         A    Good morning.

10        Q    My name is Jay Brody.  I'm counsel for the

11   plaintiffs in this case, putative counsel, class counsel

12   in this case.

13             Can you state your name for the record.

14        A    Neil Ross.

15        Q    And can you provide your current address.

16        A    1071 Nandina Drive, Weston, Florida 33127.

17        Q    And can you also provide your current contact

18   information.

19        A    Yes.  Phone number (954)816-4154.  Email

20   neildonaldross@gmail.com.

21        Q    And is that contact information which you're

22   using in this case or this litigation?

23        A    Correct.  I have sent you an invoice for this

24   and everything was on it.  Same number, same email, same

25   everything.

                                                        Page 6

1          Q    Okay.  Thank you.

2               Have you been deposed previously?

3          A    Oh, yes.

4          Q    And has that been in other litigation?

5          A    Yes.

6          Q    And what other cases have you been deposed in?

7          A    I will tell you the basics of it.  I don't

8     want to disclose all the information.

9          Q    Sure.  Can you just give the names of the

10    cases and then I'll go back and follow up on that.

11         A    Okay.  There was a case I was deposed in was a

12    case involving a pre-mix company where they made a

13    product using selenium and selenium had caused some

14    injury to a bunch of people consuming it through a

15    marketer, and I was being used as an expert witness for

16    the pre-mix company.

17         Q    And before I go on and ask you about some of

18    these cases, let me just ask you preliminarily, are you

19    on any medication at this time?

20         A    Yes, a number of medications.  I'm 68 years

21    old.

22         Q    I can understand that.

23              Is there any medication that you're taking

24    which would prevent you from telling the truth --

25         A    No.

```
                                                Page 7

 1          Q     -- and testifying properly under oath?

 2          No?

 3          A     No, none.

 4          Q     Okay.  And just so you know, we're going to be

 5    going for some time today.  If at any point you need a

 6    break, just let me know.  I would just ask if there is

 7    an open question on the table, that you answer the

 8    question first and then we can take a break afterwards.

 9    Otherwise, I'll try to take a break every hour or so,

10    around that amount of time give or take a little bit.

11          I'm going to be asking obviously a number of

12    questions.  If I ask a question, I'm going to assume

13    that you understand the question.  If for whatever

14    reason you don't understand the question, just please

15    ask me to clarify and I will do my best to clarify.

16    Otherwise I'll assume you understood the question.

17          Otherwise, I'm sure you know, because it seems

18    like you've deposed before, but in a deposition you need

19    to verbalize all your answers.  Head nodding and other

20    gesticulations are typical in everyday life and

21    perfectly acceptable in those contexts, but in the

22    context of a deposition, we just ask that you verbalize

23    all your answers.

24          A     Correct.

25          Q     And lastly, I would just ask that we both make
```

```
 1    an effort, myself and you and the other attorneys, not
 2    to speak simultaneously.  Because this is a remote
 3    deposition, there might be a little delay.  But
 4    obviously the court reporter is going to be taking down
 5    and transcribing everything that's being said.  So in
 6    this light, we have to make an extra effort just to
 7    pause in between questions, answers, objections,
 8    whatever it may be, just to make sure we're not speaking
 9    over one another and the court reporter can take it down
10    proper and accurate.
11            Does that sound good to you, Dr. Ross?
12       A    That's fine.
13       Q    All right.  Great.
14            Let me start off by asking you, does anyone
15    represent you in this litigation?
16       A    Represent me for what?
17       Q    For anything.
18            MR. ANDERSON:  Object to form.
19            THE WITNESS:  Well, I haven't needed lawyer
20       representation for anything up until now.  I do use
21       a service for contracts, et cetera, stuff like
22       that.  That's it.
23    BY MR. BRODY:
24       Q    So you have some attorneys for contractual
25    purposes?
```

Page 9

1          A     Right, for contracts.

2          Q     And in this litigation, are there any

3    attorneys that are representing you?

4                MR. ANDERSON:  Object to form.

5                THE WITNESS:  No.  There's no need that I'm

6          aware of.

7    BY MR. BRODY:

8          Q     Are there any other attorneys who are

9    communicating on your behalf in this case?

10               MR. ANDERSON:  Object to form.

11               THE WITNESS:  Yeah, I would guess it could be

12         Scott's group.

13   BY MR. BRODY:

14         Q     Okay.  So I'm just trying to understand.

15               He's not representing you, but he's

16   communicating on your behalf?

17         A     Yes.

18               MR. ANDERSON:  Object to form.

19               MR. BRODY:  I'm sorry.  Dr. Ross, I didn't

20         hear the answer.

21               THE WITNESS:  Yes, affirmative.

22               MR. BRODY:  You said yes.  Okay.

23   BY MR. BRODY:

24         Q     And did you ask him for his law firm to

25   communicate on your behalf in this case?

```
                                                  Page 10
 1              MR. ANDERSON:  Object to form.

 2              THE WITNESS:  They were the contact with my

 3         client.  They're my client's law firm.  I received

 4         a subpoena to do a deposition, even though I'm not

 5         really directly involved with this case, from you.

 6         So I obviously talked to him about it, and that's

 7         why I'm here doing the deposition to answer the

 8         questions that you've got.

 9              MR. BRODY:  Sure.

10    BY MR. BRODY:

11         Q    But just to pin this down, did you ask him to

12    communicate on your behalf?

13              MR. ANDERSON:  Object to form.

14              THE WITNESS:  No, not really.  There's been no

15         communication between me and them for them to

16         represent me or speak for me or do anything.

17              MR. BRODY:  Okay.  Thank you.  That was

18         helpful.

19    BY MR. BRODY:

20         Q    And you mentioned before that you had some

21    communications with this law firm.

22              Well, first of all --

23         A    Correct.

24         Q    -- just a preliminary question.

25              What is the name of the law firm, if you know?
```

```
                                                    Page 11

 1        A    Oh, I'm not familiar with the name of the law

 2    firm that they're using.  I know that contact I had was

 3    with a different lawyer than Scott who was representing

 4    them.  They provided me with information about this

 5    deposition and they forwarded to me the deposition

 6    requirement.

 7             I think I had one meeting with them once with

 8    the client for like three minutes, and that was it, just

 9    because they happened to be at the site when I was

10    working with them.  That was all.

11        Q    And was the name of the attorney Dave Johnson,

12    David Johnson?

13        A    Correct.

14        Q    And you've had communications with David

15    Johnson you said at the site?

16        A    That actually what?  That actually did what?

17    I had communication with him obviously, yes.

18        Q    And those communications were over the phone

19    or in person?

20        A    The phone.

21        Q    Over the phone.

22             And you've also had communications with

23    attorney Scott Anderson of the same firm?

24             MR. ANDERSON:  Object to form.

25             THE WITNESS:  As far as I remember, no.
```

```
                                                   Page 12

 1              Scott, I'm not sure.  I don't remember meeting

 2         you anytime.  But I'm old.  My memory.

 3              MR. ANDERSON:  No worries.  Do your best.

 4              THE WITNESS:  Yes.

 5              MR. BRODY:  I'm just asking you to do your

 6         best.  If there's something you don't know, it's

 7         perfectly fine.  Can just say you don't know.

 8         Obviously if you do answer, I'll assume you do

 9         know.

10    BY MR. BRODY:

11         Q    Dr. Ross, can you see the document which I've

12    put up in front of the screen?

13         A    Okay.  Yeah, I got it.

14              MR. BRODY:  Madam Court Reporter, I'd just

15         like to mark this as Exhibit Number 1 to the

16         deposition.

17              (Plaintiffs' Exhibit 1 was marked for

18    Identification.)

19    BY MR. BRODY:

20         Q    Dr. Ross, have you seen this document before?

21              And I can scroll through it slowly to give you

22    a chance to --

23         A    Hang on.  Let me read some of this.

24              I don't think so.  This looks like the -- oh,

25    that's the one I got, yes.
```

Page 13

```
 1          Q    So you have seen this document before and you

 2     --

 3          A    Yes.  I received this, yes.

 4          Q    And approximately when did you receive this,

 5     this record?

 6          A    Oh, my goodness.  I believe two weeks ago.

 7          Q    And did you review the record from top to

 8     bottom?

 9               MR. ANDERSON:  Object to form.

10               THE WITNESS:  Did I review the entire

11          document?

12               MR. BRODY:  Yes.

13               THE WITNESS:  Yeah, I read through it, yes.

14     BY MR. BRODY:

15          Q    And is it your understanding that you're

16     appearing today pursuant to this Notice?

17          A    Well, the only thing that wasn't in the Notice

18     is what the case was about.  It just said they're suing

19     them.  It didn't say what the information was, what the

20     case was pertaining to or was it a product or just a

21     company?  There's nothing there, in this Notice anyway,

22     that I found.

23          Q    Sure.

24               And what is your understanding about what this

25     case is about, as you just put it?
```

1            MR. ANDERSON:  Object to form.

2            THE WITNESS:  The best understanding I have of

3       this -- you should be telling me what you're doing

4       and you're suing them for so I understand it.

5       Okay.  The best I understand, it's a product they

6       made, as far as I know.  And as far as the product

7       it was, I believe it was the Sam-e product I think.

8       But I'm not totally positive on that one.

9  BY MR. BRODY:

10      Q     And is that the extent of your understanding

11  of this litigation?

12      A     That's the best I know.

13      Q     And you don't know -- you're not familiar with

14  what the claims are about?

15           MR. ANDERSON:  Object to form.

16           THE WITNESS:  I have no idea of what you're

17      suing them for.  I have not seen any depositions of

18      the people you probably deposed.  I have not been

19      used as an expert witness.  I've seen nothing.  So

20      it's like this is what this is.

21           MR. BRODY:  Okay.  Great.

22  BY MR. BRODY:

23      Q     And by the way, Doc, I'm going to be asking

24  you a number of questions.  Hopefully this deposition

25  won't go for too long.  But even if the questions are

Page 15

```
 1     quote/quote obvious, I would just ask your indulgence
 2     just to answer the question anyway just so we have a
 3     record.  I'm not trying to insult your intelligence
 4     obviously or anything like that.
 5          A    No, that's fine.  There's nothing wrong with
 6     that.
 7          Q    Okay.  I appreciate that.
 8               Now, you just mentioned a second ago that
 9     you're not being used as an expert in this case.  So is
10     that correct?  Did I hear you correctly?
11          A    Correct.
12          Q    And so what is your understanding of your role
13     in this case?
14          A    I'm basically a witness because I was a
15     consultant to the company that you're suing and I was
16     the person that helped them set up their cGMP systems,
17     et cetera, to get their plant up to speed when they
18     moved to a new facility, get their paperwork up in
19     order, help them with an FDA audit they got, help them
20     respond to the FDA, get the stuff worked out in the
21     plant of what the FDA wanted and have them follow what
22     they required.  That's what I did.
23          Q    Okay.  And so your knowledge pertains only to
24     those areas.  Would that be fair to say?
25               MR. ANDERSON:  Object to form.
```

```
                                                            Page 16

 1              THE WITNESS:  Yes, I would say that's correct.

 2       Yeah.

 3   BY MR. BRODY:

 4       Q    And if I could just direct your attention -- I

 5   may follow up on some of those questions as we go on --

 6   but just direct your attention back to the record in

 7   front of us, Exhibit 1.

 8       A    Correct.

 9       Q    I'm scrolling down to the section that says,

10   "Appendix A."

11       A    Okay.

12       Q    Have you reviewed Appendix A previously?

13       A    Yeah, I saw it before when you sent the thing.

14   I read through it.

15       Q    And do you have in your possession any of

16   these materials?

17       A    I went and reviewed everything.  It took me a

18   while because I'm a very busy person.  And I did check

19   it for me because I didn't have any really need to go

20   deep into it.  And all I could find was -- I went

21   through all my emails, but the problem is I delete them

22   after a certain time frame because of the volume I have.

23   I did find two that were there for the Sam-e with CT

24   Health and that was it.  But they were general.  I have

25   those.
```

Page 17

```
 1              The other thing I found in the file was the
 2      formulation for the Sam-e that I provided them to help
 3      them with the label of it, because they did ask me
 4      questions on it which was back in 2000 -- my goodness --
 5      '18 sometime.  Nineteen.
 6         Q    Yes.  And were there any other documents?
 7         A    No.  The only other document I had that I
 8      found and everything was their supplier that they buy
 9      from for Sam-e.
10         Q    And that was the COA that was for Sam-e, was
11      for Sam-e specifically.  Is that correct?
12         A    Sam-e COA, yeah.  I found it and pulled it
13      out.
14         Q    What was the same of the supplier?
15         A    Oh, my goodness.  Just a second.
16              It was Chinese obviously.
17              But I don't want to leave.  I just want to
18      minimize.  There we go.  Let me do this so I could get
19      somewhere and pull this up.
20              Okay.  Their supplier was Shandong Jincheng
21      Bio-Pharmaceutical Company.
22              THE COURT REPORTER:  And you are going to have
23         to help me with that spelling please.
24              THE WITNESS:  Oh, my.  I don't blame you.
25              S-H-A-N-D-O-N-G J-I-N-C-H-E-N-G
```

Page 18

```
1            Bio-Pharmaceutical Company Limited.
2                 THE COURT REPORTER:  Thank you.
3                 THE WITNESS:  They're Chinese people.
4                 THE COURT REPORTER:  Thank you.
5                 THE WITNESS:  Okay.  Very good.
6                 That was their supplier of Sam-e that they've
7            always used.
8      BY MR. BRODY:
9            Q    And when you say "they've always used,"
10     they've always used that before you started --
11           A    To my knowledge, that's the only supplier they
12     had of Sam-e.
13                MR. ANDERSON:  Object to the form of the
14           question.
15     BY MR. BRODY:
16           Q    And was this the supplier they used after your
17     consulting services?
18           A    That they did what?
19                THE COURT REPORTER:  Yeah, please.
20                MR. BRODY:  I'm sorry.  I'll just repeat the
21           question.  If you'll just strike the question, I'll
22           repeat it.
23                THE COURT REPORTER:  Just speak up a little
24           louder please.  You're coming in a little low for
25           some reason.
```

Page 19

```
 1            MR. BRODY:  Okay.  I will also raise my
 2       volume.
 3            THE COURT REPORTER:  That might help.  Thank
 4       you.
 5            THE WITNESS:  That's what I'm trying to do
 6       myself.
 7            MR. BRODY:  And if at any point you can't hear
 8       what I'm saying, please ask me to speak up or try
 9       to be more loud or clear.
10  BY MR. BRODY:
11       Q    Just to be clear about this supplier that you
12  mentioned, this Shandong Jincheng -- I don't have to
13  mention the whole name, but you just spelled it out
14  earlier.  This supplier was the supplier they used
15  before you started consulting with the company.  Is that
16  correct?
17       A    Yeah, before I did the work with them, sure,
18  they only had a supplier as far as I -- to my knowledge.
19       Q    To your knowledge.  Yeah, I'm only asking you
20  to your knowledge obviously.
21            And after your consulting services, was this
22  still the supplier which they used?
23       A    Correct.
24            MR. ANDERSON:  Object to form.
25  BY MR. BRODY:
```

Page 20

```
 1          Q    And they didn't switch suppliers at any point
 2     to a different supplier of Sam-e raw material?
 3               MR. ANDERSON:  Object to form.
 4               THE WITNESS:  I have no knowledge if they did
 5          or not.
 6     BY MR. BRODY:
 7          Q    Well, you have no knowledge or it's your
 8     understanding that they did not or you presume that they
 9     did not?
10               MR. ANDERSON:  Object to form.
11               THE WITNESS:  No.
12               How it works in cGMP, their SOP is a whole
13          industry.  You have a system called Alternate
14          Vendor Approval System.  What does that mean?  If
15          you go to buy from another supplier, you've got to
16          qualify them and then start using the material.
17          It's not like you just go, Oh, I want to go to the
18          shelf and buy somebody else's stuff.  It's a set
19          system.  And so educated guess on my part, they
20          never changed.
21               MR. BRODY:  Okay.
22               THE WITNESS:  It's too complicated for them to
23          go switch a supplier.
24               MR. BRODY:  Okay.  Thank you.
25     BY MR. BRODY:
```

Page 21

1          Q    I'm going to have to follow up on this, but I

2     just want to -- before we get into some of these issues,

3     I just want to ask you about Appendix A.  You mentioned

4     two emails which you found regarding Sam-e.  You

5     mentioned --

6          A    Right.

7               THE COURT REPORTER:  I'm sorry.  Say it again.

8     BY MR. BRODY:

9          Q    Sure.

10              I'm just recalling Dr. Ross mentioned two

11    Sam-e emails.  He mentioned a formulation of Sam-e with

12    a label, some record related to that, and you mentioned

13    the Sam-e COA of the supplier of the Sam-e raw

14    materials.

15         A    Correct.

16         Q    Were there any other records or documents

17    which you found to be responsive --

18         A    No, no.  There was nothing else.  I went

19    through the files, everything I got, trying to find

20    anything I could find on that because that was it.

21         Q    That was it?

22         A    On Sam-e, yes.

23         Q    On Sam-e.

24              And so there were no other documents -- even

25    unrelated to Appendix A per se, there were no other

```
                                                    Page 22

 1     documents relating to your work in Sam-e?

 2          A    As far as I know, Appendix A was very specific

 3     on what was required and so I looked specifically for

 4     that.

 5          Q    Okay.  And these three things, these three

 6     records or these types of records which you found, are

 7     these records which are also in the possession of

 8     Vitamins Because?

 9          A    I would say, yes.

10               MR. ANDERSON:  Object to form.

11               MR. BRODY:  The answer was yes?  I'm sorry.  I

12          just didn't hear you.

13               THE WITNESS:  Yes, I believe so.  Yes.

14     BY MR. BRODY:

15          Q    And just so we're clear going forward, when I

16     refer to Vitamins Because, what do you understand that

17     to mean just for the record?

18          A    Okay.  Vitamins Because, as far as I'm aware,

19     is the line of products that they sell.  It's a line of

20     products, Vitamins Because vitamins.  The company names,

21     I'm not sure the company names they use for sure,

22     because you saw my contract with them, and that was with

23     CT Health Solutions which is the manufacturing side of

24     stuff.  Okay.  And so that's what I was doing, which

25     obviously that's where they make things.  Vitamins
```

Page 23

1    Because I believe was the marketing part of it, but I'm

2    not totally positive.

3         Q    Okay.  And so your contract was with CT Health

4    Solutions LLC?

5         A    Correct, yes.

6         Q    And so just for purposes of this deposition,

7    when I mention Vitamins Because, would you understand

8    that to be effectively the same company?

9         A    Correct, yes.

10        Q    And so when I refer to Vitamins Because, I'm

11   referring to Vitamins Because LLC and CT Health

12   Solutions LLC.

13        A    CT Health Solutions.  It's all one, right.

14        Q    All one company.  All right.  So just as a

15   matter of reference.

16             Okay.  So I may come back and ask you

17   specifically about this, but it sounds like -- well, let

18   me just confirm.

19             So you haven't done any other work in this

20   case -- and again when I say "this case," I'm talking

21   about this litigation -- other than appear here for the

22   litigation today.  Is that correct?

23        A    Correct.

24        Q    And what did you do in preparation, if

25   anything, for this deposition?

Page 24

```
 1        A    The only thing I did was I did the search that
 2    was requested.  So I did it.  I put the documents in a
 3    small file that I kept in case you wanted copies of it.
 4    I kept them there.  That's really the only thing I
 5    really did.
 6        Q    Okay.  And, yes, plaintiffs would continue to
 7    call for the production of those documents.
 8        A    Okay.  I can forward them to your email I
 9    guess?
10        Q    Yeah, I would appreciate it.
11        A    Okay.
12        Q    Dr. Ross, let me just ask you, did you share
13    these documents with counsel for Vitamins Because before
14    the deposition?
15        A    No, not yet, no, because I just did the search
16    over a week.  And they're not -- they're pretty
17    innocuous to be quite honest.  They're emails that
18    didn't really pertain to much of anything except just
19    mentioning Sam-e.  The formulation is just a formulation
20    sheet.  The COA is a COA supplier which you already
21    have.  I'm sure you have the formulation sheet and the
22    COA also.
23        Q    Well, we may.
24        A    So I don't think there's going to be much
25    there, but I'll send it to you.
```

Page 25

1          Q    Thank you.

2               And what does the formulation sheet consist of

3     if you can just describe it to the best of your ability?

4          A    Okay.  The formulation is a way to make the

5     product, how to do it.  It's a formulation of the raw

6     materials that go into it, how to put it together, the

7     way the capsule is, how much actives in the powder

8     they're buying that they put on the label and tells them

9     the name of the product they put on the label.  It tells

10    you all the basic stuff of the formulation.

11         Q    And would you consider that to be like a

12    step-by-step manufacturing protocol for the Sam-e?

13              MR. ANDERSON:  Object to form.

14              THE WITNESS:  Oh, yeah.  Part of it's in

15         there.

16              MR. BRODY:  Part of it's in there.

17              THE WITNESS:  There's different sheets.  Okay.

18              In other words, when you do formulations,

19         which is what I do for a living pretty much, you

20         have to have a formulation which is materials and

21         ingredients.  After you have the materials and

22         ingredients, then you have to have the process

23         steps, how do you make it?  Then you have to have

24         the specification, how do you test it?  Okay.  And

25         that's pretty much it.  Okay.  Sam-e is a very

Page 26

```
 1        difficult product.
 2    BY MR. BRODY:
 3        Q    What do you mean by that, it's a difficult
 4    product?
 5        A    Sam-e is an extremely unstable compound.  Very
 6    unstable.  They stabilize it by making salt.  The salts
 7    --
 8             THE COURT REPORTER:  Oh, whoa, whoa, whoa.
 9        Hold on.  Hold on.  You've got to slow down.
10             THE WITNESS:  I'm sorry.
11             THE COURT REPORTER:  You know what you're
12        talking about.  I don't.  Go ahead.
13             THE WITNESS:  I know what I'm talking about,
14        but I understand you.
15             THE COURT REPORTER:  Go ahead.  Just slow
16        down.
17             THE WITNESS:  Sam-e is an active in the
18        bloodstream, okay, everybody talks about,
19        S-Adenosylmethionine.  Okay.  That's the active.
20             To keep it stable, they must make a salt of it
21        to make it into a powder.  The actual way it's used
22        in the drug industry, the make a soft jell capsule
23        from the oil.  It's actually an oil.  And that's
24        how they sell it overseas mainly.  But when they
25        bring it to this country, they have to make it into
```

Page 27

```
 1          a powder because it won't transfer.  It won't make
 2          it here stabley.  Transport.  So they sell the salt
 3          here.
 4               And Sam-e is actually a misnomer for it.  It
 5          should be Sam-e SS.  That's the disulfate salt.
 6          That's what you're actually putting in the bottle
 7          and it's actually a tosylate which another form of
 8          salt too, but the active is Sam-e SS.
 9               Okay.  A little history level on Sam-e
10     chemistry here.
11               MR. BRODY:  Yes.  Thank you.
12               THE WITNESS:  So most of the products on the
13          market are misnomers anyway.  They just call it --
14          because everybody says, Oh, it's Sam-e.  Well,
15          that's not really true.  It all depends what you're
16          calling it, what you're declaring, what you say on
17          the label, all that kind of stuff.
18     BY MR. BRODY:
19          Q    And so to be clear, when you say it's a
20     misnomer, Sam-e, it's a misnomer because it's not really
21     Sam-e.  It's Sam-e disulfate.
22          A    SS.  SS is what's in the bottle.
23          Q    And SS stands for?
24          A    Disulfate.  Two disulfate groups that attaches
25     to salt to make it stable.  It also degrades in the
```

Page 28

```
 1     stomach.  In other words, this is a very unstable
 2     compound.  As a matter of fact, the problem you've got
 3     with it is not so much making it.  It's more of shelf
 4     life storage.
 5             If it leaves the factory, it needs to be
 6     maintained at 75 degrees Fahrenheit and has to be
 7     maintained at 60 percent or less humidity.  If you do
 8     not do that, the product degrades extremely fast.  You
 9     cannot even run accelerated stability on it which is
10     standard protocol to provide dating.  If you do, you
11     won't find it.  It will fail.
12        Q    And when you talk about it degrading fast,
13     you're speaking about the Sam-e SS, correct?
14             MR. O'BRIEN:  Objection to form.
15             THE WITNESS:  Sam-e SS, the tosylate, all of
16         them, are not good.  Heat, water, light, all three
17         degrade the compound.  And the problem you got
18         there is normally where it's stored is not in good
19         conditions.
20     BY MR. BRODY:
21        Q    And did you consult with Vitamins Because
22     regarding the storage of the Sam-e?
23             MR. ANDERSON:  Object to form.
24             THE WITNESS:  I explained to them when they're
25         making this product that they had to do very
```

Page 29

```
 1            specific things to it to keep it as stable as they
 2            can before it leaves their shop.  Because once it
 3            leaves their shop, they have no control.
 4      BY MR. BRODY:
 5            Q    And so you didn't provide any consulting
 6      services regarding stability of the supplement after --
 7            A    Other than the fact letting them know it's an
 8      unstable compound.
 9                 THE COURT REPORTER:  Hold on.  Mr. Anderson,
10            were you speaking?
11                 MR. O'BRIEN:  Yeah.  I said object to form.
12            He just said the exact opposite.
13                 MR. BRODY:  Dr. Ross, you're doing fine.  If
14            you can just take a second and just wait until the
15            attorneys make their comments, whatever they are,
16            and then just go on.  There's nothing problematic
17            with you're speaking.  We're, again, just going to
18            try not to speak over each other.  That's all.
19                 THE COURT REPORTER:  Yes.  Just let him get
20            the very end of his questions out please.
21                 THE WITNESS:  Okay.
22                 THE COURT REPORTER:  Thank you.
23      BY MR. BRODY:
24            Q    So, again, I'll just repeat the question.
25                 The question was:  The consulting services
```

Page 30

1    were only in regards to the product as it was made or --

2    the consulting services regarding the stability of the

3    Sam-e disulfate was only in regards to the supplement

4    when it was on the premises, but you gave no consulting

5    services regarding its stability after it would leave

6    the premises?

7            MR. O'BRIEN:  Objection to form.

8            THE WITNESS:  After it left the facility?

9            MR. BRODY:  Yes.

10           THE WITNESS:  You can't because there's no

11       controls.

12           For example -- I'll give you one very good

13       example.  Amazon.  People who buy product on Amazon

14       are taking a big risk of any nutraceutical.  They

15       have no control conditions in their warehouses.  My

16       daughter worked there in an Amazon warehouse, so I

17       have personal family experience of what they do.

18       You must keep these products at controlled

19       conditions or they're not stable.

20   BY MR. BRODY:

21       Q    And so these manufacturers, do they know that

22   the product is not going to meet the label claims when

23   it's received by the consumer after buying them through

24   Amazon?

25           MR. ANDERSON:  Object to form.

Page 31

1          MR. O'BRIEN:  Objection to form.

2          THE WITNESS:  That's unknown on their part.

3          Manufacturers who make this product, good

4     manufacturers who make this product, understand the

5     problems with it.  They're very familiar, and they

6     do everything they can to make it as stable as they

7     can in production of it when it goes out the door.

8     They do that on purpose.

9          I explained to my clients, CT Health, how to

10    help them make the stuff internally okay, better,

11    so they could get out the door all right.  That was

12    done.  And they did it.  But I explained to them

13    this one, B12, there's a number of products in

14    nutraceuticals is the same problem.  This is just

15    one of many.

16 BY MR. BRODY:

17    Q    And so they knew that it wasn't going to be --

18 when I say "they," I mean Vitamins Because -- they knew

19 that after it left their facility, it wasn't going to be

20 maintained in the recommended --

21    A    They don't --

22          THE COURT REPORTER:  Hold on.  Wait a second.

23    Wait, wait, wait.  Let's get the end of the

24    question out.

25          MR. BRODY:  -- in the recommended storage

Page 32

```
 1        conditions?
 2            MR. ANDERSON:  Object to form.  Misstates
 3        prior testimony.  Counsel is testifying.  Object to
 4        form.
 5            Go ahead, Doctor.
 6            THE WITNESS:  Okay.  They would have no way of
 7        knowing what people are going to do.
 8            MR. BRODY:  Okay.
 9            THE WITNESS:  They have no way -- they can put
10        it on the label and tell them do this, but it
11        doesn't mean they do it.
12    BY MR. BRODY:
13        Q    Okay.  And if we can just direct your
14    attention back to the formulation sleet.  You mentioned
15    there was materials and ingredients and then there's how
16    you make it and then there's how to test it.
17            The record that you provided Vitamins Because,
18    it had all three aspects or only some of the aspects?
19    What was on that record that you provided them?
20            MR. ANDERSON:  Object to form.
21            THE WITNESS:  Okay.  What was on the record
22        that I gave them was a formulation which tells them
23        what to put in and how to label it.  I told them
24        the potency of the product was in there from the
25        COA they provided.  It told them -- I'd have to
```

Page 33

1           look at it.  But I usually put in there the method

2           to test it by which is very normal standard

3           protocol for it.

4                So they had basically everything where they

5           could make it and test it and go with it.

6      BY MR. BRODY:

7           Q    And let me just break down that one by one.

8                As far as what you recommended in the Sam-e

9      supplement, what ingredients?  I guess that's my

10     question.  What ingredients did you recommend?

11          A    Well, the ingredients that you put in there --

12               MR. ANDERSON:  Object to form.

13               THE WITNESS:  Okay.

14               MR. ANDERSON:  Doc, you've got to give us just

15          a second.

16               THE COURT REPORTER:  Yeah.  I mean, I can't

17          get three of you.  You really have to be aware of

18          that please.

19               THE WITNESS:  Okay.  Well, what I'm going to

20          do is when he asks, I'm just going to sit and wait.

21               THE COURT REPORTER:  Thank you.  That's

22          fantastic.

23               MR. ANDERSON:  Okay.  Thank you.

24               THE WITNESS:  Would that make it better?

25          Because I can't -- I'm trying to help move it

 1      along.

 2          THE COURT REPORTER:  I know, but that doesn't

 3      work for the record at all.

 4          THE WITNESS:  Okay.  It's not going to work

 5      that way.  All right.

 6          What is going on with this is that when you

 7      make a formulation, you have to know the

 8      ingredients to put with Sam-e.  Okay.  You cannot

 9      put a microcrystalline cellulose.  You cannot put

10      certain other excipients -- they're called

11      excipients -- or fillers that go in the

12      formulation.

13          Why?  They degrade the Sam-e SS.  They help

14      degrade the Sam-e because they help pull water into

15      the product, into the powder.  You have to use very

16      little Silicone Dioxide.  You cannot use much Mag

17      Stearate which is very common excipients.  These

18      will affect the Sam-e.  You can use some but very

19      little.  That's their formulation.

20          Now you take it and now you got to know how to

21      process it which is the next step.  How do you put

22      the things together?  Okay.  That's a whole other

23      step of making a product or formulation.

24  BY MR. BRODY:

25          Q    Did Vitamins Because change their ingredients

Page 35

1   based on your consulting?  I'm talking about with the

2   Sam-e supplements that --

3           MR. ANDERSON:  Object to the form.

4           THE WITNESS:  Well, what's interesting, the

5       stuff they used in the product was basically what I

6       used in the formulation.  They were still using --

7       they were using rice flour which is a very normal

8       filler, common filler.  They were using it.  That's

9       okay with Sam-e.  They were using no Mag Stearate,

10      no Silica.  But I recommended they put a little bit

11      in because you can't get it on the machine to run

12      well without it.  They need it.

13          And so that was just the recommendations I had

14      slightly different than what they were doing.

15      Well, that I can remember.

16          MR. BRODY:  Sure.  I'm only asking what you

17      can recall.

18  BY MR. BRODY:

19      Q    And as far as you mentioned before, the

20  processing of the ingredient, what does that entail

21  broadly speaking?

22      A    Okay.  It actually entails -- in Sam-e,

23  there's a lot involved in Sam-e.  You have to control

24  the delivery to your shop.  You have to make sure it was

25  brought in a controlled container coming to your

Page 36

1    facility.  You have to make sure that when you receive

2    it, you process it as fast as possible.  You don't let

3    it sit.  When you blend it, you try to minimize air

4    mixing with it, because that will cause degradation also

5    because there's moisture in the air.  You have to do it

6    on the machine a specific way, on the capsule machine,

7    so it will fill correctly.

8              Then after that, packaging had a lot to do

9    with it.  But a lot of people don't do that because they

10   don't have the capability.  But if you do certain things

11   to help Sam-e along, you can make it.  The big thing

12   they had, they had a facility that was able to control

13   temperature and moisture and you keep it down to very

14   low levels to where the product could be made.

15        Q    You just mentioned the packaging.  You had

16   recommendations for how to package the Sam-e?

17        A    Right.

18        Q    What were those recommendations?

19        A    The recommendations for packaging is do not

20   use induction sealing.  When you take the cap off of a

21   bottle of nutraceuticals, there's a --

22              THE COURT REPORTER:  Hold on.  No, no, no.

23        Hold on.  "When you take the cap off a bottle" --

24        what did you say?

25              THE WITNESS:  Of a nutraceutical.

1           THE COURT REPORTER:  Okay.

2           THE WITNESS:  Something from this industry.

3           Even pharmaceutical does it.  There's usually

4        an aluminum seal on the top and the bottom.  Right.

5        That is called an induction seal.  What does that

6        mean?  That's in the cap that goes on the bottle.

7        They torque the cap down and then it goes through a

8        heat tunnel to seal the aluminum onto the bottle.

9           Obviously with this kind of product, you don't

10       want to do induction sealing which is what this

11       client actually doesn't do.  They take what they

12       call is a snap seal.  They have a snap cap for

13       their products which has no heat added to it on the

14       packaging end of things.  So that's an advantage

15       for this product.  Okay.  So that's the advantage

16       cap for a B12, Sam-e, D3, things that are unstable.

17       It makes them last longer.

18    BY MR. BRODY:

19       Q    And so did you recommend that they change

20    their packaging in any way or were you --

21       A    No, no, no.  They had a good package.

22       Q    And did you consider or advise them regarding

23    other types of packaging they could or should use?

24           MR. ANDERSON:  Object to form.

25           THE WITNESS:  No, not really.  Because they

Page 38

```
 1        had everything already all set up.  There was no
 2        need to advise them on anything with packaging.
 3   BY MR. BRODY:
 4        Q    Okay.  And just to follow up and close the
 5   topic, did you consider the use of blister packs for
 6   their Sam-e supplements?
 7        A    Okay.  Blister pack on Sam-e, not on capsules.
 8   Do not blister-cap capsule Sam-e.  Soft jells or hard
 9   shell.  Tablets, yes, you do.  It's a different style of
10   dosage form that's acceptable.
11        Q    And why is it not used on capsules?
12        A    Heat.  The capsule is made of what?  Gelatin
13   or HPMC.  It contains anywhere from 12 to 17 percent
14   water.  And so if you use a blister pack to put the
15   capsules in it, it goes through the heat cycle to seal
16   the blister together, the plastic and the aluminum.
17             That temperature is extremely high.  Guess
18   what happens?  That capsule is sitting right on the
19   aluminum when it goes through the sealing process.  That
20   means the moisture in the capsule begins to evaporate on
21   the inside of the capsule.  Guess what that does to the
22   materials inside the capsule?  It begins the degradation
23   process.
24        Q    And in regards to the processing, did you
25   provide them with specific recommendations as far as
```

```
1     filling the capsule?

2          A    Moderate.  They had good machines.  The

3     machines were fully automated machines quite good to

4     fill Sam-e.

5          Q    Okay.

6          A    So there was no real need to do much there,

7     except to make sure they knew to keep it running as fast

8     as they can to get it out into the capsule away from the

9     light.  Okay.  And once you have it in the capsule in

10    bulk, keep it in a sealed container, okay, with a

11    desiccant before you move it over to packaging.  Basic

12    things to just make it better.

13         Q    And so you didn't advise them on how much

14    materials to put in the capsule.  You were just advising

15    them --

16         A    It's in the formula.

17              MR. ANDERSON:  Object to the form.

18              THE WITNESS:  The formula derives how much you

19         put in the capsule.

20              THE COURT REPORTER:  Yeah, you're talking over

21         each other again.

22              THE WITNESS:  Okay.  Sorry.

23              THE COURT REPORTER:  You've got to let him get

24         the question out please.

25    BY MR. BRODY:
```

Page 40

1          Q    Dr. Ross, if you could just repeat the answer
2     please.
3          A    Okay.  When you make a capsule, the
4     formulation tells you how much powder is going in that
5     capsule.  It also tells you how much weight the capsule
6     is so you know what the total weight of the dosage is
7     that's supposed to be coming out of the machine.  You
8     check the weight routinely as you're making it to make
9     sure you're staying inside the range of weight which is
10    usually plus or minus 5 percent.  It can be plus or
11    minus 10 percent.  It depends on the product.
12         Q    And the amount of powder, that's something
13    that you put in the formulation sheet?
14         A    Sure.  The formulation tells you how much to
15    put it, right.
16         Q    And the labels represent the amount of powder
17    that's included in the --
18         A    No, that's not true.
19              MR. ANDERSON:  Form.
20              THE WITNESS:  The label represents the amount
21         of active.
22              MR. BRODY:  Actives.  Okay.
23    BY MR. BRODY:
24         Q    And so you put in a certain amount of powder,
25    but it's supposed to yield a certain amount of actives?

Page 41

```
1          A    Correct.

2          Q    And that amount of actives is going to be

3     based on the supplier's COA?

4               MR. ANDERSON:  Object to form.

5               THE WITNESS:  Okay.  When you're doing a

6          formula, the first thing you do is what are you

7          going to claim?  The label.  In pharmaceutical and

8          nutraceutical, the label drives what you make.

9          It's called the supplemental facts, a drug facts

10         panel, one or the other, depending which area

11         you're in.  And in that panel, it tells you exactly

12         what the active is and how much is supposed to be

13         there.

14    BY MR. BRODY:

15         Q    Let me ask you now about the testing, because

16    you said that was also included in the formulation sheet

17    which were produced.

18              What methods of testing did you recommend

19    for --

20              MR. ANDERSON:  Object to the form.

21              THE COURT REPORTER:  What?

22              MR. ANDERSON:  You're trailing off at the end,

23         Jay.

24              THE COURT REPORTER:  Yeah, you're really low.

25         I'm sorry.
```

Page 42

1            MR. BRODY:  I'll repeat the question.

2     BY MR. BRODY:

3         Q    What methods of testing did you recommend for

4     Vitamins Because?

5            MR. ANDERSON:  Object to form.

6            Go ahead, Doc.

7            THE WITNESS:  Okay.  It depends on the

8         product.  But in this particular case, the best

9         method to test this product is by HPLC.  It's

10        called high pressure liquid chromatography if you

11        want it spelled out.

12            THE COURT REPORTER:  I got it.

13            THE WITNESS:  High pressure liquid --

14            THE COURT REPORTER:  I got it.

15            THE WITNESS:  Oh, you got it.

16            THE COURT REPORTER:  Yes, it's not Chinese.

17        Thank you though.

18     BY MR. BRODY:

19        Q    And testing that you recommended, was this on

20     the raw materials?

21        A    Both.

22        Q    When you say "both," you mean both the raw

23     materials and the finished product?

24            MR. ANDERSON:  Object to form.

25            THE WITNESS:  Correct.

Page 43

```
 1    BY MR. BRODY:

 2         Q    And all these recommendations in regards to

 3    testing and the formulation or so, did you follow up to

 4    make sure that they were following your advice?

 5              MR. ANDERSON:  Object to form.

 6              THE WITNESS:  Well, I did try to check on them

 7         when they're doing things.  Because I'm not there.

 8         I'm mostly remote with them.  They're in Homosassa.

 9         I'm in Weston.  Seven-hour drive.  Guess what?  No.

10              So I do go up and I follow up on them to see

11         what they're doing.  And when they're making

12         errors, I help correct them and put them the right

13         way.  That's what I would do.

14    BY MR. BRODY:

15         Q    So you don't know firsthand whether or not

16    they were testing the finished product?

17              MR. ANDERSON:  Object to the form.

18              THE WITNESS:  No, they were testing the

19         finished products.

20    BY MR. BRODY:

21         Q    They were testing the finished products?

22         A    Yes, I do know that.

23         Q    Okay.

24         A    Because the laboratory, the laboratory, they

25    have lab results.  I saw the lab results.
```

Page 44

1       Q    You saw lab results for all the batches?

2       A    For all batches, no.  Some of them, yes.

3       Q    For some of them.

4            And about how many did you see --

5       A    Oh, my goodness.

6       Q    -- if you can recall offhand?

7            For the Sam-e that is.

8       A    Probably -- are we talking just Sam-e?

9       Q    Yeah, I'm just asking about --

10      A    Oh, okay.  That's a big difference.

11      Q    Yeah, I understand.

12      A    Okay.  I would say I saw four; one at the new

13   facility where they made it and I saw three previous at

14   the old facility.

15      Q    You saw some previous testing analysis?

16      A    In the old facility, I actually saw it, yeah.

17           But the problem with that was when they moved,

18   it all went down.  They lost a lot of stuff when they

19   moved.

20      Q    Okay.  So you don't have those records --

21      A    No, I don't have.

22           THE COURT REPORTER:  Okay.  We're not getting

23      the question out at all.  I'm sorry.  I don't want

24      to keep interrupting, but this record is going to

25      be a mess.  We need to get the question out.

Page 45

 1                THE WITNESS:  Okay.

 2                THE COURT REPORTER:  We have to get the

 3        question out.

 4    BY MR. BRODY:

 5        Q    Okay.  The question was:  You don't have those

 6    records?

 7        A    No.

 8        Q    And it was your understanding that they were

 9    testing every single batch of finished product of Sam-e?

10                MR. ANDERSON:  Object to the form.

11                THE WITNESS:  Sure.

12    BY MR. BRODY:

13        Q    And so if you were to find out, you were to

14    hear that they testified that they weren't testing all

15    of the batches, that would surprise you?

16                MR. ANDERSON:  Object to form.

17                THE WITNESS:  Honestly, knowing them, yes.

18    BY MR. BRODY:

19        Q    It would surprise you?

20        A    I would be very surprised.

21        Q    Okay.

22        A    Okay.

23        Q    As far as the testing of the raw materials --

24        A    Yes.

25        Q    -- what were your recommendations with regards

1      to testing the raw materials?

2           A     The Sam-e?

3           Q     Yeah.

4           A     HPLC, moisture, the two big ones.

5           Q     And are those your recommendations for how

6      they should qualify the supplier?

7                 MR. ANDERSON:  Object to form.

8                 THE WITNESS:  No, it's not the whole package.

9      BY MR. BRODY:

10          Q     Okay.  Can you --

11          A     To qualify a supplier, for example, earlier on

12     in my career, I created what they call the AVP system

13     for the Pharma industry at Lederle.  AVP, Alternate

14     Vendor Process.  What that means is, what was happening

15     back when I was early in the seventies, cGMP was new.

16     It only got published in '75.  There was no cGMP even

17     for drugs.  It didn't exist.  It started in '75.

18                I did -- working for the drug company, we

19     wanted to make -- I was one of the six people that

20     created Centrum vitamins.  Okay.  I don't know if you

21     hear about Centrum.  I don't know how often you hear

22     about Centrum vitamins.  It's a vitamin out in the

23     market.  And what we did, we made it like a drug, not

24     like a vitamin.  Why?  They wanted an NDC number on it

25     because they made Materna which was a prenatal vitamin

Page 47

 1     which was registered with the government as a drug.  So

 2     they decided to make this one the same way.

 3             So we had to do all the drug processing with

 4     this one that they would do to a normal product.  Okay.

 5     And part of that process was just use the ones that --

 6     in the old days, you'd use one supplier and one raw

 7     material all the time.  That's all you did.  If they ran

 8     out, tough.  You have no product.

 9             In the late seventies that changed because of

10     basically Centrum.  The volume became so huge that they

11     couldn't just use one guy's material.  They had to get

12     it from somebody else.  But how do you do that if you

13     register the product with the other?  You had to create

14     a system to approve another supplier's product.

15             And so I had to create a system inside the

16     drug world to do another supplier's product, to get it

17     approved to be able to be used.  That same system is now

18     being used by a lot of people in both industries.  It's

19     basically the same.  Pharma is a little more stringent

20     on how they do it.  Nutra is a little more lax because

21     it's not as tight a system still.  But it's the same

22     basic process.  Okay.

23             And just saying, Well, we're going to use the

24     other guy's stuff and we'll test it just to see if it's

25     okay, well, that's only a little piece of the puzzle.

1      Okay.  And these guys were using the system that I had.

2      They had to send out a questionnaire to the supplier.

3      They had to fill the whole thing out.  It's like an

4      audit.  They had to fill the whole questionnaire out and

5      bring it back.  And if they didn't get it back, they

6      couldn't use them.  If they got it back and everything

7      looked okay, all right, get me the sample, we'll try it,

8      we'll test it, we'll make it work.  They'd bring it in,

9      they'd run a batch with it, test it, make sure it

10     worked, and now they're an approved supplier.

11            That's Nutra.  Pharma's got different twists.

12     So that's how that works.

13        Q    Sure.

14            And when you say "Nutra," you're referring to

15     the dietary supplement --

16        A    Excuse me?

17        Q    And when you say "Nutra" --

18        A    Nutra is dietary -- dietary supplements are

19     one segment of Nutra.  Okay.  The terminology is so

20     confusing in that world still.

21        Q    Sure.

22        A    Okay.  There's all kinds of segments.  Dietary

23     supplements is one segment.

24        Q    And just to bring it back in regards to

25     vitamins, because you advised them regarding this AVP

Page 49

```
1     process?
2          A    I told them the basic AVP process to use, yes.
3          Q    And --
4          A    They have the forms.  They have everything.
5          Q    Okay.  They have the forms.  And in theory,
6     these forms should have been filled out for each --
7          A    Suppliers they wanted to use.
8               THE COURT REPORTER:  I'm sorry.  "These forms
9          should have been filled out" --
10              THE WITNESS:  Supplier that they wanted to
11         use.
12              MR. BRODY:
13              MR. ANDERSON:  Object to form of the question.
14    BY MR. BRODY:
15         Q    And, Dr. Ross, I think I know the answer to
16    this question, but I just want to be clear here.  So
17    just using a reputable supplier in your opinion, that
18    would not cut it as far as qualifying the supplier?
19              MR. ANDERSON:  Objection to form.
20              THE WITNESS:  If you didn't do the paperwork
21         and do everything to follow up with it and not test
22         it before you used it, then that's not a good
23         system to use a person's product.
24              MR. BRODY:  Fine.
25              THE WITNESS:  And unfortunately in Nutra,
```

```
                                                        Page 50
```

1          that's way more common than you know.  I try to

2          teach everybody I work with how to do the system

3          correctly.

4               MR. BRODY:  Sure.

5     BY MR. BRODY:

6          Q   And were there any specific suppliers which

7     you recommended for the Sam-e raw materials for Vitamins

8     Because?

9          A   No, no, no, not really.

10              Because Sam-e has changed historically.  They

11    used to be only coming out of Korea.  There was two

12    manufacturers.  That has changed.  There's only one in

13    Korea.  The others are in China.  And the good news

14    about it is the process to make it is a drug process.

15    So that means when you buy it from any one of these

16    suppliers, it's going to be made the right way.  It's a

17    controlled material, raw material.

18         Q   Okay.  Dr. Ross, if I could just again bring

19    it back to your role in this case.  I think you

20    clarified before that you're not serving as an expert

21    witness.  Is that correct?

22         A   No.

23              MR. ANDERSON:  Object to form.

24    BY MR. BRODY:

25         Q   And did anyone hire you or retain you for work

```
                                                    Page 51

 1      in this case?

 2           A     Nope.

 3           Q     So are you being paid for your work in this

 4      case by anyone?

 5           A     Nope.

 6           Q     Okay.  And so what contribution, if any, do

 7      you feel you have to this case?  And I'm just asking you

 8      what you feel, so there's no right or wrong answer.

 9      It's just your opinion.

10                 MR. ANDERSON:  Object to form.

11                 THE WITNESS:  That's kind of nebulous.  But

12           basically I'm kind of like the person that helped

13           bring this person you're suing up to speed with

14           cGMP and all that.  That's what I did.  I helped

15           them with basic formulation problems they were

16           having, how to make things right and do it

17           correctly.  That's what I did.

18                 So in this case when you called me in, I was

19           assuming obviously you want to know what I do to

20           help them out, how did they do it, what did they

21           do.  Okay, fine.  That's what I see as my kind of

22           position in this case.

23                 Because I'm not an employee of CTL.  I'm a

24           contractor.  Okay.  That's all I am.  That's what I

25           do.  I'm retired technically speaking I guess.  And
```

Page 52

1          so I do that now for all of my quote/unquote

2          clients.  I do advising.

3     BY MR. BRODY:

4          Q    Okay.  I'm going to ask you a little bit more

5     about that.  When you were notified about this

6     deposition, was that the first time you heard about this

7     case?

8          A    I think I heard about it earlier once whenever

9     David was up there at the site when I happened to be

10    there at the same time.  They were mentioning this as

11    one of the cases, but I can't remember the exact time

12    frame that was.

13         Q    Okay.

14         A    That was it.  There was no discussion of what

15    do I do?  How do I do this?  What can I do?  Do I need

16    to do this?  Do I need that?

17         Q    And have you done any -- again I think I know

18    the answer to these questions, but if you can just

19    indulge me.  Have you done any research in regards to

20    this case?

21         A    Research in regards to this case?

22         Q    Yeah.

23         A    The only thing I did is because I'm old, I

24    refreshed my memory on the chemistry of Sam-e, okay,

25    because I work on thousands of compounds.  Sam-e is one

Page 53

```
 1    of a multitude.
 2         Q    And did you review any other Sam-e related
 3    documents in connection with this case or Vitamins
 4    Because other than the ones you said you pulled while
 5    searching for documents in Appendix A?
 6         A    Documents in my files, no.
 7         Q    Okay.
 8         A    No.
 9         Q    And, Dr. Ross, let me just show you one other
10    document here if you will.
11         A    Okay.
12         Q    I apologize.  I'm a little slow with the
13    technology.
14              THE WITNESS:  I'm sorry.  There's somebody
15         else here that I don't recognize.  Who is Sean
16         O'Brien?
17              MR. BRODY:  I'll answer that unless Sean
18         objects.  He's an attorney for one of the other
19         defendants in the case.
20              THE WITNESS:  Oh, okay.
21              MR. O'BRIEN:  I'm here, Doctor.
22              THE WITNESS:  I'm like, okay, fine.  I have no
23         idea.
24              MR. O'BRIEN:  I'm just sitting here being
25         quiet waiting in the background.
```

```
                                                    Page 54

 1              THE WITNESS:  How is this?  I like quiet

 2         attorneys.

 3              (Plaintiffs' Exhibit 2 was marked for

 4         Identification.)

 5    BY MR. BRODY:

 6         Q    Dr. Ross, can you see the document --

 7         A    Oh, my goodness.

 8         Q    -- that I'm now screen sharing?

 9              We're going to mark this as Exhibit 2.

10              I'm going to scroll down.

11         A    What is this?  Let's see what this is.  Hybrid

12    Expert Witness Disclosure.  Whatever that is.  Okay.

13              Is this a document I got?

14         Q    That was going to be my question for you.

15              Have you seen this document previously?

16         A    No.

17         Q    So you're not at all familiar with this

18    document?

19         A    No.

20         Q    Do you have any understanding of what this

21    document is even now that you read it?

22         A    I think I've just seen the base of it.  It's a

23    hybrid witness.

24         Q    And were you told previously that you were

25    going to be a hybrid witness or any sort of witness in
```

Page 55

1    this case?

2              MR. ANDERSON:  Object to the form.

3              THE WITNESS:  I assumed I was going to be a

4         hybrid witness is what they positioned me as.  I

5         go, Okay, I have no idea what that really means

6         other than the fact that I'm probably just a

7         consultant on the side doing this, I have

8         knowledge, and so that's why.

9    BY MR. BRODY:

10        Q    Okay.  But as you clarified before, you're not

11   providing any expert witness testimony this case?

12             MR. ANDERSON:  Object to form.

13             THE WITNESS:  How is this?  No, because I

14        don't -- an expert witness in my view, because I've

15        done it before, means I have disclosure of things

16        that was disclosed in the case and everything else

17        so I can review what was said and how it was done.

18        I can take a look at it and make judgments based on

19        what was done and what was said and who said it and

20        who they are and what's going on.  I received

21        nothing.  So I'm coming in here very cold turkey.

22   BY MR. BRODY:

23        Q    And so you wouldn't been willing to offer any

24   expert opinion at all because you haven't done that

25   research?

Page 56

```
 1              MR. ANDERSON:  Object to form.
 2              THE WITNESS:  I can offer an expert opinion on
 3         some of the things you had asked just based on
 4         knowledge of industry and knowledge I have of basic
 5         things.  Okay.  But of things that somebody else
 6         said or something else and all that and how it was
 7         context, no, I couldn't because I didn't see what
 8         they did.  That's not even fair.
 9              MR. BRODY:  Sure.
10    BY MR. BRODY:
11         Q    And so specifically in regards to the claims
12    in this case, which I believe you indicated you weren't
13    familiar with, that's not something you're going to
14    offer any expert testimony in?
15              MR. ANDERSON:  Objection to the form.
16              THE WITNESS:  Well, if someone asks me a
17         question about Sam-e, for example, what are you
18         suing them for?  I'm very confused about that
19         myself right now.  If you told me that and you told
20         me what it was for and why, well, I could give an
21         opinion on it, okay, because I really am an expert
22         in the field.
23              And so the question is, okay, what does that
24         mean?  Where does it stand?  Is that real or not
25         real?  If somebody made a claim that was incorrect,
```

Page 57

```
1          okay, in their testimony and I knew about it and
2          something was important, I would say something just
3          because that's only fair.
4                MR. BRODY:  Okay.
5                THE WITNESS:  I mean, that's reasonable.
6                MR. BRODY:  Sure.
7     BY MR. BRODY:
8          Q    Again, I just have to clarify and understand
9     what your role is and what your intentions are.
10         A    Okay.
11         Q    So just bear with me.
12         A    Who I am.
13         Q    My understanding is, you know, to the extent
14    you have knowledge about things, then you may have an
15    expert opinion.  But at the moment, you haven't
16    researched the case and so it's not clear to you, to me
17    or anyone else what you have an opinion about.
18               MR. ANDERSON:  Object to form.
19               THE WITNESS:  It's --
20    BY MR. BRODY:
21         Q    Can you just verbalize, because I saw you
22    nodding.  Can you just verbally your opinion.  I think
23    you were nodding yes.  Is that correct?
24         A    Okay.  What I would say to that question which
25    is very -- is that if I'm asked questions by you that is
```

Page 58

```
 1      pertaining to science or medical claims or to label

 2      claims or to anything like that, yeah, I could provide

 3      an expert view on it because that's what I do.  Okay.

 4      If you're asking me questions about did I see all the

 5      documentation?  Do I know what people are saying, what

 6      they said?  I have no concept because I never saw

 7      anything.  So I can't make an opinion or comment on any

 8      of it.  That's kind of the extent of what I could or

 9      can't do.

10          Q    Okay.  Doctor, it's kind of difficult for me

11      because I need to know exactly -- you know, obviously

12      that's one of my jobs here today is to ascertain exactly

13      what --

14          A    You can.

15          Q    -- you're going --

16          A    You can.  You can ask any question you want.

17               MR. ANDERSON:  Object to form.

18               Jay, you have the disclosure.  You can ask him

19          whatever questions you want.

20               MR. BRODY:  I will.  I will.

21               MR. ANDERSON:  You have the document that was

22          filed in the case.  He's not a retained expert, so

23          he's not going to have predestined opinions.  He's

24          here to testify about what his role was in the

25          case.
```

1              MR. BRODY:  All right.  Take it easy.

2              MR. ANDERSON:  What his role was in the

3         manufacturing was.  What his role was in the FDA.

4              MR. BRODY:  Counsel, take it easy.  Counselor,

5         he's never even seen the document.  He has no idea

6         what the heck is going on.

7              MR. ANDERSON:  Why would he?

8              MR. BRODY:  I mean, he --

9              MR. ANDERSON:  Why would he?

10             MR. BRODY:  He was designated as an expert.  I

11        mean, usually people know if they're being

12        designated as an expert.  That's why.  But, look,

13        it doesn't even matter why.

14             MR. ANDERSON:  Obviously I disagree.

15             MR. BRODY:  Look.

16             MR. ANDERSON:  -- a treating physician --

17             MR. BRODY:  Look --

18             MR. ANDERSON:  -- or an expert surgeon or

19        anything like that.

20             MR. BRODY:  Okay.  Counsel, you're free to

21        share your opinions some other time, but it's fine.

22        You're entitled to your opinion.  I'm not -- I'm

23        just --

24             MR. ANDERSON:  Jay, don't interrupt me.

25             MR. BRODY:  You're testifying.  You're not

Page 60

1          allowed to be testifying at the moment.  If you

2          want to object to form, you can object to form.

3          But if you testify, I will absolutely be

4          interrupting.  So when you say "Don't interrupt

5          me," with due respect I will absolutely be

6          interrupting you.

7               Counsel, let's take a five-minute break or a

8          ten-minute break and, we'll be back let's say

9          around 11:20 or 11:25.

10               MR. ANDERSON:  Sure.

11               (A break was taken.)

12               MR. BRODY:  Back on the record.

13               Okay.  Dr. Ross, we're going to continue with

14          the deposition.  Same rules and procedures apply.

15     BY MR. BRODY:

16          Q    If I could just direct your attention back to

17     the document that was in front of you.  Do you see that

18     up on the screen?

19          A    Just a second.  I see a document.

20          Q    Sure.

21          A    I can't barely read it.

22          Q    I can make it bigger you.

23          A    Okay.  There you go.

24          Q    This is the same document I had showed you

25     previously, Exhibit 2.

Page 61

1          A     Okay, that I just saw before.  Well, that you

2      showed me.

3          Q     Yes.

4                So, Dr. Ross, I just want to direct your

5      attention to the paragraph starting, "Dr. Ross is a

6      hybrid expert witness."

7          A     Right.

8          Q     And then you see where it says, "He will

9      testify about," et cetera.

10               So, first of all, were you notified that you

11     will be testifying in this case?

12               MR. ANDERSON:  Objection to the form.

13               THE WITNESS:  Testifying for a product.  I was

14          told I would be a hybrid witness which means

15          obviously I'd be testifying in the case.  I'm

16          taking a deposition.

17     BY MR. BRODY:

18         Q     So your understanding is that you're only

19     going to be testifying at this deposition?

20         A     Yes, as far as I know, yeah.

21         Q     And it says here you'll be testifying about

22     Vitamins Because's manufacture at Sam-e from

23     January 30th, 2018 through the date Vitamins Because

24     decided to stop manufacturing Sam-e.

25               Do you know when that date was when they

Page 62

```
 1    decided to stop manufacturing Sam-e?
 2         A    Oh, my goodness.  2019 if I remember right.
 3    In that year.  I have nothing more than that.
 4         Q    And do you know why they decided to stop
 5    manufacturing Sam-e?
 6         A    They didn't tell me anything.  The only thing
 7    I heard was they were having all kinds of trouble
 8    manufacturing, which makes sense, and so they didn't
 9    want to do it anymore because the volume and everything
10    else wasn't worth making it.  That's just an assumption
11    based on what logic says.
12         Q    And would it be fair to say that you have no
13    knowledge about any of their Sam-e manufacturing before
14    that time?
15              MR. ANDERSON:  Object to form.
16              THE WITNESS:  You mean from 2018 til 2019?
17              MR. BRODY:  Yeah, before that time.
18              THE WITNESS:  No, I think I saw one -- I think
19         I saw one test result I think, a finished good test
20         result during that time frame for Sam-e.  It's hard
21         to remember all that, but I think I did.
22    BY MR. BRODY:
23         Q    And that's the only test result that you saw
24    during that time period?
25         A    During that time frame for it, yeah.  Because
```

Page 63

1    I never saw all their test results.  I only saw when I

2    happened to be up there and they happened to be doing

3    things and they were showing me what they did and do

4    this and that was it.

5         Q    Okay.  And then you see the document continues

6    on, "Including all records created during the

7    manufacturing process of Vitamins Because's Sam-e during

8    the relevant time."

9         A    Well, I never saw all the documents.  That's

10   obvious.  Because they did batch records.  They'd put

11   them away.  They did their stuff.  They did it

12   correctly.  That's fine.  They have them in a file.  If

13   I looked at them, I could review them and take a look at

14   them and see what was right or wrong or what's going on

15   or all that.  But my guess is the ones I've seen during

16   in that basic time frame, they were making stuff

17   correctly.  I mean from products, okay, in general.

18        Q    In general.

19        A    Sam-e was just one of many.

20        Q    Okay.

21        A    Which means they were following a system,

22   which was good.

23        Q    So you have a general opinion about their

24   manufacturing based on --

25        A    In that time frame, yeah.  But how they were

Page 64

```
 1      doing things and everything else, because that was
 2      literally -- that was literally right after the FDA
 3      audit, if I remember correctly, that time frame you're
 4      talking about.
 5           Q    And, again, this is a general opinion based on
 6      their supplement production or manufacturing, not
 7      specifically based on Sam-e?
 8                MR. ANDERSON:  Object to form.
 9                THE WITNESS:  No, I couldn't because I didn't
10           do the specific Sam-e stuff.  I was there to do the
11           whole thing.
12      BY MR. BRODY:
13           Q    And I think you just mentioned that you didn't
14      review the Sam-e records, so I assume that's not
15      something you can testify about?
16           A    Well, during that time frame I think I did
17      review one.  I think I reviewed one of their Sam-e
18      records that just happened to be a batch they made
19      during that time frame.
20           Q    Okay.
21           A    Because I checked it because it was one of the
22      ones they were having all kinds of trouble with it.  So
23      I was trying to make sure they didn't do anything to it.
24      But that was just during the time frame.  You know, like
25      one lot.  That's all.
```

Page 65

1        Q    And when you say they were having trouble with

2    it, can you just clarify what you mean.

3        A    Production.  Standard issues with Sam-e.

4             It's not like -- Sam-e is a problem product.

5    Any manufacturer that tries to make it has the same

6    problem all the time, no matter who it is.  And so what

7    they did, they ran into those.  And how you address it

8    and fix it, you have to do it a certain way.  Okay.  And

9    I just wanted to make sure they were doing it correctly.

10   That's all.

11       Q    Okay.

12       A    And the one I saw was -- the one I saw they

13   did.  I just saw one though.

14       Q    And, again, that's the batch record -- you

15   didn't supervise the actual manufacturing?

16       A    Never, never, never.

17       Q    Okay.

18       A    Never ever.

19       Q    That's helpful.  Maybe that will cut out some

20   of my questions.

21            And then at the end continuing on, "It is

22   expected that Dr. Ross will opine about Vitamins

23   Because's manufacturing processes as compared to FDA

24   guidance and recommendations."

25            Did you provide them with FDA guidance and

```
                                                    Page 66
 1     recommendations?

 2              MR. ANDERSON:  Objection to form.

 3              THE WITNESS:  Guidance.  I never worked for

 4         the FDA ever.  I worked with them.  I deal with the

 5         FDA a lot, but I never worked for them.  Okay.  But

 6         I know them very well.  I have many contacts, many

 7         places to go with them.  I know the auditors.  I

 8         know how they do things.  It's what I've done for

 9         45 years, so I'm very familiar.

10              They got audited, so they thought -- maybe

11         they thought I did, because when they got audited,

12         they got the 483 which is the report they give

13         after an audit.  Okay.  And they weren't exactly

14         sure, Well, what do I do next?

15              I explained to them what the system was.  I

16         taught them the system, taught them how to do it,

17         taught them how to respond to it, taught them how

18         to follow up on it, taught them how to implement

19         what they told them to do, and then give reports

20         that showed they did what they said they did.

21              And you're supposed to do that quarterly.  You

22         do it quarterly after a 483, and then you wait

23         until the FDA says, We don't need any more.  They

24         have to tell the company, Stop it.  Which they

25         actually did in this case.  They told them to stop
```

Page 67

 1          I think after a year or something.  They said,

 2          Don't send any more documentation.

 3      BY MR. BRODY:

 4          Q    So, Dr. Ross, let me just understand that.

 5               You're saying that Vitamins Because sent

 6      quarterly reports to the FDA?

 7          A    Correct.

 8               Every one who gets audited and receives a 483

 9      with observations on it, they have to respond within

10      three weeks of receiving it and tell them what the game

11      plan is to address each one of those observations and

12      tell them whether they agree with it or don't agree with

13      the observation and what they're going to do about it.

14               And then quarterly on the ones they're

15      supposed to fix, they're supposed to give a status

16      update with time lines.  I will be done on this time

17      frame.  I'm working on it here.  I ran into trouble.  I

18      can't get it done until later because of this.  They

19      keep them informed that you're moving ahead.

20          Q    And have you seen any of these quarterly

21      reports?

22          A    Yeah, I saw their quarterly reports.  They

23      were fine.  They were good.

24          Q    And, I mean, Vitamins Because has possession

25      of these, right?

Page 68

1          A    Oh, they have them, sure.

2               MR. ANDERSON:  Object to the form.

3               THE COURT REPORTER:  Okay.  We're all talking

4          at the same time again.

5               THE WITNESS:  I would assume that you would

6          have gotten those, the documents you asked from

7          them.

8     BY MR. BRODY:

9          Q    I would have assumed that as well, but that

10    was not the case.

11              MR. ANDERSON:  Object to form.

12              THE WITNESS:  Well, they're there.

13              MR. BRODY:  Okay.

14              THE WITNESS:  They're there.

15    BY MR. BRODY:

16         Q    Do you by chance have possession of these

17    reports?

18         A    I'd have to look at all my files.  I do not

19    know.

20         Q    Okay.

21         A    I can't tell you.  I have so much -- I have

22    lots of stuff.

23         Q    Okay.

24         A    But I have no idea if that's there or not.  I

25    can't say.  I know they were done.  I know I reviewed

Page 69

```
 1    them before -- they wanted me to review them before they

 2    turned it in just to make sure they didn't miss

 3    anything.  So I did and they were good.

 4            Well, how is this?  They received notification

 5    to stop sending them which means they were all good.

 6       Q    And that notification was sent to Vitamins

 7    Because?

 8       A    Yep.

 9       Q    And around --

10       A    Well, CT Health Solutions, but yeah.

11       Q    Yeah, CT Health Solutions, which when I say

12    "Vitamins Because" --

13       A    Right, I know.  I understand.

14       Q    Sure.

15            And when did they receive notification that

16    they need to continue with the --

17       A    Oh my goodness.

18            THE COURT REPORTER:  I'm sorry.  "When did

19       they receive notification that they need to

20       continue" --

21            MR. BRODY:  -- to continue with the quarterly

22       reports?  That's my question.

23            If you know.

24            THE WITNESS:  I can't recollect exact, but it

25       was roughly a year, because I know they sent four
```

```
                                                        Page 70

 1          of them.  So logically that means a year.

 2    BY MR. BRODY:

 3          Q    And did you review all four reports?

 4          A    Oh, my goodness.

 5               The first two for sure I know I remember

 6    doing.  The second two I think I may have seen and

 7    glanced at.  But because they were doing such a good

 8    job, I didn't dive into it.

 9          Q    And this was in 2018 after they moved to the

10    new facility, correct?

11               MR. ANDERSON:  Object to the form.

12               THE WITNESS:  Yeah, logic.

13               MR. BRODY:  Right.

14    BY MR. BRODY:

15          Q    And as far as the follow-up implementation,

16    did you supervise that implementation or did you --

17          A    No, no, I'm not there.

18          Q    Sure.

19          A    I'm not there.

20          Q    Right.  That's what I figured.

21          A    The people in charge of the quality department

22    were doing it.  The owners were doing some of it.  The

23    manufacturer I know did some of it.  It depended on what

24    the observation is.

25          Q    Did you speak with all of the manufacturing
```

Page 71

```
 1     department personnel?
 2              MR. ANDERSON:  Object to form.
 3              THE WITNESS:  Did I talk to them all the time?
 4         No.  Once in awhile I would talk to them about
 5         basic things in case they had questions and they
 6         didn't know what to do.  I would help them out on
 7         mixing properties, on doing things, addition rates,
 8         stuff when they had trouble.
 9              MR. BRODY:  Sure.
10     BY MR. BRODY:
11         Q    But you didn't supervise or specifically
12     advise them?
13         A    No.  Every day daily, no.  Only whenever they
14     had issues, they would come to me with some things that
15     were up, I'd tell them how to do it or how to go about
16     it, try to help them out and move ahead faster.
17         Q    Sure.
18              And is the same thing true with the quality
19     control personnel?  You didn't speak to them
20     specifically?
21         A    Yeah, pretty much, yes.  I would talk to them
22     weekly pretty much and see what's going on, what's up,
23     what going on and all that kind of stuff.
24         Q    Okay.
25         A    To try to keep them up to speed because of the
```

Page 72

```
 1     agency.
 2          Q    Sure.
 3               And let me just get back to your relationship
 4     with the FDA.  I just want to clarify a couple points.
 5          A    Okay.
 6          Q    All right.  So you've never worked for the
 7     FDA, correct?
 8          A    No, no.  I worked with them.  I've been on FDA
 9     committees, but that's --
10          Q    You've been on FDA committees?
11          A    -- not working for them.
12          Q    Sure.
13               What does that mean to be on an FDA committee?
14          A    CFR 21 part 111 which drives the Nutra
15     industry.  It started in 1982.  Okay.  What they did,
16     they brought in people from the industry to talk to them
17     about what they wanted to implement on cGMP in Nutra and
18     make it law which is now law.  Okay.  And they brought
19     in people.  I was one of them they brought in and asked
20     me about stuff.  Because obviously for one reason, I was
21     one of the guys on Sedra (phonetic) that made it by the
22     drug way which they would prefer all Nutra was, but it's
23     impossible.  And so they wanted to learn about an
24     alternate vendor program, what I did, et cetera.  So I
25     said, Okay, fine.  That was it.
```

Page 73

```
 1          Q    So you didn't actually help write the specific

 2    21 CFR 111 regulations, correct?

 3          A    Well, I put input into it, but not write it.

 4    In other words, they sent it out for review, and then I

 5    reviewed it and I sent input back and all that kind of

 6    stuff.  Like you do on all of them.  It's typical.  It's

 7    typical.

 8          Q    Got you.

 9               So you had input but not actually drafting?

10          A    I'm not the guy writing it, no.

11          Q    Okay.

12          A    The guy who wrote it was Dave Johnson.  He's

13    the guy that wrote the thing.  So it's not me.  I just

14    sent him stuff to review, for the guys to review and

15    they decide yes, no, whatever.

16          Q    Got you.

17               And do you know why Cynthia Valenca thought

18    you worked for the FDA?

19               MR. ANDERSON:  Object to form.

20               THE WITNESS:  I have no idea.  Maybe because I

21          knew so many people there because I did so much

22          with them.  I knew all the systems and I knew how

23          they audit.

24               In other words, they knew very little about

25          that work.  Okay.  I lived it for 40 years, so I
```

Page 74

```
 1        know exactly what it is, and so I guess somebody
 2        could make that assumption I guess logic.
 3             MR. BRODY:  Okay.
 4             THE WITNESS:  Because they would say something
 5        and I'd say, Well, that's not really what the law
 6        says.  The law says this.  And I'd point it out and
 7        bring it up and show them, tell them what it was
 8        really.
 9             MR. BRODY:  Got you.
10   BY MR. BRODY:
11        Q    I think I know the answer to these questions
12   but again just to confirm.  You never told Cynthia
13   Valenca that you --
14        A    No, no, no.
15        Q    -- worked for --
16        A    No, no, no.
17        Q    -- the FDA?
18             And you never --
19        A    How is this --
20             THE COURT REPORTER:  Hold on.  Guys, guys.
21        You guys are talking all over each other.  One at a
22        time.
23             THE WITNESS:  Okay.  No.
24             THE COURT REPORTER:  Please.
25             THE WITNESS:  Okay.  Go.  You first.  Ask the
```

Page 75

1       question again.

2              MR. BRODY:  Yeah, I'll just repeat the

3       question.

4    BY MR. BRODY:

5       Q    You never told Cynthia Valenca that you worked

6    for the FDA?

7       A    No, no, no.  I said I worked with them,

8    because I still do it.  I work for them now.  So that's

9    what I do.

10      Q    Sure.

11             And along the same lines, you never told

12   Cynthia Valenca that you helped write the 21 CFR 111

13   regulation?

14      A    No, no.  Input into it, but I didn't write it,

15   no.

16      Q    Have you ever worked for any regulatory

17   agency?

18      A    No, no, no.  I won't.

19      Q    And while we're on these questions, I mean,

20   we're on a somewhat related point but not directly

21   related.  Do you know an individual named Aaron Fox?

22      A    Fox?  Aaron Fox?  The name is familiar, but I

23   don't know him directly I don't think.

24      Q    And so have you ever worked with an individual

25   Aaron Fox to your recollection?

Page 76

```
 1              MR. ANDERSON:  Object to form.
 2              THE WITNESS:  Not that I'm aware of, but I've
 3         worked with so many people in my career.
 4              MR. BRODY:  Understood.
 5              THE WITNESS:  For example, my Rolodex is 5,000
 6         names.  So it's like -- did I ever have any contact
 7         with him?  Unknown.  Did I ever work indirectly
 8         with him or whatever?  Unknown.  Or how is this?  I
 9         don't recollect.  How is that?
10              MR. BRODY:  That's fine.
11     BY MR. BRODY:
12         Q    So I just want to -- just to clarify, so
13     you've never hired an Aaron Fox?  Would that be fair to
14     say?
15              MR. ANDERSON:  Objection to form.
16              THE WITNESS:  No.
17     BY MR. BRODY:
18         Q    And so it would also be fair to say that
19     you've never terminated an Aaron Fox?
20         A    No.
21         Q    Okay.
22         A    Not that I would be aware of, no.
23         Q    Got you.
24              And so along the same lines, I'll assume that
25     you don't know any Aaron Fox that --
```

Page 77

```
 1        A     The only Aaron I know was not a Fox and worked

 2     at a company in Doral.  So that's the only Aaron that

 3     I'm aware of.

 4        Q     Okay.  Just while we're on the topic, because

 5     I see you market yourself as a bit of an FDA regulatory

 6     adviser or an expert related to --

 7        A     Expert, I wouldn't say that.  I'd say I know

 8     how to get products registered.  I know how to do plants

 9     and get them up to speed to be inside the law.  I know

10     the FDA organization.  I know how to do batch records

11     that will meet their requirements.  I know all this

12     stuff.  That's what I do.

13        Q     Okay.  I appreciate that.

14              Are there any industry certifications that you

15     have to help a person stand out in this area of

16     regulation?

17        A     No, I didn't do any of that.  Okay.

18              I've done it just by -- how do I say this --

19     experience doing it.  Because guys forget in this

20     industry very quickly.  Especially PhDs like old fuds,

21     which are academic PhDs.  They don't understand what the

22     real world is out there making product.  They don't

23     understand what's involved.  They haven't got a clue.

24     They don't know what laboratories are good.  They don't

25     know what laboratories are bad.  Okay.  Just because a
```

1       lab gets a 483 or something, that doesn't make them bad.

2       A 483 is a normal process of the system.  That's all it

3       is.  It's an inspection.  That's all it is.  So people

4       at that level have no clue what really goes on.

5              Okay.  I'm at the level of actually making

6       things and actually doing things and getting it through

7       registration processes.  I've worked on OTC.  I've

8       worked on documentations to file with the FDA for OTC

9       registration.  I've worked or new drug applications to

10      get them through the FDA.  I've done all of that.  Okay.

11             Plant, who writes the SOPs, who writes the

12      test methods and issue one for products?  The R&D

13      department.  Not quality.  R&D department.  Not

14      marketing.  That's where I did my starting career and

15      all the way through.  So guess what?  I'm used to making

16      things that work that way to fit into the system and

17      create the actual information that then gets reviewed by

18      the FDA.  So that's why guys like me know more about

19      what's really going on than people who claim to be

20      quote/unquote experts.

21      Q    Okay.  So as a follow up to that, are you

22      aware of the Regulatory Affairs Certifications, the RAC?

23      A    Oh, yeah, I'm very familiar with it.  I think

24      it's -- it's a system kind of like NSF.  I put it in the

25      same category.

1      Q    And what is NSF?

2      A    NSF is a registration process that audits all

3  nutraceutical and even drug companies to show that they

4  meet cGMP requirements for FDA and they required -- it's

5  a company and they do it as an independent company.

6  They're not FDA.  But they give it to Walmart, all the

7  major retailers, Amazon, to show that a company making

8  stuff meets NFS requirements.  Which means is it true?

9  No.  Okay.  It's the same thing as the regulatory

10  registration.  Is it true?  No.

11      Q    What do you mean when you say it's not true,

12  just to be clear for the record?

13      A    Because it's not accurate.

14      Q    What's not accurate?

15      A    Okay.  Forget NSF.  We'll pick the one you

16  picked.  Okay.  When you do regulatory registration,

17  that is just a document.  It doesn't show the knowledge

18  base a person has to do the job.  Okay.

19      Q    Is that why you haven't -- that's why you

20  don't --

21      A    I'm not really --

22          THE COURT REPORTER:  That's why you don't have

23      what?  I don't know the question.

24  BY MR. BRODY:

25      Q    Is why you don't have the certification?

Page 80

1      A    Right.  I didn't go that route because it's

2  not -- how is this?  It's not functional.  Okay.  All it

3  does, it's like having a -- it's like having a PhD.

4  Okay.  A guy has a PhD.  That doesn't mean he knows

5  anything about what he's doing.  Okay.  That's the

6  difference here.

7           I know guys who have that registration.  Some

8  are very good.  I know guys that have that registration

9  and they're not worth anything.  Okay.  I mean, I'm

10  just -- I'm old.  I've been doing this a very long time.

11  I know the systems.  I know who's there.  I know the

12  people.

13      Q    And I take it -- can you just confirm that

14  Vitamins Because does not have the NSF certification.

15      A    No, they never got NSF.

16      Q    Okay.  And if I could just direct your

17  attention back to the document that we were looking at.

18      A    Okay.  Let's see.

19      Q    It also mentions GMP guidelines.

20      A    GMP guidelines, yeah, that.

21      Q    Are those different than the FDA guidance and

22  recommendations?

23      A    Some are.  Some aren't.

24           What happens is -- how it works.  GMP is

25  actually a misnomer.  There should be a little C in

Page 81

 1     front of that, cGMP.  The C stands for current, because

 2     the rules are constantly changing.  Okay.  The FDA puts

 3     out guidances usually when they want to change things in

 4     the law.  They send it as an FDA guidance for review.

 5     That's how it's done.  Okay.

 6          Lately in Nutra, they've been going a little

 7     bit different route.  They've been calling committees s

 8     to review things now instead of just writing their

 9     guidance and putting it out there for people to look at.

10          So you have to -- in my world, I look at both.

11     I look and see what committees are they forming?  What

12     are they looking at right now?  What are they doing?

13     Which way are they going?  What are they thinking?  And

14     I also take a look at the guidances they put out to see

15     what are they doing in the guidances?  Okay.  There

16     hasn't been many new ones in Nutra lately.  There's been

17     a bunch of committees, okay, usually on specific

18     products.

19          Q    Right.

20               And just along these lines I understand,

21     you've consulted on these matters and made your

22     recommendations regarding the FDA guidances --

23          A    Right.

24          Q    -- compliance and the cGMP.

25               But, again, you haven't followed up and

```
                                                   Page 82

 1      actually observed that Vitamins Because is abiding by

 2      those guidances and recommendations, correct?

 3              MR. ANDERSON:  Object to form.

 4              THE WITNESS:  Well, some of them, yes.

 5      BY MR. BRODY:

 6          Q    So some of them yes and some of them no?

 7              MR. ANDERSON:  Object to form.

 8              THE WITNESS:  Well, because I see them doing

 9          it.  Others I can't see them doing it and I never

10          reviewed it.

11      BY MR. BRODY:

12          Q    Okay.  And can you just give some

13      clarification as to what you've seen and what you

14      haven't seen.

15          A    Okay.  What I can see is that -- one of the

16      things that I got hit on is how they stored materials.

17      Okay.  You have to store materials a certain way.  So

18      they fixed that pretty quickly.  What that was, you have

19      to have allergins in certain separate areas of the

20      warehouse, separate it from all the materials.  You have

21      to have it labeled.  You have to do this.  You have to

22      do that.  They took care of that very quickly.

23              On batch records, they had to update their

24      batch records.  That was done with my help pretty

25      quickly too.  They got that done.
```

Page 83

1           Outside testing lab qualification, they got
2      that done.  They sent out the audit forms for the labs,
3      got them approved to start sending products outside to
4      be tested at the outside laboratories.
5           They started auditing their vendors which is
6      what they should have done before.  But they started
7      when the FDA came in, in '18.  So they started sending
8      the forms out to get the audits back to show that they
9      meet cGMP before the they buy the stuff from the guy.
10          So I know all those were implemented.
11     Q    Okay.  And just to follow up on the outside
12     lab audits --
13     A    Right.
14     Q    -- which labs did they audit?
15     A    They did Eurofins and they did ABC.  I think
16     they did Advanced too, but they never used Advanced.
17     Q    And Advanced, is that --
18     A    Labs.
19     Q    Advanced Labs?
20     A    North Carolina.
21     Q    Is that different than ABC?
22     A    Yes.  It's another company.  Another
23     laboratory.
24               THE COURT REPORTER:  And you said Eurofins?
25               THE WITNESS:  Eurofins, E-U-R-O-F-I-N-S.

```
 1              THE COURT REPORTER:  Thank you.
 2              THE WITNESS:  It's a very big lab in the
 3         United States for Nutra and different food.  They
 4         do testing, outside testing.
 5    BY MR. BRODY:
 6         Q    And did you recommend these laboratories?
 7         A    I told them those are the guys that I trust
 8    that do the work and do it right.
 9         Q    But they should have documentation regarding
10    an audit of those labs?
11              MR. ANDERSON:  Object to form.
12              THE WITNESS:  Yeah, they should be in the
13         file.  I did not look and see if they got them
14         done, but they sent them, so I believe they did.
15         And knowing those two labs, they sent them back.
16    BY MR. BRODY:
17         Q    Okay.  This is what I'm trying to clarify:
18              You know, Vitamins Because told you that they
19    got these things done, and so your knowledge is based on
20    the assumption that what they say is true.  Would that
21    be fair to say?
22              MR. ANDERSON:  Object to form.
23              THE WITNESS:  I did not see actual documents
24         come back because I'm not there 24 hours a day,
25         seven days a week.
```

Page 85

```
 1    BY MR. BRODY:
 2         Q    And I just want to clarify that same thing
 3    with the vendors.  You didn't actually see the audit
 4    vendor --
 5         A    No, no, no.  I did see some of them.
 6         Q    Some of them, but not all of them?
 7         A    No.
 8         Q    And the same thing with the batch records.
 9    You didn't actually duly review all the batch records?
10         A    No.  But every time I went up, I would see two
11    or three batch records, review them, and make sure
12    they're okay.
13         Q    And those were just batch records of whatever
14    supplement they had between manufacturing at the time?
15              MR. ANDERSON:  Object to form.
16              THE WITNESS:  Whatever they were making.
17              MR. BRODY:  Okay.  Got you.
18    BY MR. BRODY:
19         Q    And as far as the Sam-e records, that's what
20    you mentioned earlier, correct?
21         A    Yeah.  Well, you mentioned it.  I just
22    remember one I saw.  That was it.
23         Q    And lastly it says here, "Dr. Ross will opine
24    about the adequacy of the Sam-e product manufactured by
25    Vitamins Because during the relevant period."
```

Page 86

```
 1              Have you seen the testing of the product

 2    during the relevant period?

 3              MR. ANDERSON:  Object to form.

 4              THE WITNESS:  I saw test results, the finished

 5        good come back.

 6    BY MR. BRODY:

 7        Q    How many?

 8        A    I think I remember -- I think I told you

 9    before I saw two in the old facility and one in the new

10    one.  That's what I got.

11        Q    So in the new facility, you've seen one?

12        A    One.  That's all I got, yeah.

13        Q    And --

14        A    That I saw.

15        Q    Right.

16              So I assume your opinion could only be based

17    on that one test?

18              MR. ANDERSON:  Object to form.

19              THE WITNESS:  Opinion?

20    BY MR. BRODY:

21        Q    Well --

22        A    I would say --

23              MR. ANDERSON:  Let him answer.

24              MR. BRODY:  I'm sorry.  Go ahead.

25              THE WITNESS:  I can't form an opinion based on
```

Page 87

```
 1          that because I haven't seen enough stuff.  Okay.
 2          But the bottom line is if they're testing outside,
 3          they're testing it outside.  If they got good
 4          results, they got good results.  If they got
 5          failing results, they hold it.  Then I got a phone
 6          call.  How do I fix it?
 7     BY MR. BRODY:
 8          Q    Are you aware that they had some testing that
 9     came back that showed that the Sam-e supplement did not
10     meet their label?  Are you aware of that testing?
11               MR. ANDERSON:  Object to form.
12               THE WITNESS:  I never saw any.
13     BY MR. BRODY:
14          Q    Okay.  And you --
15          A    Unless you --
16          Q    I'm sorry.  I didn't mean to cut you off.
17          A    Unless you guys did outside testing yourself.
18     Because you're suing them, obviously you probably did.
19     But if that's the case, I would be very suspect of those
20     results just because of what I told you before.  Okay.
21     Nature of the beast.  Where did you get it from?  Where
22     was it sitting?  How old is it?  That's just a fact of
23     this product.  If it was something else, that's
24     different.  Not Sam-e or B12, something like that.
25     That's just science.  You're asking for it when you do
```

Page 88

1    stuff like that.  It may pass.  It probably more than

2    likely would fail just because of how it was stored.

3         Q    And Vitamins Because never called you about

4    their own testing that showed that they weren't meeting

5    the label claims for the Sam-e supplement?

6              MR. ANDERSON:  Object to form.

7              THE WITNESS:  On Sam-e?

8              MR. BRODY:  Yes.

9              THE WITNESS:  Not that I remember, no.

10   BY MR. BRODY:

11        Q    You see the bottom paragraph here talks about

12   the FDA inspection, so we'll come back to that.

13             MR. BRODY:  Sean, what time did you say you

14        have to leave?  12:05?

15             MR. O'BRIEN:  Yeah, 12:05, Jay.  I mean, I can

16        go now if you want to stop earlier.  It doesn't

17        matter to me.  I just need 20 minutes to run to

18        school.  I'm assuming, Ms. Cheek, that you're going

19        to want to take some time to eat some food at some

20        point.  Is that right?

21             THE COURT REPORTER:  I mean, it depends on how

22        long we're going to be here.

23             MR. O'BRIEN:  Sure.  So I think this is

24        probably a good chance to take call it 30 minutes

25        just so everybody can regroup and then we can push

Page 89

```
 1            through and finish up after that.

 2                    MR. BRODY:  Okay.  I mean, I can go another

 3            five minutes, but whatever you guys want.

 4                    MR. O'BRIEN:  That's fine.

 5                    MR. BRODY:  So just pipe up in five minutes

 6            and we'll take a break.

 7                    MR. O'BRIEN:  Yeah.

 8      BY MR. BRODY:

 9            Q    Dr. Ross, the document which we were just

10      looking at, did you draft that document?

11            A    Did I what?  Did I draft it?

12            Q    Yeah.

13            A    No.

14            Q    I'm sorry.  That was a no?

15            A    No, I did not draft this document.

16            Q    Okay.  That's what I thought you said.

17                 Did you have any contribution towards the

18      substance in that document?

19                    MR. ANDERSON:  Object to form.

20                    THE WITNESS:  No, I can't imagine what it

21            would be.

22      BY MR. BRODY:

23            Q    Okay.  And so you didn't communicate with

24      attorneys in regards to that document?

25            A    No.  The communication I had was I was going
```

Page 90

1    to be a hybrid kind of witness sort of thing.  That was

2    it.

3         Q    Okay.

4         A    What was involved in that, no.  What the

5    information was, no.

6         Q    And so, again, I think I understand the answer

7    to this question.  So it would be fair to say that you

8    did not inform any attorneys what facts and opinions you

9    would be providing in this case?

10        A    No.

11        Q    Okay.  Are you aware of any expert disclosure

12   requirements that anyone -- did anyone communicate such

13   a requirement to you?

14             MR. ANDERSON:  Object to form.

15             THE WITNESS:  Expert witness?  Not in this

16        case, no.

17             MR. BRODY:  Yeah, I'm asking about this case.

18             THE WITNESS:  No.

19   BY MR. BRODY:

20        Q    No one told you that the magistrate in this

21   case required supplemental expert disclosures?

22             MR. ANDERSON:  Object to form.

23             THE WITNESS:  No.

24             MR. BRODY:  That's fine.

25   BY MR. BRODY:

Page 91

1          Q    And I think you might have answered this

2     question, so bear with me if you have.

3               Did you provide the attorneys for Vitamins

4     Because with any documents in this case?

5          A    No, just the paperwork I saw from you.

6          Q    Okay.

7          A    They requested some stuff.  And, like I said,

8     I went and dug around and I only found a little bit.

9     And I told you I'll send that to you which is not that

10    big.

11         Q    Yeah.  Thank you.

12              But you never provided those documents to --

13         A    No, no, no, no.

14         Q    Okay.

15         A    I only got them like in the last week.

16         Q    Sure.

17              And in the course of your work, consulting

18    work, did you provide any documents to Vitamins Because

19    in the course of your consulting work?

20              MR. ANDERSON:  Object to form.

21              THE WITNESS:  You mean for a Sam-e?

22    BY MR. BRODY:

23         Q    Well, let's start in general, if you can just

24    general answer and then --

25         A    Okay.  Generally answer.

Page 92

```
 1            I was hired to start with helping them bring

 2      them up to cGMP standards.  So what I did was I gave

 3      them SOPs, provided them SOPs that would help bring them

 4      up in line with a standard requirement for production.

 5      I gave them a format for batch records which they could

 6      use to make products and comply with the law.  I gave

 7      them a copy of the law which is not that big a deal.  I

 8      provided them with internal forms that they would use to

 9      track what they're doing and how they're making product.

10      Okay.  So that's the kind of stuff that I provided to

11      them.

12           Q    And did you provide these records also in

13      regards to the Sam-e supplement specifically?

14           A    Such as?

15                MR. ANDERSON:  Object to form.

16                THE WITNESS:  Not any specific SOPs for that.

17           Just SOPs to make everything fall in that category

18           for cGMP.

19      BY MR. BRODY:

20           Q    Were there specific Sam-e documents in regards

21      to the form batch records?

22                MR. ANDERSON:  Object to form.

23                THE WITNESS:  Well, I provided them the batch

24           records for Sam-e to show them how to do it

25           correctly.  That was about it.
```

1    BY MR. BRODY:

2        Q    So that's the only record that you can recall

3    offhand that you provided to Vitamins Because which

4    specifically related to Sam-e?

5        A    Sam-e.

6             I may have provided them a stability protocol.

7    Okay.  They didn't understand what to do.  But I haven't

8    been able to find it anywhere.  Okay.

9        Q    And were there any -- I know you mentioned two

10   emails that you found in regards to Sam-e.

11       A    Um-hmm.

12       Q    But you also mentioned that you deleted a

13   number of your emails.  So were there other emails that

14   you might have sent Vitamins Because in regards to Sam-e

15   specifically?

16       A    I kind of doubt it because there wasn't a

17   whole lot of communication on Sam-e until I guess about

18   2019, somewhere in that range.  And those are still

19   there.  I got all that stuff.  Okay.  But before 2019, I

20   don't have much of anything.

21       Q    And what did those communications consist of?

22            Because I know you mentioned those two emails.

23   Was there anything else?

24       A    Well, there were those two emails.  One was

25   like, What do I do about a complaint on Sam-e?  How do I

Page 94

```
 1      address it?  That kind of thing.  Basic stuff.  It was
 2      like a general question.  Not specific.
 3              The other one was a question on Sam-e
 4      processing.
 5         Q    And these are both -- both of those emails you
 6      said you have in your possession?
 7         A    I made copies.  I'll PDF them and I'll just
 8      send them to you.
 9         Q    Okay.  Thank you.
10              And were there other communications you had
11      with Vitamins Because over the phone or in person
12      regarding Sam-e?
13         A    Oh, my.
14         Q    If you recall.
15         A    I'm trying to think back through all that
16      stuff.  But, no, not that I remember.
17         Q    Okay.  And similarly, just to cover our bases
18      here, were there any communications that you might have
19      made to any third party regarding Sam-e supplements?
20              MR. ANDERSON:  Object to form.
21              THE WITNESS:  I think I did once for them
22         because they asked me about looking to get a soft
23         jell Sam-e.  So I reached out to a supplier I knew
24         that had soft jell Sam-es for sale they could buy
25         and package.
```

Page 95

```
 1    BY MR. BRODY:
 2        Q    And do you have an email or written -- that
 3    communication?
 4              MR. ANDERSON:  Object to form.
 5              THE WITNESS:  Yeah, I might.  But that was a
 6         different supplier, but I might have that.  It
 7         didn't mention them specifically.
 8              MR. BRODY:  I understand.
 9              Okay.  Let's take a break now because Attorney
10         O'Brien needs to leave.
11              MR. O'BRIEN:  I appreciate it.
12              MR. BRODY:  We'll shoot to come back at 12:40.
13              MR. O'BRIEN:  Yeah, that's great.
14              (The luncheon recess was taken after which the
15    following proceedings were had:)
16              MR. BRODY:  Okay.  Dr. Ross, we're back on the
17         record.  The same rules and procedures apply as
18         previously.
19    BY MR. BRODY:
20        Q    I know you mentioned before, you eluded to
21    before that you had some limited communications with
22    counsel for Vitamins Because.  Can you just remind us
23    when those communications took place.
24        A    Oh, my goodness.
25              My best recollection is that there was a time
```

Page 96

```
 1      in 2019 I think it was that David was there at the site.

 2      I just happened to -- I was there working and he was

 3      there.  And I met him there and that was basically the

 4      amount of it.  There was very little conversation of

 5      anything about what was going on with him and the other

 6      people.

 7              And then after that, I had a phone

 8      conversation, a couple of them in the last month, but it

 9      was basically about the deposition.  I was informed I

10      was going to be giving a deposition, that I was going to

11      be this hybrid-type witness, and that's really it.

12          Q    Do you recall any more substance from any of

13      those conversations?

14              MR. ANDERSON:  Object to form.

15              THE WITNESS:  My goodness.

16              Substance?  No, except some very basic things;

17          that it was Sam-e, it was related to that, and that

18          was about the size of it.

19      BY MR. BRODY:

20          Q    So you didn't speak about the labels or the

21      case or any of the evidence?

22          A    The claims that you're making in the case?

23          Q    Yes.

24          A    I haven't really seen them or read them or

25      know nothing about it.
```

Page 97

1          Q    Okay.  And, Dr. Ross, I just want to ask you a

2     little bit about your educational background.

3          A    Education?  Go ahead.

4          Q    Yeah, if you don't mind, just briefly.

5               How many degrees in higher education do you

6     have?

7          A    I have a BA in biological science from the

8     University of Missouri.  I have a pharmaceutical degree

9     from the University of Kansas City, Missouri which is a

10    Pharm.D.  And that's my educational background that is

11    collegiate based.

12              I've had training at the Krone Institute.

13    I've had training at various other places for various

14    things for chemistry and formulation, et cetera, et

15    cetera.  Done those.

16         Q    These educational trainings, were they

17    specifically related to dietary supplements or Pharma in

18    general?

19         A    No, no, no.  Chemistry, the Krone Institute is

20    extremely well known for microscopy which means

21    microscope use in science.  I took courses at the

22    University of Philadelphia which was in formulation, but

23    it was for professional courses.  I took those.

24              I took two FDA training courses early on in my

25    career in the eighties as far as requirements for cGMP,

Page 98

1   et cetera, et cetera.  That was required by my employer

2   at the time, so I did those.

3        Q    Who was your employer at the time?

4        A    Lederle Laboratories.

5        Q    Do you have any other educational or training

6   courses that you've taken or completed in regards to

7   dietary supplements specifically?

8        A    Dietary supplements specifically?

9        Q    Yes.

10       A    No.  I have training sessions at SupplySide

11  West in various topics when they have them there.  I

12  wouldn't call that really training.

13       Q    Okay.  So I take it -- just to follow up on

14  that, I take it you have no specific education or

15  training in the Sam-e supplement or the Sam-e industry?

16            MR. ANDERSON:  Object to form.

17            THE WITNESS:  In Sam-e itself?

18            MR. BRODY:  Yes.

19            THE WITNESS:  No, no.

20            However, I should point out that -- training.

21       Nutraceutical is very little training except for

22       people that have nutrition backgrounds, et cetera,

23       in college.  It's very useless in this industry.

24       Okay.  It's not applicable.  You need to know

25       science.  Pharmaceutical is much more appropriate

```
                                                    Page 99

 1          than it is nutritional training for this industry.

 2      BY MR. BRODY:

 3          Q    And your current employment is at N2Pharma,

 4      LLC?

 5          A    Yeah, that's my little company I use for

 6      consulting.

 7          Q    Sure.

 8               And are you the only consultant at the

 9      company?

10          A    I'm it right now, yeah.

11          Q    And what type of consulting do you typically

12      do?

13          A    My goodness.  I do various.  I do consulting

14      for pharmaceutical formulation, pharmaceutical

15      regulatory.  I do registration for medical devices.  I

16      do formulation for nutraceuticals.  I help chemical

17      companies with their registrations or trying to get a

18      monograph for USP materials and what's required and what

19      to do.  It varies.

20          Q    Have you consulted with other dietary

21      supplement companies?

22          A    Sure, sure.

23          Q    And what are the names of those companies?

24          A    What are the nature?

25          Q    What are the names?
```

1      A     The names?  You want to know names of my

2      clients?

3      Q     Yeah, unless you feel it's confidential.

4      A     Hang on.  Let me see what I can look for and

5      tell you that I can't -- that I can say.  Just a second.

6      Let me open it up and tell you what I can do.

7             You can still hear me, correct?

8      Q     Yes.

9      A     Okay.  Good.

10            People I've worked with in the past was

11     Alternative Labs in Naples.  American Naturals.  These

12     guys I can't say.  I can't do.  I worked for Dow

13     Chemical.  I worked for Pfizer.  Those I can tell.  I

14     can tell you I worked for FMC.  I've worked for JRS

15     Pharma.  I've done work for Health Caps.  I've done work

16     for Curabile (phonetic).  I've done work with -- oh,

17     let's keep going -- PNI.  I've done work for Pro Nova.

18     I've done work for Sincera.  I've done work for Sunset

19     Labs.  I did work for Vita Herbs.  I've done work for

20     ZimeTech.  I mean, that's just some.

21     Q     And with these clients, are you providing the

22     same or similar services that you were with Vitamins

23     Because?

24            MR. ANDERSON:  Object to form.

25            THE WITNESS:  Excuse me?  Names of?

Page 101

1    BY MR. BRODY:

2        Q    With regards to these clients that you just

3    mentioned, did you provide the same or similar services,

4    consulting services, that you did with Vitamins Because?

5        A    Some, yes.  Some different things.

6        Q    Okay.

7        A    It depends on the client.

8        Q    Okay.  I'm going to ask you more about the

9    Vitamins Because consulting in just a second.

10            Before working at N2Pharma, did you work at

11    Avima Labs?

12        A    At which labs?

13        Q    Avima.

14        A    Avima?

15        Q    Yeah.

16        A    Yes, I worked for Avima for a little bit.

17    It's a different name now, but it's the same company.

18        Q    And what type of work did --

19        A    Contract manufacturer of nutraceuticals.

20        Q    Okay.  And I think they mentioned on their

21    your Website that you developed over ten thousand

22    formulations.

23        A    Oh, me?  Yeah, I got lots of formulations.

24        Q    Is that true?  I mean, because that would

25    be -- you're talking thousands of formulations each

```
 1     year.
 2         A    Okay.  Yes, it's true.
 3         Q    Yeah.
 4         A    For example, with Avima I was doing about 10
 5     formulation quotes a day, just to quote a day.
 6         Q    And what's a quote?
 7         A    A quote is developing the formula and then
 8     giving it back to the sales force to provide a cost of
 9     goods to the client to see if they would use it and buy
10     it and make it there.
11         Q    So cost of goods would be how much it would
12     cost the company to make the --
13         A    Correct.  And then they can do the economics
14     to determine how much they wanted to charge.  Then they
15     negotiate with the client.
16         Q    Okay.  And I think you mentioned before you
17     worked for Lederle Labs?  I don't know if I'm
18     pronouncing that right.
19         A    Excuse me?
20              THE COURT REPORTER:  Yes, say that again.
21              MR. BRODY:  Lederle Labs, L-E-D-E-R-L-E.
22              THE WITNESS:  L-E -- can you spell that again.
23              MR. ANDERSON:  I think he's talking about
24         Lederle.
25              THE WITNESS:  Oh, you're talking about Lederle
```

```
 1          Labs?
 2                MR. BRODY:  Yeah, I apologize.  I
 3          mispronounced it.  I apologize.
 4                THE WITNESS:  Horribly.
 5                Lederle Labs, yes, that's where I started in
 6          New York.  That's where I created Centrum with five
 7          other guys.
 8     BY MR. BRODY:
 9          Q    And Centrum is what just briefly?
10          A    Multi-vitamin mineral products.
11          Q    Okay.
12          A    It's actually fairly famous.
13          Q    Okay.
14          A    E to Z was what they used to advertise a long
15     time ago.  It had 62 actives at one point.  You had to
16     make it work.  Rather complex product.
17          Q    Understood.
18                And have you worked on any USP committees?
19          A    USP committees?  That's interesting.
20                I worked on one -- that was a very long time
21     ago.  I worked on one for the excipient committee with
22     the USP.  They were developing an excipient program for
23     them to make it more global with an organization called
24     IPEC where they were trying to make all excipients
25     global specifications rather than every country have
```

Page 104

 1    different things.  So I was on that quote/unquote

 2    committee I guess you could say.

 3         Q    And what is a USP committee?

 4              Well, first of all, what does USP stand for?

 5         A    United States Pharmacopia.  It is not part of

 6    the FDA.  It is an independent organization that

 7    actually the FDA relies on.  What they do is they are an

 8    organization that creates monographs for actives for the

 9    pharmaceutical industry and excipients that are

10    ingredients that go into them and they do the same for

11    them.  They also are now doing nutraceuticals and

12    monographs for them which never occurred before.

13    They're starting to do it now.

14         Q    So when you worked for them, they were not in

15    the Nutra?

16              MR. ANDERSON:  Object to the form.

17              THE WITNESS:  They were not -- I was doing

18         Pharma at the time.

19              MR. BRODY:  Okay.

20              THE WITNESS:  Nutraceutical came in the last

21         four years.  Four or five years they just started

22         doing nutraceutical monographs.

23    BY MR. BRODY:

24         Q    And just more broadly speaking, have you ever

25    consulted regarding Sam-e for any other client or

Page 105

```
 1    company outside of Vitamins Because?

 2         A    You mean to make the product?

 3         Q    Yes.

 4         A    Let's see.

 5              Before CT Health, there was one other client

 6    that wanted to make Sam-e.  And got down the road,

 7    explained to them what needed to be done, and they

 8    decided not to do it because it was too expensive to put

 9    in the equipment to make it the right way.

10         Q    And so that was the end of your consulting on

11    that matter?

12         A    Oh, yes.  I consulted Sam-e before, because 45

13    years -- Sam-e is an old product.  It's not new.

14         Q    Right.

15              And your other work consulting in Sam-e

16    consisted of what?

17         A    You mean like for in general?

18         Q    Yeah, for other companies.

19         A    Oh, my goodness.

20              In general I've formulated about just

21    everything you can imagine; herbal products, herbal

22    extracts, herbal powders, powders, capsules, tablets,

23    liquids, controlled release tables, delayed release

24    tables enteric coated soft jells, soft jell

25    formulations.  I've done basically anything you can
```

Page 106

1    imagine in formulation.

2         Q    And this is again formulation for dietary

3    supplements generally.

4         A    Dietary.  I've done Pharma too.

5         Q    Sure.

6         A    That's a different --

7         Q    Sure.

8         A    You're not interested.  That's a different

9    universe.

10        Q    Okay.  But in regards to Sam-e, it's really

11   only been Vitamins Because and this one prior company

12   that you said --

13        A    Right, that was it because it's a limited

14   market.

15        Q    Okay.  And in regards to the work --

16   consulting I should say.  Let me strike that.

17             In regards to the consulting services that you

18   performed for Vitamins Because, was that all laid out in

19   a contract that you've had with them?

20        A    All my other clients?

21             MR. ANDERSON:  Object to form.

22             MR. BRODY:  No.  I'm speaking just about

23        Vitamins Because now.

24             THE WITNESS:  Vitamin C?

25             MR. BRODY:  No, Vitamins Because.

Page 107

1            THE WITNESS:  Oh, Vitamins Because.

2            MR. BRODY:  Yes.  I'm sorry.

3    BY MR. BRODY:

4       Q    In regards to that company, were your

5    consulting services, were they all laid out in a

6    contract?

7            MR. ANDERSON:  Form.

8            THE WITNESS:  Only the startup of the whole

9        thing.  Because my main project was to get them up

10       to cGMP protocols and get the plant up to cGMP

11       requirements, have their paperwork brought up to

12       speed, have the products reviewed and being taken

13       care of and to make sure they're okay as far as

14       cGMP.

15   BY MR. BRODY:

16      Q    Okay.  So let me pull up the contract right

17   now and just ask you a couple questions about it and

18   then you'll explain.

19      A    Okay.

20      Q    Dr. Ross, can you see what I have on the

21   screen here?

22      A    Yeah, that looks like one of my standard

23   agreements, yeah.

24           MR. BRODY:  So let's mark this as Exhibit 3

25       for purposes of this deposition.

Page 108

1           (Plaintiffs' Exhibit 3 was marked for

2       Identification.)

3       BY MR. BRODY:

4           Q    And is this your current address here at the

5       top?

6           A    Yep, that's it.

7           Q    And is this the only written agreement that

8       you've had with CT Health Solutions?

9           A    Yeah, that was it.

10          Q    And it's dated, as you can see, June 20th,

11      2017, and it notes that the terms of the consulting are

12      from July 1st, 2017 to November 30th, 2017.

13          A    2017.

14          Q    Yeah.

15               Was that the extent of your work or was there

16      work beyond this contract?

17               MR. ANDERSON:   Object to form.

18               THE WITNESS:   No.   The agreement got extended

19          because of the nature of the FDA requirement.

20      BY MR. BRODY:

21          Q    And was that extension put in writing?

22          A    No, I don't believe so.   It was an agreement

23      between the parties.

24          Q    So it was just an oral agreement between the

25      parties?

Page 109

```
 1        A    Right.  You're not taking about major

 2   corporations here.

 3        Q    Understood.

 4             And if I can just skip down for a second.

 5             Paragraph number 2, "Compensation," it says,

 6   "The company shall pay consultant" -- I assume that's

 7   you -- "a consulting fee in the amount of

 8   $3,000 monthly."

 9             Was that the compensation which was extended

10   onwards as part of the extension?

11        A    No, no, no, no.  Not even close.  That was for

12   a specific project with the SOP and everything else.

13   They were paying for that.

14        Q    Okay.  So what's --

15        A    And then it was way lower compensation.

16        Q    Okay.  So just to be clear, the $3,000 monthly

17   was for the initial project between July 2017 and

18   November 2017?

19        A    Correct.

20        Q    Your extended work with the company was for a

21   different amount of compensation?

22        A    Correct.

23        Q    And what were the terms of that compensation?

24        A    It was 350 a week.

25        Q    And that was regardless of how much time and
```

Page 110

1    work you put into your consulting and work for Vitamins

2    Because?

3        A    It didn't make any difference, because I could

4    only do one a day a week to try to get up there and help

5    them out a little bit here and there.

6        Q    And the extent of your work with the company

7    again beyond November 2017 was just once a week?

8        A    Yeah, at the most.

9        Q    And you mentioned you went up there.

10            Did you go up there every week and just as

11    needed?

12        A    When I started out, yes, it had that way

13    whenever they got audited in 2018.  Obviously I had to

14    go up there every week to get all the paperwork

15    organized, get everything set up to respond to the FDA

16    and help them out because they had no idea how to take

17    care of that because they were new to all this.  So I

18    was going up there every week for a few months.  That

19    was it.  And that ended because seven-hour drive each

20    way, my God.

21        Q    Yes, I could imagine.

22            If we can skip down to -- actually, just go

23    back to paragraph 1 for a second.  So it says the scope

24    of your work is described in Exhibit 1.  So if we can

25    just go to Exhibit 1, I want to ask you some questions

Page 111

```
 1    about the services to be performed.

 2         A    Um-hmm.

 3         Q    So under 1(a) it says, "Third party supplier

 4    auditing."

 5         A    Correct.

 6         Q    "CGMP auditing would be performed, as required

 7    at extra fee of $2,000 per audit."

 8         A    Correct.

 9         Q    So how many third party suppliers did you

10    audit?

11         A    I didn't audit any at that time.

12              MR. ANDERSON:  Object to form.

13    BY MR. BRODY:

14         Q    So this $2,000 per audit, that was never

15    charged because you never performed --

16         A    Never performed it.  Never got charged.

17         Q    And is that the same thing with the cGMP

18    auditing?

19         A    CGMP auditing of their facility, that was

20    actually part of the fee to start with.  I have to audit

21    them to see where they're at to bring them up to speed.

22         Q    So that was part of the general service.

23              And the cGMP auditing, what did that consist

24    of?  I think you touched on that earlier.

25         A    Oh, my goodness.
```

Page 112

```
 1              There is a form, there is an audit form that I

 2     use for all my audits that's very specific to every part

 3     of CFR 12 part 111.  So I audit every section.  What

 4     does that mean?  That means facilities.  That means

 5     paperwork.  That means cleaning records.  That means air

 6     handling records.  That means -- it's extensive.

 7          Q    And does Vitamins Because have this record?

 8              MR. ANDERSON:  Object to form.

 9              THE WITNESS:  God, I don't know.  I did it.

10          They have it.  I don't know where it is.

11              MR. BRODY:  Got you.

12     BY MR. BRODY:

13          Q    Are they supposed to retain these records?

14              MR. ANDERSON:  Object to form.

15              THE WITNESS:  They haven't asked me about

16          them, no.

17     BY MR. BRODY:

18          Q    But, no.  I'm saying by law or by regulation,

19     are they supposed to, to the extent that you know?

20          A    They would have a copy of it as an internal

21     audit.  That's called an internal audit.  That's not a

22     true -- I did not audit them for another client.  I did

23     not audit them for the FDA.  I did not audit them for

24     Walmart.  I audited them for them to tell them where

25     they were.
```

Page 113

```
 1        Q     Okay.

 2        A     So I wasn't -- go ahead.

 3        Q     Yeah, no.  I was just going to ask you, do you

 4    have a copy of this internal audit report?

 5        A     Oh, my goodness.  Just a minute.  Let me look

 6    at my audit.  That's a big file.  Oh, my goodness.  I

 7    guess I'd have to search for them.  Just a second.

 8              My battery went out.  Just a second here.

 9    Okay.  Let me find them.  It's not going to be that easy

10    to find.  I'm going to have to go back and dig through

11    some older files because I do have a number of these

12    which means they weren't in this primary file.  But that

13    makes sense because that was quite awhile ago.  So one

14    second.  I've got to fix this computer.

15              THE COURT REPORTER:  Yeah, could you put the

16         screen down a little bit so I can see your mouth.

17         Thank you.

18    BY MR. BRODY:

19        Q     Dr. Ross, so just to confirm, it sounds like

20    you may have it somewhere in your files but you don't

21    have immediate access to it?

22        A     No, it's too long ago.

23        Q     Understood.

24              And if I could direct your attention to

25    subsection B, "SOP Authoring And Review."
```

Page 114

1          What does SOP stand for?

2     A     Standard Operating Procedures.

3     Q     Okay.

4     A     Standard operating procedures is a requirement

5   of the cGMP CFR part 21 part 111 to where you define

6   exactly what you do in every step of the process.  It

7   defines what you do to clean the machines.  It defines

8   what you do to set them up.  It defines how you do it to

9   make the product.  It defines how you test the product.

10   It defines your supplier system.  Everything.  A lot.

11     Q     And Vitamins Because has --

12     A     All that, yes.

13     Q     -- these documents?

14          MR. ANDERSON:  Object to form.

15   BY MR. BRODY:

16     Q     And do you have a copy of these documents as

17   well?

18     A     Not theirs.  I have copies of mine that I gave

19   them.  Because they modified it with their head title,

20   their name, their system.  They have them.  They have

21   books.  So I know they physically have them.

22     Q     Okay.  So plaintiffs will continue to request

23   production of those documents.

24          MR. ANDERSON:  When you call for production,

25       what are you referring to?

Page 115

```
 1              MR. BRODY:  Well, they were already requested.

 2              MR. ANDERSON:  From us?  From Vitamins

 3         Because?

 4              MR. BRODY:  Yeah.

 5              MR. ANDERSON:  Not the witness.

 6              MR. BRODY:  Again, continuing because we've

 7         already requested them.

 8              MR. ANDERSON:  You can continue all you like.

 9              MR. BRODY:  Okay.  I will do so.

10    BY MR. BRODY:

11         Q    It mentions here that it can be provided at

12    several possible levels or stages.

13         A    Levels of what?  I'm sorry.

14         Q    It subsection B it says, "The SOP authoring

15    can be provided at several possible levels or stages."

16              Did you provide SOP authoring for Vitamins

17    Because at several levels or stages?

18              MR. ANDERSON:  Object to the form.

19              THE WITNESS:  Because there's levels.  There's

20         different levels of SOPs.  In other words, there's

21         some for production.  There's some for quality.

22         There's different departments.

23    BY MR. BRODY:

24         Q    And did you provide SOP authoring for all the

25    levels or only for some of the levels?
```

                                                              Page 116

 1                MR. ANDERSON:  Object to form.

 2                THE WITNESS:  Probably most of them.

 3     BY MR. BRODY:

 4        Q    Probably most of them, but you're not certain?

 5        A    Well, I --

 6        Q    You'll have to look back at the documents?

 7        A    You're asking things very long ago on a very

 8     lot of documents.

 9        Q    Right.

10             Okay.  And if I can direct your attention to

11     C, "Formulation Development."

12        A    Correct.

13        Q    This was the formulation --

14             At least in regards to the Sam-e.

15        A    No.  All right.

16        Q    -- the formulation document that you

17     referenced earlier which you located?

18        A    Yeah, that's one of them.

19             The issue is when I signed up with them for

20     cGMP, formulation is just part of the cGMP system.  And

21     so when I do the cGMP system for them, then formulation

22     becomes part of the whole cGMP system to help review

23     their formulas, bring them up to date, try to fix them,

24     do whatever they need to whenever they bring them to me.

25        Q    And the cGMP system has other records in that

Page 117

```
 1      system, in that file, if you will?

 2               MR. ANDERSON:  Object to form.

 3               THE WITNESS:  The cGMP is the SOP system.  And

 4          the cGMP system is actually SFR 11 part 111.  It's

 5          all part of that same law.  So it's overall how do

 6          you run your business kind of thing.

 7      BY MR. BRODY:

 8          Q    And how many such records would a company like

 9      Vitamins Because have in this realm?

10               MR. ANDERSON:  Object to form.

11      BY MR. BRODY:

12          Q    Are we talking thousands?  Hundreds?

13          A    Hundreds.  In the range for SOP, it would be

14      like a hundred or so maybe.  I try to minimize as much

15      as I can because it's a lot to do because they're a very

16      tiny company.  They're not big.  And so, therefore, they

17      get the basics.  They don't get the entire network of

18      stuff.  They get what can be done to get by to do it

19      correctly.

20          Q    Okay.  And you mentioned here different

21      formulations.  Were there multiple formulations for the

22      Sam-e supplement or only one formulation?

23          A    For Sam-e itself?

24          Q    Yeah, for Vitamins Because's manufacturing.

25          A    Vitamins Because products, I think at one time
```

1     they had two different dosage strengths.  It was

2     basically the same thing, but it was just different

3     capsules, how many capsules you're taking.

4              MR. ANDERSON:  Object to form.

5     BY MR. BRODY:

6        Q    So there would be a different formulation

7     document or record if it was labeled at 400 milligrams

8     per capsule or 500 milligrams per capsule?

9        A    That's correct.  It would be a different

10    formulation.

11       Q    And they would have a separate sheet --

12    Vitamins Because would have a separate sheet for

13    formulas for each one --

14       A    Yes, yes, they should have.

15             THE COURT REPORTER:  Hold on.  I don't have

16        the question.

17             "Have a separate formulas for each" --

18             MR. BRODY:  Each one of their labeled claims.

19             MR. ANDERSON:  Object to form.

20             THE COURT REPORTER:  What's the answer?

21             MR. BRODY:  Dr. Ross, can you just repeat the

22        answer for the court reporter.  Dr. Ross?

23             THE WITNESS:  I think what you're trying to

24        state is they would have a different formulation

25        sheet for each bottled-label-claimed product of

Page 119

1          Sam-e.  If one was 500, they'd have 500.  If one

2          was 400, they would have 400.  It would be separate

3          documents.

4     BY MR. BRODY:

5          Q    Okay.  And I'm going to follow up on that in a

6     little bit.  But if I can just direct your attention now

7     to subsection D, "Technical Support."

8          A    Right.

9          Q    What does technical support consist of?

10         A    Oh my.

11              Technical support in this industry is very

12    straightforward.  What we do is I supplied support to

13    production if they need it for any issues that come up

14    on blending this -- the product didn't mix well.

15    Something happened on the capsule machine.  What's wrong

16    with my capsule machine?  What's wrong with my blender?

17    Why is the material coming in green now instead of light

18    blue?  Okay.  These are all technical questions for

19    support on product and production.

20         Q    Do you recall any of that being -- those

21    support services, do you recall any of those support

22    services being necessary for Sam-e supplements at

23    Vitamins Because?

24         A    No, nothing on Sam-e supplements, no.

25         Q    And if I could direct your attention just to

```
                                                    Page 120

 1      subsection 2 here, "Projects."  Subsection A says, "SOP

 2      generation for the facility to meet CFR 21 part 111."

 3           A    Right.

 4           Q    So that you've referenced earlier and that was

 5      created, correct?

 6           A    Yes.  It's all done.

 7           Q    And "Facility Update Review And Support,"

 8      under subsection B.

 9           A    Oh, okay.  That was their new facility.  They

10      moved from an old facility to a new facility.  And I was

11      helping them review the design and everything to make

12      sure it met their current requirements and the FDA

13      requirements for facilities for nutraceuticals.

14           Q    And was that all complete -- when was that

15      completed to your recollection?

16           A    Oh, my goodness.

17                2018, but I don't know when.  Best guess is

18      2018 year.  That's the best I can do.

19           Q    So that was still going on -- it was not yet

20      completed when the FDA had their inspection of the

21      facilities?

22           A    No, the FDA inspected the old facility.

23           Q    The FDA inspected the old facility?

24           A    Correct.

25           Q    And your work was with the new facility?
```

Page 121

1              MR. ANDERSON:  Object to form.

2              THE WITNESS:  Um-hmm.

3     BY MR. BRODY:

4        Q    And subsection D, "Specification, Review and

5     Updates For All Materials," was that a service you

6     provided in regards to Sam-e for Vitamins Because?

7        A    Oh, my goodness.

8              I don't remember doing it for Sam-e

9     specifically.  It's possible I did because the specs

10    they had for these kind of products were fine because

11    they used the specs from the supplier.  So, therefore,

12    the supplier they had for Sam-e, looking at the one I

13    have that they used, the specification is perfectly fine

14    for Sam-e, raw material.

15       Q    And when you say they used the specification

16    from the supplier, can you explain what you mean by

17    that.

18       A    Okay.  When you have raw materials in this

19    industry, you buy it from a supplier.  They have a

20    specification sheet.  If that's what you're going to use

21    and be the one you use for your product, you create your

22    specification to match their specification sheet.  So

23    that way when you test it, you test it the same way they

24    do so you don't have problems later using a different

25    method or having a problem testing product.

Page 122

1           That's the system in this industry right now.

2       Q    And these specifications, they're for testing

3   purposes or also for labeling purposes or are those one

4   in the same?

5           MR. ANDERSON:  Object to form.

6           THE WITNESS:  No, different -- this is mainly

7       testing purposes.

8   BY MR. BRODY:

9       Q    And subsection D, "Batch Record Review And

10  Update," I think we spoke about this a little earlier,

11  but just to confirm.  Did you perform any batch review

12  for the Sam-e supplements manufactured by Vitamins

13  Because?

14      A    When they gave it to me to review back, yeah,

15  I did review their batch records and I updated it to the

16  new form, the new system, which was mine, and I modified

17  it to make sure it was totally correct with all the

18  weights and everything else and all that stuff.

19      Q    Okay.  And the audit of facility after

20  implementation of procedures to CFR 21 part 111 --

21      A    111.

22      Q    Yeah.

23           Was that at the new facility or the old

24  facility?

25      A    Oh, when I did the audit was the old facility.

Page 123

1       Q    Okay.

2       A    And they used that to help build the new

3   facility.

4       Q    But the few facility was never audited?

5       A    The new facility never got audited by the FDA

6   and I never re-did a re-audit of it because it was based

7   on fixing the old.  So everything was all new.

8       Q    Okay.  If I can then just direct your

9   attention down to the billing procedures.  I just want

10  to ask -- I mean, I know you spoke about the $3,000

11  monthly for the initial project and you spoke about

12  $350 weekly.

13          Did you ever bill them on an hourly basis for

14  your work?

15      A    An hourly rate, no, not for these projects.  I

16  just did it by a project basis hourly rate.  The 350

17  weekly was an agreed-upon price just to help them out

18  because they're a small company and I needed to keep

19  them updated because they just got hit with an FDA audit

20  and trying to fix it up.  So that's what I did.

21      Q    Okay.  Now, if I can just ask you a couple

22  follow-up questions.

23          Now, the work that you did afterwards, I know

24  you mentioned that was for the FDA audit and a lot of

25  the communications with the FDA.

Page 124

1          A     Um-hmm.

2          Q     And plaintiffs continue to call for the

3     production of those records.

4                Did that consist of any other work besides

5     dealing with the FDA and the FDA audit?

6          A     Oh, well, just basic stuff which involved the

7     cGMP which was when they had questions about production

8     things, do this and that.  Questions on testing

9     protocols, testing on laboratories, things like that,

10    bringing them up to speed so they could do it

11    themselves.  Okay.  Become self-efficient in the

12    process.

13         Q     And once they became self-efficient, so then

14    they just followed their own set of protocols, et

15    cetera?

16         A     That was the idea.  They follow their SOPs.

17    They stick to them, do it.  They do what they're

18    supposed to do with the products.  They file the batch

19    records.  They do it correctly.  They build the batch

20    record the right way.  That was the idea.  And they did

21    pretty good at it, I got to admit, they really did, for

22    somebody starting up with that stuff.  It's kind of

23    complex.

24         Q     And, again, when you say they did very well,

25    you're saying that based on what?

Page 125

```
1           A    I was going up there weekly, remember,

2      checking on what they were doing, seeing how they were

3      doing things, trying to figure out are they doing okay,

4      the right way.  They were.

5           Q    So, again, that's a general assessment based

6      on their --

7           A    I can't say daily because I'm not there.  I

8      don't know what they did every day.

9           Q    Sure.

10               MR. ANDERSON:  Object to the form if there was

11          a question.

12               MR. BRODY:  Sure.

13     BY MR. BRODY:

14          Q    And, again, I think you mentioned -- I think

15     you already answered this already, but it wasn't limited

16     to Sam-e inspections either?  It was just whatever you

17     were reviewing -- whatever supplements you --

18          A    At the day, yeah.  Whatever they were doing

19     that week and they had trouble, they brought me the

20     stuff.  I would look at it, review it with them, explain

21     it to them and do that.

22          Q    Okay.  As far as the -- I just want to ask you

23     about the quality control.

24          A    Okay.

25          Q    What procedures did you recommend for their
```

```
                                                Page 126

 1     quality control of dietary supplements?

 2              MR. ANDERSON:  Objection.

 3              THE WITNESS:  Can you please repeat.

 4              MR. BRODY:  Yeah, I'll repeat the question.

 5     BY MR. BRODY:

 6         Q    What quality control measures or procedures

 7     did you recommend for the Sam-e supplement that they

 8     were manufacturing?

 9              MR. ANDERSON:  Object to form.

10              THE WITNESS:  The basic quality control

11          procedures for nutraceuticals.  What does that

12          mean?  You have set systems that you have to pull

13          samples, you have keep retains of everything; that

14          you have everything sitting around in case

15          something happens; that you have samples assigned

16          and sent out to laboratories to be tested.  You

17          keep records of the testing results.  You keep

18          records and review the batch records before you

19          issue the product.  You have a test sheet for the

20          batch record you sign off on so that way you know

21          you checked the batch record to make sure it's

22          right.  These are all basic QC/QA procedures.

23     BY MR. BRODY:

24         Q    And all the records for testing, if I heard

25     you correctly, those should have been maintained by the
```

Page 127

1          company as part of the quality control?

2                    MR. ANDERSON:  Object to form.

3                    THE WITNESS:  It should have been in the

4               quality office controlled by them.  The problem

5               with the old records, they had a major disaster

6               when they were moving from one facility to the

7               other.  So that became a big issue.  And they tried

8               hard to find them.  They just couldn't do it.  It

9               was gone.  It had to do with the trucking or

10              whatever.  Something really messed up.

11                   The new records were all in the new facility.

12              They were kept there.  They had everything.  It's

13              all tabulated, filed, all that.

14         BY MR. BRODY:

15              Q    And did you recommend a specific laboratory

16         for them to have the testing done?

17              A    I told them the laboratories that I used

18         routinely.

19              Q    And those were the three that you mentioned

20         earlier today?

21              A    Yeah, they're both very good labs.

22              Q    Now, have you ever heard the, I want to call

23         it, term or the phrase "control of raw materials"?

24                    MR. ANDERSON:  Object to form.

25         BY MR. BRODY:

Page 128

```
 1        Q     Does that have any meaning to you?

 2        A     Troll?

 3        Q     Control.  Control.

 4        A     Control of raw materials?

 5        Q     Yeah.

 6        A     No.

 7              Controlling raw materials is part of cGMP.

 8     You have to -- it's part of the audit.  You audit the

 9     supplier to get them approved.  You bring the stuff in.

10     You control it.  You put them in the right place in the

11     warehouse.  You have to separate it according to the

12     type of product it is.  Then you have to maintain it.

13     You have to keep inventory of how much should you use?

14     How much have you got left?  What product did you go

15     into?  What lot number was used for which lot number of

16     product?  Traceability.

17              That's all part of it.  Okay.  That's part of

18     cGMP.  That's something that they actually have.  They

19     have the records and you can go back and find whatever

20     was used in the lot and go get it.

21        Q     And these aspects of quality control, again,

22     you didn't perform them personally.  You just advised --

23        A     No.

24        Q     -- and consulted for --

25        A     No.
```

Page 129

1          Q    -- Vitamins Because to perform these?

2          A    No, the quality department did it up there.

3               MR. ANDERSON:  Object to form.

4     BY MR. BRODY:

5          Q    And would the same thing hold true for the

6     control of the production according to cGMP standards?

7               MR. ANDERSON:  Object to form.

8               THE WITNESS:  No, no.

9               How it works with cGMP standards and

10              production, the quality assurance department, which

11              is the same as the QC department for them because

12              they got so small, they go out and they monitor

13              what's going on in production while they're doing

14              it.  They do checks on the weights of the capsules

15              themselves physically to see the weights that they

16              got in production.  They do that.  They check the

17              size of the capsule, and they check the batch

18              record making sure people are signing it off and

19              filling out all the paperwork correctly.  That's a

20              QA function.  That's what they do to monitor and

21              make sure production is going okay.

22              When the batch is completed, samples of the

23              product come to the quality office.  They take a

24              sample, send it out for testing if required,

25              depending on what the product is.  Because some you

Page 130

```
 1        can't test.  So they get that.  They get the batch
 2        record, and quality audits the batch record.  They
 3        actually review the entire batch record and fill
 4        out a form that tells them what's good or bad on
 5        the batch record.  And then when everything is
 6        done, they file the batch record away, they release
 7        their product when they get results, and they go
 8        ship it.
 9   BY MR. BRODY:
10        Q    And, again, these work processes that you
11   advised about, but you didn't actually perform them
12   personally?
13             MR. ANDERSON:  Form.
14             THE WITNESS:  Physically, no.
15             MR. ANDERSON:  Object to form.
16   BY MR. BRODY:
17        Q    And the same thing is true in regards to the
18   testing of the end control product.  You didn't do them
19   physically yourself.  You just advised.
20        A    No, I didn't test the physical end product
21   itself.
22        Q    Okay.
23        A    Rarely, when they had trouble with weights, I
24   would go out there and help check weights when things
25   were going wrong with them, but I was just a physical
```

Page 131

1    tech service support, not a quality support.

2        Q    And what is a CAPA report, C-A-P-A?

3        A    A CAPA.

4        Q    Okay.

5        A    A CAPA report is standard document under cGMP.

6    Corrective Action, Preventative Action, C-A-P-A.

7        Q    CAPA, yeah.

8        A    That's a report that's given out whenever

9    there's a problem.  Okay.  When there's something that's

10   not going quite right or if something is a little wrong,

11   they have to fill out this to show how did they fix what

12   was wrong.  What was it to find a root cause.  You have

13   to find a root cause.  What happened?  What went wrong?

14        Corrective action is what do I do to fix this

15   one, okay, right now?  Then that's just one part.

16        The second part is the PA, PA, Preventative

17   Action.  What do I do to prevent it from happened again?

18        And they fill out the CAPA form and audit

19   report and they put it in the file and that's how they

20   keep it and have what is the record of how they fix

21   things.

22        Q    And my question is:  Would there be a CAPA

23   report or should there have been a CAPA report if a

24   product tests -- I'm sorry -- if the end product shows

25   that that supplement did not meet the way --

Page 132

```
 1        A     Okay.

 2              THE COURT REPORTER:  No.  Hold on.  I don't

 3        know what the question is.

 4              MR. BRODY:  All right.  Let me repeat the

 5        question.  Let me strike the question.

 6    BY MR. BRODY:

 7        Q     I'm just trying to understand when a CAPA

 8    report would be issued or would be created.

 9              So my question is:  Would a CAPA report be

10    created when the end product tests show that it did not

11    meet the label claim?

12              MR. ANDERSON:  Object to form.

13              THE WITNESS:  Okay.  That's not quite the same

14        thing.  Usually when that occurs, that's called an

15        OOS, Out Of Specification.  That's a separate

16        quality report.

17              Now, that quality report will end up in the

18        CAPA eventually.  Because first thing is out of

19        spec, you have to investigate it.  Is it truly out

20        of spec?  You have to do a secondary lab to verify

21        it's right and make sure the results are okay, make

22        sure everything is all right and it's really wrong.

23        If it's really wrong, the lot is held and then you

24        go investigate what happened.  Why did it do this?

25        Now it becomes a CAPA.
```

Page 133

1    BY MR. BRODY:

2         Q    And are you aware of any OOS, Out Of

3    Specifications, for the Sam-e supplement at Vitamins

4    Because's facility?

5         A    I wasn't aware of one, no.

6         Q    And so I guess it would follow that you're

7    also not aware of any CAPA report?

8         A    No, because if there was something there, they

9    probably would have told me about it.  That would be my

10   guess.

11        Q    But just so I'm clear here, if something does

12   test incorrectly, then there would be a second follow-up

13   step that you just mentioned, and then an Out Of

14   Specification Report.  That's what should have been

15   done.

16        A    It's called an OOS, yes.

17             The first thing that would happen is an OOS

18   Report.  Then after an OOS Report, you do an

19   investigation and you say why did this happen?  You do a

20   secondary lab.  You write and investigate.  And quality

21   says, Guess what?  It's really out of spec.  Now, you

22   go, okay, hold the product.  You got to decide what to

23   do with the darn thing.

24             Then you've got the next step which is do a

25   CAPA.  Why did this happen?  That's the corrective

```
                                              Page 134
 1      action and preventative action part of cGMP.
 2              MR. BRODY:  Understood.
 3              MR. ANDERSON:  Object to the form.
 4              Hey, Doc, if you could just give a quick
 5          second before you answer, that would really be
 6          helpful.
 7              THE WITNESS:  Oh, okay.
 8              THE COURT REPORTER:  Yeah, I don't know how
 9          else to say it.  The end of every question --
10              THE WITNESS:  Okay.  I understand.
11              THE COURT REPORTER:  The record is going to
12          look terrible.
13              THE WITNESS:  I'm sorry.
14              MR. ANDERSON:  Just do your best, Doc.
15              THE WITNESS:  I've just got to slow down my
16          answer.
17              THE COURT REPORTER:  You do please.
18              MR. BRODY:  Okay.  Dr. Ross, you are a step
19          ahead of us certainly in knowledge.
20      BY MR. BRODY:
21          Q    Are the CAPA Reports and the OOS Reports, are
22      those required by FDA's -- you know the 21 CFR 111 or
23      only under cGMP?
24              MR. ANDERSON:  Object to form.
25              THE WITNESS:  It's required under -- cGMP CFR
```

Page 135

1           21 part 111 addresses it.  They say you should do

2           it, but they don't specifically state how to do it.

3     BY MR. BRODY:

4           Q    And so if a company is not doing this, so then

5     in your opinion, they would be in noncompliance?

6                MR. ANDERSON:  Object to form.

7                THE WITNESS:  Me, on my audit form, I would

8           make an observation and say you have to have some

9           kind of system.

10    BY MR. BRODY:

11          Q    And if I can direct the question just back to

12    the Sam-e supplement specifically.  Did you do any

13    consulting specifically on how much raw material should

14    be filled into the Sam-e capsules?

15               I may have eluded to this earlier, so if you

16    could just bear with me.

17          A    That's on the formulation spreadsheet.

18          Q    And the formulation sheet will set forth how

19    much raw materials should go into each capsule for every

20    label claim, correct?

21          A    Correct.

22          Q    And you discussed earlier the difference

23    between Sam-e and what you call Sam-e SS, Sam-e

24    tosylate.  Was that a matter -- did you discuss those

25    matters with the personnel at Vitamins Because?

1              MR. ANDERSON:  Object to form.

2              THE WITNESS:  When I was looking over the

3         Sam-e product for them back then on the batch

4         record, I did explain to them the difference

5         between the three things and what the label should

6         say, yes.

7    BY MR. BRODY:

8         Q    So it's your understanding that they

9    understood the difference between Sam-e and Sam-e

10   tosylate?

11             MR. ANDERSON:  Object to form.

12             THE WITNESS:  Yes, I believe so.

13   BY MR. BRODY:

14        Q    And understanding that difference, would you

15   agree that that's necessary in order to fill the

16   capsules properly?

17             MR. ANDERSON:  Object to form.

18             THE WITNESS:  The answer is that's not really

19        true, because the formulation dictates exactly what

20        to do.

21             MR. BRODY:  Okay.

22             THE WITNESS:  And on the formulation, it tells

23        you what it is.  And so that's there.  If they do

24        that, that's what they make.

25   BY MR. BRODY:

                                                    Page 137

1          Q    And along these lines, was there a software

2     program which Vitamins Because used in making their --

3     in manufacturing their supplements?

4          A    I believe they were my Excel spreadsheet which

5     has a built-in batch record in forming everything built

6     into it which makes it easy for them, easier for them.

7          Q    That was an Excel spreadsheet you said?

8          A    It's an Excel spreadsheet.

9          Q    Was there an XML software program that you're

10    familiar with?

11              MR. ANDERSON:  Object to form.

12              THE WITNESS:  XML format program?

13              MR. BRODY:  Yeah.

14              THE WITNESS:  No.  It's an Excel program

15         spreadsheet that I use routinely for all my

16         formulations.  That's the one that they used and

17         implemented because it was simple.  And so they

18         were using it as far as I know.  I don't know

19         the -- the last one I saw was that one.

20    BY MR. BRODY:

21         Q    And if they follow the process each time,

22    there should be consistency in their results?

23              MR. ANDERSON:  Object to form.

24              THE WITNESS:  Correct.

25    BY MR. BRODY:

Page 138

```
 1         Q    And the step-by-step protocol, is that on the
 2    Excel spreadsheet that you gave them or is that in a
 3    different form?
 4         A    Yes, most there's one of the pages.
 5         Q    And as far as the people actually working the
 6    machines and working the software, did you speak to them
 7    directly?
 8         A    Well, the people who were using it to issue it
 9    and that, I talked to them directly on how to do it and
10    how to get the paperwork out.  But that's the quality
11    department.
12         Q    So that's the quality department.
13         A    Right.
14         Q    So what about the people actually running --
15         A    The production personnel?
16         Q    Yeah.
17         A    No, I did not talk with them.
18         Q    Yeah.
19              And as far as the selecting the suppliers -- I
20    think I might have asked you this -- but did you make
21    any recommendation on the suppliers they should be
22    using?
23         A    Sometimes, yes.
24         Q    In regards to Sam-e supplements?
25         A    No, I did not.  Not on that one.
```

Page 139

```
 1        Q    And so are you aware of which supplier they

 2    were using?

 3             MR. ANDERSON:  Object to form.  Asked and

 4        answered.

 5             THE WITNESS:  I explained previously I got the

 6        COA they provided me and their supplier as to one I

 7        know.  So one that I'm aware of that I saw that I

 8        know was functional.

 9             MR. BRODY:  Sure.

10    BY MR. BRODY:

11        Q    And that was the Chinese name that you

12    mentioned?

13             MR. ANDERSON:  Object to form.

14             THE WITNESS:  The Shandong, yes.

15    BY MR. BRODY:

16        Q    I'm just going to pull up a document here I

17    just want to ask you about.  Can you see the document?

18        A    Yes.

19             MR. BRODY:  Let's mark this as Exhibit 4.

20             (Plaintiffs' Exhibit 4 was marked for

21    Identification.)

22    BY MR. BRODY:

23        Q    Is this the Shandong company that you were

24    speaking about earlier?

25        A    Yeah, that's the one that I saw I think, one
```

Page 140

1      of the supplier documents.  Same guy.

2           Q    Sure.

3                And if I could just skip down.  This is for

4      the record VB-PROD-52773.  If you skip down to where

5      it's -- do you see the Certificate of Analysis Jiaherb?

6           A    Jiaherb, yes.

7           Q    Yeah, I may have mispronounced it.

8                So you are not familiar with their use of

9      Jiaherb as a supplier?

10               MR. ANDERSON:  Object to form.

11               THE WITNESS:  One thing you need to know about

12          suppliers, Jiaherb is not a manufacturer.  Jiaherb

13          is a distributor.  They create their own COA of the

14          material.  And Jia I do not believe tells you who

15          the supplier is.  If you look at the bottom of

16          their COA, it should say "manufacturer."  And they

17          don't.

18     BY MR. BRODY:

19          Q    Do you see it on the sheet in front of you?

20          A    I don't see any -- let's see.  Maybe they

21     messed up and left the addresses.  No, that's all

22     Jiaherb addresses.  No.  This could easily be the same

23     supplier.

24          Q    Okay.  But --

25          A    Or excuse me.  Manufacturer.

```
                                                    Page 141

 1          Q    But there's no way to know on the COA?

 2          A    No.

 3          Q    Okay.  And so this would be -- I mean, this

 4     would have to be the -- strike that.

 5               When you're qualifying the supplier, part of

 6     that process would be you'd have to identify who the

 7     manufacturer is?

 8          A    The manufacture is, yes.

 9          Q    And then you'd have to --

10          A    Because you may have three distributors

11     selling the same plant.  Well, guess what?  You can buy

12     from any distributor because it's the same manufacturer

13     that you qualified.

14          Q    Okay.  And have you heard of a company, by any

15     chance, Nutriland?

16          A    Nutriland?

17          Q    Yeah.

18          A    Yes, distributor.

19          Q    They're also a distributor?

20          A    They're a distributor.

21          Q    So in regards to them also, you'd have to --

22          A    I explained --

23               THE COURT REPORTER:  I'm sorry.  No, no, no.

24     I have no idea what the question was.

25               THE WITNESS:  Okay.  Ask the question again.
```

Page 142

```
 1    BY MR. ANDERSON:

 2         Q    I apologize.

 3              The end of the question was just you'd have to

 4    identify the manufacturer?

 5         A    Yes.

 6         Q    Go ahead, Doctor.

 7         A    And on top of that, they have to do it through

 8    each material coming from the distributor.

 9         Q    Right.

10              And if I could just direct your attention to

11    the record right in front of us.  That's VB-PROD 5325.

12    Just basically here.  I mean, I have the --

13         A    Oh, here we go.

14              MR. ANDERSON:  Jay, what did Exhibit 4 go

15         through?

16              MR. BRODY:  The last page is 5361.

17              MR. ANDERSON:  Thank you.

18    BY MR. BRODY:

19         Q    Let's take a look at page 5361.

20         A    Yeah.

21         Q    Now, Dr. Ross, do you see on the left column

22    where it says "S-Adenosyl-L-Disulfate Tosylate"?

23         A    Um-hmm.

24         Q    That's the powder, the raw materials substance

25    that you -- the salt that you were referring to earlier,
```

Page 143

1        correct?

2             A    That is the basic raw material of Sam-e that

3        comes into this country, the powder.

4             Q    Right.

5                  And a couple boxes above that, the Sam-e Ion,

6        that's the actual measure of the actives, correct?

7                  MR. ANDERSON:  Object to form.

8                  THE WITNESS:  That's not the one you should

9             use to measure against.  You should use the SS

10            number.  See the S, S-Isomer right above it?

11       BY MR. BRODY:

12            Q    You feel the S, S-Isomer is the --

13            A    Is the stable isomer.  More stable.

14            Q    And that gives you the measure of the active

15       amount of the Sam-e?

16            A    Tests would show you more of the ion what

17       would get into the bloodstream.

18                 The S, S-Isomer -- how this works.  The

19       Finoctase is a salt to make it stable.  The SS is part

20       of that salt.  That's one piece.  That's a disulfide.

21       That product is what will get into the intestinal tract

22       and then disassociate so that the N-edephlomine

23       (phonetic) S-methionine itself which is Sam-3 will be

24       absorbed and converted.  If you gave just the ion, it

25       would be destroyed in the GI tract.  The Sam-e ion by

Page 144

1      itself is only given by intravenous administration.

2           Q    And so, Dr. Ross, the S-isomer consists of

3      what in scientific terms?

4               MR. ANDERSON:  Object to form.

5               THE WITNESS:  In scientific terms, it's the

6          precursor -- let's call it the precursor salt to

7          the Sam-e ion.

8      BY MR. BRODY:

9           Q    Okay.  And when you have a supplement like a

10     Sam-e supplement bottle that says 500 milligrams per

11     capsule, what does the 500 milligrams measure?  The ion

12     or the salt or the tosylate to be specific?

13              MR. ANDERSON:  Object to form.

14              THE WITNESS:  This is a problem you get into

15         with Sam-e.  It depends on what is said in the

16         supplemental facts box on the label.  And in there

17         you could say any one of these three forms, if you

18         wanted to, to say what you're delivering in the

19         product so long as your calculations were the

20         amount of material that you're delivering.

21     BY MR. BRODY:

22          Q    And to your knowledge, which one of those did

23     Vitamins Because's labels measure?

24              MR. ANDERSON:  Object to form.

25              THE WITNESS:  Oh, my goodness.

Page 145

```
 1            What I asked them to do is use the S, S-Isomer

 2       as the label -- but this goes back quite a while --

 3       because that's the more stable form.

 4   BY MR. BRODY:

 5       Q    So when it says "500 milligram" on a Sam-e

 6   supplement bottle manufactured by Vitamins Because, 500

 7   milligrams is the amount of S, S-Isomer?

 8       A    S, S-Isomer.

 9       Q    Just to use this Certificate Of Analysis as an

10   example, so the specification was for 75 percent S,

11   S-Isomer.  That means the tosylate consisted of

12   75 percent S, S-Isomer?

13       A    The calculation means you have to have the

14   excess to make it to account for 25 percent to account

15   for the isomer load depending on what you say on the

16   front label.  You say 500.  You got to add the 1.25

17   times that of powder to the capsule and now you make the

18   label claim of the SS.

19       Q    Okay.  And the 80.9 percent is the actual

20   result of how much when they tested it with the HPLC,

21   how much --

22       A    Correct.

23       Q    -- isomer was in the tosylate --

24       A    In that lot.

25       Q    In that lot?
```

Page 146

1          A    In that lot.

2          Q    Okay.  And in all lots, it would be around 75

3    to 80 percent, would that be a reasonable estimate?

4               MR. ANDERSON:  Object to form.

5               THE WITNESS:  There's three major suppliers

6          and they all kind of fall in that range.

7               MR. BRODY:  In that range.  Okay.

8    BY MR. BRODY:

9          Q    So none of them are going to be 97 percent,

10   correct?

11         A    No.  Not S, S-Isomer, no.

12         Q    Right.

13              That might be a reasonable measure of the

14   disulfate tosylate then, but it wouldn't --

15         A    Very good.

16         Q    -- be a reasonable measure --

17         A    You understand how it works.

18              THE COURT REPORTER:  No.  You are both talking

19         at the same time.

20              MR. BRODY:  Go ahead, Dr. Ross.  One more

21         time.

22              THE WITNESS:  You're turn.  Ask the question.

23   BY MR. BRODY:

24         Q    The question was:  97 percent might be a

25   reasonable estimate on some COAs for how much Sam-e

```
 1    disulfate tosylate was in the raw materials, but it
 2    would not be a reasonable estimate for how much S,
 3    S-Isomer was contained in the raw materials?
 4              MR. ANDERSON:  Object to form.
 5              THE WITNESS:  Okay.  That is correct.
 6              But the label could say the tosylate salt.  If
 7         your label says the tosylate salt weight, then
 8         that's okay because that now is 96, or whatever it
 9         is, percent material.  So that would be all right
10         if your label said that material is in the product.
11    BY MR. BRODY:
12         Q    And the consumer would just have to know that
13    he's getting -- you know, let's say in the case of 500
14    milligrams per capsule, he would just have to know that
15    he's only getting 500 milligrams of disulfate tosylate
16    but not of the actual Sam-e ion or not even of the S,
17    S-Isomer?
18              MR. ANDERSON:  Object to form.
19              THE WITNESS:  Okay.  Now, how that works, if
20         you put the tosylate in the supplemental facts, you
21         put it on the front of your label.  But on the
22         front of the label, they put underneath there
23         "Contains 75 percent Sam-e S, S-Isomer."
24    BY MR. BRODY:
25         Q    So you would have to put on the label that it
```

Page 148

```
 1    contains 75 percent S, S-Isomer?

 2         A    You're not required by law to do that, but

 3    it's what most marketers would do.

 4         Q    And did you recommend that Vitamins Because do

 5    that?

 6              MR. ANDERSON:  Object to form.

 7              THE WITNESS:  I don't think their label has

 8         tosylate, but I'd have to go look because I don't

 9         know.

10    BY MR. BRODY:

11         Q    And if their label did not have the tosylate,

12    so then it would imply it's the actual Sam-e ion or the

13    actual S, S-Isomer?

14              MR. ANDERSON:  Object to the form.  You just

15         talked about the same thing.

16              THE COURT REPORTER:  What was the answer?  I

17         can't see your lips.

18              MR. BRODY:  Dr. Ross, can you repeat the

19         answer.  There was an objection.

20              THE COURT REPORTER:  And get on camera.  Can

21         you get on camera please.

22              MR. BRODY:  Can you just repeat the answer,

23         Dr. Ross, for the record.  Thank you.

24              THE WITNESS:  As in what was the question

25         again?
```

Page 149

```
 1              MR. BRODY:  Can I ask the court reporter to
 2         read it back.
 3              (The last question was read.)
 4              THE WITNESS:  It depends on what you put on
 5         the label.  In their case, it would S, S-Isomer.
 6    BY MR. BRODY:
 7         Q    And when you say "put on the label," do you
 8    mean the front or the back?  And by the back, I mean the
 9    supplement facts on the back.
10              So let me just strike that and repeat the
11    question.
12              So when you say put it on the label, do you
13    mean the front of the label or do you mean the
14    supplement facts on the back?  Can you just clarify.
15              MR. ANDERSON:  Object to form.
16              THE WITNESS:  Supplement facts.
17    BY MR. BRODY:
18         Q    And so the expectation is that the consumer
19    would read the supplement facts before purchasing?
20              MR. ANDERSON:  Object to form.
21              THE WITNESS:  The consumers -- how it works
22         with labeling, FTC labeling, you're out of FDA now.
23         You're over at the Federal Trade Commission.  How
24         it works, you must have in there what you say on
25         the label.  It does not imply you have to educate
```

Page 150

```
 1          the consumer.
 2      BY MR. BRODY:
 3          Q    And in your opinion, would the typical
 4      consumer, typical Sam-e consumer, would he know or
 5      understand that?
 6               MR. ANDERSON:  Object to form.
 7               MR. O'BRIEN:  Objection to form.
 8               THE WITNESS:  The normal consumer --
 9               How is this:  Sam-e is not a normal consumer.
10          If someone is going to get Sam-e, they're very much
11          an educated consumer because of what it's used for.
12      BY MR. BRODY:
13          Q    And so it's your understanding or assumption
14      that these consumers are sophisticated enough to
15      understand the differences between the S, S-Isomer or
16      the Sam-e ion and the Sam-e tosylate?
17               MR. ANDERSON:  Object to form.
18               THE WITNESS:  If the consumer has been asked
19          by their doctor -- which a lot of them are -- to go
20          take Sam-e, that's usually where it goes.  They've
21          already been explained what the difference is and
22          what it is.  And if they've been taking it a while,
23          they know.  Because there's many different forms on
24          the market.  Many companies market different ways
25          just like this and they use that as a way of doing
```

Page 151

```
1          their product.
2     BY MR. BRODY:
3          Q    And forgive me if I already asked you this,
4     but I don't think I asked you this specifically.
5               I know you mentioned that Vitamins Because
6     typically measures their Sam-e milligrams in terms of
7     the S, S-Isomer.  Should the words "S, S-Isomer"
8     actually be in the supplement facts under those
9     circumstances?
10              MR. ANDERSON:  Object to form.
11              THE WITNESS:  Yeah, that would be the best
12         place to put it.
13    BY MR. BRODY:
14         Q    And so if a consumer did not read the words
15    "S, S-Isomer," there would be no way to know that the
16    measure is of an S, S-Isomer, correct?
17              MR. ANDERSON:  Object to form.
18              THE WITNESS:  No, because the label is what it
19         says.
20    BY MR. BRODY:
21         Q    Okay.  As follow-up to the discussion, the
22    batch records which you've reviewed -- and I understand
23    you've only reviewed one -- did they include these
24    percentages in the batch records?
25         A    Yes.  Potency.
```

Page 152

1          Q      Potency.

2                 So can you just -- well, let me ask you a

3       couple questions just to flush that out and give a more

4       full understanding.

5                 So in the Vitamins Because batch records which

6       you reviewed, it noted the percentage 75 percent or

7       80 percent, whatever it was, for the S, S-isomer in the

8       batch record?

9          A      Um-hmm.

10         Q      And so if it used a different percentage, then

11      you know it wasn't used in the S, S-isomer or the label

12      is going to be incorrect?

13                MR. ANDERSON:   Object to form.

14                THE WITNESS:   Yeah, I'm confused.

15                If you're using the percentage of potency on

16            the product, then you know what you're declaring

17            because you'll see on the COA you have all three

18            listed.

19                MR. BRODY:   Correct, I see that.   Right.

20      BY MR. BRODY:

21         Q      What I'm asking is about the batch record.

22                In other words, whatever is indicated --

23      whichever one of these three percentages is indicated on

24      the batch record, that is a fair indication as to what

25      the measure of Sam-e will be in terms of being an S,

```
                                                    Page 153
```

1       S-Isomer or being a measure of the Sam-e ion or being a

2       measure of the Sam-e tosylate?

3                  MR. ANDERSON:  Object to form.

4                  THE WITNESS:  Correct.

5                  MR. BRODY:  Madam Court Reporter, did you get

6           that?

7                  THE COURT REPORTER:  I did.

8                  MR. BRODY:  Thank you.  I'm trying to look out

9           for you.

10                  THE COURT REPORTER:  Thank you so much.

11                  MR. BRODY:  All right.  Doctor, let's take

12          another 10-minute break and we'll try to move

13          forward.

14                  (A break was taken.)

15                  MR. BRODY:  Back on the record.  Same rules

16          and procedures as before.

17      BY MR. BRODY:

18          Q    I just want to follow up on the last thing we

19      mentioned before we move on.

20                  I just want to confirm -- I think you already

21      either eluded to this or might have outright testified

22      to this already, so forgive me if we're going over it.

23                  In the batch records, if it -- or in the --

24      let me strike that.

25                  In the manufacturing process, if the

Page 154

1    manufacturer of a Sam-e supplement puts in the

2    percentage for the Sam-e tosylate instead of the

3    percentage for the Sam-e S, S-isomer, would it be true

4    then that the -- you know, if you were labeling it in

5    terms of the S, S-Isomer that the supplement would be

6    under-filled?

7            MR. O'BRIEN:  Objection to form.

8            MR. ANDERSON:  Object to form.

9            THE WITNESS:  So you're not quite -- no,

10        because -- okay.  Let's explain this again.

11            When you have a label and it says on the label

12        the tosylate, okay, in your formulation, it should

13        have a hundred percent potency number or 96, which

14        ever one is the minimum.  If it says the S,

15        S-Isomer, it should have 75 percent, if it says the

16        Sam-e ion, it should say 50 percent in the

17        formulation, because that equates to what you're

18        putting in the product that you're saying on the

19        label.

20            MR. BRODY:  Okay.  I think that clarified it.

21    BY MR. BRODY:

22        Q    And the CFR compliance, did that require a --

23    you know, we spoke before about qualifying the supplier.

24    Did that require -- and I know you spoke about -- let me

25    just -- yeah, I apologize.  I know we also spoke about

Page 155

```
 1    testing the finished product.

 2              Is it required under CFR 111 to test every

 3    single batch, the finished product of every single

 4    batch?

 5              MR. ANDERSON:  Object to form.

 6              THE WITNESS:  Every batch that's produced of

 7         nutraceuticals that you're making a label claim on,

 8         you have to verify it by potency if you're making a

 9         potency claim.

10    BY MR. BRODY:

11         Q    Okay.  And that means the manufacturer should

12    have sent it out to third party testing and have the

13    Certificate Of Analysis for that particular batch?

14              MR. ANDERSON:  Object to form.

15              THE WITNESS:  That's correct.  But they could

16         also test it internally if they have the

17         capability.

18    BY MR. BRODY:

19         Q    And as part of CFR 111 compliance, they're

20    supposed to retain these Certificates Of Analysis?

21              MR. ANDERSON:  Object to form if that's a

22         question.

23              THE WITNESS:  There is not really Certificate

24         of Analysis.  It's assay results.  The company

25         creates a Certificate of Analysis off of the
```

Page 156

```
 1              results they get.
 2       BY MR. BRODY:
 3            Q    And to the extent that a company does not have
 4       these assay results, then they're lacking in their
 5       compliance of CFR 111.  Is that correct?
 6                 MR. ANDERSON:  Object to form.
 7                 THE WITNESS:  If they don't have test results
 8            and create the COA without test results, then, yes,
 9            they are in violation of that CFR 21 part 111.
10                 MR. BRODY:  Thank you.
11       BY MR. BRODY:
12            Q    And have you reviewed the assay results of the
13       Vitamins Because's Sam-e manufacturing?
14                 MR. ANDERSON:  Object to form.
15                 THE WITNESS:  I did it on one lot I think last
16            year.
17       BY MR. BRODY:
18            Q    On that one lot?
19            A    Just one lot.
20            Q    But beyond that one lot, you haven't seen any
21       assay testing?
22            A    No, I haven't seen any more results.
23            Q    Okay.
24            A    Before, yes.  Older results, yes.  But newer
25       ones, no.
```

1      Q    Your understanding that they're in compliance

2  is on the assumption that they have these assay tests

3  even though you haven't seen them personally?

4           MR. ANDERSON:  Object to form.

5           THE WITNESS:  Correct.

6  BY MR. BRODY:

7      Q    Are there any other I guess written records

8  which Vitamins Because or any other Sam-e manufacturer

9  needs to have for their CFR 21 part 111 compliance?

10          MR. ANDERSON:  Object to form.

11          THE WITNESS:  That's a very broad question

12          which doesn't have a really good answer.  The best

13          answer is you must be in compliance to be able to

14          make the product.  If you're not in compliance to

15          make this product, then you shouldn't be making the

16          product.  If you don't do all the requirements to

17          get the product out the door, like testing,

18          creating COAs, doing the materials, then again

19          you'd be in violation of CFR 21 part 111.

20  BY MR. BRODY:

21      Q    And would you recommend to any consumer that

22  they purchase any dietary supplement from a manufacturer

23  that's not in compliance with CFR 111?

24          MR. ANDERSON:  Object to form.

25          THE WITNESS:  Technically, no.  I wouldn't

Page 158

```
 1            recommend someone who's doing it wrong to anybody,

 2            no.

 3       BY MR. BRODY:

 4            Q    And would you agree that such supplements

 5       would have -- strike that question.

 6                 Let me ask you specifically about -- because

 7       you mentioned it before -- the Advanced Botanical

 8       Consultant, ABC, lab.  Are you aware of FDA criticism

 9       relating to that lab?

10                 MR. ANDERSON:  Object to form.

11                 THE WITNESS:  That's not criticism.  I'm aware

12            of the 483 they got.  People don't understand how

13            the system works.

14                 MR. BRODY:  Okay.

15                 THE WITNESS:  Competitive labs put out

16            stuff -- when a lab gets a 483, competitive labs

17            put out really bad press on the lab that got

18            the 483.  Every lab gets a 483.  Okay.

19                 What a 483 is, is a review of the FDA of

20            compliance with the systems they want to have under

21            cGMP for a laboratory that's an audit.  They have

22            observations.  They give the observations back to

23            the lab to correct these observations under a time

24            line.  That's how it works.

25                 The issues the lab had that I saw on the 483
```

Page 159

1           from her shop was all paperwork, which I know the

2           lab and, yes, that makes sense.  It was paperwork

3           related.  It was not chemistry related.  It was not

4           results related.  It was all internal paperwork

5           controls, et cetera.  That was the problems.

6       BY MR. BRODY:

7           Q    And are you speaking about just one 483 or

8       multiple 483s in regards to the Advanced Botanical

9       Consultants?

10          A    She had two 483s that I'm aware of.  That's

11      it.

12          Q    Okay.

13          A    And they were very -- one was very general.

14      The other one was more specific to paperwork issues.

15          Q    So you're only aware of the two 483s?

16          A    Correct.  That's all I know about.

17          Q    Okay.

18          A    It did not --

19          Q    Yeah, go ahead.

20          A    It did not change my opinion to the quality of

21      work they do.

22          Q    Understood.

23               Let me ask you a little bit about the labeling

24      compliance and quality controls.  Did you make any

25      recommendations regarding the labeling processes for

Page 160

1    Vitamins Because?

2              MR. ANDERSON:  Object to form.

3              THE WITNESS:  You mean about the systems to

4         create labels?

5              MR. BRODY:  Yes.

6              THE WITNESS:  They already had a very good

7         system to create labels, but how to -- how to have

8         history of them, they did not have that.  So I

9         explained to them how to do that.

10   BY MR. BRODY:

11        Q    Can you just repeat what you mentioned.

12   History?  What was the word you just used?

13        A    Okay.  What you have when you do labels is

14   just like a batch record.  You're creating a label for a

15   product.  You need to have a record of that version.

16   They're called versions.  That version of that label has

17   to be in files saying that's the version of the label I

18   want to make for that product all the time.

19              If someone changes the label, they have to go

20   to version two.  That label changes and becomes version

21   two.  That now goes in the file saying, This is my label

22   that's out there for version two.  And there is a label

23   approval form that they put it on that the quality

24   department signs off and says, yes, this is correct.  Go

25   do it.

Page 161

1      Q    Okay.  My question is with the quality control

2    or the quality assurance, would someone be required to

3    check that the labeling was consistent with the batch

4    records specifically?

5      A    Yes, that's part of the process.

6      Q    And part of that process, would it also be to

7    make sure that the label said "S, S-Isomer" if that's

8    what was reflected in the -- if that was the unit of

9    measure that was reflected in the batch record?

10          MR. ANDERSON:  Object to form.

11          THE WITNESS:  If the batch record states

12      something, they would have to then check the label

13      to verify it was correct, yeah.

14   BY MR. BRODY:

15     Q    And so by extension -- I think I know the

16   answer to your question.

17          By extension, if the batch records reflected

18   that they were measuring tosylate disulfate, it would

19   have to -- the quality control personnel would have to

20   check that the label reflected that as well, correct?

21          MR. ANDERSON:  Object to form.

22          THE WITNESS:  They have to match.

23          MR. BRODY:  They have to match.

24   BY MR. BRODY:

25     Q    And the same thing would be with the Sam-e

Page 162

1    ion.  In other words, if the label didn't mention

2    anything about tosylate disulfate, it just mentioned

3    Sam-e, the quality control would have to ensure that the

4    batch record reflected the Sam-e ion measure?

5              MR. ANDERSON:  Object to form.

6              THE WITNESS:  Technically if you said Sam-e on

7         the product, that's a very bad label.  It shouldn't

8         even be done that way.  But, yeah, if they did

9         that, you should make sure it matches up and you

10        have 40 or 50 percent in the material on the batch

11        record to say that's all that's there, and in that

12        way you would label the quantity that's there based

13        on that.

14   BY MR. BRODY:

15        Q    As far as training courses, did you provide

16   any training courses at Vitamins Because?

17        A    Yeah, I provided basic cGMP training.

18        Q    And my question is like who was your audience?

19   In other words, which Vitamins Because personnel were

20   the recipients or were your audience when you provided

21   this training?

22        A    It was the head of operations at the time

23   along with the quality person.

24        Q    And do you recall their names?

25        A    Oh, my goodness.

Page 163

1          Kim was the head of operations.  Kitzler.  Kim

2   Kitzler.  The head of quality at that time was -- I'm

3   trying to remember her name -- tara.

4          Q    Tara Smothers?

5          A    Okay.  I think, yeah.

6          Q    And did you provide them training materials?

7          A    I provided them the training system.  The

8   presentation I did, I gave them a copy of it, yeah.

9          Q    And what did those materials or that copy

10  consist of?

11         A    The copy was a slide show, PowerPoint slide

12  show, depicting a full broad spectrum basic cGMP

13  training.

14              MR. BRODY:  Okay.  And if you'd just bear with

15         me.  I just want to confirm that I have that

16         packet, because I think I do.

17              (Discussion off the record.)

18              MR. BRODY:  Okay.  I think we're up to Number

19         5.  We'll just label this as 5.  And the next one

20         we can label as 6, but it's just a continuation of

21         this.

22              (Plaintiffs' Exhibit 5 and Exhibit 6 were

23  marked for Identification.)

24  BY MR. BRODY:

25         Q    Dr. Ross, I don't want to go through -- I'm

Page 164

 1    not going to go through this whole thing with you.  I

 2    just want to ask you.  Is this the packet that you

 3    provided for the training materials at Vitamins Because?

 4        A    No, that's a different one.  This is NSF.

 5        Q    This is NSF?

 6        A    Read it, NSF.

 7        Q    No, I see that.

 8             So you did not provide these materials?

 9        A    No.  That was training by someone else that

10    they got.  Or got it from someone else.

11        Q    But am I understanding you correctly that

12    there was another packet that you provided them also

13    with slides that also went through 21 CFR 111?

14        A    Oh, no, before CFR 21 111.  Basic cGMP is not

15    CFR 21 part 111.  CFR 21 part 111 is very specific law.

16    That's a whole different thing.

17        Q    I understand.

18             MR. ANDERSON:  Object to the form of the

19        question.

20             THE COURT REPORTER:  So do we have 5 and 6 or

21        just 5 for exhibits.

22             MR. BRODY:  Yeah, you can mark 6 as well.

23             Six is just a continuation of 5.  It starts

24        with VB-PROD 5721 and continues down to VB-PROD

25        5728.  And that's Exhibit 6.  Exhibit 5 is VB-PROD

Page 165

1          5603 and continues down to VB-PROD 5604.  And

2          Dr. Ross just clarified that these are NSF

3          documents, not the materials he provided.

4    BY MR. BRODY:

5          Q    So, Dr. Ross, the materials you provided you

6    said were about general cGMP.  Do you have those

7    materials, that packet?

8          A    I have my training course, yes.

9          Q    And Vitamins Because also has those materials?

10         A    Yes, they got it.

11              MR. ANDERSON:  Object to the form.

12              MR. BRODY:  So the plaintiffs will continue to

13         call for the production of those materials.

14   BY MR. BRODY:

15         Q    Was there anyone else you provided training to

16   at the company at Vitamins Because?

17              MR. ANDERSON:  Object to form.

18              THE WITNESS:  Physical training, no.

19   BY MR. BRODY:

20         Q    And I guess my question is:  Did you recommend

21   that the people who are involved in the actual

22   manufacturing processes, did you recommend that they be

23   present at your training?

24         A    At that training, no.  I wanted them to give

25   the training to them because it's a general cGMP

Page 166

```
 1    training session.  How it works in cGMP, you train the

 2    trainer in the company.

 3         Q    So the idea was that these two individuals

 4    would then go ahead and train the other employees?

 5         A    Would then show them the presentation and go

 6    downstream, yeah.

 7         Q    And if those two employees are no longer

 8    working at the company, would the company then have to

 9    appoint a new person to become trained in order to train

10    the other employees?

11              MR. ANDERSON:  Object to form.

12              THE WITNESS:  Well, training is an ongoing

13         thing under cGMP and it's independent of the person

14         in the job.  This job function takes care of that

15         part of the training.  For example, operational

16         personnel, the management trained the other

17         operational people.  The quality people then train

18         other people on the quality systems.  That's how

19         it's always worked.

20              MR. BRODY:  Right.  Okay.

21    BY MR. BRODY:

22         Q    I guess I'm just a little confused because if

23    the people you trained aren't working at the company, so

24    then who is training --

25         A    But the company has the training materials,
```

Page 167

```
 1    which means they would have trained a new person coming

 2    in, and that new person coming in can go train any other

 3    new person that comes in.

 4         Q    So the theory being that as long as the chain

 5    isn't broken, the system --

 6         A    Correct.

 7         Q    Okay.

 8         A    Correct.

 9         Q    All right.  Thank you.  I appreciate that

10    clarification.

11              One last thing.  In regards to weighing the

12    capsules, are there quality control measures which you

13    recommended in regards to weighing the actual finished

14    capsules?

15              MR. ANDERSON:  Object to form.

16              THE WITNESS:  Yeah, I trained them on how to

17         weigh the capsules correctly and how to calibrate

18         the scales which is something you have to do on a

19         daily basis which they do.  They have the weights.

20         They take care of it.

21    BY MR. BRODY:

22         Q    And the weight of the supplements should give

23    you some indication -- is it true that it should give

24    you some indication as to how much material has been

25    filled in the capsule?
```

Page 168

1        A    Correct.

2        Q    And so if you have assay testing which

3    indicates that the capsules are underweight or don't

4    have sufficient weight to hold the raw materials, that

5    would be an indication that you have an OOS or need a

6    CAPA down the road?

7              MR. ANDERSON:  Object to form.

8              THE WITNESS:  If the capsules were being

9         manufactured and they were out of spec for weight,

10         you're supposed to stop the machine, quality comes

11         and checks it, they make adjustments to the machine

12         to get the weight back in spec, and then they start

13         back up again.  That's what they're supposed to do.

14              MR. BRODY:  Right.

15    BY MR. BRODY:

16        Q    Dr. Ross, I want to ask you -- before we go

17    on, I just want to ask you about your work at Spectra

18    Vitamins.

19        A    Where?

20        Q    Spectra Vitamins.

21             Am I pronouncing that correctly?  Am I getting

22    this right?

23        A    Dextro Vitamins?

24        Q    Spectra, S-P-E-C-T-R-A.

25        A    Oh, Spectra Vitamins, yeah.

Page 169

1          Q     Yeah.

2               Is that a company you -- do you currently work

3     for that company?

4          A     No.  I did work for them a few years ago.

5          Q     A few years ago.

6               And what was your role at that company?

7          A     I formulated product for them.

8          Q     And did you also perform the quality control

9     for that product?

10         A     No.  Because that company was a marketer, and

11    I lined them up with a contract manufacturer to make the

12    product for them.  I then had to audit the contract

13    manufacturer for them to see if they were up to

14    compliance.  And they started making the product for

15    them.

16         Q     Okay.  And the auditing of the contract

17    manufacturer consisted broadly speaking of what?  Was

18    that like on site observation?

19         A     No, on-site.  I did on-site quality.  That's

20    what I tend to do all the time, on site.

21         Q     On site.  Okay.

22               So you watched them actually make the material

23    and --

24         A     Actually look at their machines.  I actually

25    go through their warehouse.  I actually go through their

Page 170

1    paperwork.  I actually do all that.

2         Q    And that's the paperwork from the raw

3    materials through the end product, the whole process,

4    correct?

5         A    Everything.

6         Q    Understood.

7              Now, if I can ask you now just a couple

8    questions about the FDA inspection of Vitamins Because,

9    because I know you were involved.

10             Firstly, so what was your role or how did you

11   describe to the FDA your role at the time?

12        A    My role with the company at the time the audit

13   was done?

14        Q    The FDA inspection, yes.  The 483.

15        A    Oh, okay.

16             I was their consultant to help bring them up

17   to speed under cGMP CFR 21 part 111.  The auditor

18   arrived and said, We're here to do the audit.  They

19   called me in a scramble.  I drove all the way up there

20   to sit down with the auditor and just watch him do the

21   audit, okay, and show them how the head of quality would

22   manage the FDA audit.

23             Okay.  They went through the audit.  Got done.

24   He wrote up his observations, went through the

25   observations, had to sign off on it.  They signed off on

Page 171

1    it.  Auditor left.  Issued the 483.  The 483 showed up.

2    As soon as the 483 showed up, they already had them

3    prepped to start responding to the observations which

4    they did in an exit interview.  And so they responded

5    with a CAPA to the 483.

6            And that was the interaction with the FDA that

7    I had on the audit.  That was it.  Everything else would

8    be between their quality control and the FDA person

9    directly on emails and sending stuff, et cetera, et

10   cetera.

11       Q    Okay.  So you're familiar with the FDA

12   observations that they made at the time?

13       A    Yeah.  But I don't remember them all.  It's

14   too long ago for me.  There was like eight or nine of

15   whatever it is.

16       Q    Yes.

17       A    I don't even remember if they used the old

18   classification or the new one for the observations.  I

19   think I've got a copy of the 483 in my file somewhere,

20   but I'd have to go find it.

21       Q    If I could just pull up the observations for a

22   second, I just want to ask you a couple questions.

23       A    All right.

24       Q    If you'll just bear with me again.

25            MR. BRODY:  We can mark this as Exhibit 7.

Page 172

1              THE WITNESS:  That looks like a 483.

2              (Plaintiffs' Exhibit 7 was marked for

3      Identification.)

4      BY MR. BRODY:

5         Q    That looks like a 483?

6         A    I can't see it.  It's too tiny.  But I think

7      it is.

8         Q    Let me see if I can help you with that.

9              Is that better?

10        A    A little more.  There we go, observation.  It

11     is my observation.

12        Q    Yeah.

13        A    Okay.  Yeah.

14        Q    And just for the record this -- yeah.

15             Observation 1, "You did not establish product

16     specifications for the finished dietary supplement."

17             Now, this observation occurred in January of

18     2018, correct?

19        A    Correct.

20        Q    So why is it at this time the FDA was

21     observing that there were no product specifications?

22             MR. ANDERSON:  Object to form.

23             THE WITNESS:  How the FDA does an audit, just

24        like I do an audit, they look at what's being made

25        in production.  There was something being made that

Page 173

1          day.  They looked at the product and they said,

2          Okay, show me the specification for that product.

3          They went to go get a product specification and

4          they hadn't created one for that product.

5                 MR. BRODY:  Okay.

6                 THE WITNESS:  So they FDA goes, Well, wait a

7          minute.  You have to have a specification for this

8          product before you go make it.  You can't do that.

9          And they go, Wait a minute, I'm just making a

10         product.  They don't understand that you've got to

11         have a spec before you make the product.

12                So that was the observation that they found.

13                Did they have products specifications?  Yes,

14         they did.  Just that one he picked, they didn't.

15         So it's like he believes obviously there's more,

16         which there was truthfully because they're

17         building -- I had just started not that long ago

18         helping in 2017, and they had 4,000 products or

19         something crazy.

20                Trying to build product specification is a

21         very difficult thing.  You start with the maximum

22         and work your way down highest volume to lowest

23         volume movement.  And so that was in the process,

24         and he was aware of it.

25                But that was a good thing was that it got done

Page 174

```
 1        later.  It's in all the CAPAs that were sent to the
 2        FDA.
 3    BY MR. BRODY:
 4        Q    And so it's your understanding that basically
 5    Vitamins Because basically just got unlucky?  In other
 6    words, the supplement that they happened to be
 7    manufacturing --
 8        A    Well, I wouldn't say that.  They had others
 9    that didn't have specifications too.  They didn't have
10    them all done.
11        Q    Okay.
12        A    In other words, there's not enough time to
13    create all that paperwork --
14        Q    Understood.
15        A    -- by the time that they had showed up.
16        Q    And I guess what I'm trying to understand is
17    why does it say that there was no specifications or
18    identity, strength and composition for any of the
19    dietary supplements?  You're saying it was only --
20        A    No, no, no, not for any of them.  It's
21    component specifications.  That means the raw materials.
22    Component.  In other words, they had raw material
23    specifications kind of based on their supplier, but they
24    didn't write them up.  They just had a COA of the
25    supplier.  They didn't have their own internal
```

Page 175

1   specification.  So they had to create internal

2   specifications for all the raw materials they purchased.

3       Q    But, again, the FDA is saying this is true for

4   all of their dietary supplements.  Do you disagree?

5           MR. ANDERSON:  Object to the form.

6           THE WITNESS:  It means that, yeah, the raw

7       materials, their whole system, they have not

8       created internal specs for the raw materials for

9       any of the products they made.

10  BY MR. BRODY:

11      Q    So that was true for all their --

12      A    It was across the board.  They just had COAs,

13  Certificate of Analysis.

14      Q    Got you.

15           And it's your understanding that since then,

16  they've put together the specifications?

17      A    Yes, they did.  They've got files of them.

18      Q    And including one for Sam-e?

19      A    Yeah, obviously.  I would believe so, yes.

20      Q    You would believe so, but you haven't actually

21  seen --

22      A    Sam-e itself specifically, no.  Did I see the

23  files they had?  Yeah, lots of materials.

24      Q    Understood.

25      A    So reading it, yes.  Sam-e was not a super

Page 176

```
 1    high-volume component for them, so logically I don't

 2    know where it fit in their system of doing things.

 3         Q    Right.  Okay.

 4              And the same would be true Observation 1,

 5    Observation 2, they didn't have the specifications?

 6    They were just relying upon the COAs?

 7         A    Relying on the COA and the raw materials

 8    coming in the door.

 9              MR. ANDERSON:  Object to form.  I don't think

10         there was a question.

11    BY MR. BRODY:

12         Q    Observation 3, "You did not implement quality

13    controls to ensure the quality of the dietary

14    supplements."

15         A    What that was basically saying --

16              MR. ANDERSON:  Object to the form --

17              THE COURT REPORTER:  No, no, no.

18              MR. ANDERSON:  -- if there's a question.

19              THE COURT REPORTER:  Start again.

20              MR. ANDERSON:  Object to form if there's a

21         question.  It sounded like just he just read what

22         was on the paper.

23              THE COURT REPORTER:  And I didn't hear the

24         answer.  I need the answer.

25              MR. BRODY:  Yeah, go ahead.
```

1          THE WITNESS:  I'm a little confused.

2          What that means is they did not have a true

3     quality department at the time of the observation.

4     There's not anyone really assigned to quality, so

5     there's no one overseeing the quality operation of

6     the company.  They had no systems.  They didn't

7     have QA/QC SOPs at the time because they hadn't

8     gotten there.  Usually production got them first so

9     they can make physically that was good.

10         And so then I had to -- this was another

11    follow-up that was done with the FDA, gave them

12    lines, did all the stuff, followed up with it.

13  BY MR. BRODY:

14    Q    So, in other words, even though you had been

15  working with them for a couple months, you had been

16  doing other projects in regards to the manufacturing?

17    A    We were giving them -- we picked priorities.

18  What's the most important?  What's the most problematic

19  problem you got?  Making the thing right first.  Okay.

20  Do you have the real raw materials?  Yes, you do.  Okay,

21  good.  Do you have systems?  No.  Okay.  We can hold

22  that for a minute.  We got to make sure if you're making

23  something it's correct.

24    Q    Okay.  And just moving down to Observation 6:

25         "You did not establish the specifications for

Page 178

```
1     packaging and labeling of the finished product."

2              That's what we spoke about before, but that's

3     something that again was corrected going forward as you

4     understand it?

5              MR. ANDERSON:  Object to the form.

6              THE WITNESS:  Oh, yes.  That was the one I

7         told you about the label form they had to have.

8         They had to have component specifications.  Like a

9         bottle, a cap, you know, they had to have specs for

10        those things.  So they had specs and they bought

11        specs.  They were getting raw materials in to build

12        the packaged product.

13    BY MR. BRODY:

14        Q    And so your communications with the FDA

15    inspector were mostly in regards to how these issues

16    were going to be corrected.  Is that fair to say?

17        A    Well, at that time, yes.  They wanted to

18    know -- he wanted to see what they had, so it was shown

19    to them what was there.  Obviously it's inspection.

20             Then he asked questions like those.  He said,

21    Okay, what are you doing about raw materials specs?

22    Well, guess what?  The system's there to do it.  We

23    just haven't done it yet.  We're doing it based on COAs

24    coming in, we tested for that, but we got to create our

25    own specs.  Okay, fine.  Next.
```

Page 179

1      Q    Okay.

2      A    And then the time line, told them what was

3    done, how far they got.  If you read the quarterly

4    reports, you can see how it progressed.

5      Q    And so I guess my question is:  Were you

6    disputing any of his observations?  Because it sounds to

7    me like you were working with him to correct them, not

8    to dispute them.

9          MR. ANDERSON:  Object to form.

10          THE WITNESS:  Could you try that again,

11      because I'm a little confused what you asked for.

12          MR. BRODY:  Sure.

13   BY MR. BRODY:

14      Q    My question is:  Are there observations here

15   that you disagree with, that you dispute, that you think

16   the FDA got wrong?  Because it sounds to me like you're

17   not disputed anything, instead you were working with him

18   to correct them.

19      A    No.  I think that's a fair statement.

20          Observations were honest at the time.  He saw

21   things that weren't done and he listed it.  And what you

22   do is you attack them.  You get them fix them and go on.

23          MR. ANDERSON:  Object to the form of the

24      question.

25   BY MR. BRODY:

```
                                               Page 180
     1        Q    Was that also Vitamins Because's -- well, let
          me strike the question.
     2
     3             Was that also the understanding of Cynthia
     4        Valenca; that again there were problems that had to be
     5        corrected?
     6             MR. ANDERSON:  Object to form.
     7        BY MR. BRODY:
     8        Q    Is that her understanding at the time?
     9        A    Oh, yeah.
    10             MR. BRODY:  Okay.  Counsel, can we take
    11        another 5-minute break?  I don't know how long
    12        we've been going.  I assume not that long.  But I'm
    13        looking to kind of organize my notes and wrap this
    14        up.  I don't know exactly how much longer I have,
    15        but if that would be okay with everyone?
    16             MR. ANDERSON:  Sure.  Can we just take five?
    17             MR. BRODY:  Yeah, I don't need a ton of time.
    18        Yeah.
    19             MR. ANDERSON:  Five minutes.
    20             MR. BRODY:  So we'll be back around 2:45.
    21             (A break was taken.)
    22             MR. BRODY:  Dr. Ross, we're back on the
    23        record.  Same rules and procedures.  I'm working to
    24        close out this deposition.  Just a couple more
    25        questions.
```

Page 181

```
 1    BY MR. BRODY:

 2         Q    I know you mentioned before that you extended

 3    your work with Vitamins Because beyond the contract.

 4              Are you still on retainer with the company

 5    right now?

 6              MR. ANDERSON:  Object to form.

 7              THE WITNESS:  Yeah, basically.  When they need

 8         something, they call me.

 9    BY MR. BRODY:

10         Q    So, in other words, you're not being paid

11    weekly or regularly?

12         A    Well, I was.  Not now.

13         Q    Can you just explain what that means, you were

14    but not now?

15         A    I was up until about a couple weeks ago.

16         Q    And then the company a couple weeks ago

17    stopped paying you?

18         A    They informed me that the company is going to

19    discontinue.

20         Q    And did they give you a reason why they were

21    discontinuing your services?

22         A    No.  I can guess why, but I don't want to say

23    why.

24         Q    Well, in your opinion --

25         A    Just a guess.
```

```
                                              Page 182

 1        Q    In your opinion, what's your understanding of

 2   why?

 3             MR. ANDERSON:  Object to form.

 4             THE WITNESS:  My opinion is that they've been

 5        actually looking for someone to buy the company.

 6        I'm aware of this.  That's all I know.

 7   BY MR. BRODY:

 8        Q    Why would your services be terminated because

 9   of that?

10        A    I'm no longer required.

11        Q    Because someone else is going to take over.

12   That's your understanding?

13        A    Yes.

14        Q    And so now if they need your services, they

15   just pay you on an ad hoc basis?

16        A    Right, same fee basically like a weekly fee.

17        Q    A weekly fee.

18             And if your work carried over into the next

19   week, then you'd be paid again the next week?

20        A    Yes.

21        Q    Okay.  Thank you.

22             And I think we may have touched on this

23   before, but I just want to clarify.  Have they informed

24   you about any testing of their Sam-e products which have

25   been shown to be deficient or not meeting the label
```

Page 183

1    claim?

2              MR. ANDERSON:  Object to form.

3              THE WITNESS:  The only time I remember they

4         informed me of the Sam-e testing is when I was

5         getting to ready to review the Sam-e record and

6         they the results of that lot.

7    BY MR. BRODY:

8         Q    I'm sorry.  They had the results of -- what

9    was the last thing you said?

10        A    Testing of the lot that I was going to look

11   at.

12        Q    But other than that, you're not aware of any

13   other testing that's shown --

14        A    I haven't seen it, no.

15        Q    Would you want to be aware of that as their --

16        A    Well --

17             THE COURT REPORTER:  Hold on.

18             "Want to be aware of that as their."

19             THE WITNESS:  Go ahead.

20             MR. BRODY:  FDA consultant.  And then you can

21        answer the question.

22             MR. ANDERSON:  Object to form.

23             THE WITNESS:  As an FDA consultant, no.  It's

24        not in my bailiwick to sit there -- I'll give them

25        advice and tell them what they need to do and how

Page 184

1          to do it and everything else.  I watch them and see

2          if they're doing it.  That's fine.  Do I check

3          everything they do?  No.  I can't.  It's

4          impossible.  It's not even practical.

5                  MR. BRODY:  Sure.  Understood.

6                  THE WITNESS:  Okay.

7     BY MR. BRODY:

8          Q    If you saw a whole load of testing which all

9     showed that the Sam-e supplements were deficient, in

10    your opinion would that indicate a problem, a systemic

11    problem, with the supplement that's being manufactured

12    by Vitamins Because?

13                 MR. ANDERSON:  Object to form.

14                 THE WITNESS:  I wouldn't say a systemic

15          problem.  The issue they have with testing and the

16          product itself is Sam-e, what is being tested?

17          Where did the sample come from that was tested?

18          How was it stored?  Is it old?  Is it new?  How old

19          is the lot?  Is this brand new product that you

20          tested to give me new results on?

21              That's a big difference in something that's

22          been sitting out there two years and they're doing

23          a test on it.  Especially Sam-e.  And so making a

24          broad-stroke statement like that is not appropriate

25          at all on this product especially.  So you have to

Page 185

```
1          have that.
2      BY MR. BRODY:
3          Q    If the samples were tested before the
4      expiration date --
5          A    Right.
6          Q    -- would that be sufficient as far as timing
7      is concerned?
8               MR. ANDERSON:  Object to form.
9               THE WITNESS:  With Sam-e, yes and no.
10              I described to you before that depending on
11          the storage, the expiration date says right on the
12          bottle, Store in a cool dry place, or however they
13          say it.  If that is not done, there's no way you
14          can support that product for potency, especially of
15          Sam-e.
16              Would I expect it to pass?  Maybe.  Maybe.
17          The odds are not there that it would, okay, because
18          of the nature of the chemistry.  Because I'll
19          repeat again.  Sam-e is susceptible to heat,
20          moisture, light.  Anything that occurs on that
21          product after it leaves somebody's manufacturing
22          site, they can't control.  The only thing they can
23          do is put it on the label and say store it this
24          way.
25      BY MR. BRODY:
```

Page 186

1          Q    I want to ask you about some testing which

2     I'll show you in just a second.  But before I do, I just

3     want to ask you:  Have you reviewed the degradation

4     studies in regards to the Sam-e supplements or Sam-E in

5     general?  Let's start there.

6                MR. ANDERSON:  Object to form.

7                THE WITNESS:  I have not reviewed it myself.

8                I know that one lab, which I don't have a lot

9          of faith in, did it for a commercial purpose and

10         reviewed a bunch of Sam-e products and they found a

11         lot of deficiencies out in the marketplace, which

12         makes sense.  But, again, I would have the same

13         questions on whatever was done by any lab because

14         I'm a scientist.  I go, Where did it come from?

15         How was the product stored?  How long has it been

16         there?  How did you test it?

17              Because that's a whole other problem.  If you

18         don't prep the Sam-e sample correctly in the lab

19         for an HPLC test, you're going to get a very bad

20         result.  Okay.  So there's a lot of things involved

21         here than just making a statement like, oh, this is

22         all bad.  You've got to find the root cause why.

23     BY MR. BRODY:

24          Q    And what was the lab that tested the

25     degradation of the Sam-e supplements that you just

Page 187

1    referenced?

2         A    The ones I'm aware of now that did that -- I'm

3    trying to remember correctly.  I thought there was two.

4    The one that was first was Consumer Labs where they did

5    a review of Sam-e I think.  I've got to go back.  That

6    goes back.  And then I know that Now Foods was looking

7    into it, but I don't think they've published anything

8    yet that I'm aware of.  But they may have.

9         Q    And have you reviewed any scientific journal,

10   articles, or studies in regards to degradation of Sam-e?

11        A    Oh, yeah before, long ago whenever it was my

12   turf to work on a Sam-e project.  The first one I worked

13   on, I had to learn about it all.  And it's very well

14   known.  It's not like this is new.

15        Q    And this was how long ago approximately?

16        A    Oh, my goodness.  2004, '5.

17        Q    And those studies were in regards to Sam-e

18   tosylate, disulfate tosylate?

19             MR. ANDERSON:  Object to form.

20             THE WITNESS:  What happened was they were

21        studying Sam on stability and they were trying to

22        determine what the cause of degradations were and

23        their mechanisms of action they call it for

24        degradation.  And that's when they learned about

25        all the things that was causing the problems.

```
                                              Page 188
```

 1              MR. BRODY:  Doc, I want to just show you just

 2         some testing just to get your feedback on some

 3         testing.  Just bear with me for a second.

 4              There we go.  Just one second.  Let me try to

 5         increase it.  There we go.

 6              Let's mark this as Exhibit 8.  I think that's

 7         what we're up to.

 8              THE COURT REPORTER:  Yes.

 9              THE WITNESS:  Can you make it a little bigger

10         please.

11              MR. BRODY:  Sure, these were testing.

12              THE WITNESS:  I barely can see.

13              MR. BRODY:  I can make it bigger.

14              THE WITNESS:  Oh, there we go.  Okay.  There

15         was a sample that was tested.  Okay.  Good.

16              (Plaintiffs' Exhibit 8 was marked for

17     Identification.)

18     BY MR. BRODY:

19         Q    Let me show you a couple specifically.  These

20     were tested in your things, labs?

21         A    Okay.

22         Q    Let's start with this one.  Let me give you a

23     second just to review it.

24         A    Okay.  Labeled at 250 per capsule.  Okay.

25     Analyzed at 119.  Depends on the date.  I can't read

Page 189

1    this.

2         Q    I can make it a little bigger.

3         A    You list it or you didn't list it.

4         Q    Well, do see the bottle in the middle picture

5    here where it says, "Best if used by September 2021"?

6         A    Use by September 2021.

7              Okay.  Let me see when they tested it.  There

8    should be a date on the test.

9         Q    Okay.  There you go, receipt date.

10        A    Oh, September 2021 and this was in '19,

11   November '19.

12        Q    Yeah.

13        A    September 2021, so you're in dating which

14   means this was tested -- you said -- what was the date

15   on it, '22?

16        Q    The expiration date best if used by was

17   September 2021.

18        A    September 2021.  Okay.  I got to subtract that

19   from that.

20        Q    It was tested a little bit less than two years

21   before the --

22        A    Okay.  So this looks like it was about a year

23   into the product give or take roughly depending on what

24   their dating was, two years or whatever they assigned

25   it.

Page 190

1          Q     Yeah.

2          A     And so let's say a year out on the marketplace

3     roughly in dating, and it's at 119 out of 250.  What

4     that tells me is one of two things.  Either, A, it's

5     subpotent, first.  Second, it's degraded.  Because

6     that's about the right level for heat and moisture, that

7     degradation.  About 50 percent is how much you lose in

8     roughly a year if you're just not storing it in

9     temperature and humidity.

10         Q     Okay.

11         A     That's about where it would fall.

12         Q     And this sample of vitamins was manufactured

13    by Vitamins Because LLC, as you could see, and it's also

14    the Vitamins Because brand.  So this was not sold on

15    Amazon.

16         A     No, this is straight from them.

17         Q     Right.

18               So they were the ones storing it.  So you're

19    saying that they either were subpotent or they had a

20    problem with their storage?

21         A     Either A or B or where it was stored

22    afterward.  Either it wasn't stored on their site, which

23    don't know, or it was stored somewhere else or it was a

24    subpotent lot, which is possible.

25         Q     Okay.  And the same thing with this sample.

Page 191

1      This is a different sample as you could see.

2           A     Two-hundred milligram cap.  Okay.

3           Q     Yeah, go ahead.  I'll just give you a moment

4      to review.

5           A     Okay.  Can you.

6                 MR. ANDERSON:  Can you put up the part where

7           it shows what they're testing, Jay.

8                 MR. BRODY:  This part?  I can make it bigger.

9                 MR. ANDERSON:  I don't know if they're testing

10          the ion or the S, S or the disulfate.  Can you put

11          that part up.

12                THE WITNESS:  Right, because I have no clue.

13                MR. BRODY:  That's going to be my next

14          question, yeah.

15                MR. ANDERSON:  Well, can you show us?

16                MR. BRODY:  I'm showing you.  You want me to

17          make it bigger?

18                MR. ANDERSON:  No.  Can you show us what they

19          tested, not what the bottle says.

20                MR. BRODY:  Oh, I'm sorry.

21                THE WITNESS:  Yeah.  Because if they're saying

22          it's Sam-e ion they tested, then you have to do

23          calculations up for whatever the label says.

24     BY MR. BRODY:

25          Q     This is the analysis.

```
                                                      Page 192

  1          A    Oh, no, no.  See, it says it right there.  See

  2     what it says?  S-Adenosyl-S-methionine, just Sam-e ion.

  3     That's what they tested.

  4               And now what did they label it as?  The front

  5     says "Sam-e," but there's a name under it I can't read.

  6     And I can't read that either.

  7          Q    It says, "S-Adenosyl Methionine Disulfate

  8     Tosylate."

  9          A    Disulfate, see.

 10               Does it say "tosylate"?

 11               Well, that means that they're labeling it as

 12     just the base itself.  So you'd have to take that

 13     number, whatever they found, and now you've got to

 14     calculate it back up because they tested the Sam-e which

 15     is only 50 percent of that.  And so you multiple that

 16     number by two, and now that theoretically is what should

 17     be in the capsule.

 18          Q    And so a consumer --

 19          A    And the assay, where is their assay?  I don't

 20     see the assay results anywhere.

 21          Q    Here.

 22          A    Oh, here it is.  Where is the quantity?  What

 23     did they say they got?

 24          Q    Ninety-eight.

 25          A    There you go.  Ninety-eight milligrams per
```

Page 193

1   serving.  So basically 200 milligram per serving of

2   tosylate.

3            Now, what did they say on the bottle?  How

4   much?

5        Q    Two hundred.

6        A    Well, that's probably within range, because 90

7   percent to 110 percent is usually the range on Sam-e.

8   So they're within the 10 percent of the label claim.  So

9   they hit target on that material by what they labeled.

10       Q    Understood.

11           So, in other words, the consumer would have to

12   understand that he's only getting 200 milligrams per

13   serving of the --

14       A    Because that's what's there.  That's right.

15   That's FTC labeling.

16       Q    And this one actually says it on the front of

17   the label.

18       A    Okay.  Good.  That's even better.  That's

19   telling me exactly what it is.  Okay.

20           MR. ANDERSON:  Can you show him the last one

21       too.

22           MR. BRODY:  Sure.

23   BY MR. BRODY:

24       Q    Same thing.

25           And just by comparison, if we were to compare

Page 194

1    it to -- this is another sample.  I can show you the

2    whole page.  But you see it doesn't say "disulfate

3    tosylate" on the front of the label.

4         A    No.  But what's it got in the supplemental

5    facts?  I can't read it.

6         Q    The supplemental facts mentions it in

7    parentheses.

8         A    Well, that's what they're labeling it as and

9    they put it in parens.

10        Q    So that's your understanding that this would

11   be 1500 milligrams per serving, which three capsules, so

12   it's 500 milligrams per capsule, but only of the

13   disulfate tosylate?

14        A    Okay.  That's what should be in there.

15             Now, did they test it for Sam-e ion or S, S?

16        Q    Well, they tested for the Sam-e, I guess, the

17   ion.

18        A    Just the ion.

19             And so they have to take that and double it

20   technically speaking just to start with.

21        Q    Yeah.  But even if you double it, it's nowhere

22   near --

23        A    Well, it's really low.

24        Q    Right.

25        A    So that tells me this one was not in very good

Page 195

```
 1     storage conditions somewhere for sure.

 2          Q    Okay.

 3          A    Because that's just -- that's out past the

 4     curve.

 5          Q    Let me just see if there's any other ones that

 6     I want to ask you about.  Let me ask you about this one.

 7     I'm sorry.

 8          A    Okay.  That lot, 400 milligram.  Okay.  Good.

 9               It came in 15 milligrams per capsule.  That

10     means bad storage.  It's got to be.

11          Q    Okay.

12          A    Because it tested out at 15 and the label says

13     what though?

14          Q    So the label again --

15          A    Sam-e there, but what's it say in the sup

16     facts?

17          Q    This is 400 milligrams.

18          A    The sup facts say --

19          Q    Wait.

20               The supplement facts here say "Sam-e" and then

21     it says "from" -- it doesn't say "as."  It says, "from

22     S-Adenosyl methionine tosylate disulfate."

23          A    Okay.  And I'll bet money that label is wrong.

24     Because being that low, it's only 15 milligrams per

25     capsule, the only ways that that could occur is two
```

Page 196

1  ways.  It didn't get in a capsule to start with at all,

2  one.  But it's so low that it has to be degradation.

3  That's the only thing that makes sense that low of a

4  number.

5       Q    Okay.  And in your opinion, how much can it

6  degrade?  Can it go all the way to zero?

7       A    No.  The farthest it would go down is if you

8  put in 400 milligrams of tosylate, okay, which is about

9  200 milligrams of Sam-e ion --

10            Right.

11       Q    Yeah.

12       A    -- degradation of the Sam-e ion down to -- if

13  you stored it at like 80 degrees, 80-or-above degrees,

14  and you had it at 75 percent humidity, something like

15  that, like a warehouse or something, you would not see

16  hardly anything after four months, which means the 15

17  number sounds pretty rational at that time with those

18  conditions because it's very unstable.  It's not a

19  little.  It's a lot unstable.

20       Q    Okay.  Thank you.

21            Otherwise I just wanted to confirm -- again I

22  think we've covered this, but I just want to confirm

23  again.  But the standard operating procedures, that's a

24  document that you have and you can produce in this case?

25            MR. ANDERSON:  Object to form.

Page 197

```
 1              THE WITNESS:  The standard operating

 2         procedures for --

 3    BY MR. BRODY:

 4         Q    Well, my understanding is you had general

 5    standard operating procedures for all --

 6         A    Oh, yeah.  For the whole operation, yes.

 7         Q    And just to clarify, you don't have a specific

 8    one for Sam-e?

 9         A    No, no, no.

10         Q    Okay.

11         A    It would not be.  And no cGMP guy would.

12         Q    Understood.  Okay.

13              So we're going to call for the production of

14    the standard operating document that you have.

15              MR. ANDERSON:  From who?

16              MR. BRODY:  From both Vitamins Because and

17         from Dr. Ross.

18              MR. ANDERSON:  We've responded.

19              Are you under subpoena, Doctor?

20              THE WITNESS:  I got a subpoena.  They asked --

21         what was it they asked for?  They asked for

22         documentation, anything -- I mean, I could send

23         them copies of my SOPs, but that doesn't mean it's

24         all that they have.

25              MR. ANDERSON:  I'm just asking the question.
```

Page 198

```
 1          THE WITNESS:  Okay.  It's a lot of docs and
 2     paperwork for SOPs.  I mean, you're talking about
 3     SOPs for an entire company.  Okay.  I mean, I got a
 4     file of that I can forward.  I charge a lot of
 5     money for it, because that's what I do obviously.
 6     But I can forward it under caveat of -- what do I
 7     want to call it -- proprietary information or
 8     whatever.  Try to do it that way and see if I get a
 9     little protection.
10          MR. BRODY:  Yeah, you can mark the documents
11     as confidential.
12          THE WITNESS:  Well, I'll mark the whole file
13     confidential.
14          MR. ANDERSON:  I can't tell you what you need
15     to do or not do, Doctor.
16          THE WITNESS:  Oh, okay.  I know.  I
17     understand.
18          MR. ANDERSON:  But I'm not sure you're here
19     under subpoena.  I think you got a Notice.  I don't
20     know the answers.
21          THE WITNESS:  I didn't get a real
22     subpoena-subpoena.  I just got a Notice to show up
23     for a deposition.
24          MR. ANDERSON:  You know, whatever you feel is
25     the most appropriate way to respond.
```

Page 199

```
 1              THE WITNESS:  Okay.  I don't know.  Me
 2         personally?
 3              MR. BRODY:  Doctor --
 4              THE WITNESS:  For both parties it's better to
 5         see what they own and what they have and what
 6         they're working to, because that's the real.
 7         That's real.  Okay.  Mine are the ones I offer to
 8         them.  They took them.  They could have modified
 9         them.  It may not even by the same format.  Same
10         thing.  Okay.
11              That's just my thinking as a scientist and
12         saying how did they make this?  What did they use?
13         What systems did they have?  That's their systems.
14         I helped them develop them off of my basic systems,
15         but that's their systems.  If they gave you copies
16         of all the SOPs, you got everything.
17              MR. BRODY:  Understood.
18              And if I could just show you one more document
19         here.  And I think I know the answer to this.
20              Let's mark this as Exhibit 9.
21              (Plaintiffs' Exhibit 9 was marked for
22      Identification.)
23      BY MR. BRODY:
24         Q    I can scroll through this whole thing, but I
25      just want to ask you if you're familiar with this
```

Page 200

1    document.  Have you seen it before?

2         A    No.  I mean, I've never seen it.

3         Q    And Vitamins Because or their counsel, they

4    never communicated to you regarding any of these

5    Requests For Production?

6         A    Let's see.  Document Request Number 1.  What

7    is that?  I can't read it.  I see my name.  Can you make

8    that a little bigger.  Thank you.

9              It says, Dr. Ross, entire file related to the

10   above-captioned matter, including, but not limited, to

11   all documents or other things you have reviewed or

12   generated in connection with this matter."

13             There's nothing there except those couple

14   emails, my formula.  That's what I have.

15        Q    I understand.

16             So my question is:  Has anyone contacted you

17   regarding these requests?

18        A    No.

19        Q    Okay.

20             MR. BRODY:  Dr. Ross, thank you for your time.

21        That's all the questions I have at this time.

22             THE WITNESS:  Okay.  I will send you an

23        invoice for this time and I'll will tell you how

24        much it was.

25             MR. BRODY:  Okay.  Thank you.  We're going to

1        consult with the court regarding that.  Thank you.

2             MR. ANDERSON:  What did you say?

3             MR. BRODY:  Go ahead.

4             Do you have some follow-up questions?

5             MR. ANDERSON:  I just didn't hear that last

6        part that you said about consulting with the court

7        about what?

8             MR. BRODY:  That's okay.  We don't need it on

9        the record.

10            MR. ANDERSON:  We do.  What did you say?

11            MR. BRODY:  No, we don't.  We don't.

12            If you want to ask me off the record, you can

13       ask me off the record, but we don't need it on the

14       record.

15            MR. ANDERSON:  You said it on the record.  I

16       just didn't hear you.  Can you just repeat it.

17            MR. BRODY:  Yeah.  I'll do that.  I'll indulge

18       you.  What I said is we will follow the court's

19       rulings regarding payments of experts.  That's what

20       I said in effect, in substance.

21            MR. ANDERSON:  Okay.  I think, Doctor, that

22       Sean may have a question or two for you.  Or a

23       number of them.  I don't know.  But I just didn't

24       want you to -- we're not quite done yet.

25            MR. O'BRIEN:  I think we lost him.

Page 202

1          (Discussion off the record.)

2                    CROSS-EXAMINATION

3    BY MR. O'BRIEN:

4          Q    Doctor, my name is Sean O'Brien.  I'm an

5    attorney at Lippes Mathias.  We represent one of the

6    defendants in this lawsuit.  I apologize for bringing

7    you back.  I just wanted to make sure I clarified a few

8    quick questions for you.

9          A    Go ahead.

10         Q    Is it fair to assume that in your consulting

11   work with Vitamins Because, you gained at least some

12   general knowledge of their business practice?

13         A    Probably a little.

14         Q    And at anytime, are you aware of any company

15   other than Vitamins Because being responsible for the

16   manufacturing process of the products that they put into

17   the market?

18              MR. BRODY:  Object to the form.

19              THE WITNESS:  Not that I'm aware of.

20              MR. O'BRIEN:  I have no further questions.

21         Thank you.

22              MR. ANDERSON:  All right.  I don't have any

23         questions for you, doctor.

24              I don't know if Mr. Brady has any questions.

25              MR. BRODY:  No.

Page 203

1          MR. ANDERSON:  I think you're all set.

2          MR. BRODY:  No further questions at this time.

3          Thank you, Doctor.

4          (The Reading and Signing is not waived and the

5     deposition was concluded at 3:23 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 204

1                    CERTIFICATE OF OATH OF WITNESS

2        STATE OF FLORIDA      )

                              ) SS:

3        COUNTY OF BROWARD     )

4

5            I, AMBER CHEEK, COURT REPORTER, Notary Public in

6        and for the State of Florida at Large, certify that the

7        witness, DR. NEIL ROSS, appeared via videoconference on

8        January 17th, 2022, and was duly sworn by me.

9            WITNESS my hand and official seal this 31st day of

10       January, 2022.

11

12                              *Amber Cheek*

13

                              AMBER CHEEK, Court Reporter

14                            Notary Public, State of Florida

                              at Large

15

16       Notary # GG246052

17       My commission expires:  9/17/2022

18

19

20

21

22

23

24

25

Page 205

1                  REPORTER'S DEPOSITION CERTIFICATE

2

3          I, AMBER CHEEK, Court Reporter, certify that I was

4      authorized to and did stenographically report the

5      deposition of DR. NEIL ROSS, the witness herein on

6      January 17th, 2022; that a review of the transcript was

7      requested; that the foregoing pages numbered from 1 to

8      207 inclusive is a true and complete record of my

9      stenographic notes of the deposition by said witness;

10     and that this computer-assisted transcript was prepared

11     under my supervision.

12         I further certify that I am not a relative,

13     employee, attorney or counsel of any of the parties, nor

14     am I a relative or employee of any of the parties'

15     attorney or counsel connected with the action.

16         DATED this 31st day of January, 2022.

17

18                                *Amber Cheek*

                            AMBER CHEEK

19                          Court Reporter

20

21

22

23

24

25

Page 206

1    Sean O'Brien, Esq.

2    sobrien@lippes.com

3                              January 31, 2022.

4    RE: Ginsberg v. Vitamins Because LLC

5          1/17/2022, Neil Ross (#5015187)

6          The above-referenced transcript is available for

7    review.

8          Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12         The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-ny@veritext.com.

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                      Yours,

23                      Veritext Legal Solutions

24

25

```
                                                    Page 207

 1    Ginsberg v. Vitamins Because LLC

 2    Neil Ross (#5015187)

 3                    E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____    _____

24    Neil Ross                            Date

25
```

Page 208

1    Ginsberg v. Vitamins Because LLC

2    Neil Ross (#5015187)

3                ACKNOWLEDGEMENT OF DEPONENT

4        I, Neil Ross, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____      _____

12   Neil Ross                            Date

13   *If notary is required

14                            SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                            _____ DAY OF _____, 20____.

16

17

18                            _____

19                            NOTARY PUBLIC

20

21

22

23

24

25

**[& - 68]**

| & | | | |
|---|---|---|---|

**&**    2:4

**0**

**005602**   3:19,21
**005849**   3:20,22

**1**

**1**   3:11 12:15,17
   16:7 110:23,24,25
   111:3 172:15
   176:4 200:6 205:7
**1.25**   145:16
**1/17/2022**   206:5
**10**   40:11 102:4
   153:12 193:8
**1071**   5:16
**108**   3:15
**10977**   2:5
**10:10**   1:14
**11**   117:4
**110**   193:7
**111**   72:14 73:2
   75:12 112:3 114:5
   117:4 120:2
   122:20,21 134:22
   135:1 155:2,19
   156:5,9 157:9,19
   157:23 164:13,14
   164:15,15 170:17
**119**   188:25 190:3
**11:20**   60:9
**11:25**   60:9
**12**   3:11 38:13
   112:3
**12:05**   88:14,15
**12:40**   95:12
**139**   3:17
**14202**   2:18
**15**   195:9,12,24
   196:16

**1500**   194:11
**163**   3:19,21
**17**   38:13
**1700**   2:18
**172**   3:23
**17th**   1:15 204:8
   205:6
**18**   17:5 83:7
**188**   3:25
**19**   1:3 189:10,11
**1982**   72:15
**199**   4:4
**1st**   108:12

**2**

**2**   3:13 54:3,9
   60:25 109:5 120:1
   176:5
**2,000**   111:7,14
**20**   88:17 208:15
**200**   193:1,12 196:9
**2000**   17:4
**2004**   187:16
**2011**   2:11
**2017**   108:11,12,12
   108:13 109:17,18
   110:7 173:18
**2018**   61:23 62:16
   70:9 110:13
   120:17,18 172:18
**2019**   62:2,16 93:18
   93:19 96:1
**202**   3:5
**2021**   189:5,6,10,13
   189:17,18
**2022**   1:15 204:8,10
   205:6,16 206:3
**204**   3:5
**206**   3:6
**207**   3:6 205:8
**208**   3:7

**20th**   108:10
**21**   72:14 73:2
   75:12 114:5 120:2
   122:20 134:22
   135:1 156:9 157:9
   157:19 164:13,14
   164:15,15 170:17
**22**   189:15
**22702**   1:3
**24**   84:24
**25**   145:14
**250**   188:24 190:3
**2:45**   180:20

**3**

**3**   3:15 107:24
   108:1 143:23
   176:12
**3,000**   109:8,16
   123:10
**30**   88:24 206:17
**30th**   61:23 108:12
**31**   206:3
**31st**   204:9 205:16
**3276**   204:13
   205:18
**33127**   5:16
**33606**   2:12
**350**   109:24 123:12
   123:16
**356-2570**   2:5
**3:23**   1:14 203:5

**4**

**4**   3:17 139:19,20
   142:14
**4,000**   173:18
**40**   73:25 162:10
**400**   118:7 119:2,2
   195:8,17 196:8
**45**   66:9 105:12

**483**   3:24 66:12,22
   67:8 78:1,2
   158:12,16,18,18
   158:19,25 159:7
   170:14 171:1,1,2,5
   171:19 172:1,5
**483s**   159:8,10,15

**5**

**5**   3:4,19 40:10
   163:19,19,22
   164:20,21,23,25
   180:11 187:16
**5,000**   76:5
**50**   2:17 154:16
   162:10 190:7
   192:15
**500**   118:8 119:1,1
   144:10,11 145:5,6
   145:16 147:13,15
   194:12
**5015187**   206:5
   207:2 208:2
**52773**   140:4
**5325**   142:11
**5361**   142:16,19
**54**   3:13
**5603**   165:1
**5604**   165:1
**5721**   164:24
**5728**   164:25
**597-9782**   2:12

**6**

**6**   3:21 163:20,22
   164:20,22,25
   177:24
**60**   28:7
**62**   103:15
**68**   6:20

    

[7 - anderson]                                                                 Page 2

**7**

**7**  3:23 171:25
172:2
**716**  2:19
**747**  2:4
**75**  28:6 46:16,17
145:10,12 146:2
147:23 148:1
152:6 154:15
196:14

**8**

**8**  3:25 188:6,16
**80**  146:3 152:7
196:13,13
**80.9**  145:19
**813**  2:12
**816-4154**  5:19
**845**  2:5
**853-5100**  2:19

**9**

**9**  4:4 199:20,21
**9/17/2022**  204:17
**90**  193:6
**954**  5:19
**96**  147:8 154:13
**97**  146:9,24

**a**

**a.m.**  1:14
**aaron**  75:21,22,25
76:13,19,25 77:1,2
**abc**  83:15,21 158:8
**abiding**  82:1
**ability**  25:3
**able**  36:12 47:17
93:8 157:13
**absolutely**  60:3,5
**absorbed**  143:24
**academic**  77:21
**accelerated**  28:9

**acceptable**  7:21
38:10
**access**  113:21
**account**  145:14,14
**accuracy**  206:9
**accurate**  8:10
79:13,14
**acknowledgement**
208:3
**acknowledgment**
206:12
**action**  131:6,6,14
131:17 134:1,1
187:23 205:15
**active**  26:17,19
27:8 40:21 41:12
143:14
**actives**  25:7 40:22
40:25 41:2 103:15
104:8 143:6
**actual**  26:21 65:15
78:17 84:23 143:6
145:19 147:16
148:12,13 165:21
167:13
**ad**  182:15
**add**  145:16
**added**  37:13
**addition**  71:7
**additions**  208:6
**address**  5:15 65:7
67:11 94:1 108:4
**addresses**  135:1
140:21,22
**adenosyl**  142:22
192:2,7 195:22
**adenosylmethio...**
26:19
**adequacy**  85:24
**adjustments**
168:11

**administration**
3:24 144:1
**admit**  124:21
**advanced**  83:16
83:16,17,19 158:7
159:8
**advantage**  37:14
37:15
**advertise**  103:14
**advice**  43:4 183:25
**advise**  37:22 38:2
39:13 71:12
**advised**  48:25
128:22 130:11,19
**adviser**  77:6
**advising**  39:14
52:2
**affairs**  78:22
**affect**  34:18
**affirmative**  9:21
**afterward**  190:22
**agency**  72:1 75:17
**ago**  13:6 15:8
103:15,21 113:13
113:22 116:7
169:4,5 171:14
173:17 181:15,16
187:11,15
**agree**  67:12,12
136:15 158:4
**agreed**  123:17
**agreement**  3:15
108:7,18,22,24
**agreements**
107:23
**ahead**  26:12,15
32:5 42:6 67:19
71:16 86:24 97:3
113:2 134:19
142:6 146:20
159:19 166:4

176:25 183:19
191:3 201:3 202:9
**air**  36:3,5 112:5
**allergins**  82:19
**allotted**  206:20
**allowed**  60:1
**alternate**  20:13
46:13 72:24
**alternative**  100:11
**aluminum**  37:4,8
38:16,19
**amazon**  30:13,13
30:16,24 79:7
190:15
**amber**  1:21 204:5
204:13 205:3,18
**american**  100:11
**amount**  7:10
40:12,16,20,24,25
41:2 96:4 109:7
109:21 143:15
144:20 145:7
**analysis**  3:18
44:15 140:5 145:9
155:13,20,24,25
175:13 191:25
**analyzed**  188:25
**anderson**  2:9,10
8:18 9:4,10,18
10:1,13 11:23,24
12:3 13:9 14:1,15
15:25 18:13 19:24
20:3,10 22:10
25:13 28:23 29:9
30:25 32:2,20
33:12,14,23 35:3
37:24 39:17 40:19
41:4,20,22 42:5,24
43:5,17 45:10,16
46:7 49:13,19
50:23 51:10 55:2

55:12 56:1,15
57:18 58:17,21
59:2,7,9,14,16,18
59:24 60:10 61:12
62:15 64:8 66:2
68:2,11 70:11
71:2 73:19 76:1
76:15 82:3,7
84:11,22 85:15
86:3,18,23 87:11
88:6 89:19 90:14
90:22 91:20 92:15
92:22 94:20 95:4
96:14 98:16
100:24 102:23
104:16 106:21
107:7 108:17
111:12 112:8,14
114:14,24 115:2,5
115:8,18 116:1
117:2,10 118:4,19
121:1 122:5
125:10 126:2,9
127:2,24 129:3,7
130:13,15 132:12
134:3,14,24 135:6
136:1,11,17
137:11,23 139:3
139:13 140:10
142:1,14,17 143:7
144:4,13,24 146:4
147:4,18 148:6,14
149:15,20 150:6
150:17 151:10,17
152:13 153:3
154:8 155:5,14,21
156:6,14 157:4,10
157:24 158:10
160:2 161:10,21
162:5 164:18
165:11,17 166:11

167:15 168:7
172:22 175:5
176:9,16,18,20
178:5 179:9,23
180:6,16,19 181:6
182:3 183:2,22
184:13 185:8
186:6 187:19
191:6,9,15,18
193:20 196:25
197:15,18,25
198:14,18,24
201:2,5,10,15,21
202:22 203:1
**ann**  1:4
**answer**  7:7 9:20
  10:7 12:8 15:2
  22:11 40:1 49:15
  51:8 52:18 53:17
  74:11 86:23 90:6
  91:24,25 118:20
  118:22 134:5,16
  136:18 148:16,19
  148:22 157:12,13
  161:16 176:24,24
  183:21 199:19
**answered**  91:1
  125:15 139:4
**answers**  7:19,23
  8:7 198:20
**anybody**  158:1
**anymore**  62:9
**anytime**  12:2
  202:14
**anyway**  13:21
  15:2 27:13
**apologize**  53:12
  103:2,3 142:2
  154:25 202:6
**appear**  23:21

**appearances**  2:1
**appeared**  204:7
**appearing**  13:16
**appended**  208:7
**appendix**  16:10,12
  21:3,25 22:2 53:5
**applicable**  98:24
  206:8
**applications**  78:9
**apply**  60:14 95:17
**appoint**  166:9
**appreciate**  15:7
  24:10 77:13 95:11
  167:9
**appropriate**  98:25
  184:24 198:25
**approval**  20:14
  160:23
**approve**  47:14
**approved**  47:17
  48:10 83:3 128:9
**approximately**
  13:4 187:15
**area**  41:10 77:15
**areas**  15:24 82:19
**arrived**  170:18
**articles**  187:10
**ascertain**  58:12
**asked**  56:3 57:25
  68:6 72:19 94:22
  112:15 138:20
  139:3 145:1
  150:18 151:3,4
  178:20 179:11
  197:20,21,21
**asking**  7:11 8:14
  12:5 14:23 19:19
  35:16 44:9 51:7
  58:4 87:25 90:17
  116:7 152:21
  197:25

**asks**  33:20 56:16
**aspects**  32:18,18
  128:21
**asquared**  1:10
  2:15
**assay**  155:24
  156:4,12,21 157:2
  168:2 192:19,19
  192:20
**assessment**  125:5
**assigned**  126:15
  177:4 189:24
**assisted**  205:10
**assume**  7:12,16
  12:8 64:14 68:5
  76:24 86:16 109:6
  180:12 202:10
**assumed**  55:3 68:9
**assuming**  51:19
  88:18
**assumption**  62:10
  74:2 84:20 150:13
  157:2
**assurance**  129:10
  161:2
**attached**  206:11
**attaches**  27:24
**attack**  179:22
**attention**  16:4,6
  32:14 60:16 61:5
  80:17 113:24
  116:10 119:6,25
  123:9 142:10
**attorney**  2:2,8,15
  11:11,23 53:18
  95:9 202:5 205:13
  205:15 206:13
**attorneys**  8:1,24
  9:3,8 29:15 54:2
  89:24 90:8 91:3

**audience** 162:18
162:20
**audit** 15:19 48:4
64:3 66:13 73:23
83:2,14 84:10
85:3 111:7,10,11
111:14,20 112:1,3
112:21,21,22,23
112:23 113:4,6
122:19,25 123:6
123:19,24 124:5
128:8,8 131:18
135:7 158:21
169:12 170:12,18
170:21,22,23
171:7 172:23,24
**audited** 66:10,11
67:8 110:13
112:24 123:4,5
**auditing** 83:5
111:4,6,18,19,23
169:16
**auditor** 170:17,20
171:1
**auditors** 66:7
**audits** 79:2 83:8
83:12 112:2 130:2
**authoring** 113:25
115:14,16,24
**authorized** 205:4
**automated** 39:3
**available** 206:6
**avima** 101:11,13
101:14,16 102:4
**avp** 46:12,13
48:25 49:2
**aware** 9:6 22:18
33:17 76:2,22
77:3 78:22 87:8
87:10 90:11 133:2
133:5,7 139:1,7

158:8,11 159:10
159:15 173:24
182:6 183:12,15
183:18 187:2,8
202:14,19
**awhile** 71:4
113:13

**b**

**b** 1:10 113:25
115:14 120:8
190:21
**b12** 31:13 37:16
87:24
**ba** 97:7
**back** 6:10 16:6
17:4 23:16 32:14
46:15 48:5,5,6,24
50:19 60:8,12,16
72:3 73:5 80:17
83:8 84:15,24
86:5 87:9 88:12
94:15 95:12,16
102:8 110:23
113:10 116:6
122:14 128:19
135:11 136:3
145:2 149:2,8,8,9
149:14 153:15
158:22 168:12,13
180:20,22 187:5,6
192:14 202:7
**background** 53:25
97:2,10
**backgrounds**
98:22
**bad** 77:25 78:1
130:4 158:17
162:7 186:19,22
195:10
**bailiwick** 183:24

**barely** 60:21
188:12
**base** 54:22 79:18
192:12
**based** 35:1 41:3
55:18 56:3 62:11
63:24 64:5,7
84:19 86:16,25
97:11 123:6
124:25 125:5
162:12 174:23
178:23
**bases** 94:17
**basic** 25:10 39:11
47:22 49:2 51:15
56:4 63:16 71:5
94:1 96:16 124:6
126:10,22 143:2
162:17 163:12
164:14 199:14
**basically** 15:14
33:4 35:5 47:10
47:19 51:12 96:3
96:9 105:25 118:2
142:12 174:4,5
176:15 181:7
182:16 193:1
**basics** 6:7 117:17
**basis** 123:13,16
167:19 182:15
**batch** 45:9 48:9
63:10 64:18 65:14
77:10 82:23,24
85:8,9,11,13 92:5
92:21,23 122:9,11
122:15 124:18,19
126:18,20,21
129:17,22 130:1,2
130:3,5,6 136:3
137:5 151:22,24
152:5,8,21,24

153:23 155:3,4,6
155:13 160:14
161:3,9,11,17
162:4,10
**batches** 44:1,2
45:15
**battery** 113:8
**bear** 57:11 91:2
135:16 163:14
171:24 188:3
**beast** 87:21
**because's** 61:22
63:7 65:23 117:24
133:4 144:23
156:13 180:1
**begins** 38:20,22
**behalf** 1:5,21 9:9
9:16,25 10:12
**believe** 13:6 14:7
22:13 23:1 56:12
84:14 108:22
136:12 137:4
140:14 175:19,20
**believes** 173:15
**best** 7:15 12:3,6
14:2,5,12 25:3
42:8 95:25 120:17
120:18 134:14
151:11 157:12
189:5,16
**bet** 195:23
**better** 31:10 33:24
39:12 172:9
193:18 199:4
**beyond** 108:16
110:7 156:20
181:3
**big** 30:14 36:11
44:10 46:4 84:2
91:10 92:7 113:6
117:16 127:7

184:21
**bigger** 60:22 188:9
  188:13 189:2
  191:8,17 200:8
**bill** 1:4 123:13
**billing** 123:9
**bio** 3:17 17:21
  18:1
**biological** 97:7
**bit** 7:10 35:10 52:4
  77:5 81:7 91:8
  97:2 101:16 110:5
  113:16 119:6
  159:23 189:20
**blame** 17:24
**blend** 36:3
**blender** 119:16
**blending** 119:14
**blister** 38:5,7,8,14
  38:16
**bloodstream**
  26:18 143:17
**blue** 119:18
**board** 175:12
**books** 114:21
**boostceuticals**
  1:10
**botanical** 158:7
  159:8
**bottle** 27:6,22
  36:21,23 37:6,8
  144:10 145:6
  178:9 185:12
  189:4 191:19
  193:3
**bottled** 118:25
**bottom** 13:8 37:4
  87:2 88:11 140:15
**bought** 178:10
**box** 144:16

**boxes** 143:5
**brady** 202:24
**brand** 2:15 184:19
  190:14
**brands** 1:10
**break** 7:6,8,9 33:7
  60:7,8,11 89:6
  95:9 153:12,14
  180:11,21
**briefly** 97:4 103:9
**bring** 26:25 48:5,8
  48:24 50:18 51:13
  74:7 92:1,3
  111:21 116:23,24
  128:9 170:16
**bringing** 124:10
  202:6
**broad** 157:11
  163:12 184:24
**broadly** 35:21
  104:24 169:17
**brody** 2:3 3:4 5:7
  5:10 8:23 9:7,13
  9:19,22,23 10:9,10
  10:17,19 12:5,10
  12:14,19 13:12,14
  14:9,21,22 16:3
  18:8,15,20 19:1,7
  19:10,25 20:6,21
  20:24,25 21:8
  22:11,14 25:16
  26:2 27:11,18
  28:20 29:4,13,23
  30:9,20 31:16,25
  32:8,12 33:6
  34:24 35:16,18
  37:18 38:3 39:25
  40:22,23 41:14
  42:1,2,18 43:1,14
  43:20 45:4,12,18
  46:9 49:12,14,24

50:4,5,24 52:3
53:17 54:5 55:9
55:22 56:9,10
57:4,6,7,20 58:20
59:1,4,8,10,15,17
59:20,25 60:12,15
61:17 62:17,22
64:12 67:3 68:8
68:13,15 69:21
70:2,13,14 71:9,10
74:3,9,10 75:2,4
76:4,10,11,17
79:24 82:5,11
84:5,16 85:1,17,18
86:6,20,24 87:7,13
88:8,10,13 89:2,5
89:8,22 90:17,19
90:24,25 91:22
92:19 93:1 95:1,8
95:12,16,19 96:19
98:18 99:2 101:1
102:21 103:2,8
104:19,23 106:22
106:25 107:2,3,15
107:24 108:3,20
111:13 112:11,12
112:17 113:18
114:15 115:1,4,6,9
115:10,23 116:3
117:7,11 118:5,18
118:21 119:4
121:3 122:8
125:12,13 126:4,5
126:23 127:14,25
129:4 130:9,16
132:4,6 133:1
134:2,18,20 135:3
135:10 136:7,13
136:21,25 137:13
137:20,25 139:9
139:10,15,19,22

140:18 142:16,18
143:11 144:8,21
145:4 146:7,8,20
146:23 147:11,24
148:10,18,22
149:1,6,17 150:2
150:12 151:2,13
151:20 152:19,20
153:5,8,11,15,17
154:20,21 155:10
155:18 156:2,10
156:11,17 157:6
157:20 158:3,14
159:6 160:5,10
161:14,23,24
162:14 163:14,18
163:24 164:22
165:4,12,14,19
166:20,21 167:21
168:14,15 171:25
172:4 173:5 174:3
175:10 176:11,25
177:13 178:13
179:12,13,25
180:7,10,17,20,22
181:1,9 182:7
183:7,20 184:5,7
185:2,25 186:23
188:1,11,13,18
191:8,13,16,20,24
193:22,23 197:3
197:16 198:10
199:3,17,23
200:20,25 201:3,8
201:11,17 202:18
202:25 203:2
**broken** 167:5
**brought** 35:25
  72:16,18,19
  107:11 125:19

**broward** 204:3
**buffalo** 2:18
**build** 123:2 124:19
  173:20 178:11
**building** 173:17
**built** 137:5,5
**bulk** 39:10
**bunch** 6:14 81:17
  186:10
**business** 117:6
  202:12
**busy** 16:18
**buy** 17:8 20:15,18
  30:13 50:15 83:9
  94:24 102:9
  121:19 141:11
  182:5
**buying** 25:8 30:23

**c**

**c** 17:25 80:25 81:1
  106:24 116:11
  131:2,6 168:24
**calculate** 192:14
**calculation** 145:13
**calculations**
  144:19 191:23
**calibrate** 167:17
**call** 24:7 27:13
  37:12 46:12 87:6
  88:24 98:12
  114:24 124:2
  127:22 135:23
  144:6 165:13
  181:8 187:23
  197:13 198:7
**called** 5:3 20:13
  34:10 37:5 41:9
  42:10 51:18 88:3
  103:23 112:21
  132:14 133:16
  160:16 170:19

**calling** 27:16 81:7
**camera** 148:20,21
**cap** 36:20,23 37:6
  37:7,12,16 38:8
  178:9 191:2
**capa** 131:2,3,5,7
  131:18,22,23
  132:7,9,18,25
  133:7,25 134:21
  168:6 171:5
**capability** 36:10
  155:17
**capas** 174:1
**caps** 100:15
**capsule** 25:7 26:22
  36:6 38:8,12,18,20
  38:21,22 39:1,8,9
  39:14,19 40:3,5,5
  118:8,8 119:15,16
  129:17 135:19
  144:11 145:17
  147:14 167:25
  188:24 192:17
  194:12 195:9,25
  196:1
**capsules** 38:7,11
  38:15 105:22
  118:3,3 129:14
  135:14 136:16
  167:12,14,17
  168:3,8 194:11
**captioned** 200:10
**care** 82:22 107:13
  110:17 166:14
  167:20
**career** 46:12 76:3
  78:14 97:25
**carolina** 83:20
**carried** 182:18
**case** 1:3 5:11,12
  5:22 6:11,12 9:9

9:25 10:5 13:18
  13:20,25 15:9,13
  23:20,20 24:3
  42:8 50:19 51:1,4
  51:7,18,22 52:7,20
  52:21 53:3,19
  55:1,11,16 56:12
  57:16 58:22,25
  61:11,15 66:25
  68:10 71:5 87:19
  90:9,16,17,21 91:4
  96:21,22 126:14
  147:13 149:5
  196:24
**cases** 6:6,10,18
  52:11
**category** 78:25
  92:17
**cause** 1:24 36:4
  131:12,13 186:22
  187:22
**caused** 6:13
**causing** 187:25
**caveat** 198:6
**cellulose** 34:9
**central** 1:9
**centrum** 46:20,21
  46:22 47:10 103:6
  103:9
**certain** 16:22
  34:10 36:10 40:24
  40:25 65:8 82:17
  82:19 116:4
**certainly** 134:19
**certificate** 3:5
  140:5 145:9
  155:13,23,25
  175:13 204:1
  205:1
**certificates** 3:17
  155:20

**certification** 79:25
  80:14
**certifications**
  77:14 78:22
**certify** 204:6
  205:3,12
**cetera** 8:21 15:17
  61:9 72:24 97:14
  97:15 98:1,1,22
  124:15 159:5
  171:9,10
**cfr** 72:14 73:2
  75:12 112:3 114:5
  120:2 122:20
  134:22,25 154:22
  155:2,19 156:5,9
  157:9,19,23
  164:13,14,15,15
  170:17
**cgmp** 15:16 20:12
  46:15,16 51:14
  72:17 79:4 81:1
  81:24 83:9 92:2
  92:18 97:25
  107:10,10,14
  111:6,17,19,23
  114:5 116:20,20
  116:21,22,25
  117:3,4 124:7
  128:7,18 129:6,9
  131:5 134:1,23,25
  158:21 162:17
  163:12 164:14
  165:6,25 166:1,13
  170:17 197:11
**chain** 167:4
**chance** 12:22
  68:16 88:24
  141:15
**change** 34:25
  37:19 81:3 159:20

[change - complete]                                                    Page 7

207:4,7,10,13,16
207:19
**changed** 20:20
47:9 50:10,12
**changes** 160:19,20
206:10 208:6
**changing** 81:2
**charge** 70:21
102:14 198:4
**charged** 111:15,16
**check** 16:18 40:8
43:6 129:16,17
130:24 161:3,12
161:20 184:2
**checked** 64:21
126:21
**checking** 125:2
**checks** 129:14
168:11
**cheek** 1:22 88:18
204:5,13 205:3,18
**chemical** 99:16
100:13
**chemistry** 27:10
52:24 97:14,19
159:3 185:18
**chestnut** 2:4,5
**china** 50:13
**chinese** 17:16 18:3
42:16 139:11
**chromatography**
42:10
**circumstances**
151:9
**city** 97:9
**claim** 41:7 56:25
78:19 132:11
135:20 145:18
155:7,9 183:1
193:8

**claimed** 118:25
**claims** 14:14 30:22
56:11 58:1,2 88:5
96:22 118:18
**clarification** 82:13
167:10
**clarified** 50:20
55:10 154:20
165:2 202:7
**clarify** 7:15,15
57:8 65:2 72:4
76:12 84:17 85:2
149:14 182:23
197:7
**class** 5:11
**classification**
171:18
**clean** 114:7
**cleaning** 112:5
**clear** 19:9,11
22:15 27:19 49:16
57:16 79:12
109:16 133:11
**cleveland** 2:11
**client** 10:3 11:8
37:11 101:7 102:9
102:15 104:25
105:5 112:22
**client's** 10:3
**clients** 31:9 52:2
100:2,21 101:2
106:20
**close** 38:4 109:11
180:24
**clue** 77:23 78:4
191:12
**coa** 17:10,12 21:13
24:20,20,22 32:25
41:3 139:6 140:13
140:16 141:1
152:17 156:8

174:24 176:7
**coas** 146:25
157:18 175:12
176:6 178:23
**coated** 105:24
**cold** 55:21
**college** 98:23
**collegiate** 97:11
**column** 142:21
**come** 23:16 71:14
84:24 86:5 88:12
95:12 119:13
129:23 184:17
186:14
**comes** 143:3 167:3
168:10
**coming** 18:24
35:25 40:7 50:11
55:21 119:17
142:8 167:1,2
176:8 178:24
**comment** 58:7
**comments** 29:15
**commercial** 186:9
**commission**
149:23 204:17
**committee** 72:13
103:21 104:2,3
**committees** 72:9
72:10 81:7,11,17
103:18,19
**common** 34:17
35:8 50:1
**communicate** 9:25
10:12 89:23 90:12
**communicated**
200:4
**communicating**
9:9,16
**communication**
10:15 11:17 89:25

93:17 95:3
**communications**
10:21 11:14,18,22
93:21 94:10,18
95:21,23 123:25
178:14
**companies** 79:3
99:17,21,23
105:18 150:24
**company** 1:11
6:12,16 13:21
15:15 17:21 18:1
19:15 22:20,21
23:8,14 46:18
66:24 77:2 79:5,5
79:7 83:22 99:5,9
101:17 102:12
105:1 106:11
107:4 109:6,20
110:6 117:8,16
123:18 127:1
135:4 139:23
141:14 155:24
156:3 165:16
166:2,8,8,23,25
169:2,3,6,10
170:12 177:6
181:4,16,18 182:5
198:3 202:14
**compare** 193:25
**compared** 65:23
**comparison**
193:25
**compensation**
109:5,9,15,21,23
**competitive**
158:15,16
**complaint** 93:25
**complete** 120:14
205:8 208:8

**completed** 98:6
120:15,20 129:22
206:17
**complex** 103:16
124:23
**compliance** 81:24
154:22 155:19
156:5 157:1,9,13
157:14,23 158:20
159:24 169:14
**complicated** 20:22
**comply** 92:6
**component** 174:21
174:22 176:1
178:8
**composition**
174:18
**compound** 26:5
28:2,17 29:8
**compounds** 52:25
**computer** 113:14
205:10
**concept** 58:6
**concerned** 185:7
**concluded** 203:5
**conditions** 28:19
30:15,19 32:1
195:1 196:18
**confidential** 100:3
198:11,13
**confirm** 23:18
74:12 80:13
113:19 122:11
153:20 163:15
196:21,22
**confused** 56:18
152:14 166:22
177:1 179:11
**confusing** 48:20
**connected** 205:15

**connection** 53:3
200:12
**consider** 25:11
37:22 38:5
**consist** 25:2 93:21
111:23 119:9
124:4 163:10
**consisted** 105:16
145:11 169:17
**consistency**
137:22
**consistent** 161:3
**consists** 144:2
**constantly** 81:2
**consult** 28:21
201:1
**consultant** 15:15
55:7 99:8 109:6
158:8 170:16
183:20,23
**consultants** 159:9
**consulted** 81:21
99:20 104:25
105:12 128:24
**consulting** 3:15
18:17 19:15,21
29:5,25 30:2,4
35:1 91:17,19
99:6,11,13 101:4,9
105:10,15 106:16
106:17 107:5
108:11 109:7
110:1 135:13
201:6 202:10
**consumer** 30:23
147:12 149:18
150:1,4,4,8,9,11
150:18 151:14
157:21 187:4
192:18 193:11

**consumers** 149:21
150:14
**consuming** 6:14
**contact** 5:17,21
10:2 11:2 76:6
**contacted** 200:16
**contacts** 66:6
**contained** 147:3
**container** 35:25
39:10
**contains** 38:13
147:23 148:1
**context** 7:22 56:7
**contexts** 7:21
**continuation**
163:20 164:23
**continue** 24:6
60:13 69:16,20,21
114:22 115:8
124:2 165:12
**continues** 63:5
164:24 165:1
**continuing** 65:21
115:6
**contract** 22:22
23:3 101:19
106:19 107:6,16
108:16 169:11,12
169:16 181:3
**contractor** 51:24
**contracts** 8:21 9:1
**contractual** 8:24
**contribution** 51:6
89:17
**control** 29:3 30:15
35:23 36:12 71:19
125:23 126:1,6,10
127:1,23 128:3,3,4
128:10,21 129:6
130:18 161:1,19
162:3 167:12

169:8 171:8
185:22
**controlled** 30:18
35:25 50:17
105:23 127:4
**controlling** 128:7
**controls** 30:11
159:5,24 176:13
**conversation** 96:4
96:8
**conversations**
96:13
**converted** 143:24
**cool** 185:12
**copies** 24:3 94:7
114:18 197:23
199:15 206:14
**copy** 92:7 112:20
113:4 114:16
163:8,9,11 171:19
**cori** 1:4
**corporations**
109:2
**correct** 5:23 7:24
10:23 11:13 15:10
15:11 16:1,8
17:11 19:16,23
21:15 23:5,9,22,23
28:13 41:1 42:25
43:12 50:21 57:23
67:7 70:10 72:7
73:2 82:2 85:20
100:7 102:13
109:19,22 111:5,8
116:12 118:9
120:5,24 122:17
135:20,21 137:24
143:1,6 145:22
146:10 147:5
151:16 152:19
153:4 155:15

[correct - degrade]

156:5 157:5
158:23 159:16
160:24 161:13,20
167:6,8 168:1
170:4 172:18,19
177:23 179:7,18
208:8
**corrected**  178:3
178:16 180:5
**corrections**  208:6
**corrective**  131:6
131:14 133:25
**correctly**  15:10
36:7 50:3 51:17
63:12,17 64:3
65:9 92:25 117:19
124:19 126:25
129:19 164:11
167:17 168:21
186:18 187:3
**cost**  102:8,11,12
**counsel**  5:10,11,11
24:13 32:3 59:4
59:20 60:7 95:22
180:10 200:3
205:13,15 206:14
**counselor**  59:4
**country**  26:25
103:25 143:3
**county**  204:3
**couple**  72:4 96:8
107:17 123:21
143:5 152:3 170:7
171:22 177:15
180:24 181:15,16
188:19 200:13
**course**  91:17,19
165:8
**courses**  97:21,23
97:24 98:6 162:15
162:16

**court**  1:1,22 8:4,9
12:14 17:22 18:2
18:4,19,23 19:3
21:7 26:8,11,15
29:9,19,22 31:22
33:16,21 34:2
36:22 37:1 39:20
39:23 41:21,24
42:12,14,16 44:22
45:2 49:8 68:3
69:18 74:20,24
79:22 83:24 84:1
88:21 102:20
113:15 118:15,20
118:22 132:2
134:8,11,17
141:23 146:18
148:16,20 149:1
153:5,7,10 164:20
176:17,19,23
183:17 188:8
201:1,6 204:5,13
205:3,19
**court's**  201:18
**cover**  94:17
**covered**  196:22
**crazy**  173:19
**create**  47:13,15
78:17 121:21
140:13 156:8
160:4,7 174:13
175:1 178:24
**created**  46:12,20
63:6 103:6 120:5
132:8,10 173:4
175:8
**creates**  104:8
155:25
**creating**  157:18
160:14

**criticism**  158:8,11
**cross**  3:5 202:2
**cs**  206:15
**ct**  1:9 2:8 3:13,15
4:6 16:23 22:23
23:3,11,13 31:9
69:10,11 105:5
108:8
**ctl**  51:23
**curabile**  100:16
**current**  5:15,17
81:1 99:3 108:4
120:12
**currently**  169:2
**curve**  195:4
**cut**  49:18 65:19
87:16
**cv**  1:3
**cycle**  38:15
**cynthia**  73:17
74:12 75:5,12
180:3

**d**

**d**  1:10 3:1 4:1
17:25 102:21
119:7 121:4 122:9
**d3**  37:16
**daboll**  2:10
**daily**  71:13 125:7
167:19
**darn**  133:23
**date**  61:23,25
116:23 185:4,11
188:25 189:8,9,14
189:16 207:24
208:12
**dated**  108:10
205:16
**dating**  28:10
189:13,24 190:3

**daughter**  30:16
**dave**  11:11 73:12
**david**  11:12,14
52:9 96:1
**day**  71:13 84:24
102:5,5 110:4
125:8,18 173:1
204:9 205:16
208:15
**days**  47:6 84:25
206:17
**deal**  66:4 92:7
**dealing**  124:5
**decide**  73:15
133:22
**decided**  47:2
61:24 62:1,4
105:8
**declare**  208:4
**declaring**  27:16
152:16
**deemed**  208:6
**deep**  16:20
**defendants**  1:12
4:5 53:19 202:6
**deficiencies**
186:11
**deficient**  182:25
184:9
**define**  114:5
**defines**  114:7,7,8,9
114:10
**degradation**  36:4
38:22 186:3,25
187:10,24 190:7
196:2,12
**degradations**
187:22
**degrade**  28:17
34:13,14 196:6

**degraded** 190:5
**degrades** 27:25
   28:8
**degrading** 28:12
**degree** 97:8
**degrees** 28:6 97:5
   196:13,13
**delay** 8:3
**delayed** 105:23
**delete** 16:21
**deleted** 93:12
**delivering** 144:18
   144:20
**delivery** 35:24
**department** 3:23
   70:21 71:1 78:13
   78:13 129:2,10,11
   138:11,12 160:24
   177:3
**departments**
   115:22
**depended** 70:23
**depending** 41:10
   129:25 145:15
   185:10 189:23
**depends** 27:15
   40:11 42:7 88:21
   101:7 144:15
   149:4 188:25
**depicting** 163:12
**deponent** 206:13
   208:3
**deposed** 6:2,6,11
   7:18 14:18
**deposing** 206:13
**deposition** 1:18,24
   3:11 7:18,22 8:3
   10:4,7 11:5,5
   12:16 14:24 23:6
   23:25 24:14 52:6
   60:14 61:16,19

96:9,10 107:25
   180:24 198:23
   203:5 205:1,5,9
**depositions** 14:17
**derives** 39:18
**describe** 25:3
   170:11
**described** 110:24
   185:10
**description** 3:10
   4:3
**desiccant** 39:11
**design** 120:11
**designated** 59:10
   59:12
**destroyed** 143:25
**determine** 102:14
   187:22
**develop** 199:14
**developed** 101:21
**developing** 102:7
   103:22
**development**
   116:11
**devices** 99:15
**dextro** 168:23
**dictates** 136:19
**dietary** 48:15,18
   48:18,22 97:17
   98:7,8 99:20
   106:2,4 126:1
   157:22 172:16
   174:19 175:4
   176:13
**difference** 44:10
   80:6 110:3 135:22
   136:4,9,14 150:21
   184:21
**differences** 150:15
**different** 11:3 20:2
   25:17 35:14 38:9

48:11 80:21 81:7
   83:21 84:3 87:24
   95:6 101:5,17
   104:1 106:6,8
   109:21 115:20,22
   117:20 118:1,2,6,9
   118:24 121:24
   122:6 138:3
   150:23,24 152:10
   164:4,16 191:1
**difficult** 26:1,3
   58:10 173:21
**dig** 113:10
**dioxide** 34:16
**direct** 3:4 5:6 16:4
   16:6 32:13 60:16
   61:4 80:16 113:24
   116:10 119:6,25
   123:8 135:11
   142:10
**directly** 10:5
   75:20,23 138:7,9
   171:9
**disagree** 59:14
   175:4 179:15
**disassociate**
   143:22
**disaster** 127:5
**disclose** 6:8
**disclosed** 55:16
**disclosure** 3:14
   54:12 55:15 58:18
   90:11
**disclosures** 3:25
   90:21
**discontinue**
   181:19
**discontinuing**
   181:21
**discuss** 135:24

**discussed** 135:22
**discussion** 52:14
   151:21 163:17
   202:1
**dispute** 179:8,15
**disputed** 179:17
**disputing** 179:6
**distributor** 140:13
   141:12,18,19,20
   142:8
**distributors**
   141:10
**district** 1:1,1
**disulfate** 27:5,21
   27:24,24 30:3
   142:22 146:14
   147:1,15 161:18
   162:2 187:18
   191:10 192:7,9
   194:2,13 195:22
**disulfide** 143:20
**dive** 70:8
**division** 1:2
**doc** 14:23 33:14
   42:6 134:4,14
   188:1
**docs** 198:1
**doctor** 32:5 53:21
   58:10 142:6
   150:19 153:11
   197:19 198:15
   199:3 201:21
   202:4,23 203:3
**document** 12:11
   12:20 13:1,11
   17:7 53:10 54:6
   54:13,15,18,21
   58:21 59:5 60:17
   60:19,24 63:5
   79:17 80:17 89:9
   89:10,15,18,24

116:16 118:7
131:5 139:16,17
196:24 197:14
199:18 200:1,6
**documentation**
58:5 67:2 84:9
197:22
**documentations**
78:8
**documents**  4:5
17:6 21:16,24
22:1 24:2,7,13
53:3,5,6 63:9 68:6
84:23 91:4,12,18
92:20 114:13,16
114:23 116:6,8
119:3 140:1 165:3
198:10 200:11
**doing**  10:7 14:3
22:24 29:13 35:14
41:5 43:7,11 55:7
63:2 64:1 65:9
70:6,7,22,22 71:7
77:19 78:6 80:5
80:10 81:12,15
82:8,9 92:9 102:4
104:11,17,22
121:8 125:2,3,18
129:13 135:4
150:25 157:18
158:1 176:2
177:16 178:21,23
184:2,22
**dollar**  1:11
**door**  31:7,11
157:17 176:8
**doral**  77:2
**dosage**  38:10 40:6
118:1
**double**  194:19,21

**doubt**  93:16
**dow**  100:12
**downstream**
166:6
**dr**  1:18 3:3 5:2,8
8:11 9:19 12:11
12:20 21:10 24:12
29:13 40:1 49:15
50:18 53:9 54:6
60:13 61:4,5
65:22 67:4 85:23
89:9 95:16 97:1
107:20 113:19
118:21,22 134:18
142:21 144:2
146:20 148:18,23
163:25 165:2,5
168:16 180:22
197:17 200:9,20
204:7 205:5
**draft**  89:10,11,15
**drafting**  73:9
**drive**  5:16 43:9
110:19
**drives**  41:8 72:14
**drove**  170:19
**drug**  3:23 26:22
41:9 46:18,23
47:1,3,16 50:14
72:22 78:9 79:3
**drugs**  46:17
**dry**  185:12
**duces**  3:12
**due**  60:5
**dug**  91:8
**duly**  5:3 85:9
204:8

**e**

**e**  3:1 4:1 14:7
16:23 17:2,9,10,11
17:12,25 18:6,12

20:2 21:4,11,11,13
21:13,22,23 22:1
24:19 25:12,25
26:5,17 27:4,5,8,9
27:14,20,21,21
28:13,15,22 30:3
33:8 34:8,13,14,18
35:2,9,22,23 36:11
36:16 37:16 38:6
38:7,8 39:4 44:7,8
45:9 46:2 50:7,10
52:24,25 53:2
56:17 61:22,24
62:1,5,13,20 63:7
63:19 64:7,10,14
64:17 65:3,4
83:25 85:19,24
87:9,24 88:5,7
91:21 92:13,20,24
93:4,5,10,14,17,25
94:3,12,19,23
96:17 98:15,15,17
102:21,21,21,22
103:14 104:25
105:6,12,13,15
106:10 116:14
117:22,23 119:1
119:22,24 121:6,8
121:12,14 122:12
125:16 126:7
133:3 135:12,14
135:23,23,23
136:3,9,9 138:24
143:2,5,15,25
144:7,10,15 145:5
146:25 147:16,23
148:12 150:4,9,10
150:16,16,20
151:6 152:25
153:1,2 154:1,2,3
154:16 156:13

157:8 161:25
162:3,4,6 168:24
175:18,22,25
182:24 183:4,5
184:9,16,23 185:9
185:15,19 186:4,4
186:10,18,25
187:5,10,12,17
191:22 192:2,5,14
193:7 194:15,16
195:15,20 196:9
196:12 197:8
207:3,3,3
**earlier**  19:14
46:11 52:8 85:20
88:16 111:24
116:17 120:4
122:10 127:20
135:15,22 139:24
142:25
**early**  46:15 97:24
**easier**  137:6
**easily**  140:22
**easy**  59:1,4 113:9
137:6
**eat**  88:19
**economics**  102:13
**edephlomine**
143:22
**educate**  149:25
**educated**  20:19
150:11
**education**  97:3,5
98:14
**educational**  97:2
97:10,16 98:5
**effect**  201:20
**effectively**  23:8
**efficient**  124:11,13
**effort**  8:1,6

**eight** 171:14 192:24,25
**eighties** 97:25
**either** 125:16 153:21 190:4,19 190:21,22 192:6
**else's** 20:18
**eluded** 95:20 135:15 153:21
**email** 5:19,24 24:8 95:2
**emails** 16:21 21:4 21:11 24:17 93:10 93:13,13,22,24 94:5 171:9 200:14
**employee** 51:23 205:13,14
**employees** 166:4,7 166:10
**employer** 98:1,3
**employment** 99:3
**ended** 110:19
**ensure** 162:3 176:13
**entail** 35:20
**entails** 35:22
**enteric** 105:24
**entire** 13:10 117:17 130:3 198:3 200:9
**entitled** 59:22
**equates** 154:17
**equipment** 105:9
**eric** 1:5
**errata** 3:6 206:11 206:13,17
**errors** 43:12
**es** 94:24
**especially** 77:20 184:23,25 185:14

**esq** 206:1
**esquire** 2:3,9,16
**establish** 172:15 177:25
**estimate** 146:3,25 147:2
**et** 8:21 15:17 61:9 72:24 97:14,14 98:1,1,22 124:14 159:5 171:9,9
**eurofins** 83:15,24 83:25
**evaporate** 38:20
**eventually** 132:18
**everybody** 26:18 27:14 50:2 88:25
**everyday** 7:20
**evidence** 96:21
**exact** 29:12 52:11 69:24
**exactly** 41:11 58:11,12 66:13 74:1 114:6 136:19 180:14 193:19
**examination** 3:4,5 5:6 202:2
**examined** 5:4
**example** 30:12,13 46:11 56:17 76:5 102:4 145:10 166:15
**excel** 137:4,7,8,14 138:2
**excess** 145:14
**excipient** 103:21 103:22
**excipients** 34:10 34:11,17 103:24 104:9
**excuse** 48:16 100:25 102:19

140:25
**exhibit** 3:11,13,15 3:17,19,21,23,25 4:4 12:15,17 16:7 54:3,9 60:25 107:24 108:1 110:24,25 139:19 139:20 142:14 163:22,22 164:25 164:25 171:25 172:2 188:6,16 199:20,21
**exhibits** 3:9 4:2 164:21
**exist** 46:17
**exit** 171:4
**expect** 185:16
**expectation** 149:18
**expected** 65:22
**expensive** 105:8
**experience** 30:17 77:19
**expert** 3:13,25 6:15 14:19 15:9 50:20 54:12 55:11 55:14,24 56:2,14 56:21 57:15 58:3 58:22 59:10,12,18 61:6 77:6,7 90:11 90:15,21
**experts** 78:20 201:19
**expiration** 185:4 185:11 189:16
**expires** 204:17
**explain** 107:18 121:16 125:20 136:4 154:10 181:13

**explained** 28:24 31:9,12 66:15 105:7 139:5 141:22 150:21 160:9
**extended** 108:18 109:9,20 181:2
**extension** 108:21 109:10 161:15,17
**extensive** 112:6
**extent** 14:10 57:13 58:8 108:15 110:6 112:19 156:3
**extra** 8:6 111:7
**extracts** 105:22
**extremely** 26:5 28:8 38:17 97:20

|  f  |
|---|

**f** 2:11 83:25
**facilities** 112:4 120:13,21
**facility** 15:18 30:8 31:19 36:1,12 44:13,14,16 70:10 86:9,11 111:19 120:2,7,9,10,10,22 120:23,25 122:19 122:23,24,25 123:3,4,5 127:6,11 133:4
**fact** 28:2 29:7 55:6 87:22
**factory** 28:5
**facts** 41:9,9 90:8 144:16 147:20 149:9,14,16,19 151:8 194:5,6 195:16,18,20
**fahrenheit** 28:6
**fail** 28:11 88:2

failing  87:5
fails  206:19
fair  15:24 56:8
  57:3 62:12 76:13
  76:18 84:21 90:7
  152:24 178:16
  179:19 202:10
fairly  103:12
faith  186:9
fall  92:17 146:6
  190:11
familiar  11:1
  14:13 31:5 54:17
  56:13 66:9 75:22
  78:23 137:10
  140:8 171:11
  199:25
family  30:17
famous  103:12
fantastic  33:22
far  11:25 14:6,6
  19:18 22:2,18
  33:8 35:19 38:25
  45:23 49:18 61:20
  70:15 85:19 97:25
  107:13 125:22
  137:18 138:5,19
  162:15 179:3
  185:6
farthest  196:7
fast  28:8,12 36:2
  39:7
faster  71:16
fda  15:19,20,21
  59:3 64:2 65:23
  65:25 66:4,5,23
  67:6 72:4,7,8,10
  72:13 73:18 74:17
  75:6 77:5,10 78:8
  78:10,18 79:4,6
  80:21 81:2,4,22

83:7 88:12 97:24
104:6,7 108:19
110:15 112:23
120:12,20,22,23
123:5,19,24,25
124:5,5 149:22
158:8,19 170:8,11
170:14,22 171:6,8
171:11 172:20,23
173:6 174:2 175:3
177:11 178:14
179:16 183:20,23
fda's  134:22
federal  149:23
fee  109:7 111:7,20
  182:16,16,17
feedback  188:2
feel  51:7,8 100:3
  143:12 198:24
field  56:22
figure  125:3
figured  70:20
file  17:1 24:3
  63:12 78:8 84:13
  113:6,12 117:1
  124:18 130:6
  131:19 160:21
  171:19 198:4,12
  200:9
filed  58:22 127:13
files  21:19 53:6
  68:18 113:11,20
  160:17 175:17,23
fill  36:7 39:4 48:3
  48:4 130:3 131:11
  131:18 136:15
filled  49:6,9
  135:14 154:6
  167:25
filler  35:8,8

fillers  34:11
filling  39:1 129:19
find  16:20,23
  21:19,20 28:11
  45:13 93:8 113:9
  113:10 127:8
  128:19 131:12,13
  171:20 186:22
fine  8:12 12:7 15:5
  29:13 49:24 51:21
  53:22 59:21 63:12
  67:23 72:25 76:10
  89:4 90:24 121:10
  121:13 178:25
  184:2
finish  89:1
finished  42:23
  43:16,19,21 45:9
  62:19 86:4 155:1
  155:3 167:13
  172:16 178:1
finoctase  143:19
firm  9:24 10:3,21
  10:25 11:2,23
first  5:3 7:8 10:22
  41:6 52:6 61:10
  70:5 74:25 104:4
  132:18 133:17
  177:8,19 187:4,12
  190:5
firsthand  43:15
firstly  170:10
fishon  1:5
fit  78:16 176:2
five  60:7 89:3,5
  103:6 104:21
  180:16,19
fix  65:8 67:15 87:6
  113:14 116:23
  123:20 131:11,14
  131:20 179:22

fixed  82:18
fixing  123:7
florida  1:1,23 2:12
  5:16 204:2,6,14
flour  35:7
flush  152:3
fmc  100:14
follow  6:10 15:21
  16:5 21:1 38:4
  43:3,10 49:21
  66:18 70:15 78:21
  83:11 98:13 119:5
  123:22 124:16
  133:6,12 137:21
  151:21 153:18
  177:11 201:4,18
followed  81:25
  124:14 177:12
following  43:4
  63:21 95:15
follows  5:5
food  3:23 84:3
  88:19
foods  187:6
force  102:8
foregoing  205:7
  208:5
forget  77:19 79:15
forgive  151:3
  153:22
form  8:18 9:4,10
  9:18 10:1,13
  11:24 13:9 14:1
  14:15 15:25 18:13
  19:24 20:3,10
  22:10 25:13 27:7
  28:14,23 29:11
  30:7,25 31:1 32:2
  32:4,20 33:12
  35:3 37:24 38:10
  39:17 40:19 41:4

| | | | g |
|---|---|---|---|

41:20 42:5,24
43:5,17 45:10,16
46:7 49:13,19
50:23 51:10 55:2
55:12 56:1,15
57:18 58:17 60:2
60:2 61:12 62:15
64:8 66:2 68:2,11
70:11 71:2 73:19
76:1,15 82:3,7
84:11,22 85:15
86:3,18,25 87:11
88:6 89:19 90:14
90:22 91:20 92:15
92:21,22 94:20
95:4 96:14 98:16
100:24 104:16
106:21 107:7
108:17 111:12
112:1,1,8,14
114:14 115:18
116:1 117:2,10
118:4,19 121:1
122:5,16 125:10
126:9 127:2,24
129:3,7 130:4,13
130:15 131:18
132:12 134:3,24
135:6,7 136:1,11
136:17 137:11,23
138:3 139:3,13
140:10 143:7
144:4,13,24 145:3
146:4 147:4,18
148:6,14 149:15
149:20 150:6,7,17
151:10,17 152:13
153:3 154:7,8
155:5,14,21 156:6
156:14 157:4,10
157:24 158:10

160:2,23 161:10
161:21 162:5
164:18 165:11,17
166:11 167:15
168:7 172:22
175:5 176:9,16,20
178:5,7 179:9,23
180:6 181:6 182:3
183:2,22 184:13
185:8 186:6
187:19 196:25
202:18
**format** 92:5
137:12 199:9
**forming** 81:11
137:5
**forms** 49:4,5,6,8
83:2,8 92:8
144:17 150:23
**formula** 39:16,18
41:6 102:7 200:14
**formulas** 116:23
118:13,17
**formulated** 105:20
169:7
**formulation** 17:2
21:11 24:19,19,21
25:2,4,5,10,20
32:14,22 34:7,12
34:19,23 35:6
40:4,13,14 41:16
43:3 51:15 97:14
97:22 99:14,16
102:5 106:1,2
116:11,13,16,20
116:21 117:22
118:6,10,24
135:17,18 136:19
136:22 154:12,17
**formulations**
25:18 101:22,23

101:25 105:25
117:21,21 137:16
**forth** 135:18
**forward** 22:15
24:8 153:13 178:3
198:4,6
**forwarded** 11:5
**found** 13:22 17:1,8
17:12 21:4,17
22:6 91:8 93:10
173:12 186:10
192:13
**fountain** 2:17
**four** 44:12 69:25
70:3 104:21,21
196:16
**fourth** 4:4
**fox** 75:21,22,22,25
76:13,19,25 77:1
**frame** 16:22 52:12
62:20,25 63:16,25
64:3,16,19,24
67:17
**free** 59:20
**friedman** 2:17
**front** 12:12 16:7
60:17 81:1 140:19
142:11 145:16
147:21,22 149:8
149:13 192:4
193:16 194:3
**ftc** 149:22 193:15
**fuds** 77:20
**full** 152:4 163:12
**fully** 39:3
**function** 129:20
166:14
**functional** 80:2
139:8
**further** 202:20
203:2 205:12

**g** 17:25,25
**gained** 202:11
**game** 67:10
**gelatin** 38:12
**general** 16:24
63:17,18,23 64:5
91:23,24 94:2
97:18 105:17,20
111:22 125:5
159:13 165:6,25
186:5 197:4
202:12
**generally** 91:25
106:3
**generated** 200:12
**generation** 120:2
**gesticulations** 7:20
**getting** 44:22 78:6
147:13,15 168:21
178:11 183:5
193:12
**gg246052** 204:16
**gi** 143:25
**ginsberg** 1:4 206:4
207:1 208:1
**give** 6:9 7:10 12:21
30:12 33:14 56:20
66:12,19 67:15
79:6 82:12 134:4
152:3 158:22
165:24 167:22,23
181:20 183:24
184:20 188:22
189:23 191:3
**given** 131:8 144:1
208:9
**gives** 143:14
**giving** 96:10 102:8
177:17

**glanced**  70:7
**global**  103:23,25
**gmail.com.**  5:20
**gmax**  1:9
**gmp**  80:19,20,24
**go**  6:10,17 14:25
16:5,19 17:18
20:15,17,17,23
25:6 26:12,15
29:16 32:5 33:5
34:11 42:6 43:10
55:5 60:23 66:7
71:15 74:25 80:1
86:24 88:16 89:2
97:3 104:10
110:10,14,22,25
113:2,10 128:14
128:19,20 129:12
130:7,24 132:24
133:22 135:19
142:6,13,14
146:20 148:8
150:19 159:19
160:19,24 163:25
164:1 166:4,5
167:2 168:16
169:25,25 171:20
172:10 173:3,8,9
176:25 179:22
183:19 186:14
187:5 188:4,5,14
189:9 191:3
192:25 196:6,7
201:3 202:9
**god**  110:20 112:9
**goes**  31:7 37:6,7
38:15,19 78:4
145:2 150:20
160:21 173:6
187:6

**going**  7:4,5,11,12
8:4 14:23 17:22
21:1 22:15 24:24
29:17 30:22 31:17
31:19 32:7 33:19
33:20 34:4,6 40:4
41:2,7 44:24
47:23 50:16 52:4
54:9,10,14,25 55:3
55:20 56:13 58:15
58:23 59:6 60:13
61:19 63:14 67:13
71:22,23 78:19
81:6,13 88:18,22
89:25 96:5,10,10
100:17 101:8
110:18 113:3,9,10
119:5 120:19
121:20 125:1
129:13,21 130:25
131:10 134:11
139:16 146:9
150:10 152:12
153:22 164:1
178:3,16 180:12
181:18 182:11
183:10 186:19
191:13 197:13
200:25
**goldhamer**  2:4
**good**  3:19,21 5:8,9
8:11 18:5 28:16
28:18 30:12 31:3
37:21 39:2,3
49:22 50:13 62:19
63:22 67:23 69:3
69:5 70:7 77:24
80:8 86:5 87:3,4
88:24 100:9
124:21 127:21
130:4 146:15

157:12 160:6
173:25 177:9,21
188:15 193:18
194:25 195:8
**goodness**  13:6
17:4,15 44:5 54:7
62:2 69:17 70:4
95:24 96:15 99:13
105:19 111:25
113:5,6 120:16
121:7 144:25
162:25 187:16
**goods**  102:9,11
**gotten**  68:6 177:8
**government**  47:1
**graifman**  2:4
**great**  8:13 14:21
95:13
**green**  119:17
**group**  9:12
**groups**  27:24
**guess**  9:11 20:19
24:9 33:9 38:17
38:21 43:9 51:25
63:15 74:1,2
78:15 93:17 104:2
113:7 120:17
133:6,10,21
141:11 157:7
165:20 166:22
174:16 178:22
179:5 181:22,25
194:16
**guidance**  65:24,25
66:3 80:21 81:4,9
**guidances**  81:3,14
81:15,22 82:2
**guidelines**  80:19
80:20
**guy**  73:10,12,13
80:4 83:9 140:1

197:11
**guy's**  47:11,24
**guys**  48:1 72:21
73:14 74:20,20,21
77:19 78:18 80:7
80:8 84:7 87:17
89:3 100:12 103:7

### h

**h**  17:25,25 207:3
**hand**  204:9
**handling**  112:6
**hang**  12:23 100:4
**happen**  133:17,19
133:25
**happened**  11:9
52:9 63:2,2 64:18
96:2 119:15
131:13,17 132:24
174:6 187:20
**happening**  46:14
**happens**  38:18
80:24 126:15
**hard**  38:8 62:20
127:8
**head**  7:19 114:19
162:22 163:1,2
170:21
**health**  1:9 2:8 3:13
3:15,23 4:6 16:24
22:23 23:3,11,13
31:9 69:10,11
100:15 105:5
108:8
**healthy**  1:10
**hear**  9:20 15:10
19:7 22:12 45:14
46:21,21 100:7
176:23 201:5,16
**heard**  52:6,8 62:7
126:24 127:22
141:14

**heat** 28:16 37:8,13 38:12,15 185:19 190:6
**heck** 59:6
**held** 132:23
**help** 15:19,19 17:2 17:23 19:3 31:10 33:25 34:13,14 36:11 43:12 51:20 71:6,16 73:1 77:15 82:24 92:3 99:16 110:4,16 116:22 123:2,17 130:24 170:16 172:8
**helped** 15:16 51:12,14 75:12 199:14
**helpful** 10:18 65:19 134:6
**helping** 92:1 120:11 173:18
**herbal** 105:21,21 105:22
**herbs** 100:19
**hereto** 208:7
**hey** 134:4
**high** 38:17 42:10 42:13 176:1
**higher** 97:5
**highest** 173:22
**hire** 50:25
**hired** 76:13 92:1
**historically** 50:10
**history** 27:9 160:8 160:12
**hit** 82:16 123:19 193:9
**hmm** 93:11 111:2 121:2 124:1 142:23 152:9

**hoc** 182:15
**hold** 26:9,9 29:9 31:22 36:22,23 74:20 87:5 118:15 129:5 132:2 133:22 168:4 177:21 183:17
**homosassa** 43:8
**honest** 24:17 179:20
**honestly** 45:17
**hood** 1:5
**hopefully** 14:24
**horribly** 103:4
**hour** 7:9 43:9 110:19
**hourly** 123:13,15 123:16
**hours** 84:24
**hplc** 42:9 46:4 145:20 186:19
**hpmc** 38:13
**huge** 47:10
**human** 3:23
**humidity** 28:7 190:9 196:14
**hundred** 117:14 154:13 191:2 193:5
**hundreds** 117:12 117:13
**hybrid** 3:13 54:11 54:23,25 55:4 61:6,14 90:1 96:11

**i**

**idea** 14:16 53:23 55:5 59:5 68:24 73:20 110:16 124:16,20 141:24 166:3

**identification** 12:18 54:4 108:2 139:21 163:23 172:3 188:17 199:22
**identify** 141:6 142:4
**identity** 174:18
**imagine** 89:20 105:21 106:1 110:21
**immediate** 113:21
**implement** 66:18 72:17 176:12
**implementation** 70:15,16 122:20
**implemented** 83:10 137:17
**imply** 148:12 149:25
**important** 57:2 177:18
**impossible** 72:23 184:4
**include** 151:23
**included** 40:17 41:16
**including** 63:6 175:18 200:10
**inclusive** 205:8
**incorrect** 56:25 152:12
**incorrectly** 133:12
**increase** 188:5
**independent** 79:5 104:6 166:13
**indicate** 184:10
**indicated** 56:12 152:22,23
**indicates** 168:3

**indication** 152:24 167:23,24 168:5
**indirectly** 76:7
**individual** 75:21 75:24
**individuals** 166:3
**induction** 36:20 37:5,10
**indulge** 52:19 201:17
**indulgence** 15:1
**industries** 47:18
**industry** 20:13 26:22 37:2 46:13 56:4 72:15,16 77:14,20 98:15,23 99:1 104:9 119:11 121:19 122:1
**inform** 90:8
**information** 5:18 5:21 6:8 11:4 13:19 78:17 90:5 198:7
**informed** 67:19 96:9 181:18 182:23 183:4
**ingredient** 35:20
**ingredients** 25:21 25:22 32:15 33:9 33:10,11 34:8,25 104:10
**initial** 109:17 123:11
**injury** 6:14
**innocuous** 24:17
**input** 73:3,5,9 75:14
**inside** 38:21,22 40:9 47:15 77:9
**inspected** 120:22 120:23

**inspection** 78:3 88:12 120:20 170:8,14 178:19
**inspections** 125:16
**inspector** 178:15
**inspire** 1:10
**institute** 97:12,19
**insult** 15:3
**intelligence** 15:3
**intentions** 57:9
**interaction** 171:6
**interested** 106:8
**interesting** 35:4 103:19
**internal** 92:8 112:20,21 113:4 159:4 174:25 175:1,8
**internally** 31:10 155:16
**interrupt** 59:24 60:4
**interrupting** 44:24 60:4,6
**interview** 171:4
**intestinal** 143:21
**intravenous** 144:1
**inventory** 128:13
**investigate** 132:19 132:24 133:20
**investigation** 133:19
**invoice** 5:23 200:23
**involved** 10:5 35:23 77:23 90:4 124:6 165:21 170:9 186:20
**involving** 6:12
**ion** 143:5,16,24,25 144:7,11 147:16

148:12 150:16 153:1 154:16 162:1,4 191:10,22 192:2 194:15,17 194:18 196:9,12
**ipec** 103:24
**isomer** 143:10,12 143:13,18 144:2 145:1,7,8,11,12,15 145:23 146:11 147:3,17,23 148:1 148:13 149:5 150:15 151:7,7,15 151:16 152:7,11 153:1 154:3,5,15 161:7
**issue** 78:12 116:19 126:19 127:7 138:8 184:15
**issued** 132:8 171:1
**issues** 21:2 65:3 71:14 119:13 158:25 159:14 178:15

**j**

**j** 17:25
**january** 1:15 61:23 172:17 204:8,10 205:6,16 206:3
**jay** 2:3 5:10 41:23 58:18 59:24 88:15 142:14 191:7
**jbrody** 2:3
**jdalegal.com** 2:10
**jell** 26:22 94:23,24 105:24
**jells** 38:8 105:24
**jia** 140:14
**jiaherb** 140:5,6,9 140:12,12,22

**jincheng** 3:17 17:20 19:12
**job** 70:8 79:18 166:14,14
**jobs** 58:12
**johnson** 2:10 11:11,12,15 73:12
**jolly** 1:11
**journal** 187:9
**jrs** 100:14
**judgments** 55:18
**july** 108:12 109:17
**june** 108:10

**k**

**kalyn** 1:4
**kansas** 97:9
**kantrowitz** 2:4
**keep** 26:20 29:1 30:18 36:13 39:7 39:10 44:24 67:19 71:25 100:17 123:18 126:13,17 126:17 128:13 131:20
**kept** 24:3,4 127:12
**kgglaw.com** 2:3
**khakiware** 1:11
**kim** 163:1,1
**kind** 27:17 37:9 51:11,12,21 58:8 58:10 71:23 73:5 78:24 90:1 92:10 93:16 94:1 117:6 121:10 124:22 135:9 146:6 174:23 180:13
**kinds** 48:22 62:7 64:22
**kitzler** 163:1,2
**kmw** 1:3

**knew** 31:17,18 39:7 57:1 73:21 73:22,22,24 94:23
**know** 7:4,6,17 10:25 11:2 12:6,7 12:9 14:6,12,13 22:2 26:11,13 29:7 30:21 34:2,7 34:20 40:6 43:15 43:22 46:20,21 49:15 50:1 51:19 52:17 57:13 58:5 58:11,11 59:11 61:20,25 62:4 64:24 66:6,7,8 68:19,25,25 69:13 69:23,25 70:5,23 71:6 73:17 74:1 74:11 75:21,23 76:25 77:1,7,8,9 77:10,11,24,25 78:18 79:23 80:7 80:8,11,11,11 83:10 84:18 93:9 93:22 95:20 96:25 98:24 100:1 102:17 112:9,10 112:19 114:21 120:17 123:10,23 125:8 126:20 132:3 134:8,22 137:18,18 139:7,8 140:11 141:1 147:12,13,14 148:9 150:4,23 151:5,15 152:11 152:16 154:4,23 154:24,25 159:1 159:16 161:15 170:9 176:2 178:9 178:18 180:11,14

181:2 182:6 186:8
187:6 190:23
191:9 198:16,20
198:24 199:1,19
201:23 202:24
**knowing** 32:7
45:17 84:15
**knowledge** 15:23
18:11 19:18,19,20
20:4,7 55:8 56:4,4
57:14 62:13 79:17
84:19 134:19
144:22 202:12
**known** 97:20
187:14
**knows** 80:4
**korea** 50:11,13
**krone** 97:12,19

**l**

**l** 102:21,21,22
142:22
**lab** 43:25,25 44:1
78:1 83:1,12 84:2
132:20 133:20
158:8,9,16,17,18
158:23,25 159:2
186:8,13,18,24
**label** 17:3 21:12
25:8,9 27:17
30:22 32:10,23
40:20 41:7,8 58:1
87:10 88:5 118:25
132:11 135:20
136:5 144:16
145:2,16,18 147:6
147:7,10,21,22,25
148:7,11 149:5,7
149:12,13,25
151:18 152:11
154:11,11,19
155:7 160:14,16

160:17,19,20,21
160:22 161:7,12
161:20 162:1,7,12
163:19,20 178:7
182:25 185:23
191:23 192:4
193:8,17 194:3
195:12,14,23
**labeled** 82:21
118:7,18 188:24
193:9
**labeling** 122:3
149:22,22 154:4
159:23,25 161:3
178:1 192:11
193:15 194:8
**labels** 40:16 96:20
144:23 160:4,7,13
**laboratories** 77:24
77:25 83:4 84:6
98:4 124:9 126:16
127:17
**laboratory** 43:24
43:24 83:23
127:15 158:21
**labs** 83:2,14,18,19
84:10,15 100:11
100:19 101:11,12
102:17,21 103:1,5
127:21 158:15,16
187:4 188:20
**lacking** 156:4
**laid** 106:18 107:5
**large** 1:23 204:6
204:14
**lastly** 7:25 85:23
**late** 47:9
**lately** 81:6,16
**law** 9:24 10:3,21
10:25 11:1 72:18
72:18 74:5,6 77:9

81:4 92:6,7
112:18 117:5
148:2 164:15
**lawsuit** 202:6
**lawyer** 8:19 11:3
**lax** 47:20
**learn** 72:23 187:13
**learned** 187:24
**leave** 17:17 30:5
88:14 95:10
**leaves** 28:5 29:2,3
185:21
**lederle** 46:13 98:4
102:17,21,24,25
103:5
**left** 30:8 31:19
128:14 140:21
142:21 171:1
**legal** 206:23
**letter** 3:6
**letting** 29:7
**level** 27:9 78:4,5
190:6
**levels** 36:14
115:12,13,15,17
115:19,20,25,25
**life** 7:20 28:4
**light** 8:6 28:16
39:9 119:17
185:20
**limited** 18:1 95:21
106:13 125:15
200:10
**line** 22:19,19 87:2
92:4 158:24 179:2
207:4,7,10,13,16
207:19
**lined** 169:11
**lines** 67:16 75:11
76:24 81:20 137:1
177:12

**lippes** 2:17 202:5
**lippes.com** 2:16
206:2
**lips** 148:17
**liquid** 42:10,13
**liquids** 105:23
**list** 189:3,3
**listed** 152:18
179:21
**literally** 64:2,2
**litigation** 5:22 6:4
8:15 9:2 14:11
23:21,22
**little** 7:10 8:3
18:23,24 27:9
34:16,19 35:10
47:19,20,25 52:4
53:12 73:24 80:25
81:6 91:8 96:4
97:2 98:21 99:5
101:16 110:5
113:16 119:6
122:10 131:10
159:23 166:22
172:10 177:1
179:11 188:9
189:2,20 196:19
198:9 200:8
202:13
**lived** 73:25
**living** 25:19
**llc** 1:9,9,9,10,11,11
2:8,8,15 3:15 4:5
4:6 23:4,11,12
99:4 190:13 206:4
207:1 208:1
**llp** 2:17
**load** 145:15 184:8
**located** 116:17
**logic** 62:11 70:12
74:2

**logically** 70:1
  176:1
**long** 14:25 80:10
  88:22 103:14,20
  113:22 116:7
  144:19 167:4
  171:14 173:17
  180:11,12 186:15
  187:11,15
**longer** 37:17 166:7
  180:14 182:10
**look** 33:1 55:18
  59:12,15,17 63:13
  68:18 81:9,10,11
  81:14 84:13 100:4
  113:5 116:6
  125:20 134:12
  140:15 142:19
  148:8 153:8
  169:24 172:24
  183:10
**looked** 22:3 48:7
  63:13 173:1
**looking** 80:17
  81:12 89:10 94:22
  121:12 136:2
  180:13 182:5
  187:6
**looks** 12:24 107:22
  172:1,5 189:22
**lose** 190:7
**lost** 44:18 201:25
**lot** 35:23 36:8,9
  44:18 47:18 64:25
  66:5 93:17 114:10
  116:8 117:15
  123:24 128:15,15
  128:20 132:23
  145:24,25 146:1
  150:19 156:15,18
  156:19,20 183:6

183:10 184:19
  186:8,11,20
  190:24 195:8
  196:19 198:1,4
**lots** 68:22 101:23
  146:2 175:23
**loud** 19:9
**louder** 18:24
**low** 18:24 36:14
  41:24 194:23
  195:24 196:2,3
**lower** 109:15
**lowest** 173:22
**luncheon** 95:14

___

**m**

___

**machine** 35:11
  36:6,6 40:7
  119:15,16 168:10
  168:11
**machines** 39:2,3,3
  114:7 138:6
  169:24
**madam** 12:14
  153:5
**mag** 34:16 35:9
**magistrate** 90:20
**main** 107:9
**maintain** 128:12
**maintained** 28:6,7
  31:20 126:25
**major** 79:7 109:1
  127:5 146:5
**making** 26:6 28:3
  28:25 34:23 40:8
  43:11 62:10 63:16
  77:22 78:5,15
  79:7 85:16 92:9
  96:22 129:18
  137:2 155:7,8
  157:15 169:14
  173:9 177:19,22

184:23 186:21
**malgeri** 1:4
**manage** 170:22
**management**
  166:16
**manufacture**
  61:22 141:8
**manufactured**
  85:24 122:12
  145:6 168:9
  184:11 190:12
**manufacturer**
  65:5 70:23 101:19
  140:12,16,25
  141:7,12 142:4
  154:1 155:11
  157:8,22 169:11
  169:13,17
**manufacturers**
  30:21 31:3,4
  50:12
**manufacturing**
  3:19,21 22:23
  25:12 59:3 61:24
  62:1,5,8,13 63:7
  63:24 64:6 65:15
  65:23 70:25 85:14
  117:24 126:8
  137:3 153:25
  156:13 165:22
  174:7 177:16
  185:21 202:16
**mark** 12:15 54:9
  107:24 139:19
  164:22 171:25
  188:6 198:10,12
  199:20
**marked** 12:17
  54:3 108:1 139:20
  163:23 172:2
  188:16 199:21

**market** 27:13
  46:23 77:5 106:14
  150:24,24 202:17
**marketer** 6:15
  169:10
**marketers** 148:3
**marketing** 23:1
  78:14
**marketplace**
  186:11 190:2
**match** 121:22
  161:22,23
**matches** 162:9
**material** 20:2,16
  47:7,11 50:17,17
  119:17 121:14
  135:13 140:14
  142:8 143:2
  144:20 147:9,10
  162:10 167:24
  169:22 174:22
  193:9
**materials** 16:16
  21:14 25:6,20,21
  32:15 38:22 39:14
  42:20,23 45:23
  46:1 50:7 82:16
  82:17,20 99:18
  121:5,18 127:23
  128:4,7 135:19
  142:24 147:1,3
  157:18 163:6,9
  164:3,8 165:3,5,7
  165:9,13 166:25
  168:4 170:3
  174:21 175:2,7,8
  175:23 176:7
  177:20 178:11,21
**materna** 46:25
**mathias** 2:17
  202:5

matter 23:15 28:2
59:13 65:6 88:17
105:11 135:24
200:10,12
matters 81:21
135:25
maximum 173:21
mckeown 1:5
mean 20:14 22:17
26:3 31:18 32:11
33:16 37:6 42:22
56:24 57:5 59:8
59:11 62:16 63:17
65:2 67:24 72:13
75:19 79:11 80:4
80:9 87:16 88:15
88:21 89:2 91:21
100:20 101:24
105:2,17 112:4
121:16 123:10
126:12 141:3
142:12 149:8,8,13
149:13 160:3
197:22,23 198:2,3
200:2
meaning 128:1
means 38:20 46:14
50:15 55:5,15
61:14 63:21 69:5
70:1 79:8 97:20
112:4,4,5,5,6
113:12 145:11,13
155:11 167:1
174:21 175:6
177:2 181:13
189:14 192:11
195:10 196:16
measure 143:6,9
143:14 144:11,23
146:13,16 151:16
152:25 153:1,2

161:9 162:4
measures 126:6
151:6 167:12
measuring 161:18
mechanisms
187:23
medical 58:1
99:15
medication 6:19
6:23
medications 6:20
meet 30:22 77:11
79:4 83:9 87:10
120:2 131:25
132:11
meeting 11:7 12:1
88:4 182:25
meets 79:8
memory 12:2
52:24
mention 19:13
23:7 95:7 162:1
mentioned 10:20
15:8 19:12 21:3,5
21:10,11,12 32:14
35:19 36:15 64:13
85:20,21 93:9,12
93:22 95:20 101:3
101:20 102:16
110:9 117:20
123:24 125:14
127:19 133:13
139:12 151:5
153:19 158:7
160:11 162:2
181:2
mentioning 24:19
52:10
mentions 80:19
115:11 194:6

mess 44:25
messed 127:10
140:21
met 96:3 120:12
methionine 143:23
192:2,7 195:22
method 33:1 42:9
121:25
methods 41:18
42:3 78:12
miami 1:2
microcrystalline
34:9
microscope 97:21
microscopy 97:20
middle 189:4
milligram 145:5
191:2 193:1 195:8
milligrams 118:7
118:8 144:10,11
145:7 147:14,15
151:6 192:25
193:12 194:11,12
195:9,17,24 196:8
196:9
mind 97:4
mine 114:18
122:16 199:7
mineral 103:10
minimize 17:18
36:3 117:14
minimum 154:14
minus 40:10,11
minute 60:7,8
113:5 153:12
173:7,9 177:22
180:11
minutes 11:8
88:17,24 89:3,5
180:19

misnomer 27:4,20
27:20 80:25
misnomers 27:13
mispronounced
103:3 140:7
missouri 97:8,9
misstates 32:2
mix 6:12,16
119:14
mixing 36:4 71:7
moderate 39:2
modified 114:19
122:16 199:8
moisture 36:5,13
38:20 46:4 185:20
190:6
moment 57:15
60:1 191:3
monday 1:14
money 195:23
198:5
monitor 129:12,20
monograph 99:18
monographs
104:8,12,22
month 96:8
monthly 109:8,16
123:11
months 110:18
177:15 196:16
morning 5:8,9
mouth 113:16
move 33:25 39:11
71:16 153:12,19
moved 15:18
44:17,19 70:9
120:10
movement 173:23
moving 67:19
127:6 177:24

**multi** 103:10
**multiple** 117:21
  159:8 192:15
**multitude** 53:1

**n**

**n** 3:1 4:1 17:25,25
  17:25,25 83:25
  143:22
**n2pharma** 3:15
  99:3 101:10
**name** 5:10,13
  10:25 11:1,11
  19:13 25:9 75:22
  101:17 114:20
  139:11 163:3
  192:5 200:7 202:4
**named** 75:21
**names** 6:9 22:20
  22:21 76:6 99:23
  99:25 100:1,1,25
  162:24
**nandina** 5:16
**naples** 100:11
**naturals** 100:11
**nature** 87:21
  99:24 108:19
  185:18
**ndc** 46:24
**near** 194:22
**nebulous** 51:11
**necessary** 119:22
  136:15 208:6
**need** 7:5,18 9:5
  16:19 35:12 38:2
  39:6 44:25 52:15
  52:16 58:11 66:23
  69:16,19 88:17
  98:24 116:24
  119:13 140:11
  160:15 168:5
  176:24 180:17

181:7 182:14
  183:25 198:14
  201:8,13
**needed** 8:19 105:7
  110:11 123:18
**needs** 28:5 95:10
  157:9
**negotiate** 102:15
**neil** 1:18 3:3 5:2
  5:14 204:7 205:5
  206:5 207:2,24
  208:2,4,12
**neildonaldross**
  5:20
**network** 117:17
**never** 20:20 58:6
  59:5 63:1,9 65:16
  65:16,16,18 66:3,5
  72:6 74:12,18
  75:5,11 76:13,19
  80:15 82:9 83:16
  87:12 88:3 91:12
  104:12 111:14,15
  111:16,16 123:4,5
  123:6 200:2,4
**new** 2:5,18 15:18
  44:12 46:15 70:10
  78:9 81:16 86:9
  86:11 103:6
  105:13 110:17
  120:9,10,25
  122:16,16,23
  123:2,5,7 127:11
  127:11 166:9
  167:1,2,3 171:18
  184:18,19,20
  187:14
**newer** 156:24
**news** 50:13
**nfs** 79:8

**nine** 171:14
**nineteen** 17:5
**ninety** 192:24,25
**noah** 1:4
**nodding** 7:19
  57:22,23
**noncompliance**
  135:5
**nope** 51:2,5
**normal** 33:2 35:7
  47:4 78:2 150:8,9
**normally** 28:18
**north** 83:20
**notary** 1:22 204:5
  204:14,16 208:13
  208:19
**note** 206:10
**noted** 152:6 208:7
**notes** 108:11
  180:13 205:9
**notice** 1:23 3:11
  13:16,17,21
  198:19,22
**notification** 69:4,6
  69:15,19
**notified** 52:5
  61:10
**nova** 100:17
**november** 108:12
  109:18 110:7
  189:11
**nsf** 3:19,21 78:24
  79:1,2,15 80:14,15
  164:4,5,6 165:2
**number** 3:10 4:3
  5:19,24 6:20 7:11
  12:15 14:24 31:13
  46:24 93:13 109:5
  113:11 128:15,15
  143:10 154:13
  163:18 192:13,16

196:4,17 200:6
  201:23
**numbered** 205:7
**nutra** 47:20 48:11
  48:14,17,18,19
  49:25 72:14,17,22
  81:6,16 84:3
  104:15
**nutraceutical**
  30:14 36:25 41:8
  79:3 98:21 104:20
  104:22
**nutraceuticals**
  31:14 36:21 99:16
  101:19 104:11
  120:13 126:11
  155:7
**nutriland** 141:15
  141:16
**nutrition** 98:22
**nutritional** 99:1
**ny** 206:15

**o**

**o** 17:25 83:25
**o'brien** 2:16 3:5
  28:14 29:11 30:7
  31:1 53:16,21,24
  88:15,23 89:4,7
  95:10,11,13 150:7
  154:7 201:25
  202:3,4,20 206:1
**oath** 3:5 7:1 204:1
**object** 8:18 9:4,10
  9:18 10:1,13
  11:24 13:9 14:1
  14:15 15:25 18:13
  19:24 20:3,10
  22:10 25:13 28:23
  29:11 30:25 32:2
  32:3,20 33:12
  35:3 37:24 39:17

41:4,20 42:5,24
43:5,17 45:10,16
46:7 49:13 50:23
51:10 55:2,12
56:1 57:18 58:17
60:2,2 62:15 64:8
68:2,11 70:11
71:2 73:19 76:1
82:3,7 84:11,22
85:15 86:3,18
87:11 88:6 89:19
90:14,22 91:20
92:15,22 94:20
95:4 96:14 98:16
100:24 104:16
106:21 108:17
111:12 112:8,14
114:14 115:18
116:1 117:2,10
118:4,19 121:1
122:5 125:10
126:9 127:2,24
129:3,7 130:15
132:12 134:3,24
135:6 136:1,11,17
137:11,23 139:3
139:13 140:10
143:7 144:4,13,24
146:4 147:4,18
148:6,14 149:15
149:20 150:6,17
151:10,17 152:13
153:3 154:8 155:5
155:14,21 156:6
156:14 157:4,10
157:24 158:10
160:2 161:10,21
162:5 164:18
165:11,17 166:11
167:15 168:7
172:22 175:5

176:9,16,20 178:5
179:9,23 180:6
181:6 182:3 183:2
183:22 184:13
185:8 186:6
187:19 196:25
202:18
**objection** 28:14
30:7 31:1 49:19
56:15 61:12 66:2
76:15 126:2
148:19 150:7
154:7
**objections** 8:7
**objects** 53:18
**observation** 67:13
70:24 135:8
169:18 172:10,11
172:15,17 173:12
176:4,5,12 177:3
177:24
**observations** 67:9
67:11 158:22,22
158:23 170:24,25
171:3,12,18,21
179:6,14,20
**observed** 82:1
**observing** 172:21
**obvious** 15:1
63:10
**obviously** 7:11 8:4
10:6 11:17 12:8
15:4 17:16 19:20
22:25 37:9 51:19
58:11 59:14 61:15
72:20 87:18
110:13 173:15
175:19 178:19
198:5
**occur** 195:25

**occurred** 104:12
172:17
**occurs** 132:14
185:20
**odds** 185:17
**offer** 55:23 56:2
56:14 199:7
**offhand** 44:6 93:3
**office** 127:4
129:23
**official** 204:9
**oh** 6:3 11:1 12:24
13:6 17:15,24
20:17 25:14 26:8
27:14 42:15 44:5
44:10 53:20 54:7
62:2 68:1 69:17
70:4 78:23 94:13
95:24 100:16
101:23 102:25
105:12,19 107:1
111:25 113:5,6
119:10 120:9,16
121:7 122:25
124:6 134:7
142:13 144:25
162:25 164:14
168:25 170:15
178:6 180:9
186:21 187:11,16
188:14 189:10
191:20 192:1,22
197:6 198:16
**oil** 26:23,23
**okay** 6:1,11 7:4
9:14,22 10:17
12:13 14:5,21
15:7,23 16:11
17:20 18:5 19:1
20:21,24 22:5,18
22:24 23:3,16

24:6,8,11 25:4,17
25:24,25 26:18,19
27:9 29:21 31:10
32:6,8,13,21 33:13
33:19,23 34:4,8,22
35:9,22 37:1,15
38:4,7 39:5,9,10
39:22 40:3,22
41:5 42:7 43:23
44:10,12,20,22
45:1,5,21,22 46:10
46:20 47:4,22,25
48:1,7,19,22 49:5
50:18 51:6,21,24
52:4,13,24 53:7,11
53:20,22 54:12
55:5,10 56:5,21,23
57:1,4,10,24 58:3
58:10 59:20 60:13
60:23 61:1 63:5
63:17,20 64:20
65:8,11,17 66:5,13
68:3,13,20,23
71:24 72:5,15,18
72:25 73:11,25
74:3,23,25 76:21
77:4,13,17,25 78:5
78:10,21 79:9,15
79:16,18 80:2,4,5
80:9,16,18 81:2,5
81:15,17 82:12,15
82:17 83:11 84:17
85:12,17 87:1,14
87:20 89:2,16,23
90:3,11 91:6,14,25
92:10 93:7,8,19
94:9,17 95:9,16
97:1 98:13,24
100:9 101:6,8,20
102:2,16 103:11
103:13 104:19

106:10,15 107:13
107:16,19 109:14
109:16 113:1,9
114:3,22 115:9
116:10 117:20
119:5,18 120:9
121:18 122:19
123:1,8,21 124:11
125:3,22,24
128:17 129:21
130:22 131:4,9,15
132:1,13,21
133:22 134:7,10
134:18 136:21
140:24 141:3,14
141:25 144:9
145:19 146:2,7
147:5,8,19 151:21
154:10,12,20
155:11 156:23
158:14,18 159:12
159:17 160:13
161:1 163:5,14,18
166:20 167:7
169:16,21 170:15
170:21,23 171:11
172:13 173:2,5
174:11 176:3
177:19,20,21,24
178:21,25 179:1
180:10,15 182:21
184:6 185:17
186:20 188:14,15
188:21,24,24
189:7,9,18,22
190:10,25 191:2,5
193:18,19 194:14
195:2,8,8,11,23
196:5,8,20 197:10
197:12 198:1,3,16
199:1,7,10 200:19

200:22,25 201:8
201:21
**old** 6:21 12:2
44:14,16 47:6
52:23 77:20 80:10
86:9 87:22 105:13
120:10,22,23
122:23,25 123:7
127:5 171:17
184:18,18
**older** 113:11
156:24
**once** 11:7 29:2
39:9 52:8 71:4
94:21 110:7
124:13
**ones** 46:4 47:5
53:4 63:15 64:22
67:14 81:16
156:25 187:2
190:18 195:5
199:7
**ongoing** 166:12
**onwards** 109:10
**oos** 132:15 133:2
133:16,17,18
134:21 168:5
**open** 7:7 100:6
**operating** 114:2,4
196:23 197:1,5,14
**operation** 177:5
197:6
**operational**
166:15,17
**operations** 162:22
163:1
**opine** 65:22 85:23
**opinion** 49:17 51:9
55:24 56:2,21
57:15,17,22 58:7
59:22 63:23 64:5

86:16,19,25 135:5
150:3 159:20
181:24 182:1,4
184:10 196:5
**opinions** 58:23
59:21 90:8
**opposite** 29:12
**oral** 108:24
**order** 15:19
136:15 166:9
**organization**
77:10 103:23
104:6,8
**organize** 180:13
**organized** 110:15
**otc** 78:7,8
**outright** 153:21
**outside** 83:1,3,4
83:11 84:4 87:2,3
87:17 105:1
**overall** 117:5
**overseas** 26:24
**overseeing** 177:5
**owners** 70:22

**p**

**p** 131:2,6 168:24
**p.c.** 2:4
**p.m.** 1:14 203:5
**pa** 131:16,16
**pack** 38:7,14
**package** 36:16
37:21 46:8 94:25
**packaged** 178:12
**packaging** 36:8,15
36:19 37:14,20,23
38:2 39:11 178:1
**packet** 3:19,21
163:16 164:2,12
165:7
**packs** 38:5

**page** 3:2,7,10 4:3
142:16,19 194:2
207:4,7,10,13,16
207:19
**pages** 138:4 205:7
**paid** 51:3 181:10
182:19
**panel** 41:10,11
**paper** 176:22
**paperwork** 15:18
49:20 91:5 107:11
110:14 112:5
129:19 138:10
159:1,2,4,14 170:1
170:2 174:13
198:2
**paragraph** 61:5
88:11 109:5
110:23
**parens** 194:9
**parentheses** 194:7
**part** 20:19 23:1
25:14,16 31:2
47:5 72:14 104:5
109:10 111:20,22
112:2,3 114:5,5
116:20,22 117:4,5
120:2 122:20
127:1 128:7,8,17
128:17 131:15,16
134:1 135:1 141:5
143:19 155:19
156:9 157:9,19
161:5,6 164:15,15
166:15 170:17
191:6,8,11 201:6
**particular** 42:8
155:13
**parties** 108:23,25
199:4 205:13,14

party 94:19 111:3
  111:9 155:12
pass 88:1 185:16
pause 8:7
pay 109:6 182:15
paying 109:13
  181:17
payments 201:19
pdf 94:7
people 6:14 14:18
  18:3 30:13 32:7
  36:9 46:19 47:18
  58:5 59:11 70:21
  72:16,19 73:21
  76:3 78:3,19
  80:12 81:9 96:6
  98:22 100:10
  129:18 138:5,8,14
  158:12 165:21
  166:17,17,18,23
percent 28:7 38:13
  40:10,11 145:10
  145:12,14,19
  146:3,9,24 147:9
  147:23 148:1
  152:6,7 154:13,15
  154:16 162:10
  190:7 192:15
  193:7,7,8 196:14
percentage 152:6
  152:10,15 154:2,3
percentages
  151:24 152:23
perfectly 7:21
  12:7 121:13
perform 122:11
  128:22 129:1
  130:11 169:8
performed 106:18
  111:1,6,15,16

period 62:24
  85:25 86:2
person 11:19
  15:16 16:18 51:12
  51:13 77:15 79:18
  94:11 162:23
  166:9,13 167:1,2,3
  171:8
person's 49:23
personal 30:17
personally 128:22
  130:12 157:3
  199:2
personnel 71:1,19
  135:25 138:15
  161:19 162:19
  166:16
pertain 24:18
pertaining 13:20
  58:1
pertains 15:23
pfizer 100:13
pharm.d. 97:10
pharma 46:13
  47:19 97:17
  100:15 104:18
  106:4
pharma's 48:11
pharmaceutical
  3:17 17:21 18:1
  37:3 41:7 97:8
  98:25 99:14,14
  104:9
pharmacopia
  104:5
phd 80:3,4
phds 77:20,21
philadelphia
  97:22
phone 5:19 11:18
  11:20,21 87:5

94:11 96:7
phonetic 72:21
  100:16 143:23
phrase 127:23
physical 130:20,25
  165:18
physically 114:21
  129:15 130:14,19
  177:9
physician 59:16
pick 79:15
picked 79:16
  173:14 177:17
picture 189:4
piece 47:25 143:20
pin 10:11
pipe 89:5
place 95:23 128:10
  151:12 185:12
places 66:7 97:13
plaintiffs 1:7,21
  2:2 3:11 4:4 5:11
  12:17 24:6 54:3
  108:1 114:22
  124:2 139:20
  163:22 165:12
  172:2 188:16
  199:21
plan 67:11
plant 15:17,21
  78:11 107:10
  141:11
plants 77:8
plastic 38:16
plaza 2:17
please 7:14 17:23
  18:19,24 19:8
  29:20 33:18 39:24
  40:2 74:24 126:3
  134:17 148:21
  188:10

pllc 2:10
plus 40:10,10
pni 100:17
point 7:5 19:7 20:1
  74:6 75:20 88:20
  98:20 103:15
points 72:4
position 51:22
positioned 55:4
positive 14:8 23:2
possession 16:15
  22:7 67:24 68:16
  94:6
possible 36:2
  115:12,15 121:9
  190:24
potency 32:24
  151:25 152:1,15
  154:13 155:8,9
  185:14
powder 25:7 26:21
  27:1 34:15 40:4
  40:12,16,24
  142:24 143:3
  145:17
powders 105:22
  105:22
powerpoint
  163:11
practical 184:4
practice 202:12
practices 3:19,21
pre 6:12,16
precursor 144:6,6
predestined 58:23
prefer 72:22
preliminarily 6:18
preliminary 10:24
premises 30:4,6
prenatal 46:25

prep  186:18
preparation  23:24
prepared  205:10
prepped  171:3
present  165:23
presentation
  163:8 166:5
press  158:17
pressure  42:10,13
presume  20:8
pretty  24:16 25:19
  25:25 71:21,22
  82:18,24 124:21
  196:17
prevent  6:24
  131:17
preventative
  131:6,16 134:1
previous  44:13,15
previously  6:2
  16:12 54:15,24
  60:25 95:18 139:5
price  123:17
primary  113:12
prior  32:3 106:11
priorities  177:17
pro  100:17
probably  14:18
  44:8 55:6 87:18
  88:1,24 116:2,4
  133:9 193:6
  202:13
problem  16:21
  28:2,17 31:14
  44:17 65:4,6
  121:25 127:4
  131:9 144:14
  177:19 184:10,11
  184:15 186:17
  190:20

problematic  29:16
  177:18
problems  31:5
  51:15 121:24
  159:5 180:4
  187:25
procedures  60:14
  95:17 114:2,4
  122:20 123:9
  125:25 126:6,11
  126:22 153:16
  180:23 196:23
  197:2,5
proceeding  1:14
proceedings  95:15
process  25:22
  34:21 36:2 38:19
  38:23 46:14 47:5
  47:22 49:1,2
  50:14,14 63:7
  78:2 79:2 114:6
  124:12 137:21
  141:6 153:25
  161:5,6 170:3
  173:23 202:16
processes  65:23
  78:7 130:10
  159:25 165:22
processing  35:20
  38:24 47:3 94:4
prod  3:19,21
  140:4 142:11
  164:24,24,25
  165:1
produce  196:24
produced  41:17
  155:6
product  6:13
  13:20 14:5,6,7
  25:5,9 26:1,4 28:8
  28:25 30:1,13,22

31:3,4 32:24
  34:15,23 35:5
  36:14 37:9,15
  40:11 42:8,9,23
  43:16 45:9 47:4,8
  47:13,14,16 49:23
  61:13 65:4 77:22
  85:24 86:1 87:23
  92:9 103:16 105:2
  105:13 114:9,9
  118:25 119:14,19
  121:21,25 126:19
  128:12,14,16
  129:23,25 130:7
  130:18,20 131:24
  131:24 132:10
  133:22 136:3
  143:21 144:19
  147:10 151:1
  152:16 154:18
  155:1,3 157:14,15
  157:16,17 160:15
  160:18 162:7
  169:7,9,12,14
  170:3 172:15,21
  173:1,2,3,4,8,10
  173:11,20 178:1
  178:12 184:16,19
  184:25 185:14,21
  186:15 189:23
production  4:5
  24:7 31:7 64:6
  65:3 92:4 114:23
  114:24 115:21
  119:13,19 124:3,7
  129:6,10,13,16,21
  138:15 165:13
  172:25 177:8
  197:13 200:5
products  22:19,20
  27:12 30:18 31:13

37:13 43:19,21
  63:17 77:8 78:12
  81:18 83:3 92:6
  103:10 105:21
  107:12 117:25
  121:10 124:18
  173:13,18 175:9
  182:24 186:10
  202:16
professional  97:23
program  72:24
  103:22 137:2,9,12
  137:14
progressed  179:4
project  107:9
  109:12,17 123:11
  123:16 187:12
projects  120:1
  123:15 177:16
pronouncing
  102:18 168:21
proper  8:10
properly  7:1
  136:16
properties  71:7
proprietary  198:7
protection  198:9
protocol  25:12
  28:10 33:3 93:6
  138:1
protocols  107:10
  124:9,14
provide  5:15,17
  28:10 29:5 38:25
  58:2 65:25 91:3
  91:18 92:12 101:3
  102:8 115:16,24
  162:15 163:6
  164:8
provided  11:4
  17:2 32:17,19,25

91:12 92:3,8,10,23
93:3,6 115:11,15
121:6 139:6
162:17,20 163:7
164:3,12 165:3,5
165:15
**providing** 55:11
90:9 100:21
**pty** 1:10
**public** 1:22 204:5
204:14 208:19
**published** 46:16
187:7
**pull** 17:19 34:14
107:16 126:12
139:16 171:21
**pulled** 17:12 53:4
**purchase** 157:22
**purchased** 175:2
**purchasing** 149:19
**purpose** 31:8
186:9
**purposes** 8:25
23:6 107:25 122:3
122:3,7
**pursuant** 1:23
13:16
**push** 88:25
**put** 12:12 13:25
24:2 25:6,8,9 32:9
32:23 33:1,11
34:8,9,9,21 35:10
38:14 39:14,19
40:13,15,24 43:12
63:10 73:3 78:24
81:14 105:8
108:21 110:1
113:15 128:10
131:19 147:20,21
147:22,25 149:4,7
149:12 151:12

158:15,17 160:23
175:16 185:23
191:6,10 194:9
196:8 202:16
**putative** 5:11
**puts** 81:2 154:1
**putting** 27:6 81:9
154:18
**puzzle** 47:25

**q**

**qa** 126:22 129:20
177:7
**qc** 126:22 129:11
177:7
**qualification** 83:1
**qualified** 141:13
**qualify** 20:16 46:6
46:11
**qualifying** 49:18
141:5 154:23
**quality** 70:21
71:18 78:13
115:21 125:23
126:1,6,10 127:1,4
128:21 129:2,10
129:23 130:2
131:1 132:16,17
133:20 138:10,12
159:20,24 160:23
161:1,2,19 162:3
162:23 163:2
166:17,18 167:12
168:10 169:8,19
170:21 171:8
176:12,13 177:3,4
177:5
**quantity** 162:12
192:22
**quarterly** 66:21
66:22 67:6,14,20
67:22 69:21 179:3

**question** 7:7,8,12
7:13,14,16 10:24
15:2 18:14,21,21
29:24,25 31:24
33:10 39:24 42:1
44:23,25 45:3,5
49:13,16 54:14
56:17,23 57:24
58:16 69:22 75:1
75:3 79:23 90:7
91:2 94:2,3
118:16 125:11
126:4 131:22
132:3,5,5,9 134:9
135:11 141:24,25
142:3 146:22,24
148:24 149:3,11
155:22 157:11
158:5 161:1,16
162:18 164:19
165:20 176:10,18
176:21 179:5,14
179:24 180:2
183:21 191:14
197:25 200:16
201:22
**questionnaire**
48:2,4
**questions** 7:12 8:7
10:8 14:24,25
16:5 17:4 29:20
52:18 57:25 58:4
58:19 65:20 71:5
74:11 75:19
107:17 110:25
119:18 123:22
124:7,8 152:3
170:8 171:22
178:20 180:25
186:13 200:21
201:4 202:8,20,23

202:24 203:2
**quick** 134:4 202:8
**quickly** 77:20
82:18,22,25
**quiet** 53:25 54:1
**quite** 24:17 39:3
113:13 131:10
132:13 145:2
154:9 201:24
**quote** 15:1,1 52:1
78:20 102:5,6,7
104:1
**quotes** 102:5

**r**

**r** 83:25 102:21
168:24 207:3,3
**r&d** 78:12,13
**rac** 78:22
**raise** 19:1
**ran** 47:7 65:7
67:17
**range** 40:9 93:18
117:13 146:6,7
193:6,7
**rarely** 130:23
**rate** 123:15,16
**rates** 71:7
**rational** 196:17
**raw** 20:2 21:13
25:5 42:20,22
45:23 46:1 47:6
50:7,17 121:14,18
127:23 128:4,7
135:13,19 142:24
143:2 147:1,3
168:4 170:2
174:21,22 175:2,6
175:8 176:7
177:20 178:11,21
**reached** 94:23

[read - relevant]                                                                                          Page 27

**read**   12:23 13:13
  16:14 54:21 60:21
  96:24 149:2,3,19
  151:14 164:6
  176:21 179:3
  188:25 192:5,6
  194:5 200:7 206:9
  208:5
**reading**   3:6
  175:25 203:4
**ready**   183:5
**real**   39:6 56:24,25
  77:22 177:20
  198:21 199:6,7
**really**   10:5,14
  16:19 24:4,5,18
  27:15,20 33:17
  37:25 41:24 50:9
  55:5 56:21 74:5,8
  78:4,19 79:21
  96:11,24 98:12
  106:10 124:21
  127:10 132:22,23
  133:21 134:5
  136:18 155:23
  157:12 158:17
  177:4 194:23
**realm**   117:9
**reason**   7:14 18:25
  72:20 181:20
  206:11 207:6,9,12
  207:15,18,21
**reasonable**   57:5
  146:3,13,16,25
  147:2
**recall**   35:17 44:6
  93:2 94:14 96:12
  119:20,21 162:24
**recalling**   21:10
**receipt**   189:9
  206:18

**receive**   13:4 36:1
  69:15,19
**received**   10:3 13:3
  30:23 55:20 69:4
**receives**   67:8
**receiving**   67:10
**recess**   95:14
**recipients**   162:20
**recognize**   53:15
**recollect**   69:24
  76:9
**recollection**   75:25
  95:25 120:15
**recommend**   33:10
  37:19 41:18 42:3
  84:6 125:25 126:7
  127:15 148:4
  157:21 158:1
  165:20,22
**recommendation**
  138:21
**recommendations**
  35:13 36:16,18,19
  38:25 43:2 45:25
  46:5 65:24 66:1
  80:22 81:22 82:2
  159:25
**recommended**
  31:20,25 33:8
  35:10 42:19 50:7
  167:13
**record**   5:13 13:5,7
  15:3 16:6 21:12
  22:17 32:17,19,21
  34:3 44:24 60:12
  65:14 79:12 93:2
  95:17 112:7 118:7
  122:9 124:20
  126:20,21 129:18
  130:2,2,3,5,6
  131:20 134:11

  136:4 137:5 140:4
  142:11 148:23
  152:8,21,24
  153:15 160:14,15
  161:9,11 162:4,11
  163:17 172:14
  180:23 183:5
  201:9,12,13,14,15
  202:1 205:8
**records**   21:16 22:6
  22:6,7 44:20 45:6
  63:6,10 64:14,18
  77:10 82:23,24
  85:8,9,11,13,19
  92:5,12,21,24
  112:5,6,13 116:25
  117:8 122:15
  124:3,19 126:17
  126:18,18,24
  127:5,11 128:19
  151:22,24 152:5
  153:23 157:7
  161:4,17
**refer**   22:16 23:10
**reference**   23:15
**referenced**   116:17
  120:4 187:1 206:6
**referring**   23:11
  48:14 114:25
  142:25
**reflected**   161:8,9
  161:17,20 162:4
**refreshed**   52:24
**regarding**   21:4
  28:22 29:6 30:2,5
  37:22 48:25 81:22
  84:9 94:12,19
  104:25 159:25
  200:4,17 201:1,19
**regardless**   109:25

**regards**   30:1,3
  38:24 43:2 45:25
  48:24 52:19,21
  56:11 89:24 92:13
  92:20 93:10,14
  98:6 101:2 106:10
  106:15,17 107:4
  116:14 121:6
  130:17 138:24
  141:21 159:8
  167:11,13 177:16
  178:15 186:4
  187:10,17
**register**   47:13
**registered**   47:1
  77:8
**registration**   78:7,9
  79:2,10,16 80:7,8
  99:15
**registrations**
  99:17
**regroup**   88:25
**regularly**   181:11
**regulation**   75:13
  77:16 112:18
**regulations**   73:2
**regulatory**   75:16
  77:5 78:22 79:9
  79:16 99:15
**related**   21:12 53:2
  75:20,21 77:6
  93:4 96:17 97:17
  159:3,3,4 200:9
**relating**   22:1
  158:9
**relationship**   72:3
**relative**   205:12,14
**release**   105:23,23
  130:6
**relevant**   63:8
  85:25 86:2

relies  104:7
relying  176:6,7
remember  11:25
  12:1 35:15 52:11
  62:2,21 64:3 70:5
  85:22 86:8 88:9
  94:16 121:8 125:1
  163:3 171:13,17
  183:3 187:3
remind  95:22
remote  8:2 43:8
repeat  18:20,22
  29:24 40:1 42:1
  75:2 118:21 126:3
  126:4 132:4
  148:18,22 149:10
  160:11 185:19
  201:16
report  66:12 113:4
  131:2,5,8,19,23,23
  132:8,9,16,17
  133:7,14,18,18
  205:4
reporter  1:22 8:4
  8:9 12:14 17:22
  18:2,4,19,23 19:3
  21:7 26:8,11,15
  29:9,19,22 31:22
  33:16,21 34:2
  36:22 37:1 39:20
  39:23 41:21,24
  42:12,14,16 44:22
  45:2 49:8 68:3
  69:18 74:20,24
  79:22 83:24 84:1
  88:21 102:20
  113:15 118:15,20
  118:22 132:2
  134:8,11,17
  141:23 146:18
  148:16,20 149:1

153:5,7,10 164:20
  176:17,19,23
  183:17 188:8
  204:5,13 205:3,19
reporter's  205:1
reports  66:19 67:6
  67:21,22 68:17
  69:22 70:3 134:21
  134:21 179:4
represent  8:15,16
  10:16 40:16 202:5
representation
  8:20
representing  9:3
  9:15 11:3
represents  40:20
reputable  49:17
request  4:4 114:22
  200:6
requested  24:2
  91:7 115:1,7
  205:7
requests  200:5,17
require  154:22,24
required  15:22
  22:3 79:4 90:21
  98:1 99:18 111:6
  129:24 134:22,25
  148:2 155:2 161:2
  182:10 208:13
requirement  11:6
  90:13 92:4 108:19
  114:4
requirements
  77:11 79:4,8
  90:12 97:25
  107:11 120:12,13
  157:16
research  52:19,21
  55:25

researched  57:16
respect  60:5
respond  15:20
  66:17 67:9 110:15
  198:25
responded  171:4
  197:18
responding  5:4
  171:3
responsible
  202:15
responsive  21:17
result  62:19,20,23
  145:20 186:20
results  43:25,25
  44:1 63:1 86:4
  87:4,4,5,20 126:17
  130:7 132:21
  137:22 155:24
  156:1,4,7,8,12,22
  156:24 159:4
  183:6,8 184:20
  192:20
retailers  79:7
retain  50:25
  112:13 155:20
retained  58:22
retainer  181:4
retains  126:13
retired  51:25
return  206:13,17
review  13:7,10
  53:2 55:17 63:13
  64:14,17 69:1
  70:3 73:4,14,14
  81:4,8 85:9,11
  113:25 116:22
  120:7,11 121:4
  122:9,11,14,15
  125:20 126:18
  130:3 158:19

183:5 187:5
  188:23 191:4
  205:6 206:7
reviewed  16:12,17
  64:17 68:25 73:5
  78:17 82:10
  107:12 151:22,23
  152:6 156:12
  186:3,7,10 187:9
  200:11
reviewing  125:17
rice  35:7
ridge  2:4,5
right  8:13 9:1 21:6
  23:13,14 31:11
  34:5 36:17 37:4
  38:18 40:15 43:12
  48:7 50:16 51:8
  51:16 56:19 59:1
  61:7 62:2 63:14
  64:2 67:25 69:13
  70:13,20 72:6
  80:1 81:12,19,23
  83:13 84:8 86:15
  88:20 99:10
  102:18 105:9,14
  106:13 107:16
  109:1 116:9,15
  119:8 120:3 122:1
  124:20 125:4
  126:22 128:10
  131:10,15 132:4
  132:21,22 138:13
  142:9,11 143:4,10
  146:12 147:9
  152:19 153:11
  166:20 167:9
  168:14,22 171:23
  176:3 177:19
  181:5 182:16
  185:5,11 190:6,17

191:12 192:1
193:14 194:24
196:10 202:22
**risk**  30:14
**road**  2:4 105:6
168:6
**robert**  1:5
**role**  15:12 50:19
57:9 58:24 59:2,3
169:6 170:10,11
170:12
**rolodex**  76:5
**root**  131:12,13
186:22
**ross**  1:18 3:3 5:2,8
5:14 8:11 9:19
12:11,20 21:10
24:12 29:13 40:1
49:15 50:18 53:9
54:6 60:13 61:4,5
65:22 67:4 85:23
89:9 95:16 97:1
107:20 113:19
118:21,22 134:18
142:21 144:2
146:20 148:18,23
163:25 165:2,5
168:16 180:22
197:17 200:9,20
204:7 205:5 206:5
207:2,24 208:2,4
208:12
**roughly**  69:25
189:23 190:3,8
**route**  80:1 81:7
**routinely**  40:8
127:18 137:15
**rules**  60:14 81:2
95:17 153:15
180:23

**rulings**  201:19
**run**  28:9 35:11
48:9 88:17 117:6
**running**  39:7
138:14
**rx**  1:10

**s**

**s**  17:25 26:19 81:7
83:25 142:22
143:10,10,12,12
143:18,18,23
144:2 145:1,1,7,7
145:8,8,10,11,12
145:12 146:11,11
147:2,3,16,17,23
147:23 148:1,1,13
148:13 149:5,5
150:15,15 151:7,7
151:7,7,15,15,16
151:16 152:7,7,11
152:11,25 153:1
154:3,3,5,5,14,15
161:7,7 168:24
191:10,10 192:2,2
192:7 194:15,15
195:22 207:3
**sale**  94:24
**sales**  102:8
**salt**  26:6,20 27:2,5
27:8,25 142:25
143:19,20 144:6
144:12 147:6,7
**salts**  26:6
**sam**  14:7 16:23
17:2,9,10,11,12
18:6,12 20:2 21:4
21:11,11,13,13,22
21:23 22:1 24:19
25:12,25 26:5,17
27:4,5,8,9,14,20
27:21,21 28:13,15

28:22 30:3 33:8
34:8,13,14,18 35:2
35:9,22,23 36:11
36:16 37:16 38:6
38:7,8 39:4 44:7,8
45:9 46:2 50:7,10
52:24,25 53:2
56:17 61:22,24
62:1,5,13,20 63:7
63:19 64:7,10,14
64:17 65:3,4
85:19,24 87:9,24
88:5,7 91:21
92:13,20,24 93:4,5
93:10,14,17,25
94:3,12,19,23,24
96:17 98:15,15,17
104:25 105:6,12
105:13,15 106:10
116:14 117:22,23
119:1,22,24 121:6
121:8,12,14
122:12 125:16
126:7 133:3
135:12,14,23,23
135:23 136:3,9,9
138:24 143:2,5,15
143:23,25 144:7
144:10,15 145:5
146:25 147:16,23
148:12 150:4,9,10
150:16,16,20
151:6 152:25
153:1,2 154:1,2,3
154:16 156:13
157:8 161:25
162:3,4,6 175:18
175:22,25 182:24
183:4,5 184:9,16
184:23 185:9,15
185:19 186:4,4,10

186:18,25 187:5
187:10,12,17,21
191:22 192:2,5,14
193:7 194:15,16
195:15,20 196:9
196:12 197:8
**sample**  48:7
129:24 184:17
186:18 188:15
190:12,25 191:1
194:1
**samples**  126:13,15
129:22 185:3
**sanderson**  2:10
**saw**  16:13 22:22
43:25 44:1,12,13
44:15,16 57:21
58:6 61:1 62:18
62:19,23 63:1,1,9
65:12,12,13 67:22
85:22 86:4,9,14
87:12 91:5 137:19
139:7,25 158:25
179:20 184:8
**saying**  19:8 47:23
58:5 67:5 112:18
124:25 154:18
160:17,21 174:19
175:3 176:15
190:19 191:21
199:12
**says**  16:9 27:14
61:8,21 62:11
66:23 74:6,6
85:23 109:5
110:23 111:3
115:14 120:1
133:21 142:22
144:10 145:5
147:7 151:19
154:11,14,15

160:24 185:11
189:5 191:19,23
192:1,2,5,7 193:16
195:12,21,21
200:9
**scales** 167:18
**school** 88:18
**science** 58:1 87:25
97:7,21 98:25
**scientific** 144:3,5
187:9
**scientist** 186:14
199:11
**scope** 110:23
**scott** 2:9 11:3,23
12:1
**scott's** 9:12
**scramble** 170:19
**screen** 12:12 54:8
60:18 107:21
113:16
**scroll** 12:21 54:10
199:24
**scrolling** 16:9
**se** 21:25
**seal** 37:4,5,8,12
38:15 204:9
**sealed** 39:10
**sealing** 36:20
37:10 38:19
**sean** 2:16 53:15,17
88:13 201:22
202:4 206:1
**search** 24:1,15
113:7
**searching** 53:5
**second** 15:8 17:15
29:14 31:22 33:15
60:19 70:6 100:5
101:9 109:4
110:23 113:7,8,14

131:16 133:12
134:5 171:22
186:2 188:3,4,23
190:5
**secondary** 132:20
133:20
**section** 16:9 112:3
**sedra** 72:21
**see** 12:11 43:10
44:4 47:24 51:21
54:6,11 56:7 58:4
60:17,19 61:8
63:5,14 71:22
77:5 80:18 81:11
81:14 82:8,9,15
84:13,23 85:3,5,10
88:11 100:4 102:9
105:4 107:20
108:10 111:21
113:16 129:15
139:17 140:5,19
140:20,20 142:21
143:10 148:17
152:17,19 164:7
169:13 172:6,8
175:22 178:18
179:4 184:1
188:12 189:4,7
190:13 191:1
192:1,1,9,20 194:2
195:5 196:15
198:8 199:5 200:6
200:7
**seeing** 125:2
**seen** 12:20 13:1
14:17,19 54:15,22
59:5 63:15 67:20
70:6 82:13,14
86:1,11 87:1
96:24 156:20,22
157:3 175:21

183:14 200:1,2
**segment** 48:19,23
**segments** 48:22
**selecting** 138:19
**selenium** 6:13,13
**self** 124:11,13
**sell** 22:19 26:24
27:2
**selling** 141:11
**send** 24:25 48:2
67:2 81:4 91:9
94:8 129:24
197:22 200:22
**sending** 69:5 83:3
83:7 171:9
**sense** 62:8 113:13
159:2 186:12
196:3
**sent** 5:23 16:13
67:5 69:6,25 73:4
73:5,14 83:2
84:14,15 93:14
126:16 155:12
174:1 206:14
**separate** 82:19,20
118:11,12,17
119:2 128:11
132:15
**september** 189:5,6
189:10,13,17,18
**service** 8:21
111:22 121:5
131:1
**services** 3:23
18:17 19:21 29:6
29:25 30:2,5
100:22 101:3,4
106:17 107:5
111:1 119:21,22
181:21 182:8,14

**serving** 50:20
193:1,1,13 194:11
**session** 166:1
**sessions** 98:10
**set** 15:16 20:18
38:1 110:15 114:8
124:14 126:12
135:18 203:1
**seven** 43:9 84:25
110:19
**seventies** 46:15
47:9
**sfr** 117:4
**shandong** 3:17
17:20 19:12
139:14,23
**shannon** 1:4
**share** 24:12 59:21
**sharing** 54:8
**sheet** 3:6 24:20,21
25:2 40:13 41:16
118:11,12,25
121:20,22 126:19
135:18 140:19
206:11
**sheets** 25:17
**shelf** 20:18 28:3
**shell** 38:9
**ship** 130:8
**shoot** 95:12
**shop** 29:2,3 35:24
159:1
**show** 53:9 74:7
79:3,7,17 83:8
92:24 131:11
132:10 143:16
163:11,12 166:5
170:21 173:2
186:2 188:1,19
191:15,18 193:20
194:1 198:22

199:18
**showed** 60:24 61:2
66:20 87:9 88:4
171:1,2 174:15
184:9
**showing** 63:3
191:16
**shown** 178:18
182:25 183:13
**shows** 131:24
191:7
**side** 22:23 55:7
**sign** 126:20 170:25
206:12
**signature** 3:7
204:13 205:18
**signed** 116:19
170:25 206:20
**signing** 129:18
203:4
**signs** 160:24
**silica** 35:10
**silicone** 34:16
**similar** 100:22
101:3
**similarly** 1:6
94:17
**simple** 137:17
**simultaneously**
8:2
**sincera** 100:18
**single** 45:9 155:3,3
**sit** 33:20 36:3
170:20 183:24
**site** 11:9,15 52:9
96:1 169:18,19,19
169:20,21 185:22
190:22
**sitting** 38:18 53:24
87:22 126:14
184:22

**situated** 1:6
**six** 46:19 164:23
**size** 96:18 129:17
**skip** 109:4 110:22
140:3,4
**sleet** 32:14
**slide** 163:11,11
**slides** 164:13
**slightly** 35:14
**slow** 26:9,15 53:12
134:15
**slowly** 12:21
**small** 24:3 123:18
129:12
**smothers** 163:4
**snap** 37:12,12
**sobrien** 2:16 206:2
**soft** 26:22 38:8
94:22,24 105:24
105:24
**software** 137:1,9
138:6
**sold** 190:14
**solutions** 1:9 2:8
3:13,16 4:6 22:23
23:4,12,13 69:10
69:11 108:8
206:23
**somebody** 20:18
47:12 53:14 56:5
56:25 74:1 124:22
**somebody's**
185:21
**somewhat** 75:20
**soon** 171:2
**sop** 20:12 109:12
113:25 114:1
115:14,16,24
117:3,13 120:1
**sophisticated**
150:14

**sops** 78:11 92:3,3
92:16,17 115:20
124:16 177:7
197:23 198:2,3
199:16
**sorry** 9:19 18:20
21:7 22:11 26:10
39:22 41:25 44:23
49:8 53:14 69:18
86:24 87:16 89:14
107:2 115:13
131:24 134:13
141:23 183:8
191:20 195:7
**sort** 54:25 90:1
**sound** 8:11
**sounded** 176:21
**sounds** 23:17
113:19 179:6,16
196:17
**southern** 1:1
**speak** 8:2 10:16
18:23 19:8 29:18
70:25 71:19 96:20
138:6
**speaking** 8:8
28:13 29:10,17
35:21 51:25
104:24 106:22
139:24 159:7
169:17 194:20
**spec** 132:19,20
133:21 168:9,12
173:11
**specific** 22:2 29:1
36:6 38:25 50:6
64:10 73:1 81:17
92:16,20 94:2
98:14 109:12
112:2 127:15
144:12 159:14

164:15 197:7
**specifically** 17:11
22:3 23:17 56:11
64:7 71:11,20
92:13 93:4,15
95:7 97:17 98:7,8
121:9 135:2,12,13
151:4 158:6 161:4
175:22 188:19
**specification**
25:24 121:4,13,15
121:20,22,22
132:15 133:14
145:10 173:2,3,7
173:20 175:1
**specifications**
103:25 122:2
133:3 172:16,21
173:13 174:9,17
174:21,23 175:2
175:16 176:5
177:25 178:8
**specs** 121:9,11
175:8 178:9,10,11
178:21,25
**spectra** 168:17,20
168:24,25
**spectrum** 163:12
**speed** 15:17 51:13
71:25 77:9 107:12
111:21 124:10
170:17
**spell** 102:22
**spelled** 19:13
42:11
**spelling** 17:23
**spoke** 122:10
123:10,11 154:23
154:24,25 178:2
**spreadsheet**
135:17 137:4,7,8

137:15 138:2
ss   27:5,8,22,22,23
   28:13,15 34:13
   135:23 143:9,19
   145:18 204:2
stability   28:9 29:6
   30:2,5 93:6
   187:21
stabilize   26:6
stable   26:20 27:25
   29:1 30:19 31:6
   143:13,13,19
   145:3
stabley   27:2
stages   115:12,15
   115:17
stand   56:24 77:15
   104:4 114:1
standard   28:10
   33:2 65:3 92:4
   107:22 114:2,4
   131:5 196:23
   197:1,5,14
standards   92:2
   129:6,9
stands   27:23 81:1
start   8:14 20:16
   83:3 91:23 92:1
   111:20 168:12
   171:3 173:21
   176:19 186:5
   188:22 194:20
   196:1
started   18:10
   19:15 46:17 72:15
   83:5,6,7 103:5
   104:21 110:12
   169:14 173:17
starting   61:5
   78:14 104:13
   124:22

starts   164:23
startup   107:8
state   1:23 5:13
   118:24 135:2
   204:2,6,14
statement   179:19
   184:24 186:21
states   1:1 84:3
   104:5 161:11
status   67:15
staying   40:9
stearate   34:17
   35:9
stenographic
   205:9
stenographically
   205:4
step   25:12,12
   34:21,23 114:6
   133:13,24 134:18
   138:1,1
steps   25:23
stick   124:17
stomach   28:1
stop   61:24 62:1,4
   66:24,25 69:5
   88:16 168:10
stopped   181:17
storage   28:4,22
   31:25 185:11
   190:20 195:1,10
store   82:17 185:12
   185:23
stored   28:18 82:16
   88:2 184:18
   186:15 190:21,22
   190:23 196:13
storing   190:8,18
straight   190:16
straightforward
   119:12

street   2:11
strength   174:18
strengths   118:1
strike   18:21
   106:16 132:5
   141:4 149:10
   153:24 158:5
   180:2
stringent   47:19
stroke   184:24
studies   186:4
   187:10,17
studying   187:21
stuff   8:21 15:20
   20:18 22:24 25:10
   27:17 31:10 35:5
   44:18 47:24 63:11
   63:16 64:10 68:22
   71:8,23 72:20
   73:6,14 77:12
   79:8 83:9 87:1
   88:1 91:7 92:10
   93:19 94:1,16
   117:18 122:18
   124:6,22 125:20
   128:9 158:16
   171:9 177:12
style   38:9
subpoena   10:4
   197:19,20 198:19
   198:22,22
subpotent   190:5
   190:19,24
subscribed   208:14
subsection   113:25
   115:14 119:7
   120:1,1,8 121:4
   122:9
substance   89:18
   96:12,16 142:24
   201:20

subtract   189:18
sufficient   168:4
   185:6
suing   13:18 14:4
   14:17 15:15 51:13
   56:18 87:18
suite   2:11,18
sunset   100:18
sup   195:15,18
super   175:25
supervise   65:15
   70:16 71:11
supervision
   205:11
supplement   29:6
   30:3 33:9 48:15
   64:6 85:14 87:9
   88:5 92:13 98:15
   99:21 117:22
   126:7 131:25
   133:3 135:12
   144:9,10 145:6
   149:9,14,16,19
   151:8 154:1,5
   157:22 172:16
   174:6 184:11
   195:20
supplemental   41:9
   90:21 144:16
   147:20 194:4,6
supplements   35:2
   38:6 48:18,23
   94:19 97:17 98:7
   98:8 106:3 119:22
   119:24 122:12
   125:17 126:1
   137:3 138:24
   158:4 167:22
   174:19 175:4
   176:14 184:9
   186:4,25

**supplied**  119:12
**supplier**  17:8,14
  17:20 18:6,11,16
  19:11,14,14,18,22
  20:2,15,23 21:13
  24:20 46:6,11
  47:6 48:2,10
  49:10,17,18 94:23
  95:6 111:3 114:10
  121:11,12,16,19
  128:9 139:1,6
  140:1,9,15,23
  141:5 154:23
  174:23,25
**supplier's**  41:3
  47:14,16
**suppliers**  20:1
  49:7 50:6,16
  111:9 138:19,21
  140:12 146:5
**supply**  1:11
**supplyside**  98:10
**support**  119:7,9
  119:11,12,19,21
  119:21 120:7
  131:1,1 185:14
**supposed**  40:7,25
  41:12 66:21 67:15
  67:15 112:13,19
  124:18 155:20
  168:10,13
**sure**  6:9 7:17 8:8
  10:9 12:1 13:23
  19:17 21:9 22:21
  22:21 24:21 35:16
  35:24 36:1 39:7
  40:9,14 43:4
  45:11 48:9,13,21
  50:4 56:9 57:6
  60:10,20 64:23
  65:9 66:14 68:1

69:2,14 70:5,18
  71:9,17 72:2,12
  75:10 85:11 88:23
  91:16 99:7,22,22
  106:5,7 107:13
  120:12 122:17
  125:9,12 126:21
  129:18,21 132:21
  132:22 139:9
  140:2 161:7 162:9
  177:22 179:12
  180:16 184:5
  188:11 193:22
  195:1 198:18
  202:7
**surgeon**  59:18
**surprise**  45:15,19
**surprised**  45:20
**susceptible**  185:19
**suspect**  87:19
**switch**  20:1,23
**sworn**  5:4 204:8
  208:14
**system**  20:13,14
  20:19 46:12 47:14
  47:15,17,21 48:1
  49:23 50:2 63:21
  66:15,16 78:2,16
  78:24 114:10,20
  116:20,21,22,25
  117:1,3,4 122:1,16
  135:9 158:13
  160:7 163:7 167:5
  175:7 176:2
**system's**  178:22
**systemic**  184:10
  184:14
**systems**  15:16
  73:22 80:11
  126:12 158:20
  160:3 166:18

177:6,21 199:13
  199:13,14,15

**t**

**t**  168:24 207:3,3
**table**  7:7
**tables**  105:23,24
**tablets**  38:9
  105:22
**tabulated**  127:13
**take**  7:8,9,10 8:9
  29:14 34:20 36:20
  36:23 37:11 55:18
  59:1,4 60:7 63:13
  80:13 81:14 88:19
  88:24 89:6 95:9
  98:13,14 110:16
  129:23 142:19
  150:20 153:11
  167:20 180:10,16
  182:11 189:23
  192:12 194:19
**taken**  1:21 60:11
  95:14 98:6 107:12
  153:14 180:21
**takes**  166:14
**talk**  28:12 71:3,4
  71:21 72:16
  138:17
**talked**  10:6 138:9
  148:15
**talking**  23:20
  26:12,13 35:1
  39:20 44:8 64:4
  68:3 74:21 101:25
  102:23,25 117:12
  146:18 198:2
**talks**  26:18 88:11
**tampa**  2:12
**tara**  163:3,4
**target**  193:9

**taught**  66:16,16,17
  66:17,18
**teach**  50:2
**tech**  131:1
**technical**  119:7,9
  119:11,18
**technically**  51:25
  157:25 162:6
  194:20
**technology**  53:13
**tecum**  3:12
**tell**  6:7 32:10 62:6
  66:24 67:10,12
  68:21 71:15 74:7
  100:5,6,13,14
  112:24 183:25
  198:14 200:23
**telling**  6:24 14:3
  193:19
**tells**  25:8,9 32:22
  40:4,5,14 41:11
  130:4 136:22
  140:14 190:4
  194:25
**temperature**
  36:13 38:17 190:9
**ten**  60:8 101:21
**tend**  169:20
**term**  127:23
**terminated**  76:19
  182:8
**terminology**  48:19
**terms**  108:11
  109:23 144:3,5
  151:6 152:25
  154:5
**terrible**  134:12
**test**  25:24 32:16
  33:2,5 42:9 47:24
  48:8,9 49:21
  62:19,19,23 63:1

78:12 86:4,17
114:9 121:23,23
126:19 130:1,20
133:12 155:2,16
156:7,8 184:23
186:16,19 189:8
194:15
**tested** 83:4 126:16
145:20 178:24
184:16,17,20
185:3 186:24
188:15,20 189:7
189:14,20 191:19
191:22 192:3,14
194:16 195:12
**testified** 5:4 45:14
153:21
**testify** 58:24 60:3
61:9 64:15
**testifying** 7:1 32:3
59:25 60:1 61:11
61:13,15,19,21
**testimony** 32:3
55:11 56:14 57:1
206:9,18 208:8
**testing** 41:15,18
42:3,19 43:3,16,18
43:21 44:15 45:9
45:14,23 46:1
83:1 84:4,4 86:1
87:2,3,8,10,17
88:4 121:25 122:2
122:7 124:8,9
126:17,24 127:16
129:24 130:18
155:1,12 156:21
157:17 168:2
182:24 183:4,10
183:13 184:8,15
186:1 188:2,3,11
191:7,9

**tests** 131:24
132:10 143:16
157:2
**thank** 6:1 10:17
18:2,4 19:3 20:24
25:1 27:11 29:22
33:21,23 42:17
84:1 91:11 94:9
113:17 142:17
148:23 153:8,10
156:10 167:9
182:21 196:20
200:8,20,25 201:1
202:21 203:3
**theirs** 114:18
**theoretically**
192:16
**theory** 49:5 167:4
**thing** 13:17 16:13
17:1 24:1,4 36:11
41:6 48:3 52:23
62:6 64:11 71:18
73:13 79:9 85:2,8
90:1 94:1 107:9
111:17 117:6
118:2 129:5
130:17 132:14,18
133:17,23 140:11
148:15 153:18
161:25 164:1,16
166:13 167:11
173:21,25 177:19
183:9 185:22
190:25 193:24
196:3 199:10,24
**things** 22:5,25
29:1 34:22 36:10
37:14,16 39:12
43:7 51:16 55:15
56:3,5,5 57:14
63:3 64:1 66:8

71:5,7,14 78:6,6
78:16 81:3,8
82:16 84:19 96:16
97:14 101:5 104:1
116:7 124:8,9
125:3 130:24
131:21 136:5
176:2 178:10
179:21 186:20
187:25 188:20
190:4 200:11
**think** 11:7 12:24
14:7 24:24 49:15
50:19 52:8,17
54:22 57:22 62:18
62:18,19,21 64:13
64:16,17 67:1
70:6 74:11 75:23
78:23 83:15 86:8
86:8 88:23 90:6
91:1 94:15,21
96:1 101:20
102:16,23 111:24
117:25 118:23
122:10 125:14,14
138:20 139:25
148:7 151:4
153:20 154:20
156:15 161:15
163:5,16,18
171:19 172:6
176:9 179:15,19
182:22 187:5,7
188:6 196:22
198:19 199:19
201:21,25 203:1
**thinking** 81:13
199:11
**third** 94:19 111:3
111:9 155:12

**thought** 66:10,11
73:17 89:16 187:3
**thousand** 101:21
**thousands** 52:25
101:25 117:12
**three** 11:8 22:5,5
28:16 32:18 33:17
44:13 67:10 85:11
127:19 136:5
141:10 144:17
146:5 152:17,23
194:11
**tight** 47:21
**time** 6:19 7:5,10
16:22 47:7 52:6
52:10,11 59:21
62:14,17,20,24,25
63:8,16,25 64:3,16
64:19,24 65:6
67:16,16 68:4
71:3 74:22 80:10
85:10,14 88:13,19
95:25 98:2,3
103:15,20 104:18
109:25 111:11
117:25 137:21
146:19,21 158:23
160:18 162:22
163:2 169:20
170:11,12 171:12
172:20 174:12,15
177:3,7 178:17
179:2,20 180:8,17
183:3 196:17
200:20,21,23
203:2 206:19
**timeframe** 206:8
**times** 145:17
**timing** 185:6
**tiny** 117:16 172:6

**title** 114:19
**today** 7:5 13:16
  23:22 58:12
  127:20
**told** 32:23,25 49:2
  54:24 56:19,19
  61:14 66:19,25
  74:12 75:5,11
  84:7,18 86:8
  87:20 90:20 91:9
  127:17 133:9
  178:7 179:2
**ton** 180:17
**top** 13:7 37:4
  108:5 142:7
**topic** 38:5 77:4
**topics** 98:11
**torque** 37:7
**tosylate** 27:7
  28:15 135:24
  136:10 142:22
  144:12 145:11,23
  146:14 147:1,6,7
  147:15,20 148:8
  148:11 150:16
  153:2 154:2,12
  161:18 162:2
  187:18,18 192:8
  192:10 193:2
  194:3,13 195:22
  196:8
**total** 40:6
**totally** 14:8 23:2
  122:17
**touched** 111:24
  182:22
**tough** 47:8
**traceability**
  128:16
**track** 92:9

**tract** 143:21,25
**trade** 149:23
**trailing** 41:22
**train** 166:1,4,9,17
  167:2
**trained** 166:9,16
  166:23 167:1,16
**trainer** 166:2
**training** 97:12,13
  97:24 98:5,10,12
  98:15,20,21 99:1
  162:15,16,17,21
  163:6,7,13 164:3,9
  165:8,15,18,23,24
  165:25 166:1,12
  166:15,24,25
**trainings** 97:16
**transcribing** 8:5
**transcript** 205:6
  205:10 206:6,20
  208:5,8
**transfer** 27:1
**transport** 27:2
**treating** 59:16
**tried** 127:7
**tries** 65:5
**troll** 128:2
**trouble** 62:7 64:22
  65:1 67:17 71:8
  125:19 130:23
**trucking** 127:9
**true** 27:15 40:18
  71:18 79:8,10,11
  84:20 101:24
  102:2 112:22
  129:5 130:17
  136:19 154:3
  167:23 175:3,11
  176:4 177:2 205:8
  208:8

**truly** 132:19
**trust** 84:7
**truth** 6:24
**truthfully** 173:16
**try** 7:9 19:8 29:18
  36:3 43:6 48:7
  50:1 71:16,25
  110:4 116:23
  117:14 153:12
  179:10 188:4
  198:8
**trying** 9:14 15:3
  19:5 21:19 33:25
  64:23 84:17 94:15
  99:17 103:24
  118:23 123:20
  125:3 132:7 153:8
  163:3 173:20
  174:16 187:3,21
**tunnel** 37:8
**turf** 187:12
**turkey** 55:21
**turn** 146:22
**turned** 69:2
**twists** 48:11
**two** 13:6 16:23
  21:4,10 27:24
  46:4 50:11 70:5,6
  84:15 85:10 86:9
  93:9,22,24 97:24
  118:1 159:10,15
  160:20,21,22
  166:3,7 184:22
  187:3 189:20,24
  190:4 191:2
  192:16 193:5
  195:25 201:22
**type** 96:11 99:11
  101:18 128:12
**types** 22:6 37:23

**typical** 7:20 73:6,7
  150:3,4
**typically** 99:11
  151:6

**u**

**u** 83:25
**um** 93:11 111:2
  121:2 124:1
  142:23 152:9
**underneath**
  147:22
**understand** 6:22
  7:13,14 9:14 14:4
  14:5 22:16 23:7
  26:14 31:4 44:11
  57:8 67:4 69:13
  77:21,23 81:20
  90:6 93:7 95:8
  132:7 134:10
  146:17 150:5,15
  151:22 158:12
  164:17 173:10
  174:16 178:4
  193:12 198:17
  200:15
**understanding**
  13:15,24 14:2,10
  15:12 20:8 45:8
  54:20 57:13 61:18
  136:8,14 150:13
  152:4 157:1
  164:11 174:4
  175:15 180:3,8
  182:1,12 194:10
  197:4
**understood** 7:16
  76:4 103:17 109:3
  113:23 134:2
  136:9 159:22
  170:6 174:14
  175:24 184:5

193:10 197:12 199:17
**underweight** 168:3
**unfortunately** 49:25
**unit** 161:8
**united** 1:1 84:3 104:5
**universe** 106:9
**university** 97:8,9 97:22
**unknown** 31:2 76:7,8
**unlucky** 174:5
**unquote** 52:1 78:20 104:1
**unrelated** 21:25
**unstable** 26:5,6 28:1 29:8 37:16 196:18,19
**update** 67:16 82:23 120:7 122:10
**updated** 122:15 123:19
**updates** 121:5
**use** 8:20 22:21 34:15,16,18 36:20 37:23 38:5,14 47:5,6,11,23 48:6 49:2,7,11,23 92:6 92:8 97:21 99:5 102:9 112:2 121:20,21 128:13 137:15 140:8 143:9,9 145:1,9 150:25 189:6 199:12
**useless** 98:23

**usp** 99:18 103:18 103:19,22 104:3,4
**usually** 33:1 37:3 40:10 59:11 81:3 81:17 132:14 150:20 177:8 193:7

**v**

**v** 206:4 207:1 208:1
**valenca** 73:17 74:13 75:5,12 180:4
**varies** 99:19
**various** 97:13,13 98:11 99:13
**vb** 3:19,21 140:4 142:11 164:24,24 164:25 165:1
**vendor** 20:14 46:14 72:24 85:4
**vendors** 83:5 85:3
**verbalize** 7:19,22 57:21
**verbally** 57:22
**verify** 132:20 155:8 161:13 206:9
**veritext** 206:14,23
**veritext.com.** 206:15
**version** 160:15,16 160:17,20,20,22
**versions** 160:16
**videoconference** 1:18 204:7
**view** 55:14 58:3
**violation** 156:9 157:19
**virtual** 1:14

**vita** 100:19
**vitamin** 46:22,24 46:25 103:10 106:24
**vitamins** 1:9 2:8 3:13 4:5 22:8,16 22:18,20,20,25 23:7,10,11 24:13 28:21 31:18 32:17 34:25 42:4 46:20 46:22 48:25 50:7 53:3 61:22,23 63:7 65:22 67:5 67:24 69:6,12 80:14 82:1 84:18 85:25 88:3 91:3 91:18 93:3,14 94:11 95:22 100:22 101:4,9 105:1 106:11,18 106:23,25 107:1 110:1 112:7 114:11 115:2,16 117:9,24,25 118:12 119:23 121:6 122:12 129:1 133:3 135:25 137:2 144:23 145:6 148:4 151:5 152:5 156:13 157:8 160:1 162:16,19 164:3 165:9,16 168:18,20,23,25 170:8 174:5 180:1 181:3 184:12 190:12,13,14 197:16 200:3 202:11,15 206:4 207:1 208:1

**volume** 16:22 19:2 47:10 62:9 173:22 173:23 176:1
**vs** 1:8

**w**

**wait** 29:14 31:22 31:23,23,23 33:20 66:22 173:6,9 195:19
**waiting** 53:25
**waived** 203:4
**walmart** 79:6 112:24
**want** 6:8 17:17,17 20:17 21:2,3 37:10 42:11 44:23 49:16 51:19 58:16 58:19 60:2 61:4 62:9 72:4 76:12 81:3 85:2 88:16 88:19 89:3 97:1 100:1 110:25 123:9 125:22 127:22 139:17 153:18,20 158:20 160:18 163:15,25 164:2 168:16,17 171:22 181:22 182:23 183:15,18 186:1,3 188:1 191:16 195:6 196:22 198:7 199:25 201:12,24
**wanted** 15:21 24:3 46:19,24 49:7,10 65:9 69:1 72:17 72:23 102:14 105:6 144:18 165:24 178:17,18 196:21 202:7

**warehouse** 30:16
82:20 128:11
169:25 196:15
**warehouses** 30:15
**watch** 170:20
184:1
**watched** 169:22
**water** 28:16 34:14
38:14
**way** 1:10 14:23
25:4,7 26:21 32:6
32:9 34:5 36:6
37:20 43:13 47:2
50:1,16 65:8
72:22 78:15,16
81:13 82:17 105:9
109:15 110:12,20
121:23,23 124:20
125:4 126:20
131:25 141:1
150:25 151:15
162:8,12 170:19
173:22 185:13,24
196:6 198:8,25
**ways** 150:24
195:25 196:1
**we've** 115:6
180:12 196:22
197:18
**website** 101:21
**week** 24:16 84:25
91:15 109:24
110:4,7,10,14,18
125:19 182:19,19
**weekly** 71:22
123:12,17 125:1
181:11 182:16,17
**weeks** 13:6 67:10
181:15,16
**weigh** 167:17

**weighing** 167:11
167:13
**weight** 40:5,6,8,9
147:7 167:22
168:4,9,12
**weights** 122:18
129:14,15 130:23
130:24 167:19
**went** 16:17,20
21:18 44:18 85:10
91:8 110:9 113:8
131:13 164:13
170:23,24 173:3
**west** 2:11 98:11
**weston** 5:16 43:9
**wexler** 2:17
**whichever** 152:23
**whoa** 26:8,8,8
**willing** 55:23
**wilson** 1:4
**witness** 3:2,5,6,7
3:13 5:3 6:15 8:19
9:5,11,21 10:2,14
11:25 12:4 13:10
13:13 14:2,16,19
15:14 16:1 17:24
18:3,5 19:5 20:4
20:11,22 22:13
25:14,17 26:10,13
26:17 27:12 28:15
28:24 29:21 30:8
30:10 31:2 32:6,9
32:21 33:13,19,24
34:4 35:4 36:25
37:2,25 39:18,22
40:20 41:5 42:7
42:13,15,25 43:6
43:18 45:1,11,17
46:8 49:10,20,25
50:21 51:11 53:14
53:20,22 54:1,12

54:23,25,25 55:3,4
55:11,13,14 56:2
56:16 57:5,19
61:6,13,14 62:16
62:18 64:9 66:3
68:5,12,14 69:24
70:12 71:3 73:20
74:4,23,25 76:2,5
76:16 82:4,8
83:25 84:2,12,23
85:16 86:4,19,25
87:12 88:7,9
89:20 90:1,15,15
90:18,23 91:21
92:16,23 94:21
95:5 96:11,15
98:17,19 100:25
102:22,25 103:4
104:17,20 106:24
107:1,8 108:18
112:9,15 115:5,19
116:2 117:3
118:23 121:2
122:6 126:3,10
127:3 129:8
130:14 132:13
134:7,10,13,15,25
135:7 136:2,12,18
136:22 137:12,14
137:24 139:5,14
140:11 141:25
143:8 144:5,14,25
146:5,22 147:5,19
148:7,24 149:4,16
149:21 150:8,18
151:11,18 152:14
153:4 154:9 155:6
155:15,23 156:7
156:15 157:5,11
157:25 158:11,15
160:3,6 161:11,22

162:6 165:18
166:12 167:16
168:8 172:1,23
173:6 175:6 177:1
178:6 179:10
181:7 182:4 183:3
183:19,23 184:6
184:14 185:9
186:7 187:20
188:9,12,14
191:12,21 197:1
197:20 198:1,12
198:16,21 199:1,4
200:22 202:19
204:1,7,9 205:5,9
206:8,10,12,19
**wolf** 1:4
**word** 160:12
**words** 25:18 28:1
73:4,24 115:20
151:7,14 152:22
162:1,19 174:6,12
174:22 177:14
181:10 193:11
**work** 19:17 22:1
23:19 34:3,4 48:8
50:2,25 51:3
52:25 73:25 75:8
76:7 78:16 84:8
91:17,18,19
100:15,15,16,17
100:18,18,19,19
101:10,18 103:16
105:15 106:15
108:15,16 109:20
110:1,1,6,24
120:25 123:14,23
124:4 130:10
159:21 168:17
169:2,4 173:22
181:3 182:18

187:12 202:11
**worked** 15:20
  30:16 48:10 66:3
  66:4,5 72:6,8
  73:18 74:15 75:5
  75:7,16,24 76:3
  77:1 78:7,8,9
  100:10,12,13,14
  100:14 101:16
  102:17 103:18,20
  103:21 104:14
  166:19 187:12
**working** 11:10
  46:18 67:17 72:11
  96:2 101:10 138:5
  138:6 166:8,23
  177:15 179:7,17
  180:23 199:6
**works** 20:12 48:12
  80:24 129:9
  143:18 146:17
  147:19 149:21,24
  158:13,24 166:1
**world** 47:16 48:20
  77:22 81:10
**worries** 12:3
**worth** 62:10 80:9
**wrap** 180:13
**write** 73:1,3 75:12
  75:14 133:20
  174:24
**writes** 78:11,11
**writing** 73:10 81:8
  108:21
**written** 95:2 108:7
  157:7
**wrong** 15:5 51:8
  63:14 119:15,16
  130:25 131:10,12
  131:13 132:22,23
  158:1 179:16

195:23
**wrote** 73:12,13
  170:24

| **x** |
|---|

**x** 3:1 4:1
**xml** 137:9,12

| **y** |
|---|

**yeah** 9:11 12:13
  13:13 16:2,13
  17:12 18:19 19:17
  19:19 24:10 25:14
  29:11 33:16 39:20
  41:24 44:9,11,16
  46:3 52:22 58:2
  61:20 62:17,25
  63:25 67:22 69:10
  69:11 70:12 71:21
  75:2 78:23 80:20
  84:12 85:21 86:12
  88:15 89:7,12
  90:17 91:11 95:5
  95:13 97:4 99:5
  99:10 100:3
  101:15,23 102:3
  103:2 105:18
  107:22,23 108:9
  108:14 110:8
  113:3,15 115:4
  116:18 117:24
  122:14,22 125:18
  126:4 127:21
  128:5 131:7 134:8
  137:13 138:16,18
  139:25 140:7
  141:17 142:20
  151:11 152:14
  154:25 159:19
  161:13 162:8,17
  163:5,8 164:22
  166:6 167:16

168:25 169:1
171:13 172:12,13
172:14 175:6,19
175:23 176:25
180:9,17,18 181:7
187:11 189:12
190:1 191:3,14,21
194:21 196:11
197:6 198:10
201:17
**year** 62:3 67:1
  69:25 70:1 102:1
  120:18 156:16
  189:22 190:2,8
**years** 6:20 66:9
  73:25 104:21,21
  105:13 169:4,5
  184:22 189:20,24
**yep** 69:8 108:6
**yield** 40:25
**york** 2:5,18 103:6

| **z** |
|---|

**z** 103:14
**zero** 196:6
**zimetech** 100:20
**zoom** 3:12

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.