# EXHIBIT 7

# EXHIBIT 7

# SAMe FORUMLATION SHEET

# REDACTED

# DESIGNATED CONFIDENTIAL