# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-22702-KMW

| | |
|---|---|
| CORI ANN GINSBERG, NOAH MALGERI, KALYN WOLF, BILL WILSON, SHANNON HOOD, ERIC FISHON, and ROBERT MCKEOWN on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> VITAMINS BECAUSE LLC, CT HEALTH SOLUTIONS LLC, GMAX CENTRAL LLC, ASQUARED BRANDS LLC, INSPIRE NOW PTY LTD d/b/a BoostCeuticals, HEALTHY WAY RX LLC, KHAKIWARE INC, and JOLLY DOLLAR SUPPLY COMPANY, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' THIRD REQUEST FOR PRODUCTION OF DOCUMENTS
TO DEFENDANTS VITAMINS BEACAUSE LLC AND CT HEALTH SOLUTIONS LLC**

PLEASE TAKE NOTICE that Plaintiffs hereby propound the following additional requests for production of documents to Defendants Vitamins Because LLC ("Vitamins Because") and CT Health Solutions LLC ("CT Health") (together, "Defendants"), pursuant to Federal Rules of Civil Procedure 26 and 34, and the Local Rules of the United States District Court for the Southern District of Florida, and request that Defendants produce the documents and electronically-stored information stated herein within thirty (30) days of service of these requests at the offices of Kantrowitz, Goldhamer & Graifman, P.C., 747 Chestnut Ridge Road, Chestnut Ridge, New York 10977.

## DEFINITIONS

1. All terms defined in the Local Rules for the Southern District of Florida shall have the meanings set forth therein, unless otherwise specified.

2. The singular includes the plural and vice versa. Words of gender shall be construed as including all genders, without limitation.

3. The present tense includes the past and future tenses. The past tense includes the present and future tenses.

4. "Vitamins Because" refers to Vitamins Because LLC, its predecessors, successors, various divisions and subsidiaries, subdivisions, affiliates (foreign and domestic), partnerships, joint ventures, agents, present and former officers, directors, employees, agents, and all other persons acting or purporting to act on Vitamins Because's behalf.

5. "CT Health" refers to CT Health Solutions LLC, its predecessors, successors, various divisions and subsidiaries, subdivisions, affiliates (foreign and domestic), partnerships, joint ventures, agents, present and former officers, directors, employees, agents and all other persons acting or purporting to act on CT Health's behalf.

6. The term "YOU" or "YOUR" refers to Defendants Vitamins Because or CT Health.

7. "Plaintiffs" refers to Plaintiffs Cori Ann Ginsberg, Noah Malgeri, Kalyn Wolf, Bill Wilson, Shannon Hood, Eric Fishon, and Robert Mckeown.

8. The term "document" is defined as synonymous in meaning and equal in scope to the usage of this term in FED. R. CIV. P. 34(a), and should be understood to include any written, printed, typed, and visually, aurally, or electronically reproduced material of any kind, whether or not privileged, including but not limited to electronic mail, computer files, source code,

backup media, and databases; files and file folders; books and their contents, whether printed or recorded or reproduced by hand or any other mechanical process, or written or reproduced by hand or any other mechanical process; and all other tangible manifestations of communications whether or not claimed to be privileged, confidential, or personal; namely, communications, including intracompany communications, correspondence, telegrams, memoranda, summaries or records of telephone conversations, summaries or records of personal conversations; diaries; forecasts; statistical statements; laboratory and engineering reports and notebooks, changes, plans, specifications, data sheets, drawings, schematics, graphs, flow charts, samples, prototypes and tangible things, evaluation boards, developers guidelines; photographs, films, pictures, and videotapes; minutes or records of meetings, including directors' meetings, minutes or records of conferences; expressions of statements or policy; lists of persons attending meetings or conferences; reports and/or summaries of interviews or investigations; opinions or reports of consultants' patent appraisals; opinions of counsel; agreements; records, reports or summaries of negotiations; brochures, pamphlets, advertisements, circulars, trade letters, packing materials and notices, press releases; litigation files and databases; and any drafts or revisions of any document and any notes or comments appearing on any document, whether preliminary or marginal. A comment or notation appearing on any document, and not a part of the original document, is considered a separate document within the meaning of the term. A draft or non-identical copy is a separate document within the meaning of the term.

9.    The term "communication" should be understood to mean the transmission of information (in the form of facts, ideas, inquiries or otherwise), including all inquiries, discussions, conversations, negotiations, agreements, understandings, meetings, telephone

3

conversations, letters, emails, facsimiles, notes, telegrams, advertisements, or other forms of verbal exchange, whether oral or written.

10. The terms "related to," "relate to," "regarding," "concerning," "in connection with," and "relating to," as used herein, are used in the broadest possible sense and mean mentioning, citing, quoting, regarding, involving, representing, constituting, discussing, reflecting, identifying, describing, referring to, containing, enumerating, evidencing, supporting, or in any way concerning, in whole or in part, directly or indirectly. The terms should be construed as necessary to make the request inclusive to the greatest extent.

11. The term "person," as used herein, shall mean human beings or legally recognized entities.

12. The terms "and" and "or," as used herein, are to be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive.

13. The terms "any" and "all," as used herein, shall mean "any and all," and shall be construed so as to bring within the scope of the request any information that otherwise might be construed to be outside its scope.

14. The term "date" or "dates," as used herein, refers to the exact day, month, and year, if ascertainable, or if not, the best approximation.

15. The terms "describe" or "description," as used herein, means to state all facts of which you are aware concerning the subject, including but not limited to identifying all dates, all persons involved in or with knowledge of the subject, and all places or locations relevant to the subject.

16. The term "identify," as used herein, shall have the same meaning:

a) When used with respect to or referring to a person, "identify" means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

b) When used with respect to or referring to documents, "identify" means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s) and recipient(s). In the alternative, the responding party may produce the documents, together with identifying information sufficient to satisfy Fed. R. Civ. P. 33(d).

17. The term "Complaint" as used herein, shall mean the Second Amended Class Action Complaint filed by Plaintiffs in this lawsuit, or any further amended class action complaints.

18. The terms used herein, which are also set forth in 21 C.F.R. § 111.3, shall have the same definitions and interpretations as specified in 21 C.F.R. § 111.3.

## INSTRUCTIONS

1. In responding to each document request, attach originals or true copies of all documents referenced or referred to, which are otherwise supportive of the response, illustrative of the response, or the production of which is necessary to provide a complete response.

2. All documents should be produced electronically and in their native format, or in any manner consistent with the format in which they were originally created (i.e.; .doc, .pdf, .jpg, .tif, .xls, .mdb, .pst, etc.) and should include all data, including but not limited to, metadata,

formulae, links, attachments, etc. To the extent that a document no longer exists in its original format, said document should be produced in a similar, reasonable electronic format that would allow for the same or similar functionality as the original.

3. If you withhold any documents based on privilege, provide a privilege log setting forth the privilege claimed and the facts upon which you rely to support the claim of privilege. In that log, identify each document for which privilege is claimed, together with the following information:

  (a) A brief description of the nature and subject matter, including the title and type of document;

  (b) The date of preparation;

  (c) The date of the last revision or edit;

  (d) The name and title of the author(s);

  (e) The name and title of the person(s) creating the document(s);

  (f) The name and title of the person(s) who edited the document(s);

  (g) The name and title of the person(s) to whom the document was sent; and

  (f) The number of pages.

4. The request for information in these document requests is continuing in character and, therefore, requires supplemental responses and/or production by you of supplemental documents if other, further or different information is secured or available prior to the trial of the above identified proceeding.

5. If there are documents not currently in your possession, but which you can obtain from other parties, such additional documents are included in this request. If your response to any requests herein is that the documents are not in your possession or custody, describe in detail the location of the documents and the unsuccessful efforts you made to locate the records. If your response to any requests herein is that the documents are not in your control, identify who

has control and the location of the records, and provide any documents you have that contain all or part of the information contained in the requested document or category. If any requested document was, but no longer is in your possession or subject to your control, or has been misplaced, destroyed or discarded, or otherwise disposed of, please so state, and for each such document provide: (1) Its date; (2) The identity of the person(s) who prepared the document; (3) The identity of all persons who participated in preparing the document, to whom the document was sent or who have otherwise seen the document; (4) The length of the document; (5) The subject matter of the document; (6) If misplaced, the last time and place it was seen and a description of efforts made to locate the document; (7) If disposed of, the date of and reason for disposal, the manner of disposition (e.g., destroyed, transferred to a third party), the reason for disposal, the identity of the person(s) who authorized disposal and the identity of the person who disposed of the document.

## **DOCUMENTS REQUESTED**

**DOCUMENT REQUEST NO. 1:**

Produce all Documents evidencing your current financial condition, including how the Coronavirus has impacted the business of Defendants.

**DOCUMENT REQUEST NO. 2:**

Produce your most recent financial statements since 2017, including but not limited to the current fiscal year, the most recent three (3) years of annual financial statements prepared by your external accountants, the most recent three (3) years of internally produced company financial statements, and 2020 year to date financial statements through the most recent quarter (internally prepared, and, if applicable, any such statements prepared by external accountants).

**DOCUMENT REQUEST NO. 3:**

Produce your balance sheets and bank statements since 2017, including but not limited to the current fiscal year, including information about cash on hand, profits, and losses.

**DOCUMENT REQUEST NO. 4:**

Produce your cash flow statements since 2017, including the current fiscal year.

**DOCUMENT REQUEST NO. 5:**

Produce your most recent three (3) years of federal corporate income tax returns.

**DOCUMENT REQUEST NO. 6:**

Produce your Summary Form W-3 (a one-page annual payroll summary) for the last three (3) years.

**DOCUMENT REQUEST NO. 7:**

Produce copies of all existing loan/debt agreements that you are a party to, including but not limited to any Paycheck Protect Plan (PPP) loan.

DATED: August 21, 2020         By: _/s/ Barbara Perez_____
                                Tod Aronovitz (FBN 186430)
                                Barbara Perez (FBN 989304)
                                **ARONOVITZ LAW**
                                Town Center One, Suite 2201
                                8950 SW 74 Court
                                Miami, FL 33156
                                Tel: 305-372-2772
                                Fax: 305-397-1886
                                ta@aronovitzlaw.com
                                bp@aronovitzlaw.com

                                Jay I. Brody (Admitted *Pro Hac Vice*)
                                Gary S. Graifman (Admitted *Pro Hac Vice*)
                                **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
                                747 Chestnut Ridge Road
                                Chestnut Ridge, New York 10977
                                Tel: 845-356-2570
                                ggraifman@kgglaw.com
                                jbrody@kgglaw.com

                                Nicholas A. Migliaccio
                                Jason S. Rathod
                                **MIGLIACCIO & RATHOD LLP**
                                412 H Street N.E., Ste. 302
                                Washington, DC 20002
                                Tel: 202-470-3520
                                nmigliaccio@classlawdc.com

9

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 21, 2020, a true and correct copy of the foregoing was sent *via e-mail* to all counsel of record as listed on the below Service List.

By: */s/ Barbara Perez*

**SERVICE LIST**
Ginsberg, et al. vs. Vitamins Because, LLC, et al.
Case No.: 19-cv-022702-KMW

<table>
<tr><td>

**Attorneys for PLAINTIFFS**:

Tod Aronovitz (FBN 186430)
Barbara Perez (FBN 989304)
**ARONOVITZ LAW**
Town Center One, Suite 2201
8950 SW 74 Court
Miami, FL 33156
Tel: 305-372-2772
Fax: 305-397-1886
ta@aronovitzlaw.com
bp@aronovitzlaw.com

Jay I. Brody (Admitted *Pro Hac Vice*)
Gary S. Graifman (Admitted *Pro Hac Vice*)
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Tel: 845-356-2570
ggraifman@kgglaw.com
jbrody@kgglaw.com

Nicholas A. Migliaccio
Jason S. Rathod
**MIGLIACCIO & RATHOD LLP**
412 H Street N.E., Ste. 302
Washington, DC 20002
Tel: 202-470-3520
nmigliaccio@classlawdc.com

</td><td>

**Attorneys for DEFENDANTS:**

*Defendants*, **VITAMIN BECAUSE LLC and CT HEALTH SOLUTIONS LLC:**

David S. Johnson (FBN 96423)
**JOHNSON DABOLL ANDERSON, PLLC**
2011 W. Cleveland Street, Suite F
Tampa, Florida 33606
Tel: 813-377-2499
Fax: 813-330-3156
djohnson@jdalegal.com

*Defendant*, **GMAX CENTRAL LLC:**

Leon N. Patricios (FBN 0012777)
Joseph I. Zumpano (FBN 0056091)
**ZUMPANO PATRICIOS, P.A.**
312 Minorca Avenue
Coral Gables, FL 33134
Tel: 305-444-5565
Fax: 305-444-8588
lpatricios@zplaw.com
jzumpano@zplaw.com

Richard J. Oparil (Admitted *Pro Hac Vice*)
Kevin M. Bell (Admitted *Pro Hac Vice*)
**ARNALL GOLDEN GREGORY LLP**
1775 Pennsylvania Avenue NW, Suite 1000
Washington, DC 20006
Tel: 202-677-4030
richard.oparil@agg.com
kevin.bell@agg.com

*Defendant*, **ASQUARED BRANDS LLC:**

Alessandro A. Apolito (FBN 0084864)
**LIPPES MATHIAS WEXLER FRIEDMAN LLP**
822 N. A1A, Suite 101
Ponte Vedra Beach, Florida 32082
Tel: 904-660-0020
Fax: 904-660-0029
aapolito@lippes.com

</td></tr>
</table>

11

Brendan H. Little (Admitted *Pro Hac Vice*)
**LIPPES MATHIAS WEXLER FRIEDMAN LLP**
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Tel: 716-853-5100
blittle@lippes.com


*Defendants*, **HEALTHY WAY RX LLC, KHAKIWARE INC**:

Joseph A. Sorce, Esq. (FBN 37288)
**JOSEPH A. SORCE & ASSOCIATES, PA**
999 Ponce de Leon Boulevard, Suite 1020
Coral Gables, FL 33134
Tel. 305-529-8544
jsorce@flconstructionlawyer.com


*Defendant*, **JOLLY DOLLAR SUPPLY COMPANY:**

Joshua A. Migdal (FBN 19136)
Yaniv Adar (FBN 63804)
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Tel: 305-374-0440
josh@markmigdal.com
yaniv@markmigdal.com
eservice@markmigdal.com


*Defendant*, **INSPIRE NOW PTY LTD d/b/a BoostCeuticals:**

Catherine L. Davis (FBN 122172)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
100 Southeast Second Street - Suite 2100
Miami, FL 33131
Tel: (305) 341-2254 (direct)
catherine.davis@wilsonelser.com