# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-CV-22702-KMW

CORI ANN GINSBERG, NOAH
MALGERI, KALYN WOLF, BILL
WILSON, SHANNON HOOD, ERIC
FISHON, and ROBERT MCKEOWN on
behalf of themselves and all others similarly
situated,

    Plaintiffs,

vs.

VITAMINS BECAUSE LLC, CT HEALTH
SOLUTIONS LLC, GMAX CENTRAL
LLC, ASQUARED BRANDS LLC,
INSPIRE NOW PTY LTD d/b/a
BoostCeuticals, HEALTHY WAY RX LLC,
KHAKIWARE INC, and JOLLY DOLLAR
SUPPLY COMPANY, LLC,

    Defendants.
_____/

**VITAMINS BECAUSE AND CT HEALTH SOLUTIONS' RESPONSE TO
PLAINTIFFS' FIRST AMENDED REQUEST FOR PRODUCTION**

Defendant VITAMINS BECAUSE LLC and CT HEALTH SOLUTIONS LLC ("Vitamins Because") responds to Plaintiffs' First Amended Request for Production as follows:[1]

---

[1] Although no order has been entered as required by Rule 37, *see* April 30, 2021 hearing transcript, page 76, this Honorable Court held that Vitamins Because waived its objections to Plaintiffs' voluminous discovery requests because, instead of responding, Vitamins Because sought appellate mandamus review of this Court's directive to engage in merits discovery during the pendency of a second facial challenge to this Honorable Court's subject matter jurisdiction. Vitamins Because hereby reserves its right to assert its specific individual objections to Plaintiffs' discovery request should its Writ of Mandamus or its exception to the forthcoming written order of the Magistrate Judge be successful. Among other things, Vitamins Because objects to Plaintiffs' discovery requests because they are difficult, at best, to understand, extraordinarily broad, and vastly exceed the scope of permissible discovery. Moreover, Plaintiffs are impermissibly using the discovery process to identify putative class members and alter the burden to invoke this Honorable Court's subject matter jurisdiction.

**DOCUMENT REQUEST NO. 1:** Produce all documents and communications concerning the manufacture and design of the subject product, as well as any revisions or modifications to the manufacture and design of the subject product, including, but not limited to, documents relating to the subject product's product specifications, component specifications for identity, purity, strength, or composition, and capsule form and capsulizing process.

**RESPONSE:** Vitamins Because will produce documents in its possession responsive to this Request to the extent it understands it and upon entry of a protective order.

**DOCUMENT REQUEST NO. 2** Produce all documents and communications concerning the manufacture and design of the subject product's labels and packaging, including, but not limited to, specifications for the packaging and labeling relating to the subject product's SAMe strength and purity, and supplement information, as well as any revisions and/or modifications thereto.

**RESPONSE:** See response to Request No. 1.

**DOCUMENT REQUEST NO. 3:** Produce all documents and communications concerning the Subject Product's retail distribution, sales, pricing and price fluctuation, competitor retail pricing, and online marketing and/or advertising.

**RESPONSE:** Vitamins Because does not know what information is being requested by Plaintiffs, but it appears to request documents in the possession or control of other entities. Subject to the above, none.

**DOCUMENT REQUEST NO. 4:** Produce all documents and communications concerning the Subject Product's wholesale distribution, sales, pricing and price fluctuation, and competitor wholesale pricing.

**RESPONSE:** Vitamins Because does not know what information is being requested by Plaintiffs but it appears to request documents in the possession or control of other entities. Vitamins Because will produce any responsive documents in its possession subject to Vitamins Because's best efforts to interpret the Request and upon entry of a protective order.

**DOCUMENT REQUEST NO. 5:** Produce all documents, records, and communications concerning the creation, revision, modification, design of the standard operating procedures relating to the manufacture, labeling, and packaging of the subject product.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 6:** Produce documents sufficient to show Defendants' total net sales (including units sold), total gross sales revenue, and total expenses, on an annual basis, for their retail sales of the Subject Product for each calendar which it was sold by Defendant.

**RESPONSE:** Vitamins Because is not in possession or control of documents sufficient to show the information sought in the Request.

**DOCUMENT REQUEST NO. 7:** Produce documents sufficient to show Defendants' total net sales (including units sold), total gross sales revenue, and total expenses, on an annual basis, for their wholesale sales of the Subject Product for each calendar which it was sold by Defendant.

**RESPONSE:** See response Request No. 4.

**DOCUMENT REQUEST NO. 8:** Produce all documents concerning Defendants' communications with private label companies' concerning the subject product.

**RESPONSE:** See response to Request No. 1.

**DOCUMENT REQUEST NO. 9:** Produce all documents, records, and communications concerning manuals, memoranda, instructions, and other records setting forth any of Defendants' policies, procedures or practices relating to the marketing and sale of the Subject Product.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 10:** Produce all draft versions and all final versions of all labels for the finished subject product, and related documents and communications.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 11:** Produce all documents and communications concerning Defendants' quality control operations in connection with the manufacture subject product,

3

including, but not limited to, testing of the subject product's raw ingredient components for proper identity, purity, strength, composition, or microbiological analysis; testing of the subject product in finished form for proper identity, purity, strength, composition, and microbiological analysis; collection of representative samples from the finished subject product; and any Good Manufacturing Practice(s) or CGMP which relate specifically to the manufacture of SAMe.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 12:** Produce all documents and communications concerning Defendants' design and implementation of a system of production and process controls, pursuant to 21 C.F.R. § 111.55, relating to the manufacturing, packaging, labeling, and holding of the subject product.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 13:** Produce all documents and communications concerning Defendants' design and implementation of a system of quality control operations, pursuant to 21 C.F.R. § 111.65, relating to the manufacturing, packaging, labeling, and holding of the subject product.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 14:** Produce all documents and communications concerning the establishment of manufacturing, component, and in-process specifications, pursuant to 21 C.F.R. § 111.70, for the subject product.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 15:** Produce all documents and communications concerning Defendants' determination that specifications relating to the subject product were or were not met, pursuant to 21 C.F.R. § 111.75.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 16:** Produce all documents and communications concerning actions taken by Defendants, pursuant to 21 C.F.R. § 111.77, following the establishment that specifications in connection with the subject product were not met.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 17:** Produce all documents and communications relating to any and all required material reviews and required disposition decisions in connection with the subject product that were conducted by quality control personnel.

**RESPONSE:** Vitamins Because objects to this Request because it seeks information protected by the attorney-client privilege. Subject to the above, see response to Request No. 4.

**DOCUMENT REQUEST NO. 18:** Produce all documents and communications relating to the operations of Defendants' quality control personnel covered in 21 C.F.R. § 111 in connection with the subject product.

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 19:** Produce all records made and kept pursuant to 21 C.F.R. § 111.140 in connection with the subject product, including, but not limited to: 1) written procedures for the responsibilities of the quality control operations; 2) written documentation, at the time of performance, that quality control personnel performed the review, approval, or rejection requirements; 3) documentation of any material review and disposition decision and follow-up; as well as all documents, records, and communications related to any of those records.

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 20:** Produce all supplier's invoices, guarantees, or certifications for the raw ingredients and components used in the subject product, and related documents and communications.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 21:** Produce all documents and communications in connection with any rejected components, capsules, bottles, packaging, and/or labels relating to the subject product.

**RESPONSE:** See response Request No. 17.

**DOCUMENT REQUEST NO. 22:** Produce all documents made and kept by Defendants pursuant to 21 C.F.R. § 111.180 in connection with the subject product.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 23:** Produce all parts of the master manufacturing record established by Defendants pursuant to 21 C.F.R. § 111.205, which relate to the subject product, and all documents and communications concerning issues relating to the subject product in Defendants' master manufacturing record.

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 24:** Produce all batch production records for every batch of the subject product manufactured by Defendants which were prepared by Defendants pursuant to 21 C.F.R. § 111.255, and all documents and communications concerning the subject product's batch production records.

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 25:** Produce all written procedures for laboratory operations relating to the subject product, which were established by Defendants pursuant to 21 C.F.R. § 111.303, and all documents and communications concerning laboratory operations performed in connection with the subject product.

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 26:** Produce all documents and communications concerning laboratory control processes, established pursuant to 21 C.F.R. § 111.315, which were used in connection with the subject product.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 27:** Produce all documents and communications concerning laboratory examination and testing methodologies used in connection with the subject product.

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 28:** Produce all documents concerning the subject product that were made and kept pursuant to 21 C.F.R. § 111.325, including, but not limited to: 1) written procedures for laboratory operations and 2) documentation that laboratory methodologies were followed, and all documents, records, and communications concerning those records.

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 29:** Produce all written procedures for manufacturing operations concerning the subject product, and all documents and communications concerning those records.

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 30:** Produce all documents and communications concerning Defendants' design or selection of manufacturing processes, which ensure that product specifications for the subject product are consistently met.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 31:** Produce all documents and communications concerning Defendants' design or selection of manufacturing processes, which ensure that ingredient specifications for the subject product are consistently met.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 32:** Produce all documents and communications made and/or kept pursuant to 21 C.F.R. § 111.95 in connection with the subject product, including, but not limited to: 1) the specifications established; 2) documentation of Defendants' qualification of a supplier for the purpose of relying on the supplier's certificate of analysis; 3) documentation for why meeting in-process specifications, in combination with meeting component specifications,

7

helps ensure that the subject product meets the specifications for identity, purity, strength, and composition; and for limits on those types of contamination that may adulterate or may lead to adulteration of the finished batch of the subject product; 4) documentation for why the results of appropriate tests or examinations for the product specifications selected under 21 C.F.R. § 111.75(c)(1) ensure that the subject product meets all product specifications; 5) documentation for why any component and in-process testing, examination, or monitoring, and any other information, will ensure that a product specification that is exempted under 21 C.F.R. § 111.75(d) is met without verification through periodic testing of the finished batch, including documentation that the selected specifications tested or examined under 21 C.F.R. § 111.75 (c)(1) are not able to verify that the production and process control system is producing the product in a way that meets the exempted product specification and there is no scientifically valid method for testing or examining such exempted product specification at the finished batch stage; and 6) documentation of FDA's response to any petition submitted by Defendants under 21 C.F.R. § 111.75(a)(1)(ii) providing for an exemption from the provisions of 21 C.F.R. § 111.75(a)(1)(i).

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 33:** Produce all documents and communications concerning Defendants' written procedures for the responsibilities of the quality control operations in connection with the subject product pursuant to 21 C.F.R. § 111.103, including written procedures for conducting a material review and making a disposition decision, and for approving or rejecting any reprocessing.

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 34:** Produce all written procedures for packaging and labeling operations, and all documents, records, and communications concerning the packaging and labeling operations for the subject product.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 35:** Produce all written procedures for holding and distributing operations, and all documents and communications concerning the holding and distributing operations for the subject product, and records of the subject product distribution.

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 36:** Produce all documents and communications concerning Defendants' fulfillment of all requirements set forth in 21 C.F.R. § 111.410 in connection with the packaging and labels of the of the subject product.

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 37:** Produce all documents and communications concerning Defendants' fulfillment of all requirements set forth in 21 C.F.R. § 111.415.

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 38:** Produce all documents and communications concerning Defendants' fulfillment of all requirements set forth in 21 C.F.R. § 111.415 in connection with establishing specifications for the packaging and labeling of the subject product.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 39:** Produce all documents and communications concerning Defendants' fulfillment of all requirements set forth in 21 C.F.R. § 111.455 in connection with holding components, product, packaging, and labels of the subject product.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 40:** Produce all documents and communications concerning Defendants' fulfillment of all requirements set forth in 21 C.F.R. § 111.460 in connection with the holding of in-process materials used in connection with the subject product.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 41:** Produce all documents and communications concerning any subject product which was returned to Defendants, as well as Defendants' fulfillment of the requirements set forth in 21 C.F.R. § 111.510 thereafter.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 42:** Produce all batch records relating to the manufacture of the subject product.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 43:** Produce all documents and communications concerning Defendants' sourcing and/or procurement of components, raw ingredients, and API of the subject product.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 44:** Produce all documents and communications concerning Defendants' qualification of vendors and sources of the components, raw ingredients, and API of the subject product.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 45:** Produce all documents and communications concerning Defendants' compliance with or violations of 21 C.F.R. § 111 in connection with the subject product and the physical plant(s) at which the subject product is manufactured, packaged, labeled, or held.

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 46:** Produce all documents concerning the subject product which Defendants have made available to the FDA.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 47:** Produce all documents and communications concerning Defendants' regulatory log and/or communications and interactions with the FDA relating to the

10

subject product or the physical plant(s) at which the subject product is manufactured, packaged, labeled, or held.

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 48:** Produce all documents and communications concerning any and all product complaints relating to the subject product, and Defendants' review and investigation of any complaint relating to the subject product and their fulfillment of the requirements set forth in 21 C.F.R. § 111.560.

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 49:** Produce all documents and communications concerning any and all corrective actions performed by Defendants in relation to the manufacture or labeling of the subject product.

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 50:** Produce all records made and kept as required under 21 C.F.R. § 111.570 in connection with the subject product.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 51:** Produce all documents and communications concerning any reserve samples of each lot of packaged and labeled subject product that Defendants has and continues to hold in its possession, pursuant to 21 C.F.R. § 111.83.

**RESPONSE:** See response to Request No. 4.

**DOCUMENT REQUEST NO. 52:** Produce documents sufficient to show the shipping costs incurred by Defendants and/or consumers relating to the subject product.

**RESPONSE:** Vitamins Because is not in possession of documents sufficient to show the shipping costs incurred by Defendants and/or consumers relating to the subject product.

**DOCUMENT REQUEST NO. 53:** Produce all documents and communications with or concerning private label retailers in relation to the subject product.

11

**RESPONSE:** See response to Request No. 17.

**DOCUMENT REQUEST NO. 54:** Produce all documents and communications relating to the measure of SAMe contained in the subject product labels.

**RESPONSE:** See response to Request No. 17.

| | |
|---|---|
| Dated: June 10, 2021 | /s/David S. Johnson<br>David S. Johnson    FBN  096423<br>Scott W. Anderson    FBN  738311<br>JOHNSON DABOLL ANDERSON, PLLC<br>2011 W Cleveland Street, Suite F<br>Tampa, Florida 33606<br>Telephone: (813) 377-2499<br>Fax: (813) 330-3156<br>djohnson@jdalegal.com<br>sanderson@jdalegal.com<br>aglisson@jdalegal.com<br><br>*Counsel for Vitamins Because and CT Health Solutions* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2021, a true and correct copy of the foregoing was served electronically to the following counsel of record on the attached service list.

/s/David S. Johnson

## SERVICE LIST

| | |
|---|---|
| Tod Aronovitz (FBN 186430)<br>Barbara Perez (FBN 989304)<br>ARONOVITZ LAW<br>2 South Biscayne Boulevard<br>One Biscayne Tower<br>Suite 3700<br>Miami, FL 33131<br>Tel: 305-372-2772 Fax: 305-397-1886<br>ta@aronovitzlaw.com<br>bp@aronovitzlaw.com<br>Attorneys for Plaintiffs<br><br>Jay I. Brody (Admitted Pro Hac Vice)<br>Gary S. Graifman (Admitted Pro Hac Vice) | Brendan H. Little<br>LIPPES MATHIAS WEXLER FRIEDMAN, LLP<br>50 Fountain Plaza, Suite 1700<br>Buffalo, NY 14202<br>Tel: 716-853-5100<br>blittle@lippes.com<br><br>Alessandro A. Apolito<br>LIPPES MATHIAS WEXLER FRIEDMAN, LLP<br>822 US Highway A1A, Suite 101<br>Ponte Vedra Beach, FL 32082<br>Tel: 904-660-0020 |

KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.
747 Chestnut Ridge Road Chestnut Ridge
New York 10977
Tel: 845-356-2570
ggraifman@kgglaw.com
jbrody@kgglaw.com
Attorneys for Plaintiffs

Nicholas A. Migliaccio
Jason S. Rathod
MIGLIACCIO & RATHOD LLP
412 H Street N.E., Ste. 302
Washington, DC 20002
Tel: 202-470-3520
nmigliaccio@classlawdc.com
Attorneys for Plaintiffs

Joseph A. Sorce
JOSEPH A. SORCE & ASSOCS., P.A.
999 Ponce de Leon Blvd., Suite 1020
Coral Gables, FL 33134
Tel: 305-529-8544
jsorce@flconstructionlawyer.com
Attorney for Defendants Khakiware, Inc.
and Healthy Way RX, LLC
jsorce@flconstructionlawyer.com

Bretton I Pollack
Pollack, Pollack & Kogan, LLC
Courthouse Tower
44 W Flagler Street, Suite 2050
Miami, FL 33130
Tel: 305-373-9676
Brett.pollack@ppkfirm.com
admin@ppkfirm.com
Attorneys for Inspire Now

aapolito@lippes.com
Attorneys for ASquared Brands

Leon N. Patricios (FBN 0012777)
ZIMPANO PATRICIOS, P.A.
312 Minorca Ave.
Coral Gables, FL 33134
Tel: 305-444-5565
Fax: 305-444-8588
lpatricios@zplaw.com
jzumpano@zplaw.com

Richard J. Oparil (admitted *pro hac vice*)
ARNALL GOLDEN GREGORY
1775 Pennsylvania Ave., NW
Suite 1000
Washington, DC 20006
T:  202-677-4030
Richard.oparil@agg.com
Attorneys for GMAX Central, LLC

Mark Migdal & Hayden
Yaniv Adar
Joshua A. Migdal
80 S.W. 8th Street
Suite 1999
Miami, FL 33130
Tel: 305-374-0440
yaniv@markmigdal.com
josh@markmigdal.com
eservice@markmigdal.com
Attorneys for Jolly Dollar Supply Company