# EXHIBIT 6

Page 1

1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
2                      MIAMI DIVISION
3                  CASE NO. 19-cv-22702-KMW
4      CORI ANN GINSBERG, NOAH MALGERI,
       KALYN WOLF, BILL WILSON, SHANNON
5      HOOD, ERIC FISHON, and ROBERT MCKEOWN
       on behalf of themselves and all others
6      similarly situated,
7           Plaintiffs,
8      vs.
9      VITAMINS BECAUSE LLC, CT HEALTH
       SOLUTIONS LLC, GMAX CENTRAL LLC,
10     ASQUARED BRANDS LLC, INSPIRE NOW PTY
       LTD d/b/a Boostceuticals, HEALTHY WAY RX
11     LLC, KHAKIWARE, INC., and JOLLY DOLLAR
       SUPPLY COMPANY, LLC.
12
            Defendants.
13     _____/
14                           Virtual Proceeding
                             Monday, 10:10 a.m. - 3:23 p.m.
15                           January 17th, 2022
16
17
18
19        VIDEOCONFERENCE DEPOSITION OF DR. NEIL ROSS
20
21        Taken on behalf of the Plaintiffs before Amber
22     Cheek, Court Reporter, Notary Public in and for the
23     State of Florida at Large, pursuant to Notice of Taking
24     Deposition in the above cause.
25

Page 2

```
 1     APPEARANCES:
 2     ATTORNEY FOR PLAINTIFFS
 3          JAY I. BRODY, ESQUIRE
            jbrody@kgglaw.com
 4          KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.
            747 Chestnut Ridge Road
 5          Chestnut Ridge, New York 10977
            (845)356-2570
 6
 7
 8     ATTORNEY FOR VITAMINS BECAUSE LLC and CT HEALTH
       SOLUTIONS, LLC
 9
            SCOTT ANDERSON, ESQUIRE
10          sanderson@jdalegal.com
            JOHNSON DABOLL ANDERSON PLLC
11          2011 West Cleveland Street
            Suite F
12          Tampa, Florida 33606
            (813)597-9782
13
14
15     ATTORNEY FOR ASQUARED BRAND LLC
16          SEAN O'BRIEN, ESQUIRE
            sobrien@lippes.com
17          LIPPES MATHIAS WEXLER FRIEDMAN, LLP
            50 Fountain Plaza
18          Suite 1700
            Buffalo, New York 14202
19          (716)853-5100
20
21
22
23
24
25
```

Page 3

```
 1                       I N D E X
 2    WITNESS:                                    PAGE:
      _____
 3
      DR. NEIL ROSS
 4
      Direct-Examination by Mr. Brody.....................5
 5    Cross-Examination by Mr. O'Brien.................202
      Certificate of Oath of witness..................204
 6    Letter to Witness Re:  Reading..................206
      Errata Sheet....................................207
 7    Witness Signature Page..........................208
 8
 9                       EXHIBITS
10    NUMBER              DESCRIPTION                PAGE:
      _____
11
      EXHIBIT 1        Plaintiffs' Notice of Deposition.....12
12                     Duces Tecum via Zoom
13    EXHIBIT 2        Vitamins Because and CT Health.......54
                       Solutions Hybrid Expert Witness
14                     Disclosure
15    EXHIBIT 3        Consulting Agreement between........108
                       N2Pharma LLC and CT Health
16                     Solutions
17    EXHIBIT 4        Shandong Jincheng...................139
                       Bio-Pharmaceutical Certificates
18                     of Analysis
19    EXHIBIT 5        NSF Good Manufacturing Practices....163
                       Packet - VB-PROD 005602 through
20                     005849
21    EXHIBIT 6        NSF Good Manufacturing Practices.....163
                       Packet - VB-PROD 005602 through
22                     005849
23    EXHIBIT 7        Department of Health and Human.......172
                       Services Food and Drug
24                     Administration, 483
25    EXHIBIT 8        Expert Disclosures..................188
```

Page 4

1                          I N D E X

2                            EXHIBITS

3     NUMBER                  DESCRIPTION                PAGE:

      _____

4

      EXHIBIT 9        Plaintiffs' Fourth Request For......199

5                      Production of Documents To

                       Defendants Vitamins Because LLC

6                      and CT Health Solutions LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    Thereupon:

2                         DR. NEIL ROSS

3    was called as a witness and, having been first duly

4    sworn and responding, "I do," was examined and testified

5    as follows:

6                      DIRECT-EXAMINATION

7    BY MR. BRODY:

8         Q    Good morning, Dr. Ross.

9         A    Good morning.

10        Q    My name is Jay Brody.  I'm counsel for the

11   plaintiffs in this case, putative counsel, class counsel

12   in this case.

13             Can you state your name for the record.

14        A    Neil Ross.

15        Q    And can you provide your current address.

16        A    1071 Nandina Drive, Weston, Florida 33127.

17        Q    And can you also provide your current contact

18   information.

19        A    Yes.  Phone number (954)816-4154.  Email

20   neildonaldross@gmail.com.

21        Q    And is that contact information which you're

22   using in this case or this litigation?

23        A    Correct.  I have sent you an invoice for this

24   and everything was on it.  Same number, same email, same

25   everything.

Page 6

```
 1          Q    Okay.  Thank you.

 2               Have you been deposed previously?

 3          A    Oh, yes.

 4          Q    And has that been in other litigation?

 5          A    Yes.

 6          Q    And what other cases have you been deposed in?

 7          A    I will tell you the basics of it.  I don't

 8     want to disclose all the information.

 9          Q    Sure.  Can you just give the names of the

10     cases and then I'll go back and follow up on that.

11          A    Okay.  There was a case I was deposed in was a

12     case involving a pre-mix company where they made a

13     product using selenium and selenium had caused some

14     injury to a bunch of people consuming it through a

15     marketer, and I was being used as an expert witness for

16     the pre-mix company.

17          Q    And before I go on and ask you about some of

18     these cases, let me just ask you preliminarily, are you

19     on any medication at this time?

20          A    Yes, a number of medications.  I'm 68 years

21     old.

22          Q    I can understand that.

23               Is there any medication that you're taking

24     which would prevent you from telling the truth --

25          A    No.
```

Page 7

1       Q    -- and testifying properly under oath?

2            No?

3       A    No, none.

4       Q    Okay.  And just so you know, we're going to be

5  going for some time today.  If at any point you need a

6  break, just let me know.  I would just ask if there is

7  an open question on the table, that you answer the

8  question first and then we can take a break afterwards.

9  Otherwise, I'll try to take a break every hour or so,

10 around that amount of time give or take a little bit.

11           I'm going to be asking obviously a number of

12 questions.  If I ask a question, I'm going to assume

13 that you understand the question.  If for whatever

14 reason you don't understand the question, just please

15 ask me to clarify and I will do my best to clarify.

16 Otherwise I'll assume you understood the question.

17           Otherwise, I'm sure you know, because it seems

18 like you've deposed before, but in a deposition you need

19 to verbalize all your answers.  Head nodding and other

20 gesticulations are typical in everyday life and

21 perfectly acceptable in those contexts, but in the

22 context of a deposition, we just ask that you verbalize

23 all your answers.

24      A    Correct.

25      Q    And lastly, I would just ask that we both make

```
 1    an effort, myself and you and the other attorneys, not

 2    to speak simultaneously.  Because this is a remote

 3    deposition, there might be a little delay.  But

 4    obviously the court reporter is going to be taking down

 5    and transcribing everything that's being said.  So in

 6    this light, we have to make an extra effort just to

 7    pause in between questions, answers, objections,

 8    whatever it may be, just to make sure we're not speaking

 9    over one another and the court reporter can take it down

10    proper and accurate.

11         Does that sound good to you, Dr. Ross?

12    A    That's fine.

13    Q    All right.  Great.

14         Let me start off by asking you, does anyone

15    represent you in this litigation?

16    A    Represent me for what?

17    Q    For anything.

18         MR. ANDERSON:  Object to form.

19         THE WITNESS:  Well, I haven't needed lawyer

20         representation for anything up until now.  I do use

21         a service for contracts, et cetera, stuff like

22         that.  That's it.

23    BY MR. BRODY:

24    Q    So you have some attorneys for contractual

25    purposes?
```

Page 9

1        A    Right, for contracts.

2        Q    And in this litigation, are there any

3    attorneys that are representing you?

4             MR. ANDERSON:  Object to form.

5             THE WITNESS:  No.  There's no need that I'm

6        aware of.

7    BY MR. BRODY:

8        Q    Are there any other attorneys who are

9    communicating on your behalf in this case?

10            MR. ANDERSON:  Object to form.

11            THE WITNESS:  Yeah, I would guess it could be

12       Scott's group.

13   BY MR. BRODY:

14       Q    Okay.  So I'm just trying to understand.

15            He's not representing you, but he's

16   communicating on your behalf?

17       A    Yes.

18            MR. ANDERSON:  Object to form.

19            MR. BRODY:  I'm sorry.  Dr. Ross, I didn't

20       hear the answer.

21            THE WITNESS:  Yes, affirmative.

22            MR. BRODY:  You said yes.  Okay.

23   BY MR. BRODY:

24       Q    And did you ask him for his law firm to

25   communicate on your behalf in this case?

Page 10

```
 1              MR. ANDERSON:  Object to form.
 2              THE WITNESS:  They were the contact with my
 3         client.  They're my client's law firm.  I received
 4         a subpoena to do a deposition, even though I'm not
 5         really directly involved with this case, from you.
 6         So I obviously talked to him about it, and that's
 7         why I'm here doing the deposition to answer the
 8         questions that you've got.
 9              MR. BRODY:  Sure.
10    BY MR. BRODY:
11         Q    But just to pin this down, did you ask him to
12    communicate on your behalf?
13              MR. ANDERSON:  Object to form.
14              THE WITNESS:  No, not really.  There's been no
15         communication between me and them for them to
16         represent me or speak for me or do anything.
17              MR. BRODY:  Okay.  Thank you.  That was
18         helpful.
19    BY MR. BRODY:
20         Q    And you mentioned before that you had some
21    communications with this law firm.
22              Well, first of all --
23         A    Correct.
24         Q    -- just a preliminary question.
25              What is the name of the law firm, if you know?
```

Page 11

```
 1        A    Oh, I'm not familiar with the name of the law

 2   firm that they're using.  I know that contact I had was

 3   with a different lawyer than Scott who was representing

 4   them.  They provided me with information about this

 5   deposition and they forwarded to me the deposition

 6   requirement.

 7             I think I had one meeting with them once with

 8   the client for like three minutes, and that was it, just

 9   because they happened to be at the site when I was

10   working with them.  That was all.

11        Q    And was the name of the attorney Dave Johnson,

12   David Johnson?

13        A    Correct.

14        Q    And you've had communications with David

15   Johnson you said at the site?

16        A    That actually what?  That actually did what?

17   I had communication with him obviously, yes.

18        Q    And those communications were over the phone

19   or in person?

20        A    The phone.

21        Q    Over the phone.

22             And you've also had communications with

23   attorney Scott Anderson of the same firm?

24             MR. ANDERSON:  Object to form.

25             THE WITNESS:  As far as I remember, no.
```

Page 12

1              Scott, I'm not sure.  I don't remember meeting

2         you anytime.  But I'm old.  My memory.

3              MR. ANDERSON:  No worries.  Do your best.

4              THE WITNESS:  Yes.

5              MR. BRODY:  I'm just asking you to do your

6         best.  If there's something you don't know, it's

7         perfectly fine.  Can just say you don't know.

8         Obviously if you do answer, I'll assume you do

9         know.

10    BY MR. BRODY:

11         Q    Dr. Ross, can you see the document which I've

12    put up in front of the screen?

13         A    Okay.  Yeah, I got it.

14              MR. BRODY:  Madam Court Reporter, I'd just

15         like to mark this as Exhibit Number 1 to the

16         deposition.

17              (Plaintiffs' Exhibit 1 was marked for

18    Identification.)

19    BY MR. BRODY:

20         Q    Dr. Ross, have you seen this document before?

21              And I can scroll through it slowly to give you

22    a chance to --

23         A    Hang on.  Let me read some of this.

24              I don't think so.  This looks like the -- oh,

25    that's the one I got, yes.

Page 13

```
 1          Q     So you have seen this document before and you

 2     --

 3          A     Yes.  I received this, yes.

 4          Q     And approximately when did you receive this,

 5     this record?

 6          A     Oh, my goodness.  I believe two weeks ago.

 7          Q     And did you review the record from top to

 8     bottom?

 9                MR. ANDERSON:  Object to form.

10                THE WITNESS:  Did I review the entire

11          document?

12                MR. BRODY:  Yes.

13                THE WITNESS:  Yeah, I read through it, yes.

14     BY MR. BRODY:

15          Q     And is it your understanding that you're

16     appearing today pursuant to this Notice?

17          A     Well, the only thing that wasn't in the Notice

18     is what the case was about.  It just said they're suing

19     them.  It didn't say what the information was, what the

20     case was pertaining to or was it a product or just a

21     company?  There's nothing there, in this Notice anyway,

22     that I found.

23          Q     Sure.

24                And what is your understanding about what this

25     case is about, as you just put it?
```

Page 14

```
 1              MR. ANDERSON:  Object to form.
 2              THE WITNESS:  The best understanding I have of
 3         this -- you should be telling me what you're doing
 4         and you're suing them for so I understand it.
 5         Okay.  The best I understand, it's a product they
 6         made, as far as I know.  And as far as the product
 7         it was, I believe it was the Sam-e product I think.
 8         But I'm not totally positive on that one.
 9    BY MR. BRODY:
10         Q    And is that the extent of your understanding
11    of this litigation?
12         A    That's the best I know.
13         Q    And you don't know -- you're not familiar with
14    what the claims are about?
15              MR. ANDERSON:  Object to form.
16              THE WITNESS:  I have no idea of what you're
17         suing them for.  I have not seen any depositions of
18         the people you probably deposed.  I have not been
19         used as an expert witness.  I've seen nothing.  So
20         it's like this is what this is.
21              MR. BRODY:  Okay.  Great.
22    BY MR. BRODY:
23         Q    And by the way, Doc, I'm going to be asking
24    you a number of questions.  Hopefully this deposition
25    won't go for too long.  But even if the questions are
```

```
                                                Page 15

 1      quote/quote obvious, I would just ask your indulgence

 2      just to answer the question anyway just so we have a

 3      record.  I'm not trying to insult your intelligence

 4      obviously or anything like that.

 5          A    No, that's fine.  There's nothing wrong with

 6      that.

 7          Q    Okay.  I appreciate that.

 8               Now, you just mentioned a second ago that

 9      you're not being used as an expert in this case.  So is

10      that correct?  Did I hear you correctly?

11          A    Correct.

12          Q    And so what is your understanding of your role

13      in this case?

14          A    I'm basically a witness because I was a

15      consultant to the company that you're suing and I was

16      the person that helped them set up their cGMP systems,

17      et cetera, to get their plant up to speed when they

18      moved to a new facility, get their paperwork up in

19      order, help them with an FDA audit they got, help them

20      respond to the FDA, get the stuff worked out in the

21      plant of what the FDA wanted and have them follow what

22      they required.  That's what I did.

23          Q    Okay.  And so your knowledge pertains only to

24      those areas.  Would that be fair to say?

25               MR. ANDERSON:  Object to form.
```

                                                              Page 16

1              THE WITNESS:  Yes, I would say that's correct.

2       Yeah.

3    BY MR. BRODY:

4        Q    And if I could just direct your attention -- I

5    may follow up on some of those questions as we go on --

6    but just direct your attention back to the record in

7    front of us, Exhibit 1.

8        A    Correct.

9        Q    I'm scrolling down to the section that says,

10   "Appendix A."

11       A    Okay.

12       Q    Have you reviewed Appendix A previously?

13       A    Yeah, I saw it before when you sent the thing.

14   I read through it.

15       Q    And do you have in your possession any of

16   these materials?

17       A    I went and reviewed everything.  It took me a

18   while because I'm a very busy person.  And I did check

19   it for me because I didn't have any really need to go

20   deep into it.  And all I could find was -- I went

21   through all my emails, but the problem is I delete them

22   after a certain time frame because of the volume I have.

23   I did find two that were there for the Sam-e with CT

24   Health and that was it.  But they were general.  I have

25   those.

Page 17

1          The other thing I found in the file was the

2     formulation for the Sam-e that I provided them to help

3     them with the label of it, because they did ask me

4     questions on it which was back in 2000 -- my goodness --

5     '18 sometime.  Nineteen.

6          Q    Yes.  And were there any other documents?

7          A    No.  The only other document I had that I

8     found and everything was their supplier that they buy

9     from for Sam-e.

10          Q    And that was the COA that was for Sam-e, was

11     for Sam-e specifically.  Is that correct?

12          A    Sam-e COA, yeah.  I found it and pulled it

13     out.

14          Q    What was the same of the supplier?

15          A    Oh, my goodness.  Just a second.

16          It was Chinese obviously.

17          But I don't want to leave.  I just want to

18     minimize.  There we go.  Let me do this so I could get

19     somewhere and pull this up.

20          Okay.  Their supplier was Shandong Jincheng

21     Bio-Pharmaceutical Company.

22          THE COURT REPORTER:  And you are going to have

23          to help me with that spelling please.

24          THE WITNESS:  Oh, my.  I don't blame you.

25          S-H-A-N-D-O-N-G J-I-N-C-H-E-N-G

Page 18

```
 1          Bio-Pharmaceutical Company Limited.

 2               THE COURT REPORTER:  Thank you.

 3               THE WITNESS:  They're Chinese people.

 4               THE COURT REPORTER:  Thank you.

 5               THE WITNESS:  Okay.  Very good.

 6               That was their supplier of Sam-e that they've

 7          always used.

 8     BY MR. BRODY:

 9          Q    And when you say "they've always used,"

10     they've always used that before you started --

11          A    To my knowledge, that's the only supplier they

12     had of Sam-e.

13               MR. ANDERSON:  Object to the form of the

14          question.

15     BY MR. BRODY:

16          Q    And was this the supplier they used after your

17     consulting services?

18          A    That they did what?

19               THE COURT REPORTER:  Yeah, please.

20               MR. BRODY:  I'm sorry.  I'll just repeat the

21          question.  If you'll just strike the question, I'll

22          repeat it.

23               THE COURT REPORTER:  Just speak up a little

24          louder please.  You're coming in a little low for

25          some reason.
```

                                                            Page 19

 1              MR. BRODY:  Okay.  I will also raise my

 2        volume.

 3              THE COURT REPORTER:  That might help.  Thank

 4        you.

 5              THE WITNESS:  That's what I'm trying to do

 6        myself.

 7              MR. BRODY:  And if at any point you can't hear

 8        what I'm saying, please ask me to speak up or try

 9        to be more loud or clear.

10  BY MR. BRODY:

11        Q    Just to be clear about this supplier that you

12  mentioned, this Shandong Jincheng -- I don't have to

13  mention the whole name, but you just spelled it out

14  earlier.  This supplier was the supplier they used

15  before you started consulting with the company.  Is that

16  correct?

17        A    Yeah, before I did the work with them, sure,

18  they only had a supplier as far as I -- to my knowledge.

19        Q    To your knowledge.  Yeah, I'm only asking you

20  to your knowledge obviously.

21              And after your consulting services, was this

22  still the supplier which they used?

23        A    Correct.

24              MR. ANDERSON:  Object to form.

25  BY MR. BRODY:

Page 20

1          Q     And they didn't switch suppliers at any point
2     to a different supplier of Sam-e raw material?
3               MR. ANDERSON:  Object to form.
4               THE WITNESS:  I have no knowledge if they did
5          or not.
6     BY MR. BRODY:
7          Q     Well, you have no knowledge or it's your
8     understanding that they did not or you presume that they
9     did not?
10               MR. ANDERSON:  Object to form.
11               THE WITNESS:  No.
12               How it works in cGMP, their SOP is a whole
13          industry.  You have a system called Alternate
14          Vendor Approval System.  What does that mean?  If
15          you go to buy from another supplier, you've got to
16          qualify them and then start using the material.
17          It's not like you just go, Oh, I want to go to the
18          shelf and buy somebody else's stuff.  It's a set
19          system.  And so educated guess on my part, they
20          never changed.
21               MR. BRODY:  Okay.
22               THE WITNESS:  It's too complicated for them to
23          go switch a supplier.
24               MR. BRODY:  Okay.  Thank you.
25     BY MR. BRODY:

Page 21

```
 1        Q    I'm going to have to follow up on this, but I

 2   just want to -- before we get into some of these issues,

 3   I just want to ask you about Appendix A.  You mentioned

 4   two emails which you found regarding Sam-e.  You

 5   mentioned --

 6        A    Right.

 7             THE COURT REPORTER:  I'm sorry.  Say it again.

 8   BY MR. BRODY:

 9        Q    Sure.

10             I'm just recalling Dr. Ross mentioned two

11   Sam-e emails.  He mentioned a formulation of Sam-e with

12   a label, some record related to that, and you mentioned

13   the Sam-e COA of the supplier of the Sam-e raw

14   materials.

15        A    Correct.

16        Q    Were there any other records or documents

17   which you found to be responsive --

18        A    No, no.  There was nothing else.  I went

19   through the files, everything I got, trying to find

20   anything I could find on that because that was it.

21        Q    That was it?

22        A    On Sam-e, yes.

23        Q    On Sam-e.

24             And so there were no other documents -- even

25   unrelated to Appendix A per se, there were no other
```

Page 22

1    documents relating to your work in Sam-e?

2         A    As far as I know, Appendix A was very specific

3    on what was required and so I looked specifically for

4    that.

5         Q    Okay.  And these three things, these three

6    records or these types of records which you found, are

7    these records which are also in the possession of

8    Vitamins Because?

9         A    I would say, yes.

10             MR. ANDERSON:  Object to form.

11             MR. BRODY:  The answer was yes?  I'm sorry.  I

12        just didn't hear you.

13             THE WITNESS:  Yes, I believe so.  Yes.

14    BY MR. BRODY:

15         Q    And just so we're clear going forward, when I

16    refer to Vitamins Because, what do you understand that

17    to mean just for the record?

18         A    Okay.  Vitamins Because, as far as I'm aware,

19    is the line of products that they sell.  It's a line of

20    products, Vitamins Because vitamins.  The company names,

21    I'm not sure the company names they use for sure,

22    because you saw my contract with them, and that was with

23    CT Health Solutions which is the manufacturing side of

24    stuff.  Okay.  And so that's what I was doing, which

25    obviously that's where they make things.  Vitamins

Page 23

1    Because I believe was the marketing part of it, but I'm

2    not totally positive.

3         Q    Okay.  And so your contract was with CT Health

4    Solutions LLC?

5         A    Correct, yes.

6         Q    And so just for purposes of this deposition,

7    when I mention Vitamins Because, would you understand

8    that to be effectively the same company?

9         A    Correct, yes.

10        Q    And so when I refer to Vitamins Because, I'm

11   referring to Vitamins Because LLC and CT Health

12   Solutions LLC.

13        A    CT Health Solutions.  It's all one, right.

14        Q    All one company.  All right.  So just as a

15   matter of reference.

16             Okay.  So I may come back and ask you

17   specifically about this, but it sounds like -- well, let

18   me just confirm.

19             So you haven't done any other work in this

20   case -- and again when I say "this case," I'm talking

21   about this litigation -- other than appear here for the

22   litigation today.  Is that correct?

23        A    Correct.

24        Q    And what did you do in preparation, if

25   anything, for this deposition?

Page 24

```
 1        A     The only thing I did was I did the search that
 2   was requested.  So I did it.  I put the documents in a
 3   small file that I kept in case you wanted copies of it.
 4   I kept them there.  That's really the only thing I
 5   really did.
 6        Q     Okay.  And, yes, plaintiffs would continue to
 7   call for the production of those documents.
 8        A     Okay.  I can forward them to your email I
 9   guess?
10        Q     Yeah, I would appreciate it.
11        A     Okay.
12        Q     Dr. Ross, let me just ask you, did you share
13   these documents with counsel for Vitamins Because before
14   the deposition?
15        A     No, not yet, no, because I just did the search
16   over a week.  And they're not -- they're pretty
17   innocuous to be quite honest.  They're emails that
18   didn't really pertain to much of anything except just
19   mentioning Sam-e.  The formulation is just a formulation
20   sheet.  The COA is a COA supplier which you already
21   have.  I'm sure you have the formulation sheet and the
22   COA also.
23        Q     Well, we may.
24        A     So I don't think there's going to be much
25   there, but I'll send it to you.
```

Page 25

1          Q      Thank you.

2                 And what does the formulation sheet consist of

3          if you can just describe it to the best of your ability?

4          A      Okay.  The formulation is a way to make the

5          product, how to do it.  It's a formulation of the raw

6          materials that go into it, how to put it together, the

7          way the capsule is, how much actives in the powder

8          they're buying that they put on the label and tells them

9          the name of the product they put on the label.  It tells

10         you all the basic stuff of the formulation.

11         Q      And would you consider that to be like a

12         step-by-step manufacturing protocol for the Sam-e?

13                MR. ANDERSON:  Object to form.

14                THE WITNESS:  Oh, yeah.  Part of it's in

15            there.

16                MR. BRODY:  Part of it's in there.

17                THE WITNESS:  There's different sheets.  Okay.

18            In other words, when you do formulations,

19            which is what I do for a living pretty much, you

20            have to have a formulation which is materials and

21            ingredients.  After you have the materials and

22            ingredients, then you have to have the process

23            steps, how do you make it?  Then you have to have

24            the specification, how do you test it?  Okay.  And

25            that's pretty much it.  Okay.  Sam-e is a very

Page 26

 1          difficult product.

 2     BY MR. BRODY:

 3          Q    What do you mean by that, it's a difficult

 4     product?

 5          A    Sam-e is an extremely unstable compound.  Very

 6     unstable.  They stabilize it by making salt.  The salts

 7     --

 8               THE COURT REPORTER:  Oh, whoa, whoa, whoa.

 9          Hold on.  Hold on.  You've got to slow down.

10               THE WITNESS:  I'm sorry.

11               THE COURT REPORTER:  You know what you're

12          talking about.  I don't.  Go ahead.

13               THE WITNESS:  I know what I'm talking about,

14          but I understand you.

15               THE COURT REPORTER:  Go ahead.  Just slow

16          down.

17               THE WITNESS:  Sam-e is an active in the

18          bloodstream, okay, everybody talks about,

19          S-Adenosylmethionine.  Okay.  That's the active.

20               To keep it stable, they must make a salt of it

21          to make it into a powder.  The actual way it's used

22          in the drug industry, the make a soft jell capsule

23          from the oil.  It's actually an oil.  And that's

24          how they sell it overseas mainly.  But when they

25          bring it to this country, they have to make it into

Page 27

```
 1        a powder because it won't transfer.  It won't make
 2        it here stabley.  Transport.  So they sell the salt
 3        here.
 4             And Sam-e is actually a misnomer for it.  It
 5        should be Sam-e SS.  That's the disulfate salt.
 6        That's what you're actually putting in the bottle
 7        and it's actually a tosylate which another form of
 8        salt too, but the active is Sam-e SS.
 9             Okay.  A little history level on Sam-e
10   chemistry here.
11             MR. BRODY:  Yes.  Thank you.
12             THE WITNESS:  So most of the products on the
13        market are misnomers anyway.  They just call it --
14        because everybody says, Oh, it's Sam-e.  Well,
15        that's not really true.  It all depends what you're
16        calling it, what you're declaring, what you say on
17        the label, all that kind of stuff.
18   BY MR. BRODY:
19        Q    And so to be clear, when you say it's a
20   misnomer, Sam-e, it's a misnomer because it's not really
21   Sam-e.  It's Sam-e disulfate.
22        A    SS.  SS is what's in the bottle.
23        Q    And SS stands for?
24        A    Disulfate.  Two disulfate groups that attaches
25   to salt to make it stable.  It also degrades in the
```

Page 28

1    stomach.  In other words, this is a very unstable

2    compound.  As a matter of fact, the problem you've got

3    with it is not so much making it.  It's more of shelf

4    life storage.

5              If it leaves the factory, it needs to be

6    maintained at 75 degrees Fahrenheit and has to be

7    maintained at 60 percent or less humidity.  If you do

8    not do that, the product degrades extremely fast.  You

9    cannot even run accelerated stability on it which is

10   standard protocol to provide dating.  If you do, you

11   won't find it.  It will fail.

12       Q    And when you talk about it degrading fast,

13   you're speaking about the Sam-e SS, correct?

14              MR. O'BRIEN:  Objection to form.

15              THE WITNESS:  Sam-e SS, the tosylate, all of

16         them, are not good.  Heat, water, light, all three

17         degrade the compound.  And the problem you got

18         there is normally where it's stored is not in good

19         conditions.

20   BY MR. BRODY:

21       Q    And did you consult with Vitamins Because

22   regarding the storage of the Sam-e?

23              MR. ANDERSON:  Object to form.

24              THE WITNESS:  I explained to them when they're

25         making this product that they had to do very

Page 29

```
 1          specific things to it to keep it as stable as they
 2          can before it leaves their shop.  Because once it
 3          leaves their shop, they have no control.
 4     BY MR. BRODY:
 5          Q   And so you didn't provide any consulting
 6     services regarding stability of the supplement after --
 7          A   Other than the fact letting them know it's an
 8     unstable compound.
 9              THE COURT REPORTER:  Hold on.  Mr. Anderson,
10          were you speaking?
11              MR. O'BRIEN:  Yeah.  I said object to form.
12          He just said the exact opposite.
13              MR. BRODY:  Dr. Ross, you're doing fine.  If
14          you can just take a second and just wait until the
15          attorneys make their comments, whatever they are,
16          and then just go on.  There's nothing problematic
17          with you're speaking.  We're, again, just going to
18          try not to speak over each other.  That's all.
19              THE COURT REPORTER:  Yes.  Just let him get
20          the very end of his questions out please.
21              THE WITNESS:  Okay.
22              THE COURT REPORTER:  Thank you.
23     BY MR. BRODY:
24          Q   So, again, I'll just repeat the question.
25              The question was:  The consulting services
```

Page 30

```
 1    were only in regards to the product as it was made or --

 2    the consulting services regarding the stability of the

 3    Sam-e disulfate was only in regards to the supplement

 4    when it was on the premises, but you gave no consulting

 5    services regarding its stability after it would leave

 6    the premises?

 7              MR. O'BRIEN:  Objection to form.

 8              THE WITNESS:  After it left the facility?

 9              MR. BRODY:  Yes.

10              THE WITNESS:  You can't because there's no

11         controls.

12              For example -- I'll give you one very good

13         example.  Amazon.  People who buy product on Amazon

14         are taking a big risk of any nutraceutical.  They

15         have no control conditions in their warehouses.  My

16         daughter worked there in an Amazon warehouse, so I

17         have personal family experience of what they do.

18         You must keep these products at controlled

19         conditions or they're not stable.

20    BY MR. BRODY:

21         Q    And so these manufacturers, do they know that

22    the product is not going to meet the label claims when

23    it's received by the consumer after buying them through

24    Amazon?

25              MR. ANDERSON:  Object to form.
```

Page 31

```
 1                  MR. O'BRIEN:  Objection to form.
 2                  THE WITNESS:  That's unknown on their part.
 3                  Manufacturers who make this product, good
 4         manufacturers who make this product, understand the
 5         problems with it.  They're very familiar, and they
 6         do everything they can to make it as stable as they
 7         can in production of it when it goes out the door.
 8         They do that on purpose.
 9                  I explained to my clients, CT Health, how to
10         help them make the stuff internally okay, better,
11         so they could get out the door all right.  That was
12         done.  And they did it.  But I explained to them
13         this one, B12, there's a number of products in
14         nutraceuticals is the same problem.  This is just
15         one of many.
16    BY MR. BRODY:
17         Q    And so they knew that it wasn't going to be --
18    when I say "they," I mean Vitamins Because -- they knew
19    that after it left their facility, it wasn't going to be
20    maintained in the recommended --
21         A    They don't --
22                  THE COURT REPORTER:  Hold on.  Wait a second.
23         Wait, wait, wait.  Let's get the end of the
24         question out.
25                  MR. BRODY:  -- in the recommended storage
```

Page 32

```
 1        conditions?
 2              MR. ANDERSON:  Object to form.  Misstates
 3        prior testimony.  Counsel is testifying.  Object to
 4        form.
 5              Go ahead, Doctor.
 6              THE WITNESS:  Okay.  They would have no way of
 7        knowing what people are going to do.
 8              MR. BRODY:  Okay.
 9              THE WITNESS:  They have no way -- they can put
10        it on the label and tell them do this, but it
11        doesn't mean they do it.
12  BY MR. BRODY:
13        Q    Okay.  And if we can just direct your
14  attention back to the formulation sleet.  You mentioned
15  there was materials and ingredients and then there's how
16  you make it and then there's how to test it.
17              The record that you provided Vitamins Because,
18  it had all three aspects or only some of the aspects?
19  What was on that record that you provided them?
20              MR. ANDERSON:  Object to form.
21              THE WITNESS:  Okay.  What was on the record
22        that I gave them was a formulation which tells them
23        what to put in and how to label it.  I told them
24        the potency of the product was in there from the
25        COA they provided.  It told them -- I'd have to
```

Page 33

```
 1        look at it.  But I usually put in there the method
 2        to test it by which is very normal standard
 3        protocol for it.
 4             So they had basically everything where they
 5        could make it and test it and go with it.
 6   BY MR. BRODY:
 7        Q    And let me just break down that one by one.
 8             As far as what you recommended in the Sam-e
 9   supplement, what ingredients?  I guess that's my
10   question.  What ingredients did you recommend?
11        A    Well, the ingredients that you put in there --
12             MR. ANDERSON:  Object to form.
13             THE WITNESS:  Okay.
14             MR. ANDERSON:  Doc, you've got to give us just
15        a second.
16             THE COURT REPORTER:  Yeah.  I mean, I can't
17        get three of you.  You really have to be aware of
18        that please.
19             THE WITNESS:  Okay.  Well, what I'm going to
20        do is when he asks, I'm just going to sit and wait.
21             THE COURT REPORTER:  Thank you.  That's
22        fantastic.
23             MR. ANDERSON:  Okay.  Thank you.
24             THE WITNESS:  Would that make it better?
25        Because I can't -- I'm trying to help move it
```

Page 34

 1          along.

 2               THE COURT REPORTER:  I know, but that doesn't

 3          work for the record at all.

 4               THE WITNESS:  Okay.  It's not going to work

 5          that way.  All right.

 6               What is going on with this is that when you

 7          make a formulation, you have to know the

 8          ingredients to put with Sam-e.  Okay.  You cannot

 9          put a microcrystalline cellulose.  You cannot put

10          certain other excipients -- they're called

11          excipients -- or fillers that go in the

12          formulation.

13               Why?  They degrade the Sam-e SS.  They help

14          degrade the Sam-e because they help pull water into

15          the product, into the powder.  You have to use very

16          little Silicone Dioxide.  You cannot use much Mag

17          Stearate which is very common excipients.  These

18          will affect the Sam-e.  You can use some but very

19          little.  That's their formulation.

20               Now you take it and now you got to know how to

21          process it which is the next step.  How do you put

22          the things together?  Okay.  That's a whole other

23          step of making a product or formulation.

24     BY MR. BRODY:

25          Q    Did Vitamins Because change their ingredients

Page 35

1    based on your consulting?  I'm talking about with the

2    Sam-e supplements that --

3                 MR. ANDERSON:  Object to the form.

4                 THE WITNESS:  Well, what's interesting, the

5            stuff they used in the product was basically what I

6            used in the formulation.  They were still using --

7            they were using rice flour which is a very normal

8            filler, common filler.  They were using it.  That's

9            okay with Sam-e.  They were using no Mag Stearate,

10           no Silica.  But I recommended they put a little bit

11           in because you can't get it on the machine to run

12           well without it.  They need it.

13               And so that was just the recommendations I had

14           slightly different than what they were doing.

15           Well, that I can remember.

16               MR. BRODY:  Sure.  I'm only asking what you

17           can recall.

18    BY MR. BRODY:

19        Q    And as far as you mentioned before, the

20    processing of the ingredient, what does that entail

21    broadly speaking?

22        A    Okay.  It actually entails -- in Sam-e,

23    there's a lot involved in Sam-e.  You have to control

24    the delivery to your shop.  You have to make sure it was

25    brought in a controlled container coming to your

```
 1     facility.  You have to make sure that when you receive
 2     it, you process it as fast as possible.  You don't let
 3     it sit.  When you blend it, you try to minimize air
 4     mixing with it, because that will cause degradation also
 5     because there's moisture in the air.  You have to do it
 6     on the machine a specific way, on the capsule machine,
 7     so it will fill correctly.
 8             Then after that, packaging had a lot to do
 9     with it.  But a lot of people don't do that because they
10     don't have the capability.  But if you do certain things
11     to help Sam-e along, you can make it.  The big thing
12     they had, they had a facility that was able to control
13     temperature and moisture and you keep it down to very
14     low levels to where the product could be made.
15         Q    You just mentioned the packaging.  You had
16     recommendations for how to package the Sam-e?
17         A    Right.
18         Q    What were those recommendations?
19         A    The recommendations for packaging is do not
20     use induction sealing.  When you take the cap off of a
21     bottle of nutraceuticals, there's a --
22             THE COURT REPORTER:  Hold on.  No, no, no.
23         Hold on.  "When you take the cap off a bottle" --
24         what did you say?
25             THE WITNESS:  Of a nutraceutical.
```

1           THE COURT REPORTER:  Okay.

2           THE WITNESS:  Something from this industry.

3           Even pharmaceutical does it.  There's usually

4      an aluminum seal on the top and the bottom.  Right.

5      That is called an induction seal.  What does that

6      mean?  That's in the cap that goes on the bottle.

7      They torque the cap down and then it goes through a

8      heat tunnel to seal the aluminum onto the bottle.

9           Obviously with this kind of product, you don't

10     want to do induction sealing which is what this

11     client actually doesn't do.  They take what they

12     call is a snap seal.  They have a snap cap for

13     their products which has no heat added to it on the

14     packaging end of things.  So that's an advantage

15     for this product.  Okay.  So that's the advantage

16     cap for a B12, Sam-e, D3, things that are unstable.

17     It makes them last longer.

18 BY MR. BRODY:

19     Q   And so did you recommend that they change

20 their packaging in any way or were you --

21     A   No, no, no.  They had a good package.

22     Q   And did you consider or advise them regarding

23 other types of packaging they could or should use?

24           MR. ANDERSON:  Object to form.

25           THE WITNESS:  No, not really.  Because they

Page 38

1          had everything already all set up.  There was no

2          need to advise them on anything with packaging.

3    BY MR. BRODY:

4          Q    Okay.  And just to follow up and close the

5    topic, did you consider the use of blister packs for

6    their Sam-e supplements?

7          A    Okay.  Blister pack on Sam-e, not on capsules.

8    Do not blister-cap capsule Sam-e.  Soft jells or hard

9    shell.  Tablets, yes, you do.  It's a different style of

10   dosage form that's acceptable.

11         Q    And why is it not used on capsules?

12         A    Heat.  The capsule is made of what?  Gelatin

13   or HPMC.  It contains anywhere from 12 to 17 percent

14   water.  And so if you use a blister pack to put the

15   capsules in it, it goes through the heat cycle to seal

16   the blister together, the plastic and the aluminum.

17              That temperature is extremely high.  Guess

18   what happens?  That capsule is sitting right on the

19   aluminum when it goes through the sealing process.  That

20   means the moisture in the capsule begins to evaporate on

21   the inside of the capsule.  Guess what that does to the

22   materials inside the capsule?  It begins the degradation

23   process.

24         Q    And in regards to the processing, did you

25   provide them with specific recommendations as far as

Page 39

```
 1     filling the capsule?

 2          A     Moderate.  They had good machines.  The

 3     machines were fully automated machines quite good to

 4     fill Sam-e.

 5          Q     Okay.

 6          A     So there was no real need to do much there,

 7     except to make sure they knew to keep it running as fast

 8     as they can to get it out into the capsule away from the

 9     light.  Okay.  And once you have it in the capsule in

10     bulk, keep it in a sealed container, okay, with a

11     desiccant before you move it over to packaging.  Basic

12     things to just make it better.

13          Q     And so you didn't advise them on how much

14     materials to put in the capsule.  You were just advising

15     them --

16          A     It's in the formula.

17               MR. ANDERSON:  Object to the form.

18               THE WITNESS:  The formula derives how much you

19          put in the capsule.

20               THE COURT REPORTER:  Yeah, you're talking over

21          each other again.

22               THE WITNESS:  Okay.  Sorry.

23               THE COURT REPORTER:  You've got to let him get

24          the question out please.

25     BY MR. BRODY:
```

Page 40

1        Q    Dr. Ross, if you could just repeat the answer

2    please.

3        A    Okay.  When you make a capsule, the

4    formulation tells you how much powder is going in that

5    capsule.  It also tells you how much weight the capsule

6    is so you know what the total weight of the dosage is

7    that's supposed to be coming out of the machine.  You

8    check the weight routinely as you're making it to make

9    sure you're staying inside the range of weight which is

10   usually plus or minus 5 percent.  It can be plus or

11   minus 10 percent.  It depends on the product.

12       Q    And the amount of powder, that's something

13   that you put in the formulation sheet?

14       A    Sure.  The formulation tells you how much to

15   put it, right.

16       Q    And the labels represent the amount of powder

17   that's included in the --

18       A    No, that's not true.

19            MR. ANDERSON:  Form.

20            THE WITNESS:  The label represents the amount

21       of active.

22            MR. BRODY:  Actives.  Okay.

23   BY MR. BRODY:

24       Q    And so you put in a certain amount of powder,

25   but it's supposed to yield a certain amount of actives?

Page 41

```
 1        A    Correct.

 2        Q    And that amount of actives is going to be

 3   based on the supplier's COA?

 4             MR. ANDERSON:  Object to form.

 5             THE WITNESS:  Okay.  When you're doing a

 6        formula, the first thing you do is what are you

 7        going to claim?  The label.  In pharmaceutical and

 8        nutraceutical, the label drives what you make.

 9        It's called the supplemental facts, a drug facts

10        panel, one or the other, depending which area

11        you're in.  And in that panel, it tells you exactly

12        what the active is and how much is supposed to be

13        there.

14   BY MR. BRODY:

15        Q    Let me ask you now about the testing, because

16   you said that was also included in the formulation sheet

17   which were produced.

18             What methods of testing did you recommend

19   for --

20             MR. ANDERSON:  Object to the form.

21             THE COURT REPORTER:  What?

22             MR. ANDERSON:  You're trailing off at the end,

23        Jay.

24             THE COURT REPORTER:  Yeah, you're really low.

25        I'm sorry.
```

Page 42

1              MR. BRODY:  I'll repeat the question.

2      BY MR. BRODY:

3          Q    What methods of testing did you recommend for

4      Vitamins Because?

5              MR. ANDERSON:  Object to form.

6              Go ahead, Doc.

7              THE WITNESS:  Okay.  It depends on the

8          product.  But in this particular case, the best

9          method to test this product is by HPLC.  It's

10         called high pressure liquid chromatography if you

11         want it spelled out.

12             THE COURT REPORTER:  I got it.

13             THE WITNESS:  High pressure liquid --

14             THE COURT REPORTER:  I got it.

15             THE WITNESS:  Oh, you got it.

16             THE COURT REPORTER:  Yes, it's not Chinese.

17         Thank you though.

18     BY MR. BRODY:

19         Q    And testing that you recommended, was this on

20     the raw materials?

21         A    Both.

22         Q    When you say "both," you mean both the raw

23     materials and the finished product?

24             MR. ANDERSON:  Object to form.

25             THE WITNESS:  Correct.

Page 43

```
 1    BY MR. BRODY:

 2         Q    And all these recommendations in regards to

 3    testing and the formulation or so, did you follow up to

 4    make sure that they were following your advice?

 5              MR. ANDERSON:  Object to form.

 6              THE WITNESS:  Well, I did try to check on them

 7         when they're doing things.  Because I'm not there.

 8         I'm mostly remote with them.  They're in Homosassa.

 9         I'm in Weston.  Seven-hour drive.  Guess what?  No.

10              So I do go up and I follow up on them to see

11         what they're doing.  And when they're making

12         errors, I help correct them and put them the right

13         way.  That's what I would do.

14    BY MR. BRODY:

15         Q    So you don't know firsthand whether or not

16    they were testing the finished product?

17              MR. ANDERSON:  Object to the form.

18              THE WITNESS:  No, they were testing the

19         finished products.

20    BY MR. BRODY:

21         Q    They were testing the finished products?

22         A    Yes, I do know that.

23         Q    Okay.

24         A    Because the laboratory, the laboratory, they

25    have lab results.  I saw the lab results.
```

Page 44

```
 1        Q    You saw lab results for all the batches?

 2        A    For all batches, no.  Some of them, yes.

 3        Q    For some of them.

 4             And about how many did you see --

 5        A    Oh, my goodness.

 6        Q    -- if you can recall offhand?

 7             For the Sam-e that is.

 8        A    Probably -- are we talking just Sam-e?

 9        Q    Yeah, I'm just asking about --

10        A    Oh, okay.  That's a big difference.

11        Q    Yeah, I understand.

12        A    Okay.  I would say I saw four; one at the new

13   facility where they made it and I saw three previous at

14   the old facility.

15        Q    You saw some previous testing analysis?

16        A    In the old facility, I actually saw it, yeah.

17             But the problem with that was when they moved,

18   it all went down.  They lost a lot of stuff when they

19   moved.

20        Q    Okay.  So you don't have those records --

21        A    No, I don't have.

22             THE COURT REPORTER:  Okay.  We're not getting

23        the question out at all.  I'm sorry.  I don't want

24        to keep interrupting, but this record is going to

25        be a mess.  We need to get the question out.
```

```
 1                THE WITNESS:  Okay.

 2                THE COURT REPORTER:  We have to get the

 3         question out.

 4    BY MR. BRODY:

 5         Q    Okay.  The question was:  You don't have those

 6    records?

 7         A    No.

 8         Q    And it was your understanding that they were

 9    testing every single batch of finished product of Sam-e?

10                MR. ANDERSON:  Object to the form.

11                THE WITNESS:  Sure.

12    BY MR. BRODY:

13         Q    And so if you were to find out, you were to

14    hear that they testified that they weren't testing all

15    of the batches, that would surprise you?

16                MR. ANDERSON:  Object to form.

17                THE WITNESS:  Honestly, knowing them, yes.

18    BY MR. BRODY:

19         Q    It would surprise you?

20         A    I would be very surprised.

21         Q    Okay.

22         A    Okay.

23         Q    As far as the testing of the raw materials --

24         A    Yes.

25         Q    -- what were your recommendations with regards
```

Page 46

```
 1      to testing the raw materials?

 2           A     The Sam-e?

 3           Q     Yeah.

 4           A     HPLC, moisture, the two big ones.

 5           Q     And are those your recommendations for how

 6      they should qualify the supplier?

 7                 MR. ANDERSON:  Object to form.

 8                 THE WITNESS:  No, it's not the whole package.

 9      BY MR. BRODY:

10           Q     Okay.  Can you --

11           A     To qualify a supplier, for example, earlier on

12      in my career, I created what they call the AVP system

13      for the Pharma industry at Lederle.  AVP, Alternate

14      Vendor Process.  What that means is, what was happening

15      back when I was early in the seventies, cGMP was new.

16      It only got published in '75.  There was no cGMP even

17      for drugs.  It didn't exist.  It started in '75.

18                 I did -- working for the drug company, we

19      wanted to make -- I was one of the six people that

20      created Centrum vitamins.  Okay.  I don't know if you

21      hear about Centrum.  I don't know how often you hear

22      about Centrum vitamins.  It's a vitamin out in the

23      market.  And what we did, we made it like a drug, not

24      like a vitamin.  Why?  They wanted an NDC number on it

25      because they made Materna which was a prenatal vitamin
```

Page 47

1    which was registered with the government as a drug.  So

2    they decided to make this one the same way.

3            So we had to do all the drug processing with

4    this one that they would do to a normal product.  Okay.

5    And part of that process was just use the ones that --

6    in the old days, you'd use one supplier and one raw

7    material all the time.  That's all you did.  If they ran

8    out, tough.  You have no product.

9            In the late seventies that changed because of

10   basically Centrum.  The volume became so huge that they

11   couldn't just use one guy's material.  They had to get

12   it from somebody else.  But how do you do that if you

13   register the product with the other?  You had to create

14   a system to approve another supplier's product.

15           And so I had to create a system inside the

16   drug world to do another supplier's product, to get it

17   approved to be able to be used.  That same system is now

18   being used by a lot of people in both industries.  It's

19   basically the same.  Pharma is a little more stringent

20   on how they do it.  Nutra is a little more lax because

21   it's not as tight a system still.  But it's the same

22   basic process.  Okay.

23           And just saying, Well, we're going to use the

24   other guy's stuff and we'll test it just to see if it's

25   okay, well, that's only a little piece of the puzzle.

Page 48

1      Okay.  And these guys were using the system that I had.

2      They had to send out a questionnaire to the supplier.

3      They had to fill the whole thing out.  It's like an

4      audit.  They had to fill the whole questionnaire out and

5      bring it back.  And if they didn't get it back, they

6      couldn't use them.  If they got it back and everything

7      looked okay, all right, get me the sample, we'll try it,

8      we'll test it, we'll make it work.  They'd bring it in,

9      they'd run a batch with it, test it, make sure it

10     worked, and now they're an approved supplier.

11           That's Nutra.  Pharma's got different twists.

12     So that's how that works.

13        Q    Sure.

14             And when you say "Nutra," you're referring to

15     the dietary supplement --

16        A    Excuse me?

17        Q    And when you say "Nutra" --

18        A    Nutra is dietary -- dietary supplements are

19     one segment of Nutra.  Okay.  The terminology is so

20     confusing in that world still.

21        Q    Sure.

22        A    Okay.  There's all kinds of segments.  Dietary

23     supplements is one segment.

24        Q    And just to bring it back in regards to

25     vitamins, because you advised them regarding this AVP

Page 49

```
1    process?

2         A    I told them the basic AVP process to use, yes.

3         Q    And --

4         A    They have the forms.  They have everything.

5         Q    Okay.  They have the forms.  And in theory,

6    these forms should have been filled out for each --

7         A    Suppliers they wanted to use.

8              THE COURT REPORTER:  I'm sorry.  "These forms

9         should have been filled out" --

10             THE WITNESS:  Supplier that they wanted to

11        use.

12             MR. BRODY:

13             MR. ANDERSON:  Object to form of the question.

14   BY MR. BRODY:

15        Q    And, Dr. Ross, I think I know the answer to

16   this question, but I just want to be clear here.  So

17   just using a reputable supplier in your opinion, that

18   would not cut it as far as qualifying the supplier?

19             MR. ANDERSON:  Objection to form.

20             THE WITNESS:  If you didn't do the paperwork

21        and do everything to follow up with it and not test

22        it before you used it, then that's not a good

23        system to use a person's product.

24             MR. BRODY:  Fine.

25             THE WITNESS:  And unfortunately in Nutra,
```

Page 50

```
 1          that's way more common than you know.  I try to
 2          teach everybody I work with how to do the system
 3          correctly.
 4                MR. BRODY:  Sure.
 5     BY MR. BRODY:
 6          Q    And were there any specific suppliers which
 7     you recommended for the Sam-e raw materials for Vitamins
 8     Because?
 9          A    No, no, no, not really.
10               Because Sam-e has changed historically.  They
11     used to be only coming out of Korea.  There was two
12     manufacturers.  That has changed.  There's only one in
13     Korea.  The others are in China.  And the good news
14     about it is the process to make it is a drug process.
15     So that means when you buy it from any one of these
16     suppliers, it's going to be made the right way.  It's a
17     controlled material, raw material.
18          Q    Okay.  Dr. Ross, if I could just again bring
19     it back to your role in this case.  I think you
20     clarified before that you're not serving as an expert
21     witness.  Is that correct?
22          A    No.
23               MR. ANDERSON:  Object to form.
24     BY MR. BRODY:
25          Q    And did anyone hire you or retain you for work
```

Page 51

```
 1      in this case?

 2           A    Nope.

 3           Q    So are you being paid for your work in this

 4      case by anyone?

 5           A    Nope.

 6           Q    Okay.  And so what contribution, if any, do

 7      you feel you have to this case?  And I'm just asking you

 8      what you feel, so there's no right or wrong answer.

 9      It's just your opinion.

10           MR. ANDERSON:  Object to form.

11           THE WITNESS:  That's kind of nebulous.  But

12           basically I'm kind of like the person that helped

13           bring this person you're suing up to speed with

14           cGMP and all that.  That's what I did.  I helped

15           them with basic formulation problems they were

16           having, how to make things right and do it

17           correctly.  That's what I did.

18           So in this case when you called me in, I was

19           assuming obviously you want to know what I do to

20           help them out, how did they do it, what did they

21           do.  Okay, fine.  That's what I see as my kind of

22           position in this case.

23           Because I'm not an employee of CTL.  I'm a

24           contractor.  Okay.  That's all I am.  That's what I

25           do.  I'm retired technically speaking I guess.  And
```

Page 52

```
 1        so I do that now for all of my quote/unquote
 2        clients.  I do advising.
 3   BY MR. BRODY:
 4        Q    Okay.  I'm going to ask you a little bit more
 5   about that.  When you were notified about this
 6   deposition, was that the first time you heard about this
 7   case?
 8        A    I think I heard about it earlier once whenever
 9   David was up there at the site when I happened to be
10   there at the same time.  They were mentioning this as
11   one of the cases, but I can't remember the exact time
12   frame that was.
13        Q    Okay.
14        A    That was it.  There was no discussion of what
15   do I do?  How do I do this?  What can I do?  Do I need
16   to do this?  Do I need that?
17        Q    And have you done any -- again I think I know
18   the answer to these questions, but if you can just
19   indulge me.  Have you done any research in regards to
20   this case?
21        A    Research in regards to this case?
22        Q    Yeah.
23        A    The only thing I did is because I'm old, I
24   refreshed my memory on the chemistry of Sam-e, okay,
25   because I work on thousands of compounds.  Sam-e is one
```

Page 53

1    of a multitude.

2        Q    And did you review any other Sam-e related

3    documents in connection with this case or Vitamins

4    Because other than the ones you said you pulled while

5    searching for documents in Appendix A?

6        A    Documents in my files, no.

7        Q    Okay.

8        A    No.

9        Q    And, Dr. Ross, let me just show you one other

10   document here if you will.

11       A    Okay.

12       Q    I apologize.  I'm a little slow with the

13   technology.

14            THE WITNESS:  I'm sorry.  There's somebody

15       else here that I don't recognize.  Who is Sean

16       O'Brien?

17            MR. BRODY:  I'll answer that unless Sean

18       objects.  He's an attorney for one of the other

19       defendants in the case.

20            THE WITNESS:  Oh, okay.

21            MR. O'BRIEN:  I'm here, Doctor.

22            THE WITNESS:  I'm like, okay, fine.  I have no

23       idea.

24            MR. O'BRIEN:  I'm just sitting here being

25       quiet waiting in the background.

```
                                                      Page 54

  1            THE WITNESS:  How is this?  I like quiet
  2       attorneys.
  3            (Plaintiffs' Exhibit 2 was marked for
  4       Identification.)
  5  BY MR. BRODY:
  6       Q    Dr. Ross, can you see the document --
  7       A    Oh, my goodness.
  8       Q    -- that I'm now screen sharing?
  9            We're going to mark this as Exhibit 2.
 10            I'm going to scroll down.
 11       A    What is this?  Let's see what this is.  Hybrid
 12  Expert Witness Disclosure.  Whatever that is.  Okay.
 13            Is this a document I got?
 14       Q    That was going to be my question for you.
 15            Have you seen this document previously?
 16       A    No.
 17       Q    So you're not at all familiar with this
 18  document?
 19       A    No.
 20       Q    Do you have any understanding of what this
 21  document is even now that you read it?
 22       A    I think I've just seen the base of it.  It's a
 23  hybrid witness.
 24       Q    And were you told previously that you were
 25  going to be a hybrid witness or any sort of witness in
```

Page 55

```
 1    this case?
 2             MR. ANDERSON:  Object to the form.
 3             THE WITNESS:  I assumed I was going to be a
 4        hybrid witness is what they positioned me as.  I
 5        go, Okay, I have no idea what that really means
 6        other than the fact that I'm probably just a
 7        consultant on the side doing this, I have
 8        knowledge, and so that's why.
 9    BY MR. BRODY:
10        Q    Okay.  But as you clarified before, you're not
11    providing any expert witness testimony this case?
12             MR. ANDERSON:  Object to form.
13             THE WITNESS:  How is this?  No, because I
14        don't -- an expert witness in my view, because I've
15        done it before, means I have disclosure of things
16        that was disclosed in the case and everything else
17        so I can review what was said and how it was done.
18        I can take a look at it and make judgments based on
19        what was done and what was said and who said it and
20        who they are and what's going on.  I received
21        nothing.  So I'm coming in here very cold turkey.
22    BY MR. BRODY:
23        Q    And so you wouldn't been willing to offer any
24    expert opinion at all because you haven't done that
25    research?
```

Page 56

1              MR. ANDERSON:  Object to form.

2              THE WITNESS:  I can offer an expert opinion on

3        some of the things you had asked just based on

4        knowledge of industry and knowledge I have of basic

5        things.  Okay.  But of things that somebody else

6        said or something else and all that and how it was

7        context, no, I couldn't because I didn't see what

8        they did.  That's not even fair.

9              MR. BRODY:  Sure.

10   BY MR. BRODY:

11        Q    And so specifically in regards to the claims

12   in this case, which I believe you indicated you weren't

13   familiar with, that's not something you're going to

14   offer any expert testimony in?

15             MR. ANDERSON:  Objection to the form.

16             THE WITNESS:  Well, if someone asks me a

17        question about Sam-e, for example, what are you

18        suing them for?  I'm very confused about that

19        myself right now.  If you told me that and you told

20        me what it was for and why, well, I could give an

21        opinion on it, okay, because I really am an expert

22        in the field.

23             And so the question is, okay, what does that

24        mean?  Where does it stand?  Is that real or not

25        real?  If somebody made a claim that was incorrect,

Page 57

```
 1            okay, in their testimony and I knew about it and
 2            something was important, I would say something just
 3            because that's only fair.
 4                 MR. BRODY:  Okay.
 5                 THE WITNESS:  I mean, that's reasonable.
 6                 MR. BRODY:  Sure.
 7       BY MR. BRODY:
 8            Q    Again, I just have to clarify and understand
 9       what your role is and what your intentions are.
10            A    Okay.
11            Q    So just bear with me.
12            A    Who I am.
13            Q    My understanding is, you know, to the extent
14       you have knowledge about things, then you may have an
15       expert opinion.  But at the moment, you haven't
16       researched the case and so it's not clear to you, to me
17       or anyone else what you have an opinion about.
18                 MR. ANDERSON:  Object to form.
19                 THE WITNESS:  It's --
20       BY MR. BRODY:
21            Q    Can you just verbalize, because I saw you
22       nodding.  Can you just verbally your opinion.  I think
23       you were nodding yes.  Is that correct?
24            A    Okay.  What I would say to that question which
25       is very -- is that if I'm asked questions by you that is
```

Page 58

```
 1    pertaining to science or medical claims or to label

 2    claims or to anything like that, yeah, I could provide

 3    an expert view on it because that's what I do.  Okay.

 4    If you're asking me questions about did I see all the

 5    documentation?  Do I know what people are saying, what

 6    they said?  I have no concept because I never saw

 7    anything.  So I can't make an opinion or comment on any

 8    of it.  That's kind of the extent of what I could or

 9    can't do.

10         Q    Okay.  Doctor, it's kind of difficult for me

11    because I need to know exactly -- you know, obviously

12    that's one of my jobs here today is to ascertain exactly

13    what --

14         A    You can.

15         Q    -- you're going --

16         A    You can.  You can ask any question you want.

17              MR. ANDERSON:  Object to form.

18              Jay, you have the disclosure.  You can ask him

19         whatever questions you want.

20              MR. BRODY:  I will.  I will.

21              MR. ANDERSON:  You have the document that was

22         filed in the case.  He's not a retained expert, so

23         he's not going to have predestined opinions.  He's

24         here to testify about what his role was in the

25         case.
```

Page 59

1          MR. BRODY:  All right.  Take it easy.

2          MR. ANDERSON:  What his role was in the

3     manufacturing was.  What his role was in the FDA.

4          MR. BRODY:  Counsel, take it easy.  Counselor,

5     he's never even seen the document.  He has no idea

6     what the heck is going on.

7          MR. ANDERSON:  Why would he?

8          MR. BRODY:  I mean, he --

9          MR. ANDERSON:  Why would he?

10          MR. BRODY:  He was designated as an expert.  I

11     mean, usually people know if they're being

12     designated as an expert.  That's why.  But, look,

13     it doesn't even matter why.

14          MR. ANDERSON:  Obviously I disagree.

15          MR. BRODY:  Look.

16          MR. ANDERSON:  -- a treating physician --

17          MR. BRODY:  Look --

18          MR. ANDERSON:  -- or an expert surgeon or

19     anything like that.

20          MR. BRODY:  Okay.  Counsel, you're free to

21     share your opinions some other time, but it's fine.

22     You're entitled to your opinion.  I'm not -- I'm

23     just --

24          MR. ANDERSON:  Jay, don't interrupt me.

25          MR. BRODY:  You're testifying.  You're not

Page 60

1          allowed to be testifying at the moment.  If you

2          want to object to form, you can object to form.

3          But if you testify, I will absolutely be

4          interrupting.  So when you say "Don't interrupt

5          me," with due respect I will absolutely be

6          interrupting you.

7               Counsel, let's take a five-minute break or a

8          ten-minute break and, we'll be back let's say

9          around 11:20 or 11:25.

10               MR. ANDERSON:  Sure.

11               (A break was taken.)

12               MR. BRODY:  Back on the record.

13               Okay.  Dr. Ross, we're going to continue with

14          the deposition.  Same rules and procedures apply.

15     BY MR. BRODY:

16          Q    If I could just direct your attention back to

17     the document that was in front of you.  Do you see that

18     up on the screen?

19          A    Just a second.  I see a document.

20          Q    Sure.

21          A    I can't barely read it.

22          Q    I can make it bigger you.

23          A    Okay.  There you go.

24          Q    This is the same document I had showed you

25     previously, Exhibit 2.

Page 61

1        A    Okay, that I just saw before.  Well, that you

2    showed me.

3        Q    Yes.

4             So, Dr. Ross, I just want to direct your

5    attention to the paragraph starting, "Dr. Ross is a

6    hybrid expert witness."

7        A    Right.

8        Q    And then you see where it says, "He will

9    testify about," et cetera.

10            So, first of all, were you notified that you

11   will be testifying in this case?

12            MR. ANDERSON:  Objection to the form.

13            THE WITNESS:  Testifying for a product.  I was

14        told I would be a hybrid witness which means

15        obviously I'd be testifying in the case.  I'm

16        taking a deposition.

17   BY MR. BRODY:

18       Q    So your understanding is that you're only

19   going to be testifying at this deposition?

20       A    Yes, as far as I know, yeah.

21       Q    And it says here you'll be testifying about

22   Vitamins Because's manufacture at Sam-e from

23   January 30th, 2018 through the date Vitamins Because

24   decided to stop manufacturing Sam-e.

25            Do you know when that date was when they

Page 62

1      decided to stop manufacturing Sam-e?

2           A    Oh, my goodness.  2019 if I remember right.

3      In that year.  I have nothing more than that.

4           Q    And do you know why they decided to stop

5      manufacturing Sam-e?

6           A    They didn't tell me anything.  The only thing

7      I heard was they were having all kinds of trouble

8      manufacturing, which makes sense, and so they didn't

9      want to do it anymore because the volume and everything

10     else wasn't worth making it.  That's just an assumption

11     based on what logic says.

12          Q    And would it be fair to say that you have no

13     knowledge about any of their Sam-e manufacturing before

14     that time?

15               MR. ANDERSON:  Object to form.

16               THE WITNESS:  You mean from 2018 til 2019?

17               MR. BRODY:  Yeah, before that time.

18               THE WITNESS:  No, I think I saw one -- I think

19          I saw one test result I think, a finished good test

20          result during that time frame for Sam-e.  It's hard

21          to remember all that, but I think I did.

22     BY MR. BRODY:

23          Q    And that's the only test result that you saw

24     during that time period?

25          A    During that time frame for it, yeah.  Because

Page 63

1    I never saw all their test results.  I only saw when I

2    happened to be up there and they happened to be doing

3    things and they were showing me what they did and do

4    this and that was it.

5           Q    Okay.  And then you see the document continues

6    on, "Including all records created during the

7    manufacturing process of Vitamins Because's Sam-e during

8    the relevant time."

9           A    Well, I never saw all the documents.  That's

10   obvious.  Because they did batch records.  They'd put

11   them away.  They did their stuff.  They did it

12   correctly.  That's fine.  They have them in a file.  If

13   I looked at them, I could review them and take a look at

14   them and see what was right or wrong or what's going on

15   or all that.  But my guess is the ones I've seen during

16   in that basic time frame, they were making stuff

17   correctly.  I mean from products, okay, in general.

18          Q    In general.

19          A    Sam-e was just one of many.

20          Q    Okay.

21          A    Which means they were following a system,

22   which was good.

23          Q    So you have a general opinion about their

24   manufacturing based on --

25          A    In that time frame, yeah.  But how they were

Page 64

```
 1    doing things and everything else, because that was
 2    literally -- that was literally right after the FDA
 3    audit, if I remember correctly, that time frame you're
 4    talking about.
 5         Q    And, again, this is a general opinion based on
 6    their supplement production or manufacturing, not
 7    specifically based on Sam-e?
 8              MR. ANDERSON:  Object to form.
 9              THE WITNESS:  No, I couldn't because I didn't
10         do the specific Sam-e stuff.  I was there to do the
11         whole thing.
12    BY MR. BRODY:
13         Q    And I think you just mentioned that you didn't
14    review the Sam-e records, so I assume that's not
15    something you can testify about?
16         A    Well, during that time frame I think I did
17    review one.  I think I reviewed one of their Sam-e
18    records that just happened to be a batch they made
19    during that time frame.
20         Q    Okay.
21         A    Because I checked it because it was one of the
22    ones they were having all kinds of trouble with it.  So
23    I was trying to make sure they didn't do anything to it.
24    But that was just during the time frame.  You know, like
25    one lot.  That's all.
```

Page 65

```
 1        Q    And when you say they were having trouble with
 2   it, can you just clarify what you mean.
 3        A    Production.  Standard issues with Sam-e.
 4             It's not like -- Sam-e is a problem product.
 5   Any manufacturer that tries to make it has the same
 6   problem all the time, no matter who it is.  And so what
 7   they did, they ran into those.  And how you address it
 8   and fix it, you have to do it a certain way.  Okay.  And
 9   I just wanted to make sure they were doing it correctly.
10   That's all.
11        Q    Okay.
12        A    And the one I saw was -- the one I saw they
13   did.  I just saw one though.
14        Q    And, again, that's the batch record -- you
15   didn't supervise the actual manufacturing?
16        A    Never, never, never.
17        Q    Okay.
18        A    Never ever.
19        Q    That's helpful.  Maybe that will cut out some
20   of my questions.
21             And then at the end continuing on, "It is
22   expected that Dr. Ross will opine about Vitamins
23   Because's manufacturing processes as compared to FDA
24   guidance and recommendations."
25             Did you provide them with FDA guidance and
```

Page 66

1    recommendations?

2            MR. ANDERSON:  Objection to form.

3            THE WITNESS:  Guidance.  I never worked for

4        the FDA ever.  I worked with them.  I deal with the

5        FDA a lot, but I never worked for them.  Okay.  But

6        I know them very well.  I have many contacts, many

7        places to go with them.  I know the auditors.  I

8        know how they do things.  It's what I've done for

9        45 years, so I'm very familiar.

10           They got audited, so they thought -- maybe

11       they thought I did, because when they got audited,

12       they got the 483 which is the report they give

13       after an audit.  Okay.  And they weren't exactly

14       sure, Well, what do I do next?

15           I explained to them what the system was.  I

16       taught them the system, taught them how to do it,

17       taught them how to respond to it, taught them how

18       to follow up on it, taught them how to implement

19       what they told them to do, and then give reports

20       that showed they did what they said they did.

21           And you're supposed to do that quarterly.  You

22       do it quarterly after a 483, and then you wait

23       until the FDA says, We don't need any more.  They

24       have to tell the company, Stop it.  Which they

25       actually did in this case.  They told them to stop

```
                                                   Page 67

 1          I think after a year or something.  They said,

 2          Don't send any more documentation.

 3   BY MR. BRODY:

 4       Q    So, Dr. Ross, let me just understand that.

 5            You're saying that Vitamins Because sent

 6   quarterly reports to the FDA?

 7       A    Correct.

 8            Every one who gets audited and receives a 483

 9   with observations on it, they have to respond within

10   three weeks of receiving it and tell them what the game

11   plan is to address each one of those observations and

12   tell them whether they agree with it or don't agree with

13   the observation and what they're going to do about it.

14            And then quarterly on the ones they're

15   supposed to fix, they're supposed to give a status

16   update with time lines.  I will be done on this time

17   frame.  I'm working on it here.  I ran into trouble.  I

18   can't get it done until later because of this.  They

19   keep them informed that you're moving ahead.

20       Q    And have you seen any of these quarterly

21   reports?

22       A    Yeah, I saw their quarterly reports.  They

23   were fine.  They were good.

24       Q    And, I mean, Vitamins Because has possession

25   of these, right?
```

Page 68

1          A     Oh, they have them, sure.

2                MR. ANDERSON:  Object to the form.

3                THE COURT REPORTER:  Okay.  We're all talking

4          at the same time again.

5                THE WITNESS:  I would assume that you would

6          have gotten those, the documents you asked from

7          them.

8     BY MR. BRODY:

9          Q     I would have assumed that as well, but that

10    was not the case.

11               MR. ANDERSON:  Object to form.

12               THE WITNESS:  Well, they're there.

13               MR. BRODY:  Okay.

14               THE WITNESS:  They're there.

15    BY MR. BRODY:

16         Q     Do you by chance have possession of these

17    reports?

18         A     I'd have to look at all my files.  I do not

19    know.

20         Q     Okay.

21         A     I can't tell you.  I have so much -- I have

22    lots of stuff.

23         Q     Okay.

24         A     But I have no idea if that's there or not.  I

25    can't say.  I know they were done.  I know I reviewed

Page 69

```
 1    them before -- they wanted me to review them before they

 2    turned it in just to make sure they didn't miss

 3    anything.  So I did and they were good.

 4          Well, how is this?  They received notification

 5    to stop sending them which means they were all good.

 6       Q    And that notification was sent to Vitamins

 7    Because?

 8       A    Yep.

 9       Q    And around --

10       A    Well, CT Health Solutions, but yeah.

11       Q    Yeah, CT Health Solutions, which when I say

12    "Vitamins Because" --

13       A    Right, I know.  I understand.

14       Q    Sure.

15          And when did they receive notification that

16    they need to continue with the --

17       A    Oh my goodness.

18          THE COURT REPORTER:  I'm sorry.  "When did

19       they receive notification that they need to

20       continue" --

21          MR. BRODY:  -- to continue with the quarterly

22       reports?  That's my question.

23          If you know.

24          THE WITNESS:  I can't recollect exact, but it

25       was roughly a year, because I know they sent four
```

1          of them.  So logically that means a year.

2     BY MR. BRODY:

3          Q    And did you review all four reports?

4          A    Oh, my goodness.

5               The first two for sure I know I remember

6     doing.  The second two I think I may have seen and

7     glanced at.  But because they were doing such a good

8     job, I didn't dive into it.

9          Q    And this was in 2018 after they moved to the

10    new facility, correct?

11               MR. ANDERSON:  Object to the form.

12               THE WITNESS:  Yeah, logic.

13               MR. BRODY:  Right.

14    BY MR. BRODY:

15         Q    And as far as the follow-up implementation,

16    did you supervise that implementation or did you --

17         A    No, no, I'm not there.

18         Q    Sure.

19         A    I'm not there.

20         Q    Right.  That's what I figured.

21         A    The people in charge of the quality department

22    were doing it.  The owners were doing some of it.  The

23    manufacturer I know did some of it.  It depended on what

24    the observation is.

25         Q    Did you speak with all of the manufacturing

Page 71

1      department personnel?

2              MR. ANDERSON:  Object to form.

3              THE WITNESS:  Did I talk to them all the time?

4          No.  Once in awhile I would talk to them about

5          basic things in case they had questions and they

6          didn't know what to do.  I would help them out on

7          mixing properties, on doing things, addition rates,

8          stuff when they had trouble.

9              MR. BRODY:  Sure.

10     BY MR. BRODY:

11         Q    But you didn't supervise or specifically

12     advise them?

13         A    No.  Every day daily, no.  Only whenever they

14     had issues, they would come to me with some things that

15     were up, I'd tell them how to do it or how to go about

16     it, try to help them out and move ahead faster.

17         Q    Sure.

18              And is the same thing true with the quality

19     control personnel?  You didn't speak to them

20     specifically?

21         A    Yeah, pretty much, yes.  I would talk to them

22     weekly pretty much and see what's going on, what's up,

23     what going on and all that kind of stuff.

24         Q    Okay.

25         A    To try to keep them up to speed because of the

Page 72

```
 1      agency.

 2           Q    Sure.

 3                And let me just get back to your relationship

 4      with the FDA.  I just want to clarify a couple points.

 5           A    Okay.

 6           Q    All right.  So you've never worked for the

 7      FDA, correct?

 8           A    No, no.  I worked with them.  I've been on FDA

 9      committees, but that's --

10           Q    You've been on FDA committees?

11           A    -- not working for them.

12           Q    Sure.

13                What does that mean to be on an FDA committee?

14           A    CFR 21 part 111 which drives the Nutra

15      industry.  It started in 1982.  Okay.  What they did,

16      they brought in people from the industry to talk to them

17      about what they wanted to implement on cGMP in Nutra and

18      make it law which is now law.  Okay.  And they brought

19      in people.  I was one of them they brought in and asked

20      me about stuff.  Because obviously for one reason, I was

21      one of the guys on Sedra (phonetic) that made it by the

22      drug way which they would prefer all Nutra was, but it's

23      impossible.  And so they wanted to learn about an

24      alternate vendor program, what I did, et cetera.  So I

25      said, Okay, fine.  That was it.
```

1      Q    So you didn't actually help write the specific

2  21 CFR 111 regulations, correct?

3      A    Well, I put input into it, but not write it.

4  In other words, they sent it out for review, and then I

5  reviewed it and I sent input back and all that kind of

6  stuff.  Like you do on all of them.  It's typical.  It's

7  typical.

8      Q    Got you.

9           So you had input but not actually drafting?

10     A    I'm not the guy writing it, no.

11     Q    Okay.

12     A    The guy who wrote it was Dave Johnson.  He's

13  the guy that wrote the thing.  So it's not me.  I just

14  sent him stuff to review, for the guys to review and

15  they decide yes, no, whatever.

16     Q    Got you.

17          And do you know why Cynthia Valenca thought

18  you worked for the FDA?

19          MR. ANDERSON:  Object to form.

20          THE WITNESS:  I have no idea.  Maybe because I

21     knew so many people there because I did so much

22     with them.  I knew all the systems and I knew how

23     they audit.

24          In other words, they knew very little about

25     that work.  Okay.  I lived it for 40 years, so I

```
                                                        Page 74

 1        know exactly what it is, and so I guess somebody

 2        could make that assumption I guess logic.

 3             MR. BRODY:  Okay.

 4             THE WITNESS:  Because they would say something

 5        and I'd say, Well, that's not really what the law

 6        says.  The law says this.  And I'd point it out and

 7        bring it up and show them, tell them what it was

 8        really.

 9             MR. BRODY:  Got you.

10   BY MR. BRODY:

11        Q    I think I know the answer to these questions

12   but again just to confirm.  You never told Cynthia

13   Valenca that you --

14        A    No, no, no.

15        Q    -- worked for --

16        A    No, no, no.

17        Q    -- the FDA?

18             And you never --

19        A    How is this --

20             THE COURT REPORTER:  Hold on.  Guys, guys.

21        You guys are talking all over each other.  One at a

22        time.

23             THE WITNESS:  Okay.  No.

24             THE COURT REPORTER:  Please.

25             THE WITNESS:  Okay.  Go.  You first.  Ask the
```

Page 75

1          question again.

2              MR. BRODY:  Yeah, I'll just repeat the

3          question.

4    BY MR. BRODY:

5          Q    You never told Cynthia Valenca that you worked

6    for the FDA?

7          A    No, no, no.  I said I worked with them,

8    because I still do it.  I work for them now.  So that's

9    what I do.

10         Q    Sure.

11             And along the same lines, you never told

12   Cynthia Valenca that you helped write the 21 CFR 111

13   regulation?

14         A    No, no.  Input into it, but I didn't write it,

15   no.

16         Q    Have you ever worked for any regulatory

17   agency?

18         A    No, no, no.  I won't.

19         Q    And while we're on these questions, I mean,

20   we're on a somewhat related point but not directly

21   related.  Do you know an individual named Aaron Fox?

22         A    Fox?  Aaron Fox?  The name is familiar, but I

23   don't know him directly I don't think.

24         Q    And so have you ever worked with an individual

25   Aaron Fox to your recollection?

Page 76

```
1              MR. ANDERSON:  Object to form.
2              THE WITNESS:  Not that I'm aware of, but I've
3         worked with so many people in my career.
4              MR. BRODY:  Understood.
5              THE WITNESS:  For example, my Rolodex is 5,000
6         names.  So it's like -- did I ever have any contact
7         with him?  Unknown.  Did I ever work indirectly
8         with him or whatever?  Unknown.  Or how is this?  I
9         don't recollect.  How is that?
10             MR. BRODY:  That's fine.
11   BY MR. BRODY:
12        Q    So I just want to -- just to clarify, so
13   you've never hired an Aaron Fox?  Would that be fair to
14   say?
15             MR. ANDERSON:  Objection to form.
16             THE WITNESS:  No.
17   BY MR. BRODY:
18        Q    And so it would also be fair to say that
19   you've never terminated an Aaron Fox?
20        A    No.
21        Q    Okay.
22        A    Not that I would be aware of, no.
23        Q    Got you.
24             And so along the same lines, I'll assume that
25   you don't know any Aaron Fox that --
```

1     A     The only Aaron I know was not a Fox and worked

2     at a company in Doral.  So that's the only Aaron that

3     I'm aware of.

4     Q     Okay.  Just while we're on the topic, because

5     I see you market yourself as a bit of an FDA regulatory

6     adviser or an expert related to --

7     A     Expert, I wouldn't say that.  I'd say I know

8     how to get products registered.  I know how to do plants

9     and get them up to speed to be inside the law.  I know

10    the FDA organization.  I know how to do batch records

11    that will meet their requirements.  I know all this

12    stuff.  That's what I do.

13    Q     Okay.  I appreciate that.

14          Are there any industry certifications that you

15    have to help a person stand out in this area of

16    regulation?

17    A     No, I didn't do any of that.  Okay.

18          I've done it just by -- how do I say this --

19    experience doing it.  Because guys forget in this

20    industry very quickly.  Especially PhDs like old fuds,

21    which are academic PhDs.  They don't understand what the

22    real world is out there making product.  They don't

23    understand what's involved.  They haven't got a clue.

24    They don't know what laboratories are good.  They don't

25    know what laboratories are bad.  Okay.  Just because a

Page 78

```
 1    lab gets a 483 or something, that doesn't make them bad.
 2    A 483 is a normal process of the system.  That's all it
 3    is.  It's an inspection.  That's all it is.  So people
 4    at that level have no clue what really goes on.
 5              Okay.  I'm at the level of actually making
 6    things and actually doing things and getting it through
 7    registration processes.  I've worked on OTC.  I've
 8    worked on documentations to file with the FDA for OTC
 9    registration.  I've worked or new drug applications to
10    get them through the FDA.  I've done all of that.  Okay.
11              Plant, who writes the SOPs, who writes the
12    test methods and issue one for products?  The R&D
13    department.  Not quality.  R&D department.  Not
14    marketing.  That's where I did my starting career and
15    all the way through.  So guess what?  I'm used to making
16    things that work that way to fit into the system and
17    create the actual information that then gets reviewed by
18    the FDA.  So that's why guys like me know more about
19    what's really going on than people who claim to be
20    quote/unquote experts.
21         Q    Okay.  So as a follow up to that, are you
22    aware of the Regulatory Affairs Certifications, the RAC?
23         A    Oh, yeah, I'm very familiar with it.  I think
24    it's -- it's a system kind of like NSF.  I put it in the
25    same category.
```

Page 79

1         Q    And what is NSF?

2         A    NSF is a registration process that audits all

3    nutraceutical and even drug companies to show that they

4    meet cGMP requirements for FDA and they required -- it's

5    a company and they do it as an independent company.

6    They're not FDA.  But they give it to Walmart, all the

7    major retailers, Amazon, to show that a company making

8    stuff meets NFS requirements.  Which means is it true?

9    No.  Okay.  It's the same thing as the regulatory

10   registration.  Is it true?  No.

11        Q    What do you mean when you say it's not true,

12   just to be clear for the record?

13        A    Because it's not accurate.

14        Q    What's not accurate?

15        A    Okay.  Forget NSF.  We'll pick the one you

16   picked.  Okay.  When you do regulatory registration,

17   that is just a document.  It doesn't show the knowledge

18   base a person has to do the job.  Okay.

19        Q    Is that why you haven't -- that's why you

20   don't --

21        A    I'm not really --

22             THE COURT REPORTER:  That's why you don't have

23        what?  I don't know the question.

24   BY MR. BRODY:

25        Q    Is why you don't have the certification?

```
                                                          Page 80

 1        A     Right.  I didn't go that route because it's

 2   not -- how is this?  It's not functional.  Okay.  All it

 3   does, it's like having a -- it's like having a PhD.

 4   Okay.  A guy has a PhD.  That doesn't mean he knows

 5   anything about what he's doing.  Okay.  That's the

 6   difference here.

 7             I know guys who have that registration.  Some

 8   are very good.  I know guys that have that registration

 9   and they're not worth anything.  Okay.  I mean, I'm

10   just -- I'm old.  I've been doing this a very long time.

11   I know the systems.  I know who's there.  I know the

12   people.

13        Q     And I take it -- can you just confirm that

14   Vitamins Because does not have the NSF certification.

15        A     No, they never got NSF.

16        Q     Okay.  And if I could just direct your

17   attention back to the document that we were looking at.

18        A     Okay.  Let's see.

19        Q     It also mentions GMP guidelines.

20        A     GMP guidelines, yeah, that.

21        Q     Are those different than the FDA guidance and

22   recommendations?

23        A     Some are.  Some aren't.

24             What happens is -- how it works.  GMP is

25   actually a misnomer.  There should be a little C in
```

Page 81

1      front of that, cGMP.  The C stands for current, because

2      the rules are constantly changing.  Okay.  The FDA puts

3      out guidances usually when they want to change things in

4      the law.  They send it as an FDA guidance for review.

5      That's how it's done.  Okay.

6              Lately in Nutra, they've been going a little

7      bit different route.  They've been calling committees s

8      to review things now instead of just writing their

9      guidance and putting it out there for people to look at.

10             So you have to -- in my world, I look at both.

11     I look and see what committees are they forming?  What

12     are they looking at right now?  What are they doing?

13     Which way are they going?  What are they thinking?  And

14     I also take a look at the guidances they put out to see

15     what are they doing in the guidances?  Okay.  There

16     hasn't been many new ones in Nutra lately.  There's been

17     a bunch of committees, okay, usually on specific

18     products.

19        Q    Right.

20             And just along these lines I understand,

21     you've consulted on these matters and made your

22     recommendations regarding the FDA guidances --

23        A    Right.

24        Q    -- compliance and the cGMP.

25             But, again, you haven't followed up and

```
                                                           Page 82
 1       actually observed that Vitamins Because is abiding by
 2       those guidances and recommendations, correct?
 3               MR. ANDERSON:  Object to form.
 4               THE WITNESS:  Well, some of them, yes.
 5       BY MR. BRODY:
 6           Q    So some of them yes and some of them no?
 7               MR. ANDERSON:  Object to form.
 8               THE WITNESS:  Well, because I see them doing
 9          it.  Others I can't see them doing it and I never
10          reviewed it.
11       BY MR. BRODY:
12           Q    Okay.  And can you just give some
13       clarification as to what you've seen and what you
14       haven't seen.
15           A    Okay.  What I can see is that -- one of the
16       things that I got hit on is how they stored materials.
17       Okay.  You have to store materials a certain way.  So
18       they fixed that pretty quickly.  What that was, you have
19       to have allergins in certain separate areas of the
20       warehouse, separate it from all the materials.  You have
21       to have it labeled.  You have to do this.  You have to
22       do that.  They took care of that very quickly.
23               On batch records, they had to update their
24       batch records.  That was done with my help pretty
25       quickly too.  They got that done.
```

Page 83

1           Outside testing lab qualification, they got

2     that done.  They sent out the audit forms for the labs,

3     got them approved to start sending products outside to

4     be tested at the outside laboratories.

5           They started auditing their vendors which is

6     what they should have done before.  But they started

7     when the FDA came in, in '18.  So they started sending

8     the forms out to get the audits back to show that they

9     meet cGMP before the they buy the stuff from the guy.

10          So I know all those were implemented.

11     Q    Okay.  And just to follow up on the outside

12     lab audits --

13     A    Right.

14     Q    -- which labs did they audit?

15     A    They did Eurofins and they did ABC.  I think

16     they did Advanced too, but they never used Advanced.

17     Q    And Advanced, is that --

18     A    Labs.

19     Q    Advanced Labs?

20     A    North Carolina.

21     Q    Is that different than ABC?

22     A    Yes.  It's another company.  Another

23     laboratory.

24          THE COURT REPORTER:  And you said Eurofins?

25          THE WITNESS:  Eurofins, E-U-R-O-F-I-N-S.

Page 84

```
 1              THE COURT REPORTER:  Thank you.

 2              THE WITNESS:  It's a very big lab in the

 3         United States for Nutra and different food.  They

 4         do testing, outside testing.

 5    BY MR. BRODY:

 6         Q    And did you recommend these laboratories?

 7         A    I told them those are the guys that I trust

 8    that do the work and do it right.

 9         Q    But they should have documentation regarding

10    an audit of those labs?

11              MR. ANDERSON:  Object to form.

12              THE WITNESS:  Yeah, they should be in the

13         file.  I did not look and see if they got them

14         done, but they sent them, so I believe they did.

15         And knowing those two labs, they sent them back.

16    BY MR. BRODY:

17         Q    Okay.  This is what I'm trying to clarify:

18              You know, Vitamins Because told you that they

19    got these things done, and so your knowledge is based on

20    the assumption that what they say is true.  Would that

21    be fair to say?

22              MR. ANDERSON:  Object to form.

23              THE WITNESS:  I did not see actual documents

24         come back because I'm not there 24 hours a day,

25         seven days a week.
```

Page 85

```
 1    BY MR. BRODY:
 2         Q    And I just want to clarify that same thing
 3    with the vendors.  You didn't actually see the audit
 4    vendor --
 5         A    No, no, no.  I did see some of them.
 6         Q    Some of them, but not all of them?
 7         A    No.
 8         Q    And the same thing with the batch records.
 9    You didn't actually duly review all the batch records?
10         A    No.  But every time I went up, I would see two
11    or three batch records, review them, and make sure
12    they're okay.
13         Q    And those were just batch records of whatever
14    supplement they had between manufacturing at the time?
15              MR. ANDERSON:  Object to form.
16              THE WITNESS:  Whatever they were making.
17              MR. BRODY:  Okay.  Got you.
18    BY MR. BRODY:
19         Q    And as far as the Sam-e records, that's what
20    you mentioned earlier, correct?
21         A    Yeah.  Well, you mentioned it.  I just
22    remember one I saw.  That was it.
23         Q    And lastly it says here, "Dr. Ross will opine
24    about the adequacy of the Sam-e product manufactured by
25    Vitamins Because during the relevant period."
```

Page 86

```
 1              Have you seen the testing of the product

 2    during the relevant period?

 3              MR. ANDERSON:  Object to form.

 4              THE WITNESS:  I saw test results, the finished

 5         good come back.

 6    BY MR. BRODY:

 7         Q    How many?

 8         A    I think I remember -- I think I told you

 9    before I saw two in the old facility and one in the new

10    one.  That's what I got.

11         Q    So in the new facility, you've seen one?

12         A    One.  That's all I got, yeah.

13         Q    And --

14         A    That I saw.

15         Q    Right.

16              So I assume your opinion could only be based

17    on that one test?

18              MR. ANDERSON:  Object to form.

19              THE WITNESS:  Opinion?

20    BY MR. BRODY:

21         Q    Well --

22         A    I would say --

23              MR. ANDERSON:  Let him answer.

24              MR. BRODY:  I'm sorry.  Go ahead.

25              THE WITNESS:  I can't form an opinion based on
```

Page 87

```
 1          that because I haven't seen enough stuff.  Okay.
 2          But the bottom line is if they're testing outside,
 3          they're testing it outside.  If they got good
 4          results, they got good results.  If they got
 5          failing results, they hold it.  Then I got a phone
 6          call.  How do I fix it?
 7     BY MR. BRODY:
 8          Q    Are you aware that they had some testing that
 9     came back that showed that the Sam-e supplement did not
10     meet their label?  Are you aware of that testing?
11               MR. ANDERSON:  Object to form.
12               THE WITNESS:  I never saw any.
13     BY MR. BRODY:
14          Q    Okay.  And you --
15          A    Unless you --
16          Q    I'm sorry.  I didn't mean to cut you off.
17          A    Unless you guys did outside testing yourself.
18     Because you're suing them, obviously you probably did.
19     But if that's the case, I would be very suspect of those
20     results just because of what I told you before.  Okay.
21     Nature of the beast.  Where did you get it from?  Where
22     was it sitting?  How old is it?  That's just a fact of
23     this product.  If it was something else, that's
24     different.  Not Sam-e or B12, something like that.
25     That's just science.  You're asking for it when you do
```

1    stuff like that.  It may pass.  It probably more than

2    likely would fail just because of how it was stored.

3         Q    And Vitamins Because never called you about

4    their own testing that showed that they weren't meeting

5    the label claims for the Sam-e supplement?

6              MR. ANDERSON:  Object to form.

7              THE WITNESS:  On Sam-e?

8              MR. BRODY:  Yes.

9              THE WITNESS:  Not that I remember, no.

10   BY MR. BRODY:

11        Q    You see the bottom paragraph here talks about

12   the FDA inspection, so we'll come back to that.

13             MR. BRODY:  Sean, what time did you say you

14        have to leave?  12:05?

15             MR. O'BRIEN:  Yeah, 12:05, Jay.  I mean, I can

16        go now if you want to stop earlier.  It doesn't

17        matter to me.  I just need 20 minutes to run to

18        school.  I'm assuming, Ms. Cheek, that you're going

19        to want to take some time to eat some food at some

20        point.  Is that right?

21             THE COURT REPORTER:  I mean, it depends on how

22        long we're going to be here.

23             MR. O'BRIEN:  Sure.  So I think this is

24        probably a good chance to take call it 30 minutes

25        just so everybody can regroup and then we can push

Page 89

1              through and finish up after that.

2                     MR. BRODY:  Okay.  I mean, I can go another

3              five minutes, but whatever you guys want.

4                     MR. O'BRIEN:  That's fine.

5                     MR. BRODY:  So just pipe up in five minutes

6              and we'll take a break.

7                     MR. O'BRIEN:  Yeah.

8        BY MR. BRODY:

9              Q    Dr. Ross, the document which we were just

10       looking at, did you draft that document?

11             A    Did I what?  Did I draft it?

12             Q    Yeah.

13             A    No.

14             Q    I'm sorry.  That was a no?

15             A    No, I did not draft this document.

16             Q    Okay.  That's what I thought you said.

17                    Did you have any contribution towards the

18       substance in that document?

19                     MR. ANDERSON:  Object to form.

20                     THE WITNESS:  No, I can't imagine what it

21              would be.

22       BY MR. BRODY:

23             Q    Okay.  And so you didn't communicate with

24       attorneys in regards to that document?

25             A    No.  The communication I had was I was going

Page 90

1    to be a hybrid kind of witness sort of thing.  That was

2    it.

3         Q    Okay.

4         A    What was involved in that, no.  What the

5    information was, no.

6         Q    And so, again, I think I understand the answer

7    to this question.  So it would be fair to say that you

8    did not inform any attorneys what facts and opinions you

9    would be providing in this case?

10        A    No.

11        Q    Okay.  Are you aware of any expert disclosure

12   requirements that anyone -- did anyone communicate such

13   a requirement to you?

14             MR. ANDERSON:  Object to form.

15             THE WITNESS:  Expert witness?  Not in this

16        case, no.

17             MR. BRODY:  Yeah, I'm asking about this case.

18             THE WITNESS:  No.

19   BY MR. BRODY:

20        Q    No one told you that the magistrate in this

21   case required supplemental expert disclosures?

22             MR. ANDERSON:  Object to form.

23             THE WITNESS:  No.

24             MR. BRODY:  That's fine.

25   BY MR. BRODY:

Page 91

1           Q    And I think you might have answered this

2      question, so bear with me if you have.

3                Did you provide the attorneys for Vitamins

4      Because with any documents in this case?

5           A    No, just the paperwork I saw from you.

6           Q    Okay.

7           A    They requested some stuff.  And, like I said,

8      I went and dug around and I only found a little bit.

9      And I told you I'll send that to you which is not that

10     big.

11          Q    Yeah.  Thank you.

12               But you never provided those documents to --

13          A    No, no, no, no.

14          Q    Okay.

15          A    I only got them like in the last week.

16          Q    Sure.

17               And in the course of your work, consulting

18     work, did you provide any documents to Vitamins Because

19     in the course of your consulting work?

20               MR. ANDERSON:  Object to form.

21               THE WITNESS:  You mean for a Sam-e?

22     BY MR. BRODY:

23          Q    Well, let's start in general, if you can just

24     general answer and then --

25          A    Okay.  Generally answer.

Page 92

```
 1            I was hired to start with helping them bring
 2      them up to cGMP standards.  So what I did was I gave
 3      them SOPs, provided them SOPs that would help bring them
 4      up in line with a standard requirement for production.
 5      I gave them a format for batch records which they could
 6      use to make products and comply with the law.  I gave
 7      them a copy of the law which is not that big a deal.  I
 8      provided them with internal forms that they would use to
 9      track what they're doing and how they're making product.
10      Okay.  So that's the kind of stuff that I provided to
11      them.
12           Q    And did you provide these records also in
13      regards to the Sam-e supplement specifically?
14           A    Such as?
15                MR. ANDERSON:  Object to form.
16                THE WITNESS:  Not any specific SOPs for that.
17           Just SOPs to make everything fall in that category
18           for cGMP.
19      BY MR. BRODY:
20           Q    Were there specific Sam-e documents in regards
21      to the form batch records?
22                MR. ANDERSON:  Object to form.
23                THE WITNESS:  Well, I provided them the batch
24           records for Sam-e to show them how to do it
25           correctly.  That was about it.
```

Page 93

```
 1    BY MR. BRODY:
 2        Q    So that's the only record that you can recall
 3    offhand that you provided to Vitamins Because which
 4    specifically related to Sam-e?
 5        A    Sam-e.
 6             I may have provided them a stability protocol.
 7    Okay.  They didn't understand what to do.  But I haven't
 8    been able to find it anywhere.  Okay.
 9        Q    And were there any -- I know you mentioned two
10    emails that you found in regards to Sam-e.
11        A    Um-hmm.
12        Q    But you also mentioned that you deleted a
13    number of your emails.  So were there other emails that
14    you might have sent Vitamins Because in regards to Sam-e
15    specifically?
16        A    I kind of doubt it because there wasn't a
17    whole lot of communication on Sam-e until I guess about
18    2019, somewhere in that range.  And those are still
19    there.  I got all that stuff.  Okay.  But before 2019, I
20    don't have much of anything.
21        Q    And what did those communications consist of?
22             Because I know you mentioned those two emails.
23    Was there anything else?
24        A    Well, there were those two emails.  One was
25    like, What do I do about a complaint on Sam-e?  How do I
```

Page 94

```
 1      address it?  That kind of thing.  Basic stuff.  It was

 2      like a general question.  Not specific.

 3              The other one was a question on Sam-e

 4      processing.

 5         Q    And these are both -- both of those emails you

 6      said you have in your possession?

 7         A    I made copies.  I'll PDF them and I'll just

 8      send them to you.

 9         Q    Okay.  Thank you.

10              And were there other communications you had

11      with Vitamins Because over the phone or in person

12      regarding Sam-e?

13         A    Oh, my.

14         Q    If you recall.

15         A    I'm trying to think back through all that

16      stuff.  But, no, not that I remember.

17         Q    Okay.  And similarly, just to cover our bases

18      here, were there any communications that you might have

19      made to any third party regarding Sam-e supplements?

20              MR. ANDERSON:  Object to form.

21              THE WITNESS:  I think I did once for them

22          because they asked me about looking to get a soft

23          jell Sam-e.  So I reached out to a supplier I knew

24          that had soft jell Sam-es for sale they could buy

25          and package.
```

Page 95

```
 1    BY MR. BRODY:
 2         Q    And do you have an email or written -- that
 3    communication?
 4              MR. ANDERSON:  Object to form.
 5              THE WITNESS:  Yeah, I might.  But that was a
 6         different supplier, but I might have that.  It
 7         didn't mention them specifically.
 8              MR. BRODY:  I understand.
 9              Okay.  Let's take a break now because Attorney
10         O'Brien needs to leave.
11              MR. O'BRIEN:  I appreciate it.
12              MR. BRODY:  We'll shoot to come back at 12:40.
13              MR. O'BRIEN:  Yeah, that's great.
14              (The luncheon recess was taken after which the
15    following proceedings were had:)
16              MR. BRODY:  Okay.  Dr. Ross, we're back on the
17         record.  The same rules and procedures apply as
18         previously.
19    BY MR. BRODY:
20         Q    I know you mentioned before, you eluded to
21    before that you had some limited communications with
22    counsel for Vitamins Because.  Can you just remind us
23    when those communications took place.
24         A    Oh, my goodness.
25              My best recollection is that there was a time
```

Page 96

```
 1      in 2019 I think it was that David was there at the site.

 2      I just happened to -- I was there working and he was

 3      there.  And I met him there and that was basically the

 4      amount of it.  There was very little conversation of

 5      anything about what was going on with him and the other

 6      people.

 7              And then after that, I had a phone

 8      conversation, a couple of them in the last month, but it

 9      was basically about the deposition.  I was informed I

10      was going to be giving a deposition, that I was going to

11      be this hybrid-type witness, and that's really it.

12          Q    Do you recall any more substance from any of

13      those conversations?

14              MR. ANDERSON:  Object to form.

15              THE WITNESS:  My goodness.

16              Substance?  No, except some very basic things;

17          that it was Sam-e, it was related to that, and that

18          was about the size of it.

19      BY MR. BRODY:

20          Q    So you didn't speak about the labels or the

21      case or any of the evidence?

22          A    The claims that you're making in the case?

23          Q    Yes.

24          A    I haven't really seen them or read them or

25      know nothing about it.
```

Page 97

1        Q     Okay.  And, Dr. Ross, I just want to ask you a
2   little bit about your educational background.
3        A     Education?  Go ahead.
4        Q     Yeah, if you don't mind, just briefly.
5              How many degrees in higher education do you
6   have?
7        A     I have a BA in biological science from the
8   University of Missouri.  I have a pharmaceutical degree
9   from the University of Kansas City, Missouri which is a
10  Pharm.D.  And that's my educational background that is
11  collegiate based.
12             I've had training at the Krone Institute.
13  I've had training at various other places for various
14  things for chemistry and formulation, et cetera, et
15  cetera.  Done those.
16       Q     These educational trainings, were they
17  specifically related to dietary supplements or Pharma in
18  general?
19       A     No, no, no.  Chemistry, the Krone Institute is
20  extremely well known for microscopy which means
21  microscope use in science.  I took courses at the
22  University of Philadelphia which was in formulation, but
23  it was for professional courses.  I took those.
24             I took two FDA training courses early on in my
25  career in the eighties as far as requirements for cGMP,

Page 98

```
 1    et cetera, et cetera.  That was required by my employer

 2    at the time, so I did those.

 3         Q    Who was your employer at the time?

 4         A    Lederle Laboratories.

 5         Q    Do you have any other educational or training

 6    courses that you've taken or completed in regards to

 7    dietary supplements specifically?

 8         A    Dietary supplements specifically?

 9         Q    Yes.

10         A    No.  I have training sessions at SupplySide

11    West in various topics when they have them there.  I

12    wouldn't call that really training.

13         Q    Okay.  So I take it -- just to follow up on

14    that, I take it you have no specific education or

15    training in the Sam-e supplement or the Sam-e industry?

16              MR. ANDERSON:  Object to form.

17              THE WITNESS:  In Sam-e itself?

18              MR. BRODY:  Yes.

19              THE WITNESS:  No, no.

20              However, I should point out that -- training.

21         Nutraceutical is very little training except for

22         people that have nutrition backgrounds, et cetera,

23         in college.  It's very useless in this industry.

24         Okay.  It's not applicable.  You need to know

25         science.  Pharmaceutical is much more appropriate
```

Page 99

```
 1        than it is nutritional training for this industry.
 2   BY MR. BRODY:
 3        Q    And your current employment is at N2Pharma,
 4   LLC?
 5        A    Yeah, that's my little company I use for
 6   consulting.
 7        Q    Sure.
 8             And are you the only consultant at the
 9   company?
10        A    I'm it right now, yeah.
11        Q    And what type of consulting do you typically
12   do?
13        A    My goodness.  I do various.  I do consulting
14   for pharmaceutical formulation, pharmaceutical
15   regulatory.  I do registration for medical devices.  I
16   do formulation for nutraceuticals.  I help chemical
17   companies with their registrations or trying to get a
18   monograph for USP materials and what's required and what
19   to do.  It varies.
20        Q    Have you consulted with other dietary
21   supplement companies?
22        A    Sure, sure.
23        Q    And what are the names of those companies?
24        A    What are the nature?
25        Q    What are the names?
```

Page 100

1          A     The names?  You want to know names of my

2      clients?

3          Q     Yeah, unless you feel it's confidential.

4          A     Hang on.  Let me see what I can look for and

5      tell you that I can't -- that I can say.  Just a second.

6      Let me open it up and tell you what I can do.

7                You can still hear me, correct?

8          Q     Yes.

9          A     Okay.  Good.

10               People I've worked with in the past was

11     Alternative Labs in Naples.  American Naturals.  These

12     guys I can't say.  I can't do.  I worked for Dow

13     Chemical.  I worked for Pfizer.  Those I can tell.  I

14     can tell you I worked for FMC.  I've worked for JRS

15     Pharma.  I've done work for Health Caps.  I've done work

16     for Curabile (phonetic).  I've done work with -- oh,

17     let's keep going -- PNI.  I've done work for Pro Nova.

18     I've done work for Sincera.  I've done work for Sunset

19     Labs.  I did work for Vita Herbs.  I've done work for

20     ZimeTech.  I mean, that's just some.

21         Q     And with these clients, are you providing the

22     same or similar services that you were with Vitamins

23     Because?

24               MR. ANDERSON:  Object to form.

25               THE WITNESS:  Excuse me?  Names of?

Page 101

1    BY MR. BRODY:

2        Q    With regards to these clients that you just

3    mentioned, did you provide the same or similar services,

4    consulting services, that you did with Vitamins Because?

5        A    Some, yes.  Some different things.

6        Q    Okay.

7        A    It depends on the client.

8        Q    Okay.  I'm going to ask you more about the

9    Vitamins Because consulting in just a second.

10            Before working at N2Pharma, did you work at

11   Avima Labs?

12       A    At which labs?

13       Q    Avima.

14       A    Avima?

15       Q    Yeah.

16       A    Yes, I worked for Avima for a little bit.

17   It's a different name now, but it's the same company.

18       Q    And what type of work did --

19       A    Contract manufacturer of nutraceuticals.

20       Q    Okay.  And I think they mentioned on their

21   your Website that you developed over ten thousand

22   formulations.

23       A    Oh, me?  Yeah, I got lots of formulations.

24       Q    Is that true?  I mean, because that would

25   be -- you're talking thousands of formulations each

Page 102

```
 1    year.
 2         A    Okay.  Yes, it's true.
 3         Q    Yeah.
 4         A    For example, with Avima I was doing about 10
 5    formulation quotes a day, just to quote a day.
 6         Q    And what's a quote?
 7         A    A quote is developing the formula and then
 8    giving it back to the sales force to provide a cost of
 9    goods to the client to see if they would use it and buy
10    it and make it there.
11         Q    So cost of goods would be how much it would
12    cost the company to make the --
13         A    Correct.  And then they can do the economics
14    to determine how much they wanted to charge.  Then they
15    negotiate with the client.
16         Q    Okay.  And I think you mentioned before you
17    worked for Lederle Labs?  I don't know if I'm
18    pronouncing that right.
19         A    Excuse me?
20              THE COURT REPORTER:  Yes, say that again.
21              MR. BRODY:  Lederle Labs, L-E-D-E-R-L-E.
22              THE WITNESS:  L-E -- can you spell that again.
23              MR. ANDERSON:  I think he's talking about
24         Lederle.
25              THE WITNESS:  Oh, you're talking about Lederle
```

Page 103

```
 1        Labs?

 2              MR. BRODY:  Yeah, I apologize.  I

 3        mispronounced it.  I apologize.

 4              THE WITNESS:  Horribly.

 5              Lederle Labs, yes, that's where I started in

 6        New York.  That's where I created Centrum with five

 7        other guys.

 8   BY MR. BRODY:

 9        Q    And Centrum is what just briefly?

10        A    Multi-vitamin mineral products.

11        Q    Okay.

12        A    It's actually fairly famous.

13        Q    Okay.

14        A    E to Z was what they used to advertise a long

15   time ago.  It had 62 actives at one point.  You had to

16   make it work.  Rather complex product.

17        Q    Understood.

18              And have you worked on any USP committees?

19        A    USP committees?  That's interesting.

20              I worked on one -- that was a very long time

21   ago.  I worked on one for the excipient committee with

22   the USP.  They were developing an excipient program for

23   them to make it more global with an organization called

24   IPEC where they were trying to make all excipients

25   global specifications rather than every country have
```

Page 104

1    different things.  So I was on that quote/unquote

2    committee I guess you could say.

3         Q    And what is a USP committee?

4              Well, first of all, what does USP stand for?

5         A    United States Pharmacopia.  It is not part of

6    the FDA.  It is an independent organization that

7    actually the FDA relies on.  What they do is they are an

8    organization that creates monographs for actives for the

9    pharmaceutical industry and excipients that are

10   ingredients that go into them and they do the same for

11   them.  They also are now doing nutraceuticals and

12   monographs for them which never occurred before.

13   They're starting to do it now.

14        Q    So when you worked for them, they were not in

15   the Nutra?

16             MR. ANDERSON:  Object to the form.

17             THE WITNESS:  They were not -- I was doing

18        Pharma at the time.

19             MR. BRODY:  Okay.

20             THE WITNESS:  Nutraceutical came in the last

21        four years.  Four or five years they just started

22        doing nutraceutical monographs.

23   BY MR. BRODY:

24        Q    And just more broadly speaking, have you ever

25   consulted regarding Sam-e for any other client or

Page 105

```
1      company outside of Vitamins Because?

2          A     You mean to make the product?

3          Q     Yes.

4          A     Let's see.

5                Before CT Health, there was one other client

6      that wanted to make Sam-e.  And got down the road,

7      explained to them what needed to be done, and they

8      decided not to do it because it was too expensive to put

9      in the equipment to make it the right way.

10         Q     And so that was the end of your consulting on

11     that matter?

12         A     Oh, yes.  I consulted Sam-e before, because 45

13     years -- Sam-e is an old product.  It's not new.

14         Q     Right.

15               And your other work consulting in Sam-e

16     consisted of what?

17         A     You mean like for in general?

18         Q     Yeah, for other companies.

19         A     Oh, my goodness.

20               In general I've formulated about just

21     everything you can imagine; herbal products, herbal

22     extracts, herbal powders, powders, capsules, tablets,

23     liquids, controlled release tables, delayed release

24     tables enteric coated soft jells, soft jell

25     formulations.  I've done basically anything you can
```

Page 106

1    imagine in formulation.

2         Q    And this is again formulation for dietary

3    supplements generally.

4         A    Dietary.  I've done Pharma too.

5         Q    Sure.

6         A    That's a different --

7         Q    Sure.

8         A    You're not interested.  That's a different

9    universe.

10        Q    Okay.  But in regards to Sam-e, it's really

11   only been Vitamins Because and this one prior company

12   that you said --

13        A    Right, that was it because it's a limited

14   market.

15        Q    Okay.  And in regards to the work --

16   consulting I should say.  Let me strike that.

17             In regards to the consulting services that you

18   performed for Vitamins Because, was that all laid out in

19   a contract that you've had with them?

20        A    All my other clients?

21             MR. ANDERSON:  Object to form.

22             MR. BRODY:  No.  I'm speaking just about

23        Vitamins Because now.

24             THE WITNESS:  Vitamin C?

25             MR. BRODY:  No, Vitamins Because.

```
                                                    Page 107

 1              THE WITNESS:  Oh, Vitamins Because.

 2              MR. BRODY:  Yes.  I'm sorry.

 3      BY MR. BRODY:

 4         Q    In regards to that company, were your

 5      consulting services, were they all laid out in a

 6      contract?

 7              MR. ANDERSON:  Form.

 8              THE WITNESS:  Only the startup of the whole

 9          thing.  Because my main project was to get them up

10          to cGMP protocols and get the plant up to cGMP

11          requirements, have their paperwork brought up to

12          speed, have the products reviewed and being taken

13          care of and to make sure they're okay as far as

14          cGMP.

15      BY MR. BRODY:

16         Q    Okay.  So let me pull up the contract right

17      now and just ask you a couple questions about it and

18      then you'll explain.

19         A    Okay.

20         Q    Dr. Ross, can you see what I have on the

21      screen here?

22         A    Yeah, that looks like one of my standard

23      agreements, yeah.

24              MR. BRODY:  So let's mark this as Exhibit 3

25          for purposes of this deposition.
```

Page 108

1           (Plaintiffs' Exhibit 3 was marked for

2      Identification.)

3      BY MR. BRODY:

4           Q    And is this your current address here at the

5      top?

6           A    Yep, that's it.

7           Q    And is this the only written agreement that

8      you've had with CT Health Solutions?

9           A    Yeah, that was it.

10          Q    And it's dated, as you can see, June 20th,

11     2017, and it notes that the terms of the consulting are

12     from July 1st, 2017 to November 30th, 2017.

13          A    2017.

14          Q    Yeah.

15               Was that the extent of your work or was there

16     work beyond this contract?

17               MR. ANDERSON:  Object to form.

18               THE WITNESS:  No.  The agreement got extended

19          because of the nature of the FDA requirement.

20     BY MR. BRODY:

21          Q    And was that extension put in writing?

22          A    No, I don't believe so.  It was an agreement

23     between the parties.

24          Q    So it was just an oral agreement between the

25     parties?

Page 109

1          A     Right.  You're not taking about major

2     corporations here.

3          Q     Understood.

4                And if I can just skip down for a second.

5                Paragraph number 2, "Compensation," it says,

6     "The company shall pay consultant" -- I assume that's

7     you -- "a consulting fee in the amount of

8     $3,000 monthly."

9                Was that the compensation which was extended

10    onwards as part of the extension?

11         A     No, no, no, no.  Not even close.  That was for

12    a specific project with the SOP and everything else.

13    They were paying for that.

14         Q     Okay.  So what's --

15         A     And then it was way lower compensation.

16         Q     Okay.  So just to be clear, the $3,000 monthly

17    was for the initial project between July 2017 and

18    November 2017?

19         A     Correct.

20         Q     Your extended work with the company was for a

21    different amount of compensation?

22         A     Correct.

23         Q     And what were the terms of that compensation?

24         A     It was 350 a week.

25         Q     And that was regardless of how much time and

Page 110

```
 1    work you put into your consulting and work for Vitamins
 2    Because?
 3         A    It didn't make any difference, because I could
 4    only do one a day a week to try to get up there and help
 5    them out a little bit here and there.
 6         Q    And the extent of your work with the company
 7    again beyond November 2017 was just once a week?
 8         A    Yeah, at the most.
 9         Q    And you mentioned you went up there.
10              Did you go up there every week and just as
11    needed?
12         A    When I started out, yes, it had that way
13    whenever they got audited in 2018.  Obviously I had to
14    go up there every week to get all the paperwork
15    organized, get everything set up to respond to the FDA
16    and help them out because they had no idea how to take
17    care of that because they were new to all this.  So I
18    was going up there every week for a few months.  That
19    was it.  And that ended because seven-hour drive each
20    way, my God.
21         Q    Yes, I could imagine.
22              If we can skip down to -- actually, just go
23    back to paragraph 1 for a second.  So it says the scope
24    of your work is described in Exhibit 1.  So if we can
25    just go to Exhibit 1, I want to ask you some questions
```

Page 111

1    about the services to be performed.

2          A    Um-hmm.

3          Q    So under 1(a) it says, "Third party supplier

4    auditing."

5          A    Correct.

6          Q    "CGMP auditing would be performed, as required

7    at extra fee of $2,000 per audit."

8          A    Correct.

9          Q    So how many third party suppliers did you

10   audit?

11         A    I didn't audit any at that time.

12              MR. ANDERSON:  Object to form.

13   BY MR. BRODY:

14         Q    So this $2,000 per audit, that was never

15   charged because you never performed --

16         A    Never performed it.  Never got charged.

17         Q    And is that the same thing with the cGMP

18   auditing?

19         A    CGMP auditing of their facility, that was

20   actually part of the fee to start with.  I have to audit

21   them to see where they're at to bring them up to speed.

22         Q    So that was part of the general service.

23              And the cGMP auditing, what did that consist

24   of?  I think you touched on that earlier.

25         A    Oh, my goodness.

```
 1              There is a form, there is an audit form that I
 2       use for all my audits that's very specific to every part
 3       of CFR 12 part 111.  So I audit every section.  What
 4       does that mean?  That means facilities.  That means
 5       paperwork.  That means cleaning records.  That means air
 6       handling records.  That means -- it's extensive.
 7          Q    And does Vitamins Because have this record?
 8              MR. ANDERSON:  Object to form.
 9              THE WITNESS:  God, I don't know.  I did it.
10          They have it.  I don't know where it is.
11              MR. BRODY:  Got you.
12       BY MR. BRODY:
13          Q    Are they supposed to retain these records?
14              MR. ANDERSON:  Object to form.
15              THE WITNESS:  They haven't asked me about
16          them, no.
17       BY MR. BRODY:
18          Q    But, no.  I'm saying by law or by regulation,
19       are they supposed to, to the extent that you know?
20          A    They would have a copy of it as an internal
21       audit.  That's called an internal audit.  That's not a
22       true -- I did not audit them for another client.  I did
23       not audit them for the FDA.  I did not audit them for
24       Walmart.  I audited them for them to tell them where
25       they were.
```

Page 113

1          Q     Okay.

2          A     So I wasn't -- go ahead.

3          Q     Yeah, no.  I was just going to ask you, do you

4     have a copy of this internal audit report?

5          A     Oh, my goodness.  Just a minute.  Let me look

6     at my audit.  That's a big file.  Oh, my goodness.  I

7     guess I'd have to search for them.  Just a second.

8               My battery went out.  Just a second here.

9     Okay.  Let me find them.  It's not going to be that easy

10    to find.  I'm going to have to go back and dig through

11    some older files because I do have a number of these

12    which means they weren't in this primary file.  But that

13    makes sense because that was quite awhile ago.  So one

14    second.  I've got to fix this computer.

15              THE COURT REPORTER:  Yeah, could you put the

16         screen down a little bit so I can see your mouth.

17         Thank you.

18    BY MR. BRODY:

19         Q     Dr. Ross, so just to confirm, it sounds like

20    you may have it somewhere in your files but you don't

21    have immediate access to it?

22         A     No, it's too long ago.

23         Q     Understood.

24              And if I could direct your attention to

25    subsection B, "SOP Authoring And Review."

Page 114

1              What does SOP stand for?

2        A     Standard Operating Procedures.

3        Q     Okay.

4        A     Standard operating procedures is a requirement

5    of the cGMP CFR part 21 part 111 to where you define

6    exactly what you do in every step of the process.  It

7    defines what you do to clean the machines.  It defines

8    what you do to set them up.  It defines how you do it to

9    make the product.  It defines how you test the product.

10   It defines your supplier system.  Everything.  A lot.

11       Q     And Vitamins Because has --

12       A     All that, yes.

13       Q     -- these documents?

14             MR. ANDERSON:  Object to form.

15   BY MR. BRODY:

16       Q     And do you have a copy of these documents as

17   well?

18       A     Not theirs.  I have copies of mine that I gave

19   them.  Because they modified it with their head title,

20   their name, their system.  They have them.  They have

21   books.  So I know they physically have them.

22       Q     Okay.  So plaintiffs will continue to request

23   production of those documents.

24             MR. ANDERSON:  When you call for production,

25        what are you referring to?

Page 115

1          MR. BRODY:  Well, they were already requested.

2          MR. ANDERSON:  From us?  From Vitamins

3      Because?

4          MR. BRODY:  Yeah.

5          MR. ANDERSON:  Not the witness.

6          MR. BRODY:  Again, continuing because we've

7      already requested them.

8          MR. ANDERSON:  You can continue all you like.

9          MR. BRODY:  Okay.  I will do so.

10  BY MR. BRODY:

11      Q    It mentions here that it can be provided at

12  several possible levels or stages.

13      A    Levels of what?  I'm sorry.

14      Q    It subsection B it says, "The SOP authoring

15  can be provided at several possible levels or stages."

16          Did you provide SOP authoring for Vitamins

17  Because at several levels or stages?

18          MR. ANDERSON:  Object to the form.

19          THE WITNESS:  Because there's levels.  There's

20      different levels of SOPs.  In other words, there's

21      some for production.  There's some for quality.

22      There's different departments.

23  BY MR. BRODY:

24      Q    And did you provide SOP authoring for all the

25  levels or only for some of the levels?

Page 116

```
 1              MR. ANDERSON:  Object to form.
 2              THE WITNESS:  Probably most of them.
 3    BY MR. BRODY:
 4         Q    Probably most of them, but you're not certain?
 5         A    Well, I --
 6         Q    You'll have to look back at the documents?
 7         A    You're asking things very long ago on a very
 8    lot of documents.
 9         Q    Right.
10              Okay.  And if I can direct your attention to
11    C, "Formulation Development."
12         A    Correct.
13         Q    This was the formulation --
14              At least in regards to the Sam-e.
15         A    No.  All right.
16         Q    -- the formulation document that you
17    referenced earlier which you located?
18         A    Yeah, that's one of them.
19              The issue is when I signed up with them for
20    cGMP, formulation is just part of the cGMP system.  And
21    so when I do the cGMP system for them, then formulation
22    becomes part of the whole cGMP system to help review
23    their formulas, bring them up to date, try to fix them,
24    do whatever they need to whenever they bring them to me.
25         Q    And the cGMP system has other records in that
```

1      system, in that file, if you will?

2                  MR. ANDERSON:  Object to form.

3                  THE WITNESS:  The cGMP is the SOP system.  And

4             the cGMP system is actually SFR 11 part 111.  It's

5             all part of that same law.  So it's overall how do

6             you run your business kind of thing.

7      BY MR. BRODY:

8          Q    And how many such records would a company like

9      Vitamins Because have in this realm?

10                 MR. ANDERSON:  Object to form.

11     BY MR. BRODY:

12         Q    Are we talking thousands?  Hundreds?

13         A    Hundreds.  In the range for SOP, it would be

14     like a hundred or so maybe.  I try to minimize as much

15     as I can because it's a lot to do because they're a very

16     tiny company.  They're not big.  And so, therefore, they

17     get the basics.  They don't get the entire network of

18     stuff.  They get what can be done to get by to do it

19     correctly.

20         Q    Okay.  And you mentioned here different

21     formulations.  Were there multiple formulations for the

22     Sam-e supplement or only one formulation?

23         A    For Sam-e itself?

24         Q    Yeah, for Vitamins Because's manufacturing.

25         A    Vitamins Because products, I think at one time

Page 118

1   they had two different dosage strengths.  It was

2   basically the same thing, but it was just different

3   capsules, how many capsules you're taking.

4           MR. ANDERSON:  Object to form.

5   BY MR. BRODY:

6       Q   So there would be a different formulation

7   document or record if it was labeled at 400 milligrams

8   per capsule or 500 milligrams per capsule?

9       A   That's correct.  It would be a different

10  formulation.

11      Q   And they would have a separate sheet --

12  Vitamins Because would have a separate sheet for

13  formulas for each one --

14      A   Yes, yes, they should have.

15          THE COURT REPORTER:  Hold on.  I don't have

16      the question.

17          "Have a separate formulas for each" --

18          MR. BRODY:  Each one of their labeled claims.

19          MR. ANDERSON:  Object to form.

20          THE COURT REPORTER:  What's the answer?

21          MR. BRODY:  Dr. Ross, can you just repeat the

22      answer for the court reporter.  Dr. Ross?

23          THE WITNESS:  I think what you're trying to

24      state is they would have a different formulation

25      sheet for each bottled-label-claimed product of

Page 119

1          Sam-e.  If one was 500, they'd have 500.  If one

2          was 400, they would have 400.  It would be separate

3          documents.

4     BY MR. BRODY:

5          Q    Okay.  And I'm going to follow up on that in a

6     little bit.  But if I can just direct your attention now

7     to subsection D, "Technical Support."

8          A    Right.

9          Q    What does technical support consist of?

10         A    Oh my.

11              Technical support in this industry is very

12    straightforward.  What we do is I supplied support to

13    production if they need it for any issues that come up

14    on blending this -- the product didn't mix well.

15    Something happened on the capsule machine.  What's wrong

16    with my capsule machine?  What's wrong with my blender?

17    Why is the material coming in green now instead of light

18    blue?  Okay.  These are all technical questions for

19    support on product and production.

20         Q    Do you recall any of that being -- those

21    support services, do you recall any of those support

22    services being necessary for Sam-e supplements at

23    Vitamins Because?

24         A    No, nothing on Sam-e supplements, no.

25         Q    And if I could direct your attention just to

```
                                                Page 120

 1      subsection 2 here, "Projects."  Subsection A says, "SOP

 2      generation for the facility to meet CFR 21 part 111."

 3           A    Right.

 4           Q    So that you've referenced earlier and that was

 5      created, correct?

 6           A    Yes.  It's all done.

 7           Q    And "Facility Update Review And Support,"

 8      under subsection B.

 9           A    Oh, okay.  That was their new facility.  They

10      moved from an old facility to a new facility.  And I was

11      helping them review the design and everything to make

12      sure it met their current requirements and the FDA

13      requirements for facilities for nutraceuticals.

14           Q    And was that all complete -- when was that

15      completed to your recollection?

16           A    Oh, my goodness.

17                2018, but I don't know when.  Best guess is

18      2018 year.  That's the best I can do.

19           Q    So that was still going on -- it was not yet

20      completed when the FDA had their inspection of the

21      facilities?

22           A    No, the FDA inspected the old facility.

23           Q    The FDA inspected the old facility?

24           A    Correct.

25           Q    And your work was with the new facility?
```

Page 121

```
 1              MR. ANDERSON:  Object to form.
 2              THE WITNESS:  Um-hmm.
 3     BY MR. BRODY:
 4         Q    And subsection D, "Specification, Review and
 5     Updates For All Materials," was that a service you
 6     provided in regards to Sam-e for Vitamins Because?
 7         A    Oh, my goodness.
 8              I don't remember doing it for Sam-e
 9     specifically.  It's possible I did because the specs
10     they had for these kind of products were fine because
11     they used the specs from the supplier.  So, therefore,
12     the supplier they had for Sam-e, looking at the one I
13     have that they used, the specification is perfectly fine
14     for Sam-e, raw material.
15         Q    And when you say they used the specification
16     from the supplier, can you explain what you mean by
17     that.
18         A    Okay.  When you have raw materials in this
19     industry, you buy it from a supplier.  They have a
20     specification sheet.  If that's what you're going to use
21     and be the one you use for your product, you create your
22     specification to match their specification sheet.  So
23     that way when you test it, you test it the same way they
24     do so you don't have problems later using a different
25     method or having a problem testing product.
```

```
                                              Page 122

 1            That's the system in this industry right now.

 2       Q    And these specifications, they're for testing

 3   purposes or also for labeling purposes or are those one

 4   in the same?

 5            MR. ANDERSON:  Object to form.

 6            THE WITNESS:  No, different -- this is mainly

 7        testing purposes.

 8   BY MR. BRODY:

 9       Q    And subsection D, "Batch Record Review And

10   Update," I think we spoke about this a little earlier,

11   but just to confirm.  Did you perform any batch review

12   for the Sam-e supplements manufactured by Vitamins

13   Because?

14       A    When they gave it to me to review back, yeah,

15   I did review their batch records and I updated it to the

16   new form, the new system, which was mine, and I modified

17   it to make sure it was totally correct with all the

18   weights and everything else and all that stuff.

19       Q    Okay.  And the audit of facility after

20   implementation of procedures to CFR 21 part 111 --

21       A    111.

22       Q    Yeah.

23            Was that at the new facility or the old

24   facility?

25       A    Oh, when I did the audit was the old facility.
```

Page 123

1          Q    Okay.

2          A    And they used that to help build the new

3     facility.

4          Q    But the few facility was never audited?

5          A    The new facility never got audited by the FDA

6     and I never re-did a re-audit of it because it was based

7     on fixing the old.  So everything was all new.

8          Q    Okay.  If I can then just direct your

9     attention down to the billing procedures.  I just want

10    to ask -- I mean, I know you spoke about the $3,000

11    monthly for the initial project and you spoke about

12    $350 weekly.

13          Did you ever bill them on an hourly basis for

14    your work?

15          A    An hourly rate, no, not for these projects.  I

16    just did it by a project basis hourly rate.  The 350

17    weekly was an agreed-upon price just to help them out

18    because they're a small company and I needed to keep

19    them updated because they just got hit with an FDA audit

20    and trying to fix it up.  So that's what I did.

21          Q    Okay.  Now, if I can just ask you a couple

22    follow-up questions.

23          Now, the work that you did afterwards, I know

24    you mentioned that was for the FDA audit and a lot of

25    the communications with the FDA.

Page 124

1        A     Um-hmm.

2        Q     And plaintiffs continue to call for the

3    production of those records.

4              Did that consist of any other work besides

5    dealing with the FDA and the FDA audit?

6        A     Oh, well, just basic stuff which involved the

7    cGMP which was when they had questions about production

8    things, do this and that.  Questions on testing

9    protocols, testing on laboratories, things like that,

10   bringing them up to speed so they could do it

11   themselves.  Okay.  Become self-efficient in the

12   process.

13       Q     And once they became self-efficient, so then

14   they just followed their own set of protocols, et

15   cetera?

16       A     That was the idea.  They follow their SOPs.

17   They stick to them, do it.  They do what they're

18   supposed to do with the products.  They file the batch

19   records.  They do it correctly.  They build the batch

20   record the right way.  That was the idea.  And they did

21   pretty good at it, I got to admit, they really did, for

22   somebody starting up with that stuff.  It's kind of

23   complex.

24       Q     And, again, when you say they did very well,

25   you're saying that based on what?

Page 125

```
 1        A    I was going up there weekly, remember,

 2    checking on what they were doing, seeing how they were

 3    doing things, trying to figure out are they doing okay,

 4    the right way.  They were.

 5        Q    So, again, that's a general assessment based

 6    on their --

 7        A    I can't say daily because I'm not there.  I

 8    don't know what they did every day.

 9        Q    Sure.

10             MR. ANDERSON:  Object to the form if there was

11        a question.

12             MR. BRODY:  Sure.

13    BY MR. BRODY:

14        Q    And, again, I think you mentioned -- I think

15    you already answered this already, but it wasn't limited

16    to Sam-e inspections either?  It was just whatever you

17    were reviewing -- whatever supplements you --

18        A    At the day, yeah.  Whatever they were doing

19    that week and they had trouble, they brought me the

20    stuff.  I would look at it, review it with them, explain

21    it to them and do that.

22        Q    Okay.  As far as the -- I just want to ask you

23    about the quality control.

24        A    Okay.

25        Q    What procedures did you recommend for their
```

Page 126

```
 1    quality control of dietary supplements?
 2              MR. ANDERSON:  Objection.
 3              THE WITNESS:  Can you please repeat.
 4              MR. BRODY:  Yeah, I'll repeat the question.
 5    BY MR. BRODY:
 6         Q    What quality control measures or procedures
 7    did you recommend for the Sam-e supplement that they
 8    were manufacturing?
 9              MR. ANDERSON:  Object to form.
10              THE WITNESS:  The basic quality control
11              procedures for nutraceuticals.  What does that
12              mean?  You have set systems that you have to pull
13              samples, you have keep retains of everything; that
14              you have everything sitting around in case
15              something happens; that you have samples assigned
16              and sent out to laboratories to be tested.  You
17              keep records of the testing results.  You keep
18              records and review the batch records before you
19              issue the product.  You have a test sheet for the
20              batch record you sign off on so that way you know
21              you checked the batch record to make sure it's
22              right.  These are all basic QC/QA procedures.
23    BY MR. BRODY:
24         Q    And all the records for testing, if I heard
25    you correctly, those should have been maintained by the
```

Page 127

```
 1      company as part of the quality control?
 2              MR. ANDERSON:  Object to form.
 3              THE WITNESS:  It should have been in the
 4          quality office controlled by them.  The problem
 5          with the old records, they had a major disaster
 6          when they were moving from one facility to the
 7          other.  So that became a big issue.  And they tried
 8          hard to find them.  They just couldn't do it.  It
 9          was gone.  It had to do with the trucking or
10          whatever.  Something really messed up.
11              The new records were all in the new facility.
12          They were kept there.  They had everything.  It's
13          all tabulated, filed, all that.
14      BY MR. BRODY:
15          Q    And did you recommend a specific laboratory
16      for them to have the testing done?
17          A    I told them the laboratories that I used
18      routinely.
19          Q    And those were the three that you mentioned
20      earlier today?
21          A    Yeah, they're both very good labs.
22          Q    Now, have you ever heard the, I want to call
23      it, term or the phrase "control of raw materials"?
24              MR. ANDERSON:  Object to form.
25      BY MR. BRODY:
```

Page 128

1      Q    Does that have any meaning to you?

2      A    Troll?

3      Q    Control.  Control.

4      A    Control of raw materials?

5      Q    Yeah.

6      A    No.

7           Controlling raw materials is part of cGMP.

8  You have to -- it's part of the audit.  You audit the

9  supplier to get them approved.  You bring the stuff in.

10 You control it.  You put them in the right place in the

11 warehouse.  You have to separate it according to the

12 type of product it is.  Then you have to maintain it.

13 You have to keep inventory of how much should you use?

14 How much have you got left?  What product did you go

15 into?  What lot number was used for which lot number of

16 product?  Traceability.

17          That's all part of it.  Okay.  That's part of

18 cGMP.  That's something that they actually have.  They

19 have the records and you can go back and find whatever

20 was used in the lot and go get it.

21     Q    And these aspects of quality control, again,

22 you didn't perform them personally.  You just advised --

23     A    No.

24     Q    -- and consulted for --

25     A    No.

Page 129

1      Q    -- Vitamins Because to perform these?

2      A    No, the quality department did it up there.

3           MR. ANDERSON:  Object to form.

4  BY MR. BRODY:

5      Q    And would the same thing hold true for the

6  control of the production according to cGMP standards?

7           MR. ANDERSON:  Object to form.

8           THE WITNESS:  No, no.

9           How it works with cGMP standards and

10         production, the quality assurance department, which

11         is the same as the QC department for them because

12         they got so small, they go out and they monitor

13         what's going on in production while they're doing

14         it.  They do checks on the weights of the capsules

15         themselves physically to see the weights that they

16         got in production.  They do that.  They check the

17         size of the capsule, and they check the batch

18         record making sure people are signing it off and

19         filling out all the paperwork correctly.  That's a

20         QA function.  That's what they do to monitor and

21         make sure production is going okay.

22              When the batch is completed, samples of the

23         product come to the quality office.  They take a

24         sample, send it out for testing if required,

25         depending on what the product is.  Because some you

Page 130

```
 1        can't test.  So they get that.  They get the batch
 2        record, and quality audits the batch record.  They
 3        actually review the entire batch record and fill
 4        out a form that tells them what's good or bad on
 5        the batch record.  And then when everything is
 6        done, they file the batch record away, they release
 7        their product when they get results, and they go
 8        ship it.
 9   BY MR. BRODY:
10        Q    And, again, these work processes that you
11   advised about, but you didn't actually perform them
12   personally?
13            MR. ANDERSON:  Form.
14            THE WITNESS:  Physically, no.
15            MR. ANDERSON:  Object to form.
16   BY MR. BRODY:
17        Q    And the same thing is true in regards to the
18   testing of the end control product.  You didn't do them
19   physically yourself.  You just advised.
20        A    No, I didn't test the physical end product
21   itself.
22        Q    Okay.
23        A    Rarely, when they had trouble with weights, I
24   would go out there and help check weights when things
25   were going wrong with them, but I was just a physical
```

Page 131

1    tech service support, not a quality support.

2         Q    And what is a CAPA report, C-A-P-A?

3         A    A CAPA.

4         Q    Okay.

5         A    A CAPA report is standard document under cGMP.

6    Corrective Action, Preventative Action, C-A-P-A.

7         Q    CAPA, yeah.

8         A    That's a report that's given out whenever

9    there's a problem.  Okay.  When there's something that's

10   not going quite right or if something is a little wrong,

11   they have to fill out this to show how did they fix what

12   was wrong.  What was it to find a root cause.  You have

13   to find a root cause.  What happened?  What went wrong?

14        Corrective action is what do I do to fix this

15   one, okay, right now?  Then that's just one part.

16        The second part is the PA, PA, Preventative

17   Action.  What do I do to prevent it from happened again?

18        And they fill out the CAPA form and audit

19   report and they put it in the file and that's how they

20   keep it and have what is the record of how they fix

21   things.

22        Q    And my question is:  Would there be a CAPA

23   report or should there have been a CAPA report if a

24   product tests -- I'm sorry -- if the end product shows

25   that that supplement did not meet the way --

Page 132

1         A    Okay.

2              THE COURT REPORTER:  No.  Hold on.  I don't

3         know what the question is.

4              MR. BRODY:  All right.  Let me repeat the

5         question.  Let me strike the question.

6    BY MR. BRODY:

7         Q    I'm just trying to understand when a CAPA

8    report would be issued or would be created.

9              So my question is:  Would a CAPA report be

10   created when the end product tests show that it did not

11   meet the label claim?

12             MR. ANDERSON:  Object to form.

13             THE WITNESS:  Okay.  That's not quite the same

14        thing.  Usually when that occurs, that's called an

15        OOS, Out Of Specification.  That's a separate

16        quality report.

17             Now, that quality report will end up in the

18        CAPA eventually.  Because first thing is out of

19        spec, you have to investigate it.  Is it truly out

20        of spec?  You have to do a secondary lab to verify

21        it's right and make sure the results are okay, make

22        sure everything is all right and it's really wrong.

23        If it's really wrong, the lot is held and then you

24        go investigate what happened.  Why did it do this?

25        Now it becomes a CAPA.

Page 133

1    BY MR. BRODY:

2         Q    And are you aware of any OOS, Out Of

3    Specifications, for the Sam-e supplement at Vitamins

4    Because's facility?

5         A    I wasn't aware of one, no.

6         Q    And so I guess it would follow that you're

7    also not aware of any CAPA report?

8         A    No, because if there was something there, they

9    probably would have told me about it.  That would be my

10   guess.

11        Q    But just so I'm clear here, if something does

12   test incorrectly, then there would be a second follow-up

13   step that you just mentioned, and then an Out Of

14   Specification Report.  That's what should have been

15   done.

16        A    It's called an OOS, yes.

17             The first thing that would happen is an OOS

18   Report.  Then after an OOS Report, you do an

19   investigation and you say why did this happen?  You do a

20   secondary lab.  You write and investigate.  And quality

21   says, Guess what?  It's really out of spec.  Now, you

22   go, okay, hold the product.  You got to decide what to

23   do with the darn thing.

24             Then you've got the next step which is do a

25   CAPA.  Why did this happen?  That's the corrective

Page 134

```
 1    action and preventative action part of cGMP.
 2              MR. BRODY:  Understood.
 3              MR. ANDERSON:  Object to the form.
 4              Hey, Doc, if you could just give a quick
 5         second before you answer, that would really be
 6         helpful.
 7              THE WITNESS:  Oh, okay.
 8              THE COURT REPORTER:  Yeah, I don't know how
 9         else to say it.  The end of every question --
10              THE WITNESS:  Okay.  I understand.
11              THE COURT REPORTER:  The record is going to
12         look terrible.
13              THE WITNESS:  I'm sorry.
14              MR. ANDERSON:  Just do your best, Doc.
15              THE WITNESS:  I've just got to slow down my
16         answer.
17              THE COURT REPORTER:  You do please.
18              MR. BRODY:  Okay.  Dr. Ross, you are a step
19         ahead of us certainly in knowledge.
20    BY MR. BRODY:
21         Q    Are the CAPA Reports and the OOS Reports, are
22    those required by FDA's -- you know the 21 CFR 111 or
23    only under cGMP?
24              MR. ANDERSON:  Object to form.
25              THE WITNESS:  It's required under -- cGMP CFR
```

Page 135

```
1          21 part 111 addresses it.  They say you should do

2          it, but they don't specifically state how to do it.

3    BY MR. BRODY:

4          Q    And so if a company is not doing this, so then

5    in your opinion, they would be in noncompliance?

6               MR. ANDERSON:  Object to form.

7               THE WITNESS:  Me, on my audit form, I would

8          make an observation and say you have to have some

9          kind of system.

10   BY MR. BRODY:

11         Q    And if I can direct the question just back to

12   the Sam-e supplement specifically.  Did you do any

13   consulting specifically on how much raw material should

14   be filled into the Sam-e capsules?

15              I may have eluded to this earlier, so if you

16   could just bear with me.

17         A    That's on the formulation spreadsheet.

18         Q    And the formulation sheet will set forth how

19   much raw materials should go into each capsule for every

20   label claim, correct?

21         A    Correct.

22         Q    And you discussed earlier the difference

23   between Sam-e and what you call Sam-e SS, Sam-e

24   tosylate.  Was that a matter -- did you discuss those

25   matters with the personnel at Vitamins Because?
```

1           MR. ANDERSON:  Object to form.

2           THE WITNESS:  When I was looking over the

3      Sam-e product for them back then on the batch

4      record, I did explain to them the difference

5      between the three things and what the label should

6      say, yes.

7  BY MR. BRODY:

8      Q    So it's your understanding that they

9  understood the difference between Sam-e and Sam-e

10  tosylate?

11          MR. ANDERSON:  Object to form.

12          THE WITNESS:  Yes, I believe so.

13  BY MR. BRODY:

14      Q    And understanding that difference, would you

15  agree that that's necessary in order to fill the

16  capsules properly?

17          MR. ANDERSON:  Object to form.

18          THE WITNESS:  The answer is that's not really

19      true, because the formulation dictates exactly what

20      to do.

21          MR. BRODY:  Okay.

22          THE WITNESS:  And on the formulation, it tells

23      you what it is.  And so that's there.  If they do

24      that, that's what they make.

25  BY MR. BRODY:

Page 137

```
1         Q     And along these lines, was there a software
2    program which Vitamins Because used in making their --
3    in manufacturing their supplements?
4         A     I believe they were my Excel spreadsheet which
5    has a built-in batch record in forming everything built
6    into it which makes it easy for them, easier for them.
7         Q     That was an Excel spreadsheet you said?
8         A     It's an Excel spreadsheet.
9         Q     Was there an XML software program that you're
10   familiar with?
11              MR. ANDERSON:  Object to form.
12              THE WITNESS:  XML format program?
13              MR. BRODY:  Yeah.
14              THE WITNESS:  No.  It's an Excel program
15         spreadsheet that I use routinely for all my
16         formulations.  That's the one that they used and
17         implemented because it was simple.  And so they
18         were using it as far as I know.  I don't know
19         the -- the last one I saw was that one.
20   BY MR. BRODY:
21        Q     And if they follow the process each time,
22   there should be consistency in their results?
23              MR. ANDERSON:  Object to form.
24              THE WITNESS:  Correct.
25   BY MR. BRODY:
```

Page 138

```
1        Q     And the step-by-step protocol, is that on the

2   Excel spreadsheet that you gave them or is that in a

3   different form?

4        A     Yes, most there's one of the pages.

5        Q     And as far as the people actually working the

6   machines and working the software, did you speak to them

7   directly?

8        A     Well, the people who were using it to issue it

9   and that, I talked to them directly on how to do it and

10  how to get the paperwork out.  But that's the quality

11  department.

12       Q     So that's the quality department.

13       A     Right.

14       Q     So what about the people actually running --

15       A     The production personnel?

16       Q     Yeah.

17       A     No, I did not talk with them.

18       Q     Yeah.

19             And as far as the selecting the suppliers -- I

20  think I might have asked you this -- but did you make

21  any recommendation on the suppliers they should be

22  using?

23       A     Sometimes, yes.

24       Q     In regards to Sam-e supplements?

25       A     No, I did not.  Not on that one.
```

Page 139

```
 1         Q    And so are you aware of which supplier they
 2    were using?
 3              MR. ANDERSON:  Object to form.  Asked and
 4         answered.
 5              THE WITNESS:  I explained previously I got the
 6         COA they provided me and their supplier as to one I
 7         know.  So one that I'm aware of that I saw that I
 8         know was functional.
 9              MR. BRODY:  Sure.
10    BY MR. BRODY:
11         Q    And that was the Chinese name that you
12    mentioned?
13              MR. ANDERSON:  Object to form.
14              THE WITNESS:  The Shandong, yes.
15    BY MR. BRODY:
16         Q    I'm just going to pull up a document here I
17    just want to ask you about.  Can you see the document?
18         A    Yes.
19              MR. BRODY:  Let's mark this as Exhibit 4.
20              (Plaintiffs' Exhibit 4 was marked for
21    Identification.)
22    BY MR. BRODY:
23         Q    Is this the Shandong company that you were
24    speaking about earlier?
25         A    Yeah, that's the one that I saw I think, one
```

Page 140

1      of the supplier documents.  Same guy.

2          Q     Sure.

3                And if I could just skip down.  This is for

4      the record VB-PROD-52773.  If you skip down to where

5      it's -- do you see the Certificate of Analysis Jiaherb?

6          A     Jiaherb, yes.

7          Q     Yeah, I may have mispronounced it.

8                So you are not familiar with their use of

9      Jiaherb as a supplier?

10               MR. ANDERSON:  Object to form.

11               THE WITNESS:  One thing you need to know about

12          suppliers, Jiaherb is not a manufacturer.  Jiaherb

13          is a distributor.  They create their own COA of the

14          material.  And Jia I do not believe tells you who

15          the supplier is.  If you look at the bottom of

16          their COA, it should say "manufacturer."  And they

17          don't.

18     BY MR. BRODY:

19         Q     Do you see it on the sheet in front of you?

20         A     I don't see any -- let's see.  Maybe they

21     messed up and left the addresses.  No, that's all

22     Jiaherb addresses.  No.  This could easily be the same

23     supplier.

24         Q     Okay.  But --

25         A     Or excuse me.  Manufacturer.

Page 141

1          Q    But there's no way to know on the COA?

2          A    No.

3          Q    Okay.  And so this would be -- I mean, this

4     would have to be the -- strike that.

5               When you're qualifying the supplier, part of

6     that process would be you'd have to identify who the

7     manufacturer is?

8          A    The manufacture is, yes.

9          Q    And then you'd have to --

10         A    Because you may have three distributors

11    selling the same plant.  Well, guess what?  You can buy

12    from any distributor because it's the same manufacturer

13    that you qualified.

14         Q    Okay.  And have you heard of a company, by any

15    chance, Nutriland?

16         A    Nutriland?

17         Q    Yeah.

18         A    Yes, distributor.

19         Q    They're also a distributor?

20         A    They're a distributor.

21         Q    So in regards to them also, you'd have to --

22         A    I explained --

23              THE COURT REPORTER:  I'm sorry.  No, no, no.

24    I have no idea what the question was.

25              THE WITNESS:  Okay.  Ask the question again.

Page 142

```
1    BY MR. ANDERSON:

2         Q    I apologize.

3              The end of the question was just you'd have to

4    identify the manufacturer?

5         A    Yes.

6         Q    Go ahead, Doctor.

7         A    And on top of that, they have to do it through

8    each material coming from the distributor.

9         Q    Right.

10             And if I could just direct your attention to

11   the record right in front of us.  That's VB-PROD 5325.

12   Just basically here.  I mean, I have the --

13        A    Oh, here we go.

14             MR. ANDERSON:  Jay, what did Exhibit 4 go

15        through?

16             MR. BRODY:  The last page is 5361.

17             MR. ANDERSON:  Thank you.

18   BY MR. BRODY:

19        Q    Let's take a look at page 5361.

20        A    Yeah.

21        Q    Now, Dr. Ross, do you see on the left column

22   where it says "S-Adenosyl-L-Disulfate Tosylate"?

23        A    Um-hmm.

24        Q    That's the powder, the raw materials substance

25   that you -- the salt that you were referring to earlier,
```

Page 143

1    correct?

2         A    That is the basic raw material of Sam-e that

3    comes into this country, the powder.

4         Q    Right.

5              And a couple boxes above that, the Sam-e Ion,

6    that's the actual measure of the actives, correct?

7              MR. ANDERSON:  Object to form.

8              THE WITNESS:  That's not the one you should

9         use to measure against.  You should use the SS

10        number.  See the S, S-Isomer right above it?

11   BY MR. BRODY:

12        Q    You feel the S, S-Isomer is the --

13        A    Is the stable isomer.  More stable.

14        Q    And that gives you the measure of the active

15   amount of the Sam-e?

16        A    Tests would show you more of the ion what

17   would get into the bloodstream.

18             The S, S-Isomer -- how this works.  The

19   Finoctase is a salt to make it stable.  The SS is part

20   of that salt.  That's one piece.  That's a disulfide.

21   That product is what will get into the intestinal tract

22   and then disassociate so that the N-edephlomine

23   (phonetic) S-methionine itself which is Sam-3 will be

24   absorbed and converted.  If you gave just the ion, it

25   would be destroyed in the GI tract.  The Sam-e ion by

Page 144

1    itself is only given by intravenous administration.

2         Q    And so, Dr. Ross, the S-isomer consists of

3    what in scientific terms?

4              MR. ANDERSON:  Object to form.

5              THE WITNESS:  In scientific terms, it's the

6         precursor -- let's call it the precursor salt to

7         the Sam-e ion.

8    BY MR. BRODY:

9         Q    Okay.  And when you have a supplement like a

10   Sam-e supplement bottle that says 500 milligrams per

11   capsule, what does the 500 milligrams measure?  The ion

12   or the salt or the tosylate to be specific?

13             MR. ANDERSON:  Object to form.

14             THE WITNESS:  This is a problem you get into

15        with Sam-e.  It depends on what is said in the

16        supplemental facts box on the label.  And in there

17        you could say any one of these three forms, if you

18        wanted to, to say what you're delivering in the

19        product so long as your calculations were the

20        amount of material that you're delivering.

21   BY MR. BRODY:

22        Q    And to your knowledge, which one of those did

23   Vitamins Because's labels measure?

24             MR. ANDERSON:  Object to form.

25             THE WITNESS:  Oh, my goodness.

Page 145

```
 1            What I asked them to do is use the S, S-Isomer
 2        as the label -- but this goes back quite a while --
 3        because that's the more stable form.
 4    BY MR. BRODY:
 5        Q    So when it says "500 milligram" on a Sam-e
 6    supplement bottle manufactured by Vitamins Because, 500
 7    milligrams is the amount of S, S-Isomer?
 8        A    S, S-Isomer.
 9        Q    Just to use this Certificate Of Analysis as an
10    example, so the specification was for 75 percent S,
11    S-Isomer.  That means the tosylate consisted of
12    75 percent S, S-Isomer?
13        A    The calculation means you have to have the
14    excess to make it to account for 25 percent to account
15    for the isomer load depending on what you say on the
16    front label.  You say 500.  You got to add the 1.25
17    times that of powder to the capsule and now you make the
18    label claim of the SS.
19        Q    Okay.  And the 80.9 percent is the actual
20    result of how much when they tested it with the HPLC,
21    how much --
22        A    Correct.
23        Q    -- isomer was in the tosylate --
24        A    In that lot.
25        Q    In that lot?
```

Page 146

1           A    In that lot.

2           Q    Okay.  And in all lots, it would be around 75

3      to 80 percent, would that be a reasonable estimate?

4                MR. ANDERSON:  Object to form.

5                THE WITNESS:  There's three major suppliers

6           and they all kind of fall in that range.

7                MR. BRODY:  In that range.  Okay.

8      BY MR. BRODY:

9           Q    So none of them are going to be 97 percent,

10     correct?

11          A    No.  Not S, S-Isomer, no.

12          Q    Right.

13               That might be a reasonable measure of the

14     disulfate tosylate then, but it wouldn't --

15          A    Very good.

16          Q    -- be a reasonable measure --

17          A    You understand how it works.

18               THE COURT REPORTER:  No.  You are both talking

19          at the same time.

20               MR. BRODY:  Go ahead, Dr. Ross.  One more

21          time.

22               THE WITNESS:  You're turn.  Ask the question.

23     BY MR. BRODY:

24          Q    The question was:  97 percent might be a

25     reasonable estimate on some COAs for how much Sam-e

Page 147

```
 1    disulfate tosylate was in the raw materials, but it
 2    would not be a reasonable estimate for how much S,
 3    S-Isomer was contained in the raw materials?
 4              MR. ANDERSON:  Object to form.
 5              THE WITNESS:  Okay.  That is correct.
 6              But the label could say the tosylate salt.  If
 7         your label says the tosylate salt weight, then
 8         that's okay because that now is 96, or whatever it
 9         is, percent material.  So that would be all right
10         if your label said that material is in the product.
11    BY MR. BRODY:
12         Q    And the consumer would just have to know that
13    he's getting -- you know, let's say in the case of 500
14    milligrams per capsule, he would just have to know that
15    he's only getting 500 milligrams of disulfate tosylate
16    but not of the actual Sam-e ion or not even of the S,
17    S-Isomer?
18              MR. ANDERSON:  Object to form.
19              THE WITNESS:  Okay.  Now, how that works, if
20         you put the tosylate in the supplemental facts, you
21         put it on the front of your label.  But on the
22         front of the label, they put underneath there
23         "Contains 75 percent Sam-e S, S-Isomer."
24    BY MR. BRODY:
25         Q    So you would have to put on the label that it
```

Page 148

```
 1      contains 75 percent S, S-Isomer?

 2          A    You're not required by law to do that, but

 3      it's what most marketers would do.

 4          Q    And did you recommend that Vitamins Because do

 5      that?

 6              MR. ANDERSON:  Object to form.

 7              THE WITNESS:  I don't think their label has

 8          tosylate, but I'd have to go look because I don't

 9          know.

10      BY MR. BRODY:

11          Q    And if their label did not have the tosylate,

12      so then it would imply it's the actual Sam-e ion or the

13      actual S, S-Isomer?

14              MR. ANDERSON:  Object to the form.  You just

15          talked about the same thing.

16              THE COURT REPORTER:  What was the answer?  I

17          can't see your lips.

18              MR. BRODY:  Dr. Ross, can you repeat the

19          answer.  There was an objection.

20              THE COURT REPORTER:  And get on camera.  Can

21          you get on camera please.

22              MR. BRODY:  Can you just repeat the answer,

23          Dr. Ross, for the record.  Thank you.

24              THE WITNESS:  As in what was the question

25          again?
```

Page 149

```
 1              MR. BRODY:  Can I ask the court reporter to
 2         read it back.
 3              (The last question was read.)
 4              THE WITNESS:  It depends on what you put on
 5         the label.  In their case, it would S, S-Isomer.
 6    BY MR. BRODY:
 7         Q    And when you say "put on the label," do you
 8    mean the front or the back?  And by the back, I mean the
 9    supplement facts on the back.
10              So let me just strike that and repeat the
11    question.
12              So when you say put it on the label, do you
13    mean the front of the label or do you mean the
14    supplement facts on the back?  Can you just clarify.
15              MR. ANDERSON:  Object to form.
16              THE WITNESS:  Supplement facts.
17    BY MR. BRODY:
18         Q    And so the expectation is that the consumer
19    would read the supplement facts before purchasing?
20              MR. ANDERSON:  Object to form.
21              THE WITNESS:  The consumers -- how it works
22         with labeling, FTC labeling, you're out of FDA now.
23         You're over at the Federal Trade Commission.  How
24         it works, you must have in there what you say on
25         the label.  It does not imply you have to educate
```

Page 150

```
 1          the consumer.
 2     BY MR. BRODY:
 3          Q    And in your opinion, would the typical
 4     consumer, typical Sam-e consumer, would he know or
 5     understand that?
 6               MR. ANDERSON:  Object to form.
 7               MR. O'BRIEN:  Objection to form.
 8               THE WITNESS:  The normal consumer --
 9               How is this:  Sam-e is not a normal consumer.
10          If someone is going to get Sam-e, they're very much
11          an educated consumer because of what it's used for.
12     BY MR. BRODY:
13          Q    And so it's your understanding or assumption
14     that these consumers are sophisticated enough to
15     understand the differences between the S, S-Isomer or
16     the Sam-e ion and the Sam-e tosylate?
17               MR. ANDERSON:  Object to form.
18               THE WITNESS:  If the consumer has been asked
19          by their doctor -- which a lot of them are -- to go
20          take Sam-e, that's usually where it goes.  They've
21          already been explained what the difference is and
22          what it is.  And if they've been taking it a while,
23          they know.  Because there's many different forms on
24          the market.  Many companies market different ways
25          just like this and they use that as a way of doing
```

Page 151

1          their product.

2     BY MR. BRODY:

3          Q    And forgive me if I already asked you this,

4     but I don't think I asked you this specifically.

5               I know you mentioned that Vitamins Because

6     typically measures their Sam-e milligrams in terms of

7     the S, S-Isomer.  Should the words "S, S-Isomer"

8     actually be in the supplement facts under those

9     circumstances?

10              MR. ANDERSON:  Object to form.

11              THE WITNESS:  Yeah, that would be the best

12         place to put it.

13    BY MR. BRODY:

14         Q    And so if a consumer did not read the words

15    "S, S-Isomer," there would be no way to know that the

16    measure is of an S, S-Isomer, correct?

17              MR. ANDERSON:  Object to form.

18              THE WITNESS:  No, because the label is what it

19         says.

20    BY MR. BRODY:

21         Q    Okay.  As follow-up to the discussion, the

22    batch records which you've reviewed -- and I understand

23    you've only reviewed one -- did they include these

24    percentages in the batch records?

25         A    Yes.  Potency.

Page 152

1          Q     Potency.

2                So can you just -- well, let me ask you a

3    couple questions just to flush that out and give a more

4    full understanding.

5                So in the Vitamins Because batch records which

6    you reviewed, it noted the percentage 75 percent or

7    80 percent, whatever it was, for the S, S-isomer in the

8    batch record?

9          A     Um-hmm.

10         Q     And so if it used a different percentage, then

11   you know it wasn't used in the S, S-isomer or the label

12   is going to be incorrect?

13               MR. ANDERSON:  Object to form.

14               THE WITNESS:  Yeah, I'm confused.

15               If you're using the percentage of potency on

16          the product, then you know what you're declaring

17          because you'll see on the COA you have all three

18          listed.

19               MR. BRODY:  Correct, I see that.  Right.

20   BY MR. BRODY:

21         Q     What I'm asking is about the batch record.

22               In other words, whatever is indicated --

23   whichever one of these three percentages is indicated on

24   the batch record, that is a fair indication as to what

25   the measure of Sam-e will be in terms of being an S,

```
                                            Page 153

 1    S-Isomer or being a measure of the Sam-e ion or being a

 2    measure of the Sam-e tosylate?

 3              MR. ANDERSON:  Object to form.

 4              THE WITNESS:  Correct.

 5              MR. BRODY:  Madam Court Reporter, did you get

 6         that?

 7              THE COURT REPORTER:  I did.

 8              MR. BRODY:  Thank you.  I'm trying to look out

 9         for you.

10              THE COURT REPORTER:  Thank you so much.

11              MR. BRODY:  All right.  Doctor, let's take

12         another 10-minute break and we'll try to move

13         forward.

14              (A break was taken.)

15              MR. BRODY:  Back on the record.  Same rules

16         and procedures as before.

17    BY MR. BRODY:

18         Q    I just want to follow up on the last thing we

19    mentioned before we move on.

20              I just want to confirm -- I think you already

21    either eluded to this or might have outright testified

22    to this already, so forgive me if we're going over it.

23              In the batch records, if it -- or in the --

24    let me strike that.

25              In the manufacturing process, if the
```

Page 154

1    manufacturer of a Sam-e supplement puts in the

2    percentage for the Sam-e tosylate instead of the

3    percentage for the Sam-e S, S-isomer, would it be true

4    then that the -- you know, if you were labeling it in

5    terms of the S, S-Isomer that the supplement would be

6    under-filled?

7              MR. O'BRIEN:  Objection to form.

8              MR. ANDERSON:  Object to form.

9              THE WITNESS:  So you're not quite -- no,

10        because -- okay.  Let's explain this again.

11        When you have a label and it says on the label

12        the tosylate, okay, in your formulation, it should

13        have a hundred percent potency number or 96, which

14        ever one is the minimum.  If it says the S,

15        S-Isomer, it should have 75 percent, if it says the

16        Sam-e ion, it should say 50 percent in the

17        formulation, because that equates to what you're

18        putting in the product that you're saying on the

19        label.

20              MR. BRODY:  Okay.  I think that clarified it.

21    BY MR. BRODY:

22        Q    And the CFR compliance, did that require a --

23    you know, we spoke before about qualifying the supplier.

24    Did that require -- and I know you spoke about -- let me

25    just -- yeah, I apologize.  I know we also spoke about

Page 155

```
 1    testing the finished product.

 2              Is it required under CFR 111 to test every

 3    single batch, the finished product of every single

 4    batch?

 5              MR. ANDERSON:  Object to form.

 6              THE WITNESS:  Every batch that's produced of

 7         nutraceuticals that you're making a label claim on,

 8         you have to verify it by potency if you're making a

 9         potency claim.

10    BY MR. BRODY:

11         Q    Okay.  And that means the manufacturer should

12    have sent it out to third party testing and have the

13    Certificate Of Analysis for that particular batch?

14              MR. ANDERSON:  Object to form.

15              THE WITNESS:  That's correct.  But they could

16         also test it internally if they have the

17         capability.

18    BY MR. BRODY:

19         Q    And as part of CFR 111 compliance, they're

20    supposed to retain these Certificates Of Analysis?

21              MR. ANDERSON:  Object to form if that's a

22         question.

23              THE WITNESS:  There is not really Certificate

24         of Analysis.  It's assay results.  The company

25         creates a Certificate of Analysis off of the
```

Page 156

1           results they get.

2       BY MR. BRODY:

3           Q    And to the extent that a company does not have

4       these assay results, then they're lacking in their

5       compliance of CFR 111.  Is that correct?

6               MR. ANDERSON:  Object to form.

7               THE WITNESS:  If they don't have test results

8           and create the COA without test results, then, yes,

9           they are in violation of that CFR 21 part 111.

10              MR. BRODY:  Thank you.

11      BY MR. BRODY:

12          Q    And have you reviewed the assay results of the

13      Vitamins Because's Sam-e manufacturing?

14              MR. ANDERSON:  Object to form.

15              THE WITNESS:  I did it on one lot I think last

16          year.

17      BY MR. BRODY:

18          Q    On that one lot?

19          A    Just one lot.

20          Q    But beyond that one lot, you haven't seen any

21      assay testing?

22          A    No, I haven't seen any more results.

23          Q    Okay.

24          A    Before, yes.  Older results, yes.  But newer

25      ones, no.

Page 157

1          Q    Your understanding that they're in compliance

2     is on the assumption that they have these assay tests

3     even though you haven't seen them personally?

4               MR. ANDERSON:  Object to form.

5               THE WITNESS:  Correct.

6     BY MR. BRODY:

7          Q    Are there any other I guess written records

8     which Vitamins Because or any other Sam-e manufacturer

9     needs to have for their CFR 21 part 111 compliance?

10              MR. ANDERSON:  Object to form.

11              THE WITNESS:  That's a very broad question

12          which doesn't have a really good answer.  The best

13          answer is you must be in compliance to be able to

14          make the product.  If you're not in compliance to

15          make this product, then you shouldn't be making the

16          product.  If you don't do all the requirements to

17          get the product out the door, like testing,

18          creating COAs, doing the materials, then again

19          you'd be in violation of CFR 21 part 111.

20     BY MR. BRODY:

21          Q    And would you recommend to any consumer that

22     they purchase any dietary supplement from a manufacturer

23     that's not in compliance with CFR 111?

24              MR. ANDERSON:  Object to form.

25              THE WITNESS:  Technically, no.  I wouldn't

Page 158

1          recommend someone who's doing it wrong to anybody,

2          no.

3     BY MR. BRODY:

4          Q    And would you agree that such supplements

5     would have -- strike that question.

6               Let me ask you specifically about -- because

7     you mentioned it before -- the Advanced Botanical

8     Consultant, ABC, lab.  Are you aware of FDA criticism

9     relating to that lab?

10               MR. ANDERSON:  Object to form.

11               THE WITNESS:  That's not criticism.  I'm aware

12          of the 483 they got.  People don't understand how

13          the system works.

14               MR. BRODY:  Okay.

15               THE WITNESS:  Competitive labs put out

16          stuff -- when a lab gets a 483, competitive labs

17          put out really bad press on the lab that got

18          the 483.  Every lab gets a 483.  Okay.

19               What a 483 is, is a review of the FDA of

20          compliance with the systems they want to have under

21          cGMP for a laboratory that's an audit.  They have

22          observations.  They give the observations back to

23          the lab to correct these observations under a time

24          line.  That's how it works.

25               The issues the lab had that I saw on the 483

Page 159

1          from her shop was all paperwork, which I know the

2          lab and, yes, that makes sense.  It was paperwork

3          related.  It was not chemistry related.  It was not

4          results related.  It was all internal paperwork

5          controls, et cetera.  That was the problems.

6     BY MR. BRODY:

7          Q    And are you speaking about just one 483 or

8     multiple 483s in regards to the Advanced Botanical

9     Consultants?

10         A    She had two 483s that I'm aware of.  That's

11    it.

12         Q    Okay.

13         A    And they were very -- one was very general.

14    The other one was more specific to paperwork issues.

15         Q    So you're only aware of the two 483s?

16         A    Correct.  That's all I know about.

17         Q    Okay.

18         A    It did not --

19         Q    Yeah, go ahead.

20         A    It did not change my opinion to the quality of

21    work they do.

22         Q    Understood.

23              Let me ask you a little bit about the labeling

24    compliance and quality controls.  Did you make any

25    recommendations regarding the labeling processes for

Page 160

1    Vitamins Because?

2              MR. ANDERSON:  Object to form.

3              THE WITNESS:  You mean about the systems to

4         create labels?

5              MR. BRODY:  Yes.

6              THE WITNESS:  They already had a very good

7         system to create labels, but how to -- how to have

8         history of them, they did not have that.  So I

9         explained to them how to do that.

10   BY MR. BRODY:

11        Q    Can you just repeat what you mentioned.

12   History?  What was the word you just used?

13        A    Okay.  What you have when you do labels is

14   just like a batch record.  You're creating a label for a

15   product.  You need to have a record of that version.

16   They're called versions.  That version of that label has

17   to be in files saying that's the version of the label I

18   want to make for that product all the time.

19              If someone changes the label, they have to go

20   to version two.  That label changes and becomes version

21   two.  That now goes in the file saying, This is my label

22   that's out there for version two.  And there is a label

23   approval form that they put it on that the quality

24   department signs off and says, yes, this is correct.  Go

25   do it.

Page 161

1    Q    Okay.  My question is with the quality control

2    or the quality assurance, would someone be required to

3    check that the labeling was consistent with the batch

4    records specifically?

5    A    Yes, that's part of the process.

6    Q    And part of that process, would it also be to

7    make sure that the label said "S, S-Isomer" if that's

8    what was reflected in the -- if that was the unit of

9    measure that was reflected in the batch record?

10        MR. ANDERSON:  Object to form.

11        THE WITNESS:  If the batch record states

12        something, they would have to then check the label

13        to verify it was correct, yeah.

14   BY MR. BRODY:

15   Q    And so by extension -- I think I know the

16   answer to your question.

17        By extension, if the batch records reflected

18   that they were measuring tosylate disulfate, it would

19   have to -- the quality control personnel would have to

20   check that the label reflected that as well, correct?

21        MR. ANDERSON:  Object to form.

22        THE WITNESS:  They have to match.

23        MR. BRODY:  They have to match.

24   BY MR. BRODY:

25   Q    And the same thing would be with the Sam-e

Page 162

1    ion.  In other words, if the label didn't mention

2    anything about tosylate disulfate, it just mentioned

3    Sam-e, the quality control would have to ensure that the

4    batch record reflected the Sam-e ion measure?

5              MR. ANDERSON:  Object to form.

6              THE WITNESS:  Technically if you said Sam-e on

7         the product, that's a very bad label.  It shouldn't

8         even be done that way.  But, yeah, if they did

9         that, you should make sure it matches up and you

10        have 40 or 50 percent in the material on the batch

11        record to say that's all that's there, and in that

12        way you would label the quantity that's there based

13        on that.

14   BY MR. BRODY:

15        Q    As far as training courses, did you provide

16   any training courses at Vitamins Because?

17        A    Yeah, I provided basic cGMP training.

18        Q    And my question is like who was your audience?

19   In other words, which Vitamins Because personnel were

20   the recipients or were your audience when you provided

21   this training?

22        A    It was the head of operations at the time

23   along with the quality person.

24        Q    And do you recall their names?

25        A    Oh, my goodness.

```
                                                Page 163

 1              Kim was the head of operations.  Kitzler.  Kim

 2    Kitzler.  The head of quality at that time was -- I'm

 3    trying to remember her name -- tara.

 4         Q    Tara Smothers?

 5         A    Okay.  I think, yeah.

 6         Q    And did you provide them training materials?

 7         A    I provided them the training system.  The

 8    presentation I did, I gave them a copy of it, yeah.

 9         Q    And what did those materials or that copy

10    consist of?

11         A    The copy was a slide show, PowerPoint slide

12    show, depicting a full broad spectrum basic cGMP

13    training.

14              MR. BRODY:  Okay.  And if you'd just bear with

15         me.  I just want to confirm that I have that

16         packet, because I think I do.

17              (Discussion off the record.)

18              MR. BRODY:  Okay.  I think we're up to Number

19         5.  We'll just label this as 5.  And the next one

20         we can label as 6, but it's just a continuation of

21         this.

22              (Plaintiffs' Exhibit 5 and Exhibit 6 were

23    marked for Identification.)

24    BY MR. BRODY:

25         Q    Dr. Ross, I don't want to go through -- I'm
```

Page 164

1    not going to go through this whole thing with you.  I

2    just want to ask you.  Is this the packet that you

3    provided for the training materials at Vitamins Because?

4         A    No, that's a different one.  This is NSF.

5         Q    This is NSF?

6         A    Read it, NSF.

7         Q    No, I see that.

8              So you did not provide these materials?

9         A    No.  That was training by someone else that

10   they got.  Or got it from someone else.

11        Q    But am I understanding you correctly that

12   there was another packet that you provided them also

13   with slides that also went through 21 CFR 111?

14        A    Oh, no, before CFR 21 111.  Basic cGMP is not

15   CFR 21 part 111.  CFR 21 part 111 is very specific law.

16   That's a whole different thing.

17        Q    I understand.

18             MR. ANDERSON:  Object to the form of the

19        question.

20             THE COURT REPORTER:  So do we have 5 and 6 or

21        just 5 for exhibits.

22             MR. BRODY:  Yeah, you can mark 6 as well.

23             Six is just a continuation of 5.  It starts

24        with VB-PROD 5721 and continues down to VB-PROD

25        5728.  And that's Exhibit 6.  Exhibit 5 is VB-PROD

Page 165

```
 1          5603 and continues down to VB-PROD 5604.  And

 2          Dr. Ross just clarified that these are NSF

 3          documents, not the materials he provided.

 4     BY MR. BRODY:

 5          Q    So, Dr. Ross, the materials you provided you

 6     said were about general cGMP.  Do you have those

 7     materials, that packet?

 8          A    I have my training course, yes.

 9          Q    And Vitamins Because also has those materials?

10          A    Yes, they got it.

11               MR. ANDERSON:  Object to the form.

12               MR. BRODY:  So the plaintiffs will continue to

13          call for the production of those materials.

14     BY MR. BRODY:

15          Q    Was there anyone else you provided training to

16     at the company at Vitamins Because?

17               MR. ANDERSON:  Object to form.

18               THE WITNESS:  Physical training, no.

19     BY MR. BRODY:

20          Q    And I guess my question is:  Did you recommend

21     that the people who are involved in the actual

22     manufacturing processes, did you recommend that they be

23     present at your training?

24          A    At that training, no.  I wanted them to give

25     the training to them because it's a general cGMP
```

Page 166

```
 1      training session.  How it works in cGMP, you train the

 2      trainer in the company.

 3           Q    So the idea was that these two individuals

 4      would then go ahead and train the other employees?

 5           A    Would then show them the presentation and go

 6      downstream, yeah.

 7           Q    And if those two employees are no longer

 8      working at the company, would the company then have to

 9      appoint a new person to become trained in order to train

10      the other employees?

11                MR. ANDERSON:  Object to form.

12                THE WITNESS:  Well, training is an ongoing

13           thing under cGMP and it's independent of the person

14           in the job.  This job function takes care of that

15           part of the training.  For example, operational

16           personnel, the management trained the other

17           operational people.  The quality people then train

18           other people on the quality systems.  That's how

19           it's always worked.

20                MR. BRODY:  Right.  Okay.

21      BY MR. BRODY:

22           Q    I guess I'm just a little confused because if

23      the people you trained aren't working at the company, so

24      then who is training --

25           A    But the company has the training materials,
```

Page 167

 1     which means they would have trained a new person coming

 2     in, and that new person coming in can go train any other

 3     new person that comes in.

 4          Q    So the theory being that as long as the chain

 5     isn't broken, the system --

 6          A    Correct.

 7          Q    Okay.

 8          A    Correct.

 9          Q    All right.  Thank you.  I appreciate that

10     clarification.

11              One last thing.  In regards to weighing the

12     capsules, are there quality control measures which you

13     recommended in regards to weighing the actual finished

14     capsules?

15              MR. ANDERSON:  Object to form.

16              THE WITNESS:  Yeah, I trained them on how to

17          weigh the capsules correctly and how to calibrate

18          the scales which is something you have to do on a

19          daily basis which they do.  They have the weights.

20          They take care of it.

21     BY MR. BRODY:

22          Q    And the weight of the supplements should give

23     you some indication -- is it true that it should give

24     you some indication as to how much material has been

25     filled in the capsule?

Page 168

1        A    Correct.

2        Q    And so if you have assay testing which

3    indicates that the capsules are underweight or don't

4    have sufficient weight to hold the raw materials, that

5    would be an indication that you have an OOS or need a

6    CAPA down the road?

7             MR. ANDERSON:  Object to form.

8             THE WITNESS:  If the capsules were being

9        manufactured and they were out of spec for weight,

10       you're supposed to stop the machine, quality comes

11       and checks it, they make adjustments to the machine

12       to get the weight back in spec, and then they start

13       back up again.  That's what they're supposed to do.

14            MR. BRODY:  Right.

15   BY MR. BRODY:

16       Q    Dr. Ross, I want to ask you -- before we go

17   on, I just want to ask you about your work at Spectra

18   Vitamins.

19       A    Where?

20       Q    Spectra Vitamins.

21            Am I pronouncing that correctly?  Am I getting

22   this right?

23       A    Dextro Vitamins?

24       Q    Spectra, S-P-E-C-T-R-A.

25       A    Oh, Spectra Vitamins, yeah.

Page 169

1          Q     Yeah.

2                Is that a company you -- do you currently work

3     for that company?

4          A     No.  I did work for them a few years ago.

5          Q     A few years ago.

6                And what was your role at that company?

7          A     I formulated product for them.

8          Q     And did you also perform the quality control

9     for that product?

10         A     No.  Because that company was a marketer, and

11    I lined them up with a contract manufacturer to make the

12    product for them.  I then had to audit the contract

13    manufacturer for them to see if they were up to

14    compliance.  And they started making the product for

15    them.

16         Q     Okay.  And the auditing of the contract

17    manufacturer consisted broadly speaking of what?  Was

18    that like on site observation?

19         A     No, on-site.  I did on-site quality.  That's

20    what I tend to do all the time, on site.

21         Q     On site.  Okay.

22                So you watched them actually make the material

23    and --

24         A     Actually look at their machines.  I actually

25    go through their warehouse.  I actually go through their

Page 170

1    paperwork.  I actually do all that.

2         Q    And that's the paperwork from the raw

3    materials through the end product, the whole process,

4    correct?

5         A    Everything.

6         Q    Understood.

7              Now, if I can ask you now just a couple

8    questions about the FDA inspection of Vitamins Because,

9    because I know you were involved.

10             Firstly, so what was your role or how did you

11   describe to the FDA your role at the time?

12        A    My role with the company at the time the audit

13   was done?

14        Q    The FDA inspection, yes.  The 483.

15        A    Oh, okay.

16             I was their consultant to help bring them up

17   to speed under cGMP CFR 21 part 111.  The auditor

18   arrived and said, We're here to do the audit.  They

19   called me in a scramble.  I drove all the way up there

20   to sit down with the auditor and just watch him do the

21   audit, okay, and show them how the head of quality would

22   manage the FDA audit.

23             Okay.  They went through the audit.  Got done.

24   He wrote up his observations, went through the

25   observations, had to sign off on it.  They signed off on

Page 171

1    it.  Auditor left.  Issued the 483.  The 483 showed up.

2    As soon as the 483 showed up, they already had them

3    prepped to start responding to the observations which

4    they did in an exit interview.  And so they responded

5    with a CAPA to the 483.

6          And that was the interaction with the FDA that

7    I had on the audit.  That was it.  Everything else would

8    be between their quality control and the FDA person

9    directly on emails and sending stuff, et cetera, et

10   cetera.

11       Q    Okay.  So you're familiar with the FDA

12   observations that they made at the time?

13       A    Yeah.  But I don't remember them all.  It's

14   too long ago for me.  There was like eight or nine of

15   whatever it is.

16       Q    Yes.

17       A    I don't even remember if they used the old

18   classification or the new one for the observations.  I

19   think I've got a copy of the 483 in my file somewhere,

20   but I'd have to go find it.

21       Q    If I could just pull up the observations for a

22   second, I just want to ask you a couple questions.

23       A    All right.

24       Q    If you'll just bear with me again.

25            MR. BRODY:  We can mark this as Exhibit 7.

Page 172

1          THE WITNESS:  That looks like a 483.

2          (Plaintiffs' Exhibit 7 was marked for

3     Identification.)

4     BY MR. BRODY:

5          Q    That looks like a 483?

6          A    I can't see it.  It's too tiny.  But I think

7     it is.

8          Q    Let me see if I can help you with that.

9               Is that better?

10         A    A little more.  There we go, observation.  It

11    is my observation.

12         Q    Yeah.

13         A    Okay.  Yeah.

14         Q    And just for the record this -- yeah.

15              Observation 1, "You did not establish product

16    specifications for the finished dietary supplement."

17              Now, this observation occurred in January of

18    2018, correct?

19         A    Correct.

20         Q    So why is it at this time the FDA was

21    observing that there were no product specifications?

22              MR. ANDERSON:  Object to form.

23              THE WITNESS:  How the FDA does an audit, just

24         like I do an audit, they look at what's being made

25         in production.  There was something being made that

1      day.  They looked at the product and they said,

2      Okay, show me the specification for that product.

3      They went to go get a product specification and

4      they hadn't created one for that product.

5            MR. BRODY:  Okay.

6            THE WITNESS:  So they FDA goes, Well, wait a

7      minute.  You have to have a specification for this

8      product before you go make it.  You can't do that.

9      And they go, Wait a minute, I'm just making a

10     product.  They don't understand that you've got to

11     have a spec before you make the product.

12           So that was the observation that they found.

13           Did they have products specifications?  Yes,

14     they did.  Just that one he picked, they didn't.

15     So it's like he believes obviously there's more,

16     which there was truthfully because they're

17     building -- I had just started not that long ago

18     helping in 2017, and they had 4,000 products or

19     something crazy.

20           Trying to build product specification is a

21     very difficult thing.  You start with the maximum

22     and work your way down highest volume to lowest

23     volume movement.  And so that was in the process,

24     and he was aware of it.

25           But that was a good thing was that it got done

Page 174

1      later.  It's in all the CAPAs that were sent to the
2      FDA.
3  BY MR. BRODY:
4      Q    And so it's your understanding that basically
5  Vitamins Because basically just got unlucky?  In other
6  words, the supplement that they happened to be
7  manufacturing --
8      A    Well, I wouldn't say that.  They had others
9  that didn't have specifications too.  They didn't have
10  them all done.
11      Q    Okay.
12      A    In other words, there's not enough time to
13  create all that paperwork --
14      Q    Understood.
15      A    -- by the time that they had showed up.
16      Q    And I guess what I'm trying to understand is
17  why does it say that there was no specifications or
18  identity, strength and composition for any of the
19  dietary supplements?  You're saying it was only --
20      A    No, no, no, not for any of them.  It's
21  component specifications.  That means the raw materials.
22  Component.  In other words, they had raw material
23  specifications kind of based on their supplier, but they
24  didn't write them up.  They just had a COA of the
25  supplier.  They didn't have their own internal

Page 175

1    specification.  So they had to create internal

2    specifications for all the raw materials they purchased.

3         Q    But, again, the FDA is saying this is true for

4    all of their dietary supplements.  Do you disagree?

5              MR. ANDERSON:  Object to the form.

6              THE WITNESS:  It means that, yeah, the raw

7         materials, their whole system, they have not

8         created internal specs for the raw materials for

9         any of the products they made.

10   BY MR. BRODY:

11        Q    So that was true for all their --

12        A    It was across the board.  They just had COAs,

13   Certificate of Analysis.

14        Q    Got you.

15             And it's your understanding that since then,

16   they've put together the specifications?

17        A    Yes, they did.  They've got files of them.

18        Q    And including one for Sam-e?

19        A    Yeah, obviously.  I would believe so, yes.

20        Q    You would believe so, but you haven't actually

21   seen --

22        A    Sam-e itself specifically, no.  Did I see the

23   files they had?  Yeah, lots of materials.

24        Q    Understood.

25        A    So reading it, yes.  Sam-e was not a super

Page 176

```
 1    high-volume component for them, so logically I don't

 2    know where it fit in their system of doing things.

 3         Q    Right.  Okay.

 4              And the same would be true Observation 1,

 5    Observation 2, they didn't have the specifications?

 6    They were just relying upon the COAs?

 7         A    Relying on the COA and the raw materials

 8    coming in the door.

 9              MR. ANDERSON:  Object to form.  I don't think

10         there was a question.

11    BY MR. BRODY:

12         Q    Observation 3, "You did not implement quality

13    controls to ensure the quality of the dietary

14    supplements."

15         A    What that was basically saying --

16              MR. ANDERSON:  Object to the form --

17              THE COURT REPORTER:  No, no, no.

18              MR. ANDERSON:  -- if there's a question.

19              THE COURT REPORTER:  Start again.

20              MR. ANDERSON:  Object to form if there's a

21         question.  It sounded like just he just read what

22         was on the paper.

23              THE COURT REPORTER:  And I didn't hear the

24         answer.  I need the answer.

25              MR. BRODY:  Yeah, go ahead.
```

Page 177

1           THE WITNESS:  I'm a little confused.

2           What that means is they did not have a true

3       quality department at the time of the observation.

4       There's not anyone really assigned to quality, so

5       there's no one overseeing the quality operation of

6       the company.  They had no systems.  They didn't

7       have QA/QC SOPs at the time because they hadn't

8       gotten there.  Usually production got them first so

9       they can make physically that was good.

10          And so then I had to -- this was another

11      follow-up that was done with the FDA, gave them

12      lines, did all the stuff, followed up with it.

13  BY MR. BRODY:

14      Q    So, in other words, even though you had been

15  working with them for a couple months, you had been

16  doing other projects in regards to the manufacturing?

17      A    We were giving them -- we picked priorities.

18  What's the most important?  What's the most problematic

19  problem you got?  Making the thing right first.  Okay.

20  Do you have the real raw materials?  Yes, you do.  Okay,

21  good.  Do you have systems?  No.  Okay.  We can hold

22  that for a minute.  We got to make sure if you're making

23  something it's correct.

24      Q    Okay.  And just moving down to Observation 6:

25          "You did not establish the specifications for

Page 178

```
 1    packaging and labeling of the finished product."
 2             That's what we spoke about before, but that's
 3    something that again was corrected going forward as you
 4    understand it?
 5             MR. ANDERSON:  Object to the form.
 6             THE WITNESS:  Oh, yes.  That was the one I
 7        told you about the label form they had to have.
 8        They had to have component specifications.  Like a
 9        bottle, a cap, you know, they had to have specs for
10        those things.  So they had specs and they bought
11        specs.  They were getting raw materials in to build
12        the packaged product.
13    BY MR. BRODY:
14        Q    And so your communications with the FDA
15    inspector were mostly in regards to how these issues
16    were going to be corrected.  Is that fair to say?
17        A    Well, at that time, yes.  They wanted to
18    know -- he wanted to see what they had, so it was shown
19    to them what was there.  Obviously it's inspection.
20             Then he asked questions like those.  He said,
21    Okay, what are you doing about raw materials specs?
22    Well, guess what?  The system's there to do it.  We
23    just haven't done it yet.  We're doing it based on COAs
24    coming in, we tested for that, but we got to create our
25    own specs.  Okay, fine.  Next.
```

Page 179

1       Q    Okay.

2       A    And then the time line, told them what was

3    done, how far they got.  If you read the quarterly

4    reports, you can see how it progressed.

5       Q    And so I guess my question is:  Were you

6    disputing any of his observations?  Because it sounds to

7    me like you were working with him to correct them, not

8    to dispute them.

9            MR. ANDERSON:  Object to form.

10           THE WITNESS:  Could you try that again,

11       because I'm a little confused what you asked for.

12           MR. BRODY:  Sure.

13   BY MR. BRODY:

14       Q    My question is:  Are there observations here

15   that you disagree with, that you dispute, that you think

16   the FDA got wrong?  Because it sounds to me like you're

17   not disputed anything, instead you were working with him

18   to correct them.

19       A    No.  I think that's a fair statement.

20           Observations were honest at the time.  He saw

21   things that weren't done and he listed it.  And what you

22   do is you attack them.  You get them fix them and go on.

23           MR. ANDERSON:  Object to the form of the

24       question.

25   BY MR. BRODY:

1          Q    Was that also Vitamins Because's -- well, let

2     me strike the question.

3               Was that also the understanding of Cynthia

4     Valenca; that again there were problems that had to be

5     corrected?

6               MR. ANDERSON:  Object to form.

7     BY MR. BRODY:

8          Q    Is that her understanding at the time?

9          A    Oh, yeah.

10              MR. BRODY:  Okay.  Counsel, can we take

11         another 5-minute break?  I don't know how long

12         we've been going.  I assume not that long.  But I'm

13         looking to kind of organize my notes and wrap this

14         up.  I don't know exactly how much longer I have,

15         but if that would be okay with everyone?

16              MR. ANDERSON:  Sure.  Can we just take five?

17              MR. BRODY:  Yeah, I don't need a ton of time.

18         Yeah.

19              MR. ANDERSON:  Five minutes.

20              MR. BRODY:  So we'll be back around 2:45.

21              (A break was taken.)

22              MR. BRODY:  Dr. Ross, we're back on the

23         record.  Same rules and procedures.  I'm working to

24         close out this deposition.  Just a couple more

25         questions.

Page 181

```
 1   BY MR. BRODY:
 2        Q    I know you mentioned before that you extended
 3   your work with Vitamins Because beyond the contract.
 4             Are you still on retainer with the company
 5   right now?
 6             MR. ANDERSON:  Object to form.
 7             THE WITNESS:  Yeah, basically.  When they need
 8        something, they call me.
 9   BY MR. BRODY:
10        Q    So, in other words, you're not being paid
11   weekly or regularly?
12        A    Well, I was.  Not now.
13        Q    Can you just explain what that means, you were
14   but not now?
15        A    I was up until about a couple weeks ago.
16        Q    And then the company a couple weeks ago
17   stopped paying you?
18        A    They informed me that the company is going to
19   discontinue.
20        Q    And did they give you a reason why they were
21   discontinuing your services?
22        A    No.  I can guess why, but I don't want to say
23   why.
24        Q    Well, in your opinion --
25        A    Just a guess.
```

Page 182

```
 1        Q    In your opinion, what's your understanding of
 2    why?
 3             MR. ANDERSON:  Object to form.
 4             THE WITNESS:  My opinion is that they've been
 5         actually looking for someone to buy the company.
 6         I'm aware of this.  That's all I know.
 7    BY MR. BRODY:
 8        Q    Why would your services be terminated because
 9    of that?
10        A    I'm no longer required.
11        Q    Because someone else is going to take over.
12    That's your understanding?
13        A    Yes.
14        Q    And so now if they need your services, they
15    just pay you on an ad hoc basis?
16        A    Right, same fee basically like a weekly fee.
17        Q    A weekly fee.
18             And if your work carried over into the next
19    week, then you'd be paid again the next week?
20        A    Yes.
21        Q    Okay.  Thank you.
22             And I think we may have touched on this
23    before, but I just want to clarify.  Have they informed
24    you about any testing of their Sam-e products which have
25    been shown to be deficient or not meeting the label
```

Page 183

1    claim?

2          MR. ANDERSON:  Object to form.

3          THE WITNESS:  The only time I remember they

4       informed me of the Sam-e testing is when I was

5       getting to ready to review the Sam-e record and

6       they the results of that lot.

7    BY MR. BRODY:

8     Q   I'm sorry.  They had the results of -- what

9    was the last thing you said?

10     A   Testing of the lot that I was going to look

11   at.

12     Q   But other than that, you're not aware of any

13   other testing that's shown --

14     A   I haven't seen it, no.

15     Q   Would you want to be aware of that as their --

16     A   Well --

17          THE COURT REPORTER:  Hold on.

18          "Want to be aware of that as their."

19          THE WITNESS:  Go ahead.

20          MR. BRODY:  FDA consultant.  And then you can

21       answer the question.

22          MR. ANDERSON:  Object to form.

23          THE WITNESS:  As an FDA consultant, no.  It's

24       not in my bailiwick to sit there -- I'll give them

25       advice and tell them what they need to do and how

Page 184

1          to do it and everything else.  I watch them and see

2          if they're doing it.  That's fine.  Do I check

3          everything they do?  No.  I can't.  It's

4          impossible.  It's not even practical.

5                    MR. BRODY:  Sure.  Understood.

6                    THE WITNESS:  Okay.

7     BY MR. BRODY:

8          Q    If you saw a whole load of testing which all

9     showed that the Sam-e supplements were deficient, in

10    your opinion would that indicate a problem, a systemic

11    problem, with the supplement that's being manufactured

12    by Vitamins Because?

13                   MR. ANDERSON:  Object to form.

14                   THE WITNESS:  I wouldn't say a systemic

15         problem.  The issue they have with testing and the

16         product itself is Sam-e, what is being tested?

17         Where did the sample come from that was tested?

18         How was it stored?  Is it old?  Is it new?  How old

19         is the lot?  Is this brand new product that you

20         tested to give me new results on?

21              That's a big difference in something that's

22         been sitting out there two years and they're doing

23         a test on it.  Especially Sam-e.  And so making a

24         broad-stroke statement like that is not appropriate

25         at all on this product especially.  So you have to

Page 185

1          have that.

2      BY MR. BRODY:

3          Q    If the samples were tested before the

4      expiration date --

5          A    Right.

6          Q    -- would that be sufficient as far as timing

7      is concerned?

8               MR. ANDERSON:  Object to form.

9               THE WITNESS:  With Sam-e, yes and no.

10              I described to you before that depending on

11          the storage, the expiration date says right on the

12          bottle, Store in a cool dry place, or however they

13          say it.  If that is not done, there's no way you

14          can support that product for potency, especially of

15          Sam-e.

16              Would I expect it to pass?  Maybe.  Maybe.

17          The odds are not there that it would, okay, because

18          of the nature of the chemistry.  Because I'll

19          repeat again.  Sam-e is susceptible to heat,

20          moisture, light.  Anything that occurs on that

21          product after it leaves somebody's manufacturing

22          site, they can't control.  The only thing they can

23          do is put it on the label and say store it this

24          way.

25      BY MR. BRODY:

Page 186

```
 1        Q    I want to ask you about some testing which
 2   I'll show you in just a second.  But before I do, I just
 3   want to ask you:  Have you reviewed the degradation
 4   studies in regards to the Sam-e supplements or Sam-E in
 5   general?  Let's start there.
 6               MR. ANDERSON:  Object to form.
 7               THE WITNESS:  I have not reviewed it myself.
 8          I know that one lab, which I don't have a lot
 9          of faith in, did it for a commercial purpose and
10          reviewed a bunch of Sam-e products and they found a
11          lot of deficiencies out in the marketplace, which
12          makes sense.  But, again, I would have the same
13          questions on whatever was done by any lab because
14          I'm a scientist.  I go, Where did it come from?
15          How was the product stored?  How long has it been
16          there?  How did you test it?
17          Because that's a whole other problem.  If you
18          don't prep the Sam-e sample correctly in the lab
19          for an HPLC test, you're going to get a very bad
20          result.  Okay.  So there's a lot of things involved
21          here than just making a statement like, oh, this is
22          all bad.  You've got to find the root cause why.
23   BY MR. BRODY:
24        Q    And what was the lab that tested the
25   degradation of the Sam-e supplements that you just
```

1    referenced?

2         A    The ones I'm aware of now that did that -- I'm

3    trying to remember correctly.  I thought there was two.

4    The one that was first was Consumer Labs where they did

5    a review of Sam-e I think.  I've got to go back.  That

6    goes back.  And then I know that Now Foods was looking

7    into it, but I don't think they've published anything

8    yet that I'm aware of.  But they may have.

9         Q    And have you reviewed any scientific journal,

10   articles, or studies in regards to degradation of Sam-e?

11        A    Oh, yeah before, long ago whenever it was my

12   turf to work on a Sam-e project.  The first one I worked

13   on, I had to learn about it all.  And it's very well

14   known.  It's not like this is new.

15        Q    And this was how long ago approximately?

16        A    Oh, my goodness.  2004, '5.

17        Q    And those studies were in regards to Sam-e

18   tosylate, disulfate tosylate?

19             MR. ANDERSON:  Object to form.

20             THE WITNESS:  What happened was they were

21        studying Sam on stability and they were trying to

22        determine what the cause of degradations were and

23        their mechanisms of action they call it for

24        degradation.  And that's when they learned about

25        all the things that was causing the problems.

Page 188

1              MR. BRODY:  Doc, I want to just show you just
2       some testing just to get your feedback on some
3       testing.  Just bear with me for a second.
4              There we go.  Just one second.  Let me try to
5       increase it.  There we go.
6              Let's mark this as Exhibit 8.  I think that's
7       what we're up to.
8              THE COURT REPORTER:  Yes.
9              THE WITNESS:  Can you make it a little bigger
10       please.
11              MR. BRODY:  Sure, these were testing.
12              THE WITNESS:  I barely can see.
13              MR. BRODY:  I can make it bigger.
14              THE WITNESS:  Oh, there we go.  Okay.  There
15       was a sample that was tested.  Okay.  Good.
16              (Plaintiffs' Exhibit 8 was marked for
17    Identification.)
18    BY MR. BRODY:
19       Q    Let me show you a couple specifically.  These
20    were tested in your things, labs?
21       A    Okay.
22       Q    Let's start with this one.  Let me give you a
23    second just to review it.
24       A    Okay.  Labeled at 250 per capsule.  Okay.
25    Analyzed at 119.  Depends on the date.  I can't read

Page 189

```
 1    this.
 2          Q    I can make it a little bigger.
 3          A    You list it or you didn't list it.
 4          Q    Well, do see the bottle in the middle picture
 5    here where it says, "Best if used by September 2021"?
 6          A    Use by September 2021.
 7               Okay.  Let me see when they tested it.  There
 8    should be a date on the test.
 9          Q    Okay.  There you go, receipt date.
10          A    Oh, September 2021 and this was in '19,
11    November '19.
12          Q    Yeah.
13          A    September 2021, so you're in dating which
14    means this was tested -- you said -- what was the date
15    on it, '22?
16          Q    The expiration date best if used by was
17    September 2021.
18          A    September 2021.  Okay.  I got to subtract that
19    from that.
20          Q     It was tested a little bit less than two years
21    before the --
22          A    Okay.  So this looks like it was about a year
23    into the product give or take roughly depending on what
24    their dating was, two years or whatever they assigned
25    it.
```

Page 190

1          Q    Yeah.

2          A    And so let's say a year out on the marketplace

3     roughly in dating, and it's at 119 out of 250.  What

4     that tells me is one of two things.  Either, A, it's

5     subpotent, first.  Second, it's degraded.  Because

6     that's about the right level for heat and moisture, that

7     degradation.  About 50 percent is how much you lose in

8     roughly a year if you're just not storing it in

9     temperature and humidity.

10         Q    Okay.

11         A    That's about where it would fall.

12         Q    And this sample of vitamins was manufactured

13    by Vitamins Because LLC, as you could see, and it's also

14    the Vitamins Because brand.  So this was not sold on

15    Amazon.

16         A    No, this is straight from them.

17         Q    Right.

18              So they were the ones storing it.  So you're

19    saying that they either were subpotent or they had a

20    problem with their storage?

21         A    Either A or B or where it was stored

22    afterward.  Either it wasn't stored on their site, which

23    don't know, or it was stored somewhere else or it was a

24    subpotent lot, which is possible.

25         Q    Okay.  And the same thing with this sample.

Page 191

1     This is a different sample as you could see.

2          A     Two-hundred milligram cap.  Okay.

3          Q     Yeah, go ahead.  I'll just give you a moment

4     to review.

5          A     Okay.  Can you.

6                MR. ANDERSON:  Can you put up the part where

7          it shows what they're testing, Jay.

8                MR. BRODY:  This part?  I can make it bigger.

9                MR. ANDERSON:  I don't know if they're testing

10         the ion or the S, S or the disulfate.  Can you put

11         that part up.

12               THE WITNESS:  Right, because I have no clue.

13               MR. BRODY:  That's going to be my next

14         question, yeah.

15               MR. ANDERSON:  Well, can you show us?

16               MR. BRODY:  I'm showing you.  You want me to

17         make it bigger?

18               MR. ANDERSON:  No.  Can you show us what they

19         tested, not what the bottle says.

20               MR. BRODY:  Oh, I'm sorry.

21               THE WITNESS:  Yeah.  Because if they're saying

22         it's Sam-e ion they tested, then you have to do

23         calculations up for whatever the label says.

24    BY MR. BRODY:

25         Q     This is the analysis.

Page 192

1        A    Oh, no, no.  See, it says it right there.  See

2    what it says?  S-Adenosyl-S-methionine, just Sam-e ion.

3    That's what they tested.

4             And now what did they label it as?  The front

5    says "Sam-e," but there's a name under it I can't read.

6    And I can't read that either.

7        Q    It says, "S-Adenosyl Methionine Disulfate

8    Tosylate."

9        A    Disulfate, see.

10            Does it say "tosylate"?

11            Well, that means that they're labeling it as

12   just the base itself.  So you'd have to take that

13   number, whatever they found, and now you've got to

14   calculate it back up because they tested the Sam-e which

15   is only 50 percent of that.  And so you multiple that

16   number by two, and now that theoretically is what should

17   be in the capsule.

18       Q    And so a consumer --

19       A    And the assay, where is their assay?  I don't

20   see the assay results anywhere.

21       Q    Here.

22       A    Oh, here it is.  Where is the quantity?  What

23   did they say they got?

24       Q    Ninety-eight.

25       A    There you go.  Ninety-eight milligrams per

Page 193

1    serving.  So basically 200 milligram per serving of

2    tosylate.

3              Now, what did they say on the bottle?  How

4    much?

5         Q    Two hundred.

6         A    Well, that's probably within range, because 90

7    percent to 110 percent is usually the range on Sam-e.

8    So they're within the 10 percent of the label claim.  So

9    they hit target on that material by what they labeled.

10        Q    Understood.

11             So, in other words, the consumer would have to

12   understand that he's only getting 200 milligrams per

13   serving of the --

14        A    Because that's what's there.  That's right.

15   That's FTC labeling.

16        Q    And this one actually says it on the front of

17   the label.

18        A    Okay.  Good.  That's even better.  That's

19   telling me exactly what it is.  Okay.

20             MR. ANDERSON:  Can you show him the last one

21        too.

22             MR. BRODY:  Sure.

23   BY MR. BRODY:

24        Q    Same thing.

25             And just by comparison, if we were to compare

Page 194

 1     it to -- this is another sample.  I can show you the

 2     whole page.  But you see it doesn't say "disulfate

 3     tosylate" on the front of the label.

 4          A    No.  But what's it got in the supplemental

 5     facts?  I can't read it.

 6          Q    The supplemental facts mentions it in

 7     parentheses.

 8          A    Well, that's what they're labeling it as and

 9     they put it in parens.

10          Q    So that's your understanding that this would

11     be 1500 milligrams per serving, which three capsules, so

12     it's 500 milligrams per capsule, but only of the

13     disulfate tosylate?

14          A    Okay.  That's what should be in there.

15               Now, did they test it for Sam-e ion or S, S?

16          Q    Well, they tested for the Sam-e, I guess, the

17     ion.

18          A    Just the ion.

19               And so they have to take that and double it

20     technically speaking just to start with.

21          Q    Yeah.  But even if you double it, it's nowhere

22     near --

23          A    Well, it's really low.

24          Q    Right.

25          A    So that tells me this one was not in very good

Page 195

1    storage conditions somewhere for sure.

2         Q    Okay.

3         A    Because that's just -- that's out past the

4    curve.

5         Q    Let me just see if there's any other ones that

6    I want to ask you about.  Let me ask you about this one.

7    I'm sorry.

8         A    Okay.  That lot, 400 milligram.  Okay.  Good.

9              It came in 15 milligrams per capsule.  That

10   means bad storage.  It's got to be.

11        Q    Okay.

12        A    Because it tested out at 15 and the label says

13   what though?

14        Q    So the label again --

15        A    Sam-e there, but what's it say in the sup

16   facts?

17        Q    This is 400 milligrams.

18        A    The sup facts say --

19        Q    Wait.

20             The supplement facts here say "Sam-e" and then

21   it says "from" -- it doesn't say "as."  It says, "from

22   S-Adenosyl methionine tosylate disulfate."

23        A    Okay.  And I'll bet money that label is wrong.

24   Because being that low, it's only 15 milligrams per

25   capsule, the only ways that that could occur is two

Page 196

1    ways.  It didn't get in a capsule to start with at all,

2    one.  But it's so low that it has to be degradation.

3    That's the only thing that makes sense that low of a

4    number.

5         Q    Okay.  And in your opinion, how much can it

6    degrade?  Can it go all the way to zero?

7         A    No.  The farthest it would go down is if you

8    put in 400 milligrams of tosylate, okay, which is about

9    200 milligrams of Sam-e ion --

10             Right.

11        Q    Yeah.

12        A    -- degradation of the Sam-e ion down to -- if

13   you stored it at like 80 degrees, 80-or-above degrees,

14   and you had it at 75 percent humidity, something like

15   that, like a warehouse or something, you would not see

16   hardly anything after four months, which means the 15

17   number sounds pretty rational at that time with those

18   conditions because it's very unstable.  It's not a

19   little.  It's a lot unstable.

20        Q    Okay.  Thank you.

21             Otherwise I just wanted to confirm -- again I

22   think we've covered this, but I just want to confirm

23   again.  But the standard operating procedures, that's a

24   document that you have and you can produce in this case?

25             MR. ANDERSON:  Object to form.

Page 197

```
 1              THE WITNESS:  The standard operating

 2         procedures for --

 3    BY MR. BRODY:

 4         Q    Well, my understanding is you had general

 5    standard operating procedures for all --

 6         A    Oh, yeah.  For the whole operation, yes.

 7         Q    And just to clarify, you don't have a specific

 8    one for Sam-e?

 9         A    No, no, no.

10         Q    Okay.

11         A    It would not be.  And no cGMP guy would.

12         Q    Understood.  Okay.

13              So we're going to call for the production of

14    the standard operating document that you have.

15              MR. ANDERSON:  From who?

16              MR. BRODY:  From both Vitamins Because and

17         from Dr. Ross.

18              MR. ANDERSON:  We've responded.

19              Are you under subpoena, Doctor?

20              THE WITNESS:  I got a subpoena.  They asked --

21         what was it they asked for?  They asked for

22         documentation, anything -- I mean, I could send

23         them copies of my SOPs, but that doesn't mean it's

24         all that they have.

25              MR. ANDERSON:  I'm just asking the question.
```

Page 198

```
 1              THE WITNESS:  Okay.  It's a lot of docs and
 2       paperwork for SOPs.  I mean, you're talking about
 3       SOPs for an entire company.  Okay.  I mean, I got a
 4       file of that I can forward.  I charge a lot of
 5       money for it, because that's what I do obviously.
 6       But I can forward it under caveat of -- what do I
 7       want to call it -- proprietary information or
 8       whatever.  Try to do it that way and see if I get a
 9       little protection.
10              MR. BRODY:  Yeah, you can mark the documents
11       as confidential.
12              THE WITNESS:  Well, I'll mark the whole file
13       confidential.
14              MR. ANDERSON:  I can't tell you what you need
15       to do or not do, Doctor.
16              THE WITNESS:  Oh, okay.  I know.  I
17       understand.
18              MR. ANDERSON:  But I'm not sure you're here
19       under subpoena.  I think you got a Notice.  I don't
20       know the answers.
21              THE WITNESS:  I didn't get a real
22       subpoena-subpoena.  I just got a Notice to show up
23       for a deposition.
24              MR. ANDERSON:  You know, whatever you feel is
25       the most appropriate way to respond.
```

```
                                                  Page 199

 1              THE WITNESS:  Okay.  I don't know.  Me

 2         personally?

 3              MR. BRODY:  Doctor --

 4              THE WITNESS:  For both parties it's better to

 5         see what they own and what they have and what

 6         they're working to, because that's the real.

 7         That's real.  Okay.  Mine are the ones I offer to

 8         them.  They took them.  They could have modified

 9         them.  It may not even by the same format.  Same

10         thing.  Okay.

11              That's just my thinking as a scientist and

12         saying how did they make this?  What did they use?

13         What systems did they have?  That's their systems.

14         I helped them develop them off of my basic systems,

15         but that's their systems.  If they gave you copies

16         of all the SOPs, you got everything.

17              MR. BRODY:  Understood.

18              And if I could just show you one more document

19         here.  And I think I know the answer to this.

20              Let's mark this as Exhibit 9.

21              (Plaintiffs' Exhibit 9 was marked for

22    Identification.)

23    BY MR. BRODY:

24         Q    I can scroll through this whole thing, but I

25    just want to ask you if you're familiar with this
```

Page 200

1      document.  Have you seen it before?

2            A     No.  I mean, I've never seen it.

3            Q     And Vitamins Because or their counsel, they

4      never communicated to you regarding any of these

5      Requests For Production?

6            A     Let's see.  Document Request Number 1.  What

7      is that?  I can't read it.  I see my name.  Can you make

8      that a little bigger.  Thank you.

9                  It says, Dr. Ross, entire file related to the

10     above-captioned matter, including, but not limited, to

11     all documents or other things you have reviewed or

12     generated in connection with this matter."

13                 There's nothing there except those couple

14     emails, my formula.  That's what I have.

15           Q     I understand.

16                 So my question is:  Has anyone contacted you

17     regarding these requests?

18           A     No.

19           Q     Okay.

20                 MR. BRODY:  Dr. Ross, thank you for your time.

21           That's all the questions I have at this time.

22                 THE WITNESS:  Okay.  I will send you an

23           invoice for this time and I'll will tell you how

24           much it was.

25                 MR. BRODY:  Okay.  Thank you.  We're going to

1          consult with the court regarding that.  Thank you.

2              MR. ANDERSON:  What did you say?

3              MR. BRODY:  Go ahead.

4              Do you have some follow-up questions?

5              MR. ANDERSON:  I just didn't hear that last

6          part that you said about consulting with the court

7          about what?

8              MR. BRODY:  That's okay.  We don't need it on

9          the record.

10             MR. ANDERSON:  We do.  What did you say?

11             MR. BRODY:  No, we don't.  We don't.

12             If you want to ask me off the record, you can

13         ask me off the record, but we don't need it on the

14         record.

15             MR. ANDERSON:  You said it on the record.  I

16         just didn't hear you.  Can you just repeat it.

17             MR. BRODY:  Yeah.  I'll do that.  I'll indulge

18         you.  What I said is we will follow the court's

19         rulings regarding payments of experts.  That's what

20         I said in effect, in substance.

21             MR. ANDERSON:  Okay.  I think, Doctor, that

22         Sean may have a question or two for you.  Or a

23         number of them.  I don't know.  But I just didn't

24         want you to -- we're not quite done yet.

25             MR. O'BRIEN:  I think we lost him.

1          (Discussion off the record.)

2                    CROSS-EXAMINATION

3      BY MR. O'BRIEN:

4          Q    Doctor, my name is Sean O'Brien.  I'm an

5      attorney at Lippes Mathias.  We represent one of the

6      defendants in this lawsuit.  I apologize for bringing

7      you back.  I just wanted to make sure I clarified a few

8      quick questions for you.

9          A    Go ahead.

10         Q    Is it fair to assume that in your consulting

11     work with Vitamins Because, you gained at least some

12     general knowledge of their business practice?

13         A    Probably a little.

14         Q    And at anytime, are you aware of any company

15     other than Vitamins Because being responsible for the

16     manufacturing process of the products that they put into

17     the market?

18              MR. BRODY:  Object to the form.

19              THE WITNESS:  Not that I'm aware of.

20              MR. O'BRIEN:  I have no further questions.

21         Thank you.

22              MR. ANDERSON:  All right.  I don't have any

23         questions for you, doctor.

24              I don't know if Mr. Brady has any questions.

25              MR. BRODY:  No.

Page 203

1              MR. ANDERSON:  I think you're all set.

2              MR. BRODY:  No further questions at this time.

3         Thank you, Doctor.

4         (The Reading and Signing is not waived and the

5    deposition was concluded at 3:23 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 204

1                    CERTIFICATE OF OATH OF WITNESS

2      STATE OF FLORIDA       )

                             )  SS:

3      COUNTY OF BROWARD      )

4

5           I, AMBER CHEEK, COURT REPORTER, Notary Public in

6      and for the State of Florida at Large, certify that the

7      witness, DR. NEIL ROSS, appeared via videoconference on

8      January 17th, 2022, and was duly sworn by me.

9           WITNESS my hand and official seal this 31st day of

10     January, 2022.

11

12

13                           AMBER CHEEK, Court Reporter

14                           Notary Public, State of Florida

                             at Large

15

16     Notary # GG246052

17     My commission expires:  9/17/2022

18

19

20

21

22

23

24

25

Page 205

1            REPORTER'S DEPOSITION CERTIFICATE

2

3        I, AMBER CHEEK, Court Reporter, certify that I was

4    authorized to and did stenographically report the

5    deposition of DR. NEIL ROSS, the witness herein on

6    January 17th, 2022; that a review of the transcript was

7    requested; that the foregoing pages numbered from 1 to

8    207 inclusive is a true and complete record of my

9    stenographic notes of the deposition by said witness;

10   and that this computer-assisted transcript was prepared

11   under my supervision.

12       I further certify that I am not a relative,

13   employee, attorney or counsel of any of the parties, nor

14   am I a relative or employee of any of the parties'

15   attorney or counsel connected with the action.

16       DATED this 31st day of January, 2022.

17

18                         *Amber Cheek*

                         AMBER CHEEK

19                       Court Reporter

20

21

22

23

24

25

Page 206

1    Sean O'Brien, Esq.

2    sobrien@lippes.com

3                           January 31, 2022.

4    RE: Ginsberg v. Vitamins Because LLC

5        1/17/2022, Neil Ross (#5015187)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-ny@veritext.com.

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                   Yours,

23                   Veritext Legal Solutions

24

25

Page 207

1    Ginsberg v. Vitamins Because LLC

2    Neil Ross (#5015187)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____      _____

24   Neil Ross                         Date

25

Page 208

1    Ginsberg v. Vitamins Because LLC

2    Neil Ross (#5015187)

3                  ACKNOWLEDGEMENT OF DEPONENT

4        I, Neil Ross, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   Neil Ross                          Date

13   *If notary is required

14                       SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                       _____ DAY OF _____, 20____.

16

17

18                       _____

19                       NOTARY PUBLIC

20

21

22

23

24

25

[& - 68]

| & |
|---|
| **&** 2:4 |

| 0 |
|---|
| **005602** 3:19,21 |
| **005849** 3:20,22 |

| 1 |
|---|
| **1** 3:11 12:15,17 16:7 110:23,24,25 111:3 172:15 176:4 200:6 205:7 |
| **1.25** 145:16 |
| **1/17/2022** 206:5 |
| **10** 40:11 102:4 153:12 193:8 |
| **1071** 5:16 |
| **108** 3:15 |
| **10977** 2:5 |
| **10:10** 1:14 |
| **11** 117:4 |
| **110** 193:7 |
| **111** 72:14 73:2 75:12 112:3 114:5 117:4 120:2 122:20,21 134:22 135:1 155:2,19 156:5,9 157:9,19 157:23 164:13,14 164:15,15 170:17 |
| **119** 188:25 190:3 |
| **11:20** 60:9 |
| **11:25** 60:9 |
| **12** 3:11 38:13 112:3 |
| **12:05** 88:14,15 |
| **12:40** 95:12 |
| **139** 3:17 |
| **14202** 2:18 |
| **15** 195:9,12,24 196:16 |

| |
|---|
| **1500** 194:11 |
| **163** 3:19,21 |
| **17** 38:13 |
| **1700** 2:18 |
| **172** 3:23 |
| **17th** 1:15 204:8 205:6 |
| **18** 17:5 83:7 |
| **188** 3:25 |
| **19** 1:3 189:10,11 |
| **1982** 72:15 |
| **199** 4:4 |
| **1st** 108:12 |

| 2 |
|---|
| **2** 3:13 54:3,9 60:25 109:5 120:1 176:5 |
| **2,000** 111:7,14 |
| **20** 88:17 208:15 |
| **200** 193:1,12 196:9 |
| **2000** 17:4 |
| **2004** 187:16 |
| **2011** 2:11 |
| **2017** 108:11,12,12 108:13 109:17,18 110:7 173:18 |
| **2018** 61:23 62:16 70:9 110:13 120:17,18 172:18 |
| **2019** 62:2,16 93:18 93:19 96:1 |
| **202** 3:5 |
| **2021** 189:5,6,10,13 189:17,18 |
| **2022** 1:15 204:8,10 205:6,16 206:3 |
| **204** 3:5 |
| **206** 3:6 |
| **207** 3:6 205:8 |
| **208** 3:7 |

| |
|---|
| **20th** 108:10 |
| **21** 72:14 73:2 75:12 114:5 120:2 122:20 134:22 135:1 156:9 157:9 157:19 164:13,14 164:15,15 170:17 |
| **22** 189:15 |
| **22702** 1:3 |
| **24** 84:24 |
| **25** 145:14 |
| **250** 188:24 190:3 |
| **2:45** 180:20 |

| 3 |
|---|
| **3** 3:15 107:24 108:1 143:23 176:12 |
| **3,000** 109:8,16 123:10 |
| **30** 88:24 206:17 |
| **30th** 61:23 108:12 |
| **31** 206:3 |
| **31st** 204:9 205:16 |
| **3276** 204:13 205:18 |
| **33127** 5:16 |
| **33606** 2:12 |
| **350** 109:24 123:12 123:16 |
| **356-2570** 2:5 |
| **3:23** 1:14 203:5 |

| 4 |
|---|
| **4** 3:17 139:19,20 142:14 |
| **4,000** 173:18 |
| **40** 73:25 162:10 |
| **400** 118:7 119:2,2 195:8,17 196:8 |
| **45** 66:9 105:12 |

| |
|---|
| **483** 3:24 66:12,22 67:8 78:1,2 158:12,16,18,18 158:19,25 159:7 170:14 171:1,1,2,5 171:19 172:1,5 |
| **483s** 159:8,10,15 |

| 5 |
|---|
| **5** 3:4,19 40:10 163:19,19,22 164:20,21,23,25 180:11 187:16 |
| **5,000** 76:5 |
| **50** 2:17 154:16 162:10 190:7 192:15 |
| **500** 118:8 119:1,1 144:10,11 145:5,6 145:16 147:13,15 194:12 |
| **5015187** 206:5 207:2 208:2 |
| **52773** 140:4 |
| **5325** 142:11 |
| **5361** 142:16,19 |
| **54** 3:13 |
| **5603** 165:1 |
| **5604** 165:1 |
| **5721** 164:24 |
| **5728** 164:25 |
| **597-9782** 2:12 |

| 6 |
|---|
| **6** 3:21 163:20,22 164:20,22,25 177:24 |
| **60** 28:7 |
| **62** 103:15 |
| **68** 6:20 |

| 7 |
|---|

**7**  3:23 171:25
  172:2
**716**  2:19
**747**  2:4
**75**  28:6 46:16,17
  145:10,12 146:2
  147:23 148:1
  152:6 154:15
  196:14

| 8 |
|---|

**8**  3:25 188:6,16
**80**  146:3 152:7
  196:13,13
**80.9**  145:19
**813**  2:12
**816-4154**  5:19
**845**  2:5
**853-5100**  2:19

| 9 |
|---|

**9**  4:4 199:20,21
**9/17/2022**  204:17
**90**  193:6
**954**  5:19
**96**  147:8 154:13
**97**  146:9,24

| a |
|---|

**a.m.**  1:14
**aaron**  75:21,22,25
  76:13,19,25 77:1,2
**abc**  83:15,21 158:8
**abiding**  82:1
**ability**  25:3
**able**  36:12 47:17
  93:8 157:13
**absolutely**  60:3,5
**absorbed**  143:24
**academic**  77:21
**accelerated**  28:9

**acceptable**  7:21
  38:10
**access**  113:21
**account**  145:14,14
**accuracy**  206:9
**accurate**  8:10
  79:13,14
**acknowledgement**
  208:3
**acknowledgment**
  206:12
**action**  131:6,6,14
  131:17 134:1,1
  187:23 205:15
**active**  26:17,19
  27:8 40:21 41:12
  143:14
**actives**  25:7 40:22
  40:25 41:2 103:15
  104:8 143:6
**actual**  26:21 65:15
  78:17 84:23 143:6
  145:19 147:16
  148:12,13 165:21
  167:13
**ad**  182:15
**add**  145:16
**added**  37:13
**addition**  71:7
**additions**  208:6
**address**  5:15 65:7
  67:11 94:1 108:4
**addresses**  135:1
  140:21,22
**adenosyl**  142:22
  192:2,7 195:22
**adenosylmethio...**
  26:19
**adequacy**  85:24
**adjustments**
  168:11

**administration**
  3:24 144:1
**admit**  124:21
**advanced**  83:16
  83:16,17,19 158:7
  159:8
**advantage**  37:14
  37:15
**advertise**  103:14
**advice**  43:4 183:25
**advise**  37:22 38:2
  39:13 71:12
**advised**  48:25
  128:22 130:11,19
**adviser**  77:6
**advising**  39:14
  52:2
**affairs**  78:22
**affect**  34:18
**affirmative**  9:21
**afterward**  190:22
**agency**  72:1 75:17
**ago**  13:6 15:8
  103:15,21 113:13
  113:22 116:7
  169:4,5 171:14
  173:17 181:15,16
  187:11,15
**agree**  67:12,12
  136:15 158:4
**agreed**  123:17
**agreement**  3:15
  108:7,18,22,24
**agreements**
  107:23
**ahead**  26:12,15
  32:5 42:6 67:19
  71:16 86:24 97:3
  113:2 134:19
  142:6 146:20
  159:19 166:4

**administration**
  176:25 183:19
  191:3 201:3 202:9
**air**  36:3,5 112:5
**allergins**  82:19
**allotted**  206:20
**allowed**  60:1
**alternate**  20:13
  46:13 72:24
**alternative**  100:11
**aluminum**  37:4,8
  38:16,19
**amazon**  30:13,13
  30:16,24 79:7
  190:15
**amber**  1:21 204:5
  204:13 205:3,18
**american**  100:11
**amount**  7:10
  40:12,16,20,24,25
  41:2 96:4 109:7
  109:21 143:15
  144:20 145:7
**analysis**  3:18
  44:15 140:5 145:9
  155:13,20,24,25
  175:13 191:25
**analyzed**  188:25
**anderson**  2:9,10
  8:18 9:4,10,18
  10:1,13 11:23,24
  12:3 13:9 14:1,15
  15:25 18:13 19:24
  20:3,10 22:10
  25:13 28:23 29:9
  30:25 32:2,20
  33:12,14,23 35:3
  37:24 39:17 40:19
  41:4,20,22 42:5,24
  43:5,17 45:10,16
  46:7 49:13,19
  50:23 51:10 55:2

55:12 56:1,15
57:18 58:17,21
59:2,7,9,14,16,18
59:24 60:10 61:12
62:15 64:8 66:2
68:2,11 70:11
71:2 73:19 76:1
76:15 82:3,7
84:11,22 85:15
86:3,18,23 87:11
88:6 89:19 90:14
90:22 91:20 92:15
92:22 94:20 95:4
96:14 98:16
100:24 102:23
104:16 106:21
107:7 108:17
111:12 112:8,14
114:14,24 115:2,5
115:8,18 116:1
117:2,10 118:4,19
121:1 122:5
125:10 126:2,9
127:2,24 129:3,7
130:13,15 132:12
134:3,14,24 135:6
136:1,11,17
137:11,23 139:3
139:13 140:10
142:1,14,17 143:7
144:4,13,24 146:4
147:4,18 148:6,14
149:15,20 150:6
150:17 151:10,17
152:13 153:3
154:8 155:5,14,21
156:6,14 157:4,10
157:24 158:10
160:2 161:10,21
162:5 164:18
165:11,17 166:11

167:15 168:7
172:22 175:5
176:9,16,18,20
178:5 179:9,23
180:6,16,19 181:6
182:3 183:2,22
184:13 185:8
186:6 187:19
191:6,9,15,18
193:20 196:25
197:15,18,25
198:14,18,24
201:2,5,10,15,21
202:22 203:1
**ann** 1:4
**answer** 7:7 9:20
10:7 12:8 15:2
22:11 40:1 49:15
51:8 52:18 53:17
74:11 86:23 90:6
91:24,25 118:20
118:22 134:5,16
136:18 148:16,19
148:22 157:12,13
161:16 176:24,24
183:21 199:19
**answered** 91:1
125:15 139:4
**answers** 7:19,23
8:7 198:20
**anybody** 158:1
**anymore** 62:9
**anytime** 12:2
202:14
**anyway** 13:21
15:2 27:13
**apologize** 53:12
103:2,3 142:2
154:25 202:6
**appear** 23:21

**appearances** 2:1
**appeared** 204:7
**appearing** 13:16
**appended** 208:7
**appendix** 16:10,12
21:3,25 22:2 53:5
**applicable** 98:24
206:8
**applications** 78:9
**apply** 60:14 95:17
**appoint** 166:9
**appreciate** 15:7
24:10 77:13 95:11
167:9
**appropriate** 98:25
184:24 198:25
**approval** 20:14
160:23
**approve** 47:14
**approved** 47:17
48:10 83:3 128:9
**approximately**
13:4 187:15
**area** 41:10 77:15
**areas** 15:24 82:19
**arrived** 170:18
**articles** 187:10
**ascertain** 58:12
**asked** 56:3 57:25
68:6 72:19 94:22
112:15 138:20
139:3 145:1
150:18 151:3,4
178:20 179:11
197:20,21,21
**asking** 7:11 8:14
12:5 14:23 19:19
35:16 44:9 51:7
58:4 87:25 90:17
116:7 152:21
197:25

**asks** 33:20 56:16
**aspects** 32:18,18
128:21
**asquared** 1:10
2:15
**assay** 155:24
156:4,12,21 157:2
168:2 192:19,19
192:20
**assessment** 125:5
**assigned** 126:15
177:4 189:24
**assisted** 205:10
**assume** 7:12,16
12:8 64:14 68:5
76:24 86:16 109:6
180:12 202:10
**assumed** 55:3 68:9
**assuming** 51:19
88:18
**assumption** 62:10
74:2 84:20 150:13
157:2
**assurance** 129:10
161:2
**attached** 206:11
**attaches** 27:24
**attack** 179:22
**attention** 16:4,6
32:14 60:16 61:5
80:17 113:24
116:10 119:6,25
123:9 142:10
**attorney** 2:2,8,15
11:11,23 53:18
95:9 202:5 205:13
205:15 206:13
**attorneys** 8:1,24
9:3,8 29:15 54:2
89:24 90:8 91:3

audience  162:18
162:20
audit  15:19 48:4
64:3 66:13 73:23
83:2,14 84:10
85:3 111:7,10,11
111:14,20 112:1,3
112:21,21,22,23
112:23 113:4,6
122:19,25 123:6
123:19,24 124:5
128:8,8 131:18
135:7 158:21
169:12 170:12,18
170:21,22,23
171:7 172:23,24
audited  66:10,11
67:8 110:13
112:24 123:4,5
auditing  83:5
111:4,6,18,19,23
169:16
auditor  170:17,20
171:1
auditors  66:7
audits  79:2 83:8
83:12 112:2 130:2
authoring  113:25
115:14,16,24
authorized  205:4
automated  39:3
available  206:6
avima  101:11,13
101:14,16 102:4
avp  46:12,13
48:25 49:2
aware  9:6 22:18
33:17 76:2,22
77:3 78:22 87:8
87:10 90:11 133:2
133:5,7 139:1,7

158:8,11 159:10
159:15 173:24
182:6 183:12,15
183:18 187:2,8
202:14,19
awhile  71:4
113:13

**b**

b  1:10 113:25
115:14 120:8
190:21
b12  31:13 37:16
87:24
ba  97:7
back  6:10 16:6
17:4 23:16 32:14
46:15 48:5,5,6,24
50:19 60:8,12,16
72:3 73:5 80:17
83:8 84:15,24
86:5 87:9 88:12
94:15 95:12,16
102:8 110:23
113:10 116:6
122:14 128:19
135:11 136:3
145:2 149:2,8,8,9
149:14 153:15
158:22 168:12,13
180:20,22 187:5,6
192:14 202:7
background  53:25
97:2,10
backgrounds
98:22
bad  77:25 78:1
130:4 158:17
162:7 186:19,22
195:10
bailiwick  183:24

barely  60:21
188:12
base  54:22 79:18
192:12
based  35:1 41:3
55:18 56:3 62:11
63:24 64:5,7
84:19 86:16,25
97:11 123:6
124:25 125:5
162:12 174:23
178:23
bases  94:17
basic  25:10 39:11
47:22 49:2 51:15
56:4 63:16 71:5
94:1 96:16 124:6
126:10,22 143:2
162:17 163:12
164:14 199:14
basically  15:14
33:4 35:5 47:10
47:19 51:12 96:3
96:9 105:25 118:2
142:12 174:4,5
176:15 181:7
182:16 193:1
basics  6:7 117:17
basis  123:13,16
167:19 182:15
batch  45:9 48:9
63:10 64:18 65:14
77:10 82:23,24
85:8,9,11,13 92:5
92:21,23 122:9,11
122:15 124:18,19
126:18,20,21
129:17,22 130:1,2
130:3,5,6 136:3
137:5 151:22,24
152:5,8,21,24

153:23 155:3,4,6
155:13 160:14
161:3,9,11,17
162:4,10
batches  44:1,2
45:15
battery  113:8
bear  57:11 91:2
135:16 163:14
171:24 188:3
beast  87:21
because's  61:22
63:7 65:23 117:24
133:4 144:23
156:13 180:1
begins  38:20,22
behalf  1:5,21 9:9
9:16,25 10:12
believe  13:6 14:7
22:13 23:1 56:12
84:14 108:22
136:12 137:4
140:14 175:19,20
believes  173:15
best  7:15 12:3,6
14:2,5,12 25:3
42:8 95:25 120:17
120:18 134:14
151:11 157:12
189:5,16
bet  195:23
better  31:10 33:24
39:12 172:9
193:18 199:4
beyond  108:16
110:7 156:20
181:3
big  30:14 36:11
44:10 46:4 84:2
91:10 92:7 113:6
117:16 127:7

184:21
**bigger** 60:22 188:9
  188:13 189:2
  191:8,17 200:8
**bill** 1:4 123:13
**billing** 123:9
**bio** 3:17 17:21
  18:1
**biological** 97:7
**bit** 7:10 35:10 52:4
  77:5 81:7 91:8
  97:2 101:16 110:5
  113:16 119:6
  159:23 189:20
**blame** 17:24
**blend** 36:3
**blender** 119:16
**blending** 119:14
**blister** 38:5,7,8,14
  38:16
**bloodstream**
  26:18 143:17
**blue** 119:18
**board** 175:12
**books** 114:21
**boostceuticals**
  1:10
**botanical** 158:7
  159:8
**bottle** 27:6,22
  36:21,23 37:6,8
  144:10 145:6
  178:9 185:12
  189:4 191:19
  193:3
**bottled** 118:25
**bottom** 13:8 37:4
  87:2 88:11 140:15
**bought** 178:10
**box** 144:16

**boxes** 143:5
**brady** 202:24
**brand** 2:15 184:19
  190:14
**brands** 1:10
**break** 7:6,8,9 33:7
  60:7,8,11 89:6
  95:9 153:12,14
  180:11,21
**briefly** 97:4 103:9
**bring** 26:25 48:5,8
  48:24 50:18 51:13
  74:7 92:1,3
  111:21 116:23,24
  128:9 170:16
**bringing** 124:10
  202:6
**broad** 157:11
  163:12 184:24
**broadly** 35:21
  104:24 169:17
**brody** 2:3 3:4 5:7
  5:10 8:23 9:7,13
  9:19,22,23 10:9,10
  10:17,19 12:5,10
  12:14,19 13:12,14
  14:9,21,22 16:3
  18:8,15,20 19:1,7
  19:10,25 20:6,21
  20:24,25 21:8
  22:11,14 25:16
  26:2 27:11,18
  28:20 29:4,13,23
  30:9,20 31:16,25
  32:8,12 33:6
  34:24 35:16,18
  37:18 38:3 39:25
  40:22,23 41:14
  42:1,2,18 43:1,14
  43:20 45:4,12,18
  46:9 49:12,14,24

50:4,5,24 52:3
53:17 54:5 55:9
55:22 56:9,10
57:4,6,7,20 58:20
59:1,4,8,10,15,17
59:20,25 60:12,15
61:17 62:17,22
64:12 67:3 68:8
68:13,15 69:21
70:2,13,14 71:9,10
74:3,9,10 75:2,4
76:4,10,11,17
79:24 82:5,11
84:5,16 85:1,17,18
86:6,20,24 87:7,13
88:8,10,13 89:2,5
89:8,22 90:17,19
90:24,25 91:22
92:19 93:1 95:1,8
95:12,16,19 96:19
98:18 99:2 101:1
102:21 103:2,8
104:19,23 106:22
106:25 107:2,3,15
107:24 108:3,20
111:13 112:11,12
112:17 113:18
114:15 115:1,4,6,9
115:10,23 116:3
117:7,11 118:5,18
118:21 119:4
121:3 122:8
125:12,13 126:4,5
126:23 127:14,25
129:4 130:9,16
132:4,6 133:1
134:2,18,20 135:3
135:10 136:7,13
136:21,25 137:13
137:20,25 139:9
139:10,15,19,22

140:18 142:16,18
143:11 144:8,21
145:4 146:7,8,20
146:23 147:11,24
148:10,18,22
149:1,6,17 150:2
150:12 151:2,13
151:20 152:19,20
153:5,8,11,15,17
154:20,21 155:10
155:18 156:2,10
156:11,17 157:6
157:20 158:3,14
159:6 160:5,10
161:14,23,24
162:14 163:14,18
163:24 164:22
165:4,12,14,19
166:20,21 167:21
168:14,15 171:25
172:4 173:5 174:3
175:10 176:11,25
177:13 178:13
179:12,13,25
180:7,10,17,20,22
181:1,9 182:7
183:7,20 184:5,7
185:2,25 186:23
188:1,11,13,18
191:8,13,16,20,24
193:22,23 197:3
197:16 198:10
199:3,17,23
200:20,25 201:3,8
201:11,17 202:18
202:25 203:2
**broken** 167:5
**brought** 35:25
  72:16,18,19
  107:11 125:19

**broward** 204:3
**buffalo** 2:18
**build** 123:2 124:19
 173:20 178:11
**building** 173:17
**built** 137:5,5
**bulk** 39:10
**bunch** 6:14 81:17
 186:10
**business** 117:6
 202:12
**busy** 16:18
**buy** 17:8 20:15,18
 30:13 50:15 83:9
 94:24 102:9
 121:19 141:11
 182:5
**buying** 25:8 30:23

**c**

**c** 17:25 80:25 81:1
 106:24 116:11
 131:2,6 168:24
**calculate** 192:14
**calculation** 145:13
**calculations**
 144:19 191:23
**calibrate** 167:17
**call** 24:7 27:13
 37:12 46:12 87:6
 88:24 98:12
 114:24 124:2
 127:22 135:23
 144:6 165:13
 181:8 187:23
 197:13 198:7
**called** 5:3 20:13
 34:10 37:5 41:9
 42:10 51:18 88:3
 103:23 112:21
 132:14 133:16
 160:16 170:19

**calling** 27:16 81:7
**camera** 148:20,21
**cap** 36:20,23 37:6
 37:7,12,16 38:8
 178:9 191:2
**capa** 131:2,3,5,7
 131:18,22,23
 132:7,9,18,25
 133:7,25 134:21
 168:6 171:5
**capability** 36:10
 155:17
**capas** 174:1
**caps** 100:15
**capsule** 25:7 26:22
 36:6 38:8,12,18,20
 38:21,22 39:1,8,9
 39:14,19 40:3,5,5
 118:8,8 119:15,16
 129:17 135:19
 144:11 145:17
 147:14 167:25
 188:24 192:17
 194:12 195:9,25
 196:1
**capsules** 38:7,11
 38:15 105:22
 118:3,3 129:14
 135:14 136:16
 167:12,14,17
 168:3,8 194:11
**captioned** 200:10
**care** 82:22 107:13
 110:17 166:14
 167:20
**career** 46:12 76:3
 78:14 97:25
**carolina** 83:20
**carried** 182:18
**case** 1:3 5:11,12
 5:22 6:11,12 9:9

 9:25 10:5 13:18
 13:20,25 15:9,13
 23:20,20 24:3
 42:8 50:19 51:1,4
 51:7,18,22 52:7,20
 52:21 53:3,19
 55:1,11,16 56:12
 57:16 58:22,25
 61:11,15 66:25
 68:10 71:5 87:19
 90:9,16,17,21 91:4
 96:21,22 126:14
 147:13 149:5
 196:24
**cases** 6:6,10,18
 52:11
**category** 78:25
 92:17
**cause** 1:24 36:4
 131:12,13 186:22
 187:22
**caused** 6:13
**causing** 187:25
**caveat** 198:6
**cellulose** 34:9
**central** 1:9
**centrum** 46:20,21
 46:22 47:10 103:6
 103:9
**certain** 16:22
 34:10 36:10 40:24
 40:25 65:8 82:17
 82:19 116:4
**certainly** 134:19
**certificate** 3:5
 140:5 145:9
 155:13,23,25
 175:13 204:1
 205:1
**certificates** 3:17
 155:20

**certification** 79:25
 80:14
**certifications**
 77:14 78:22
**certify** 204:6
 205:3,12
**cetera** 8:21 15:17
 61:9 72:24 97:14
 97:15 98:1,1,22
 124:15 159:5
 171:9,10
**cfr** 72:14 73:2
 75:12 112:3 114:5
 120:2 122:20
 134:22,25 154:22
 155:2,19 156:5,9
 157:9,19,23
 164:13,14,15,15
 170:17
**cgmp** 15:16 20:12
 46:15,16 51:14
 72:17 79:4 81:1
 81:24 83:9 92:2
 92:18 97:25
 107:10,10,14
 111:6,17,19,23
 114:5 116:20,20
 116:21,22,25
 117:3,4 124:7
 128:7,18 129:6,9
 131:5 134:1,23,25
 158:21 162:17
 163:12 164:14
 165:6,25 166:1,13
 170:17 197:11
**chain** 167:4
**chance** 12:22
 68:16 88:24
 141:15
**change** 34:25
 37:19 81:3 159:20

207:4,7,10,13,16
207:19
**changed**   20:20
47:9 50:10,12
**changes**   160:19,20
206:10 208:6
**changing**   81:2
**charge**   70:21
102:14 198:4
**charged**   111:15,16
**check**   16:18 40:8
43:6 129:16,17
130:24 161:3,12
161:20 184:2
**checked**   64:21
126:21
**checking**   125:2
**checks**   129:14
168:11
**cheek**   1:22 88:18
204:5,13 205:3,18
**chemical**   99:16
100:13
**chemistry**   27:10
52:24 97:14,19
159:3 185:18
**chestnut**   2:4,5
**china**   50:13
**chinese**   17:16 18:3
42:16 139:11
**chromatography**
42:10
**circumstances**
151:9
**city**   97:9
**claim**   41:7 56:25
78:19 132:11
135:20 145:18
155:7,9 183:1
193:8

**claimed**   118:25
**claims**   14:14 30:22
56:11 58:1,2 88:5
96:22 118:18
**clarification**   82:13
167:10
**clarified**   50:20
55:10 154:20
165:2 202:7
**clarify**   7:15,15
57:8 65:2 72:4
76:12 84:17 85:2
149:14 182:23
197:7
**class**   5:11
**classification**
171:18
**clean**   114:7
**cleaning**   112:5
**clear**   19:9,11
22:15 27:19 49:16
57:16 79:12
109:16 133:11
**cleveland**   2:11
**client**   10:3 11:8
37:11 101:7 102:9
102:15 104:25
105:5 112:22
**client's**   10:3
**clients**   31:9 52:2
100:2,21 101:2
106:20
**close**   38:4 109:11
180:24
**clue**   77:23 78:4
191:12
**coa**   17:10,12 21:13
24:20,20,22 32:25
41:3 139:6 140:13
140:16 141:1
152:17 156:8

174:24 176:7
**coas**   146:25
157:18 175:12
176:6 178:23
**coated**   105:24
**cold**   55:21
**college**   98:23
**collegiate**   97:11
**column**   142:21
**come**   23:16 71:14
84:24 86:5 88:12
95:12 119:13
129:23 184:17
186:14
**comes**   143:3 167:3
168:10
**coming**   18:24
35:25 40:7 50:11
55:21 119:17
142:8 167:1,2
176:8 178:24
**comment**   58:7
**comments**   29:15
**commercial**   186:9
**commission**
149:23 204:17
**committee**   72:13
103:21 104:2,3
**committees**   72:9
72:10 81:7,11,17
103:18,19
**common**   34:17
35:8 50:1
**communicate**   9:25
10:12 89:23 90:12
**communicated**
200:4
**communicating**
9:9,16
**communication**
10:15 11:17 89:25

93:17 95:3
**communications**
10:21 11:14,18,22
93:21 94:10,18
95:21,23 123:25
178:14
**companies**   79:3
99:17,21,23
105:18 150:24
**company**   1:11
6:12,16 13:21
15:15 17:21 18:1
19:15 22:20,21
23:8,14 46:18
66:24 77:2 79:5,5
79:7 83:22 99:5,9
101:17 102:12
105:1 106:11
107:4 109:6,20
110:6 117:8,16
123:18 127:1
135:4 139:23
141:14 155:24
156:3 165:16
166:2,8,8,23,25
169:2,3,6,10
170:12 177:6
181:4,16,18 182:5
198:3 202:14
**compare**   193:25
**compared**   65:23
**comparison**
193:25
**compensation**
109:5,9,15,21,23
**competitive**
158:15,16
**complaint**   93:25
**complete**   120:14
205:8 208:8

[completed - correct]

completed 98:6
120:15,20 129:22
206:17
complex 103:16
124:23
compliance 81:24
154:22 155:19
156:5 157:1,9,13
157:14,23 158:20
159:24 169:14
complicated 20:22
comply 92:6
component 174:21
174:22 176:1
178:8
composition
174:18
compound 26:5
28:2,17 29:8
compounds 52:25
computer 113:14
205:10
concept 58:6
concerned 185:7
concluded 203:5
conditions 28:19
30:15,19 32:1
195:1 196:18
confidential 100:3
198:11,13
confirm 23:18
74:12 80:13
113:19 122:11
153:20 163:15
196:21,22
confused 56:18
152:14 166:22
177:1 179:11
confusing 48:20
connected 205:15

connection 53:3
200:12
consider 25:11
37:22 38:5
consist 25:2 93:21
111:23 119:9
124:4 163:10
consisted 105:16
145:11 169:17
consistency
137:22
consistent 161:3
consists 144:2
constantly 81:2
consult 28:21
201:1
consultant 15:15
55:7 99:8 109:6
158:8 170:16
183:20,23
consultants 159:9
consulted 81:21
99:20 104:25
105:12 128:24
consulting 3:15
18:17 19:15,21
29:5,25 30:2,4
35:1 91:17,19
99:6,11,13 101:4,9
105:10,15 106:16
106:17 107:5
108:11 109:7
110:1 135:13
201:6 202:10
consumer 30:23
147:12 149:18
150:1,4,4,8,9,11
150:18 151:14
157:21 187:4
192:18 193:11

consumers 149:21
150:14
consuming 6:14
contact 5:17,21
10:2 11:2 76:6
contacted 200:16
contacts 66:6
contained 147:3
container 35:25
39:10
contains 38:13
147:23 148:1
context 7:22 56:7
contexts 7:21
continuation
163:20 164:23
continue 24:6
60:13 69:16,20,21
114:22 115:8
124:2 165:12
continues 63:5
164:24 165:1
continuing 65:21
115:6
contract 22:22
23:3 101:19
106:19 107:6,16
108:16 169:11,12
169:16 181:3
contractor 51:24
contracts 8:21 9:1
contractual 8:24
contribution 51:6
89:17
control 29:3 30:15
35:23 36:12 71:19
125:23 126:1,6,10
127:1,23 128:3,3,4
128:10,21 129:6
130:18 161:1,19
162:3 167:12

169:8 171:8
185:22
controlled 30:18
35:25 50:17
105:23 127:4
controlling 128:7
controls 30:11
159:5,24 176:13
conversation 96:4
96:8
conversations
96:13
converted 143:24
cool 185:12
copies 24:3 94:7
114:18 197:23
199:15 206:14
copy 92:7 112:20
113:4 114:16
163:8,9,11 171:19
cori 1:4
corporations
109:2
correct 5:23 7:24
10:23 11:13 15:10
15:11 16:1,8
17:11 19:16,23
21:15 23:5,9,22,23
28:13 41:1 42:25
43:12 50:21 57:23
67:7 70:10 72:7
73:2 82:2 85:20
100:7 102:13
109:19,22 111:5,8
116:12 118:9
120:5,24 122:17
135:20,21 137:24
143:1,6 145:22
146:10 147:5
151:16 152:19
153:4 155:15

156:5 157:5 158:23 159:16 160:24 161:13,20 167:6,8 168:1 170:4 172:18,19 177:23 179:7,18 208:8
**corrected** 178:3 178:16 180:5
**corrections** 208:6
**corrective** 131:6 131:14 133:25
**correctly** 15:10 36:7 50:3 51:17 63:12,17 64:3 65:9 92:25 117:19 124:19 126:25 129:19 164:11 167:17 168:21 186:18 187:3
**cost** 102:8,11,12
**counsel** 5:10,11,11 24:13 32:3 59:4 59:20 60:7 95:22 180:10 200:3 205:13,15 206:14
**counselor** 59:4
**country** 26:25 103:25 143:3
**county** 204:3
**couple** 72:4 96:8 107:17 123:21 143:5 152:3 170:7 171:22 177:15 180:24 181:15,16 188:19 200:13
**course** 91:17,19 165:8
**courses** 97:21,23 97:24 98:6 162:15 162:16

**court** 1:1,22 8:4,9 12:14 17:22 18:2 18:4,19,23 19:3 21:7 26:8,11,15 29:9,19,22 31:22 33:16,21 34:2 36:22 37:1 39:20 39:23 41:21,24 42:12,14,16 44:22 45:2 49:8 68:3 69:18 74:20,24 79:22 83:24 84:1 88:21 102:20 113:15 118:15,20 118:22 132:2 134:8,11,17 141:23 146:18 148:16,20 149:1 153:5,7,10 164:20 176:17,19,23 183:17 188:8 201:1,6 204:5,13 205:3,19
**court's** 201:18
**cover** 94:17
**covered** 196:22
**crazy** 173:19
**create** 47:13,15 78:17 121:21 140:13 156:8 160:4,7 174:13 175:1 178:24
**created** 46:12,20 63:6 103:6 120:5 132:8,10 173:4 175:8
**creates** 104:8 155:25
**creating** 157:18 160:14

**criticism** 158:8,11
**cross** 3:5 202:2
**cs** 206:15
**ct** 1:9 2:8 3:13,15 4:6 16:23 22:23 23:3,11,13 31:9 69:10,11 105:5 108:8
**ctl** 51:23
**curabile** 100:16
**current** 5:15,17 81:1 99:3 108:4 120:12
**currently** 169:2
**curve** 195:4
**cut** 49:18 65:19 87:16
**cv** 1:3
**cycle** 38:15
**cynthia** 73:17 74:12 75:5,12 180:3

**d**

**d** 1:10 3:1 4:1 17:25 102:21 119:7 121:4 122:9
**d3** 37:16
**daboll** 2:10
**daily** 71:13 125:7 167:19
**darn** 133:23
**date** 61:23,25 116:23 185:4,11 188:25 189:8,9,14 189:16 207:24 208:12
**dated** 108:10 205:16
**dating** 28:10 189:13,24 190:3

**daughter** 30:16
**dave** 11:11 73:12
**david** 11:12,14 52:9 96:1
**day** 71:13 84:24 102:5,5 110:4 125:8,18 173:1 204:9 205:16 208:15
**days** 47:6 84:25 206:17
**deal** 66:4 92:7
**dealing** 124:5
**decide** 73:15 133:22
**decided** 47:2 61:24 62:1,4 105:8
**declare** 208:4
**declaring** 27:16 152:16
**deemed** 208:6
**deep** 16:20
**defendants** 1:12 4:5 53:19 202:6
**deficiencies** 186:11
**deficient** 182:25 184:9
**define** 114:5
**defines** 114:7,7,8,9 114:10
**degradation** 36:4 38:22 186:3,25 187:10,24 190:7 196:2,12
**degradations** 187:22
**degrade** 28:17 34:13,14 196:6

**degraded** 190:5
**degrades** 27:25
  28:8
**degrading** 28:12
**degree** 97:8
**degrees** 28:6 97:5
  196:13,13
**delay** 8:3
**delayed** 105:23
**delete** 16:21
**deleted** 93:12
**delivering** 144:18
  144:20
**delivery** 35:24
**department** 3:23
  70:21 71:1 78:13
  78:13 129:2,10,11
  138:11,12 160:24
  177:3
**departments**
  115:22
**depended** 70:23
**depending** 41:10
  129:25 145:15
  185:10 189:23
**depends** 27:15
  40:11 42:7 88:21
  101:7 144:15
  149:4 188:25
**depicting** 163:12
**deponent** 206:13
  208:3
**deposed** 6:2,6,11
  7:18 14:18
**deposing** 206:13
**deposition** 1:18,24
  3:11 7:18,22 8:3
  10:4,7 11:5,5
  12:16 14:24 23:6
  23:25 24:14 52:6
  60:14 61:16,19

96:9,10 107:25
  180:24 198:23
  203:5 205:1,5,9
**depositions** 14:17
**derives** 39:18
**describe** 25:3
  170:11
**described** 110:24
  185:10
**description** 3:10
  4:3
**desiccant** 39:11
**design** 120:11
**designated** 59:10
  59:12
**destroyed** 143:25
**determine** 102:14
  187:22
**develop** 199:14
**developed** 101:21
**developing** 102:7
  103:22
**development**
  116:11
**devices** 99:15
**dextro** 168:23
**dictates** 136:19
**dietary** 48:15,18
  48:18,22 97:17
  98:7,8 99:20
  106:2,4 126:1
  157:22 172:16
  174:19 175:4
  176:13
**difference** 44:10
  80:6 110:3 135:22
  136:4,9,14 150:21
  184:21
**differences** 150:15
**different** 11:3 20:2
  25:17 35:14 38:9

48:11 80:21 81:7
  83:21 84:3 87:24
  95:6 101:5,17
  104:1 106:6,8
  109:21 115:20,22
  117:20 118:1,2,6,9
  118:24 121:24
  122:6 138:3
  150:23,24 152:10
  164:4,16 191:1
**difficult** 26:1,3
  58:10 173:21
**dig** 113:10
**dioxide** 34:16
**direct** 3:4 5:6 16:4
  16:6 32:13 60:16
  61:4 80:16 113:24
  116:10 119:6,25
  123:8 135:11
  142:10
**directly** 10:5
  75:20,23 138:7,9
  171:9
**disagree** 59:14
  175:4 179:15
**disassociate**
  143:22
**disaster** 127:5
**disclose** 6:8
**disclosed** 55:16
**disclosure** 3:14
  54:12 55:15 58:18
  90:11
**disclosures** 3:25
  90:21
**discontinue**
  181:19
**discontinuing**
  181:21
**discuss** 135:24

**discussed** 135:22
**discussion** 52:14
  151:21 163:17
  202:1
**dispute** 179:8,15
**disputed** 179:17
**disputing** 179:6
**distributor** 140:13
  141:12,18,19,20
  142:8
**distributors**
  141:10
**district** 1:1,1
**disulfate** 27:5,21
  27:24,24 30:3
  142:22 146:14
  147:1,15 161:18
  162:2 187:18
  191:10 192:7,9
  194:2,13 195:22
**disulfide** 143:20
**dive** 70:8
**division** 1:2
**doc** 14:23 33:14
  42:6 134:4,14
  188:1
**docs** 198:1
**doctor** 32:5 53:21
  58:10 142:6
  150:19 153:11
  197:19 198:15
  199:3 201:21
  202:4,23 203:3
**document** 12:11
  12:20 13:1,11
  17:7 53:10 54:6
  54:13,15,18,21
  58:21 59:5 60:17
  60:19,24 63:5
  79:17 80:17 89:9
  89:10,15,18,24

116:16 118:7
131:5 139:16,17
196:24 197:14
199:18 200:1,6
**documentation**
58:5 67:2 84:9
197:22
**documentations**
78:8
**documents** 4:5
17:6 21:16,24
22:1 24:2,7,13
53:3,5,6 63:9 68:6
84:23 91:4,12,18
92:20 114:13,16
114:23 116:6,8
119:3 140:1 165:3
198:10 200:11
**doing** 10:7 14:3
22:24 29:13 35:14
41:5 43:7,11 55:7
63:2 64:1 65:9
70:6,7,22,22 71:7
77:19 78:6 80:5
80:10 81:12,15
82:8,9 92:9 102:4
104:11,17,22
121:8 125:2,3,3,18
129:13 135:4
150:25 157:18
158:1 176:2
177:16 178:21,23
184:2,22
**dollar** 1:11
**door** 31:7,11
157:17 176:8
**doral** 77:2
**dosage** 38:10 40:6
118:1
**double** 194:19,21

**doubt** 93:16
**dow** 100:12
**downstream**
166:6
**dr** 1:18 3:3 5:2,8
8:11 9:19 12:11
12:20 21:10 24:12
29:13 40:1 49:15
50:18 53:9 54:6
60:13 61:4,5
65:22 67:4 85:23
89:9 95:16 97:1
107:20 113:19
118:21,22 134:18
142:21 144:2
146:20 148:18,23
163:25 165:2,5
168:16 180:22
197:17 200:9,20
204:7 205:5
**draft** 89:10,11,15
**drafting** 73:9
**drive** 5:16 43:9
110:19
**drives** 41:8 72:14
**drove** 170:19
**drug** 3:23 26:22
41:9 46:18,23
47:1,3,16 50:14
72:22 78:9 79:3
**drugs** 46:17
**dry** 185:12
**duces** 3:12
**due** 60:5
**dug** 91:8
**duly** 5:3 85:9
204:8

**e**

**e** 3:1 4:1 14:7
16:23 17:2,9,10,11
17:12,25 18:6,12

20:2 21:4,11,11,13
21:13,22,23 22:1
24:19 25:12,25
26:5,17 27:4,5,8,9
27:14,20,21,21
28:13,15,22 30:3
33:8 34:8,13,14,18
35:2,9,22,23 36:11
36:16 37:16 38:6
38:7,8 39:4 44:7,8
45:9 46:2 50:7,10
52:24,25 53:2
56:17 61:22,24
62:1,5,13,20 63:7
63:19 64:7,10,14
64:17 65:3,4
83:25 85:19,24
87:9,24 88:5,7
91:21 92:13,20,24
93:4,5,10,14,17,25
94:3,12,19,23
96:17 98:15,15,17
102:21,21,21,22
103:14 104:25
105:6,12,13,15
106:10 116:14
117:22,23 119:1
119:22,24 121:6,8
121:12,14 122:12
125:16 126:7
133:3 135:12,14
135:23,23,23
136:3,9,9 138:24
143:2,5,15,25
144:7,10,15 145:5
146:25 147:16,23
148:12 150:4,9,10
150:16,16,20
151:6 152:25
153:1,2 154:1,2,3
154:16 156:13

157:8 161:25
162:3,4,6 168:24
175:18,22,25
182:24 183:4,5
184:9,16,23 185:9
185:15,19 186:4,4
186:10,18,25
187:5,10,12,17
191:22 192:2,5,14
193:7 194:15,16
195:15,20 196:9
196:12 197:8
207:3,3,3
**earlier** 19:14
46:11 52:8 85:20
88:16 111:24
116:17 120:4
122:10 127:20
135:15,22 139:24
142:25
**early** 46:15 97:24
**easier** 137:6
**easily** 140:22
**easy** 59:1,4 113:9
137:6
**eat** 88:19
**economics** 102:13
**edephlomine**
143:22
**educate** 149:25
**educated** 20:19
150:11
**education** 97:3,5
98:14
**educational** 97:2
97:10,16 98:5
**effect** 201:20
**effectively** 23:8
**efficient** 124:11,13
**effort** 8:1,6

eight 171:14
192:24,25
eighties 97:25
either 125:16
153:21 190:4,19
190:21,22 192:6
else's 20:18
eluded 95:20
135:15 153:21
email 5:19,24 24:8
95:2
emails 16:21 21:4
21:11 24:17 93:10
93:13,13,22,24
94:5 171:9 200:14
employee 51:23
205:13,14
employees 166:4,7
166:10
employer 98:1,3
employment 99:3
ended 110:19
ensure 162:3
176:13
entail 35:20
entails 35:22
enteric 105:24
entire 13:10
117:17 130:3
198:3 200:9
entitled 59:22
equates 154:17
equipment 105:9
eric 1:5
errata 3:6 206:11
206:13,17
errors 43:12
es 94:24
especially 77:20
184:23,25 185:14

esq 206:1
esquire 2:3,9,16
establish 172:15
177:25
estimate 146:3,25
147:2
et 8:21 15:17 61:9
72:24 97:14,14
98:1,1,22 124:14
159:5 171:9,9
eurofins 83:15,24
83:25
evaporate 38:20
eventually 132:18
everybody 26:18
27:14 50:2 88:25
everyday 7:20
evidence 96:21
exact 29:12 52:11
69:24
exactly 41:11
58:11,12 66:13
74:1 114:6 136:19
180:14 193:19
examination 3:4,5
5:6 202:2
examined 5:4
example 30:12,13
46:11 56:17 76:5
102:4 145:10
166:15
excel 137:4,7,8,14
138:2
excess 145:14
excipient 103:21
103:22
excipients 34:10
34:11,17 103:24
104:9
excuse 48:16
100:25 102:19

140:25
exhibit 3:11,13,15
3:17,19,21,23,25
4:4 12:15,17 16:7
54:3,9 60:25
107:24 108:1
110:24,25 139:19
139:20 142:14
163:22,22 164:25
164:25 171:25
172:2 188:6,16
199:20,21
exhibits 3:9 4:2
164:21
exist 46:17
exit 171:4
expect 185:16
expectation
149:18
expected 65:22
expensive 105:8
experience 30:17
77:19
expert 3:13,25
6:15 14:19 15:9
50:20 54:12 55:11
55:14,24 56:2,14
56:21 57:15 58:3
58:22 59:10,12,18
61:6 77:6,7 90:11
90:15,21
experts 78:20
201:19
expiration 185:4
185:11 189:16
expires 204:17
explain 107:18
121:16 125:20
136:4 154:10
181:13

explained 28:24
31:9,12 66:15
105:7 139:5
141:22 150:21
160:9
extended 108:18
109:9,20 181:2
extension 108:21
109:10 161:15,17
extensive 112:6
extent 14:10 57:13
58:8 108:15 110:6
112:19 156:3
extra 8:6 111:7
extracts 105:22
extremely 26:5
28:8 38:17 97:20

f

f 2:11 83:25
facilities 112:4
120:13,21
facility 15:18 30:8
31:19 36:1,12
44:13,14,16 70:10
86:9,11 111:19
120:2,7,9,10,10,22
120:23,25 122:19
122:23,24,25
123:3,4,5 127:6,11
133:4
fact 28:2 29:7 55:6
87:22
factory 28:5
facts 41:9,9 90:8
144:16 147:20
149:9,14,16,19
151:8 194:5,6
195:16,18,20
fahrenheit 28:6
fail 28:11 88:2

**failing** 87:5
**fails** 206:19
**fair** 15:24 56:8
  57:3 62:12 76:13
  76:18 84:21 90:7
  152:24 178:16
  179:19 202:10
**fairly** 103:12
**faith** 186:9
**fall** 92:17 146:6
  190:11
**familiar** 11:1
  14:13 31:5 54:17
  56:13 66:9 75:22
  78:23 137:10
  140:8 171:11
  199:25
**family** 30:17
**famous** 103:12
**fantastic** 33:22
**far** 11:25 14:6,6
  19:18 22:2,18
  33:8 35:19 38:25
  45:23 49:18 61:20
  70:15 85:19 97:25
  107:13 125:22
  137:18 138:5,19
  162:15 179:3
  185:6
**farthest** 196:7
**fast** 28:8,12 36:2
  39:7
**faster** 71:16
**fda** 15:19,20,21
  59:3 64:2 65:23
  65:25 66:4,5,23
  67:6 72:4,7,8,10
  72:13 73:18 74:17
  75:6 77:5,10 78:8
  78:10,18 79:4,6
  80:21 81:2,4,22

83:7 88:12 97:24
104:6,7 108:19
110:15 112:23
120:12,20,22,23
123:5,19,24,25
124:5,5 149:22
158:8,19 170:8,11
170:14,22 171:6,8
171:11 172:20,23
173:6 174:2 175:3
177:11 178:14
179:16 183:20,23
**fda's** 134:22
**federal** 149:23
**fee** 109:7 111:7,20
  182:16,16,17
**feedback** 188:2
**feel** 51:7,8 100:3
  143:12 198:24
**field** 56:22
**figure** 125:3
**figured** 70:20
**file** 17:1 24:3
  63:12 78:8 84:13
  113:6,12 117:1
  124:18 130:6
  131:19 160:21
  171:19 198:4,12
  200:9
**filed** 58:22 127:13
**files** 21:19 53:6
  68:18 113:11,20
  160:17 175:17,23
**fill** 36:7 39:4 48:3
  48:4 130:3 131:11
  131:18 136:15
**filled** 49:6,9
  135:14 154:6
  167:25
**filler** 35:8,8

**fillers** 34:11
**filling** 39:1 129:19
**find** 16:20,23
  21:19,20 28:11
  45:13 93:8 113:9
  113:10 127:8
  128:19 131:12,13
  171:20 186:22
**fine** 8:12 12:7 15:5
  29:13 49:24 51:21
  53:22 59:21 63:12
  67:23 72:25 76:10
  89:4 90:24 121:10
  121:13 178:25
  184:2
**finish** 89:1
**finished** 42:23
  43:16,19,21 45:9
  62:19 86:4 155:1
  155:3 167:13
  172:16 178:1
**finoctase** 143:19
**firm** 9:24 10:3,21
  10:25 11:2,23
**first** 5:3 7:8 10:22
  41:6 52:6 61:10
  70:5 74:25 104:4
  132:18 133:17
  177:8,19 187:4,12
  190:5
**firsthand** 43:15
**firstly** 170:10
**fishon** 1:5
**fit** 78:16 176:2
**five** 60:7 89:3,5
  103:6 104:21
  180:16,19
**fix** 65:8 67:15 87:6
  113:14 116:23
  123:20 131:11,14
  131:20 179:22

**fixed** 82:18
**fixing** 123:7
**florida** 1:1,23 2:12
  5:16 204:2,6,14
**flour** 35:7
**flush** 152:3
**fmc** 100:14
**follow** 6:10 15:21
  16:5 21:1 38:4
  43:3,10 49:21
  66:18 70:15 78:21
  83:11 98:13 119:5
  123:22 124:16
  133:6,12 137:21
  151:21 153:18
  177:11 201:4,18
**followed** 81:25
  124:14 177:12
**following** 43:4
  63:21 95:15
**follows** 5:5
**food** 3:23 84:3
  88:19
**foods** 187:6
**force** 102:8
**foregoing** 205:7
  208:5
**forget** 77:19 79:15
**forgive** 151:3
  153:22
**form** 8:18 9:4,10
  9:18 10:1,13
  11:24 13:9 14:1
  14:15 15:25 18:13
  19:24 20:3,10
  22:10 25:13 27:7
  28:14,23 29:11
  30:7,25 31:1 32:2
  32:4,20 33:12
  35:3 37:24 38:10
  39:17 40:19 41:4

41:20 42:5,24
43:5,17 45:10,16
46:7 49:13,19
50:23 51:10 55:2
55:12 56:1,15
57:18 58:17 60:2
60:2 61:12 62:15
64:8 66:2 68:2,11
70:11 71:2 73:19
76:1,15 82:3,7
84:11,22 85:15
86:3,18,25 87:11
88:6 89:19 90:14
90:22 91:20 92:15
92:21,22 94:20
95:4 96:14 98:16
100:24 104:16
106:21 107:7
108:17 111:12
112:1,1,8,14
114:14 115:18
116:1 117:2,10
118:4,19 121:1
122:5,16 125:10
126:9 127:2,24
129:3,7 130:4,13
130:15 131:18
132:12 134:3,24
135:6,7 136:1,11
136:17 137:11,23
138:3 139:3,13
140:10 143:7
144:4,13,24 145:3
146:4 147:4,18
148:6,14 149:15
149:20 150:6,7,17
151:10,17 152:13
153:3 154:7,8
155:5,14,21 156:6
156:14 157:4,10
157:24 158:10

160:2,23 161:10
161:21 162:5
164:18 165:11,17
166:11 167:15
168:7 172:22
175:5 176:9,16,20
178:5,7 179:9,23
180:6 181:6 182:3
183:2,22 184:13
185:8 186:6
187:19 196:25
202:18
**format**  92:5
137:12 199:9
**forming**  81:11
137:5
**forms**  49:4,5,6,8
83:2,8 92:8
144:17 150:23
**formula**  39:16,18
41:6 102:7 200:14
**formulas**  116:23
118:13,17
**formulated**  105:20
169:7
**formulation**  17:2
21:11 24:19,19,21
25:2,4,5,10,20
32:14,22 34:7,12
34:19,23 35:6
40:4,13,14 41:16
43:3 51:15 97:14
97:22 99:14,16
102:5 106:1,2
116:11,13,16,20
116:21 117:22
118:6,10,24
135:17,18 136:19
136:22 154:12,17
**formulations**
25:18 101:22,23

101:25 105:25
117:21,21 137:16
**forth**  135:18
**forward**  22:15
24:8 153:13 178:3
198:4,6
**forwarded**  11:5
**found**  13:22 17:1,8
17:12 21:4,17
22:6 91:8 93:10
173:12 186:10
192:13
**fountain**  2:17
**four**  44:12 69:25
70:3 104:21,21
196:16
**fourth**  4:4
**fox**  75:21,22,22,25
76:13,19,25 77:1
**frame**  16:22 52:12
62:20,25 63:16,25
64:3,16,19,24
67:17
**free**  59:20
**friedman**  2:17
**front**  12:12 16:7
60:17 81:1 140:19
142:11 145:16
147:21,22 149:8
149:13 192:4
193:16 194:3
**ftc**  149:22 193:15
**fuds**  77:20
**full**  152:4 163:12
**fully**  39:3
**function**  129:20
166:14
**functional**  80:2
139:8
**further**  202:20
203:2 205:12

**g**

**g**  17:25,25
**gained**  202:11
**game**  67:10
**gelatin**  38:12
**general**  16:24
63:17,18,23 64:5
91:23,24 94:2
97:18 105:17,20
111:22 125:5
159:13 165:6,25
186:5 197:4
202:12
**generally**  91:25
106:3
**generated**  200:12
**generation**  120:2
**gesticulations**  7:20
**getting**  44:22 78:6
147:13,15 168:21
178:11 183:5
193:12
**gg246052**  204:16
**gi**  143:25
**ginsberg**  1:4 206:4
207:1 208:1
**give**  6:9 7:10 12:21
30:12 33:14 56:20
66:12,19 67:15
79:6 82:12 134:4
152:3 158:22
165:24 167:22,23
181:20 183:24
184:20 188:22
189:23 191:3
**given**  131:8 144:1
208:9
**gives**  143:14
**giving**  96:10 102:8
177:17

**glanced** 70:7
**global** 103:23,25
**gmail.com.** 5:20
**gmax** 1:9
**gmp** 80:19,20,24
**go** 6:10,17 14:25
  16:5,19 17:18
  20:15,17,17,23
  25:6 26:12,15
  29:16 32:5 33:5
  34:11 42:6 43:10
  55:5 60:23 66:7
  71:15 74:25 80:1
  86:24 88:16 89:2
  97:3 104:10
  110:10,14,22,25
  113:2,10 128:14
  128:19,20 129:12
  130:7,24 132:24
  133:22 135:19
  142:6,13,14
  146:20 148:8
  150:19 159:19
  160:19,24 163:25
  164:1 166:4,5
  167:2 168:16
  169:25,25 171:20
  172:10 173:3,8,9
  176:25 179:22
  183:19 186:14
  187:5 188:4,5,14
  189:9 191:3
  192:25 196:6,7
  201:3 202:9
**god** 110:20 112:9
**goes** 31:7 37:6,7
  38:15,19 78:4
  145:2 150:20
  160:21 173:6
  187:6

**going** 7:4,5,11,12
  8:4 14:23 17:22
  21:1 22:15 24:24
  29:17 30:22 31:17
  31:19 32:7 33:19
  33:20 34:4,6 40:4
  41:2,7 44:24
  47:23 50:16 52:4
  54:9,10,14,25 55:3
  55:20 56:13 58:15
  58:23 59:6 60:13
  61:19 63:14 67:13
  71:22,23 78:19
  81:6,13 88:18,22
  89:25 96:5,10,10
  100:17 101:8
  110:18 113:3,9,10
  119:5 120:19
  121:20 125:1
  129:13,21 130:25
  131:10 134:11
  139:16 146:9
  150:10 152:12
  153:22 164:1
  178:3,16 180:12
  181:18 182:11
  183:10 186:19
  191:13 197:13
  200:25
**goldhamer** 2:4
**good** 3:19,21 5:8,9
  8:11 18:5 28:16
  28:18 30:12 31:3
  37:21 39:2,3
  49:22 50:13 62:19
  63:22 67:23 69:3
  69:5 70:7 77:24
  80:8 86:5 87:3,4
  88:24 100:9
  124:21 127:21
  130:4 146:15

157:12 160:6
  173:25 177:9,21
  188:15 193:18
  194:25 195:8
**goodness** 13:6
  17:4,15 44:5 54:7
  62:2 69:17 70:4
  95:24 96:15 99:13
  105:19 111:25
  113:5,6 120:16
  121:7 144:25
  162:25 187:16
**goods** 102:9,11
**gotten** 68:6 177:8
**government** 47:1
**graifman** 2:4
**great** 8:13 14:21
  95:13
**green** 119:17
**group** 9:12
**groups** 27:24
**guess** 9:11 20:19
  24:9 33:9 38:17
  38:21 43:9 51:25
  63:15 74:1,2
  78:15 93:17 104:2
  113:7 120:17
  133:6,10,21
  141:11 157:7
  165:20 166:22
  174:16 178:22
  179:5 181:22,25
  194:16
**guidance** 65:24,25
  66:3 80:21 81:4,9
**guidances** 81:3,14
  81:15,22 82:2
**guidelines** 80:19
  80:20
**guy** 73:10,12,13
  80:4 83:9 140:1

197:11
**guy's** 47:11,24
**guys** 48:1 72:21
  73:14 74:20,20,21
  77:19 78:18 80:7
  80:8 84:7 87:17
  89:3 100:12 103:7

**h**

**h** 17:25,25 207:3
**hand** 204:9
**handling** 112:6
**hang** 12:23 100:4
**happen** 133:17,19
  133:25
**happened** 11:9
  52:9 63:2,2 64:18
  96:2 119:15
  131:13,17 132:24
  174:6 187:20
**happening** 46:14
**happens** 38:18
  80:24 126:15
**hard** 38:8 62:20
  127:8
**head** 7:19 114:19
  162:22 163:1,2
  170:21
**health** 1:9 2:8 3:13
  3:15,23 4:6 16:24
  22:23 23:3,11,13
  31:9 69:10,11
  100:15 105:5
  108:8
**healthy** 1:10
**hear** 9:20 15:10
  19:7 22:12 45:14
  46:21,21 100:7
  176:23 201:5,16
**heard** 52:6,8 62:7
  126:24 127:22
  141:14

**heat**   28:16 37:8,13
 38:12,15 185:19
 190:6
**heck**   59:6
**held**   132:23
**help**   15:19,19 17:2
 17:23 19:3 31:10
 33:25 34:13,14
 36:11 43:12 51:20
 71:6,16 73:1
 77:15 82:24 92:3
 99:16 110:4,16
 116:22 123:2,17
 130:24 170:16
 172:8
**helped**   15:16
 51:12,14 75:12
 199:14
**helpful**   10:18
 65:19 134:6
**helping**   92:1
 120:11 173:18
**herbal**   105:21,21
 105:22
**herbs**   100:19
**hereto**   208:7
**hey**   134:4
**high**   38:17 42:10
 42:13 176:1
**higher**   97:5
**highest**   173:22
**hire**   50:25
**hired**   76:13 92:1
**historically**   50:10
**history**   27:9 160:8
 160:12
**hit**   82:16 123:19
 193:9
**hmm**   93:11 111:2
 121:2 124:1
 142:23 152:9

**hoc**   182:15
**hold**   26:9,9 29:9
 31:22 36:22,23
 74:20 87:5 118:15
 129:5 132:2
 133:22 168:4
 177:21 183:17
**homosassa**   43:8
**honest**   24:17
 179:20
**honestly**   45:17
**hood**   1:5
**hopefully**   14:24
**horribly**   103:4
**hour**   7:9 43:9
 110:19
**hourly**   123:13,15
 123:16
**hours**   84:24
**hplc**   42:9 46:4
 145:20 186:19
**hpmc**   38:13
**huge**   47:10
**human**   3:23
**humidity**   28:7
 190:9 196:14
**hundred**   117:14
 154:13 191:2
 193:5
**hundreds**   117:12
 117:13
**hybrid**   3:13 54:11
 54:23,25 55:4
 61:6,14 90:1
 96:11

**i**

**idea**   14:16 53:23
 55:5 59:5 68:24
 73:20 110:16
 124:16,20 141:24
 166:3

**identification**
 12:18 54:4 108:2
 139:21 163:23
 172:3 188:17
 199:22
**identify**   141:6
 142:4
**identity**   174:18
**imagine**   89:20
 105:21 106:1
 110:21
**immediate**   113:21
**implement**   66:18
 72:17 176:12
**implementation**
 70:15,16 122:20
**implemented**
 83:10 137:17
**imply**   148:12
 149:25
**important**   57:2
 177:18
**impossible**   72:23
 184:4
**include**   151:23
**included**   40:17
 41:16
**including**   63:6
 175:18 200:10
**inclusive**   205:8
**incorrect**   56:25
 152:12
**incorrectly**   133:12
**increase**   188:5
**independent**   79:5
 104:6 166:13
**indicate**   184:10
**indicated**   56:12
 152:22,23
**indicates**   168:3

**indication**   152:24
 167:23,24 168:5
**indirectly**   76:7
**individual**   75:21
 75:24
**individuals**   166:3
**induction**   36:20
 37:5,10
**indulge**   52:19
 201:17
**indulgence**   15:1
**industries**   47:18
**industry**   20:13
 26:22 37:2 46:13
 56:4 72:15,16
 77:14,20 98:15,23
 99:1 104:9 119:11
 121:19 122:1
**inform**   90:8
**information**   5:18
 5:21 6:8 11:4
 13:19 78:17 90:5
 198:7
**informed**   67:19
 96:9 181:18
 182:23 183:4
**ingredient**   35:20
**ingredients**   25:21
 25:22 32:15 33:9
 33:10,11 34:8,25
 104:10
**initial**   109:17
 123:11
**injury**   6:14
**innocuous**   24:17
**input**   73:3,5,9
 75:14
**inside**   38:21,22
 40:9 47:15 77:9
**inspected**   120:22
 120:23

inspection 78:3
88:12 120:20
170:8,14 178:19
inspections 125:16
inspector 178:15
inspire 1:10
institute 97:12,19
insult 15:3
intelligence 15:3
intentions 57:9
interaction 171:6
interested 106:8
interesting 35:4
103:19
internal 92:8
112:20,21 113:4
159:4 174:25
175:1,8
internally 31:10
155:16
interrupt 59:24
60:4
interrupting 44:24
60:4,6
interview 171:4
intestinal 143:21
intravenous 144:1
inventory 128:13
investigate 132:19
132:24 133:20
investigation
133:19
invoice 5:23
200:23
involved 10:5
35:23 77:23 90:4
124:6 165:21
170:9 186:20
involving 6:12
ion 143:5,16,24,25
144:7,11 147:16

148:12 150:16
153:1 154:16
162:1,4 191:10,22
192:2 194:15,17
194:18 196:9,12
ipec 103:24
isomer 143:10,12
143:13,18 144:2
145:1,7,8,11,12,15
145:23 146:11
147:3,17,23 148:1
148:13 149:5
150:15 151:7,7,15
151:16 152:7,11
153:1 154:3,5,15
161:7
issue 78:12 116:19
126:19 127:7
138:8 184:15
issued 132:8 171:1
issues 21:2 65:3
71:14 119:13
158:25 159:14
178:15

**j**

j 17:25
january 1:15
61:23 172:17
204:8,10 205:6,16
206:3
jay 2:3 5:10 41:23
58:18 59:24 88:15
142:14 191:7
jbrody 2:3
jdalegal.com 2:10
jell 26:22 94:23,24
105:24
jells 38:8 105:24
jia 140:14
jiaherb 140:5,6,9
140:12,12,22

jincheng 3:17
17:20 19:12
job 70:8 79:18
166:14,14
jobs 58:12
johnson 2:10
11:11,12,15 73:12
jolly 1:11
journal 187:9
jrs 100:14
judgments 55:18
july 108:12 109:17
june 108:10

**k**

kalyn 1:4
kansas 97:9
kantrowitz 2:4
keep 26:20 29:1
30:18 36:13 39:7
39:10 44:24 67:19
71:25 100:17
123:18 126:13,17
126:17 128:13
131:20
kept 24:3,4 127:12
kgglaw.com 2:3
khakiware 1:11
kim 163:1,1
kind 27:17 37:9
51:11,12,21 58:8
58:10 71:23 73:5
78:24 90:1 92:10
93:16 94:1 117:6
121:10 124:22
135:9 146:6
174:23 180:13
kinds 48:22 62:7
64:22
kitzler 163:1,2
kmw 1:3

knew 31:17,18
39:7 57:1 73:21
73:22,22,24 94:23
know 7:4,6,17
10:25 11:2 12:6,7
12:9 14:6,12,13
22:2 26:11,13
29:7 30:21 34:2,7
34:20 40:6 43:15
43:22 46:20,21
49:15 50:1 51:19
52:17 57:13 58:5
58:11,11 59:11
61:20,25 62:4
64:24 66:6,7,8
68:19,25,25 69:13
69:23,25 70:5,23
71:6 73:17 74:1
74:11 75:21,23
76:25 77:1,7,8,9
77:10,11,24,25
78:18 79:23 80:7
80:8,11,11,11
83:10 84:18 93:9
93:22 95:20 96:25
98:24 100:1
102:17 112:9,10
112:19 114:21
120:17 123:10,23
125:8 126:20
132:3 134:8,22
137:18,18 139:7,8
140:11 141:1
147:12,13,14
148:9 150:4,23
151:5,15 152:11
152:16 154:4,23
154:24,25 159:1
159:16 161:15
170:9 176:2 178:9
178:18 180:11,14

181:2 182:6 186:8
187:6 190:23
191:9 198:16,20
198:24 199:1,19
201:23 202:24
**knowing** 32:7
45:17 84:15
**knowledge** 15:23
18:11 19:18,19,20
20:4,7 55:8 56:4,4
57:14 62:13 79:17
84:19 134:19
144:22 202:12
**known** 97:20
187:14
**knows** 80:4
**korea** 50:11,13
**krone** 97:12,19

**l**

**l** 102:21,21,22
142:22
**lab** 43:25,25 44:1
78:1 83:1,12 84:2
132:20 133:20
158:8,9,16,17,18
158:23,25 159:2
186:8,13,18,24
**label** 17:3 21:12
25:8,9 27:17
30:22 32:10,23
40:20 41:7,8 58:1
87:10 88:5 118:25
132:11 135:20
136:5 144:16
145:2,16,18 147:6
147:7,10,21,22,25
148:7,11 149:5,7
149:12,13,25
151:18 152:11
154:11,11,19
155:7 160:14,16

160:17,19,20,21
160:22 161:7,12
161:20 162:1,7,12
163:19,20 178:7
182:25 185:23
191:23 192:4
193:8,17 194:3
195:12,14,23
**labeled** 82:21
118:7,18 188:24
193:9
**labeling** 122:3
149:22,22 154:4
159:23,25 161:3
178:1 192:11
193:15 194:8
**labels** 40:16 96:20
144:23 160:4,7,13
**laboratories** 77:24
77:25 83:4 84:6
98:4 124:9 126:16
127:17
**laboratory** 43:24
43:24 83:23
127:15 158:21
**labs** 83:2,14,18,19
84:10,15 100:11
100:19 101:11,12
102:17,21 103:1,5
127:21 158:15,16
187:4 188:20
**lacking** 156:4
**laid** 106:18 107:5
**large** 1:23 204:6
204:14
**lastly** 7:25 85:23
**late** 47:9
**lately** 81:6,16
**law** 9:24 10:3,21
10:25 11:1 72:18
72:18 74:5,6 77:9

81:4 92:6,7
112:18 117:5
148:2 164:15
**lawsuit** 202:6
**lawyer** 8:19 11:3
**lax** 47:20
**learn** 72:23 187:13
**learned** 187:24
**leave** 17:17 30:5
88:14 95:10
**leaves** 28:5 29:2,3
185:21
**lederle** 46:13 98:4
102:17,21,24,25
103:5
**left** 30:8 31:19
128:14 140:21
142:21 171:1
**legal** 206:23
**letter** 3:6
**letting** 29:7
**level** 27:9 78:4,5
190:6
**levels** 36:14
115:12,13,15,17
115:19,20,25,25
**life** 7:20 28:4
**light** 8:6 28:16
39:9 119:17
185:20
**limited** 18:1 95:21
106:13 125:15
200:10
**line** 22:19,19 87:2
92:4 158:24 179:2
207:4,7,10,13,16
207:19
**lined** 169:11
**lines** 67:16 75:11
76:24 81:20 137:1
177:12

**lippes** 2:17 202:5
**lippes.com** 2:16
206:2
**lips** 148:17
**liquid** 42:10,13
**liquids** 105:23
**list** 189:3,3
**listed** 152:18
179:21
**literally** 64:2,2
**litigation** 5:22 6:4
8:15 9:2 14:11
23:21,22
**little** 7:10 8:3
18:23,24 27:9
34:16,19 35:10
47:19,20,25 52:4
53:12 73:24 80:25
81:6 91:8 96:4
97:2 98:21 99:5
101:16 110:5
113:16 119:6
122:10 131:10
159:23 166:22
172:10 177:1
179:11 188:9
189:2,20 196:19
198:9 200:8
202:13
**lived** 73:25
**living** 25:19
**llc** 1:9,9,9,10,11,11
2:8,8,15 3:15 4:5
4:6 23:4,11,12
99:4 190:13 206:4
207:1 208:1
**llp** 2:17
**load** 145:15 184:8
**located** 116:17
**logic** 62:11 70:12
74:2

**logically** 70:1 176:1

**long** 14:25 80:10 88:22 103:14,20 113:22 116:7 144:19 167:4 171:14 173:17 180:11,12 186:15 187:11,15

**longer** 37:17 166:7 180:14 182:10

**look** 33:1 55:18 59:12,15,17 63:13 68:18 81:9,10,11 81:14 84:13 100:4 113:5 116:6 125:20 134:12 140:15 142:19 148:8 153:8 169:24 172:24 183:10

**looked** 22:3 48:7 63:13 173:1

**looking** 80:17 81:12 89:10 94:22 121:12 136:2 180:13 182:5 187:6

**looks** 12:24 107:22 172:1,5 189:22

**lose** 190:7

**lost** 44:18 201:25

**lot** 35:23 36:8,9 44:18 47:18 64:25 66:5 93:17 114:10 116:8 117:15 123:24 128:15,15 128:20 132:23 145:24,25 146:1 150:19 156:15,18 156:19,20 183:6

183:10 184:19 186:8,11,20 190:24 195:8 196:19 198:1,4

**lots** 68:22 101:23 146:2 175:23

**loud** 19:9

**louder** 18:24

**low** 18:24 36:14 41:24 194:23 195:24 196:2,3

**lower** 109:15

**lowest** 173:22

**luncheon** 95:14

**m**

**machine** 35:11 36:6,6 40:7 119:15,16 168:10 168:11

**machines** 39:2,3,3 114:7 138:6 169:24

**madam** 12:14 153:5

**mag** 34:16 35:9

**magistrate** 90:20

**main** 107:9

**maintain** 128:12

**maintained** 28:6,7 31:20 126:25

**major** 79:7 109:1 127:5 146:5

**making** 26:6 28:3 28:25 34:23 40:8 43:11 62:10 63:16 77:22 78:5,15 79:7 85:16 92:9 96:22 129:18 137:2 155:7,8 157:15 169:14 173:9 177:19,22

184:23 186:21

**malgeri** 1:4

**manage** 170:22

**management** 166:16

**manufacture** 61:22 141:8

**manufactured** 85:24 122:12 145:6 168:9 184:11 190:12

**manufacturer** 65:5 70:23 101:19 140:12,16,25 141:7,12 142:4 154:1 155:11 157:8,22 169:11 169:13,17

**manufacturers** 30:21 31:3,4 50:12

**manufacturing** 3:19,21 22:23 25:12 59:3 61:24 62:1,5,8,13 63:7 63:24 64:6 65:15 65:23 70:25 85:14 117:24 126:8 137:3 153:25 156:13 165:22 174:7 177:16 185:21 202:16

**mark** 12:15 54:9 107:24 139:19 164:22 171:25 188:6 198:10,12 199:20

**marked** 12:17 54:3 108:1 139:20 163:23 172:2 188:16 199:21

**market** 27:13 46:23 77:5 106:14 150:24,24 202:17

**marketer** 6:15 169:10

**marketers** 148:3

**marketing** 23:1 78:14

**marketplace** 186:11 190:2

**match** 121:22 161:22,23

**matches** 162:9

**material** 20:2,16 47:7,11 50:17,17 119:17 121:14 135:13 140:14 142:8 143:2 144:20 147:9,10 162:10 167:24 169:22 174:22 193:9

**materials** 16:16 21:14 25:6,20,21 32:15 38:22 39:14 42:20,23 45:23 46:1 50:7 82:16 82:17,20 99:18 121:5,18 127:23 128:4,7 135:19 142:24 147:1,3 157:18 163:6,9 164:3,8 165:3,5,7 165:9,13 166:25 168:4 170:3 174:21 175:2,7,8 175:23 176:7 177:20 178:11,21

**materna** 46:25

**mathias** 2:17 202:5

**matter** 23:15 28:2
  59:13 65:6 88:17
  105:11 135:24
  200:10,12
**matters** 81:21
  135:25
**maximum** 173:21
**mckeown** 1:5
**mean** 20:14 22:17
  26:3 31:18 32:11
  33:16 37:6 42:22
  56:24 57:5 59:8
  59:11 62:16 63:17
  65:2 67:24 72:13
  75:19 79:11 80:4
  80:9 87:16 88:15
  88:21 89:2 91:21
  100:20 101:24
  105:2,17 112:4
  121:16 123:10
  126:12 141:3
  142:12 149:8,8,13
  149:13 160:3
  197:22,23 198:2,3
  200:2
**meaning** 128:1
**means** 38:20 46:14
  50:15 55:5,15
  61:14 63:21 69:5
  70:1 79:8 97:20
  112:4,4,5,5,6
  113:12 145:11,13
  155:11 167:1
  174:21 175:6
  177:2 181:13
  189:14 192:11
  195:10 196:16
**measure** 143:6,9
  143:14 144:11,23
  146:13,16 151:16
  152:25 153:1,2

161:9 162:4
**measures** 126:6
  151:6 167:12
**measuring** 161:18
**mechanisms**
  187:23
**medical** 58:1
  99:15
**medication** 6:19
  6:23
**medications** 6:20
**meet** 30:22 77:11
  79:4 83:9 87:10
  120:2 131:25
  132:11
**meeting** 11:7 12:1
  88:4 182:25
**meets** 79:8
**memory** 12:2
  52:24
**mention** 19:13
  23:7 95:7 162:1
**mentioned** 10:20
  15:8 19:12 21:3,5
  21:10,11,12 32:14
  35:19 36:15 64:13
  85:20,21 93:9,12
  93:22 95:20 101:3
  101:20 102:16
  110:9 117:20
  123:24 125:14
  127:19 133:13
  139:12 151:5
  153:19 158:7
  160:11 162:2
  181:2
**mentioning** 24:19
  52:10
**mentions** 80:19
  115:11 194:6

**mess** 44:25
**messed** 127:10
  140:21
**met** 96:3 120:12
**methionine** 143:23
  192:2,7 195:22
**method** 33:1 42:9
  121:25
**methods** 41:18
  42:3 78:12
**miami** 1:2
**microcrystalline**
  34:9
**microscope** 97:21
**microscopy** 97:20
**middle** 189:4
**milligram** 145:5
  191:2 193:1 195:8
**milligrams** 118:7
  118:8 144:10,11
  145:7 147:14,15
  151:6 192:25
  193:12 194:11,12
  195:9,17,24 196:8
  196:9
**mind** 97:4
**mine** 114:18
  122:16 199:7
**mineral** 103:10
**minimize** 17:18
  36:3 117:14
**minimum** 154:14
**minus** 40:10,11
**minute** 60:7,8
  113:5 153:12
  173:7,9 177:22
  180:11
**minutes** 11:8
  88:17,24 89:3,5
  180:19

**misnomer** 27:4,20
  27:20 80:25
**misnomers** 27:13
**mispronounced**
  103:3 140:7
**missouri** 97:8,9
**misstates** 32:2
**mix** 6:12,16
  119:14
**mixing** 36:4 71:7
**moderate** 39:2
**modified** 114:19
  122:16 199:8
**moisture** 36:5,13
  38:20 46:4 185:20
  190:6
**moment** 57:15
  60:1 191:3
**monday** 1:14
**money** 195:23
  198:5
**monitor** 129:12,20
**monograph** 99:18
**monographs**
  104:8,12,22
**month** 96:8
**monthly** 109:8,16
  123:11
**months** 110:18
  177:15 196:16
**morning** 5:8,9
**mouth** 113:16
**move** 33:25 39:11
  71:16 153:12,19
**moved** 15:18
  44:17,19 70:9
  120:10
**movement** 173:23
**moving** 67:19
  127:6 177:24

**multi**  103:10
**multiple**  117:21
159:8 192:15
**multitude**  53:1

**n**

**n**  3:1 4:1 17:25,25
17:25,25 83:25
143:22
**n2pharma**  3:15
99:3 101:10
**name**  5:10,13
10:25 11:1,11
19:13 25:9 75:22
101:17 114:20
139:11 163:3
192:5 200:7 202:4
**named**  75:21
**names**  6:9 22:20
22:21 76:6 99:23
99:25 100:1,1,25
162:24
**nandina**  5:16
**naples**  100:11
**naturals**  100:11
**nature**  87:21
99:24 108:19
185:18
**ndc**  46:24
**near**  194:22
**nebulous**  51:11
**necessary**  119:22
136:15 208:6
**need**  7:5,18 9:5
16:19 35:12 38:2
39:6 44:25 52:15
52:16 58:11 66:23
69:16,19 88:17
98:24 116:24
119:13 140:11
160:15 168:5
176:24 180:17

181:7 182:14
183:25 198:14
201:8,13
**needed**  8:19 105:7
110:11 123:18
**needs**  28:5 95:10
157:9
**negotiate**  102:15
**neil**  1:18 3:3 5:2
5:14 204:7 205:5
206:5 207:2,24
208:2,4,12
**neildonaldross**
5:20
**network**  117:17
**never**  20:20 58:6
59:5 63:1,9 65:16
65:16,16,18 66:3,5
72:6 74:12,18
75:5,11 76:13,19
80:15 82:9 83:16
87:12 88:3 91:12
104:12 111:14,15
111:16,16 123:4,5
123:6 200:2,4
**new**  2:5,18 15:18
44:12 46:15 70:10
78:9 81:16 86:9
86:11 103:6
105:13 110:17
120:9,10,25
122:16,16,23
123:2,5,7 127:11
127:11 166:9
167:1,2,3 171:18
184:18,19,20
187:14
**newer**  156:24
**news**  50:13
**nfs**  79:8

**nine**  171:14
**nineteen**  17:5
**ninety**  192:24,25
**noah**  1:4
**nodding**  7:19
57:22,23
**noncompliance**
135:5
**nope**  51:2,5
**normal**  33:2 35:7
47:4 78:2 150:8,9
**normally**  28:18
**north**  83:20
**notary**  1:22 204:5
204:14,16 208:13
208:19
**note**  206:10
**noted**  152:6 208:7
**notes**  108:11
180:13 205:9
**notice**  1:23 3:11
13:16,17,21
198:19,22
**notification**  69:4,6
69:15,19
**notified**  52:5
61:10
**nova**  100:17
**november**  108:12
109:18 110:7
189:11
**nsf**  3:19,21 78:24
79:1,2,15 80:14,15
164:4,5,6 165:2
**number**  3:10 4:3
5:19,24 6:20 7:11
12:15 14:24 31:13
46:24 93:13 109:5
113:11 128:15,15
143:10 154:13
163:18 192:13,16

196:4,17 200:6
201:23
**numbered**  205:7
**nutra**  47:20 48:11
48:14,17,18,19
49:25 72:14,17,22
81:6,16 84:3
104:15
**nutraceutical**
30:14 36:25 41:8
79:3 98:21 104:20
104:22
**nutraceuticals**
31:14 36:21 99:16
101:19 104:11
120:13 126:11
155:7
**nutriland**  141:15
141:16
**nutrition**  98:22
**nutritional**  99:1
**ny**  206:15

**o**

**o**  17:25 83:25
**o'brien**  2:16 3:5
28:14 29:11 30:7
31:1 53:16,21,24
88:15,23 89:4,7
95:10,11,13 150:7
154:7 201:25
202:3,4,20 206:1
**oath**  3:5 7:1 204:1
**object**  8:18 9:4,10
9:18 10:1,13
11:24 13:9 14:1
14:15 15:25 18:13
19:24 20:3,10
22:10 25:13 28:23
29:11 30:25 32:2
32:3,20 33:12
35:3 37:24 39:17

41:4,20 42:5,24
43:5,17 45:10,16
46:7 49:13 50:23
51:10 55:2,12
56:1 57:18 58:17
60:2,2 62:15 64:8
68:2,11 70:11
71:2 73:19 76:1
82:3,7 84:11,22
85:15 86:3,18
87:11 88:6 89:19
90:14,22 91:20
92:15,22 94:20
95:4 96:14 98:16
100:24 104:16
106:21 108:17
111:12 112:8,14
114:14 115:18
116:1 117:2,10
118:4,19 121:1
122:5 125:10
126:9 127:2,24
129:3,7 130:15
132:12 134:3,24
135:6 136:1,11,17
137:11,23 139:3
139:13 140:10
143:7 144:4,13,24
146:4 147:4,18
148:6,14 149:15
149:20 150:6,17
151:10,17 152:13
153:3 154:8 155:5
155:14,21 156:6
156:14 157:4,10
157:24 158:10
160:2 161:10,21
162:5 164:18
165:11,17 166:11
167:15 168:7
172:22 175:5

176:9,16,20 178:5
179:9,23 180:6
181:6 182:3 183:2
183:22 184:13
185:8 186:6
187:19 196:25
202:18
**objection** 28:14
30:7 31:1 49:19
56:15 61:12 66:2
76:15 126:2
148:19 150:7
154:7
**objections** 8:7
**objects** 53:18
**observation** 67:13
70:24 135:8
169:18 172:10,11
172:15,17 173:12
176:4,5,12 177:3
177:24
**observations** 67:9
67:11 158:22,22
158:23 170:24,25
171:3,12,18,21
179:6,14,20
**observed** 82:1
**observing** 172:21
**obvious** 15:1
63:10
**obviously** 7:11 8:4
10:6 11:17 12:8
15:4 17:16 19:20
22:25 37:9 51:19
58:11 59:14 61:15
72:20 87:18
110:13 173:15
175:19 178:19
198:5
**occur** 195:25

**occurred** 104:12
172:17
**occurs** 132:14
185:20
**odds** 185:17
**offer** 55:23 56:2
56:14 199:7
**offhand** 44:6 93:3
**office** 127:4
129:23
**official** 204:9
**oh** 6:3 11:1 12:24
13:6 17:15,24
20:17 25:14 26:8
27:14 42:15 44:5
44:10 53:20 54:7
62:2 68:1 69:17
70:4 78:23 94:13
95:24 100:16
101:23 102:25
105:12,19 107:1
111:25 113:5,6
119:10 120:9,16
121:7 122:25
124:6 134:7
142:13 144:25
162:25 164:14
168:25 170:15
178:6 180:9
186:21 187:11,16
188:14 189:10
191:20 192:1,22
197:6 198:16
**oil** 26:23,23
**okay** 6:1,11 7:4
9:14,20 10:17
12:13 14:5,21
15:7,23 16:11
17:20 18:5 19:1
20:21,24 22:5,18
22:24 23:3,16

24:6,8,11 25:4,17
25:24,25 26:18,19
27:9 29:21 31:10
32:6,8,13,21 33:13
33:19,23 34:4,8,22
35:9,22 37:1,15
38:4,7 39:5,9,10
39:22 40:3,22
41:5 42:7 43:23
44:10,12,20,22
45:1,5,21,22 46:10
46:20 47:4,22,25
48:1,7,19,22 49:5
50:18 51:6,21,24
52:4,13,24 53:7,11
53:20,22 54:12
55:5,10 56:5,21,23
57:1,4,10,24 58:3
58:10 59:20 60:13
60:23 61:1 63:5
63:17,20 64:20
65:8,11,17 66:5,13
68:3,13,20,23
71:24 72:5,15,18
72:25 73:11,25
74:3,23,25 76:21
77:4,13,17,25 78:5
78:10,21 79:9,15
79:16,18 80:2,4,5
80:9,16,18 81:2,5
81:15,17 82:12,15
82:17 83:11 84:17
85:12,17 87:1,14
87:20 89:2,16,23
90:3,11 91:6,14,25
92:10 93:7,8,19
94:9,17 95:9,16
97:1 98:13,24
100:9 101:6,8,20
102:2,16 103:11
103:13 104:19

106:10,15 107:13
107:16,19 109:14
109:16 113:1,9
114:3,22 115:9
116:10 117:20
119:5,18 120:9
121:18 122:19
123:1,8,21 124:11
125:3,22,24
128:17 129:21
130:22 131:4,9,15
132:1,13,21
133:22 134:7,10
134:18 136:21
140:24 141:3,14
141:25 144:9
145:19 146:2,7
147:5,8,19 151:21
154:10,12,20
155:11 156:23
158:14,18 159:12
159:17 160:13
161:1 163:5,14,18
166:20 167:7
169:16,21 170:15
170:21,23 171:11
172:13 173:2,5
174:11 176:3
177:19,20,21,24
178:21,25 179:1
180:10,15 182:21
184:6 185:17
186:20 188:14,15
188:21,24,24
189:7,9,18,22
190:10,25 191:2,5
193:18,19 194:14
195:2,8,8,11,23
196:5,8,20 197:10
197:12 198:1,3,16
199:1,7,10 200:19

200:22,25 201:8
201:21
**old** 6:21 12:2
44:14,16 47:6
52:23 77:20 80:10
86:9 87:22 105:13
120:10,22,23
122:23,25 123:7
127:5 171:17
184:18,18
**older** 113:11
156:24
**once** 11:7 29:2
39:9 52:8 71:4
94:21 110:7
124:13
**ones** 46:4 47:5
53:4 63:15 64:22
67:14 81:16
156:25 187:2
190:18 195:5
199:7
**ongoing** 166:12
**onwards** 109:10
**oos** 132:15 133:2
133:16,17,18
134:21 168:5
**open** 7:7 100:6
**operating** 114:2,4
196:23 197:1,5,14
**operation** 177:5
197:6
**operational**
166:15,17
**operations** 162:22
163:1
**opine** 65:22 85:23
**opinion** 49:17 51:9
55:24 56:2,21
57:15,17,22 58:7
59:22 63:23 64:5

86:16,19,25 135:5
150:3 159:20
181:24 182:1,4
184:10 196:5
**opinions** 58:23
59:21 90:8
**opposite** 29:12
**oral** 108:24
**order** 15:19
136:15 166:9
**organization**
77:10 103:23
104:6,8
**organize** 180:13
**organized** 110:15
**otc** 78:7,8
**outright** 153:21
**outside** 83:1,3,4
83:11 84:4 87:2,3
87:17 105:1
**overall** 117:5
**overseas** 26:24
**overseeing** 177:5
**owners** 70:22

**p**

**p** 131:2,6 168:24
**p.c.** 2:4
**p.m.** 1:14 203:5
**pa** 131:16,16
**pack** 38:7,14
**package** 36:16
37:21 46:8 94:25
**packaged** 178:12
**packaging** 36:8,15
36:19 37:14,20,23
38:2 39:11 178:1
**packet** 3:19,21
163:16 164:2,12
165:7
**packs** 38:5

**page** 3:2,7,10 4:3
142:16,19 194:2
207:4,7,10,13,16
207:19
**pages** 138:4 205:7
**paid** 51:3 181:10
182:19
**panel** 41:10,11
**paper** 176:22
**paperwork** 15:18
49:20 91:5 107:11
110:14 112:5
129:19 138:10
159:1,2,4,14 170:1
170:2 174:13
198:2
**paragraph** 61:5
88:11 109:5
110:23
**parens** 194:9
**parentheses** 194:7
**part** 20:19 23:1
25:14,16 31:2
47:5 72:14 104:5
109:10 111:20,22
112:2,3 114:5,5
116:20,22 117:4,5
120:2 122:20
127:1 128:7,8,17
128:17 131:15,16
134:1 135:1 141:5
143:19 155:19
156:9 157:9,19
161:5,6 164:15,15
166:15 170:17
191:6,8,11 201:6
**particular** 42:8
155:13
**parties** 108:23,25
199:4 205:13,14

**party** 94:19 111:3
  111:9 155:12
**pass** 88:1 185:16
**pause** 8:7
**pay** 109:6 182:15
**paying** 109:13
  181:17
**payments** 201:19
**pdf** 94:7
**people** 6:14 14:18
  18:3 30:13 32:7
  36:9 46:19 47:18
  58:5 59:11 70:21
  72:16,19 73:21
  76:3 78:3,19
  80:12 81:9 96:6
  98:22 100:10
  129:18 138:5,8,14
  158:12 165:21
  166:17,17,18,23
**percent** 28:7 38:13
  40:10,11 145:10
  145:12,14,19
  146:3,9,24 147:9
  147:23 148:1
  152:6,7 154:13,15
  154:16 162:10
  190:7 192:15
  193:7,7,8 196:14
**percentage** 152:6
  152:10,15 154:2,3
**percentages**
  151:24 152:23
**perfectly** 7:21
  12:7 121:13
**perform** 122:11
  128:22 129:1
  130:11 169:8
**performed** 106:18
  111:1,6,15,16

**period** 62:24
  85:25 86:2
**person** 11:19
  15:16 16:18 51:12
  51:13 77:15 79:18
  94:11 162:23
  166:9,13 167:1,2,3
  171:8
**person's** 49:23
**personal** 30:17
**personally** 128:22
  130:12 157:3
  199:2
**personnel** 71:1,19
  135:25 138:15
  161:19 162:19
  166:16
**pertain** 24:18
**pertaining** 13:20
  58:1
**pertains** 15:23
**pfizer** 100:13
**pharm.d.** 97:10
**pharma** 46:13
  47:19 97:17
  100:15 104:18
  106:4
**pharma's** 48:11
**pharmaceutical**
  3:17 17:21 18:1
  37:3 41:7 97:8
  98:25 99:14,14
  104:9
**pharmacopia**
  104:5
**phd** 80:3,4
**phds** 77:20,21
**philadelphia**
  97:22
**phone** 5:19 11:18
  11:20,21 87:5

  94:11 96:7
**phonetic** 72:21
  100:16 143:23
**phrase** 127:23
**physical** 130:20,25
  165:18
**physically** 114:21
  129:15 130:14,19
  177:9
**physician** 59:16
**pick** 79:15
**picked** 79:16
  173:14 177:17
**picture** 189:4
**piece** 47:25 143:20
**pin** 10:11
**pipe** 89:5
**place** 95:23 128:10
  151:12 185:12
**places** 66:7 97:13
**plaintiffs** 1:7,21
  2:2 3:11 4:4 5:11
  12:17 24:6 54:3
  108:1 114:22
  124:2 139:20
  163:22 165:12
  172:2 188:16
  199:21
**plan** 67:11
**plant** 15:17,21
  78:11 107:10
  141:11
**plants** 77:8
**plastic** 38:16
**plaza** 2:17
**please** 7:14 17:23
  18:19,24 19:8
  29:20 33:18 39:24
  40:2 74:24 126:3
  134:17 148:21
  188:10

**pllc** 2:10
**plus** 40:10,10
**pni** 100:17
**point** 7:5 19:7 20:1
  74:6 75:20 88:20
  98:20 103:15
**points** 72:4
**position** 51:22
**positioned** 55:4
**positive** 14:8 23:2
**possession** 16:15
  22:7 67:24 68:16
  94:6
**possible** 36:2
  115:12,15 121:9
  190:24
**potency** 32:24
  151:25 152:1,15
  154:13 155:8,9
  185:14
**powder** 25:7 26:21
  27:1 34:15 40:4
  40:12,16,24
  142:24 143:3
  145:17
**powders** 105:22
  105:22
**powerpoint**
  163:11
**practical** 184:4
**practice** 202:12
**practices** 3:19,21
**pre** 6:12,16
**precursor** 144:6,6
**predestined** 58:23
**prefer** 72:22
**preliminarily** 6:18
**preliminary** 10:24
**premises** 30:4,6
**prenatal** 46:25

prep 186:18
preparation 23:24
prepared 205:10
prepped 171:3
present 165:23
presentation
  163:8 166:5
press 158:17
pressure 42:10,13
presume 20:8
pretty 24:16 25:19
  25:25 71:21,22
  82:18,24 124:21
  196:17
prevent 6:24
  131:17
preventative
  131:6,16 134:1
previous 44:13,15
previously 6:2
  16:12 54:15,24
  60:25 95:18 139:5
price 123:17
primary 113:12
prior 32:3 106:11
priorities 177:17
pro 100:17
probably 14:18
  44:8 55:6 87:18
  88:1,24 116:2,4
  133:9 193:6
  202:13
problem 16:21
  28:2,17 31:14
  44:17 65:4,6
  121:25 127:4
  131:9 144:14
  177:19 184:10,11
  184:15 186:17
  190:20

problematic 29:16
  177:18
problems 31:5
  51:15 121:24
  159:5 180:4
  187:25
procedures 60:14
  95:17 114:2,4
  122:20 123:9
  125:25 126:6,11
  126:22 153:16
  180:23 196:23
  197:2,5
proceeding 1:14
proceedings 95:15
process 25:22
  34:21 36:2 38:19
  38:23 46:14 47:5
  47:22 49:1,2
  50:14,14 63:7
  78:2 79:2 114:6
  124:12 137:21
  141:6 153:25
  161:5,6 170:3
  173:23 202:16
processes 65:23
  78:7 130:10
  159:25 165:22
processing 35:20
  38:24 47:3 94:4
prod 3:19,21
  140:4 142:11
  164:24,24,25
  165:1
produce 196:24
produced 41:17
  155:6
product 6:13
  13:20 14:5,6,7
  25:5,9 26:1,4 28:8
  28:25 30:1,13,22

31:3,4 32:24
34:15,23 35:5
36:14 37:9,15
40:11 42:8,9,23
43:16 45:9 47:4,8
47:13,14,16 49:23
61:13 65:4 77:22
85:24 86:1 87:23
92:9 103:16 105:2
105:13 114:9,9
118:25 119:14,19
121:21,25 126:19
128:12,14,16
129:23,25 130:7
130:18,20 131:24
131:24 132:10
133:22 136:3
143:21 144:19
147:10 151:1
152:16 154:18
155:1,3 157:14,15
157:16,17 160:15
160:18 162:7
169:7,9,12,14
170:3 172:15,21
173:1,2,3,4,8,10
173:11,20 178:1
178:12 184:16,19
184:25 185:14,21
186:15 189:23
production 4:5
24:7 31:7 64:6
65:3 92:4 114:23
114:24 115:21
119:13,19 124:3,7
129:6,10,13,16,21
138:15 165:13
172:25 177:8
197:13 200:5
products 22:19,20
27:12 30:18 31:13

37:13 43:19,21
63:17 77:8 78:12
81:18 83:3 92:6
103:10 105:21
107:12 117:25
121:10 124:18
173:13,18 175:9
182:24 186:10
202:16
professional 97:23
program 72:24
103:22 137:2,9,12
137:14
progressed 179:4
project 107:9
109:12,17 123:11
123:16 187:12
projects 120:1
123:15 177:16
pronouncing
102:18 168:21
proper 8:10
properly 7:1
136:16
properties 71:7
proprietary 198:7
protection 198:9
protocol 25:12
28:10 33:3 93:6
138:1
protocols 107:10
124:9,14
provide 5:15,17
28:10 29:5 38:25
58:2 65:25 91:3
91:18 92:12 101:3
102:8 115:16,24
162:15 163:6
164:8
provided 11:4
17:2 32:17,19,25

91:12 92:3,8,10,23
93:3,6 115:11,15
121:6 139:6
162:17,20 163:7
164:3,12 165:3,5
165:15
**providing** 55:11
90:9 100:21
**pty** 1:10
**public** 1:22 204:5
204:14 208:19
**published** 46:16
187:7
**pull** 17:19 34:14
107:16 126:12
139:16 171:21
**pulled** 17:12 53:4
**purchase** 157:22
**purchased** 175:2
**purchasing** 149:19
**purpose** 31:8
186:9
**purposes** 8:25
23:6 107:25 122:3
122:3,7
**pursuant** 1:23
13:16
**push** 88:25
**put** 12:12 13:25
24:2 25:6,8,9 32:9
32:23 33:1,11
34:8,9,9,21 35:10
38:14 39:14,19
40:13,15,24 43:12
63:10 73:3 78:24
81:14 105:8
108:21 110:1
113:15 128:10
131:19 147:20,21
147:22,25 149:4,7
149:12 151:12

158:15,17 160:23
175:16 185:23
191:6,10 194:9
196:8 202:16
**putative** 5:11
**puts** 81:2 154:1
**putting** 27:6 81:9
154:18
**puzzle** 47:25

**q**

**qa** 126:22 129:20
177:7
**qc** 126:22 129:11
177:7
**qualification** 83:1
**qualified** 141:13
**qualify** 20:16 46:6
46:11
**qualifying** 49:18
141:5 154:23
**quality** 70:21
71:18 78:13
115:21 125:23
126:1,6,10 127:1,4
128:21 129:2,10
129:23 130:2
131:1 132:16,17
133:20 138:10,12
159:20,24 160:23
161:1,2,19 162:3
162:23 163:2
166:17,18 167:12
168:10 169:8,19
170:21 171:8
176:12,13 177:3,4
177:5
**quantity** 162:12
192:22
**quarterly** 66:21
66:22 67:6,14,20
67:22 69:21 179:3

**question** 7:7,8,12
7:13,14,16 10:24
15:2 18:14,21,21
29:24,25 31:24
33:10 39:24 42:1
44:23,25 45:3,5
49:13,16 54:14
56:17,23 57:24
58:16 69:22 75:1
75:3 79:23 90:7
91:2 94:2,3
118:16 125:11
126:4 131:22
132:3,5,5,9 134:9
135:11 141:24,25
142:3 146:22,24
148:24 149:3,11
155:22 157:11
158:5 161:1,16
162:18 164:19
165:20 176:10,18
176:21 179:5,14
179:24 180:2
183:21 191:14
197:25 200:16
201:22
**questionnaire**
48:2,4
**questions** 7:12 8:7
10:8 14:24,25
16:5 17:4 29:20
52:18 57:25 58:4
58:19 65:20 71:5
74:11 75:19
107:17 110:25
119:18 123:22
124:7,8 152:3
170:8 171:22
178:20 180:25
186:13 200:21
201:4 202:8,20,23

202:24 203:2
**quick** 134:4 202:8
**quickly** 77:20
82:18,22,25
**quiet** 53:25 54:1
**quite** 24:17 39:3
113:13 131:10
132:13 145:2
154:9 201:24
**quote** 15:1,1 52:1
78:20 102:5,6,7
104:1
**quotes** 102:5

**r**

**r** 83:25 102:21
168:24 207:3,3
**r&d** 78:12,13
**rac** 78:22
**raise** 19:1
**ran** 47:7 65:7
67:17
**range** 40:9 93:18
117:13 146:6,7
193:6,7
**rarely** 130:23
**rate** 123:15,16
**rates** 71:7
**rational** 196:17
**raw** 20:2 21:13
25:5 42:20,22
45:23 46:1 47:6
50:7,17 121:14,18
127:23 128:4,7
135:13,19 142:24
143:2 147:1,3
168:4 170:2
174:21,22 175:2,6
175:8 176:7
177:20 178:11,21
**reached** 94:23

**read** 12:23 13:13
16:14 54:21 60:21
96:24 149:2,3,19
151:14 164:6
176:21 179:3
188:25 192:5,6
194:5 200:7 206:9
208:5
**reading** 3:6
175:25 203:4
**ready** 183:5
**real** 39:6 56:24,25
77:22 177:20
198:21 199:6,7
**really** 10:5,14
16:19 24:4,5,18
27:15,20 33:17
37:25 41:24 50:9
55:5 56:21 74:5,8
78:4,19 79:21
96:11,24 98:12
106:10 124:21
127:10 132:22,23
133:21 134:5
136:18 155:23
157:12 158:17
177:4 194:23
**realm** 117:9
**reason** 7:14 18:25
72:20 181:20
206:11 207:6,9,12
207:15,18,21
**reasonable** 57:5
146:3,13,16,25
147:2
**recall** 35:17 44:6
93:2 94:14 96:12
119:20,21 162:24
**recalling** 21:10
**receipt** 189:9
206:18

**receive** 13:4 36:1
69:15,19
**received** 10:3 13:3
30:23 55:20 69:4
**receives** 67:8
**receiving** 67:10
**recess** 95:14
**recipients** 162:20
**recognize** 53:15
**recollect** 69:24
76:9
**recollection** 75:25
95:25 120:15
**recommend** 33:10
37:19 41:18 42:3
84:6 125:25 126:7
127:15 148:4
157:21 158:1
165:20,22
**recommendation**
138:21
**recommendations**
35:13 36:16,18,19
38:25 43:2 45:25
46:5 65:24 66:1
80:22 81:22 82:2
159:25
**recommended**
31:20,25 33:8
35:10 42:19 50:7
167:13
**record** 5:13 13:5,7
15:3 16:6 21:12
22:17 32:17,19,21
34:3 44:24 60:12
65:14 79:12 93:2
95:17 112:7 118:7
122:9 124:20
126:20,21 129:18
130:2,2,3,5,6
131:20 134:11

136:4 137:5 140:4
142:11 148:23
152:8,21,24
153:15 160:14,15
161:9,11 162:4,11
163:17 172:14
180:23 183:5
201:9,12,13,14,15
202:1 205:8
**records** 21:16 22:6
22:6,7 44:20 45:6
63:6,10 64:14,18
77:10 82:23,24
85:8,9,11,13,19
92:5,12,21,24
112:5,6,13 116:25
117:8 122:15
124:3,19 126:17
126:18,18,24
127:5,11 128:19
151:22,24 152:5
153:23 157:7
161:4,17
**refer** 22:16 23:10
**reference** 23:15
**referenced** 116:17
120:4 187:1 206:6
**referring** 23:11
48:14 114:25
142:25
**reflected** 161:8,9
161:17,20 162:4
**refreshed** 52:24
**regarding** 21:4
28:22 29:6 30:2,5
37:22 48:25 81:22
84:9 94:12,19
104:25 159:25
200:4,17 201:1,19
**regardless** 109:25

**regards** 30:1,3
38:24 43:2 45:25
48:24 52:19,21
56:11 89:24 92:13
92:20 93:10,14
98:6 101:2 106:10
106:15,17 107:4
116:14 121:6
130:17 138:24
141:21 159:8
167:11,13 177:16
178:15 186:4
187:10,17
**register** 47:13
**registered** 47:1
77:8
**registration** 78:7,9
79:2,10,16 80:7,8
99:15
**registrations**
99:17
**regroup** 88:25
**regularly** 181:11
**regulation** 75:13
77:16 112:18
**regulations** 73:2
**regulatory** 75:16
77:5 78:22 79:9
79:16 99:15
**related** 21:12 53:2
75:20,21 77:6
93:4 96:17 97:17
159:3,3,4 200:9
**relating** 22:1
158:9
**relationship** 72:3
**relative** 205:12,14
**release** 105:23,23
130:6
**relevant** 63:8
85:25 86:2

relies  104:7
relying  176:6,7
remember  11:25
  12:1 35:15 52:11
  62:2,21 64:3 70:5
  85:22 86:8 88:9
  94:16 121:8 125:1
  163:3 171:13,17
  183:3 187:3
remind  95:22
remote  8:2 43:8
repeat  18:20,22
  29:24 40:1 42:1
  75:2 118:21 126:3
  126:4 132:4
  148:18,22 149:10
  160:11 185:19
  201:16
report  66:12 113:4
  131:2,5,8,19,23,23
  132:8,9,16,17
  133:7,14,18,18
  205:4
reporter  1:22 8:4
  8:9 12:14 17:22
  18:2,4,19,23 19:3
  21:7 26:8,11,15
  29:9,19,22 31:22
  33:16,21 34:2
  36:22 37:1 39:20
  39:23 41:21,24
  42:12,14,16 44:22
  45:2 49:8 68:3
  69:18 74:20,24
  79:22 83:24 84:1
  88:21 102:20
  113:15 118:15,20
  118:22 132:2
  134:8,11,17
  141:23 146:18
  148:16,20 149:1

153:5,7,10 164:20
  176:17,19,23
  183:17 188:8
  204:5,13 205:3,19
reporter's  205:1
reports  66:19 67:6
  67:21,22 68:17
  69:22 70:3 134:21
  134:21 179:4
represent  8:15,16
  10:16 40:16 202:5
representation
  8:20
representing  9:3
  9:15 11:3
represents  40:20
reputable  49:17
request  4:4 114:22
  200:6
requested  24:2
  91:7 115:1,7
  205:7
requests  200:5,17
require  154:22,24
required  15:22
  22:3 79:4 90:21
  98:1 99:18 111:6
  129:24 134:22,25
  148:2 155:2 161:2
  182:10 208:13
requirement  11:6
  90:13 92:4 108:19
  114:4
requirements
  77:11 79:4,8
  90:12 97:25
  107:11 120:12,13
  157:16
research  52:19,21
  55:25

researched  57:16
respect  60:5
respond  15:20
  66:17 67:9 110:15
  198:25
responded  171:4
  197:18
responding  5:4
  171:3
responsible
  202:15
responsive  21:17
result  62:19,20,23
  145:20 186:20
results  43:25,25
  44:1 63:1 86:4
  87:4,4,5,20 126:17
  130:7 132:21
  137:22 155:24
  156:1,4,7,8,12,22
  156:24 159:4
  183:6,8 184:20
  192:20
retailers  79:7
retain  50:25
  112:13 155:20
retained  58:22
retainer  181:4
retains  126:13
retired  51:25
return  206:13,17
review  13:7,10
  53:2 55:17 63:13
  64:14,17 69:1
  70:3 73:4,14,14
  81:4,8 85:9,11
  113:25 116:22
  120:7,11 121:4
  122:9,11,14,15
  125:20 126:18
  130:3 158:19

183:5 187:5
  188:23 191:4
  205:6 206:7
reviewed  16:12,17
  64:17 68:25 73:5
  78:17 82:10
  107:12 151:22,23
  152:6 156:12
  186:3,7,10 187:9
  200:11
reviewing  125:17
rice  35:7
ridge  2:4,5
right  8:13 9:1 21:6
  23:13,14 31:11
  34:5 36:17 37:4
  38:18 40:15 43:12
  48:7 50:16 51:8
  51:16 56:19 59:1
  61:7 62:2 63:14
  64:2 67:25 69:13
  70:13,20 72:6
  80:1 81:12,19,23
  83:13 84:8 86:15
  88:20 99:10
  102:18 105:9,14
  106:13 107:16
  109:1 116:9,15
  119:8 120:3 122:1
  124:20 125:4
  126:22 128:10
  131:10,15 132:4
  132:21,22 138:13
  142:9,11 143:4,10
  146:12 147:9
  152:19 153:11
  166:20 167:9
  168:14,22 171:23
  176:3 177:19
  181:5 182:16
  185:5,11 190:6,17

191:12 192:1
193:14 194:24
196:10 202:22
**risk** 30:14
**road** 2:4 105:6
168:6
**robert** 1:5
**role** 15:12 50:19
57:9 58:24 59:2,3
169:6 170:10,11
170:12
**rolodex** 76:5
**root** 131:12,13
186:22
**ross** 1:18 3:3 5:2,8
5:14 8:11 9:19
12:11,20 21:10
24:12 29:13 40:1
49:15 50:18 53:9
54:6 60:13 61:4,5
65:22 67:4 85:23
89:9 95:16 97:1
107:20 113:19
118:21,22 134:18
142:21 144:2
146:20 148:18,23
163:25 165:2,5
168:16 180:22
197:17 200:9,20
204:7 205:5 206:5
207:2,24 208:2,4
208:12
**roughly** 69:25
189:23 190:3,8
**route** 80:1 81:7
**routinely** 40:8
127:18 137:15
**rules** 60:14 81:2
95:17 153:15
180:23

**rulings** 201:19
**run** 28:9 35:11
48:9 88:17 117:6
**running** 39:7
138:14
**rx** 1:10

**s**

**s** 17:25 26:19 81:7
83:25 142:22
143:10,10,12,12
143:18,18,23
144:2 145:1,1,7,7
145:8,8,10,11,12
145:12 146:11,11
147:2,3,16,17,23
147:23 148:1,1,13
148:13 149:5,5
150:15,15 151:7,7
151:7,7,15,15,16
151:16 152:7,7,11
152:11,25 153:1
154:3,3,5,5,14,15
161:7,7 168:24
191:10,10 192:2,2
192:7 194:15,15
195:22 207:3
**sale** 94:24
**sales** 102:8
**salt** 26:6,20 27:2,5
27:8,25 142:25
143:19,20 144:6
144:12 147:6,7
**salts** 26:6
**sam** 14:7 16:23
17:2,9,10,11,12
18:6,12 20:2 21:4
21:11,11,13,13,22
21:23 22:1 24:19
25:12,25 26:5,17
27:4,5,8,9,14,20
27:21,21 28:13,15

28:22 30:3 33:8
34:8,13,14,18 35:2
35:9,22,23 36:11
36:16 37:16 38:6
38:7,8 39:4 44:7,8
45:9 46:2 50:7,10
52:24,25 53:2
56:17 61:22,24
62:1,5,13,20 63:7
63:19 64:7,10,14
64:17 65:3,4
85:19,24 87:9,24
88:5,7 91:21
92:13,20,24 93:4,5
93:10,14,17,25
94:3,12,19,23,24
96:17 98:15,15,17
104:25 105:6,12
105:13,15 106:10
116:14 117:22,23
119:1,22,24 121:6
121:8,12,14
122:12 125:16
126:7 133:3
135:12,14,23,23
135:23 136:3,9,9
138:24 143:2,5,15
143:23,25 144:7
144:10,15 145:5
146:25 147:16,23
148:12 150:4,9,10
150:16,16,20
151:6 152:25
153:1,2 154:1,2,3
154:16 156:13
157:8 161:25
162:3,4,6 175:18
175:22,25 182:24
183:4,5 184:9,16
184:23 185:9,15
185:19 186:4,4,10

186:18,25 187:5
187:10,12,17,21
191:22 192:2,5,14
193:7 194:15,16
195:15,20 196:9
196:12 197:8
**sample** 48:7
129:24 184:17
186:18 188:15
190:12,25 191:1
194:1
**samples** 126:13,15
129:22 185:3
**sanderson** 2:10
**saw** 16:13 22:22
43:25 44:1,12,13
44:15,16 57:21
58:6 61:1 62:18
62:19,23 63:1,1,9
65:12,12,13 67:22
85:22 86:4,9,14
87:12 91:5 137:19
139:7,25 158:25
179:20 184:8
**saying** 19:8 47:23
58:5 67:5 112:18
124:25 154:18
160:17,21 174:19
175:3 176:15
190:19 191:21
199:12
**says** 16:9 27:14
61:8,21 62:11
66:23 74:6,6
85:23 109:5
110:23 111:3
115:14 120:1
133:21 142:22
144:10 145:5
147:7 151:19
154:11,14,15

160:24 185:11
189:5 191:19,23
192:1,2,5,7 193:16
195:12,21,21
200:9
**scales** 167:18
**school** 88:18
**science** 58:1 87:25
97:7,21 98:25
**scientific** 144:3,5
187:9
**scientist** 186:14
199:11
**scope** 110:23
**scott** 2:9 11:3,23
12:1
**scott's** 9:12
**scramble** 170:19
**screen** 12:12 54:8
60:18 107:21
113:16
**scroll** 12:21 54:10
199:24
**scrolling** 16:9
**se** 21:25
**seal** 37:4,5,8,12
38:15 204:9
**sealed** 39:10
**sealing** 36:20
37:10 38:19
**sean** 2:16 53:15,17
88:13 201:22
202:4 206:1
**search** 24:1,15
113:7
**searching** 53:5
**second** 15:8 17:15
29:14 31:22 33:15
60:19 70:6 100:5
101:9 109:4
110:23 113:7,8,14

131:16 133:12
134:5 171:22
186:2 188:3,4,23
190:5
**secondary** 132:20
133:20
**section** 16:9 112:3
**sedra** 72:21
**see** 12:11 43:10
44:4 47:24 51:21
54:6,11 56:7 58:4
60:17,19 61:8
63:5,14 71:22
77:5 80:18 81:11
81:14 82:8,9,15
84:13,23 85:3,5,10
88:11 100:4 102:9
105:4 107:20
108:10 111:21
113:16 129:15
139:17 140:5,19
140:20,20 142:21
143:10 148:17
152:17,19 164:7
169:13 172:6,8
175:22 178:18
179:4 184:1
188:12 189:4,7
190:13 191:1
192:1,1,9,20 194:2
195:5 196:15
198:8 199:5 200:6
200:7
**seeing** 125:2
**seen** 12:20 13:1
14:17,19 54:15,22
59:5 63:15 67:20
70:6 82:13,14
86:1,11 87:1
96:24 156:20,22
157:3 175:21

183:14 200:1,2
**segment** 48:19,23
**segments** 48:22
**selecting** 138:19
**selenium** 6:13,13
**self** 124:11,13
**sell** 22:19 26:24
27:2
**selling** 141:11
**send** 24:25 48:2
67:2 81:4 91:9
94:8 129:24
197:22 200:22
**sending** 69:5 83:3
83:7 171:9
**sense** 62:8 113:13
159:2 186:12
196:3
**sent** 5:23 16:13
67:5 69:6,25 73:4
73:5,14 83:2
84:14,15 93:14
126:16 155:12
174:1 206:14
**separate** 82:19,20
118:11,12,17
119:2 128:11
132:15
**september** 189:5,6
189:10,13,17,18
**service** 8:21
111:22 121:5
131:1
**services** 3:23
18:17 19:21 29:6
29:25 30:2,5
100:22 101:3,4
106:17 107:5
111:1 119:21,22
181:21 182:8,14

**serving** 50:20
193:1,1,13 194:11
**session** 166:1
**sessions** 98:10
**set** 15:16 20:18
38:1 110:15 114:8
124:14 126:12
135:18 203:1
**seven** 43:9 84:25
110:19
**seventies** 46:15
47:9
**sfr** 117:4
**shandong** 3:17
17:20 19:12
139:14,23
**shannon** 1:4
**share** 24:12 59:21
**sharing** 54:8
**sheet** 3:6 24:20,21
25:2 40:13 41:16
118:11,12,25
121:20,22 126:19
135:18 140:19
206:11
**sheets** 25:17
**shelf** 20:18 28:3
**shell** 38:9
**ship** 130:8
**shoot** 95:12
**shop** 29:2,3 35:24
159:1
**show** 53:9 74:7
79:3,7,17 83:8
92:24 131:11
132:10 143:16
163:11,12 166:5
170:21 173:2
186:2 188:1,19
191:15,18 193:20
194:1 198:22

199:18
**showed**  60:24 61:2
66:20 87:9 88:4
171:1,2 174:15
184:9
**showing**  63:3
191:16
**shown**  178:18
182:25 183:13
**shows**  131:24
191:7
**side**  22:23 55:7
**sign**  126:20 170:25
206:12
**signature**  3:7
204:13 205:18
**signed**  116:19
170:25 206:20
**signing**  129:18
203:4
**signs**  160:24
**silica**  35:10
**silicone**  34:16
**similar**  100:22
101:3
**similarly**  1:6
94:17
**simple**  137:17
**simultaneously**
8:2
**sincera**  100:18
**single**  45:9 155:3,3
**sit**  33:20 36:3
170:20 183:24
**site**  11:9,15 52:9
96:1 169:18,19,19
169:20,21 185:22
190:22
**sitting**  38:18 53:24
87:22 126:14
184:22

**situated**  1:6
**six**  46:19 164:23
**size**  96:18 129:17
**skip**  109:4 110:22
140:3,4
**sleet**  32:14
**slide**  163:11,11
**slides**  164:13
**slightly**  35:14
**slow**  26:9,15 53:12
134:15
**slowly**  12:21
**small**  24:3 123:18
129:12
**smothers**  163:4
**snap**  37:12,12
**sobrien**  2:16 206:2
**soft**  26:22 38:8
94:22,24 105:24
105:24
**software**  137:1,9
138:6
**sold**  190:14
**solutions**  1:9 2:8
3:13,16 4:6 22:23
23:4,12,13 69:10
69:11 108:8
206:23
**somebody**  20:18
47:12 53:14 56:5
56:25 74:1 124:22
**somebody's**
185:21
**somewhat**  75:20
**soon**  171:2
**sop**  20:12 109:12
113:25 114:1
115:14,16,24
117:3,13 120:1
**sophisticated**
150:14

**sops**  78:11 92:3,3
92:16,17 115:20
124:16 177:7
197:23 198:2,3
199:16
**sorry**  9:19 18:20
21:7 22:11 26:10
39:22 41:25 44:23
49:8 53:14 69:18
86:24 87:16 89:14
107:2 115:13
131:24 134:13
141:23 183:8
191:20 195:7
**sort**  54:25 90:1
**sound**  8:11
**sounded**  176:21
**sounds**  23:17
113:19 179:6,16
196:17
**southern**  1:1
**speak**  8:2 10:16
18:23 19:8 29:18
70:25 71:19 96:20
138:6
**speaking**  8:8
28:13 29:10,17
35:21 51:25
104:24 106:22
139:24 159:7
169:17 194:20
**spec**  132:19,20
133:21 168:9,12
173:11
**specific**  22:2 29:1
36:6 38:25 50:6
64:10 73:1 81:17
92:16,20 94:2
98:14 109:12
112:2 127:15
144:12 159:14

164:15 197:7
**specifically**  17:11
22:3 23:17 56:11
64:7 71:11,20
92:13 93:4,15
95:7 97:17 98:7,8
121:9 135:2,12,13
151:4 158:6 161:4
175:22 188:19
**specification**
25:24 121:4,13,15
121:20,22,22
132:15 133:14
145:10 173:2,3,7
173:20 175:1
**specifications**
103:25 122:2
133:3 172:16,21
173:13 174:9,17
174:21,23 175:2
175:16 176:5
177:25 178:8
**specs**  121:9,11
175:8 178:9,10,11
178:21,25
**spectra**  168:17,20
168:24,25
**spectrum**  163:12
**speed**  15:17 51:13
71:25 77:9 107:12
111:21 124:10
170:17
**spell**  102:22
**spelled**  19:13
42:11
**spelling**  17:23
**spoke**  122:10
123:10,11 154:23
154:24,25 178:2
**spreadsheet**
135:17 137:4,7,8

**[spreadsheet - supplements]**

137:15 138:2
ss 27:5,8,22,22,23
  28:13,15 34:13
  135:23 143:9,19
  145:18 204:2
stability 28:9 29:6
  30:2,5 93:6
  187:21
stabilize 26:6
stable 26:20 27:25
  29:1 30:19 31:6
  143:13,13,19
  145:3
stabley 27:2
stages 115:12,15
  115:17
stand 56:24 77:15
  104:4 114:1
standard 28:10
  33:2 65:3 92:4
  107:22 114:2,4
  131:5 196:23
  197:1,5,14
standards 92:2
  129:6,9
stands 27:23 81:1
start 8:14 20:16
  83:3 91:23 92:1
  111:20 168:12
  171:3 173:21
  176:19 186:5
  188:22 194:20
  196:1
started 18:10
  19:15 46:17 72:15
  83:5,6,7 103:5
  104:21 110:12
  169:14 173:17
starting 61:5
  78:14 104:13
  124:22

starts 164:23
startup 107:8
state 1:23 5:13
  118:24 135:2
  204:2,6,14
statement 179:19
  184:24 186:21
states 1:1 84:3
  104:5 161:11
status 67:15
staying 40:9
stearate 34:17
  35:9
stenographic
  205:9
stenographically
  205:4
step 25:12,12
  34:21,23 114:6
  133:13,24 134:18
  138:1,1
steps 25:23
stick 124:17
stomach 28:1
stop 61:24 62:1,4
  66:24,25 69:5
  88:16 168:10
stopped 181:17
storage 28:4,22
  31:25 185:11
  190:20 195:1,10
store 82:17 185:12
  185:23
stored 28:18 82:16
  88:2 184:18
  186:15 190:21,22
  190:23 196:13
storing 190:8,18
straight 190:16
straightforward
  119:12

street 2:11
strength 174:18
strengths 118:1
strike 18:21
  106:16 132:5
  141:4 149:10
  153:24 158:5
  180:2
stringent 47:19
stroke 184:24
studies 186:4
  187:10,17
studying 187:21
stuff 8:21 15:20
  20:18 22:24 25:10
  27:17 31:10 35:5
  44:18 47:24 63:11
  63:16 64:10 68:22
  71:8,23 72:20
  73:6,14 77:12
  79:8 83:9 87:1
  88:1 91:7 92:10
  93:19 94:1,16
  117:18 122:18
  124:6,22 125:20
  128:9 158:16
  171:9 177:12
style 38:9
subpoena 10:4
  197:19,20 198:19
  198:22,22
subpotent 190:5
  190:19,24
subscribed 208:14
subsection 113:25
  115:14 119:7
  120:1,1,8 121:4
  122:9
substance 89:18
  96:12,16 142:24
  201:20

subtract 189:18
sufficient 168:4
  185:6
suing 13:18 14:4
  14:17 15:15 51:13
  56:18 87:18
suite 2:11,18
sunset 100:18
sup 195:15,18
super 175:25
supervise 65:15
  70:16 71:11
supervision
  205:11
supplement 29:6
  30:3 33:9 48:15
  64:6 85:14 87:9
  88:5 92:13 98:15
  99:21 117:22
  126:7 131:25
  133:3 135:12
  144:9,10 145:6
  149:9,14,16,19
  151:8 154:1,5
  157:22 172:16
  174:6 184:11
  195:20
supplemental 41:9
  90:21 144:16
  147:20 194:4,6
supplements 35:2
  38:6 48:18,23
  94:19 97:17 98:7
  98:8 106:3 119:22
  119:24 122:12
  125:17 126:1
  137:3 138:24
  158:4 167:22
  174:19 175:4
  176:14 184:9
  186:4,25

supplied  119:12
supplier  17:8,14
  17:20 18:6,11,16
  19:11,14,14,18,22
  20:2,15,23 21:13
  24:20 46:6,11
  47:6 48:2,10
  49:10,17,18 94:23
  95:6 111:3 114:10
  121:11,12,16,19
  128:9 139:1,6
  140:1,9,15,23
  141:5 154:23
  174:23,25
supplier's  41:3
  47:14,16
suppliers  20:1
  49:7 50:6,16
  111:9 138:19,21
  140:12 146:5
supply  1:11
supplyside  98:10
support  119:7,9
  119:11,12,19,21
  119:21 120:7
  131:1,1 185:14
supposed  40:7,25
  41:12 66:21 67:15
  67:15 112:13,19
  124:18 155:20
  168:10,13
sure  6:9 7:17 8:8
  10:9 12:1 13:23
  19:17 21:9 22:21
  22:21 24:21 35:16
  35:24 36:1 39:7
  40:9,14 43:4
  45:11 48:9,13,21
  50:4 56:9 57:6
  60:10,20 64:23
  65:9 66:14 68:1

69:2,14 70:5,18
71:9,17 72:2,12
75:10 85:11 88:23
91:16 99:7,22,22
106:5,7 107:13
120:12 122:17
125:9,12 126:21
129:18,21 132:21
132:22 139:9
140:2 161:7 162:9
177:22 179:12
180:16 184:5
188:11 193:22
195:1 198:18
202:7
surgeon  59:18
surprise  45:15,19
surprised  45:20
susceptible  185:19
suspect  87:19
switch  20:1,23
sworn  5:4 204:8
  208:14
system  20:13,14
  20:19 46:12 47:14
  47:15,17,21 48:1
  49:23 50:2 63:21
  66:15,16 78:2,16
  78:24 114:10,20
  116:20,21,22,25
  117:1,3,4 122:1,16
  135:9 158:13
  160:7 163:7 167:5
  175:7 176:2
system's  178:22
systemic  184:10
  184:14
systems  15:16
  73:22 80:11
  126:12 158:20
  160:3 166:18

177:6,21 199:13
199:13,14,15

**t**

t  168:24 207:3,3
table  7:7
tables  105:23,24
tablets  38:9
  105:22
tabulated  127:13
take  7:8,9,10 8:9
  29:14 34:20 36:20
  36:23 37:11 55:18
  59:1,4 60:7 63:13
  80:13 81:14 88:19
  88:24 89:6 95:9
  98:13,14 110:16
  129:23 142:19
  150:20 153:11
  167:20 180:10,16
  182:11 189:23
  192:12 194:19
taken  1:21 60:11
  95:14 98:6 107:12
  153:14 180:21
takes  166:14
talk  28:12 71:3,4
  71:21 72:16
  138:17
talked  10:6 138:9
  148:15
talking  23:20
  26:12,13 35:1
  39:20 44:8 64:4
  68:3 74:21 101:25
  102:23,25 117:12
  146:18 198:2
talks  26:18 88:11
tampa  2:12
tara  163:3,4
target  193:9

taught  66:16,16,17
  66:17,18
teach  50:2
tech  131:1
technical  119:7,9
  119:11,18
technically  51:25
  157:25 162:6
  194:20
technology  53:13
tecum  3:12
tell  6:7 32:10 62:6
  66:24 67:10,12
  68:21 71:15 74:7
  100:5,6,13,14
  112:24 183:25
  198:14 200:23
telling  6:24 14:3
  193:19
tells  25:8,9 32:22
  40:4,5,14 41:11
  130:4 136:22
  140:14 190:4
  194:25
temperature
  36:13 38:17 190:9
ten  60:8 101:21
tend  169:20
term  127:23
terminated  76:19
  182:8
terminology  48:19
terms  108:11
  109:23 144:3,5
  151:6 152:25
  154:5
terrible  134:12
test  25:24 32:16
  33:2,5 42:9 47:24
  48:8,9 49:21
  62:19,19,23 63:1

78:12 86:4,17
114:9 121:23,23
126:19 130:1,20
133:12 155:2,16
156:7,8 184:23
186:16,19 189:8
194:15
**tested** 83:4 126:16
145:20 178:24
184:16,17,20
185:3 186:24
188:15,20 189:7
189:14,20 191:19
191:22 192:3,14
194:16 195:12
**testified** 5:4 45:14
153:21
**testify** 58:24 60:3
61:9 64:15
**testifying** 7:1 32:3
59:25 60:1 61:11
61:13,15,19,21
**testimony** 32:3
55:11 56:14 57:1
206:9,18 208:8
**testing** 41:15,18
42:3,19 43:3,16,18
43:21 44:15 45:9
45:14,23 46:1
83:1 84:4,4 86:1
87:2,3,8,10,17
88:4 121:25 122:2
122:7 124:8,9
126:17,24 127:16
129:24 130:18
155:1,12 156:21
157:17 168:2
182:24 183:4,10
183:13 184:8,15
186:1 188:2,3,11
191:7,9

**tests** 131:24
132:10 143:16
157:2
**thank** 6:1 10:17
18:2,4 19:3 20:24
25:1 27:11 29:22
33:21,23 42:17
84:1 91:11 94:9
113:17 142:17
148:23 153:8,10
156:10 167:9
182:21 196:20
200:8,20,25 201:1
202:21 203:3
**theirs** 114:18
**theoretically**
192:16
**theory** 49:5 167:4
**thing** 13:17 16:13
17:1 24:1,4 36:11
41:6 48:3 52:23
62:6 64:11 71:18
73:13 79:9 85:2,8
90:1 94:1 107:9
111:17 117:6
118:2 129:5
130:17 132:14,18
133:17,23 140:11
148:15 153:18
161:25 164:1,16
166:13 167:11
173:21,25 177:19
183:9 185:22
190:25 193:24
196:3 199:10,24
**things** 22:5,25
29:1 34:22 36:10
37:14,16 39:12
43:7 51:16 55:15
56:3,5,5 57:14
63:3 64:1 66:8

71:5,7,14 78:6,6
78:16 81:3,8
82:16 84:19 96:16
97:14 101:5 104:1
116:7 124:8,9
125:3 130:24
131:21 136:5
176:2 178:10
179:21 186:20
187:25 188:20
190:4 200:11
**think** 11:7 12:24
14:7 24:24 49:15
50:19 52:8,17
54:22 57:22 62:18
62:18,19,21 64:13
64:16,17 67:1
70:6 74:11 75:23
78:23 83:15 86:8
86:8 88:23 90:6
91:1 94:15,21
96:1 101:20
102:16,23 111:24
117:25 118:23
122:10 125:14,14
138:20 139:25
148:7 151:4
153:20 154:20
156:15 161:15
163:5,16,18
171:19 172:6
176:9 179:15,19
182:22 187:5,7
188:6 196:22
198:19 199:19
201:21,25 203:1
**thinking** 81:13
199:11
**third** 94:19 111:3
111:9 155:12

**thought** 66:10,11
73:17 89:16 187:3
**thousand** 101:21
**thousands** 52:25
101:25 117:12
**three** 11:8 22:5,5
28:16 32:18 33:17
44:13 67:10 85:11
127:19 136:5
141:10 144:17
146:5 152:17,23
194:11
**tight** 47:21
**time** 6:19 7:5,10
16:22 47:7 52:6
52:10,11 59:21
62:14,17,20,24,25
63:8,16,25 64:3,16
64:19,24 65:6
67:16,16 68:4
71:3 74:22 80:10
85:10,14 88:13,19
95:25 98:2,3
103:15,20 104:18
109:25 111:11
117:25 137:21
146:19,21 158:23
160:18 162:22
163:2 169:20
170:11,12 171:12
172:20 174:12,15
177:3,7 178:17
179:2,20 180:8,17
183:3 196:17
200:20,21,23
203:2 206:19
**timeframe** 206:8
**times** 145:17
**timing** 185:6
**tiny** 117:16 172:6

**title** 114:19
**today** 7:5 13:16
23:22 58:12
127:20
**told** 32:23,25 49:2
54:24 56:19,19
61:14 66:19,25
74:12 75:5,11
84:7,18 86:8
87:20 90:20 91:9
127:17 133:9
178:7 179:2
**ton** 180:17
**top** 13:7 37:4
108:5 142:7
**topic** 38:5 77:4
**topics** 98:11
**torque** 37:7
**tosylate** 27:7
28:15 135:24
136:10 142:22
144:12 145:11,23
146:14 147:1,6,7
147:15,20 148:8
148:11 150:16
153:2 154:2,12
161:18 162:2
187:18,18 192:8
192:10 193:2
194:3,13 195:22
196:8
**total** 40:6
**totally** 14:8 23:2
122:17
**touched** 111:24
182:22
**tough** 47:8
**traceability**
128:16
**track** 92:9

**tract** 143:21,25
**trade** 149:23
**trailing** 41:22
**train** 166:1,4,9,17
167:2
**trained** 166:9,16
166:23 167:1,16
**trainer** 166:2
**training** 97:12,13
97:24 98:5,10,12
98:15,20,21 99:1
162:15,16,17,21
163:6,7,13 164:3,9
165:8,15,18,23,24
165:25 166:1,12
166:15,24,25
**trainings** 97:16
**transcribing** 8:5
**transcript** 205:6
205:10 206:6,20
208:5,8
**transfer** 27:1
**transport** 27:2
**treating** 59:16
**tried** 127:7
**tries** 65:5
**troll** 128:2
**trouble** 62:7 64:22
65:1 67:17 71:8
125:19 130:23
**trucking** 127:9
**true** 27:15 40:18
71:18 79:8,10,11
84:20 101:24
102:2 112:22
129:5 130:17
136:19 154:3
167:23 175:3,11
176:4 177:2 205:8
208:8

**truly** 132:19
**trust** 84:7
**truth** 6:24
**truthfully** 173:16
**try** 7:9 19:8 29:18
36:3 43:6 48:7
50:1 71:16,25
110:4 116:23
117:14 153:12
179:10 188:4
198:8
**trying** 9:14 15:3
19:5 21:19 33:25
64:23 84:17 94:15
99:17 103:24
118:23 123:20
125:3 132:7 153:8
163:3 173:20
174:16 187:3,21
**tunnel** 37:8
**turf** 187:12
**turkey** 55:21
**turn** 146:22
**turned** 69:2
**twists** 48:11
**two** 13:6 16:23
21:4,10 27:24
46:4 50:11 70:5,6
84:15 85:10 86:9
93:9,22,24 97:24
118:1 159:10,15
160:20,21,22
166:3,7 184:22
187:3 189:20,24
190:4 191:2
192:16 193:5
195:25 201:22
**type** 96:11 99:11
101:18 128:12
**types** 22:6 37:23

**typical** 7:20 73:6,7
150:3,4
**typically** 99:11
151:6

### u

**u** 83:25
**um** 93:11 111:2
121:2 124:1
142:23 152:9
**underneath**
147:22
**understand** 6:22
7:13,14 9:14 14:4
14:5 22:16 23:7
26:14 31:4 44:11
57:8 67:4 69:13
77:21,23 81:20
90:6 93:7 95:8
132:7 134:10
146:17 150:5,15
151:22 158:12
164:17 173:10
174:16 178:4
193:12 198:17
200:15
**understanding**
13:15,24 14:2,10
15:12 20:8 45:8
54:20 57:13 61:18
136:8,14 150:13
152:4 157:1
164:11 174:4
175:15 180:3,8
182:1,12 194:10
197:4
**understood** 7:16
76:4 103:17 109:3
113:23 134:2
136:9 159:22
170:6 174:14
175:24 184:5

193:10 197:12 199:17
**underweight** 168:3
**unfortunately** 49:25
**unit** 161:8
**united** 1:1 84:3 104:5
**universe** 106:9
**university** 97:8,9 97:22
**unknown** 31:2 76:7,8
**unlucky** 174:5
**unquote** 52:1 78:20 104:1
**unrelated** 21:25
**unstable** 26:5,6 28:1 29:8 37:16 196:18,19
**update** 67:16 82:23 120:7 122:10
**updated** 122:15 123:19
**updates** 121:5
**use** 8:20 22:21 34:15,16,18 36:20 37:23 38:5,14 47:5,6,11,23 48:6 49:2,7,11,23 92:6 92:8 97:21 99:5 102:9 112:2 121:20,21 128:13 137:15 140:8 143:9,9 145:1,9 150:25 189:6 199:12
**useless** 98:23

**usp** 99:18 103:18 103:19,22 104:3,4
**usually** 33:1 37:3 40:10 59:11 81:3 81:17 132:14 150:20 177:8 193:7

**v**

**v** 206:4 207:1 208:1
**valenca** 73:17 74:13 75:5,12 180:4
**varies** 99:19
**various** 97:13,13 98:11 99:13
**vb** 3:19,21 140:4 142:11 164:24,24 164:25 165:1
**vendor** 20:14 46:14 72:24 85:4
**vendors** 83:5 85:3
**verbalize** 7:19,22 57:21
**verbally** 57:22
**verify** 132:20 155:8 161:13 206:9
**veritext** 206:14,23
**veritext.com.** 206:15
**version** 160:15,16 160:17,20,20,22
**versions** 160:16
**videoconference** 1:18 204:7
**view** 55:14 58:3
**violation** 156:9 157:19
**virtual** 1:14

**vita** 100:19
**vitamin** 46:22,24 46:25 103:10 106:24
**vitamins** 1:9 2:8 3:13 4:5 22:8,16 22:18,20,20,25 23:7,10,11 24:13 28:21 31:18 32:17 34:25 42:4 46:20 46:22 48:25 50:7 53:3 61:22,23 63:7 65:22 67:5 67:24 69:6,12 80:14 82:1 84:18 85:25 88:3 91:3 91:18 93:3,14 94:11 95:22 100:22 101:4,9 105:1 106:11,18 106:23,25 107:1 110:1 112:7 114:11 115:2,16 117:9,24,25 118:12 119:23 121:6 122:12 129:1 133:3 135:25 137:2 144:23 145:6 148:4 151:5 152:5 156:13 157:8 160:1 162:16,19 164:3 165:9,16 168:18,20,23,25 170:8 174:5 180:1 181:3 184:12 190:12,13,14 197:16 200:3 202:11,15 206:4 207:1 208:1

**volume** 16:22 19:2 47:10 62:9 173:22 173:23 176:1
**vs** 1:8

**w**

**wait** 29:14 31:22 31:23,23,23 33:20 66:22 173:6,9 195:19
**waiting** 53:25
**waived** 203:4
**walmart** 79:6 112:24
**want** 6:8 17:17,17 20:17 21:2,3 37:10 42:11 44:23 49:16 51:19 58:16 58:19 60:2 61:4 62:9 72:4 76:12 81:3 85:2 88:16 88:19 89:3 97:1 100:1 110:25 123:9 125:22 127:22 139:17 153:18,20 158:20 160:18 163:15,25 164:2 168:16,17 171:22 181:22 182:23 183:15,18 186:1,3 188:1 191:16 195:6 196:22 198:7 199:25 201:12,24
**wanted** 15:21 24:3 46:19,24 49:7,10 65:9 69:1 72:17 72:23 102:14 105:6 144:18 165:24 178:17,18 196:21 202:7

**warehouse** 30:16
82:20 128:11
169:25 196:15
**warehouses** 30:15
**watch** 170:20
184:1
**watched** 169:22
**water** 28:16 34:14
38:14
**way** 1:10 14:23
25:4,7 26:21 32:6
32:9 34:5 36:6
37:20 43:13 47:2
50:1,16 65:8
72:22 78:15,16
81:13 82:17 105:9
109:15 110:12,20
121:23,23 124:20
125:4 126:20
131:25 141:1
150:25 151:15
162:8,12 170:19
173:22 185:13,24
196:6 198:8,25
**ways** 150:24
195:25 196:1
**we've** 115:6
180:12 196:22
197:18
**website** 101:21
**week** 24:16 84:25
91:15 109:24
110:4,7,10,14,18
125:19 182:19,19
**weekly** 71:22
123:12,17 125:1
181:11 182:16,17
**weeks** 13:6 67:10
181:15,16
**weigh** 167:17

**weighing** 167:11
167:13
**weight** 40:5,6,8,9
147:7 167:22
168:4,9,12
**weights** 122:18
129:14,15 130:23
130:24 167:19
**went** 16:17,20
21:18 44:18 85:10
91:8 110:9 113:8
131:13 164:13
170:23,24 173:3
**west** 2:11 98:11
**weston** 5:16 43:9
**wexler** 2:17
**whichever** 152:23
**whoa** 26:8,8,8
**willing** 55:23
**wilson** 1:4
**witness** 3:2,5,6,7
3:13 5:3 6:15 8:19
9:5,11,21 10:2,14
11:25 12:4 13:10
13:13 14:2,16,19
15:14 16:1 17:24
18:3,5 19:5 20:4
20:11,22 22:13
25:14,17 26:10,13
26:17 27:12 28:15
28:24 29:21 30:8
30:10 31:2 32:6,9
32:21 33:13,19,24
34:4 35:4 36:25
37:2,25 39:18,22
40:20 41:5 42:7
42:13,15,25 43:6
43:18 45:1,11,17
46:8 49:10,20,25
50:21 51:11 53:14
53:20,22 54:1,12

54:23,25,25 55:3,4
55:11,13,14 56:2
56:16 57:5,19
61:6,13,14 62:16
62:18 64:9 66:3
68:5,12,14 69:24
70:12 71:3 73:20
74:4,23,25 76:2,5
76:16 82:4,8
83:25 84:2,12,23
85:16 86:4,19,25
87:12 88:7,9
89:20 90:1,15,15
90:18,23 91:21
92:16,23 94:21
95:5 96:11,15
98:17,19 100:25
102:22,25 103:4
104:17,20 106:24
107:1,8 108:18
112:9,15 115:5,19
116:2 117:3
118:23 121:2
122:6 126:3,10
127:3 129:8
130:14 132:13
134:7,10,13,15,25
135:7 136:2,12,18
136:22 137:12,14
137:24 139:5,14
140:11 141:25
143:8 144:5,14,25
146:5,22 147:5,19
148:7,24 149:4,16
149:21 150:8,18
151:11,18 152:14
153:4 154:9 155:6
155:15,23 156:7
156:15 157:5,11
157:25 158:11,15
160:3,6 161:11,22

162:6 165:18
166:12 167:16
168:8 172:1,23
173:6 175:6 177:1
178:6 179:10
181:7 182:4 183:3
183:19,23 184:6
184:14 185:9
186:7 187:20
188:9,12,14
191:12,21 197:1
197:20 198:1,12
198:16,21 199:1,4
200:22 202:19
204:1,7,9 205:5,9
206:8,10,12,19
**wolf** 1:4
**word** 160:12
**words** 25:18 28:1
73:4,24 115:20
151:7,14 152:22
162:1,19 174:6,12
174:22 177:14
181:10 193:11
**work** 19:17 22:1
23:19 34:3,4 48:8
50:2,25 51:3
52:25 73:25 75:8
76:7 78:16 84:8
91:17,18,19
100:15,15,16,17
100:18,18,19,19
101:10,18 103:16
105:15 106:15
108:15,16 109:20
110:1,1,6,24
120:25 123:14,23
124:4 130:10
159:21 168:17
169:2,4 173:22
181:3 182:18

187:12 202:11
**worked**  15:20
  30:16 48:10 66:3
  66:4,5 72:6,8
  73:18 74:15 75:5
  75:7,16,24 76:3
  77:1 78:7,8,9
  100:10,12,13,14
  100:14 101:16
  102:17 103:18,20
  103:21 104:14
  166:19 187:12
**working**  11:10
  46:18 67:17 72:11
  96:2 101:10 138:5
  138:6 166:8,23
  177:15 179:7,17
  180:23 199:6
**works**  20:12 48:12
  80:24 129:9
  143:18 146:17
  147:19 149:21,24
  158:13,24 166:1
**world**  47:16 48:20
  77:22 81:10
**worries**  12:3
**worth**  62:10 80:9
**wrap**  180:13
**write**  73:1,3 75:12
  75:14 133:20
  174:24
**writes**  78:11,11
**writing**  73:10 81:8
  108:21
**written**  95:2 108:7
  157:7
**wrong**  15:5 51:8
  63:14 119:15,16
  130:25 131:10,12
  131:13 132:22,23
  158:1 179:16

195:23
**wrote**  73:12,13
  170:24

**x**

**x**  3:1 4:1
**xml**  137:9,12

**y**

**yeah**  9:11 12:13
  13:13 16:2,13
  17:12 18:19 19:17
  19:19 24:10 25:14
  29:11 33:16 39:20
  41:24 44:9,11,16
  46:3 52:22 58:2
  61:20 62:17,25
  63:25 67:22 69:10
  69:11 70:12 71:21
  75:2 78:23 80:20
  84:12 85:21 86:12
  88:15 89:7,12
  90:17 91:11 95:5
  95:13 97:4 99:5
  99:10 100:3
  101:15,23 102:3
  103:2 105:18
  107:22,23 108:9
  108:14 110:8
  113:3,15 115:4
  116:18 117:24
  122:14,22 125:18
  126:4 127:21
  128:5 131:7 134:8
  137:13 138:16,18
  139:25 140:7
  141:17 142:20
  151:11 152:14
  154:25 159:19
  161:13 162:8,17
  163:5,8 164:22
  166:6 167:16

168:25 169:1
171:13 172:12,13
172:14 175:6,19
175:23 176:25
180:9,17,18 181:7
187:11 189:12
190:1 191:3,14,21
194:21 196:11
197:6 198:10
201:17
**year**  62:3 67:1
  69:25 70:1 102:1
  120:18 156:16
  189:22 190:2,8
**years**  6:20 66:9
  73:25 104:21,21
  105:13 169:4,5
  184:22 189:20,24
**yep**  69:8 108:6
**yield**  40:25
**york**  2:5,18 103:6

**z**

**z**  103:14
**zero**  196:6
**zimetech**  100:20
**zoom**  3:12

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.