# EXHIBIT 8

# EXHIBIT 8

# DEPOSITION OF THOMAS CHAPMAN

# REDACTED

# DESIGNATED CONFIDENTIAL