# EXHIBIT 9

# EXHIBIT 9

# DEPOSITION OF CYNTHIA VALENCA

# REDACTED

# DESIGNATED CONFIDENTIAL