IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-22702-KMW

CORI ANN GINSBERG
NOAH MALGERI
KALYN WOLF
BILL WILSON
SHANNON HOOD
ERIC FISHON
ROBERT MCKEOWN, on behalf of themselves
and all others similarly situated,

                Plaintiffs,

vs.

VITAMINS BECAUSE LLC
CT HEALTH SOLUTIONS LLC
GMAX CENTRAL LLC
ASQUARED BRANDS LLC
INSPIRE NOW PTY LTD d/b/a BoostCeuticals
HEALTHY WAY RX LLC
KHAKIWARE INC.
JOLLY DOLLAR SUPPLY COMPANY, LLC

                Defendants.
_____

## **DECLARATION OF BRENDAN H. LITTLE**

1. I am partner with the law firm Lippes Mathias LLP, counsel for Defendant aSquared Brands, LLC ("aSquared") in this lawsuit.

2. I submit this Declaration in support of aSquared's motion for summary judgment pursuant to Fed. R. Civ. P. 56.

3. On August 29, 2019, I was admitted to appear pro hac vice on behalf of aSquared. (Doc. 25).

4. A copy of documents GMAX498-499, GMAX503, and GMAX932-935, which

were produced by Defendant GMAX Central, LLC ("GMAX") in response to Plaintiffs' request for production of documents, are attached hereto as Exhibit A.

5. A copy of Kalyn Wolf's deposition transcript is attached hereto as Exhibit B.

6. A copy of Bill Wilson's deposition transcript is attached hereto as Exhibit C.

7. A copy of Robert McKeown's deposition transcript is attached hereto as Exhibit D.

8. A copy of Shannon Hood's deposition transcript is attached hereto as Exhibit E.

9. A copy of Noah Malgeri's deposition transcript is attached hereto as Exhibit F.

10. A copy of Dr. Douglas Kalman's ("Kalman") expert report and supporting documents is attached hereto at Exhibit G.

11. A copy of Kalman's deposition transcript is attached hereto as Exhibit H.

12. A copy of Kalman's errata sheet is attached hereto as Exhibit I.

13. A copy of Dr. Nathalie Chevreau's expert report is attached hereto as Exhibit J.

14. A copy of Kalman's rebuttal report is attached hereto as Exhibit K.

15. Plaintiffs never notice aSquared for a deposition in this lawsuit.

16. I declare under the penalty of perjury that the foregoing is true and accurate.

Dated: February 8, 2022

/s Brendan H. Little
Brendan H. Little, Esq.