# EXHIBIT A

**GMAX0498-0499; GMAX0503; and GMAX0932-0935 have been designated confidential and are being filed redacted**