# EXHIBIT C

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                    MIAMI DIVISION
 3            Civil Action No. 1:19-CV-22702-KMW
 4
 5   CORI ANN GINSBERG, NOAH MALGERI,
     KAYLYN WOLF, BILL WILSON,
 6   SHANNON HOOD, ERIC FISHON, and
     ROBERT MCKEOWN, on behalf of
 7   themselves and all others
     similarly situated,
 8
                    Plaintiffs,
 9   vs.
10   VITAMINS BECAUSE, LLC; CT HEALTH
     SOLUTIONS, LLC; GMAX CENTRAL;
11   INSPIRE NOW PTY, LTD d/b/a
     BOOSTCEUTICALS, ASQUARED BRANDS,
12   LLC; HEALTHY WAY RX, LLC;
     KHAKIWARE, INC., and JOLLY
13   DOLLAR SUPPLY COMPANY, LLC,
14                  Defendants.
     _____/
15
16
            VIDEOCONFERENCE DEPOSITION OF BILL WILSON
17
                 Monday, November 22, 2021
18
                  12:30 p.m. - 3:22 p.m.
19
20                   Videoconference
21                 La Mesa, California
22
              Stenographically Reported By:
23        Tracie Thompson, RDR, CRR, FPR-C, TX CSR
              Registered Diplomate Reporter
24            Certified Realtime Reporter
              Florida Professional Reporter
25          Texas Certified Shorthand Reporter
```

Page 2

```
1              A-P-P-E-A-R-A-N-C-E-S
2  On behalf of Plaintiffs:
3     Kantrowitz, Goldhamer & Graifman, P C
       747 Chestnut Ridge Road
4     Chestnut, NY  10977
       866-703-2539
5     BY: JAY I BRODY, ESQ
       jbrody@kggla com
6
7
     On behalf of Defendant Vitamins Because and CT Health
8  Solutions:
9     Johnson Daboll Anderson, PLLC
       2011 W  Cleveland Street
10    Suite F
       Tampa, FL  33606
11    813-680-1835
       BY:  DAVID S  JOHNSON, ESQ
12    djohnson@jdalegal com
13
14 On behalf of Defendant ASquared Brands:
15    Lippes Mathias, LLP
       50 Fountain Plaza
16    Suite 1700
       Buffalo, NY  14202
17    716-853-5100
       BY:  SEAN M  O'BRIEN, ESQ
18    sobrien@lippes com
19
20 On behalf of Defendant GMAX Central, LLC NusaPure:
21    Arnall Golden Gregory
       1775 Pennsylvania Avenue
22    Suite 1000
       Washington, DC  20006
23    202-677-4030
       BY:  RICHARD J  OPARIL, ESQ
24    richard oparil@agg com
25
```

Page 4

```
1          (Continued)
2
3               EXHIBITS
4  Number          Description          Marked
5  Exhibit 6     Plaintiff's Second        94
                 Supplemental to
6                Defendant ASquared
                 Brands, LLC's Requests
7                for Production of
                 Documents to Bill
8                Wilson
9  Exhibit 7     Plaintiff's 35,           95
                 Plaintiff's 36, and
10               Plaintiff's 37
11 Exhibit 8     Rule 26 Disclosures      104
12
13 (Reporter's Note:  Exhibits retained by Mr. O'Brien.)
14          * * * * * * *
15
     Certificate of Oath             106
16 Certificate of Reporter           107
     Read and Sign Letter to Witness      109
17 Errata Sheet (forwarded upon execution) 110
18
19
20
21
22
23
24
25
```

Page 3

```
1              I-N-D-E-X
2  WITNESS      DIRECT   CROSS  REDIRECT RECROSS
3  BILL WILSON
4  By Mr. Johnson    5      100
5  By Mr. Oparil          55
6           * * * * * * *
7
8
9            E-X-H-I-B-I-T-S
10 Number        Description          Marked
11 Exhibit 1    Defendant Vitamin        65
               Because and CT Health
12             Solutions Amended
               Notice of Taking
13             Deposition by Zoom
14 Exhibit 2    Complaint                78
15 Exhibit 3    Plaintiff's Responses    86
               to Defendant ASquared
16             Brands, LLC's First
               Set of Interrogatories
17             to Bill Wilson
18 Exhibit 4    Plaintiff's Second       88
               Supplemental Responses
19             and Objections to
               Defendant ASquared
20             Brands, LLC's First
               Set of Interrogatories
21             to Bill Wilson
22 Exhibit 5    Plaintiff's Responses    91
               to Defendant ASquared
23             Brands, LLC's request
               for production of
24             documents to Bill
               Wilson
25
```

Page 5

```
1  Thereupon,
2  the following proceedings began at 12:30 p.m.:
3       THE COURT REPORTER:  Due to the current
4  Florida Supreme Court Administrative Order, the
5  parties will stipulate that the court reporter
6  may swear the witness via videoconference and
7  that the witness has verified that he is in fact
8  BILL WILSON.
9       If anyone has an objection or does not
10 stipulate, please so state.
11      (Pause)
12      Hearing none, Mr. Wilson, would you please
13 raise your right hand?
14           BILL WILSON,
15 having been first duly sworn testified as follows:
16      DIRECT EXAMINATION
17 BY MR. JOHNSON:
18   Q   Mr. Wilson, good afternoon, our time, good
19 morning, your time; is that right?
20   A   Yes.
21   Q   My name is David Johnson.  I represent CT
22 Health Solutions and Vitamins Because in a class
23 action lawsuit, or purporting a class action lawsuit
24 that is pending down in the Southern District of
25 Florida.
```

Page 6

1    Do you understand your deposition is being
2 taken today in that case?
3    A   I do.
4    Q   Okay.  Do you understand that you are a
5 plaintiff in that case?
6    A   I do.
7    Q   Okay.  What do you understand your role to
8 be as a plaintiff in this case?
9        MR. BRODY:  Objection.  Vague.
10 BY MR. JOHNSON:
11   Q   You can answer.
12   A   My role is to -- well, is to be the class
13 representative for -- to bring this case against --
14 I'm sorry, I was stumbling on my words.  I'm here to
15 represent everybody that bought the product that was
16 apparently misrepresented.
17   Q   What product?
18   A   SAM-e.
19   Q   From who?
20   A   I purchased it on Amazon.
21   Q   Do you know who you purchased it from, what
22 retailer?
23   A   I do.  I don't have it in front of me, but
24 I have the receipts.
25   Q   When you say you have the receipts, what

Page 7

1 are you referring to?
2    A   The Amazon receipts.
3    Q   Do you have actual credit card receipts for
4 your purchases?
5    A   Not in front of me, no.
6    Q   Do you have access to credit card receipts
7 for your purchases?
8    A   Not that I'm aware of.  I haven't
9 personally seen them, but I know I paid for them.
10   Q   Did you pay for the purchases that we're
11 here about, the SAM-e, by credit card?
12   A   Debit card.
13   Q   Did you go back and try and locate your
14 debit card receipts or statements for the purchase of
15 the SAM-e which were the subject of this lawsuit?
16   A   I did go back to look briefly and did not
17 come up with them.
18   Q   Okay.  When did you do that?
19   A   That was a couple months ago.  I don't know
20 the exact time.
21   Q   A few months ago?
22   A   Yeah, it's been going on for awhile.
23   Q   Is there a way for you to identify what
24 card that you used to purchase your product from?
25   A   Is there a way to -- yeah, there's one card

Page 8

1 assigned to Amazon, yes.
2    Q   Okay.  What's that card?
3    A   What do you mean what's that card?  What
4 are you asking?
5    Q   Is it American Express?  Is it Discover?
6 Is it Visa?
7    A   Visa debit card.
8    Q   What are you looking at right there to give
9 me that answer?
10   A   My Visa card.
11   Q   Do you have the same Visa debit card today
12 that you had when you made the purchases for this
13 lawsuit?
14   A   I believe so.  It's been a while.  I
15 believe it's the same card.
16   Q   What bank is that debit card through?
17   A   It's through Wells Fargo.
18   Q   What's the card number that you just looked
19 at.
20   A   Give me a second.  I can't see it.
21   A   ███████ 3829.
22   Q   That's a Wells Fargo debit card?
23   A   That is correct.
24   Q   Okay.  And, again, I apologize, do you
25 think that's the same account that you used to make

Page 9

1 your purchases of the product that are subject of
2 this lawsuit?
3    A   I'm positive it's the same account.  I just
4 don't know if it's the same card.
5    Q   Okay.  Do you know who the manufacturer of
6 the product is that you purchased that's the subject
7 of this lawsuit?
8    A   I do.  I don't have it in front of me and I
9 don't have it off the top of my head, but I have that
10 information.
11   Q   How do you have that information?
12   A   From the receipts from Amazon through
13 communication with my attorney.
14   Q   So I'm distinguishing between the retailer
15 that you bought it from and the manufacturer of the
16 product.
17       Do you know the difference between those
18 two, if there is one, with regard to the product that
19 you purchased?
20       MR. BRODY:  Objection to the form.
21       THE WITNESS:  Do I know the difference
22   between a manufacturer and a distributor?  Yes.
23 BY MR. JOHNSON:
24   Q   So the receipts that you're referring to
25 from Amazon for your purchases that are the subject

1 of this lawsuit, do you believe it shows the retailer
2 or the manufacturer?
3      MR. BRODY:  Objection to the form.
4      THE WITNESS:  I believe it shows both.
5 BY MR. JOHNSON:
6   Q   Okay.  When is the last time you looked at
7 the Amazon receipt?
8   A   When I sent it to my attorney.  That was
9 many, many months ago.
10   Q   When you say you sent it to your attorney,
11 are you talking about Mr. Brody or somebody else
12 who's representing you in this lawsuit?
13   A   Mr. Brody.
14   Q   I'm sorry, we were talking over each other.
15   A   I'm sorry.  Mr. Brody, yes.
16   Q   That was a couple months ago?
17   A   Many, many months ago.
18   Q   Can you approximate how many months ago?
19   A   Whenever this process started, which has
20 been probably a year, I imagine.
21   Q   Do you know when the lawsuit was filed in
22 this matter?
23      MR. BRODY:  Objection to the form.
24      THE WITNESS:  Not off the top of my head,
25 no.  I mean, I'm aware of it.  He's kept me in

1 contact.  I just don't know off the top of my
2 head.
3 BY MR. JOHNSON:
4   Q   Okay.  The lawsuit alleges that you made
5 your first purchase of SAM-e on May 15th of 2018.
6      Does that sound right to you?
7      MR. BRODY:  Objection to the form.
8      THE WITNESS:  It does.
9 BY MR. JOHNSON:
10   Q   What do you remember about that purchase?
11   A   Remember -- well, initially, I started
12 using this supplement -- I bought it locally here
13 and -- based on -- a friend had suggested it to me.
14 And then after I used it for awhile, I decided to try
15 and find it online to maybe get it a little bit
16 cheaper or whatever, and that's what I did.
17   Q   Did you find it cheaper online?
18   A   I believe it was a little bit cheaper.
19 That's why I ordered it online, on Amazon.
20   Q   Any other reason?
21   A   No.
22   Q   Do you remember the product, the SAM-e
23 product, that you purchased prior to purchasing the
24 product online?
25      MR. BRODY:  Objection to the form.

1      THE WITNESS:  I don't recall the
2   manufacturer, but I bought it here at the local
3   Sprouts.  Was it Sprouts?  Yeah, Sprouts.  I
4   don't know the manufacturer.
5 BY MR. JOHNSON:
6   Q   Okay.  How long had you been purchasing
7 SAM-e before you made your purchases online that are
8 the subject of this lawsuit?
9   A   Two months.
10   Q   Do you remember the name brand of the SAM-e
11 you were purchasing prior to the ones you purchased
12 that are the subject of this lawsuit?
13   A   No.
14   Q   Do you remember anything about the bottle
15 that you purchased on May 28, 2015 that's the subject
16 of this lawsuit?
17      MR. BRODY:  Objection to the form.  Vague.
18      THE WITNESS:  Do I remember anything about
19   the bottle?
20 BY MR. JOHNSON:
21   Q   Yeah.
22   A   Not particularly, no.
23   Q   Can you describe it at all?
24   A   It's what I would call a typical vitamin
25 bottle.  That's about it.

1   Q   Were there any characteristics about the
2 bottle itself that stuck out at you?
3   A   There was -- let me think -- other than the
4 general descriptions and the amount of the item that
5 was said to contain, that's about it.
6   Q   You're talking about the label there,
7 right?
8   A   Yeah.
9   Q   I'm actually asking you about what do you
10 remember about the actual bottle that you received
11 after you purchased it.  If you don't remember, it's
12 fine to tell me you don't remember.
13   A   Yeah, I don't really recall exactly what it
14 looked like.
15   Q   Okay.  Let's focus on the label then.
16      Tell me what you remember about the general
17 statements or the description that was on the label.
18   A   Nothing stands out specifically except for
19 the amount of the product that is supposed to be in
20 the bottle or in the capsule.  Other than that, I
21 didn't really pay attention too much other than that.
22   Q   When you say "amount," what are you
23 referring to?
24   A   The dosage per capsule based on what I had
25 already been taking from the local facility that I

4 (Pages 10 - 13)

1  was getting it at.  So I was comparing it to that.
2  It was the same amount as I was already taking from
3  the local facility.
4      Q   Okay.  What was that amount, do you
5  remember?
6      A   I don't right off the top of my head, no.
7      Q   Do you still take SAM-e?
8      A   I don't now, no.
9      Q   When did you stop?
10      A   It was -- I started not feeling the same
11  effects as I had previously.  I had bought a higher
12  amount on Amazon, which was like the 1,500 milligram
13  or whatever, and so I wasn't feeling the same effects
14  as I was previously to the stuff that I was getting
15  locally, so I just stopped taking it.
16      Q   Okay.  You stopped taking it all together
17  or did you start going to the Sprouts and buying it
18  again?
19      A   I stopped taking it all together.
20      Q   When is the last time you took SAM-e?
21      A   At least a year ago.
22      Q   Do you have any plans to take SAM-e again?
23      A   I might.  I'm a little bit concerned.  I
24  thought it was more regulated than apparently it is.
25  I'm a little concerned about getting exactly what I

1  was looking for.
2      Q   Do you take any other supplement right now?
3      A   I am not, no.
4      Q   Do you know what 5-HTP is?
5      A   I do.  I'm aware of it because --
6          MR. BRODY:  Mr. Wilson, can you repeat your
7  answer because you froze there.
8          THE WITNESS:  Understood.  I'm aware of the
9  product because I have taken it before.
10  BY MR. JOHNSON:
11      Q   Okay.  What did you take that for?
12      A   To supplement my diet.
13      Q   Why did you stop taking that?
14      A   I didn't say I stopped taking that.
15      Q   Oh, I thought I asked you if you were on
16  any supplement currently.
17      A   No.
18      Q   You're not currently on any supplements?
19      A   No.
20      Q   Do you consider 5-HTP to be a supplement?
21      A   Yes, I do.  I'm sorry, I misunderstood.  I
22  am not taking any supplements.  I stopped taking
23  5-HTP and -- yeah.
24      Q   When did you stop taking 5-HTP?
25      A   At least a year ago.

1      Q   Why did you stop?
2      A   It was about the same time as I stopped --
3  SAM-e.
4      Q   For the same reasons?
5      A   Yeah, I just stopped taking them.
6      Q   What's the reason you stopped taking them?
7      A   I didn't want to take them anymore.
8      Q   For what reason?
9      A   Because I didn't want to take them anymore.
10      Q   That's the most you can tell me about that?
11      A   That's all there is to tell you about that.
12      Q   Okay.  Were you taking any other
13  supplements besides SAM-e and 5-HTP?
14      A   No, sir.
15      Q   The initial bottle of the SAM-e that you
16  purchased in May of 2018, did you take all of the
17  product?
18      A   Yes.
19      Q   Did you retain the bottle?
20      A   I don't know if I retained that bottle, but
21  I have a bottle from the three purchases.  I'm not
22  sure if it's the first bottle or 1 of 3.  But I have
23  one of the bottles, yes.
24      Q   Let's cover that real quick.
25          So you made three purchases of SAM-e as far

1  as I understand it from the complaint; is that right?
2      A   I believe that's the case, yes.
3      Q   The way I read your complaint is the first
4  one you purchased was May 15th of 2018.
5          Does that sound right to you?
6      A   Sounds correct, yes.
7      Q   The second purchase you made was on July 16
8  of 2018.
9          Does that sound correct?
10      A   Sure.
11      Q   Then the third one is October 27th, 2018.
12          Does that sound correct?
13      A   I think so.  That's the one -- I think it
14  was a higher dosage on that particular one, I
15  believe, if I recall correctly.
16      Q   All right.  Where is the bottle currently
17  that you kept?
18      A   In my possession.
19      Q   Is it with you today?
20      A   It's in my house, yes.
21      Q   Okay.  Can you get it?
22      A   Sure.
23      Q   Okay.
24      A   Do you want me to get that right now?
25      Q   Yes, if you would, please.

1     A    Okay.  I got it.
2     Q    Can you hold that up to the screen so we
3 can see it.  You're kind of in a dark room, or it
4 looks like you're in a dark room.
5         Okay.  That's a SAM-e, 1,500 milligrams,
6 NusaPure; is that correct?
7     A    It appears so.
8     Q    So that bottle right there still has
9 product in it?
10    A    It does.
11    Q    Okay.  Have you given any of that product
12 from that bottle to anyone?
13    A    No.
14    Q    Have you given it to your lawyers?
15    A    No.
16    Q    Have you given it to any experts?
17    A    No.
18    Q    Have you ever had it tested anywhere?
19    A    No.
20    Q    Have you had anybody ask you to send that
21 product to them?
22    A    No.
23    Q    Do you know a person named Doug Coleman?
24    A    Not off the top of my head, no.
25        MR. BRODY:  Objection to the form.

1 BY MR. JOHNSON:
2     Q    Do you know who any of the experts that are
3 have been retained in this case?
4         MR. BRODY:  Objection to the form.
5         THE WITNESS:  No, that's up to my lawyers.
6 BY MR. JOHNSON:
7     Q    I'm asking you if you know.
8         Do you know --
9         MR. BRODY:  Objection to the form.
10        THE WITNESS:  No.
11 BY MR. JOHNSON:
12    Q    When did you first get involved in this
13 lawsuit, do you remember?
14    A    I don't remember the exact date, no, but it
15 was quite a long time ago.  Maybe a year ago.
16    Q    Tell me how that came about, that you got
17 involved in this.
18        MR. BRODY:  Objection to the form.
19        Go ahead and answer.  I'd caution the
20    witness not to reveal any communication that you
21    might have had with any attorneys in the case.
22 BY MR. JOHNSON:
23    Q    Go ahead.
24    A    That was, like I said, probably a year ago
25 at least.

1     Q    Tell me how it came about that you got
2 involved in this.
3     A    There was an e-mail blast of some sort that
4 had some indication that there was a concern about
5 this product and I replied to it.
6     Q    Do you have that e-mail?
7     A    Not that I am aware of, no.
8     Q    Do you have your reply to that e-mail?
9     A    I didn't reply to the e-mail, no.  I went
10 to a website.
11    Q    Okay.  When you went to the website, do you
12 remember which website it was?
13    A    No.
14    Q    Did you submit information through that
15 website about your interest in the product or the
16 lawsuit?
17    A    I believe I did, yeah.
18    Q    Did you fill out some kind of online form?
19    A    I'm sure it had to be something like that
20 so they had my information to contact me.
21    Q    Did you keep any of the information that
22 you submitted through that website?
23    A    No.
24    Q    Do you still have access to that website?
25    A    I have no idea.  I don't even know what the

1 website is.
2     Q    Have you ever been involved in any other
3 lawsuit other than this one?
4     A    I have not.  I have been a part of a class
5 action suit before, but not as a primary member.  You
6 know, it was like I joined on to a class action suit
7 before where like I got a coupon for 25 cents or
8 whatever it was.  I've never participated in a suit
9 like this before, no.
10    Q    I need to ask you a couple questions just
11 to clarify that.
12        So in this case you understand that you're
13 a class representative?  We have talked about that?
14        MR. BRODY:  Objection to the form.
15        THE WITNESS:  Yes, I do.
16 BY MR. JOHNSON:
17    Q    In the lawsuit that you described, the
18 other class action, you were not a class
19 representative; is that fair?
20    A    Yes.
21    Q    How did it come about that you were willing
22 to be a class representative in this lawsuit, do you
23 know?
24        MR. BRODY:  Objection to the form.
25        THE WITNESS:  Based on the communication

6 (Pages 18 - 21)

Page 22

1    from that -- based on the initial communication
2    from the website.
3  BY MR. JOHNSON:
4    Q   Tell me what you remember about that
5  website, any names, any information.  What do you
6  remember?
7    A   All I remember is that it was a website
8  that had potentially concerning situations for
9  different products that might lead to a class-action
10 lawsuit or a participant in that.  So that's
11 basically it.
12   Q   After you went to the initial website, you
13 submitted something.
14      What happened after that?
15   A   I was contacted by my lawyer.
16   Q   When you say your lawyer, do you mean Mr.
17 Brody?
18   A   I do.
19   Q   At that point in time did you tell Mr.
20 Brody that you had SAM-e product that you had
21 purchased?
22      MR. BRODY:  Objection to the form.  I'll
23   object to this because it calls for
24   attorney-client communication.  I would advise
25   the witness not to answer the question if it

Page 23

1    would require revealing any communications
2    between an attorney and himself.
3      MR. JOHNSON:  Okay.  We're going to take
4    that issue up with the judge, but I'm not going
5    to fight about it right now.
6  BY MR. JOHNSON:
7    Q   Have you ever spoken to any of the other
8  class representatives in this lawsuit?
9    A   No.
10   Q   Do you know who any of them are?
11   A   No.
12   Q   Do you know who any of the defendants in
13 this lawsuit are?
14      MR. BRODY:  Objection to the form.
15      THE WITNESS:  No.
16 BY MR. JOHNSON:
17   Q   So this lawsuit was filed in June of 2019.
18 The product that you just showed me that you have,
19 you purchased on October 27th of 2018, according to
20 your complaint.
21      Is there a reason that you didn't have any
22 of that product that you currently have in your
23 possession tested?
24      MR. BRODY:  Objection to the form.  Calls
25   for an expert answer or for a legal answer.

Page 24

1      MR. JOHNSON:  Counsel, just object to the
2    form of the question.  I don't need your leading
3    or coaching the witness.
4      MR. BRODY:  Objection to the form.
5      MR. JOHNSON:  Just as you were told in the
6    hearing last week by Judge Torres, object to the
7    form of the question.
8      MR. BRODY:  I think I did.
9      You can answer, to the extent you know.
10     THE WITNESS:  What's  the question again?
11 BY MR. JOHNSON:
12   Q   Why didn't you have any of the product that
13 you currently have that's subject to this lawsuit
14 tested?
15      MR. BRODY:  Same objection.
16      THE WITNESS:  I rely on my lawyers for all
17   that.
18 BY MR. JOHNSON:
19   Q   Okay.  When did you hire your lawyers?
20   A   A year ago, at least.
21   Q   Well, this lawsuit was filed more than a
22 year ago.
23   A   Yeah.
24   Q   You were a named plaintiff in this lawsuit
25 that was filed back on June 28 of 2019.

Page 25

1      When did you hire your lawyer?  Was it
2  before June 28 of 2019?
3    A   I would say that it would be before the
4  suit was filed for sure.  I just don't recall the
5  exact date.
6    Q   Do you understand the nature of the
7  allegations in this lawsuit with regard to the SAM-e
8  product?
9      MR. BRODY:  Objection to the form.
10     THE WITNESS:  Yes.
11 BY MR. JOHNSON:
12   Q   What do you understand the allegations are
13 with regard to the product?
14   A   The product was misrepresented on the label
15 on the bottle.
16   Q   In what respect?
17   A   In the amount of material that's in each
18 capsule.
19   Q   You have capsules in your possession right
20 now that you've purchased and you haven't bothered to
21 test them to determine whether your product that you
22 have in your possession meets the label statements
23 for active ingredients.
24      Is that fair?
25      MR. BRODY:  Same objection as before.

7 (Pages 22 - 25)

Page 26

1    Asked and answered.
2 BY MR. JOHNSON:
3    Q    You can answer.
4    A    I've already stated, I rely on my lawyers
5 for all of the testing information.
6    Q    Okay.  Before you got involved in this
7 lawsuit, and before you went to that website, did you
8 believe you had a product -- your SAM-e product was
9 somehow defective?
10       MR. BRODY:  Objection to the form.
11       THE WITNESS:  I had noticed that the
12    effects were not the same as they were before so
13    I wasn't surprised.
14 BY MR. JOHNSON:
15    Q    What did you attribute that to?
16       MR. BRODY:  Same objection.  Calls for
17    expert answer.
18       THE WITNESS:  I don't know what I
19    attributed that to.  It wasn't the same effect
20    as I had before.
21 BY MR. JOHNSON:
22    Q    So the first purchase of SAM-e that you
23 purchased, the information I have is that you
24 purchased 90 capsules at a 500-milligram daily dose.
25    Does that sound right to you?

Page 27

1    A    The first purchase on Amazon, yes.
2    Q    Was that the same dose of SAM-e that you
3 were taking before that first purchase that you were
4 buying from Spouts?
5       MR. BRODY:  Objection to the form.
6       THE WITNESS:  Yes, sir.
7 BY MR. JOHNSON:
8    Q    You took all 90 capsules that you purchased
9 out of that first Amazon purchase, fair?
10    A    Yes.
11    Q    Then you made a second purchase on July 16
12 of 2018, right, based on your complaint?
13    A    Correct.
14    Q    And based on your complaint, it's my
15 understanding that that also was 90 capsules at 500
16 milligrams.
17    Does that sound right?
18    A    Sounds right to me.
19    Q    And you took all of that SAM-e, correct?
20    A    That's correct.
21    Q    And then on October 27 of 2018, you made
22 another purchase through Amazon of SAM-e and this
23 time you bought the bottle that you have there, which
24 is the N1500 milligrams; is that right?
25    A    That's correct.

Page 28

1    Q    Why did you increase the dose between July
2 16, 2018 and the purchase on October 27, 2018?
3       MR. BRODY:  Objection to the form.
4    Misstates the prior testimony.  Misstates the
5    record.
6 BY MR. JOHNSON:
7    Q    You can answer.
8    A    I wasn't feeling the same effects as I was
9 previously, so I thought that I would up the dose.
10 Maybe I was getting -- for some reason I wasn't
11 getting the same effect, so I upped the dose.  Which
12 turned out to be just three pills instead of just one
13 pill.  It's the same pill.  It's just take three of
14 them instead of one of them.
15    Q    So on your first two purchases that we were
16 talking about, did you take one pill on a daily basis
17 or did you take more than that?
18    A    I took one.
19    Q    One per day so I understand?
20    A    I believe so.  My recollection is one per
21 day.
22    Q    When you went to the third purchase on
23 October 27, which was 1500 milligrams, how many of
24 those pills did you take per day?
25    A    Well, I started to take three of them.

Page 29

1    Q    And why did you stop?
2    A    Again, I wasn't feeling the same effect so
3 I just kind of stopped taking them.
4    Q    Okay.  What did you attribute the fact that
5 you weren't feeling the same effects to?
6    A    I didn't know at that point, so I stopped
7 messing with it.
8    Q    Why did you keep that product?
9    A    It was just in the cabinet at the time that
10 I found out about this particular -- it was just in
11 the cabinet.  At that point I hadn't thrown it away
12 or done anything with it.
13    Q    Okay.  So at the time you went to the
14 website -- let me ask you this:  Before you saw the
15 website or the e-mail or whatever blast you saw about
16 this website, did you believe, in your mind, that
17 there was something wrong with the SAM-e that you had
18 purchased?
19    A    I did.  That's why I bought the
20 higher-milligram product because I wasn't getting the
21 same effect.  So I thought something was going on.
22    Q    Did you think there was something going on
23 with the product or something going on with you or
24 either one of those?
25       MR. BRODY:  Object to form.

8 (Pages 26 - 29)

Page 30

1    THE WITNESS: I thought the product at that
2 time. Previously I thought that stuff was more
3 regulated. You know, that I would get what I
4 was paying for. And it started not to feel the
5 same way, so I stopped taking all of it. I
6 didn't trust it, so I stopped taking it.
7 BY MR. JOHNSON:
8    Q   Did you begin not to trust it as a result
9 of the website that you went to or before you first
10 saw that website information?
11    A   It was before that. It was before --
12 that's why it was on the -- that's why I still had
13 this on the shelf, is because I stopped taking it and
14 left it on the shelf.
15    Q   I don't want to put words in your mouth.
16 If I understand what you're telling me, you increased
17 the dosage of SAM-e from 500 milligrams a day to
18 1,500 milligrams a day, and you didn't feel the same
19 effects that you had felt prior.
20    Is that fair?
21    A   I didn't feel the same effects as I had
22 prior from before I went to the 1,500 milligrams.
23    Q   Okay.
24    A   And then I don't recall why I stopped. I
25 just stopped taking the -- after I got the 1,500

Page 31

1 milligrams, I took half the bottle or whatever, and I
2 stopped taking it. I was concerned about the effects
3 previous to this last bottle that I bought.
4    Q   What was giving you cause to question the
5 product?
6    A   Not getting the same effect as I had
7 before.
8    Q   What did you attribute that to?
9    MR. BRODY: Objection. Asked and answered.
10    THE WITNESS: I believe I already answered
11 that.
12 BY MR. JOHNSON:
13    Q   I don't think you have so just indulge me.
14    MR. BRODY: Objection to the form.
15    THE WITNESS: I didn't feel the same
16 effects. I thought either the product or --
17 yeah, I thought it was the product.
18 BY MR. JOHNSON:
19    Q   By thinking it was the product, you were
20 thinking the product didn't have the same amount of
21 active ingredient as the product you had bought prior
22 from Sprouts.
23    Is that fair?
24    MR. BRODY: Objection to the form.
25 BY MR. JOHNSON:

Page 32

1    Q   You can answer.
2    A   I didn't know it was the amount of product
3 in it. Possibly the quality of the product because I
4 started to question where I was getting the stuff
5 from. Amazon -- obviously, I was trusting Amazon,
6 but it appears that it's not controlled, obviously
7 regulated, or any of that kind of stuff. So I kind
8 of stopped taking everything.
9    Q   Despite the fact that you had the product
10 sitting right there at your fingertips for all of
11 these years, you haven't sent it out to have it
12 tested by anyone.
13    Is that fair?
14    MR. BRODY: Same objection as the one asked
15 previously. Asked and answered.
16    MR. JOHNSON: Just object to the form.
17 BY MR. JOHNSON:
18    Q   You can answer it.
19    MR. BRODY: You asked this question, did
20 you not?
21    MR. JOHNSON: Your objection is to the form
22 of the question just like Judge Torres told you
23 last week.
24    MR. BRODY: I am objecting to the fact that
25 you asked it before.

Page 33

1    MR. JOHNSON: You can object to the form of
2 the question. That's the objection you have.
3 BY MR. JOHNSON:
4    Q   Mr. Wilson, you can answer the question.
5    MR. BRODY: You can answer it one more
6 time.
7    THE WITNESS: Give me the question again,
8 please.
9 BY MR. JOHNSON:
10    Q   Yeah.
11    So you believed, as far as I understand
12 your testimony, you stopped taking product because
13 you believed there might have been something wrong
14 with the product, either the quality or something
15 about the active ingredient.
16    You had the product but you never sent it
17 out to be tested; is that right?
18    A   I was not asked to do so.
19    Q   Did you think to do it on your own?
20    MR. BRODY: Objection to the form.
21 BY MR. JOHNSON:
22    Q   You can answer.
23    A   I did, no.
24    Q   I'm sorry, you did or you did not?
25    A   No is the answer to your question.

9 (Pages 30 - 33)

Page 34

1   Q   Okay.  As you sit here today, do you have
2   any information that the product that you purchased,
3   either one of the three purchases that you've made,
4   that that product did not meet the label statement?
5       MR. BRODY:  Objection to the form.  Calls
6   for expert answer.
7       THE WITNESS:  Based on the testing that my
8   lawyer has done, yes.
9   BY MR. JOHNSON:
10  Q   Okay.  What testing has your lawyer done?
11      MR. BRODY:  Objection to the form.
12      Again, I'd caution the witness not to
13  reveal any attorney-client communications.  You
14  can answer to the extent you don't reveal any
15  communications.
16      THE WITNESS:  I rely on my lawyer for
17  testing.
18  BY MR. JOHNSON:
19  Q   Do you have any independent knowledge of
20  any testing that was done on any SAM-e product?
21      MR. BRODY:  Objection to the form.
22      THE WITNESS:  Do I have any knowledge of
23  independent -- no.
24  BY MR. JOHNSON:
25  Q   Okay.  The bottle that you have in front of

Page 35

1   you from NusaPure, do you remember what the website
2   said on Amazon about that product before you made
3   that purchase?
4       MR. BRODY:  Objection to the form.
5       THE WITNESS:  No.
6   BY MR. JOHNSON:
7   Q   After you made the purchase and you became
8   concerned that there might be something wrong with
9   the product, did you go back to the Amazon website
10  and look at what it said about that product?
11      MR. BRODY:  Objection to the form.
12      THE WITNESS:  I've been to that website for
13  this product a number of times, yes.  I don't
14  recall what exactly I found at that point, but I
15  know I went back to it, yes.
16  BY MR. JOHNSON:
17  Q   The Amazon printout that we received for
18  your purchase of the NusaPure product, when is the
19  last time that you looked at that?
20  A   A year ago.
21  Q   Do you recall seeing something on that
22  printout from Amazon that said that that NusaPure
23  purchase, there's 100 percent money back guarantee?
24  Do you remember seeing that?
25  A   I do not.

Page 36

1   website, do you recall seeing that?
2   A   At this point, I do not recall that, no.
3   Q   Do you recall that before you made your
4   initial purchase from NusaPure through Amazon, that
5   they had that on the Amazon website, the hundred
6   percent money back guarantee?
7       MR. BRODY:  Objection to the form.
8       THE WITNESS:  I believe I did see that at
9   one point, now that I recall, but yeah.
10  BY MR. JOHNSON:
11  Q   So when you were dissatisfied with the
12  product for any reason, for whatever reason, why
13  didn't you go and take advantage of the hundred
14  percent money back guarantee through NusaPure?
15  A   I don't know.
16  Q   Did you try to do it?
17  A   I did not.
18  Q   Why not?
19  A   I don't recall.  I think I just stopped
20  taking the stuff, whatever, you know.
21  Q   Okay.
22  A   Too much hassle than it was worth at that
23  point.
24  Q   Your first two -- so taking advantage of

Page 37

1   100 percent money back guarantee through Amazon was
2   too much of a hassle?
3   A   I get it.  I just stopped taking the stuff.
4   I wasn't sure --
5   Q   I'm sorry, I don't know what you mean by
6   when you say you get it.
7       What do you mean?
8   A   Say that again.
9   Q   You just made the comment, you said, "I get
10  it."
11      What do you mean by that?  I don't
12  understand?
13  A   I just stopped taking it.  That's all.
14  Q   Did you think to take advantage of the
15  hundred percent money guarantee that was offered
16  through NusaPure through Amazon?
17  A   No.
18      MR. BRODY:  Objection.  Asked and answered.
19  BY MR. JOHNSON:
20  Q   Your first two purchases of the SAM-e that
21  are the subject of this lawsuit were through a
22  company called WeLikeVitamins.
23      Do you recall that?
24  A   I recall the purchases, yes.
25  Q   Do you recall the retailer or distributor

Page 38

1 being WeLikeVitamins?
2   A   I do now, yes.
3   Q   What do you recall about any statements
4 they made or statements on Amazon that caused you to
5 buy their products from Amazon?
6       MR. BRODY:  Objection.  Vague.
7       THE WITNESS:  Nothing.
8 BY MR. JOHNSON:
9   Q   You don't recall any statements at all?
10   A   No.  I believe what it was, it was
11 recommended by Amazon, and I usually trust their
12 recommendations.  And I'm sure that's where I would
13 have got that from.
14   Q   Do you recall having any concerns about the
15 SAM-e that you got from WeLikeVitamins from that
16 first purchase that you made?
17   A   Initially, no.
18   Q   Is that why you ordered from them again a
19 couple months later?
20   A   Yes.
21   Q   After you ordered from them again a second
22 time, you took all of the product, all 90 capsules,
23 right?
24   A   Yes.
25   Q   Were you starting to feel the effects that

Page 39

1 you were referring to during the second bottle of the
2 SAM-e that you were taking?
3   A   I wasn't getting the effects during the
4 second bottle.  That's where I started getting
5 concerned -- not concerned, where I started noticing.
6   Q   When you went back for your third purchase,
7 why did you change from WeLikeVitamins to a different
8 retailer?
9   A   I believe it was the dosage and probably
10 the recommendation from Amazon.  I was looking for a
11 higher dosage.  I thought maybe I was getting used to
12 the effects of the smaller dosage, so I wanted to go
13 for a higher dosage.  It probably was Amazon's
14 recommendation to go with another company.  I didn't
15 knows this company as well.
16   Q   Did you look to see if WeLikeVitamins had
17 their product available in a higher dosage?
18   A   I did not.
19   Q   Do you recall why you decided to go with
20 the NusaPure product versus any other product?
21       MR. BRODY:  Objection to the form.
22       THE WITNESS:  I think it was solely based
23   on the recommendation from Amazon.  I was
24   trusting them.
25 BY MR. JOHNSON:

Page 40

1   Q   When I buy things from Amazon -- I'm
2 familiar with the recommendations that you talk
3 about.  They typically give you several different
4 recommendations.
5       Is that your understanding?
6   A   That's my understanding as well.
7   Q   So what made you chose the NusaPure versus
8 the other recommendations that would been made by
9 Amazon?
10   A   It would have been based on -- I'm sure
11 there was a price difference between the
12 recommendations and also that it was Amazon Prime,
13 because I have Amazon Prime.  I, obviously, wanted it
14 soon.  So that's probably the parameters that
15 affected me.
16   Q   I've reviewed your complaint.  There are no
17 allegations in your complaint that you bought SAM-e
18 from anywhere other than Amazon that is the subject
19 of the lawsuit.
20       Is that your understanding as well?
21       MR. BRODY:  Objection to the form.
22       THE WITNESS:  I am not sure I understood
23   that.  I had bought SAM-e from other suppliers,
24   but not on Amazon.
25 BY MR. JOHNSON:

Page 41

1   Q   That's what I'm trying to get at.
2       There were three purchases that are alleged
3 in the complaint that you made that are the subject
4 of this lawsuit and all three of those were through
5 Amazon.
6   A   Yes.
7   Q   I'm asking you if you made any other
8 purchases of SAM-e that you believe are part of this
9 lawsuit other than those three from Amazon.
10   A   No, sir.
11       MR. BRODY:  Can, with we take a quick
12   five-, 10-minute break?  We've been going for a
13   couple minutes.
14       MR. JOHNSON:  Sure.  It's only been 45
15   minutes.  Sure.  We'll take five minutes.
16 (Thereupon, a short break was taken at 1:12 p.m.)
17 BY MR. JOHNSON:
18   Q   We just took a break.
19       Did you talk to your lawyer during the
20 break, Mr. Wilson?
21   A   Yes.
22   Q   What did you talk about?
23       MR. BRODY:  Objection to the form.  I would
24   caution the witness not to reveal any content of
25   the communications between him and his attorney.

11 (Pages 38 - 41)

Page 42

1      MR. JOHNSON:  Counsel, he's on the stand.
2   That is subject to examination of what he talked
3   to you about while he's under questioning.
4      MR. BRODY:  I don't think so.
5      MR. JOHNSON:  Are you instructing him not
6   to answer that question?
7      MR. BRODY:  I'm instructing him not to
8   reveal the content of the communication between
9   him and his attorney.
10  BY MR. JOHNSON:
11     Q   Mr. Wilson, what did you talk to Mr. Brody
12  about during the break that we just took?
13     MR. BRODY:  Same objection and I'm
14     instructing the witness not to reveal the
15     content of the communication between him and his
16     attorney.
17  BY MR. JOHNSON:
18     Q   Are you going to follow that instruction,
19  Mr. Wilson?
20     A   Sure.
21     Q   Okay.
22     MR. JOHNSON:  We'll bring that issue up to
23     the judge and probably have to come back for
24     that.
25  BY MR. JOHNSON:

Page 43

1      Q   Mr. Wilson, did you take any notes as a
2   result of your conversation that you had with Mr.
3   Brody during the break?
4      A   No.
5      Q   Did you talk about the bottle of product
6   that we were talking about before we took the break
7   that you have in your possession?
8      MR. BRODY:  Same objection.
9   BY MR. JOHNSON:
10     Q   Are you going to follow that instruction,
11  Mr. Wilson?
12     A   Yes, sir.
13     Q   How much product do you have -- how many
14  actual capsules do you have left in that bottle?
15     A   I don't know.
16     Q   Okay.  Do you have the bottle right there?
17     A   I do.
18     Q   Would you count the number of capsules that
19  you currently have in that bottle, please.
20     MR. BRODY:  Objection to the form.
21     THE WITNESS:  34.
22  BY MR. JOHNSON:
23     Q   Mr. Wilson, what do you do for a living?
24     A   I currently am doing construction.
25     Q   What type of construction?

Page 44

1      A   Remodeling.
2      Q   Do you own your own business?
3      A   I do not.
4      Q   Who do you work for?
5      A   Myself.
6      Q   Do you have a business entity that you work
7   through when you're doing remodeling?
8      A   Not currently.
9      Q   When you do a remodeling project for
10  someone, how do they pay you?  Do they write you a
11  check in your personal name, or do they write it to
12  some entity?
13     A   Currently I work for the person who is
14  doing the remodeling.  So they just pay me cash.
15     Q   How long have you been doing that?
16     A   A couple months.
17     Q   What did you do prior to that?
18     A   Prior to that, I worked for Qualcomm
19  Kyocera.  I was distribution manager for the last 20
20  years, I guess.
21     Q   What was the nature of that business?
22     A   The nature of that business was cell phone
23  manufacturer, and I ran distribution for them.
24     Q   Have you ever worked in the supplement
25  industry?

Page 45

1      A   No.
2      Q   What's your last level of education?
3      A   High school.
4      Q   Did you take any post high school courses
5   towards a degree of any kind?
6      A   Not at any college or anything like that.
7   I've had, obviously, training throughout my 20-year
8   carrier at Qualcomm in Kyocera, but not formal
9   education.
10     Q   How old are you, Mr. Wilson?
11     A   I am 52.
12     Q   What is your date of birth?
13     A   ███████.
14     Q   Where do you currently reside?
15     A   ████████████████████████████
16  ███.
17     Q   How long have you lived there?
18     A   Five years, I believe.
19     Q   Who do you live there with, if anyone?
20     A   Nobody.
21     Q   Has that been the case the whole time
22  you've lived there?
23     A   Correct.
24     Q   Okay.  Do you have any friends or family
25  members that you're aware of that take SAM-e?

12 (Pages 42 - 45)

Page 46

1    A   I had an acquaintance that took the
2  product.  They're the one that referred me to the
3  product initially.  I don't remember who that was,
4  but I know it was one of my acquaintances that
5  recommended it to me.
6    Q   Okay.  And when they recommended it, what
7  was the purpose for you deciding to take it?  What
8  was the reason you were deciding to take it?
9    A   It was a mood -- it was for my mood.
10   Q   Anything else?
11   A   No.
12   Q   The bottle of product that you have there
13 in front of you, can you hold that up again, please?
14       What color is that bottle?  It's just hard
15 to see on the screen.
16   A   It's purple.
17   Q   It's got a white cap, we can see that,
18 right?
19   A   Correct.
20   Q   On the bottom, if you flip it over and look
21 at the bottom, can you make out any of the numbers or
22 markings on the bottom?
23   A   There are no numbers or markings on the
24 bottom except for the recycle HCPE or whatever it
25 says.

Page 47

1    Q   Okay.
2    A   Yeah, I don't see any numbers on the bottom
3  that I can tell.
4    Q   How have you stored that bottle since you
5  bought it?
6    A   How have I stored it?
7    Q   Yes.
8    A   Initially it was in a cabinet.  Now it's in
9  a drawer.
10   Q   When you say "it was in a cabinet," just
11 like your medicine cabinet in your bathroom?
12   A   No.  It was in a cabinet in my kitchen.
13   Q   Okay.  Was it a climate-controlled cabinet
14 or anything like that or just a regular kitchen
15 cabinet?
16   A   Just a regular kitchen cabinet.  Climate
17 controlled as far as the rest of the whole house.
18   Q   Okay.  Are you aware that we had a
19 mediation in this case?
20       MR. BRODY:  Objection to the form.
21       THE WITNESS:  I believe I heard something
22    about that, yeah.
23 BY MR. JOHNSON:
24   Q   Did you attend the mediation?
25   A   No.

Page 48

1    Q   Were you asked to attend the mediation?
2    A   I don't recall.
3    Q   Did you know that it was a court-ordered
4  mediation?
5    A   No.
6    Q   Why didn't you attend the mediation?
7        MR. BRODY:  Objection to the form.
8        THE WITNESS:  I don't know.
9  BY MR. JOHNSON:
10   Q   Are you aware of any settlement
11 discussions, if any, that have taken place in this
12 case?
13       MR. BRODY:  Objection to the form.
14       THE WITNESS:  I know there was discussions
15    that my lawyer has taken part in, but
16    specifically for -- no.  No.
17 BY MR. JOHNSON:
18   Q   Do you know of any offers, if any, that
19 were made to the plaintiffs to settle the case?
20       MR. BRODY:  Objection to the form.
21       THE WITNESS:  I'm not aware of any.
22 BY MR. JOHNSON:
23   Q   Do you have an understanding of what your
24 obligations are as a class representative in a
25 lawsuit like this?

Page 49

1        MR. BRODY:  Objection to the form.
2        THE WITNESS:  My responsibilities.  I don't
3     know that I have a solid understanding of my
4     responsibilities, no.
5  BY MR. JOHNSON:
6    Q   So you couldn't tell me anything as far as
7  you understand what your obligations or
8  responsibilities consist of then.
9        Is that fair?
10   A   I'm not sure that I could articulate that,
11 no.
12   Q   Have you ever heard of the company Vitamins
13 Because prior to this lawsuit?
14   A   No.
15   Q   I don't see any allegation in the complaint
16 that says that you purchased any product directly
17 from Vitamins Because.
18       Is that because, to your knowledge, you've
19 never purchased product from a company called
20 Vitamins Because?
21   A   That's my understanding.  I've never heard
22 of that company.  The only reason I'm aware of them
23 is buying it through Amazon.  I didn't search out
24 that company specifically.
25   Q   Have you ever heard of a company called CT

13 (Pages 46 - 49)

Page 50

1 Health Solutions?
2    A   Other than this, no.
3    Q   Have you ever purchased any SAM-e product
4 directly from CT Health Solutions?
5    A   I don't know that I can answer that
6 correctly, because I bought the product from local
7 stores. I don't know what company that was from. I
8 don't know the answer to that.
9    Q   Okay. In this lawsuit we've covered the
10 three purchases you've made that you are alleging
11 give you the basis to be a class representative in
12 this lawsuit, and we've covered the three companies
13 that you bought those from -- or the two companies.
14 One was WeLikeVitamins, two purchases. The third one
15 was NusaPure. There is no allegation or any records
16 that we received that shows that you bought any SAM-e
17 that's subject to that lawsuit from CT Health
18 Solutions.
19        Would you agree that that's true?
20        MR. BRODY: Objection. Vague. I think it
21    misstates the record.
22 BY MR. JOHNSON:
23    Q   You can answer the question.
24    A   I don't know the answer to that question.
25 I don't recall. I don't remember -- sorry, I don't

Page 51

1 have it in front of me the specific companies I
2 bought them from so I don't want to answer
3 incorrectly.
4 BY MR. JOHNSON:
5    Q   Okay. Would you rely on the records that
6 your lawyer has produced in this case as showing who
7 you purchased the product that is the subject of this
8 lawsuit from?
9    A   Absolutely.
10    Q   Would you agree that if those records don't
11 reflect that you bought the product from CT Health
12 Solutions, then you never bought product that is the
13 subject of this lawsuit from CT Health Solutions?
14        MR. BRODY: Objection. Vague and
15    confusing.
16        THE WITNESS: The only company that I
17    bought products from is Amazon. Whoever was
18    attached to that, I don't know.
19 BY MR. JOHNSON:
20    Q   And again, you'll just rely on the records
21 that you've produced from Amazon?
22        MR. BRODY: Objection to the form.
23        THE WITNESS: Correct.
24 BY MR. JOHNSON:
25    Q   If I told you that the SAM-e product

Page 52

1 manufactured by WeLikeVitamins comes in that purple
2 bottle with a white cap that you have in front of
3 you, would you know that if you wanted to buy SAM-e
4 in the future, that you could avoid buying product
5 that comes in a blue or purple bottle with a white
6 cap?
7        MR. BRODY: Object to form.
8        THE WITNESS: I did not know that. I
9    didn't associate that, but okay.
10 BY MR. JOHNSON:
11    Q   If you decided to buy SAM-e in the future
12 and Vitamins Because no longer manufactured SAM-e,
13 would you agree that there's no chance that you're
14 going to buy SAM-e that was manufactured by Vitamins
15 Because?
16        MR. BRODY: Objection to the form.
17    Misstates the record.
18        THE WITNESS: Can you repeat that, please?
19 BY MR. JOHNSON:
20    Q   Yeah.
21        Vitamins Because no longer manufactures
22 SAM-e.
23        Would you agree if that fact is true, that
24 you're not going to buy any future SAM-e products
25 manufactured by Vitamins Because?

Page 53

1        MR. BRODY: Objection to the form.
2        THE WITNESS: That's right.
3 BY MR. JOHNSON:
4    Q   That's correct?
5    A   Yes. If they don't manufacture it, then I
6 can't buy it, right?
7    Q   Exactly.
8        MR. JOHNSON: Let's take another short
9    break. Believe it or not, Mr. Wilson, I think I
10    may be done.
11        MR. BRODY: Sounds good to me.
12        (A short break was taken.)
13 BY MR. JOHNSON:
14    Q   Mr. Wilson, did you enter into a contract
15 or an engagement agreement with Mr. Brody or his law
16 firm for representing you in this case?
17        MR. BRODY: Objection to the form.
18        THE WITNESS: Did I enter into an
19    agreement? Verbal.
20 BY MR. JOHNSON:
21    Q   Okay. Did you sign a written contract for
22 him to represent you in this case?
23    A   I don't recall.
24    Q   Do you maintain a file in your house or
25 wherever you might keep files that you could refer to

14 (Pages 50 - 53)

Page 54

1 as to whether or not you signed an engagement
2 agreement with Mr. Brody or any of the other lawyers
3 in his law firm or office?
4    A   No.
5    Q   If you wanted to find out whether or not
6 you signed an agreement, a written agreement for them
7 to represent you in this case, what would you have to
8 do?
9       MR. BRODY:  Objection to the form.
10      THE WITNESS:  I don't know.
11 BY MR. JOHNSON:
12   Q   You can't think of anything or anywhere
13 that you could go look at?
14   A   All I can recall is that we've had
15 conversations.  I don't recall ever signing anything.
16 That might not be the case.  It's been so long.  I
17 just don't recall ever signing anything.  If I did it
18 would be over -- yeah, I just don't recall.
19   Q   And you don't believe you maintain a file
20 over there with you about documents such as a
21 contract related to this case?
22      MR. BRODY:  Same objection.
23      THE WITNESS:  I do not believe.  I don't
24   have a file that would have anything like that
25   in it.

Page 55

1 BY MR. JOHNSON:
2    Q   Are you aware of any specific offers, if
3 any, that the plaintiffs have made to any of the
4 defendants in this case to settle some or all of
5 this?
6    A   Not to my recollection, no.
7       MR. JOHNSON:  Mr. Wilson, I don't have any
8    more questions.  I appreciate your time.  These
9    other lawyers may have some questions for you.
10      MR. BRODY:  Mr. Wilson, the attorney from
11   Gmax Central will be asking you some questions
12   now.
13          CROSS-EXAMINATION
14 BY MR. OPARIL:
15   Q   I represent Defendant Gmax and the brand
16 name for their product is NusaPure.
17      I wanted just to make sure that we're all
18 clear.
19      You have -- you only made three purchases
20 of SAM-e products that you're making a claim for in
21 this case; is that correct?
22   A   Yes.
23   Q   You bought one May 15, 2018 from
24 WeLikeVitamins?
25   A   I'll rely on the documents, yes.

Page 56

1    Q   You don't have any reason to doubt that
2 date however?
3    A   That is correct, yes.
4    Q   You bought those from Amazon?
5    A   Amazon, yes.
6    Q   Was that product shipped to you in
7 California?
8    A   It was, yes.
9    Q   And then on July 16, 2018, you bought --
10 you had a second purchase from WeLikeVitamins that
11 you bought through Amazon that was shipped to you in
12 California.
13      Is all that correct?
14   A   Yes, sir.
15   Q   Then your next purchase was October 27,
16 2018.
17      That was the NusaPure product, right?
18   A   Yes, sir.
19   Q   You purchased that from Amazon.com; is that
20 correct?
21   A   Yes, sir.
22   Q   That product was sent to you in California?
23   A   Yes, sir.
24   Q   Other than those three purchases, you don't
25 have any other purchase of a SAM-e product that's at

Page 57

1 issue in this case, correct?
2    A   That would be correct, yes.
3    Q   With respect to the product, you testified
4 the Gmax product or NusaPure product, as we can call
5 it, that you have in your possession, you said you
6 had 30 -- you counted out, was it 30 or 32 capsules
7 remaining in the bottle?
8    A   Yes, sir.
9    Q   How many capsules total were in the bottle?
10      MR. BRODY:  Objection to the form.
11 BY MR. OPARIL:
12   Q   When you purchased it.
13   A   I'm reading the label now.  It says 180.
14   Q   All right.  So of the 180, you took all but
15 34?
16   A   It appears so.
17   Q   You said -- strike that.
18      Your first purchase -- your first two
19 purchases, one was in May, one was in July,
20 relatively close in time.
21      Is there a reason why you didn't purchase
22 any additional SAM-e until the end of October,
23 October 27?
24   A   Is there a reason?  No.
25   Q   If you'd take a look at the NusaPure SAM-e

15 (Pages 54 - 57)

Page 58

1 bottle that you have in your possession --
2    A   Yes, sir.
3    Q   -- are there any numbers on the label or on
4 the bottle itself?
5        I know counsel asked you about the bottom
6 and you said there weren't any.
7        Are there numbers on any other part of the
8 bottle that you can tell?
9    A   There's a bar code on the side.
10    Q   Next to the bar code, does it give any
11 batch numbers or lot numbers or expiration dates?
12    A   There's a bar code.  And underneath that is
13 an enumerated line where it tells, I'm assuming, what
14 the bar code is stating.
15    Q   You said an enumerated line.
16        What do you mean?
17    A   Well, there's a readable text underneath
18 the bar code is what I'm trying to articulate.
19        MR. BRODY:  Counsel, can you clarify if
20    you're asking about the bottle or the label and
21    which part of the label specifically?
22 BY MR. OPARIL:
23    Q   Any part of the bottle including the label.
24    A   I'm looking at the label.  There's a bar
25 code.  Underneath the bar code there are letters and

Page 59

1 numbers directly below the bar code.  I don't see
2 anything on the bottom, but my sight is not the best,
3 but I don't see anything on the bottom of the bottle.
4    Q   Do you see any expiration date on the
5 bottle?
6    A   No, sir.
7    Q   Have you provided pictures of that bottle
8 to your counsel?
9    A   I don't recall.
10        MR. OPARIL:  Counsel, we would make a
11    request for quality photographs of that bottle,
12    including of such quality that we can check the
13    bar code.
14        MR. BRODY:  We'll take that into
15    consideration.
16 BY MR. OPARIL:
17    Q   Why on October of 2018 did you decide to
18 purchase the NusaPure product from Amazon instead of
19 somebody else's product?
20    A   Purely to increase the amount that I was --
21 the dosage.
22    Q   Okay.  But why -- my question goes to why
23 the NusaPure brand?  Why not somebody else's?
24    A   The only reason I would have chosen them is
25 because of an Amazon suggestion, recommendation.  I

Page 60

1 usually click right on those for some reason.
2    Q   As you sit here today, you don't have any
3 specific recollection as to why you selected the
4 NusaPure product, correct?
5    A   Other than what I just stated, no.
6    Q   Did you consider -- strike that.
7        Did you look for other products that were
8 on Amazon at that time that were SAM-e to consider
9 for purchase, or did you just click on the NusaPure
10 and buy it?
11        MR. BRODY:  Objection to the form.
12        THE WITNESS:  I would have looked for other
13    products as well.  I didn't really care where I
14    was getting it from.  I thought it was a little
15    more regulated.  Anyway, I went with the
16    recommendation.  I went with -- Amazon Prime and
17    price, obviously are my parameters for selecting
18    what to buy, generally.
19 BY MR. OPARIL:
20    Q   Do you believe you did that NusaPure here?
21    A   Yes, sir.
22    Q   Have you ever posted anywhere any reviews
23 or comments about any SAM-e product?
24    A   No, sir.
25    Q   Do you recall looking at any reviews or

Page 61

1 comments about NusaPure's product?
2    A   No, sir.
3    Q   You indicated that you thought that
4 regulations were different.
5        What did you mean by that?
6    A   I thought that it was a more regulated
7 industry, so I didn't have to worry about
8 specifically who or where -- it was on Amazon.  I
9 thought it said I'm getting this many milligrams, so
10 I can buy from them.  It appears that that's not the
11 case.  So, yeah -- so that's what I was going for.  I
12 didn't care necessarily what company it was coming
13 from.  I thought that 500 milligrams of SAM-e was 500
14 milligrams of SAM-e from another company.
15    Q   Are you familiar at all with statutes or
16 regulations regulating the dietary supplement
17 industry?
18    A   I am certainly not, no.
19    Q   You've never researched that issue,
20 correct?
21    A   Have I ever researched that?  No, I don't
22 think I have.
23    Q   Are you seeking any recovery for yourself
24 in the litigation?
25        MR. BRODY:  Objection to the form.  Calls

16 (Pages 58 - 61)

Page 62

1  for legal expertise.
2      THE WITNESS:  I rely on my lawyer for all
3  that.
4      MR. OPARIL:  Fair enough.
5      I believe that's all e.
6      MR. BRODY:  Thank you, Counsel.
7      Anyone else?
8      MR. O'BRIEN:  Yeah, I have some questions.
9  I have a conflict at 2:00 that's going to go
10 until 2:08.  If everybody is comfortable, can we
11 do that and then come back on at 2:15.
12     MR. BRODY:  Mr. Wilson, does that work for
13 you?
14     THE WITNESS:  2:15 Eastern?
15     MR. O'BRIEN:  It's in 20 minutes.  So you
16 know, Mr. Wilson, I'm the last attorney.  I
17 probably -- I'll tell you, if I gave myself an
18 hour, that would be gratuitous.  So once we get
19 going, you'll be done in an hour or so.
20 So I propose starting somewhere between 2:20 and
21 2:30 and then getting going from there.
22     MR. BRODY:  That's Eastern time?
23     What works on your end, Mr. Wilson?
24     THE WITNESS:  That's fine.
25     MR. BRODY:  We'll come back around 2:15

Page 63

1  approximately.
2  (Thereupon, a short break was taken at 2:18 p.m.)
3      MR. BRODY:  Mr. Wilson, this is counsel for
4  ASquared, one of the other defendants in the
5  lawsuit.  He will be asking you some questions.
6  BY MR. O'BRIEN:
7      Q  Mr. Wilson, my name is Sean O'Brien.  I am
8  with Lippes Mathias and our office represents one of
9  the defendants, ASquared Brands, LLC, in this
10 lawsuit.  I'm going to refer to them as ASquared in
11 this deposition.
12     Is that okay with you?
13     A  Yes, sir.
14     Q  Okay.  I'm going to do my best not to ask
15 you any questions that have already been asked and
16 get you out of here.
17     One instruction I'm going to ask you is
18 that I'm going to ask you questions based on the best
19 of your recollection.  You don't need to look at any
20 documents.  You don't need to look at your phone.
21 You don't need to look at anything.  I just want to
22 know the answer to the question based on your memory
23     Will that work?
24     A  Yes, sir.
25     Q  If I show you a document on the screen,

Page 64

1  I'll identify the document, we'll work through it and
2  go from there.
3      Have you ever used Zoom before?
4      A  No.
5      Q  So there's a function on Zoom called screen
6  share.  And you'll see it when it happens, but what
7  I'll do is show a document.  It's going to pop up in
8  the middle of your screen.  You don't have the
9  ability to control the screen or the size of the
10 document that's on it.  I control that.  So if you
11 need a larger font size or you want to go to a
12 different part of the document, just let me know and
13 I'll move the document appropriately to make sure you
14 can answer the questions.
15     Okay?
16     A  Yes, sir.
17     Q  Okay.  Mr. Wilson, are you taking any
18 medication that would prevent you from testifying
19 truthfully in this deposition?
20     A  No.
21     Q  When did you find out you were going to be
22 deposed today?
23     A  I've known for quite some time.  The
24 specific date I didn't know until a week ago or
25 something like that, maybe.

Page 65

1      Q  Forget the specific date for now.
2      Approximately when did you find out you
3  were going to be deposed generally in this lawsuit?
4      A  Generally in this lawsuit that I was going
5  to be deposed?  A year ago, year and a half ago.
6      Q  Okay.  Is that just because you knew after
7  you had brought the lawsuit that you were going to be
8  deposed at some point?
9      A  Correct.
10     Q  Mr. Wilson, are you able to see a document
11 on your screen?
12     A  I am.
13     MR. O'BRIEN:  Okay.  I'm showing you what's
14 been marked as Exhibit 1 for the purposes of
15 today's deposition.
16 (Thereupon, Defendant Vitamin Because and CT Health
17 Solutions Amended Notice of Taking Deposition by Zoom
18 was marked Exhibit 1 for identification.)
19 BY MR. O'BRIEN:
20     Q  How is the font size?  I know you said you
21 had trouble reading before.
22     Are you able to see the words on the page?
23     A  Looks good.
24     Q  This is a document titled "Defendant
25 Vitamin Because and CT Health Solutions Amended

17 (Pages 62 - 65)

Page 66

1 Notice of Taking Deposition by Zoom.
2       Have you ever seen this document before?
3    A   I think I've seen this before.
4    Q   When did you see it before?
5    A   I'm not sure. I looked at numerous
6 documents. I think this was included in that.
7    Q   Okay. This would have been one of the
8 documents that was sent over by your counsel a few
9 days ago in preparation for the deposition?
10   A   That's my understanding, yes.
11   Q   Prior to receiving those documents from
12 your attorney, have you ever seen this document
13 before?
14   A   Not that I recall.
15   Q   All right. What did you do to prepare for
16 today's deposition?
17   A   Logged into Zoom.
18   Q   And I know Mr. Brody will object, but if I
19 ask you any questions about interactions with your
20 attorney, I'm not asking for the substance of those
21 communications. So don't tell me any conversations
22 that you had with your attorneys at any time.
23       Okay?
24   A   Yes, sir.
25   Q   Outside of logging into Zoom, did you do

Page 67

1 anything to prepare for today's deposition?
2    A   No.
3    Q   You mentioned just a few questions ago that
4 you received some documents from your attorney a few
5 days ago.
6       Do you remember that?
7    A   I do.
8    Q   Do you remember what those documents were?
9    A   I do not.
10   Q   Do you remember how many there were?
11   A   No.
12   Q   Was there more than 10?
13   A   No.
14   Q   More than five?
15   A   I don't know.
16   Q   Did you review those documents in
17 preparation for your testimony today?
18   A   Unfortunately I did not, no.
19   Q   The company that you used to work for, the
20 cell phone manufacturer, is that called Qualcomm?
21   A   Yes.
22   Q   You said you ran distribution for them?
23   A   I was a materials distribution manager for
24 Qualcomm, yes.
25   Q   What did that job entail?

Page 68

1    A   It entailed warehousing distribution of
2 cell phones and components.
3    Q   Where were you located out of for that job?
4    A   San Diego.
5    Q   When did you stop working at Qualcomm?
6    A   It was about seven, eight years ago, maybe.
7 Well, actually -- it was quite a long time ago. The
8 company was sold to Kyocera and I continued working
9 in the same position for a number of years. I don't
10 recall the date when I left Qualcomm, but I
11 transitioned over to Kyocera for a number of years.
12 Until 2014, I believe.
13   Q   Okay. For the purposes of my questions I'm
14 going to consider the two companies the same. I'm
15 looking for questions about your employment, in
16 general.
17   A   Sure.
18   Q   Why did you stop working there?
19   A   We moved distribution back to Japan or
20 China.
21   Q   At some point did you then move from San
22 Diego to La Mesa?
23   A   Yes.
24   Q   Somewhere approximately two years after you
25 stopped working after Kyocera?

Page 69

1    A   That sounds about accurate, yes.
2    Q   You indicated that your current employment
3 is some sort of construction-related work, right?
4    A   That's what I'm doing currently, yeah.
5    Q   Correct me if I'm wrong, you said you
6 worked for a person who does the actual remodeling?
7    A   Yes.
8    Q   Did that person have a company associated
9 with them, or are they a sole proprietorship?
10   A   I don't know.
11   Q   What's that person's name?
12   A   That would be Dan.
13   Q   What's Dan's last name?
14   A   Farrell.
15   Q   F-A-R-R-E-L-L?
16   A   I think so.
17   Q   How did you start -- strike that.
18       How did you find Mr. Farrell for
19 employment?
20   A   I was an acquaintance.
21   Q   Have you ever been convicted of a crime?
22   A   Have I ever been convicted of a crime? I
23 don't believe so, no, huh-uh.
24   Q   Have you ever been arrested?
25   A   Many, many years ago, yes.

18 (Pages 66 - 69)

Page 70

1   Q   Ballpark how many years ago?
2   A   Let's see, I'm 50 -- so 30 years ago maybe.
3   Q   I don't need to know all the details, but
4 what was the arrest regarding?
5   A   It was 502.  Probably 30 years ago.
6   Q   Is 502 some sort of California statute?
7   A   Correct.  Drunk driving, yeah, back when I
8 was a kid.
9   Q   Do you have any judgments against you?
10   A   No, not that I'm aware of.
11   Q   Have you ever filed for bankruptcy?
12   A   No.
13   Q   I think you testified that the only
14 litigation that you've been a party to was when you
15 were an unnamed member of a class action.
16   A   I believe that's the case, yes.
17   Q   Okay.  Outside of that case and outside of
18 this case that you're being deposed for today, you've
19 never been a plaintiff in a lawsuit before?
20   A   No, I have not.
21   Q   Again, outside of that lawsuit and this
22 lawsuit today, you've never been a defendant in a
23 lawsuit?
24   A   Not that I recall.  I don't think so.
25   Q   I know you said you live by yourself, but

Page 71

1 are you married?
2   A   I am not.  I'm divorced.
3   Q   When did you get divorced?
4   A   2000, I believe.
5   Q   Do you have any children?
6   A   I do.
7   Q   How many?
8   A   Two.
9   Q   Ages from oldest to youngest, please.
10   A   32, I believe he is.  Let's see, 33
11 actually, and 26.
12   Q   The address you gave, the 4501 Spring
13 Street, do you own or rent there?
14   A   Rent.
15   Q   Do you own any properties?
16   A   No.
17   Q   You testified a little bit about your
18 knowledge of SAM-e, so I'm going to ask a couple
19 follow-up questions.
20       I believe you stated you started purchasing
21 SAM-e at a store called Sprouts; is that right?
22   A   That's correct.
23   Q   At or about the time of that purchase, did
24 you have any understanding of what types of benefits
25 you were trying to obtain by buying and taking SAM-e?

Page 72

1       MR. BRODY:  Objection to form.  Calls for
2 expert opinion.
3       THE WITNESS:  Yes.
4 BY MR. O'BRIEN:
5   Q   What was that?
6   A   It was to help the mood.
7   Q   Can you explain what you mean by "help the
8 mood"?
9   A   My understanding was that it would help to
10 be in a better mood on a daily basis.
11   Q   Okay.  Outside of improving someone's mood,
12 are you aware if SAM-e is supposed to provide any
13 other benefits to someone who takes it?
14       MR. BRODY:  Objection to the form.
15       THE WITNESS:  I believe there are some
16    other benefits.  I'm not sure I can articulate
17    them, but I'm sure there are some other
18    benefits.
19 BY MR. O'BRIEN:
20   Q   That's okay.  I think I failed to mention
21 this before.  Because I'm asking you the questions to
22 the best of your recollection, please just say you
23 don't know and that's perfectly acceptable.
24   A   I understand.  Thank you.
25   Q   Do you know if there's any negative side

Page 73

1 effects of taking SAM-e?
2   A   No.
3   Q   No, you don't, or no, there isn't?
4   A   No is the answer to your question.  No, I
5 do not know of any negative effects.
6   Q   I followed your answer.
7   A   Gotcha.
8   Q   You talked a little bit about how you came
9 to retain Mr. Brody's law firm to represent you in
10 this lawsuit, specifically that you found some sort
11 of a website which had information related to the
12 product that you purchased and you submitted an
13 online form and then you were contacted by someone
14 related to this claim.
15       Does that sound about right?
16   A   Yes, sir.
17   Q   Do you recall what year that happened in?
18   A   It was at the beginning of this, so the
19 better part of two years, I imagine, is my
20 recollection.
21   Q   Do you remember if it was before or after
22 2017?
23   A   It had to be after '17, for sure.
24       MR. BRODY:  Form.
25

19 (Pages 70 - 73)

Page 74

1 BY MR. O'BRIEN:
2    Q   Sometime in 2018 to 2019?
3    A   That's my recollection, yes.
4    Q   Okay. Do you know the name of the law firm
5 that Mr. Brody works for?
6    A   I couldn't tell you that off the top of my
7 head, no, sir.
8    Q   Have you ever communicated with any other
9 attorneys at Mr. Brody's law firm about this lawsuit?
10    A   No.
11    Q   Do you know if there was any other law
12 firms besides Mr. Brody's law firm who represented
13 you in this lawsuit?
14    A   Do I know if -- I know that there is no
15 other law firm representing me.
16    Q   You were also asked a couple questions
17 about a retainer agreement. I'm just going to follow
18 up on some timing points on that.
19        I believe you said you don't recall or you
20 don't know if you signed a formal retainer agreement
21 with your attorneys; is that right?
22    A   That's correct. I don't have any
23 recollection of signing a document of that type.
24    Q   Were you asked -- strike that.
25        Were you ever asked to search for a copy of

Page 75

1 your retainer agreement as it relates to this case?
2    A   Not that I'm aware of, no.
3    Q   Did you speak to Mr. Brody at all in
4 preparing for today's deposition?
5        MR. BRODY: Objection to the form.
6        THE WITNESS: Did I speak -- I've spoken to
7    Jay a number of times, but not -- no, not
8    specifically for preparing for this, no.
9 BY MR. BRYANT:
10    Q   Can you approximate how many times you've
11 spoken to Mr. Brody in 2021 about this lawsuit?
12    A   Twice, maybe, maximum.
13    Q   Were those phone conversations or e-mails
14 or something else?
15    A   That would have been a phone conversation,
16 I would imagine, yeah.
17    Q   Do you know if there's a trial currently
18 scheduled in this case?
19    A   I do not.
20    Q   Do you know if there's any upcoming court
21 appearances scheduled in this case?
22    A   I do not.
23    Q   Do you know if this lawsuit was filed in
24 state or federal court?
25        MR. BRODY: Same objection.

Page 76

1        THE WITNESS: I don't recall.
2 BY MR. O'BRIEN:
3    Q   Do you know who the judge is that's
4 assigned to this case?
5        MR. BRODY: Form objection.
6        THE WITNESS: I don't recall.
7 BY MR. O'BRIEN:
8    Q   You were asked earlier some questions about
9 the actual purchases that you made on Amazon. I
10 believe it's two purchases from a company called
11 WeLikeVitamins and then a third purchase from a
12 company called NusaPure; is that right?
13    A   Sounds correct, yes.
14    Q   Do you know if WeLikeVitamins was one of
15 the defendants who you sued in this lawsuit?
16    A   I believe so.
17    Q   Do you know if you've settled your claims
18 with WeLikeVitamins?
19    A   To my understanding we have not settled.
20    Q   Did you ever have any contact with your
21 attorneys about the prospects of settling with the
22 defendants WeLikeVitamins?
23    A   Not that I recall.
24    Q   As you sit here today, you believe you
25 still have a claim against WeLikeVitamins as a

Page 77

1 defendant in the lawsuit?
2        MR. BRODY: Objection to the form.
3        THE WITNESS: My understanding is there's
4    no closure throughout the whole case.
5 BY MR. O'BRIEN:
6    Q   Are you willing to appear in court as the
7 class representative?
8    A   If need be, yes.
9    Q   Are you willing to testify at trial as a
10 class representative, if necessary?
11    A   Yes.
12    Q   Okay. Do you know if there's any costs
13 associated with being a representative of a class in
14 a federal lawsuit?
15        MR. BRODY: Objection to the form. Calls
16    for legal expert opinion.
17        THE WITNESS: I do not.
18 BY MR. O'BRIEN:
19    Q   If there are costs associated with being a
20 class representative, are you willing to pay those
21 costs?
22        MR. BRODY: Objection to the form.
23        THE WITNESS: It's vague. Possibly.
24 BY MR. O'BRIEN:
25    Q   I appreciate the critique and the answer.

20 (Pages 74 - 77)

Page 78

1      MR. O'BRIEN:  Mr. Wilson, I'm showing you
2   on the screen what's been marked as Exhibit 2
3   for today's deposition.
4   (Thereupon, Complaint was marked Exhibit 2 for
5   identification.)
6   BY MR. O'BRIEN:
7      Q    Do you see the document that's on the
8   screen?
9      A    I do.
10     Q    Do you recognize the document that's on the
11  screen?
12     A    I do.
13     Q    What do you recognize it as?
14     A    As the document, third amended complaint.
15     Q    Have you ever seen this document before?
16     A    I believe I have.
17     Q    When would you have seen this document
18  before?
19     A    Maybe a week and a half, two weeks ago, I
20  think, if this is it.
21     Q    This would be one of the documents that you
22  referenced earlier that was in the group of documents
23  sent over by your attorney?
24     A    I believe so, yes.  That's my recollection,
25  yes.

Page 79

1      Q    Okay.  Prior to receiving this document in
2   that e-mail, have you ever seen this document before?
3      MR. BRODY:  Objection to the form.
4      THE WITNESS:  I have not seen anything
5   unless it was e-mailed to me.
6   BY MR. O'BRIEN:
7      Q    In the e-mail a few weeks ago?
8      MR. BRODY:  Objection to the form.
9   Misstates the record.
10     THE WITNESS:  I don't recall the date this
11  was sent to me.  I don't know if this was the
12  exact document that I've seen.  It just looks
13  familiar to me.
14  BY MR. O'BRIEN:
15     Q    I can take a step back.
16     You testified earlier that a week to two
17  weeks ago you received a group of documents related
18  to this lawsuit from your attorney; is that right?
19     A    That seems about right, the time frame,
20  yes.
21     Q    You don't know for sure whether this was or
22  was not one of the documents in that group of
23  documents; is that right?
24     A    I'm not a lawyer.  This stuff kind of
25  confuses me.  It appears to be a document that was

Page 80

1   included in that group, yes.
2      Q    Okay.  Prior to receiving that e-mail from
3   your counsel, had you ever looked at any document
4   related to this case before?
5      A    The only documents that I've ever reviewed
6   were sent from my lawyer.
7      Q    Again, that's in the e-mail a few weeks
8   ago?
9      MR. BRODY:  Object to form.  Misstates
10  prior testimony.
11     THE WITNESS:  I can't specifically say
12  that.  I received numerous -- not numerous, but
13  I received more than one e-mail with documents
14  and it has the same heading on it.  I'm not a
15  lawyer and this stuff kind of confuses me a
16  little bit, but it appears to be what I've seen
17  in the last group of documents.
18  BY MR. O'BRIEN:
19     Q    That's completely okay.  I'm not asking you
20  to understand the document.  I'm just trying to get a
21  time frame of what your review of the documents was.
22     At multiple points, since you've
23  purportedly retained your attorneys, you've received
24  documents relating to this case from them, correct?
25     A    That is correct.

Page 81

1      Q    At some point this might have been one of
2   the documents that you saw, but you don't have any
3   independent recollection of when you would have
4   received it?
5      A    Yes.  That's accurate, yes.
6      Q    Do you see up at the top of page 1 of
7   document 2 it says -- and I'll highlight it for
8   you -- "Entered on the FLFD docket 10-23-2020."
9      Do you see that?
10     A    I do.
11     Q    Do you have any recollection of reviewing
12  this document to make sure it was accurate before it
13  was entered on the docket on October 23rd, 2020?
14     MR. BRODY:  Objection to the form.
15     THE WITNESS:  I have been sent -- well,
16  I've been sent more than one set of documents to
17  verify the accuracy.  This appears to be one of
18  those.
19  BY MR. O'BRIEN:
20     Q    Okay.  So, again, I appreciate your answer,
21  but my question was a little bit more specific.
22     Do you have any independent recollection of
23  reviewing this specific document for accuracy prior
24  to October 23rd, 2020?
25     MR. BRODY:  Objection to the form.

21 (Pages 78 - 81)

Page 82

1      THE WITNESS: One second, please. Let me
2    look at it.
3 BY MR. O'BRIEN:
4      Q   Yeah, the document in full disclosure is
5  106 pages long, but I can scroll to whatever page you
6  think might refresh your recollection.
7      A   I'm just trying to refresh my memory. Just
8  give me one second, please.
9      Q   Take your time.
10     A   Yeah, I do recollect verifying this
11 document, yes.
12     Q   Okay. Do you have any recollection of when
13 that would have happened?
14     A   No.
15     Q   What are you seeking to get as a result of
16 this lawsuit from the defendants that you've sued?
17         MR. BRODY: Objection to the form. Calls
18     for legal expert.
19         THE WITNESS: I'm relying on my lawyers to
20     guide me through that process.
21 BY MR. O'BRIEN:
22     Q   Without the reliance on your attorneys, do
23 you have any understanding of the relief or the items
24 that you're seeking in this document (sic)?
25     A   I have no idea. I'm sorry, what relief I'm

Page 83

1  trying to get out of -- that's in that document -- I
2  don't recall what's exactly in that document as we're
3  sitting here. But, again, I'm relying on my lawyer
4  to guide me through the process.
5      Q   Did you ever do a search from your e-mail
6  for e-mail communication with anyone that might have
7  been related to the claims you're making in this
8  lawsuit?
9          MR. BRODY: Objection to the form.
10         THE WITNESS: No.
11 BY MR. O'BRIEN:
12     Q   Were you ever asked to do that search?
13     A   No.
14     Q   I should have asked this question at the
15 forefront.
16         You're not alleging that you purchased
17 SAM-e from ASquared, correct?
18         MR. BRODY: Objection to the form.
19         THE WITNESS: I purchased product from
20     Amazon.
21 BY MR. O'BRIEN:
22     Q   Forget the distributor for a second. I'm
23 interested in the retailer that you actually
24 purchased the SAM-e from.
25         My recollection of your testimony was that

Page 84

1  you made three purchases, the first two from
2  WeLikeVitamins and the third from NusaPure; is that
3  correct?
4      A   Yes, sir.
5      Q   The question is: Do you know if you're
6  alleging in the complaint that you also purchased
7  SAM-e from a defendant named ASquared Brands, LLC?
8      A   Not to my recollection.
9      Q   Again, my understanding of your testimony
10 is that the claim broadly that you're making in this
11 lawsuit is that the products that you purchased had
12 different ingredients or less ingredients than was on
13 the label; is that right?
14     A   That's correct.
15     Q   Your support for that claim is based
16 entirely on actions that your attorneys have taken;
17 is that right?
18         MR. BRODY: Objection to the form.
19         THE WITNESS: That is correct. And my own
20     reactions to the product that I was taking or
21     the lack of results from the product that I was
22     taking. So -- yeah.
23 BY MR. O'BRIEN:
24     Q   We can move into your reactions in a little
25 bit.

Page 85

1          When you first started taking SAM-e that
2  you were purchasing from the store -- the name evades
3  me at the moment.
4      A   Sprouts.
5      Q   Thank you, Sprouts.
6          -- what positive effects were you
7  experiencing?
8      A   My general mood was enhanced. Yeah,
9  basically, that was it.
10     Q   So you felt as if you were in a better
11 mood. Is that roughly --
12     A   That's my thinking, yes.
13     Q   And then at some point after you started
14 purchasing SAM-e products through retailers on
15 Amazon, you noticed a decrease in the positive
16 effects of the SAM-e; is that right?
17     A   That's my feeling, yes.
18     Q   Okay. Were there any other changes in your
19 life that could have contributed to your mood at that
20 time?
21         MR. BRODY: Objection to the form.
22         THE WITNESS: I have no idea. No idea.
23 BY MR. O'BRIEN:
24     Q   You don't know if there were any changes in
25 your life circumstances during that time?

22 (Pages 82 - 85)

Page 86

1    A   There was no major life circumstances, but
2 I'm sure any change could affect the mood.  So I
3 don't know how to answer that question accurately,
4 but I suppose there could have been, yes.
5    Q   Okay.  I'm just --
6    A   Nothing that stands out to me.
7    Q   Okay.  That's all that I'm asking.
8    A   Yes, sir.
9    Q   All right.  Mr. Wilson, we're going to go
10 through a bunch of documents that your attorneys have
11 produced on your behalf in this lawsuit and then also
12 the Amazon documents that you've produced.
13       MR. O'BRIEN:  We're going to start with
14    what's been marked as Exhibit 3 for today's
15    deposition.
16 (Thereupon, Plaintiff's Responses to Defendant
17 ASquared Brands, LLC's First Set of Interrogatories
18 to Bill Wilson was marked Exhibit 3 for
19 identification.)
20 BY MR. O'BRIEN:
21    Q   It's a document titled "Plaintiff's
22 Responses to Defendant ASquared Brands, LLC's First
23 Set of Interrogatories to Bill Wilson."  This is the
24 first page.  I'm going to scroll down to the bottom
25 of the last page and show you the signatures.  It's a

Page 87

1 24-page document.
2       You have a signature on August 26, 2021, a
3 certificate of service, and then a service list.
4       Scrolling back up to the top, Mr. Wilson,
5 do you recognize this document?
6    A   I do.
7    Q   What do you recognize this document to be?
8    A   Plaintiff's response to Defendant ASquared
9 Brands, LLC set of interrogatories.
10    Q   Have you ever seen this document before
11 today?
12    A   I believe I have.
13    Q   When was the first time you saw this
14 document?
15    A   I don't recall the date, but I believe it
16 was sent to me.  I don't know the date.
17    Q   Was it in 2021?
18    A   I believe so.  I don't recall though.
19    Q   I'll skip by the general objections and use
20 the first interrogatory as an example.  I'll
21 represent to you that this document asks questions
22 about the claims that you've brought in the lawsuit
23 and the interrogatories are responded to by your
24 counsel.
25       Did you play any role in giving guidance to

Page 88

1 the answers that are included in this interrogatory?
2    A   No.
3    Q   Do you recall reviewing this document
4 before it was sent to the defendant in this lawsuit
5 to confirm that the answers were accurate?
6       MR. BRODY:  Objection to the form.
7       THE WITNESS:  I reviewed this document, at
8    which point where it was disseminated from
9    there, I don't know.  But I reviewed this
10    document and agreed with it.
11       MR. O'BRIEN:  Mr. Wilson, I'm showing you a
12    document that's been marked as Exhibit 4 for
13    today's deposition.  It's entitled, "Plaintiff's
14    Second Supplemental Responses and Objections to
15    Defendant ASquared Brands, LLC's First Set of
16    Interrogatories to Bill Wilson."
17 (Thereupon, Plaintiff's Second Supplemental Responses
18 and Objections to Defendant ASquared Brands, LLC's
19 First Set of Interrogatories to Bill Wilson was
20 marked Exhibit 4 for identification.)
21 BY MR. O'BRIEN:
22    Q   This is the first page.  I'll scroll down
23 to the signature page.
24       MR. BRODY:  Counsel, could you also go
25    through and show his signature to the extent it

Page 89

1    might be on the document.
2       MR. O'BRIEN:  Yeah, I'm going to go through
3    all of the signatures.  You have your attorney's
4    signature, and then on the last page there's a
5    document entitled "Verification" with a DocuSign
6    from Bill Wilson.
7 BY MR. O'BRIEN:
8    Q   Going back up to the top of the document,
9 have you ever seen this document before today?
10    A   Yes.
11    Q   When was the first time you saw this
12 document?
13    A   Apparently 11-2 of '21.
14    Q   Are you saying that because you saw that's
15 the date on your signature?
16    A   Yes, sir.
17    Q   Okay.  Do you have any independent
18 recollection of seeing this document before November
19 2nd, 2021?
20    A   No.
21    Q   Did you play any role in drafting the
22 responses to these interrogatories?
23    A   No.
24    Q   Do you know why you submitted a second
25 supplemental response to these interrogatories?

23 (Pages 86 - 89)

Page 90

1    MR. BRODY: Objection to the form. Calls
2  for legal expertise.
3    THE WITNESS: Not specifically, no.
4  BY MR. O'BRIEN:
5    Q   Do you know why you verified this document
6  with your signature?
7    A   Do I know why I -- because it was a
8  requirement for this document to be submitted, I'm
9  assuming.
10    Q   Do you know why your signature wasn't on
11  your first response to Defendant ASquared's
12  interrogatories?
13    MR. BRODY: Objection to the form. Calls
14  for legal expertise.
15    THE WITNESS: I don't recall, no.
16  BY MR. O'BRIEN:
17    Q   Was the second half of your answer you
18  don't know?
19    A   I do not know.
20    Q   Again, did you review this document for
21  accuracy before verifying that the answers included
22  were indeed accurate?
23    A   Yes.
24    MR. O'BRIEN: Okay. Mr. Wilson, I'm
25  showing you what I've marked as Exhibit 5 for

Page 91

1  today's deposition. It's a document titled
2  "Plaintiff's Responses to Defendant ASquared
3  Brands, LLC's request for production of
4  documents to Bill Wilson."
5  (Thereupon, Plaintiff's Responses to Defendant
6  ASquared Brands, LLC's request for production of
7  documents to Bill Wilson was marked Exhibit 5 for
8  identification.)
9  BY MR. O'BRIEN:
10    Q   Have you ever seen this document before?
11    A   I believe I have.
12    Q   Okay. When would you have seen this
13  document?
14    A   I don't recall.
15    Q   Sometime in 2021 or before that?
16    A   I would say 2021. I'm not a lawyer and
17  these documents look a lot alike, but it appears I've
18  seen that recently.
19    Q   Why do you say it appears that you've seen
20  it recently?
21    A   Because the header looks familiar to me.
22    Q   I wouldn't go through all of these. I'm
23  going to direct your attention to page 7 of Exhibit
24  5.
25    Do you see request 5 asks for all

Page 92

1  engagement letters between plaintiff and -- this
2  should say his attorneys in this lawsuit.
3    Do you see that?
4    A   I do see that, yes.
5    Q   Do you recall ever being asked to search
6  for all engagement letters between you and your
7  attorneys in this lawsuit?
8    MR. BRODY: Objection to the form.
9    THE WITNESS: I vaguely remember being
10  asked that, yeah.
11  BY MR. O'BRIEN:
12    Q   I think you testified earlier that you
13  didn't do a search for that type of document,
14  correct?
15    A   I don't know if that's true. Did I say
16  that?
17    Q   I'll represent to you that an engagement
18  letter and a retainer letter that we discussed
19  earlier are referring to the same document, which is
20  a formal document confirming your representation with
21  Mr. Brody's law firm.
22    A   Okay.
23    Q   You were asked a lot of questions about
24  whether you signed a retainer agreement in this case.
25    A   Okay.

Page 93

1    Q   Do you remember that?
2    A   I remember that, yes.
3    Q   And your testimony was you didn't think you
4  had, but that you didn't do a search for those
5  documents, correct?
6    MR. BRODY: Objection to the form.
7    THE WITNESS: I don't remember signing a
8  retainer document.
9  BY MR. O'BRIEN:
10    Q   Do you remember signing an engagement
11  letter?
12    A   I do not.
13    Q   So the question that I'm asking you is: Do
14  you recall being asked by anyone to do a search for
15  any retainer agreements or engagement letters between
16  you and your attorneys in this lawsuit?
17    A   Oh, I see. No, no, I don't recall that,
18  no. I misunderstood.
19    Q   It's okay.
20    MR. O'BRIEN: Moving on to what's been
21  marked as Exhibit 6 to today's deposition. The
22  document is titled "Plaintiff's Second
23  Supplemental to Defendant ASquared Brands, LLC's
24  Requests for Production of Documents to Bill
25  Wilson."

24 (Pages 90 - 93)

Page 94

1 (Thereupon, Plaintiff's Second Supplemental to
2 Defendant ASquared Brands, LLC's Requests for
3 Production of Documents to Bill Wilson was marked
4 Exhibit 6 for identification.)
5 BY MR. O'BRIEN:
6   Q   All right. Mr. Wilson, same question.
7       Have you ever seen this document before
8 today?
9   A   Yes.
10   Q   When have you seen this document before
11 today?
12   A   I don't know the specific date, but within
13 this year.
14   Q   Okay. Do you know why you served a second
15 supplemental response to ASquared Brands' request for
16 production of documents?
17       MR. BRODY: Objection to the form. Calls
18   for expertise.
19       THE WITNESS: I don't recall.
20 BY MR. O'BRIEN:
21   Q   Was your answer I don't recall? I'm sorry.
22   A   That is correct. That was my answer, yes.
23   Q   Do you have any specific recollection of
24 searching for documents that pertain to this second
25 supplemental response?

Page 95

1   A   No.
2   Q   Do you recall how many documents related to
3 your Amazon purchases you turned over to your
4 attorneys to be produced in this lawsuit?
5       MR. BRODY: Objection to the form.
6       THE WITNESS: My recollection is three.
7       MR. O'BRIEN: Good recollection.
8 BY MR. JOHNSON:
9   Q   I'm showing you what's been marked as
10 Exhibit 7 for today's deposition.
11       MR. JOHNSON: Mr. Brody, these are the
12   three pages of plaintiff's supplemental initial
13   disclosures that you identified as responsive to
14   Mr. Wilson. They are labeled Plaintiff's 35,
15   Plaintiff's 36, and Plaintiff's 37.
16 BY MR. JOHNSON:
17   Q   We'll take them one at a time, Mr. Wilson.
18 (Thereupon, Plaintiff's 35, Plaintiff's 36, and
19 Plaintiff's 37 was marked Exhibit 7 for
20 identification.)
21 BY MR. O'BRIEN:
22   Q   Why don't you take a second and review the
23 first page. Let me know when you've completed your
24 review and I'll move to page 2.
25   A   Okay. I'm good.

Page 96

1       Okay.
2       Okay.
3   Q   Broadly speaking, are these the three
4 documents that you identified as the Amazon purchase
5 documents related to your purchases of SAM-e that are
6 the subject of this lawsuit?
7       MR. BRODY: Objection to the form.
8       THE WITNESS: Yes, they are.
9 BY MR. O'BRIEN:
10   Q   Okay. On page 1 you can see shipped on
11 October 28, 2018. And under the "Items Ordered" tab,
12 there is a sold by NusaPure related to SAM-e.
13       Do you see that?
14   A   Yes, sir.
15   Q   So this relates to your third purchase of
16 SAM-e from NusaPure?
17       MR. BRODY: Objection to the form.
18       THE WITNESS: It relates to the -- I
19   don't know if it's the third one, but it relates
20   to a purchase that I made, yes.
21 BY MR. O'BRIEN:
22   Q   Fair enough.
23       Do you recall how you obtained this
24 document?
25   A   I printed it from the Amazon website.

Page 97

1   Q   Do you know if there's any information on
2 the Amazon website that would relate to this purchase
3 besides this page?
4   A   Not that I'm aware.
5   Q   Again, you can see about three-quarters of
6 the way down the words "payment method" and what's
7 below that is redacted out, correct?
8   A   Yes, sir.
9   Q   Did you make that redaction?
10   A   No, sir.
11   Q   Do you know why it's redact?
12       MR. BRODY: Objection to the form.
13       THE WITNESS: I'm assuming that Amazon
14   redacted that information when you print it. I
15   don't know. I did not redact it.
16 BY MR. O'BRIEN:
17   Q   We think that the payment method would
18 reflect the Visa card that you mentioned earlier that
19 you have linked to your Amazon account.
20   A   That's correct.
21   Q   Page 2, you can see shipped on July 16,
22 2018, and items ordered, the first item is SAM-e 500
23 milligrams 90 capsules sold by WeLikeVitamins.
24       Is this related to one of the first two
25 purchases that you made of SAM-e from WeLikeVitamins?

25 (Pages 94 - 97)

Page 98

1    A    It appears to be, yeah.  Again, I don't
2 know the numbering.  You're saying the first two
3 purchases.  Yeah, there was three purchases online.
4 Yeah, that would be one of them.
5    Q    Again, if this payment method wasn't
6 redacted, do you think it would be linked to your
7 Visa that you testified about earlier?
8    A    There was only one card linked to my Amazon
9 account for the last quite a few years, so yes.
10    Q    Moving to page 3.  Shipped on May 15, 2018.
11 Again, one of the items ordered is SAM-e from
12 WeLikeVitamins.
13        So this would again relate to one of your
14 three purchases of SAM-e at issue in this lawsuit; is
15 that right?
16    A    Yes, sir.
17    Q    Outside of these three documents, are you
18 aware of any document in your possession or control
19 that relate to your purchases of SAM-e that are at
20 issue in this lawsuit?
21    A    No.
22    Q    At any point after you saw the online
23 article related to some issues with SAM-e, has any
24 person asked you whether you retained the bottles of
25 SAM-e that you purchased?

Page 99

1        MR. BRODY:  Objection to the form.
2        THE WITNESS:  Has any other person besides
3 my attorney?  No.
4 BY MR. O'BRIEN:
5    Q    Anyone.
6    A    No.
7        MR. O'BRIEN:  Okay.  Mr. Wilson, I have
8 nothing further.  Thank you for your time today.
9        THE WITNESS:  Yes, sir.
10        MR. BRODY:  Thank you, Counsel.  I take it
11 there's no more attorneys on the line.  I don't
12 see anyone else.
13        MR. JOHNSON:  I have some follow-up.
14        MR. BRODY:  I'm going to object to the
15 follow-up.  I think you had a chance.
16        MR. JOHNSON:  Your objection is noted.
17 Sean, can you do me a favor, do you have
18 the Rule 26 disclosures that you can pull up?
19        MR. O'BRIEN:  The document, or do you want
20 the actual disclosures?
21        MR. JOHNSON:  Just the actual disclosures
22 not the documents.
23        MR. O'BRIEN:  Do you want to give me a
24 second?
25        MR. JOHNSON:  That's fine.  You can

Page 100

1 probably pull them up faster than me.
2        MR. BRODY:  Let's take a two-minute break.
3        MR. JOHNSON:  That's fine.
4            REDIRECT EXAMINATION
5 BY MR. JOHNSON:
6    Q    Mr. Wilson, this is Dave Johnson.
7    I am going to scroll down.  If you ever
8 need to look at a different part of it, just let me
9 know and I'll show it to you.  This is what's called
10 Plaintiff's Rule 26 disclosures.
11        You see you're identified in this document
12 as a plaintiff, right?
13    A    Yes, sir.
14    Q    What is A right here?  Can you read that
15 and tell me what that says.
16    A    "In general, except as exempted by Rule
17 26A1(b) or as otherwise stipulated or ordered by the
18 Court, a party must, without awaiting a discovery
19 request, provide to the other parties."
20    Q    Okay.  And then there's subcategory one,
21 correct, little i?
22    A    Yes, sir.
23    Q    You see you're identified under that number
24 4.
25        Bill Wilson, that's you, right?

Page 101

1    A    I do see that, yes.
2    Q    Do you see number 2 here, little 2?
3    A    I do.
4    Q    Could you read that, please?
5    A    "A copy or a description by category and
6 location of all documents, electronically stored
7 information and tangible things that the disclosing
8 party has in its possession, custody, or control and
9 may use to support its claims or defenses, unless the
10 use would be solely for impeachment."
11    Q    Okay.  Scrolling down.
12        And you can read this if you want.  I just
13 have a quick question for you.
14        This is the response to that category right
15 here that says, "Provide a copy or a description by
16 category and location of all documents,
17 electronically stored information and tangible things
18 that the disclosing party has in its possession,
19 custody or control."
20        Okay?
21    A    Yes.
22    Q    It says, "Subject to these conditions and
23 the applicable rules governing discovery, potentially
24 relevant categories of documents include."
25        Do you see where I'm reading?

26 (Pages 98 - 101)

1    A   I do.
2    Q   And they identify A, purchase
3  documentation, which you provided, right?
4    A   Yes, sir.
5    Q   Amazon account documents, which you
6  provided, right?
7    A   Yes, sir.
8    Q   And it says, "These documents are located
9  at plaintiff's counsel's office," right?
10   A   Okay.  I can't testify to that.  I don't
11 know where they're located.  I gave them to my
12 lawyer.
13   Q   Right.
14       You gave them to your lawyer.  And I will
15 tell you we have the purchase documents or actually
16 the Amazon documents that you have already shown.  We
17 don't have the purchase documents.
18       C says, "Documents and information
19 identified by and/or in the possession of Amazon,"
20 correct?
21   A   That's what it says.
22   Q   Do you see any identification under this
23 that says Mr. Wilson has actual product that he
24 purchased that's the subject of this lawsuit?
25   A   Yeah, purchase documentation, yeah.

1    Q   Purchase documentation.
2        Does it anywhere in here say you actually
3  have the actual product that you purchased?
4    A   I have no idea.
5    Q   What's that?
6    A   I have no -- I don't understand what you're
7  saying.
8    Q   Okay.  Do you see A, B, and C under this
9  response?
10   A   I see that, yes.
11   Q   Do you see any other disclosure that says,
12 hey, Mr. Wilson has the actual product that he
13 purchased that's subject to this lawsuit?
14   A   No.
15   Q   Okay.  Do you know why that's not there?
16   A   No.
17   Q   Okay.  Let's go down to the bottom.  This
18 was submitted on June 30th, 2020.  You had the
19 product that we talked about today and that you
20 showed us in your depo today, right, in your
21 possession on June 30, 2020, right?
22   A   Yes.
23   Q   Do you know why it wasn't disclosed to us?
24   A   I'm not following what you're saying.
25   Q   I'm asking you:  Do you know why the fact

1  that you actually have product that you purchased
2  that's subject to the claims in this lawsuit wasn't
3  disclosed to us in this document?
4    A   No, I do not know.
5        MR. O'BRIEN:  Okay.  We're going to mark
6    these Rule 26 Disclosures as the next exhibit,
7    and that's all the questions I have.
8        Thank you, Mr. Wilson.
9        THE WITNESS:  Sure thing.
10 (Thereupon, Rule 26 Disclosures was marked Exhibit 8
11 for identification.)
12       MR. O'BRIEN:  Ms. Thompson, that is going
13   to be Exhibit 8 and I will go ahead and include
14   that when I send you the full e-mail.
15       MR. BRODY:  Thanks.  I appreciate that.
16   Thank you, Counsel.  I think we're done here.
17       Mr. Wilson, you can turn off your camera
18   and mute it and exit the deposition.
19       MR. JOHNSON:  What about reading and
20   signing?
21       MR. BRODY:  Yes, we will reserve our right
22   to.
23       THE COURT REPORTER:  Are you going to
24   order?
25       MR. JOHNSON:  I think I will, yes.

1        MR. O'BRIEN:  I'll take a copy,
2  Ms. Thompson, absolutely.
3        MR. OPARIL:  So will I.
4        THE COURT REPORTER:  Mr. Brody, would you
5  like a copy?
6        MR. BRODY:  I'm not sure if we'll be
7  ordering.  If you'll notify us at the
8  appropriate time.
9  (Thereupon, the proceedings concluded at 3:22 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

27 (Pages 102 - 105)

Page 106

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF LEE

I, the undersigned authority, certify that BILL WILSON personally appeared before me via videoconference, his identity was verified via driver's license, after which he was duly sworn on the 2nd day of November, 2021.

Signed this 8th day of December, 2021.

Tracie Thompson
Notary Public
State of Florida
My Commission No. GG 175178
Expires: March 1, 2022

---

Page 107

CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF LEE

I, TRACIE THOMPSON, Registered Merit Reporter, do hereby certify that I was authorized to and did stenographically report the foregoing videoconference deposition of BILL WILSON; pages 1 through 105; that a review of the transcript was requested; and that the transcript is a true record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Dated this 8th day of December, 2021.

Tracie Thompson
Notary Public
State of Florida
My Commission No. GG 175178
Expires: March 1, 2022

---

Page 108

VERITEXT LEGAL SOLUTIONS
One Biscayne Tower
2 South Biscayne Blvd, Suite 2250
Miami, FL 33131
800 726 7007

December 8, 2021
Kantrowitz, Goldhamer & Graifman, P C
747 Chestnut Ridge Road
Chestnut, NY 10977
JAY I BRODY, ESQ
jbrody@kggla com
ATTN: Bill Wilson
Re: CORI ANN GINSBERG, et al vs VITAMINS BECAUSE, LLC, et al

Please take notice that on the 22nd day of November, 2021, you gave your deposition in the above cause
At that time, you did not waive your signature
Please call (800) 726-7007 between the hours of 9:00 a m and 5:00 p m , Monday through Friday, to make an appointment to read the transcript of your deposition

If you do not read and sign the deposition within thirty (30) days, the original, which has already been forwarded to the ordering attorney, may be filed with the Clerk of the Court
If you wish to waive your signature now, please sign your name in the blank at the bottom of this letter and return to the address listed below
Very truly yours,
Tracie Thompson, RDR, CRR, FPR, TX CSR
Veritext Legal Solutions

I do hereby waive my signature

_____
BILL WILSON

---

Page 109

ERRATA SHEET
DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
In Re: CORI ANN GINSBERG, ET AL. VS. VITAMINS BECAUSE, LLC, ET AL.
Case No.: 1:19-CV-22702-KMW
BILL WILSON
November 22, 2021

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____     _____
Date              BILL WILSON

28 (Pages 106 - 109)

[& - acceptable]                                                                    Page 110

**&**

**&**   2:3 108:5

**1**

**1**   3:11 16:22 65:14
    65:18 81:6 96:10
    106:25 107:9,25
**1,500**   14:12 18:5
    30:18,22,25
**10**   41:12 67:12
**10-23-2020**   81:8
**100**   3:4 35:23 37:1
**1000**   2:22
**104**   4:11
**105**   107:9
**106**   4:15 82:5
**107**   4:16
**109**   4:16
**10977**   2:4 108:6
**11-2**   89:13
**110**   4:17
**12:30**   1:18 5:2
**14202**   2:16
**15**   55:23 98:10
**1500**   28:23
**15th**   11:5 17:4
**16**   17:7 27:11 28:2
    56:9 97:21
**17**   73:23
**1700**   2:16
**175178**   106:24
    107:24
**1775**   2:21
**180**   57:13,14
**1969**   45:13
**1:12**   41:16
**1:19**   1:3 109:4

**2**

**2**   3:14 78:2,4 81:7
    95:24 97:21 101:2
    101:2 108:2

**20**   44:19 45:7 62:15
**2000**   71:4
**20006**   2:22
**2011**   2:9
**2014**   68:12
**2015**   12:15
**2017**   73:22
**2018**   11:5 16:16
    17:4,8,11 23:19
    27:12,21 28:2,2
    55:23 56:9,16
    59:17 74:2 96:11
    97:22 98:10
**2019**   23:17 24:25
    25:2 74:2
**202-677-4030**   2:23
**2020**   81:13,24
    103:18,21
**2021**   1:17 75:11
    87:2,17 89:19
    91:15,16 106:15,17
    107:19 108:4,11
    109:5
**2022**   106:25 107:25
**21**   89:13
**22**   1:17 109:5
**2250**   108:2
**22702**   1:3 109:4
**22nd**   106:15
    108:11
**23rd**   81:13,24
**24**   87:1
**25**   21:7
**26**   4:11 45:13 71:11
    87:2 99:18 100:10
    104:6,10
**26a1**   100:17
**27**   27:21 28:2,23
    56:15 57:23
**27th**   17:11 23:19

**28**   12:15 24:25 25:2
    96:11
**2:00**   62:9
**2:08**   62:10
**2:18**   63:2
**2:20**   62:20
**2:30**   62:21
**2nd**   89:19

**3**

**3**   3:15 16:22 86:14
    86:18 98:10
**30**   57:6,6 70:2,5
    103:21 108:16
**30th**   103:18
**32**   57:6 71:10
**33**   71:10
**33131**   108:2
**33606**   2:10
**34**   43:21 57:15
**35**   4:9 95:14,18
**36**   4:9 95:15,18
**3639**   106:20 107:21
**37**   4:10 95:15,19
**3:22**   1:18 105:9

**4**

**4**   3:18 88:12,20
    100:24
**43425268568938...**
    8:21
**45**   41:14
**4501**   45:15 71:12

**5**

**5**   3:4,22 15:4,20,23
    15:24 16:13 90:25
    91:7,24,25
**50**   2:15 70:2
**500**   26:24 27:15
    30:17 61:13,13
    97:22

**502**   70:5,6
**52**   45:11
**55**   3:5
**5:00**   108:13

**6**

**6**   4:5 93:21 94:4
**65**   3:11

**7**

**7**   4:9 91:23 95:10
    95:19
**716-853-5100**   2:17
**726-7007**   108:13
**747**   2:3 108:5
**78**   3:14

**8**

**8**   4:11 104:10,13
    108:4
**800**   108:13
**800.726.7007**   108:3
**813-680-1835**   2:11
**86**   3:15
**866-703-2539**   2:4
**88**   3:18
**8th**   106:17 107:19

**9**

**90**   26:24 27:8,15
    38:22 97:23
**91**   3:22
**91941**   45:16
**94**   4:5
**95**   4:9

**a**

**a.m.**   108:13
**ability**   64:9
**able**   65:10,22
**absolutely**   51:9
    105:2
**acceptable**   72:23

access  7:6 20:24
account  8:25 9:3
  97:19 98:9 102:5
accuracy  81:17,23
  90:21
accurate  69:1 81:5
  81:12 88:5 90:22
accurately  86:3
acquaintance  46:1
  69:20
acquaintances  46:4
action  1:3 5:23,23
  21:5,6,18 22:9
  70:15 107:17,18
actions  84:16
active  25:23 31:21
  33:15
actual  7:3 13:10
  43:14 69:6 76:9
  99:20,21 102:23
  103:3,12
additional  57:22
address  71:12
  108:19
administrative  5:4
advantage  36:14
  36:25 37:14
advise  22:24
affect  86:2
afternoon  5:18
ages  71:9
agg.com  2:24
ago  7:19,21 10:9,16
  10:17,18 14:21
  15:25 19:15,15,24
  24:20,22 35:20
  64:24 65:5,5 66:9
  67:3,5 68:6,7 69:25
  70:1,2,5 78:19 79:7
  79:17 80:8

agree  50:19 51:10
  52:13,23
agreed  88:10
agreement  53:15
  53:19 54:2,6,6
  74:17,20 75:1
  92:24
agreements  93:15
ahead  19:19,23
  104:13
al  108:9,9 109:3,3
alike  91:17
allegation  49:15
  50:15
allegations  25:7,12
  40:17
alleged  41:2
alleges  11:4
alleging  50:10
  83:16 84:6
amazon  6:20 7:2
  8:1 9:12,25 10:7
  11:19 14:12 27:1,9
  27:22 32:5,5 35:2,9
  35:17,22 36:5,6
  37:1,16 38:4,5,11
  39:10,23 40:1,9,12
  40:13,18,24 41:5,9
  49:23 51:17,21
  56:4,5,11 59:18,25
  60:8,16 61:8 76:9
  83:20 85:15 86:12
  95:3 96:4,25 97:2
  97:13,19 98:8
  102:5,16,19
amazon's  39:13
amazon.com  56:19
amended  3:12
  65:17,25 78:14
american  8:5

amount  13:4,19,22
  14:2,4,12 25:17
  31:20 32:2 59:20
anderson  2:9
ann  1:5 108:9
  109:3
answer  6:11 8:9
  15:7 19:19 22:25
  23:25,25 24:9 26:3
  26:17 28:7 32:1,18
  33:4,5,22,25 34:6
  34:14 42:6 50:5,8
  50:23,24 51:2
  63:22 64:14 73:4,6
  77:25 81:20 86:3
  90:17 94:21,22
answered  26:1 31:9
  31:10 32:15 37:18
answers  88:1,5
  90:21
anybody  18:20
anymore  16:7,9
anyway  60:15
apologize  8:24
apparently  6:16
  14:24 89:13
appear  77:6
appearances  75:21
appeared  106:9
appears  18:7 32:6
  57:16 61:10 79:25
  80:16 81:17 91:17
  91:19 98:1
applicable  101:23
appointment
  108:14
appreciate  55:8
  77:25 81:20 104:15
appropriate  105:8
appropriately
  64:13

approximate  10:18
  75:10
approximately
  63:1 65:2 68:24
arnall  2:21
arrest  70:4
arrested  69:24
article  98:23
articulate  49:10
  58:18 72:16
asked  15:15 26:1
  31:9 32:14,15,19
  32:25 33:18 37:18
  48:1 58:5 63:15
  74:16,24,25 76:8
  83:12,14 92:5,10
  92:23 93:14 98:24
asking  8:4 13:9
  19:7 41:7 55:11
  58:20 63:5 66:20
  72:21 80:19 86:7
  93:13 103:25
asks  87:21 91:25
asquared  1:11 2:14
  3:15,19,22 4:6 63:4
  63:9,10 83:17 84:7
  86:17,22 87:8
  88:15,18 91:2,6
  93:23 94:2,15
asquared's  90:11
assigned  8:1 76:4
associate  52:9
associated  69:8
  77:13,19
assuming  58:13
  90:9 97:13
attached  51:18
attend  47:24 48:1,6
attention  13:21
  91:23

**attn** 108:8
**attorney** 9:13 10:8
  10:10 22:24 23:2
  34:13 41:25 42:9
  42:16 55:10 62:16
  66:12,20 67:4
  78:23 79:18 99:3
  107:14 108:16
**attorney's** 89:3
**attorneys** 19:21
  66:22 74:9,21
  76:21 80:23 82:22
  84:16 86:10 92:2,7
  93:16 95:4 99:11
  107:16
**attribute** 26:15
  29:4 31:8
**attributed** 26:19
**august** 87:2
**authority** 106:8
**authorized** 107:7
**available** 39:17
**avenue** 2:21
**avoid** 52:4
**awaiting** 100:18
**aware** 7:8 10:25
  15:5,8 20:7 45:25
  47:18 48:10,21
  49:22 55:2 70:10
  72:12 75:2 97:4
  98:18
**awhile** 7:22 11:14

**b**

**b** 1:11 3:9 100:17
  103:8
**back** 7:13,16 24:25
  35:9,15,23 36:1,7
  36:15 37:1 39:6
  42:23 62:11,25
  68:19 70:7 79:15
  87:4 89:8

**ballpark** 70:1
**bank** 8:16
**bankruptcy** 70:11
**bar** 58:9,10,12,14
  58:18,24,25 59:1
  59:13
**based** 11:13 13:24
  21:25 22:1 27:12
  27:14 34:7 39:22
  40:10 63:18,22
  84:15
**basically** 22:11
  85:9
**basis** 28:16 50:11
  72:10
**batch** 58:11
**bathroom** 47:11
**began** 5:2
**beginning** 73:18
**behalf** 1:6 2:2,7,14
  2:20 86:11
**believe** 8:14,15
  10:1,4 11:18 17:2
  17:15 20:17 26:8
  28:20 29:16 31:10
  36:9 38:10 39:9
  41:8 45:18 47:21
  53:9 54:19,23
  60:20 62:5 68:12
  69:23 70:16 71:4
  71:10,20 72:15
  74:19 76:10,16,24
  78:16,24 87:12,15
  87:18 91:11
**believed** 33:11,13
**benefits** 71:24
  72:13,16,18
**best** 59:2 63:14,18
  72:22
**better** 72:10 73:19
  85:10

**bill** 1:5,16 3:3,17
  3:21,24 4:7 5:8,14
  86:18,23 88:16,19
  89:6 91:4,7 93:24
  94:3 100:25 106:8
  107:9 108:8,25
  109:4,25
**birth** 45:12
**biscayne** 108:1,2
**bit** 11:15,18 14:23
  71:17 73:8 80:16
  81:21 84:25
**blank** 108:18
**blast** 20:3 29:15
**blue** 52:5
**blvd** 108:2
**boostceuticals** 1:11
**bothered** 25:20
**bottle** 12:14,19,25
  13:2,10,20 16:15
  16:19,20,21,22
  17:16 18:8,12
  25:15 27:23 31:1,3
  34:25 39:1,4 43:5
  43:14,16,19 46:12
  46:14 47:4 52:2,5
  57:7,9 58:1,4,8,20
  58:23 59:3,5,7,11
**bottles** 16:23 98:24
**bottom** 46:20,21,22
  46:24 47:2 58:5
  59:2,3 86:24
  103:17 108:18
**bought** 6:15 9:15
  11:12 12:2 14:11
  27:23 29:19 31:3
  31:21 40:17,23
  47:5 50:6,13,16
  51:2,11,12,17
  55:23 56:4,9,11

**brand** 12:10 55:15
  59:23
**brands** 1:11 2:14
  3:16,20,23 4:6 63:9
  84:7 86:17,22 87:9
  88:15,18 91:3,6
  93:23 94:2,15
**break** 41:12,16,18
  41:20 42:12 43:3,6
  53:9,12 63:2 100:2
**briefly** 7:16
**bring** 6:13 42:22
**broadly** 84:10 96:3
**brody** 2:5 6:9 9:20
  10:3,11,13,15,23
  11:7,25 12:17 15:6
  18:25 19:4,9,18
  21:14,24 22:17,20
  22:22 23:14,24
  24:4,8,15 25:9,25
  26:10,16 27:5 28:3
  29:25 31:9,14,24
  32:14,19,24 33:5
  33:20 34:5,11,21
  35:4,11 36:8 37:18
  38:6 39:21 40:21
  41:11,23 42:4,7,11
  42:13 43:3,8,20
  47:20 48:7,13,20
  49:1 50:20 51:14
  51:22 52:7,16 53:1
  53:11,15,17 54:2,9
  54:22 55:10 57:10
  58:19 59:14 60:11
  61:25 62:6,12,22
  62:25 63:16 68:18
  72:1,14 73:24 74:5
  75:3,5,11,25 76:5
  77:2,15,22 79:3,8
  80:9 81:14,25
  82:17 83:9,18

**[brody - completed]**

84:18 85:21 88:6
88:24 90:1,13 92:8
93:6 94:17 95:5,11
96:7,17 97:12 99:1
99:10,14 100:2
104:15,21 105:4,6
108:6
**brody's** 73:9 74:9
74:12 92:21
**brought** 65:7 87:22
**bryant** 75:9
**buffalo** 2:16
**bunch** 86:10
**business** 44:2,6,21
44:22
**buy** 38:5 40:1 52:3
52:11,14,24 53:6
60:10,18 61:10
**buying** 14:17 27:4
49:23 52:4 71:25

**c**

**c** 1:23 2:1 102:18
103:8
**cabinet** 29:9,11
47:8,10,11,12,13
47:15,16
**california** 1:21
45:15 56:7,12,22
70:6
**call** 12:24 57:4
108:13
**called** 37:22 49:19
49:25 64:5 67:20
71:21 76:10,12
100:9
**calls** 22:23 23:24
26:16 34:5 61:25
72:1 77:15 82:17
90:1,13 94:17
**camera** 104:17

**cap** 46:17 52:2,6
**capsule** 13:20,24
25:18
**capsules** 25:19
26:24 27:8,15
38:22 43:14,18
57:6,9 97:23
**card** 7:3,6,11,12,14
7:24,25 8:2,3,7,10
8:11,15,16,18,22
9:4 97:18 98:8
**care** 60:13 61:12
**carrier** 45:8
**case** 6:2,5,8,13 17:2
19:3,21 21:12
45:21 47:19 48:12
48:19 51:6 53:16
53:22 54:7,16,21
55:4,21 57:1 61:11
70:16,17,18 75:1
75:18,21 76:4 77:4
80:4,24 92:24
109:4
**cash** 44:14
**categories** 101:24
**category** 101:5,14
101:16
**cause** 31:4 108:11
**caused** 38:4
**caution** 19:19
34:12 41:24
**cell** 44:22 67:20
68:2
**central** 1:10 2:20
55:11
**cents** 21:7
**certainly** 61:18
**certificate** 4:15,16
87:3 106:1 107:1
**certified** 1:24,25

**certify** 106:8 107:7
107:13
**chance** 52:13 99:15
**change** 39:7 86:2
109:7
**changes** 85:18,24
109:2
**characteristics**
13:1
**cheaper** 11:16,17
11:18
**check** 44:11 59:12
**chestnut** 2:3,4
108:5,6
**children** 71:5
**china** 68:20
**chose** 40:7
**chosen** 59:24
**circumstances**
85:25 86:1
**civil** 1:3
**claim** 55:20 73:14
76:25 84:10,15
**claims** 76:17 83:7
87:22 101:9 104:2
**clarify** 21:11 58:19
**class** 5:22,23 6:12
21:4,6,13,18,18,22
22:9 23:8 48:24
50:11 70:15 77:7
77:10,13,20
**clear** 55:18
**clerk** 108:17
**cleveland** 2:9
**click** 60:1,9
**client** 22:24 34:13
**climate** 47:13,16
**close** 57:20
**closure** 77:4
**coaching** 24:3

**code** 58:9,10,12,14
58:18,25,25 59:1
59:13
**coleman** 18:23
**college** 45:6
**color** 46:14
**come** 7:17 21:21
42:23 62:11,25
**comes** 52:1,5
**comfortable** 62:10
**coming** 61:12
**comment** 37:9
**comments** 60:23
61:1
**commission** 106:24
107:24
**communicated**
74:8
**communication**
9:13 19:20 21:25
22:1,24 42:8,15
83:6
**communications**
23:1 34:13,15
41:25 66:21
**companies** 50:12
50:13 51:1 68:14
**company** 1:13
37:22 39:14,15
49:12,19,22,24,25
50:7 51:16 61:12
61:14 67:19 68:8
69:8 76:10,12
**comparing** 14:1
**complaint** 3:14
17:1,3 23:20 27:12
27:14 40:16,17
41:3 49:15 78:4,14
84:6
**completed** 95:23

completely 80:19
components 68:2
concern 20:4
concerned 14:23
    14:25 31:2 35:8
    39:5,5
concerning 22:8
concerns 38:14
concluded 105:9
conditions 101:22
confirm 88:5
confirming 92:20
conflict 62:9
confuses 79:25
    80:15
confusing 51:15
connected 107:16
consider 15:20
    60:6,8 68:14
consideration
    59:15
consist 49:8
construction 43:24
    43:25 69:3
contact 11:1 20:20
    76:20
contacted 22:15
    73:13
contain 13:5
content 41:24 42:8
    42:15
continued 4:1 68:8
contract 53:14,21
    54:21
contributed 85:19
control 64:9,10
    98:18 101:8,19
controlled 32:6
    47:13,17
conversation 43:2
    75:15

conversations
    54:15 66:21 75:13
convicted 69:21,22
copy 74:25 101:5
    101:15 105:1,5
cori 1:5 108:9
    109:3
correct 8:23 17:6,9
    17:12 18:6 27:13
    27:19,20,25 45:23
    46:19 51:23 53:4
    55:21 56:3,13,20
    57:1,2 60:4 61:20
    65:9 69:5 70:7
    71:22 74:22 76:13
    80:24,25 83:17
    84:3,14,19 92:14
    93:5 94:22 97:7,20
    100:21 102:20
correctly 17:15
    50:6
costs 77:12,19,21
counsel 24:1 42:1
    58:5,19 59:8,10
    62:6 63:3 66:8 80:3
    87:24 88:24 99:10
    104:16 107:14,16
counsel's 102:9
count 43:18
counted 57:6
county 106:5 107:4
couple 7:19 10:16
    21:10 38:19 41:13
    44:16 71:18 74:16
coupon 21:7
courses 45:4
court 1:1 5:3,4,5
    48:3 75:20,24 77:6
    100:18 104:23
    105:4 108:17

cover 16:24
covered 50:9,12
credit 7:3,6,11
crime 69:21,22
critique 77:25
cross 3:2 55:13
crr 1:23 108:21
csr 1:23 108:21
ct 1:10 2:7 3:11
    5:21 49:25 50:4,17
    51:11,13 65:16,25
current 5:3 69:2
currently 15:16,18
    17:16 23:22 24:13
    43:19,24 44:8,13
    45:14 69:4 75:17
custody 101:8,19
cv 1:3 109:4

## d

d 1:11 3:1
daboll 2:9
daily 26:24 28:16
    72:10
dan 69:12
dan's 69:13
dark 18:3,4
date 19:14 25:5
    45:12 56:2 59:4
    64:24 65:1 68:10
    79:10 87:15,16
    89:15 94:12 109:25
dated 107:19
dates 58:11
dave 100:6
david 2:11 5:21
day 28:19,21,24
    30:17,18 106:15,17
    107:19 108:11
days 66:9 67:5
    108:16

dc 2:22
debit 7:12,14 8:7
    8:11,16,22
december 106:17
    107:19 108:4
decide 59:17
decided 11:14
    39:19 52:11
deciding 46:7,8
declare 109:22
decrease 85:15
defective 26:9
defendant 2:7,14
    2:20 3:11,15,19,22
    4:6 55:15 65:16,24
    70:22 77:1 84:7
    86:16,22 87:8 88:4
    88:15,18 90:11
    91:2,5 93:23 94:2
defendants 1:14
    23:12 55:4 63:4,9
    76:15,22 82:16
defenses 101:9
degree 45:5
depo 103:20
deposed 64:22 65:3
    65:5,8 70:18
deposition 1:16
    3:13 6:1 63:11
    64:19 65:15,17
    66:1,9,16 67:1 75:4
    78:3 86:15 88:13
    91:1 93:21 95:10
    104:18 107:9
    108:11,14,15
describe 12:23
described 21:17
description 3:10
    4:4 13:17 101:5,15
descriptions 13:4

despite 32:9
details 70:3
determine 25:21
diego 68:4,22
diet 15:12
dietary 61:16
difference 9:17,21
  40:11
different 22:9 39:7
  40:3 61:4 64:12
  84:12 100:8
diplomate 1:23
direct 3:2 5:16
  91:23
directly 49:16 50:4
  59:1
disclosed 103:23
  104:3
disclosing 101:7,18
disclosure 82:4
  103:11
disclosures 4:11
  95:13 99:18,20,21
  100:10 104:6,10
discover 8:5
discovery 100:18
  101:23
discussed 92:18
discussions 48:11
  48:14
dissatisfied 36:12
disseminated 88:8
distinguishing 9:14
distribution 44:19
  44:23 67:22,23
  68:1,19
distributor 9:22
  37:25 83:22
district 1:1,1 5:24
division 1:2

divorced 71:2,3
djohnson 2:12
docket 81:8,13
document 63:25
  64:1,7,10,12,13
  65:10,24 66:2,12
  74:23 78:7,10,14
  78:15,17 79:1,2,12
  79:25 80:3,20 81:7
  81:12,23 82:4,11
  82:24 83:1,2 86:21
  87:1,5,7,10,14,21
  88:3,7,10,12 89:1,5
  89:8,9,12,18 90:5,8
  90:20 91:1,10,13
  92:13,19,20 93:8
  93:22 94:7,10
  96:24 98:18 99:19
  100:11 104:3
  109:22
documentation
  102:3,25 103:1
documents 3:24 4:7
  54:20 55:25 63:20
  66:6,8,11 67:4,8,16
  78:21,22 79:17,22
  79:23 80:5,13,17
  80:21,24 81:2,16
  86:10,12 91:4,7,17
  93:5,24 94:3,16,24
  95:2 96:4,5 98:17
  99:22 101:6,16,24
  102:5,8,15,16,17
  102:18
docusign 89:5
doing 43:24 44:7
  44:14,15 69:4
dollar 1:13
dosage 13:24 17:14
  30:17 39:9,11,12
  39:13,17 59:21

dose 26:24 27:2
  28:1,9,11
doubt 56:1
doug 18:23
drafting 89:21
drawer 47:9
driver's 106:13
driving 70:7
drunk 70:7
due 5:3
duly 5:15 106:13

e

e 2:1,1 3:1,9 6:18
  7:11,15 11:5,22
  12:7,10 14:7,20,22
  16:3,13,15,25 18:5
  20:3,6,8,9 22:20
  25:7 26:8,22 27:2
  27:19,22 29:15,17
  30:17 34:20 37:20
  38:15 39:2 40:17
  40:23 41:8 45:25
  50:3,16 51:25 52:3
  52:11,12,14,22,24
  55:20 56:25 57:22
  57:25 60:8,23
  61:13,14 62:5
  69:15 71:18,21,25
  72:12 73:1 75:13
  79:2,5,7 80:2,7,13
  83:5,6,17,24 84:7
  85:1,14,16 96:5,12
  96:16 97:22,25
  98:11,14,19,23,25
  104:14
earlier 76:8 78:22
  79:16 92:12,19
  97:18 98:7
eastern 62:14,22
education 45:2,9

effect 26:19 28:11
  29:2,21 31:6
effects 14:11,13
  26:12 28:8 29:5
  30:19,21 31:2,16
  38:25 39:3,12 73:1
  73:5 85:6,16
eight 68:6
either 29:24 31:16
  33:14 34:3
electronically
  101:6,17
else's 59:19,23
employee 107:14
  107:15
employment 68:15
  69:2,19
engagement 53:15
  54:1 92:1,6,17
  93:10,15
enhanced 85:8
entail 67:25
entailed 68:1
enter 53:14,18
  109:2
entered 81:8,13
entirely 84:16
entitled 88:13 89:5
entity 44:6,12
enumerated 58:13
  58:15
eric 1:6
errata 4:17 109:1
esq 2:5,11,17,23
  108:6
et 108:9,9 109:3,3
evades 85:2
everybody 6:15
  62:10
exact 7:20 19:14
  25:5 79:12

**exactly** 13:13 14:25
35:14 53:7 83:2
**examination** 5:16
42:2 55:13 100:4
**example** 87:20
**execution** 4:17
**exempted** 100:16
**exhibit** 3:11,14,15
3:18,22 4:5,9,11
65:14,18 78:2,4
86:14,18 88:12,20
90:25 91:7,23
93:21 94:4 95:10
95:19 104:6,10,13
**exhibits** 4:3,13
**exit** 104:18
**experiencing** 85:7
**expert** 23:25 26:17
34:6 72:2 77:16
82:18
**expertise** 62:1 90:2
90:14 94:18
**experts** 18:16 19:2
**expiration** 58:11
59:4
**expires** 106:25
107:25
**explain** 72:7
**express** 8:5
**extent** 24:9 34:14
88:25

**f**

**f** 2:10 69:15
**facility** 13:25 14:3
**fact** 5:7 29:4 32:9
32:24 52:23 103:25
**facts** 109:22
**failed** 72:20
**fair** 21:19 25:24
27:9 30:20 31:23
32:13 49:9 62:4

96:22

**familiar** 40:2 61:15
79:13 91:21
**family** 45:24
**far** 16:25 33:11
47:17 49:6
**fargo** 8:17,22
**farrell** 69:14,18
**faster** 100:1
**favor** 99:17
**federal** 75:24 77:14
**feel** 30:4,18,21
31:15 38:25
**feeling** 14:10,13
28:8 29:2,5 85:17
**felt** 30:19 85:10
**fight** 23:5
**file** 53:24 54:19,24
**filed** 10:21 23:17
24:21,25 25:4
70:11 75:23 108:16
**files** 53:25
**fill** 20:18
**financially** 107:17
**find** 11:15,17 54:5
64:21 65:2 69:18
**fine** 13:12 62:24
99:25 100:3
**fingertips** 32:10
**firm** 53:16 54:3
73:9 74:4,9,12,15
92:21
**firms** 74:12
**first** 3:16,20 5:15
11:5 16:22 17:3
19:12 26:22 27:1,3
27:9 28:15 30:9
36:25 37:20 38:16
57:18,18 84:1 85:1
86:17,22,24 87:13
87:20 88:15,19,22

89:11 90:11 95:23
97:22,24 98:2
**fishon** 1:6
**five** 41:12,15 45:18
67:14
**fl** 2:10 108:2
**flfd** 81:8
**flip** 46:20
**florida** 1:1,24 5:4
5:25 106:4,23
107:3,23
**focus** 13:15
**follow** 42:18 43:10
71:19 74:17 99:13
99:15
**followed** 73:6
**following** 5:2
103:24
**follows** 5:15
**font** 64:11 65:20
**forefront** 83:15
**foregoing** 107:8
109:22
**forget** 65:1 83:22
**form** 9:20 10:3,23
11:7,25 12:17
18:25 19:4,9,18
20:18 21:14,24
22:22 23:14,24
24:2,4,7 25:9 26:10
27:5 28:3 29:25
31:14,24 32:16,21
33:1,20 34:5,11,21
35:4,11 36:8 39:21
40:21 41:23 43:20
47:20 48:7,13,20
49:1 51:22 52:7,16
53:1,17 54:9 57:10
60:11 61:25 72:1
72:14 73:13,24
75:5 76:5 77:2,15

77:22 79:3,8 80:9
81:14,25 82:17
83:9,18 84:18
85:21 88:6 90:1,13
92:8 93:6 94:17
95:5 96:7,17 97:12
99:1
**formal** 45:8 74:20
92:20
**forwarded** 4:17
108:16
**found** 29:10 35:14
73:10
**fountain** 2:15
**fpr** 1:23 108:21
**frame** 79:19 80:21
**friday** 108:13
**friend** 11:13
**friends** 45:24
**front** 6:23 7:5 9:8
34:25 46:13 51:1
52:2
**froze** 15:7
**full** 82:4 104:14
**function** 64:5
**further** 99:8
107:13
**future** 52:4,11,24

**g**

**general** 13:4,16
68:16 85:8 87:19
100:16
**generally** 60:18
65:3,4
**getting** 14:1,14,25
28:10,11 29:20
31:6 32:4 39:3,4,11
60:14 61:9 62:21
**gg** 106:24 107:24
**ginsberg** 1:5 108:9
109:3

give 8:8,20 33:7
40:3 50:11 58:10
82:8 99:23
given 18:11,14,16
giving 31:4 87:25
gmax 1:10 2:20
55:11,15 57:4
go 7:13,16 19:19,23
35:9 36:14 39:12
39:14,19 54:13
62:9 64:2,11 86:9
88:24 89:2 91:22
103:17 104:13
goes 57:22
going 7:22 14:17
23:3,4 29:21,22,23
41:12 42:18 43:10
52:14,24 61:11
62:9,19,21 63:10
63:14,17,18 64:7
64:21 65:3,4,7
68:14 71:18 74:17
86:9,13,24 89:2,8
91:23 99:14 100:7
104:5,12,23
golden 2:21
goldhamer 2:3
108:5
good 5:18,18 53:11
65:23 95:7,25
gotcha 73:7
governing 101:23
graifman 2:3 108:5
gratuitous 62:18
gregory 2:21
group 78:22 79:17
79:22 80:1,17
guarantee 35:23
36:7,15 37:1,15
guess 44:20

guidance 87:25
guide 82:20 83:4

**h**

h 3:9
half 31:1 65:5
78:19 90:17
hand 5:13
happened 22:14
73:17 82:13
happens 64:6
hard 46:14
hassle 36:23 37:2
hcpe 46:24
head 9:9 10:24 11:2
14:6 18:24 74:7
header 91:21
heading 80:14
health 1:10 2:7
3:11 5:22 50:1,4,17
51:11,13 65:16,25
healthy 1:12
heard 47:21 49:12
49:21,25
hearing 5:12 24:6
help 72:6,7,9
hey 103:12
high 45:3,4
higher 14:11 17:14
29:20 39:11,13,17
highlight 81:7
hire 24:19 25:1
hold 18:2 46:13
hood 1:6
hour 62:18,19
hours 108:13
house 17:20 47:17
53:24
htp 15:4,20,23,24
16:13
huh 69:23

hundred 36:6,14
37:15

**i**

idea 20:25 82:25
85:22,22 103:4
identification
65:18 78:5 86:19
88:20 91:8 94:4
95:20 102:22
104:11
identified 95:13
96:4 100:11,23
102:19
identify 7:23 64:1
102:2
identity 106:11
imagine 10:20
73:19 75:16
impeachment
101:10
improving 72:11
include 101:24
104:13
included 66:6 80:1
88:1 90:21
including 58:23
59:12
incorrectly 51:3
increase 28:1 59:20
increased 30:16
independent 34:19
34:23 81:3,22
89:17
indicated 61:3 69:2
indication 20:4
indulge 31:13
industry 44:25
61:7,17
information 9:10
9:11 20:14,20,21
22:5 26:5,23 30:10

34:2 73:11 97:1,14
101:7,17 102:18
ingredient 31:21
33:15
ingredients 25:23
84:12,12
initial 16:15 22:1
22:12 36:5 95:12
initially 11:11
38:17 46:3 47:8
inspire 1:11
instructing 42:5,7
42:14
instruction 42:18
43:10 63:17
interactions 66:19
interest 20:15
interested 83:23
107:17
interrogatories
3:16,20 86:17,23
87:9,23 88:16,19
89:22,25 90:12
interrogatory
87:20 88:1
involved 19:12,17
20:2 21:2 26:6
issue 23:4 42:22
57:1 61:19 98:14
98:20
issues 98:23
item 13:4 97:22
items 82:23 96:11
97:22 98:11

**j**

j 2:23
japan 68:19
jay 2:5 75:7 108:6
jbrody 2:5 108:7
jdalegal.com 2:12

**job** 67:25 68:3
**johnson** 2:9,11 3:4
5:17,21 6:10 9:23
10:5 11:3,9 12:5,20
15:10 19:1,6,11,22
21:16 22:3 23:3,6
23:16 24:1,5,11,18
25:11 26:2,14,21
27:7 28:6 30:7
31:12,18,25 32:16
32:17,21 33:1,3,9
33:21 34:9,18,24
35:6,16 36:11
37:19 38:8 39:25
40:25 41:14,17
42:1,5,10,17,22,25
43:9,22 47:23 48:9
48:17,22 49:5
50:22 51:4,19,24
52:10,19 53:3,8,13
53:20 54:11 55:1,7
95:8,11,16 99:13
99:16,21,25 100:3
100:5,6 104:19,25
**joined** 21:6
**jolly** 1:12
**judge** 23:4 24:6
32:22 42:23 76:3
**judgments** 70:9
**july** 17:7 27:11
28:1 45:13 56:9
57:19 97:21
**june** 23:17 24:25
25:2 103:18,21

**k**

**kantrowitz** 2:3
108:5
**kaylyn** 1:5
**keep** 20:21 29:8
53:25

**kept** 10:25 17:17
**kggla.com** 2:5
108:7
**khakiware** 1:12
**kid** 70:8
**kind** 18:3 20:18
29:3 32:7,7 45:5
79:24 80:15
**kitchen** 47:12,14
47:16
**kmw** 1:3 109:4
**knew** 65:6
**know** 6:21 7:9,19
9:4,5,17,21 10:21
11:1 12:4 15:4
16:20 18:23 19:2,7
19:8 20:25 21:6,23
23:10,12 24:9
26:18 29:6 30:3
32:2 35:15 36:16
36:21 37:5 43:15
46:4 48:3,8,14,18
49:3 50:5,7,8,24
51:18 52:3,8 54:10
58:5 62:16 63:22
64:12,24 65:20
66:18 67:15 69:10
70:3,25 72:23,25
73:5 74:4,11,14,14
74:20 75:17,20,23
76:3,14,17 77:12
79:11,21 84:5
85:24 86:3 87:16
88:9 89:24 90:5,7
90:10,18,19 92:15
94:12,14 95:23
96:19 97:1,11,15
98:2 100:9 102:11
103:15,23,25 104:4
**knowledge** 34:19
34:22 49:18 71:18

**known** 64:23
**knows** 39:15
**kyocera** 44:19 45:8
68:8,11,25

**l**

**l** 69:15,15
**la** 1:21 45:15 68:22
**label** 13:6,15,17
25:14,22 34:4
57:13 58:3,20,21
58:23,24 84:13
**labeled** 95:14
**lack** 84:21
**larger** 64:11
**law** 53:15 54:3 73:9
74:4,9,11,12,15
92:21
**lawsuit** 5:23,23
7:15 8:13 9:2,7
10:1,12,21 11:4
12:8,12,16 19:13
20:16 21:3,17,22
22:10 23:8,13,17
24:13,21,24 25:7
26:7 37:21 40:19
41:4,9 48:25 49:13
50:9,12,17 51:8,13
63:5,10 65:3,4,7
70:19,21,22,23
73:10 74:9,13
75:11,23 76:15
77:1,14 79:18
82:16 83:8 84:11
86:11 87:22 88:4
92:2,7 93:16 95:4
96:6 98:14,20
102:24 103:13
104:2
**lawyer** 22:15,16
25:1 34:8,10,16
41:19 48:15 51:6

62:2 79:24 80:6,15
83:3 91:16 102:12
102:14
**lawyers** 18:14 19:5
24:16,19 26:4 54:2
55:9 82:19
**lead** 22:9
**leading** 24:2
**lee** 106:5 107:4
**left** 30:14 43:14
68:10
**legal** 23:25 62:1
77:16 82:18 90:2
90:14 108:1,21
**letter** 4:16 92:18,18
93:11 108:18
**letters** 58:25 92:1,6
93:15
**level** 45:2
**license** 106:13
**life** 85:19,25 86:1
**line** 58:13,15 99:11
109:7
**linked** 97:19 98:6,8
**lippes** 2:15 63:8
**lippes.com** 2:18
**list** 87:3
**listed** 108:19
**litigation** 61:24
70:14
**little** 11:15,18
14:23,25 60:14
71:17 73:8 80:16
81:21 84:24 100:21
101:2
**live** 45:19 70:25
**lived** 45:17,22
**living** 43:23
**llc** 1:10,10,12,12,13
2:20 63:9 84:7 87:9
108:9 109:3

**llc's** 3:16,20,23 4:6
  86:17,22 88:15,18
  91:3,6 93:23 94:2
**llp** 2:15
**local** 12:2 13:25
  14:3 50:6
**locally** 11:12 14:15
**locate** 7:13
**located** 68:3 102:8
  102:11
**location** 101:6,16
**logged** 66:17
**logging** 66:25
**long** 12:6 19:15
  44:15 45:17 54:16
  68:7 82:5
**longer** 52:12,21
**look** 7:16 35:10
  39:16 46:20 54:13
  57:25 60:7 63:19
  63:20,21 82:2
  91:17 100:8
**looked** 8:18 10:6
  13:14 35:19 36:1
  60:12 66:5 80:3
**looking** 8:8 15:1
  39:10 58:24 60:25
  68:15
**looks** 18:4 65:23
  79:12 91:21
**lot** 58:11 91:17
  92:23

**m**

**m** 2:17
**mail** 20:3,6,8,9
  29:15 79:2,7 80:2,7
  80:13 83:5,6
  104:14
**mailed** 79:5
**mails** 75:13

**maintain** 53:24
  54:19
**major** 86:1
**making** 55:20 83:7
  84:10
**malgeri** 1:5
**manager** 44:19
  67:23
**manufacture** 53:5
**manufactured** 52:1
  52:12,14,25
**manufacturer** 9:5
  9:15,22 10:2 12:2,4
  44:23 67:20
**manufactures**
  52:21
**march** 106:25
  107:25
**mark** 104:5
**marked** 3:10 4:4
  65:14,18 78:2,4
  86:14,18 88:12,20
  90:25 91:7 93:21
  94:3 95:9,19
  104:10
**markings** 46:22,23
**married** 71:1
**material** 25:17
**materials** 67:23
**mathias** 2:15 63:8
**matter** 10:22
**maximum** 75:12
**mckeown** 1:6
**mean** 8:3 10:25
  22:16 37:5,7,11
  58:16 61:5 72:7
**mediation** 47:19,24
  48:1,4,6
**medication** 64:18
**medicine** 47:11

**meet** 34:4
**meets** 25:22
**member** 21:5 70:15
**members** 45:25
**memory** 63:22 82:7
**mention** 72:20
**mentioned** 67:3
  97:18
**merit** 107:6
**mesa** 1:21 45:15
  68:22
**messing** 29:7
**method** 97:6,17
  98:5
**miami** 1:2 108:2
**middle** 64:8
**milligram** 14:12
  26:24 29:20
**milligrams** 18:5
  27:16,24 28:23
  30:17,18,22 31:1
  61:9,13,14 97:23
**mind** 29:16
**minute** 41:12 100:2
**minutes** 41:13,15
  41:15 62:15
**misrepresented**
  6:16 25:14
**misstates** 28:4,4
  50:21 52:17 79:9
  80:9
**misunderstood**
  15:21 93:18
**moment** 85:3
**monday** 1:17
  108:13
**money** 35:23 36:7
  36:15 37:1,15
**months** 7:19,21
  10:9,16,17,18 12:9
  38:19 44:16

**mood** 46:9,9 72:6,8
  72:10,11 85:8,11
  85:19 86:2
**morning** 5:19
**mouth** 30:15
**move** 64:13 68:21
  84:24 95:24
**moved** 68:19
**moving** 93:20
  98:10
**multiple** 80:22
**mute** 104:18

**n**

**n** 2:1 3:1
**n1500** 27:24
**name** 5:21 12:10
  44:11 55:16 63:7
  69:11,13 74:4 85:2
  108:18
**named** 18:23 24:24
  84:7
**names** 22:5
**nature** 25:6 44:21
  44:22
**necessarily** 61:12
**necessary** 77:10
**need** 21:10 24:2
  63:19,20,21 64:11
  70:3 77:8 100:8
**negative** 72:25 73:5
**never** 21:8 33:16
  49:19,21 51:12
  61:19 70:19,22
**noah** 1:5
**notary** 106:22
  107:22
**note** 4:13
**noted** 99:16
**notes** 43:1 107:12
**notice** 3:12 65:17
  66:1 108:11

**noticed** 26:11
85:15
**noticing** 39:5
**notify** 105:7
**november** 1:17
89:18 106:15
108:11 109:5
**number** 3:10 4:4
8:18 35:13 43:18
68:9,11 75:7
100:23 101:2
**numbering** 98:2
**numbers** 46:21,23
47:2 58:3,7,11,11
59:1
**numerous** 66:5
80:12,12
**nusapure** 2:20 18:6
35:1,18,22 36:5,15
37:16 39:20 40:7
50:15 55:16 56:17
57:4,25 59:18,23
60:4,9,20 76:12
84:2 96:12,16
**nusapure's** 61:1
**ny** 2:4,16 108:6

**o**

**o'brien** 2:17 4:13
62:8,15 63:6,7
65:13,19 72:4,19
74:1 76:2,7 77:5,18
77:24 78:1,6 79:6
79:14 80:18 81:19
82:3,21 83:11,21
84:23 85:23 86:13
86:20 88:11,21
89:2,7 90:4,16,24
91:9 92:11 93:9,20
94:5,20 95:7,21
96:9,21 97:16 99:4
99:7,19,23 104:5

**104:12 105:1**
**oath** 4:15 106:1
**object** 22:23 24:1,6
29:25 32:16 33:1
52:7 66:18 80:9
99:14
**objecting** 32:24
**objection** 5:9 6:9
9:20 10:3,23 11:7
11:25 12:17 18:25
19:4,9,18 21:14,24
22:22 23:14,24
24:4,15 25:9,25
26:10,16 27:5 28:3
31:9,14,24 32:14
32:21 33:2,20 34:5
34:11,21 35:4,11
36:8 37:18 38:6
39:21 40:21 41:23
42:13 43:8,20
47:20 48:7,13,20
49:1 50:20 51:14
51:22 52:16 53:1
53:17 54:9,22
57:10 60:11 61:25
72:1,14 75:5,25
76:5 77:2,15,22
79:3,8 81:14,25
82:17 83:9,18
84:18 85:21 88:6
90:1,13 92:8 93:6
94:17 95:5 96:7,17
97:12 99:1,16
**objections** 3:19
87:19 88:14,18
**obligations** 48:24
49:7
**obtain** 71:25
**obtained** 96:23
**obviously** 32:5,6
40:13 45:7 60:17

**october** 17:11
23:19 27:21 28:2
28:23 56:15 57:22
57:23 59:17 81:13
81:24 96:11
**offered** 37:15
**offers** 48:18 55:2
**office** 54:3 63:8
102:9
**oh** 15:15 93:17
**okay** 6:4,7 7:18 8:2
8:24 9:5 10:6 11:4
12:6 13:15 14:4,16
15:11 16:12 17:21
17:23 18:1,5,11
20:11 23:3 24:19
26:6 29:4,13 30:23
34:1,10,25 36:22
42:21 43:16 45:24
46:6 47:1,13,18
50:9 51:5 52:9
53:21 59:22 63:12
63:14 64:15,17
65:6,13 66:7,23
68:13 70:17 72:11
72:20 74:4 77:12
79:1 80:2,19 81:20
82:12 85:18 86:5,7
89:17 90:24 91:12
92:22,25 93:19
94:14 95:25 96:1,2
96:10 99:7 100:20
101:11,20 102:10
103:8,15,17 104:5
**old** 45:10
**oldest** 71:9
**once** 62:18
**ones** 12:11
**online** 11:15,17,19
11:24 12:7 20:18
73:13 98:3,22

**oparil** 2:23 3:5
55:14 57:11 58:22
59:10,16 60:19
62:4 105:3
**opinion** 72:2 77:16
**order** 5:4 104:24
**ordered** 11:19
38:18,21 48:3
96:11 97:22 98:11
100:17
**ordering** 105:7
108:16
**original** 108:16
**outside** 66:25 70:17
70:17,21 72:11
98:17

**p**

**p** 2:1,1
**p.c.** 2:3 108:5
**p.m.** 1:18,18 5:2
41:16 63:2 105:9
108:13
**page** 65:22 81:6
82:5 86:24,25 87:1
88:22,23 89:4
91:23 95:23,24
96:10 97:3,21
98:10 109:7
**pages** 82:5 95:12
107:9
**paid** 7:9
**parameters** 40:14
60:17
**part** 21:4 41:8
48:15 58:7,21,23
64:12 73:19 100:8
**participant** 22:10
**participated** 21:8
**particular** 17:14
29:10

particularly 12:22
parties 5:5 100:19
  107:14,16
party 70:14 100:18
  101:8,18
pause 5:11
pay 7:10 13:21
  44:10,14 77:20
paying 30:4
payment 97:6,17
  98:5
penalties 109:22
pending 5:24
pennsylvania 2:21
percent 35:23 36:7
  36:15 37:1,15
perfectly 72:23
perjury 109:22
person 18:23 44:13
  69:6,8 98:24 99:2
person's 69:11
personal 44:11
personally 7:9
  106:9
pertain 94:24
phone 44:22 63:20
  67:20 75:13,15
phones 68:2
photographs 59:11
pictures 59:7
pill 28:13,13,16
pills 28:12,24
place 48:11
plaintiff 6:5,8
  24:24 70:19 92:1
  100:12
plaintiff's 3:15,18
  3:22 4:5,9,9,10
  86:16,21 87:8
  88:13,17 91:2,5
  93:22 94:1 95:12

95:14,15,15,18,18
95:19 100:10 102:9
plaintiffs 1:8 2:2
  48:19 55:3
plans 14:22
play 87:25 89:21
plaza 2:15
please 5:10,12
  17:25 33:8 43:19
  46:13 52:18 71:9
  72:22 82:1,8 101:4
  108:11,13,18
pllc 2:9
point 22:19 29:6,11
  35:14 36:3,10,24
  65:8 68:21 81:1
  85:13 88:8 98:22
points 74:18 80:22
pop 64:7
position 68:9
positive 9:3 85:6,15
possession 17:18
  23:23 25:19,22
  43:7 57:5 58:1
  98:18 101:8,18
  102:19 103:21
possibly 32:3 77:23
post 45:4
posted 60:22
potentially 22:8
  101:23
preparation 66:9
  67:17
prepare 66:15 67:1
preparing 75:4,8
prevent 64:18
previous 31:3
previously 14:11
  14:14 28:9 30:2
  32:15

price 40:11 60:17
primary 21:5
prime 40:12,13
  60:16
print 97:14
printed 96:25
printout 35:17,22
prior 11:23 12:11
  28:4 30:19,22
  31:21 44:17,18
  49:13 66:11 79:1
  80:2,10 81:23
probably 10:20
  19:24 39:9,13
  40:14 42:23 62:17
  62:19 70:5 100:1
proceedings 5:2
  105:9
process 10:19
  82:20 83:4
produced 51:6,21
  86:11,12 95:4
product 6:15,17
  7:24 9:1,6,16,18
  11:22,23,24 13:19
  15:9 16:17 18:9,11
  18:21 20:5,15
  22:20 23:18,22
  24:12 25:8,13,14
  25:21 26:8,8 29:8
  29:20,23 30:1 31:5
  31:16,17,19,20,21
  32:2,3,9 33:12,14
  33:16 34:2,4,20
  35:2,9,10,13,18
  36:13 38:22 39:17
  39:20,20 43:5,13
  46:2,3,12 49:16,19
  50:3,6 51:7,11,12
  51:25 52:4 55:16
  56:6,17,22,25 57:3

57:4,4 59:18,19
  60:4,23 61:1 73:12
  83:19 84:20,21
  102:23 103:3,12,19
  104:1
production 3:23
  4:7 91:3,6 93:24
  94:3,16
products 22:9 38:5
  51:17 52:24 55:20
  60:7,13 84:11
  85:14
professional 1:24
project 44:9
properties 71:15
propose 62:20
proprietorship
  69:9
prospects 76:21
provide 72:12
  100:19 101:15
provided 59:7
  102:3,6
pty 1:11
public 106:22
  107:22
pull 99:18 100:1
purchase 7:14,24
  11:5,10 17:7 26:22
  27:1,3,9,11,22 28:2
  28:22 35:3,7,18,23
  36:5 38:16 39:6
  56:10,15,25 57:18
  57:21 59:18 60:9
  71:23 76:11 96:4
  96:15,20 97:2
  102:2,15,17,25
  103:1
purchased 6:20,21
  9:6,19 11:23 12:11
  12:15 13:11 16:16

17:4 22:21 23:19
25:20 26:23,24
27:8 29:18 34:2
49:16,19 50:3 51:7
56:19 57:12 73:12
83:16,19,24 84:6
84:11 98:25 102:24
103:3,13 104:1
**purchases**  7:4,7,10
8:12 9:1,25 12:7
16:21,25 28:15
34:3 37:20,24 41:2
41:8 50:10,14
55:19 56:24 57:19
76:9,10 84:1 95:3
96:5 97:25 98:3,3
98:14,19
**purchasing**  11:23
12:6,11 71:20 85:2
85:14
**purely**  59:20
**purple**  46:16 52:1,5
**purportedly**  80:23
**purporting**  5:23
**purpose**  46:7
**purposes**  65:14
68:13
**put**  30:15

**q**

**qualcomm**  44:18
45:8 67:20,24 68:5
68:10
**quality**  32:3 33:14
59:11,12
**quarters**  97:5
**question**  22:25
24:2,7,10 31:4 32:4
32:19,22 33:2,4,7
33:25 42:6 50:23
50:24 59:22 63:22
73:4 81:21 83:14

84:5 86:3 93:13
94:6 101:13
**questioning**  42:3
**questions**  21:10
55:8,9,11 62:8 63:5
63:15,18 64:14
66:19 67:3 68:13
68:15 71:19 72:21
74:16 76:8 87:21
92:23 104:7
**quick**  16:24 41:11
101:13
**quite**  19:15 64:23
68:7 98:9

**r**

**r**  2:1 69:15,15
**raise**  5:13
**ran**  44:23 67:22
**rdr**  1:23 108:21
**reactions**  84:20,24
**read**  4:16 17:3
100:14 101:4,12
108:14,15 109:22
**readable**  58:17
**reading**  57:13
65:21 101:25
104:19
**real**  16:24
**really**  13:13,21
60:13
**realtime**  1:24
**reason**  11:20 16:6,8
23:21 28:10 36:13
36:13 46:8 49:22
56:1 57:21,24
59:24 60:1 109:7
**reasons**  16:4
**recall**  12:1 13:13
17:15 25:4 30:24
35:14,21 36:2,3,4
36:10,20 37:23,24

37:25 38:3,9,14
39:19 48:2 50:25
53:23 54:14,15,17
54:18 59:9 60:25
66:14 68:10 70:24
73:17 74:19 76:1,6
76:23 79:10 83:2
87:15,18 88:3
90:15 91:14 92:5
93:14,17 94:19,21
95:2 96:23
**receipt**  10:7
**receipts**  6:24,25 7:2
7:3,6,14 9:12,24
**received**  13:10
35:17 50:16 67:4
79:17 80:12,13,23
81:4
**receiving**  66:11
79:1 80:2
**recognize**  78:10,13
87:5,7
**recollect**  82:10
**recollection**  28:20
55:6 60:3 63:19
72:22 73:20 74:3
74:23 78:24 81:3
81:11,22 82:6,12
83:25 84:8 89:18
94:23 95:6,7
**recommendation**
39:10,14,23 59:25
60:16
**recommendations**
38:12 40:2,4,8,12
**recommended**
38:11 46:5,6
**record**  28:5 50:21
52:17 79:9 107:11
**records**  50:15 51:5
51:10,20

**recovery**  61:23
**recross**  3:2
**recycle**  46:24
**redact**  97:11,15
**redacted**  97:7,14
98:6
**redaction**  97:9
**redirect**  3:2 100:4
**refer**  53:25 63:10
**referenced**  78:22
**referred**  46:2
**referring**  7:1 9:24
13:23 39:1 92:19
**reflect**  51:11 97:18
**refresh**  82:6,7
**regard**  9:18 25:7
25:13
**regarding**  70:4
**registered**  1:23
107:6
**regular**  47:14,16
**regulated**  14:24
30:3 32:7 60:15
61:6
**regulating**  61:16
**regulations**  61:4,16
**relate**  97:2 98:13
98:19
**related**  54:21 69:3
73:11,14 79:17
80:4 83:7 95:2 96:5
96:12 97:24 98:23
**relates**  75:1 96:15
96:18,19
**relating**  80:24
**relative**  107:13,15
**relatively**  57:20
**relevant**  101:24
**reliance**  82:22
**relief**  82:23,25

**rely** 24:16 26:4
  34:16 51:5,20
  55:25 62:2
**relying** 82:19 83:3
**remaining** 57:7
**remember** 11:10
  11:11,22 12:10,14
  12:18 13:10,11,12
  13:16 14:5 19:13
  19:14 20:12 22:4,6
  22:7 35:1,24 46:3
  50:25 67:6,8,10
  73:21 92:9 93:1,2,7
  93:10
**remodeling** 44:1,7
  44:9,14 69:6
**rent** 71:13,14
**repeat** 15:6 52:18
**replied** 20:5
**reply** 20:8,9
**report** 107:8
**reported** 1:22
**reporter** 1:23,24,24
  1:25 4:16 5:3,5
  104:23 105:4 107:1
  107:6
**reporter's** 4:13
**represent** 5:21 6:15
  53:22 54:7 55:15
  73:9 87:21 92:17
**representation**
  92:20
**representative** 6:13
  21:13,19,22 48:24
  50:11 77:7,10,13
  77:20
**representatives**
  23:8
**represented** 74:12
**representing** 10:12
  53:16 74:15

**represents** 63:8
**request** 3:23 59:11
  91:3,6,25 94:15
  100:19
**requested** 107:10
**requests** 4:6 93:24
  94:2
**require** 23:1
**requirement** 90:8
**researched** 61:19
  61:21
**reserve** 104:21
**reside** 45:14
**respect** 25:16 57:3
**responded** 87:23
**response** 87:8
  89:25 90:11 94:15
  94:25 101:14 103:9
**responses** 3:15,18
  3:22 86:16,22
  88:14,17 89:22
  91:2,5
**responsibilities**
  49:2,4,8
**responsive** 95:13
**rest** 47:17
**result** 30:8 43:2
  82:15
**results** 84:21
**retailer** 6:22 9:14
  10:1 37:25 39:8
  83:23
**retailers** 85:14
**retain** 16:19 73:9
**retained** 4:13 16:20
  19:3 80:23 98:24
**retainer** 74:17,20
  75:1 92:18,24 93:8
  93:15
**return** 108:19

**reveal** 19:20 34:13
  34:14 41:24 42:8
  42:14
**revealing** 23:1
**review** 67:16 80:21
  90:20 95:22,24
  107:10
**reviewed** 40:16
  80:5 88:7,9
**reviewing** 81:11,23
  88:3
**reviews** 60:22,25
**richard** 2:23
**richard.oparil** 2:24
**ridge** 2:3 108:5
**right** 5:13,19 8:8
  11:6 13:7 14:6 15:2
  17:1,5,16,24 18:8
  23:5 25:19 26:25
  27:12,17,18,24
  32:10 33:17 38:23
  43:16 46:18 53:2,6
  56:17 57:14 60:1
  66:15 69:3 71:21
  73:15 74:21 76:12
  79:18,19,23 84:13
  84:17 85:16 86:9
  94:6 98:15 100:12
  100:14,25 101:14
  102:3,6,9,13
  103:20,21 104:21
**road** 2:3 108:5
**robert** 1:6
**role** 6:7,12 87:25
  89:21
**room** 18:3,4
**roughly** 85:11
**rule** 4:11 99:18
  100:10,16 104:6,10
**rules** 101:23

**rx** 1:12

**s**

**s** 2:1,11 3:9
**sam** 6:18 7:11,15
  11:5,22 12:7,10
  14:7,20,22 16:3,13
  16:15,25 18:5
  22:20 25:7 26:8,22
  27:2,19,22 29:17
  30:17 34:20 37:20
  38:15 39:2 40:17
  40:23 41:8 45:25
  50:3,16 51:25 52:3
  52:11,12,14,22,24
  55:20 56:25 57:22
  57:25 60:8,23
  61:13,14 71:18,21
  71:25 72:12 73:1
  83:17,24 84:7 85:1
  85:14,16 96:5,12
  96:16 97:22,25
  98:11,14,19,23,25
**san** 68:4,21
**saw** 29:14,15 30:10
  81:2 87:13 89:11
  89:14 98:22
**saying** 89:14 98:2
  103:7,24
**says** 46:25 49:16
  57:13 81:7 100:15
  101:15,22 102:8,18
  102:21,23 103:11
**scheduled** 75:18,21
**school** 45:3,4
**screen** 18:2 46:15
  63:25 64:5,8,9
  65:11 78:2,8,11
**scroll** 82:5 86:24
  88:22 100:7
**scrolling** 87:4
  101:11

sean   2:17 63:7
  99:17
search   49:23 74:25
  83:5,12 92:5,13
  93:4,14
searching   94:24
second   3:18 4:5
  8:20 17:7 27:11
  38:21 39:1,4 56:10
  82:1,8 83:22 88:14
  88:17 89:24 90:17
  93:22 94:1,14,24
  95:22 99:24
see   8:20 18:3 36:9
  39:16 46:15,17
  47:2 49:15 59:1,3,4
  64:6 65:10,22 66:4
  70:2 71:10 78:7
  81:6,9 91:25 92:3,4
  93:17 96:10,13
  97:5,21 99:12
  100:11,23 101:1,2
  101:25 102:22
  103:8,10,11
seeing   35:21,24
  36:2 89:18
seeking   61:23
  82:15,24
seen   7:9 66:2,3,12
  78:15,17 79:2,4,12
  80:16 87:10 89:9
  91:10,12,18,19
  94:7,10
selected   60:3
selecting   60:17
send   18:20 104:14
sent   10:8,10 32:11
  33:16 56:22 66:8
  78:23 79:11 80:6
  81:15,16 87:16
  88:4

served   94:14
service   87:3,3
set   3:16,20 81:16
  86:17,23 87:9
  88:15,19
settle   48:19 55:4
settled   76:17,19
settlement   48:10
settling   76:21
seven   68:6
shannon   1:6
share   64:6
sheet   4:17 109:1
shelf   30:13,14
shipped   56:6,11
  96:10 97:21 98:10
short   41:16 53:8,12
  63:2
shorthand   1:25
show   63:25 64:7
  86:25 88:25 100:9
showed   23:18
  103:20
showing   51:6 65:13
  78:1 88:11 90:25
  95:9
shown   102:16
shows   10:1,4 50:16
sic   82:24
side   58:9 72:25
sight   59:2
sign   4:16 53:21
  108:15,18
signature   87:2
  88:23,25 89:4,15
  90:6,10 106:20
  107:21 108:12,18
  108:22
signatures   86:25
  89:3

signed   54:1,6 74:20
  92:24 106:17
signing   54:15,17
  74:23 93:7,10
  104:20
similarly   1:7
sir   16:14 27:6
  41:10 43:12 56:14
  56:18,21,23 57:8
  58:2 59:6 60:21,24
  61:2 63:13,24
  64:16 66:24 73:16
  74:7 84:4 86:8
  89:16 96:14 97:8
  97:10 98:16 99:9
  100:13,22 102:4,7
sit   34:1 60:2 76:24
sitting   32:10 83:3
situated   1:7
situations   22:8
size   64:9,11 65:20
skip   87:19
smaller   39:12
sobrien   2:18
sold   68:8 96:12
  97:23
sole   69:9
solely   39:22 101:10
solid   49:3
solutions   1:10 2:8
  3:12 5:22 50:1,4,18
  51:12,13 65:17,25
  108:1,21
somebody   10:11
  59:19,23
someone's   72:11
soon   40:14
sorry   6:14 10:14,15
  15:21 33:24 37:5
  50:25 82:25 94:21

sort   20:3 69:3 70:6
  73:10
sound   11:6 17:5,9
  17:12 26:25 27:17
  73:15
sounds   17:6 27:18
  53:11 69:1 76:13
south   108:2
southern   1:1 5:24
speak   75:3,6
speaking   96:3
specific   51:1 55:2
  60:3 64:24 65:1
  81:21,23 94:12,23
specifically   13:18
  48:16 49:24 58:21
  61:8 73:10 75:8
  80:11 90:3
spoken   23:7 75:6
  75:11
spouts   27:4
spring   45:15 71:12
sprouts   12:3,3,3
  14:17 31:22 71:21
  85:4,5
stand   42:1
stands   13:18 86:6
start   14:17 69:17
  86:13
started   10:19 11:11
  14:10 28:25 30:4
  32:4 39:4,5 71:20
  85:1,13
starting   38:25
  62:20
state   5:10 75:24
  106:4,23 107:3,23
stated   26:4 60:5
  71:20 109:22
statement   34:4

**statements** 7:14
  13:17 25:22 38:3,4
  38:9
**states** 1:1
**stating** 58:14
**statute** 70:6
**statutes** 61:15
**stenographic**
  107:11
**stenographically**
  1:22 107:8
**step** 79:15
**stipulate** 5:5,10
**stipulated** 100:17
**stop** 14:9 15:13,24
  16:1 29:1 68:5,18
**stopped** 14:15,16
  14:19 15:14,22
  16:2,5,6 29:3,6
  30:5,6,13,24,25
  31:2 32:8 33:12
  36:20 37:3,13
  68:25
**store** 71:21 85:2
**stored** 47:4,6 101:6
  101:17
**stores** 50:7
**street** 2:9 45:15
  71:13
**strike** 57:17 60:6
  69:17 74:24
**stuck** 13:2
**stuff** 14:14 30:2
  32:4,7 36:21 37:3
  79:24 80:15
**stumbling** 6:14
**subcategory**
  100:20
**subject** 7:15 9:1,6
  9:25 12:8,12,15
  24:13 37:21 40:18

41:3 42:2 50:17
  51:7,13 96:6
  101:22 102:24
  103:13 104:2
**submit** 20:14
**submitted** 20:22
  22:13 73:12 89:24
  90:8 103:18
**substance** 66:20
**sued** 76:15 82:16
**suggested** 11:13
**suggestion** 59:25
**suit** 21:5,6,8 25:4
**suite** 2:10,16,22
  108:2
**supplement** 11:12
  15:2,12,16,20
  44:24 61:16
**supplemental** 3:18
  4:5 88:14,17 89:25
  93:23 94:1,15,25
  95:12
**supplements** 15:18
  15:22 16:13
**suppliers** 40:23
**supply** 1:13
**support** 84:15
  101:9
**suppose** 86:4
**supposed** 13:19
  72:12
**supreme** 5:4
**sure** 16:22 17:10,22
  20:19 25:4 37:4
  38:12 40:10,22
  41:14,15 42:20
  49:10 55:17 64:13
  66:5 68:17 72:16
  72:17 73:23 79:21
  81:12 86:2 104:9
  105:6

**surprised** 26:13
**swear** 5:6
**sworn** 5:15 106:13

**t**

**t** 3:9
**tab** 96:11
**take** 14:7,22 15:2
  15:11 16:7,9,16
  23:3 28:13,16,17
  28:24,25 36:14
  37:14 41:11,15
  43:1 45:4,25 46:7,8
  53:8 57:25 59:14
  79:15 82:9 95:17
  95:22 99:10 100:2
  105:1 108:11
**taken** 6:2 15:9
  41:16 48:11,15
  53:12 63:2 84:16
**takes** 72:13
**talk** 40:2 41:19,22
  42:11 43:5
**talked** 21:13 42:2
  73:8 103:19
**talking** 10:11,14
  13:6 28:16 43:6
**tampa** 2:10
**tangible** 101:7,17
**tell** 13:12,16 16:10
  16:11 19:16 20:1
  22:4,19 47:3 49:6
  58:8 62:17 66:21
  74:6 100:15 102:15
**telling** 30:16
**tells** 58:13
**test** 25:21
**tested** 18:18 23:23
  24:14 32:12 33:17
**testified** 5:15 57:3
  70:13 71:17 79:16
  92:12 98:7

**testify** 77:9 102:10
**testifying** 64:18
**testimony** 28:4
  33:12 67:17 80:10
  83:25 84:9 93:3
**testing** 26:5 34:7,10
  34:17,20
**texas** 1:25
**text** 58:17
**thank** 62:6 72:24
  85:5 99:8,10 104:8
  104:16
**thanks** 104:15
**thing** 104:9
**things** 40:1 101:7
  101:17
**think** 8:25 13:3
  17:13,13 24:8
  29:22 31:13 33:19
  36:20 37:14 39:22
  42:4 50:20 53:9
  54:12 61:22 66:3,6
  69:16 70:13,24
  72:20 78:20 82:6
  92:12 93:3 97:17
  98:6 99:15 104:16
  104:25
**thinking** 31:19,20
  85:12
**third** 17:11 28:22
  39:6 50:14 76:11
  78:14 84:2 96:15
  96:19
**thirty** 108:16
**thompson** 1:23
  104:12 105:2
  106:21 107:6,22
  108:21
**thought** 14:24
  15:15 28:9 29:21
  30:1,2 31:16,17

39:11 60:14 61:3,6
61:9,13
**three** 16:21,25
28:12,13,25 34:3
41:2,4,9 50:10,12
55:19 56:24 84:1
95:6,12 96:3 97:5
98:3,14,17
**thrown** 29:11
**time** 5:18,19 7:20
10:6 14:20 16:2
19:15 22:19 27:23
29:9,13 30:2 33:6
35:19 38:22 45:21
55:8 57:20 60:8
62:22 64:23 66:22
68:7 71:23 79:19
80:21 82:9 85:20
85:25 87:13 89:11
95:17 99:8 105:8
108:12
**times** 35:13 75:7,10
**timing** 74:18
**titled** 65:24 86:21
91:1 93:22
**today** 6:2 8:11
17:19 34:1 60:2
64:22 67:17 70:18
70:22 76:24 87:11
89:9 94:8,11 99:8
103:19,20
**today's** 65:15 66:16
67:1 75:4 78:3
86:14 88:13 91:1
93:21 95:10
**told** 24:5 32:22
51:25
**top** 9:9 10:24 11:1
14:6 18:24 74:6
81:6 87:4 89:8

**torres** 24:6 32:22
**total** 57:9
**tower** 108:1
**tracie** 1:23 106:21
107:6,22 108:21
**training** 45:7
**transcript** 107:10
107:11 108:14
109:2
**transitioned** 68:11
**trial** 75:17 77:9
**trouble** 65:21
**true** 50:19 52:23
92:15 107:11
109:23
**truly** 108:20
**trust** 30:6,8 38:11
**trusting** 32:5 39:24
**truthfully** 64:19
**try** 7:13 11:14
36:17
**trying** 41:1 58:18
71:25 80:20 82:7
83:1
**turn** 104:17
**turned** 28:12 95:3
**twice** 75:12
**two** 9:18 12:9 28:15
36:25 37:20 50:13
50:14 57:18 68:14
68:24 71:8 73:19
76:10 78:19 79:16
84:1 97:24 98:2
100:2
**tx** 1:23 108:21
**type** 43:25 74:23
92:13
**types** 71:24
**typical** 12:24
**typically** 40:3

**u**

**uh** 69:23
**underneath** 58:12
58:17,25
**undersigned** 106:8
**understand** 6:1,4,7
17:1 21:12 25:6,12
28:19 30:16 33:11
37:12 49:7 72:24
80:20 103:6
**understanding**
27:15 40:5,6,20
48:23 49:3,21
66:10 71:24 72:9
76:19 77:3 82:23
84:9
**understood** 15:8
40:22
**unfortunately**
67:18
**united** 1:1
**unnamed** 70:15
**upcoming** 75:20
**upped** 28:11
**use** 87:19 101:9,10
**usually** 38:11 60:1

**v**

**vague** 6:9 12:17
38:6 50:20 51:14
77:23
**vaguely** 92:9
**verbal** 53:19
**verification** 89:5
**verified** 5:7 90:5
106:11
**verify** 81:17
**verifying** 82:10
90:21
**veritext** 108:1,21

**versus** 39:20 40:7
**videoconference**
1:16,20 5:6 106:11
107:8
**visa** 8:6,7,10,11
97:18 98:7
**vitamin** 3:11 12:24
65:16,25
**vitamins** 1:10 2:7
5:22 49:12,17,20
52:12,14,21,25
108:9 109:3
**vs** 1:9 108:9 109:3

**w**

**w** 2:9
**waive** 108:12,18,22
**want** 16:7,9 17:24
30:15 51:2 63:21
64:11 99:19,23
101:12
**wanted** 39:12
40:13 52:3 54:5
55:17
**warehousing** 68:1
**washington** 2:22
**way** 1:12 7:23,25
17:3 30:5 97:6
**we've** 41:12 50:9
50:12 54:14
**website** 20:10,11
20:12,15,22,24
21:1 22:2,5,7,12
26:7 29:14,15,16
30:9,10 35:1,9,12
36:2,6 73:11 96:25
97:2
**week** 24:6 32:23
64:24 78:19 79:16
**weeks** 78:19 79:7
79:17 80:7

**welikevitamins**
37:22 38:1,15 39:7
39:16 50:14 52:1
55:24 56:10 76:11
76:14,18,22,25
84:2 97:23,25
98:12
**wells** 8:17,22
**went** 20:9,11 22:12
26:7 28:22 29:13
30:9,22 35:15 36:1
39:6 60:15,16
**white** 46:17 52:2,5
**willing** 21:21 77:6
77:9,20
**wilson** 1:5,16 3:3
3:17,21,24 4:8 5:8
5:12,14,18 15:6
33:4 41:20 42:11
42:19 43:1,11,23
45:10 53:9,14 55:7
55:10 62:12,16,23
63:3,7 64:17 65:10
78:1 86:9,18,23
87:4 88:11,16,19
89:6 90:24 91:4,7
93:25 94:3,6 95:14
95:17 99:7 100:6
100:25 102:23
103:12 104:8,17
106:9 107:9 108:8
108:25 109:4,25
**wish** 108:18
**witness** 3:2 4:16
5:6,7 9:21 10:4,24
11:8 12:1,18 15:8
19:5,10,20 21:15
21:25 22:25 23:15
24:3,10,16 25:10
26:11,18 27:6 30:1
31:10,15 33:7 34:7

34:12,16,22 35:5
35:12 36:9 38:7
39:22 40:22 41:24
42:14 43:21 47:21
48:8,14,21 49:2
51:16,23 52:8,18
53:2,18 54:10,23
60:12 62:2,14,24
72:3,15 75:6 76:1,6
77:3,17,23 79:4,10
80:11 81:15 82:1
82:19 83:10,19
84:19 85:22 88:7
90:3,15 92:9 93:7
94:19 95:6 96:8,18
97:13 99:2,9 104:9
**wolf** 1:5
**words** 6:14 30:15
65:22 97:6
**work** 44:4,6,13
62:12 63:23 64:1
67:19 69:3
**worked** 44:18,24
69:6
**working** 68:5,8,18
68:25
**works** 62:23 74:5
**worry** 61:7
**worth** 36:23
**write** 44:10,11
109:2
**written** 53:21 54:6
**wrong** 29:17 33:13
35:8 69:5

---

**x**

**x** 3:1,9

---

**y**

**yeah** 7:22,25 12:3
12:21 13:8,13
15:23 16:5 20:17

24:23 31:17 33:10
36:10 47:2,22
52:20 54:18 61:11
62:8 69:4 70:7
75:16 82:4,10
84:22 85:8 89:2
92:10 98:1,3,4
102:25,25
**year** 10:20 14:21
15:25 19:15,24
24:20,22 35:20
45:7 65:5,5 73:17
94:13
**years** 32:11 44:20
45:18 68:6,9,11,24
69:25 70:1,2,5
73:19 98:9
**youngest** 71:9

---

**z**

**zoom** 3:13 64:3,5
65:17 66:1,17,25

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is
transcribed, the transcript shall be furnished to
the witness for examination and shall be read to or
by the witness unless the examination and reading
are waived by the witness and by the parties. Any
changes in form or substance that the witness wants
to make shall be listed in writing by the officer
with a statement of the reasons given by the
witness for making the changes. The changes shall
be attached to the transcript. It shall then be
signed by the witness unless the parties waived the
signing or the witness is ill, cannot be found, or
refuses to sign. If the transcript is not signed by
the witness within a reasonable time after it is
furnished to the witness, the officer shall sign
the transcript and state on the transcript the
waiver, illness, absence of the witness, or refusal
to sign with any reasons given therefor. The
deposition may then be used as fully as though
signed unless the court holds that the reasons
given for the refusal to sign require rejection of

the deposition wholly or partly, on motion under

rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES

ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

THE ABOVE RULES ARE CURRENT AS OF APRIL 1,

2019.  PLEASE REFER TO THE APPLICABLE STATE RULES

OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.