# EXHIBIT D

Page 1

1              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF FLORIDA
2                   MIAMI DIVISION
3              CASE NO: 1:19-CV-22702-KMW
4

   CORI ANN GINSBERG, NOAH MALGERI,
5  KAYLYN WOLF, BILL WILSON,
   SHANNON HOOD, ERIC FISHON, and
6  ROBERT MCKEOWN, on behalf of themselves
   and all others similarly situated,
7

                  Plaintiffs,
8  Vs.
9  VITAMINS BECAUSE, LLC, CT HEALTH
   SOLUTIONS, LLC, GMAX CENTRAL, INSPIRE
10 NOW PTY, LTD d/b/a BoostCeuticals,
   ASQUARED BRANDS, LLC, HEALTHY WAY RX, LLC,
11 KHAKIWARE INC., and JOLLY DOLLAR SUPPLY
   COMPANY, LLC,
12

                  Defendants.
13

   _____/
14
15 DEPOSITION OF:      ROBERT McKEOWN
16 DATE TAKEN:         November 23, 2021
17 TIME:               FROM 11:09 a.m. TO 1:17 p.m.
18 PLACE:              Videoconference
19 TAKEN BY:           The Defendants
                       Vitamins Because and CT Health
20                     Solutions
21 REPORTED BY:        Christine Risher, RPR
                       Court Reporter, Notary Public
22
23
24
25

## Page 2

1  A P P E A R A N C E S :
2  (Appearing via Videoconference)
   JAY I BRODY, ESQUIRE
3  OF:   Kantrowitz, Goldhamer & Graifman, P C
        747 Chestnut Ridge Road
4       New York, New York 10977
        Telephone: 845-356-2570
5       Jbrody@kgglaw com
6       APPEARING ON BEHALF OF THE PLAINTIFFS
7  (Appearing via Videoconference)
   DAVID S  JOHNSON, ESQUIRE
8  OF:   Johnson Daboll Anderson, PLLC
        2011 West Cleveland Street
9       Suite F
        Tampa, FL 33606-1756
10      Office: 813-377-2499
        Djohnson@jdalegal com
11
        APPEARING ON BEHALF OF THE DEFENDANTS
12      VITAMINS BECAUSE and CT HEALTH SOLUTIONS
13 (Appearing via Videoconference)
   SEAN M  O'BRIEN
14 OF:   Lippes Mathias
        50 Fountain Plaza
15      Suite 1700
        Buffalo, New York 14202
16      Telephone: 716-853-5100
        Sobrien@lippes com
17
        APPEARING ON BEHALF OF THE DEFENDANT
18      ASQUARED BRANDS, LLC
19 (Appearing via Videoconference)
   RICHARD J  OPARIL, ESQUIRE
20 OF:   Arnall, Golden, Gregory, LLP
        1775 Pennsylvania Avenue North West
21      Suite 1000
        Washington, DC 20006
22      Telephone: 202-677-4030
        Richard oparil@agg com
23
        APPEARING ON BEHALF OF THE DEFENDANTS
24      GMAX CENTRAL, LLC and NUSAPURE
25

## Page 3

1           C O N T E N T S
                              PAGE:
2
   TESTIMONY OF ROBERT McKEOWN
3
   Direct Examination by Mr  O'Brien          6
4  Cross-Examination by Mr  Johnson          75
   Cross-Examination by Mr  Oparil           79
5  Certificate of Oath                       82
   Certificate of Reporter                   83
6  Errata Sheet                              84
   Witness Review Letter                     85
7
8         DEFENDANT'S EXHIBITS
9  Number    Description
10 Exhibit 1  Notice of Taking Deposition     9
   Exhibit 2  Third Amended Class Action
11            Complaint                      45
   Exhibit 3  Plaintiff's Responses to Defendant
12            Asquared Brands, LLC's
              Request for Production of
13            Documents                      62
   Exhibit 4  Plaintiff's Second Supplemental
14            Responses to Defendant Asquared
              Brands Request for Production of
15            Documents                      67
   Exhibit 5  Plaintiff's Responses to Defendant
16            Asquared Brands, LLC's First Set of
              Interrogatories to Robert McKeown   68
17 Exhibit 6  Plaintiff's Second Supplemental
              Responses and Objections to
18            Defendant Asquared Brands, LLC's
              First Set of Interrogatories    70
19 Exhibit 7  Document Produced by Mr  McKeown
              Previously Bates Stamped
20            Plaintiff's                    19
21
22            - - - - -
23
24
25

## Page 4

1           S T I P U L A T I O N S
2      It is hereby agreed and so stipulated by and
3  between the parties hereto, through their
4  respective counsel, that the reading and signing
5  of the transcript are expressly waived by the
6  Deponent.
7      - - - - -
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 5

1           P R O C E E D I N G S
2           - - - - - - -
3      COURT REPORTER:  Due to the current Florida
4  Supreme Court Administrative Order, the parties
5  will stipulate that the court reporter may swear
6  in the witness via videoconference, and that the
7  witness has verified that he is, in fact,
8  Robert McKeown.
9      Would the attorneys please state your name
10 and so stipulate.
11     MR. BRODY:  Jay Brody from the law firm of
12 Kantrowitz, Goldhamer & Graifman for the
13 plaintiffs, and we stipulate.
14     MR. OPARIL:  Richard Oparil, Arnall, Golden,
15 Gregory, LLP, counsel for defendant, Gmax.
16     MR. O'BRIEN:  Sean O'Brien, from Lippes
17 Mathias, LLP, counsel for defendant Asquared
18 Brands, LLC, and we stipulate.
19     MR. JOHNSON:  This is Dave Johnson for CT
20 Health Solutions and Vitamins Because, and we
21 stipulate as well.
22     COURT REPORTER:  Do you swear to tell the
23 truth, the whole truth and nothing but the truth,
24 so help you God?
25     THE WITNESS:  I do.

2 (Pages 2 - 5)

Page 6

1       THEREUPON,
2          ROBERT McKEOWN,
3       having been first duly sworn via
4    videoconference, was examined and testified as
5    follows:
6          DIRECT EXAMINATION
7    BY MR. O'BRIEN:
8    Q.  Mr. McKeown, am I pronouncing your last name
9    correctly?
10   A.  That is correct, McKeown.
11   Q.  And can you hear me okay?
12   A.  Yes.  Yeah.
13   Q.  Okay.  As I just stated, my name is Sean O'Brien.
14   I'm an attorney at the law firm of Lippes Mathias.
15       Our firm represents a defendant in a lawsuit you
16   brought, Asquared Brands, LLC, who I'm going to refer to
17   as Asquared throughout the deposition; is that okay with
18   you?
19   A.  Yes.
20   Q.  We'll go through a couple instructions, and then
21   we'll get the show on the road.
22       The first instruction is the same one that I
23   currently give to my toddler son, which is that through
24   this deposition if we can keep one person speaking at a
25   time, Ms. Risher, who is recording everything that we

Page 7

1    say, will be able to keep a clean transcript; does that
2    work?
3    A.  Yes.
4    Q.  There are going to be times in this deposition
5    when I ask you a question and your attorney, Mr. Brody,
6    objects.  So if you could wait a second before giving
7    your answer to allow your attorney some time to object,
8    that will help Ms. Risher keep a clean transcript.
9        Instruction two is to keep all of your answers
10   verbal.  You're doing a good job of it so far, but the
11   court reporter can't record a shoulder shrug or a head
12   nod.  So if I ask you a question, please give me a
13   verbal answer.
14       If you don't understand the question that I'm
15   asking, please let me know; is that okay?
16   A.  Yes.
17   Q.  This is a Zoom deposition, so I'm obviously not
18   in the same room as you.  All of my questions are going
19   to be asked based on the best of your recollection, so
20   I'm not going to ask you a question that's going to
21   require you to look at a document or look at your cell
22   phone.  I'm going to ask you questions that I want you
23   to answer based on your own knowledge sitting here
24   today; does that work?
25   A.  Yes.

Page 8

1    Q.  If I do want to show you some documents, and I
2    will throughout the deposition, the document will appear
3    on the screen.  I'll be able to scroll through it and
4    ask you some questions about that document, all right?
5    A.  Okay.
6    Q.  Last but not least, if you need to take a break
7    at any time you absolutely can, we'll just finish the
8    pending question, you can let me or Mr. Brody know, and
9    we can take a break.
10   A.  All right.
11   Q.  Mr. McKeown, what's your date of birth?
12   A.  ████████
13   Q.  How old does that make you today?
14   A.  61.
15   Q.  Are you currently taking any medication that will
16   prevent you from testifying truthfully today?
17   A.  No.
18   Q.  When did you find out that you were going to be
19   deposed today?
20   A.  I guess when I had counsel was with Jay in May of
21   2019.  Well, it was the beginning of the process.  I'm
22   not sure of the actual setup for deposition.  I'm not
23   sure of that date.
24   Q.  I forgot to mention one instruction for you.  I
25   might ask you some questions about communications or

Page 9

1    interactions with your attorney, at no point should you
2    answer the question by telling me any of the substance
3    of what you've talked to Mr. Brody, or any of your other
4    attorneys in this case about, okay?
5    A.  Okay.
6    Q.  So between the filing of the complaint, which you
7    said was in around May 2019 and today, at some point did
8    you learn that you were going to be sitting for a
9    deposition today?
10   A.  Yes.
11   Q.  Do you recall approximately when that was?
12   A.  Two weeks ago, maybe.  On the exact time and
13   setup, I guess it was a couple of weeks ago.  I don't
14   really remember what date and exact time it was.
15   Q.  Mr. McKeown, I'm sharing on the screen what I've
16   marked as Exhibit 1 for today's deposition.  The first
17   question is, are you able to see the document that I'm
18   sharing?
19       (Defendant's Exhibit 1 marked for
20       identification.)
21   A.  Yes.
22   BY MR. O'BRIEN:
23   Q.  And I can make the font bigger or smaller.  I'm
24   just going to ask you some general questions, but let me
25   know if you need me to zoom in on a particular part of

3 (Pages 6 - 9)

1 the document.

2    Have you ever seen the document shared as

3 Exhibit 1 before today?

4    A. Yes.

5    Q. And when did you see this document?

6    A. It's been several months ago, I guess.  I -- I

7 don't remember the specific dates on each of the

8 documents.

9    Q. Okay.  What did you do to prepare for today's

10 deposition?

11    A. Reviewed the documents.  I went over some of the

12 questions that were asked previously in the previous

13 depositions.  I reviewed the documents, took a few

14 notes.  Really just reviewed documents that I had

15 received.

16    Q. When you said you reviewed some of the questions

17 that were asked in prior depositions, can you explain

18 what you mean by that?

19    A. Well, some of the simple questions, like, good

20 manufacturing processes, I reviewed, you know, what that

21 is.  That was part of the document, so I -- any

22 terminology I didn't understand, then I reviewed it and

23 just made sure I knew exactly what was being described

24 in the documentation.

25    Q. Did you review transcripts from previous

1 depositions?

2    A. No, these were just with counsel just to kind of

3 get an idea of what to expect.

4    Q. Okay.  And you mentioned a couple of times now

5 that you reviewed some documents, what documents did you

6 review?

7    A. I -- all of the ones that I received from

8 counsel, from Jay, do you want specifically the ones

9 or --

10    Q. To the best of your recollection.  I don't need

11 you to go back through the documents now and tell me

12 each one.  If you remember a document that you reviewed,

13 I'd like to know.  If not, then that's acceptable too.

14    A. Well, the ones that I was looking at this morning

15 were, like, the third amendment, the confidentiality

16 PDF.  Basically, I believe, that was 151 pages of the

17 actual document that you had showed -- shown.

18    Q. That document, you mentioned the third-amended,

19 are you referring to the third-amended complaint?

20    A. I believe that is -- I'm looking at the E-mail.

21 And I didn't pull up the actual document, I was trying

22 to read the header below it.

23    MR. BRODY:  I would just council the witness not

24 to review any communications that he's had with his

25 attorney, only answer the question to the extent that

1 you're not going to be revealing those communications,

2 but go ahead.

3 BY MR. O'BRIEN:

4    Q. And, Mr. McKeown, I know it's a bit

5 counterintuitive, but I don't actually want you to pull

6 up the E-mail and read what you looked at back to me,

7 I'm asking whether you recollect, sitting here without

8 looking at anything else, what you reviewed, that's all.

9 Does that make sense?

10    A. Yeah.  Yes.

11    Q. Okay.  Do you know what a complaint is?

12    A. Yes.

13    Q. What does the term complaint mean to you?

14    MR. BRODY:  Object to form; calls for legal

15    expertise.  Go ahead, you can answer to the

16    extent you know.

17    THE WITNESS:  I'm sorry?

18    MR. BRODY:  You can answer to the extent you

19    know.

20    A. A complaint would be a difference in opinion on

21 a -- with a product or a person.  Just a general

22 difference in opinion of whatever the situation is,

23 whether it's a product or an opinion of a company or of

24 a person.

25 BY MR. O'BRIEN:

1    Q. The documents that you said you reviewed, are

2 these documents that you've received throughout this

3 case over the last few years, or are they documents that

4 you received in an E-mail from your attorney recently in

5 preparation for the deposition?

6    A. They are documents that I had received over the

7 course of this case.

8    Q. Okay.  Did you have any conversations with your

9 attorney, Mr. Brody, in preparation for today's

10 deposition?

11    A. No.

12    Q. When was the last time you spoke to Mr. Brody

13 about this lawsuit?

14    A. I was verifying the time this morning.  We really

15 haven't discussed any of the details, other than

16 verifying that I had received documents to the case.

17    Q. And prior to that verification, which I'm

18 assuming was recently, when was the last time you spoke

19 to Mr. Brody about this lawsuit?

20    A. A couple days ago, I guess, maybe.

21    Q. How about prior to a couple days ago?

22    A. No.  I don't remember if we really sat down and

23 had a lot of detail -- a lot of conversation.

24    Q. Prior to a couple days ago, was the last

25 conversation more or less than six months ago?

Page 14

1   A.  Probably less than six months ago.
2   Q.  Okay.  Mr. McKeown, what's your current address?
3   A.  ███████████████ Texas 78613.
4   Q.  How long have you lived at the ████████
5   address?
6   A.  27 years.
7   Q.  Do you rent or own at that address?
8   A.  I'm renting.  It's a long-term rental from my
9   sister.  It's her property.
10  Q.  What's your sister's name?
11  A.  Deborah Able.
12  Q.  A-b-l-e?
13  A.  Yes -- A-b-e-l, I'm sorry.
14  Q.  Okay.  Do you live at the █████████
15  address with anyone else?
16  A.  No.
17  Q.  Have you ever been married?
18  A.  Yes.
19  Q.  Are you currently married?
20  A.  No.
21  Q.  When were you divorced?
22  A.  Oh, 1990, '91.
23  Q.  Do you have any children?
24  A.  Any what?  I'm sorry.
25  Q.  Do you have any children?

Page 15

1   A.  One daughter.
2   Q.  What is your daughter's age?
3   A.  31 -- actually, 32.
4   Q.  What is your highest level of education?
5   A.  Formal is high school, and then a couple of years
6   of electronics, programming.  The basic stuff I took
7   back in the early '80s or mid '80s.  Mainly programming,
8   binary programming, basic programming.
9   Q.  Outside of your high school degree, do you have
10  any formal educational degrees?
11  A.  Not degrees.  I have the diploma from the
12  electronic courses I took.
13  Q.  And you said -- is that a certification or
14  something along those lines?
15  A.  It's a certification, classified as
16  certification.
17  Q.  And you said that was in binary programming?
18  A.  Yeah.  It was a basic program, the very basic,
19  ones and zeros type of programming, machine language.
20  Q.  Outside of your driver's license which we saw
21  earlier, do you have any certificates or licenses?
22  A.  During the pandemic when it started I figured,
23  you know, if I was going to maybe change fields or do
24  any type of job that came up, I do have my certification
25  for food handling, which I did work in a restaurant for,

Page 16

1   like, three months, which came in handy.
2       And the TABC license to serve alcohol, those are
3   both Texas requirements, the food handling and the
4   alcohol.
5   Q.  Did you get both of those at about the same time?
6   A.  Pretty close to about six months apart.  One is
7   still current.  The alcohol license is current.  The
8   food handling I think expired a couple months ago, I
9   just didn't renew it.
10  Q.  Did you receive both of those from the same
11  place?
12  A.  I don't think so.  I think one was -- one was a
13  prerequisite for employment with a local employer, that
14  was the alcohol and tobacco license for serving, and
15  then the food handling I had just done on my own so I
16  could get into a type of restaurant business, if needed.
17  And I currently do food catering, so I handle a lot of
18  food every day.
19  Q.  Did you receive both of those certifications and
20  licenses through an online program, or did you actually
21  go through some sort of a --
22  A.  Those are online programs.
23  Q.  Are you currently employed?
24  A.  Yes.
25  Q.  Where are you currently employed?

Page 17

1   A.  Falcon Express.  It's a delivery service.  I
2   contract through Falcon Express or ezCater deliveries.
3   They are typically larger deliveries, 20 to 50 to 100
4   people at a time.
5   Q.  Broadly speaking, you pick whatever is being
6   delivered up from whoever made it and bring it to
7   whoever is going to eat it?
8   A.  Yeah.  Basically.
9   Q.  Do you have a title?
10  A.  I don't.  I'm self-employed, so delivery driver I
11  guess, or food courier.
12  Q.  I'm sorry, I think you said that.  You contract
13  as a third-party --
14  A.  Right.  I'm an independent contractor --
15  Q.  Okay.
16  A.  -- but I'm actually paid by Falcon Express for
17  deliveries I do for ezCater.
18  Q.  Do you operate under your own name, or do you
19  have an LLC or some other --
20  A.  Yeah.  Just my name.
21      COURT REPORTER:  Sir, you need to be careful
22      to wait until he finishes his sentence, because
23      I'm getting stepped on.
24      THE WITNESS:  Okay.  Thank you.
25  BY MR. O'BRIEN:

5 (Pages 14 - 17)

Page 18

1   Q.  There is certainly going to be a lot of
2   times, Mr. McKeown, when you know the answer to my
3   question before I finish it, so it's natural to jump in,
4   but if you just wait, it will make Ms. Risher's life a
5   lot easier.
6   A.  I understand.
7   Q.  How long have you been acting as an independent
8   contractor for Falcon?
9   A.  November 2019.
10  Q.  Did you have any other form of employment during
11  that time?
12  A.  Not during that time.
13  Q.  Okay.  What did you do before that?
14  A.  Prior to that, I was an operations supervisor for
15  a Staples operation in the Austin area.
16  Q.  How long were you in that position for?
17  A.  17 years.
18  Q.  At a very broad level, can you describe for me
19  what an operations supervisor does?
20  A.  He had a fleet of 16 trucks, a staff of 19
21  drivers, five warehouse personnel.  I was basically
22  supervisor of my staff.  I was also the only, I guess,
23  management in the Austin area.
24      My manager's office is in San Antonio, so I was
25  responsible for the building, the Staples building, the

Page 19

1   yard, DOT requirements for drivers and trucks, safety
2   meetings, basically as a manager of a location, of a
3   warehouse location.
4       And it was not retail, it was strictly
5   transportation, that's what the SDO is, Staples
6   Operation Delivery.
7   Q.  What does SDO mean, just so I know?
8   A.  SDO?  Staples Operation Delivery.
9   Q.  Why did you stop working at Staples?
10  A.  Change of management.  I took early retirement.
11  I was there almost 20 years.  Staples purchased
12  Corporate Express, which was the Texas-based office
13  supply, and then Staples on the east coast, they were
14  basically retail.  They didn't have operations for
15  deliveries, it was all subcontracts.
16      So Corporate Express being a transportation
17  company, they purchased Corporate Express to take over
18  their delivery operations.
19      Corporate Express was also office supplies, just
20  a -- the biggest name in Texas before Staples moved in.
21  Q.  Got you.
22  A.  And then from that point until now, I've been
23  basically -- I took early retirement, started a couple
24  online businesses of my own, and then basically, just,
25  self-contracting.

Page 20

1       I was tired of getting up at 2:30 in the morning
2   and working a 16-hour day for seven years that I was in
3   the management position.
4   Q.  I imagine that can get pretty tiring pretty
5   quickly.
6   A.  Yeah, it does.  It did.
7   Q.  Tell me a little bit about the online businesses
8   that you started.
9   A.  One is Midnight Illumination.  It was a lighting
10  company.  I was installing LED lighting in homes, you
11  know, controllable lighting, indirect lighting.
12      The other one was basically import from -- I'm
13  trying to think.  I would order the product and market
14  it online, online marketing for a company that I
15  purchased products from.
16      It was -- it was for about a year I guess.  But
17  most of my stuff was from China, which basically I
18  started that around 2017.  That was just after the new
19  administration had different ideas about China, and I
20  took a real hit on maintaining credibility with products
21  coming from China with all the noise and everything.
22      So I basically needed to supplement that income
23  with taking online courses and going back into
24  couriering.  I did couriering before even becoming
25  involved with Corporate Express or Staples.

Page 21

1   Q.  Okay.  I'll ask you a couple more questions about
2   the import business.  What type of products did you
3   advertise and sell on behalf of the company?
4   A.  General merchandise, electronics.  A lot of
5   electronics.  Exercise equipment.  No food.  No
6   consumable products.  I just had my own ideas about
7   getting stuff like that from China.
8   Q.  Okay.
9   A.  So mainly household goods, exercise equipment.
10  That's about it.  Mainly a lot of electronics,
11  80 percent of it was electronics, household.
12  Q.  As I -- as I understand it, you would purchase
13  these products direct from a company or companies in
14  China, and then readvertise them locally to sell?
15  A.  I utilized -- in the beginning, yes, that's how I
16  would approach it.  Later on I am currently still part
17  of E-Bay, which is E-Partners where I can get SmartLink
18  and put on to my website.
19      Facebook -- I had the Facebook pages for each of
20  those products or those companies.  I'd post a SmartLink
21  on the page, and if they clicked on it purchased, then I
22  would get a residual commission.
23      And it was also done through ShareASale, which
24  they would have a list of vendors that you could team up
25  with, promote their products through SmartLink on my

Page 22

1 website or pages -- or Facebook pages.
2    Q. If I went to the website for the import company,
3 what's the name that I would see?
4    A. Midnight Illumination, and the other one, it's --
5 Daddyfrog.com, D-a-d-d-y frog.com.
6       That was a play on the name -- there was -- the
7 Chinese company that I was working with was Newfrog, and
8 there was another one, you've probably heard of them,
9 Newegg, some of those that you can import, or use
10 SmartLink to bring you back to their product.
11    Q. Is either Midnight Illumination or Daddy Frog
12 still operating?
13    A. I did not renew the -- the -- I don't think I --
14 I really haven't looked at either one of those for over
15 a year.
16       I would have to try the link to see if it's still
17 an active link.  It was through GoDaddy, and I did not
18 renew it, so...
19    Q. Okay.
20    A. The web pages I believe are still on Facebook,
21 but the actual link -- I can also promote products on
22 Facebook, I don't need the websites, though.  And by
23 doing that on my own Facebook pages, I also have
24 products here.
25       I was helping my -- my sister is in commercial

Page 23

1 real estate, so we were closing down different places,
2 and I would promote some products that, you know, came
3 her way from places that would close down.
4    Q. So since you stopped working at Staples, do you
5 have any other sources of income besides the two
6 websites and your independent contractor work with
7 Falcon Express?
8    A. Primarily Falcon Express.  Just odds and ends of
9 anything else.
10    Q. Outside of the lawsuit that you're a plaintiff in
11 that you're being deposed today, have you ever been a
12 plaintiff in any other litigation?
13    A. No.
14    Q. Have you ever been a defendant in any litigation?
15    A. No.
16    Q. Have you ever been arrested?
17    A. No.
18    Q. Have you ever been convicted of a crime?
19    A. Nope.
20    Q. I asked those questions backwards.
21       Have you ever filed for bankruptcy before?
22    A. I did back in the '80s, I believe, the late '80s.
23 Prior to my marriage in the '80s.
24    Q. Were you still in Texas at that time?
25    A. Yes.

Page 24

1    Q. Do you remember if you filed for bankruptcy in
2 federal court in Texas?
3    A. I -- I don't remember if it was in Texas, it was
4 filed here in Texas.
5    Q. It was a personal bankruptcy?
6    A. Yeah, personal.
7    Q. Did you have an attorney for that process?
8    A. I believe I did.
9    Q. Do you happen to remember that attorney's name?
10    A. I have no idea.  It was a long time ago.
11    Q. Are you aware if you have any pending judgments
12 against you?
13    A. I have none.
14    Q. Do you currently take any supplements?
15    A. Yes.
16    Q. What supplements do you currently take?
17    A. Vitamins, minerals, amino acids, enzymes, some --
18 something for, like, when you get a little bit older,
19 like, for your liver, milk thistle, several herbal -- I
20 take turmeric.
21       I go jogging every morning with my dog.  Mainly
22 my back, so I take some stuff for, you know -- I hate
23 taking pain-type medications, so turmeric, things that
24 help with bodily inflammation of joints or, you know,
25 so, that's -- so healthy stuff.

Page 25

1    Q. So I just wrote down turmeric and milk thistle.
2 Is there anything else, specifically, that you take?
3    A. Multiple B vitamins, multi-supplements -- I'm
4 sorry, mineral supplements.
5    Q. Where do you purchase these supplements
6 currently?
7    A. Almost 100 percent online.  I do research online
8 and look at reviews.  I do a lot of research on the item
9 that I'm purchasing also to sort of understand where
10 it's coming from, where maybe the item was sourced.
11       It may say made in America, but it -- if they
12 source the -- the ingredients, then I just do research
13 on how it's sourced, if there is any problems with
14 products, reviews.
15    Q. When you say you purchase them online, do you go
16 through a specific wholesalers website, do you use a
17 third-party platform like Amazon or some combination?
18    A. I'll go through some on Amazon.  I've found some
19 at Walmart, Walgreens, CVS.  It depends.  I generally
20 look for a product, and then I review the product and
21 see where I can find that product, and then who has got
22 the best prices, and then I review any bad reviews of
23 that product, such as, you know, just customers didn't
24 like it, or whatever -- because I want to try to get the
25 best product.  So I just research it.

7 (Pages 22 - 25)

Page 26

1    And I've changed brands on subject -- on
2  supplements that I've purchased in the past, just --
3  when I find out that maybe the ingredients were sourced
4  from a questionable third party, that type of stuff.
5    Q. That makes sense to me. So it sounds like your
6  not loyal to a specific brand of supplement, instead
7  you're looking at the totality of the circumstances to
8  make your decision about what brand you're purchasing?
9    MR. BRODY: Object to the form.
10   A. Right.
11 BY MR. O'BRIEN
12   Q. Following up on the research you say you do,
13 obviously you're looking at customer complaints. Are
14 you looking at anything else when you're reviewing a
15 supplement to then decide to take --
16   MR. BRODY: Object to form.
17   A. I go to, like, a WebMD, look up items,
18 supplements, independent reviews. A lot of them are
19 research papers, just looking for side effects, or, you
20 know, how the products are utilized in your body.
21 The -- then I'll make adjustments on what I am currently
22 taking.
23    You know, like in case of the SAM-e, there are
24 some precursors to that called TMG, which is a
25 trimethylglycine supplement, which your body utilizes to

Page 27

1  turn into SAM-e.
2    So SAM-e being so expensive, and I wasn't real
3  sure if it was actually working, then I started taking
4  TMG instead. So it's kind of the way my research guides
5  me to a product that I feel comfortable with.
6    And I do change brands if I don't see any real
7  benefit to me taking it, or -- or I find, you know, the
8  medical pathways a drug takes or a chemical takes in
9  your body, and then you don't have to buy the expensive,
10 you know, prepared -- basically everything you get in
11 your body comes from food anyway, so there is not a lot
12 of need to define down to a single chemical like SAM-e
13 if you're taking trimethylglycine or TMG or other, like,
14 L-Theanine or supplements for cognition, just stuff you
15 take to stay healthy.
16   Q. It sounds like you're familiar with what SAM-e is
17 then?
18   MR. BRODY: Object to the form.
19   A. Yes.
20 BY MR. O'BRIEN:
21   Q. And at some point you started taking SAM-e; is
22 that right?
23   A. Yes.
24   Q. What do you think SAM-e is supposed to provide in
25 terms of a benefit as a supplement?

Page 28

1    MR. BRODY: Object to the form, calls for
2    expert answer. You can go ahead. Go ahead,
3    Robert.
4    THE WITNESS: Okay.
5    A. Restate the question.
6  BY MR. O'BRIEN:
7    Q. What benefits does SAM-e supposed to provide as a
8  supplement?
9    A. Okay. My -- the reason I was taking it was for
10 increasing Glutathione, your body's primary antioxidant
11 for liver health, joint health, mental health, it makes
12 a health improvement.
13   Q. Do you know if SAM-e has any other benefits?
14   MR. BRODY: Same objection.
15   A. I don't know. That's why I was taking it.
16 BY MR. O'BRIEN:
17   Q. What were you hoping SAM-e was going to help you
18 with?
19   MR. BRODY: Same objection.
20   A. Joint pain mainly. Joint pain or anything you
21 start to wonder about that you need when you're
22 approaching 60 years old.
23 BY MR. O'BRIEN:
24   Q. Approximately when did you start taking SAM-e?
25   A. Around 2017.

Page 29

1    Q. Are you currently taking SAM-e?
2    A. No.
3    Q. When did you stop taking SAM-e?
4    A. Probably at least a couple -- a couple years, two
5  years ago.
6    Q. Sometime around 2019?
7    A. Yeah, somewhere around 2019 I started taking TMG.
8    Q. And are you taking TMG presently?
9    A. Yes.
10   Q. Do you have any plans to purchase and consume
11 SAM-e moving forward?
12   MR. BRODY: Object to form.
13   A. I'm sorry?
14 BY MR. O'BRIEN:
15   Q. Go ahead. You can answer, Mr. McKeown.
16   A. No, I do not.
17   Q. Do you know what the name of the law firm
18 Mr. Brody works for is?
19   A. I do not know the complete name.
20   Q. Okay. Have you ever communicated with any
21 attorney outside of Mr. Brody about this lawsuit?
22   A. No.
23   Q. Do you know if there is any other law firms that
24 represent you in this lawsuit besides Mr. Brody's law
25 firm?

8 (Pages 26 - 29)

Page 30

1     MR. BRODY: Object to form.
2   A. No.
3 BY MR. O'BRIEN:
4   Q. When did you decide to bring this lawsuit?
5   A. When -- when I was contacted and aware -- I
6 had -- I had since stopped taking the product, but I
7 noticed that it probably wasn't working the way that I
8 understood it to.
9   Q. I will ask you some questions about both parts of
10 your answer. At what point after you started taking
11 SAM-e in 2017 did you start to believe that it wasn't
12 working the way you thought it should be?
13   A. It wasn't but several weeks. It was a new
14 product at the time that I was going to start taking
15 SAM-e.
16     I did through research find out that it's a very
17 hard molecule or compound to keep in the SAM-e form. I
18 know it has to be enteric-coated, and also if it's the
19 same -- because I didn't keep the bottle, and I did buy
20 several different brands of SAM-e, this -- this is one,
21 and I -- I -- it was expensive, number one.
22     And so with my research I went -- I started
23 taking the TMG instead. But -- I'm sorry, I lost...
24   Q. That's okay.
25   A. I start talking, and then I'm trying to think if

Page 31

1 I'm answering your question or not.
2   Q. The question I had asked was how long after you
3 started taking SAM-e did you realize that it was not
4 working, and I believe you answered it wasn't but a few
5 weeks; is that right?
6   A. It was a few weeks. I did not notice any
7 difference.
8   Q. And so I think you said, and this is, again,
9 approximate. You started taking SAM-e in 2017, and
10 stopped sometime around 2019; is that right?
11   A. That would be correct. Because like I said, I
12 was changing brands trying to figure out if it was
13 actually going to do anything for joint pains.
14     I've got arthritis, like, in my thumb, just joint
15 pain mainly. So I think I gave it, off and on, for --
16 from 2017 to about 2019, and I just dropped it
17 completely.
18   Q. And during that two year period of time, were you
19 taking SAM-e regularly?
20   A. Yes.
21   Q. By regularly, I guess, do you mean daily, weekly,
22 monthly?
23   A. Daily. Usually in the morning.
24   Q. Do you recall the approximate dosage you were
25 taking daily during that timeframe?

Page 32

1   A. It was one capsule, I believe, of 400 milligrams.
2   Q. And I understand you might not know the exact
3 answer to this, but approximately how many different
4 brands of SAM-e have you tried during that time?
5   A. Probably three. I've researched many more, but
6 ended up trying three.
7   Q. Do you recall the names of the three brands that
8 you've tried?
9   A. I don't recall the previous ones. I know the
10 last chance I was going to try SAM-e was the Amazon
11 order because the cost was lower, the quantity of the
12 product was higher, and it was at the higher dose of 400
13 milligrams, because I believe some of the other doses of
14 the other products were lower doses, so I went with the
15 higher dose thinking that would maybe give me some
16 benefits. And I believe around that point is when I
17 just quit taking it thinking that the higher dose would
18 work, and it did not.
19   Q. Is the Amazon order the product that is at issue
20 in this lawsuit?
21     MR. BRODY: Object to the form.
22   A. Yes.
23 BY MR. O'BRIEN:
24   Q. Do you recall the company you purchased the SAM-e
25 from on Amazon?

Page 33

1     MR. OPARIL: Object to form.
2   A. Vitamins -- I don't remember. I would have to
3 look it up on the -- I don't have the label in front of
4 me. I don't remember the label.
5 BY MR. O'BRIEN:
6   Q. That's okay.
7   A. It's the one here through the research and
8 applying my documentation of what I purchased, Asquared.
9   Q. I believe you said you don't recall the other two
10 brands that you had purchased previous to the Amazon
11 purchase, correct?
12   A. I don't because I know that they were higher
13 cost. And like I said the -- the -- maintaining the
14 integrity of the compound of the -- of the compound,
15 it's got to be coated, and a lot of companies will
16 blister pack each individual capsule or tablet to
17 prevent -- to extend the shelf life.
18     So at that point cost was becoming prohibitive
19 for me, because if you look at a higher dose, 400
20 milligrams, 90 capsules, I think my purchase price was
21 34.99. Their -- it was as high as $50, $60
22 comparatively, so I went with the lower Amazon cost.
23   Q. Would you have in your possession any records
24 relating to the first two brands that you purchased that
25 would help you identify who they were purchased from?

9 (Pages 30 - 33)

Page 34

1          MR. BRODY:  Object to the form.
2     A.  I do not.  I don't -- I -- I would have to go
3 back and -- I don't know if it was from, like, a local
4 Walgreens, you know.  They -- they sold the ones in the
5 blister packs, but they were, like, $50, $60.
6     Q.  Would you have made those purchases using a
7 credit card or a debit card?
8     A.  Probably a debit card.
9     Q.  And, hypothetically, your card history, your
10 transaction would potentially show the purchase?
11          MR. BRODY:  Object to form.
12     A.  It would, but I believe the bank card that I had
13 then, because they -- this was, like, in 2017, I've
14 changed banks, so I don't know if I can get those
15 records.
16 BY MR. O'BRIEN:
17     Q.  Okay.  How did you find your attorneys in this
18 lawsuit?
19          MR. BRODY:  Object to form.  And, again,
20      I'll just caution the witness not to reveal any
21      attorney/client communications.  Go ahead.
22     A.  Sorry, what was the -- to answer the question,
23 how did I -- was -- it was online, I believe.
24 BY MR. O'BRIEN:
25     Q.  What do you mean by online?

Page 35

1     A.  Communications through E-mail.
2     Q.  Did you send an E-mail to your attorneys, or did
3 they send an E-mail to you?
4          MR. BRODY:  Object to form.
5     A.  I knew there was an issue with the product that
6 we're talking about, so I just requested more
7 information on what it was all about.
8 BY MR. O'BRIEN:
9     Q.  How did you know there was an issue with SAM-e
10 that is the subject of this lawsuit?
11     A.  I think it was an E-mail.  Like I said, I do a
12 lot of research on the products, and I have a lot of
13 different avenues that I-- I -- it was an E-mail from, I
14 believe, an E-mail with different cases, you know, if
15 I've ever purchased this product, do you want more
16 information.  I think that's how it all started.  I'm
17 not really sure.
18     Q.  Who would you have received that E-mail from?
19          MR. BRODY:  Object to form.
20     A.  From Jay's law firm, I guess.
21 BY MR. O'BRIEN:
22     Q.  Okay.
23     A.  I can't remember the whole name.  I'm sorry.
24     Q.  That's okay.  I don't need the exact name.  I'm
25 just looking for whether you received the E-mail about

Page 36

1 this lawsuit from Mr. Brody's law firm.
2          MR. BRODY:  Object to form; misstates prior
3      testimony.
4 BY MR. O'BRIEN:
5     Q.  Mr. McKeown, would you still be able to access a
6 copy of that initial E-mail that you received from
7 Mr. Brody's law firm?
8     A.  I have everything in a folder, so I believe I
9 could.
10     Q.  Okay.  That folder includes all of your
11 communication with Mr. Brody's law firm before you were
12 formerly engaged with them?
13          MR. BRODY:  Object to form.
14     A.  I -- I don't know if I created the folder after
15 the case was -- after we decided to proceed.
16 BY MR. O'BRIEN:
17     Q.  Okay.  Approximately when did you receive that
18 initial E-mail from Mr. Brody's firm?
19          MR. BRODY:  Objection; misstates prior
20      testimony.  Robert, you can answer when I'm
21      finished with the objection.
22          THE WITNESS:  Okay.
23     A.  Probably around 2019, May of 2019.
24 BY MR. O'BRIEN:
25     Q.  Did you sign an engagement letter or a retainer

Page 37

1 agreement with Mr. Brody's law firm in this case?
2          MR. BRODY:  Object to the form.
3     A.  I believe I did.
4 BY MR. O'BRIEN:
5     Q.  Do you recall, approximately, when you entered
6 into that agreement?
7     A.  I don't remember.
8     Q.  Sometime after May of 2019?
9     A.  Yes.  Yeah.
10     Q.  Do you recall if it was within the year 2019?
11     A.  I believe it was in that year.  If it was May,
12 yes, it would have been shortly after that.
13          MR. BRODY:  Counsel, can we take a quick
14      break?  We've been going for -- I don't know how
15      long exactly, but I think --
16          MR. O'BRIEN:  That's fine.  Do you want to
17      take ten minutes.  It's 12:00.  We'll come back
18      at 12:10 or whatever Texas time is.
19          THE WITNESS:  It will be 11:10.
20          (A break was taken from 11:59 to 12:11.)
21 BY MR. O'BRIEN:
22     Q.  Mr. McKeown, just to recap before we move on, you
23 took SAM-e from roughly 2017 to 2019, and during that
24 time you started to have some questions about whether it
25 was working.

10 (Pages 34 - 37)

Page 38

1    Upon receiving an E-mail from Mr. Brody's law
2 firm in or around May of 2019, you began to consider
3 bringing this lawsuit; is that correct?
4        MR. BRODY:  Object to form; misstates prior
5      testimony.
6  A.  Correct.
7 BY MR. O'BRIEN:
8  Q.  I didn't catch your answer, Mr. McKeown, I'm
9 sorry.
10  A.  Yes, correct.
11  Q.  Prior to the receiving that E-mail from
12 Mr. Brody's law firm, did you have any interest in
13 bringing a lawsuit?
14        MR. BRODY:  Object to the form.
15  A.  No, I did not.  I was losing confidence in the
16 product, and then just knowing how hard it is to keep
17 that -- that compound stable just gave me too many
18 questions to pay a high price for the product.
19 BY MR. O'BRIEN:
20  Q.  I can't remember if I asked you this before, but
21 do you recall you have a copy of your retainer or an
22 engagement letter with Mr. Brody's law firm in your
23 possession?
24        MR. BRODY:  Object to form.
25  A.  Yes.

Page 39

1 BY MR. O'BRIEN:
2  Q.  You mentioned a folder with all of your documents
3 in this lawsuit.  I don't need you to list for me every
4 document that would be in there, but can you give me a
5 high level of the types of documents that you have in
6 that folder?
7        MR. BRODY:  Form.
8  A.  100 percent anything that was sent to me
9 pertaining to the case, as far as retainers, any support
10 documentation, anything that had attachments, I filed
11 those.
12 BY MR. O'BRIEN:
13  Q.  Okay.  So it's a working file related to this
14 lawsuit?
15  A.  Yes.
16  Q.  Do you know if there is any upcoming court
17 appearances in this lawsuit?
18        MR. BRODY:  Object to the form; calls for
19      legal expertise.
20  A.  I do not.
21 BY MR. O'BRIEN:
22  Q.  Do you know if this lawsuit was filed in state or
23 federal court?
24        MR. BRODY:  Object to the form.  Same
25      objection.

Page 40

1  A.  I don't know.
2 BY MR. O'BRIEN:
3  Q.  Okay.  Do you know if there is a trial scheduled
4 in this lawsuit?
5        MR. BRODY:  Same objection.
6  A.  I don't know.
7 BY MR. O'BRIEN:
8  Q.  Do you know who the judge is who is assigned to
9 this case?
10        MR. BRODY:  Same objection.
11  A.  No.
12 BY MR. O'BRIEN:
13  Q.  I'm going to show you the complaint in a little
14 bit, but do you know if there are other named plaintiffs
15 in the lawsuit besides yourself?
16        MR. BRODY:  Same objection.
17  A.  Yes.
18 BY MR. O'BRIEN:
19  Q.  Do you know if there is one defendant or more
20 than one defendant?
21        MR. BRODY:  Same objection.
22  A.  More.
23 BY MR. O'BRIEN:
24  Q.  Okay.  Do you know if any of the named plaintiffs
25 that we referenced earlier have settled or resolved any

Page 41

1 of their claims with any of the defendants?
2        MR. BRODY:  Same objection.
3  A.  I don't know.
4 BY MR. O'BRIEN:
5  Q.  Okay.  Do you know if there has been any
6 settlement negotiations regarding your claims against
7 any of the defendants?
8        MR. BRODY:  Same objection.
9  A.  I don't know.
10 BY MR. O'BRIEN:
11  Q.  Do you know if you've made a demand to settle
12 your claims against my client, Asquared Brands, LLC?
13        MR. BRODY:  Object to form.
14  A.  No.
15 BY MR. O'BRIEN:
16  Q.  No, they haven't, or, no, you don't know?
17  A.  Well, I mean -- state the question again.
18  Q.  Sure.  Do you know if there has been -- if you,
19 Mr. McKeown, have made a demand to settle your claim
20 against my client, Asquared Brands?
21  A.  I have not.
22  Q.  You have not made a demand?
23  A.  Not a demand.
24  Q.  Do you know -- strike that.  That answers the
25 next question.

11 (Pages 38 - 41)

Page 42

1    Do you have any interest in settling your claims
2  against any of the defendants in this lawsuit?
3         MR. BRODY:  Same objection; calls for legal
4     expertise.
5  A. Yes.
6  BY MR. O'BRIEN:
7   Q. Okay.  Would you be willing to do so on an
8  individual basis, not a classified basis?
9         MR. BRODY:  Same objection.  Calls for legal
10     expertise.
11  A. I rely on counsel.
12  BY MR. O'BRIEN:
13  Q. Do you know what a mediation is in the context of
14  a lawsuit?
15         MR. BRODY:  Same objection.
16  A. Yes.
17  BY MR. O'BRIEN:
18  Q. Okay.
19  A. Yes, I do.
20  Q. You'll get used to the objections eventually.
21    Do you know if there was a mediation in this
22  lawsuit?
23         MR. BRODY:  Same objection.
24  A. I don't know.
25  BY MR. O'BRIEN:

Page 43

1  Q. Okay.  Were you ever asked to participate in a
2  mediation in this lawsuit?
3         MR. BRODY:  Same objection.
4  A. I don't know.  It -- mediation separate of this
5  deposition?
6  BY MR. O'BRIEN:
7  Q. Yes, separate than this deposition.
8  A. No, no.
9  Q. Your complaint is labeled a class action
10  complaint, what does a class action lawsuit mean to you?
11         MR. BRODY:  Object to the form; calls for a
12     legal interpretation.
13  A. My understanding is that other people are
14  involved in bringing the claim, and we are a part of a
15  group.
16  BY MR. O'BRIEN:
17  Q. What does being a class representative mean to
18  you?
19         MR. BRODY:  Same objection; calls for legal
20     expertise.
21  A. Part of the process of just holding accountable
22  the parties in this claim.
23  BY MR. O'BRIEN:
24  Q. Do you know if being a class representative is
25  any different than just being a member of the class?

Page 44

1         MR. BRODY:  Same objection; calls for legal
2     expertise.
3  A. I don't know.
4  BY MR. O'BRIEN:
5  Q. Do you know what any of the responsibilities of
6  being a class representative are?
7         MR. BRODY:  Same objection; calls for legal
8     expertise.
9  A. I rely on counsel.  I don't know.
10  BY MR. O'BRIEN:
11  Q. Okay.  Do you know if you're a class
12  representative in this lawsuit?
13         MR. BRODY:  Same objection.
14  A. I believe I'm part of the class on this lawsuit.
15  BY MR. O'BRIEN:
16  Q. I understand that, sir.  My question was a little
17  bit more specific.  Do you know if you're a class
18  representative in this specific lawsuit?
19         MR. BRODY:  Same objection.
20  A. I don't know.
21  BY MR. O'BRIEN:
22  Q. Mr. McKeown, I'm sharing on the screen with you
23  what's been marked as Exhibit 2 for today's deposition.
24  It's a document labeled third amended class action
25  complaint.  Have you ever seen this document before?

Page 45

1    (Defendant's Exhibit 2 marked for
2     identification.)
3  A. Yes.
4  BY MR. O'BRIEN:
5  Q. Do you recall the first time you saw this
6  document?
7  A. I remember seeing it as recent as a couple of
8  days ago as part of the attachments in the E-mail I
9  received.
10  Q. Do you see up at the very top of page 1 there is
11  some blue writing?
12  A. Yes.
13  Q. And in the middle of the document it says,
14  entered on FLSD docket 10/30/2020; do you see that?
15  A. Yes.
16  Q. Do you recall seeing this document before
17  10/23/2020?
18  A. I think I have, mainly because of how many pages
19  the document is.  I think I have, and I was thinking
20  I'm -- like, this is an amended version, and I think I
21  received an amended version a couple days ago, or
22  updated.
23  Q. I'm going to direct you down to paragraph 13,
24  this should be the only one we talk about substantively.
25    It covers two pages, page 9 and 10 of Exhibit 2.

12 (Pages 42 - 45)

Page 46

1 Why don't you take a quick second, Mr. McKeown, and just
2 read paragraph 13 and let me know when you're done. I
3 can zoom in if it's too difficult to read.
4    A. Okay. I'm done.
5    Q. Okay. So the complaint alleges that on or about
6 December 23rd, 2017 you purchased a bottle of SAM-e from
7 a retailer, Asquared, on Amazon for the purchase price
8 of $34.99; do you see that?
9    A. Yes.
10    Q. Is that the third purchase that you had
11 referenced earlier in your testimony?
12       MR. BRODY: Object to form.
13    A. I believe so.
14    Q. Okay.
15 BY MR. O'BRIEN:
16    Q. So I believe you had testified earlier that the
17 timeframe that you were taking SAM-e was approximately
18 2017 to 2019; is that right?
19    A. That's correct.
20    Q. And I also believe that you said this would have
21 been your third and final purchase of SAM-e in December
22 of 2017; is that right?
23       MR. BRODY: Same objection.
24    A. I believe that's correct, the third and final.
25 BY MR. O'BRIEN:

Page 47

1    Q. And so between this purchase of December 2017,
2 and when you stopped taking SAM-e in 2019, was your
3 consumption of SAM-e entirely this one bottle?
4       MR. BRODY: Same objection.
5    A. Yes, the final purchase.
6 BY MR. O'BRIEN:
7    Q. The -- the purchase in December of 2017 lasted
8 you from that date until when you stopped in 2019?
9    A. I may have made a couple other purchases in there
10 just trying to see if I got any better results.
11    Q. So there may have been a couple of additional
12 purchases of SAM-e after this December 2017 date?
13    A. I'm pretty sure I did. I don't remember the
14 other purchases. I know there were a couple. I was
15 trying to find the best product.
16    Q. Sure. Mr. McKeown, I'm not trying to catch you
17 or anything, I'm just trying to get a line of all your
18 purchases.
19       So do you happen to have any recollection of the
20 retailers or companies that you purchased those
21 subsequent purchases from?
22    A. I do not remember the name of them. I know they
23 were in blister packs. They were packaged differently,
24 but they were very expensive.
25    Q. Would you have bought those on Amazon too, or

Page 48

1 somewhere else?
2    A. I don't think I purchased them on Amazon. I
3 believe I had purchased some from a local -- like a
4 Walgreens, but online.
5    Q. Okay. Would you have any records to confirm
6 whether in fact you did make those purchases?
7       MR. BRODY: Object to the form.
8    A. I don't remember.
9 BY MR. O'BRIEN:
10    Q. Okay. I'm going to ask you some questions
11 specifically to this December 23rd, 2017 purchase.
12       Obviously, the complaint alleges it was purchased
13 from Asquared, and I know I've asked you some questions
14 about your diligence into deciding how to make purchases
15 generally, but specific to this purchase, what did you
16 do to come to the conclusion that you were going to buy
17 SAM-e from Asquared?
18       MR. BRODY: Object to form.
19    A. I believe the product was higher milligrams, it
20 was 400, as opposed to the earlier products or -- the
21 other products were 200 and 300 milligrams.
22       I purchased the Amazon for $34.99 on -- on the
23 strength of the product, also the cost, and how -- how
24 much product I'm getting for 34.99.
25       Like I said, the other ones were anywhere upwards

Page 49

1 to $40-some for 30 capsules. They were -- they were
2 packaged differently, though. They were blistered
3 packed. I think they were -- just from every day
4 looking at it, it seemed like it was a higher quality
5 product because of the way it was packaged and
6 protected.
7       Like I said, the cost was prohibitive, so I found
8 this order online at Amazon and made that purchase based
9 on quantity, the strength of the product and the cost.
10 BY MR. O'BRIEN:
11    Q. Prior to making this purchase, did you do any
12 research into the company, Asquared Brands?
13       MR. BRODY: Object to form.
14    A. No, I did not.
15 BY MR. O'BRIEN:
16    Q. Prior to making this purchase, did you do any
17 research into the manufacturer of the SAM-e that was
18 being sold by Asquared Brands?
19       MR. BRODY: Object to form.
20    A. No, I did not.
21 BY MR. O'BRIEN:
22    Q. Okay. At some point after December 23rd, 2017
23 I'm assuming that you received the items that you
24 purchased, right?
25    A. Yes.

13 (Pages 46 - 49)

Page 50

1    Q.  Okay.  Upon receipt, did you notice anything
2  unusual about the bottle of SAM-e or the actual pills
3  that would have caught your attention in any way?
4       MR. BRODY:  Object to the form.
5    A.  The bottle that I purchased and remember, they
6  were capsules, like a pressed powder and then
7  enteric-coated.
8       And I have other supplements, like, calcium, it
9  will do the same thing, but the edge of -- the ones that
10  I purchased seemed to have a little crack, a little
11  split along the edge of the caplet.  I don't know.  It's
12  not really a capsule, it's pressed and then coated.
13  BY MR. O'BRIEN:
14    Q.  Do you remember reviewing the bottle specifically
15  before taking the SAM-e?
16       MR. BRODY:  Object to form.
17    A.  I'm sure I did.  I always read the manufacturing
18  practices, whether it has indications for, you know, ISO
19  manufacturing, just see what the credentials are on the
20  bottle itself, or when I'm reviewing the product online.
21  BY MR. O'BRIEN:
22    Q.  Do you remember reviewing the label itself on the
23  bottle?
24       MR. BRODY:  Object to form.
25    A.  I -- I reviewed it as far as quantity and

Page 51

1  strength.
2  BY MR. O'BRIEN:
3    Q.  And I think you've already answered this, but did
4  you take the entire bottle of SAM-e that you purchased
5  from Asquared?
6       MR. BRODY:  Object to the form.
7    A.  I did.
8  BY MR. O'BRIEN:
9    Q.  Approximately how long would it have taken you to
10  take all of the capsules in the bottle?
11       MR. BRODY:  Object to form.
12    A.  90 days, one per day.  A quantity of 90.
13  BY MR. O'BRIEN:
14    Q.  What did do you with the bottle after you
15  finished taking all the product?
16    A.  I threw it away.
17    Q.  Did you take any pictures of the bottle before
18  throwing it away?
19       MR. BRODY:  Object to form.
20    A.  No.
21  BY MR. O'BRIEN:
22    Q.  During that 90-day timeframe, did you experience
23  any of the benefits that you were hoping to see from
24  taking SAM-e?
25       MR. BRODY:  Object to form.

Page 52

1    A.  No.
2  BY MR. O'BRIEN:
3    Q.  Did you leave any comments or reviews on Amazon
4  about this purchase?
5       MR. BRODY:  Object to form.
6    A.  I did not.
7  BY MR. O'BRIEN:
8    Q.  Okay.  Did you -- did you write any reviews or
9  comments anywhere else on the Internet about this
10  purchase?
11       MR. BRODY:  Same objection.
12    A.  No.
13  BY MR. O'BRIEN:
14    Q.  Okay.  Did you have any of the product that you
15  purchased tested for potency?
16       MR. BRODY:  Object to form.
17    A.  No.
18  BY MR. O'BRIEN:
19    Q.  Sorry.  I left the screen share up.
20       Mr. McKeown, in your own words, why don't you
21  describe for me what the claim is that you're bringing
22  in this lawsuit.
23       MR. BRODY:  Object to form; calls for legal
24       expertise.
25    A.  Refer to the counsel.

Page 53

1  BY MR. O'BRIEN:
2    Q.  Do you have any understanding of what you are
3  alleging the defendants did wrong in this lawsuit?
4       MR. BRODY:  Same objection.
5    A.  I believe there is a discrepancy in the strength
6  of the product.
7  BY MR. O'BRIEN:
8    Q.  What do you mean by discrepancy?
9    A.  The product stated to be 400 milligrams, and I
10  believe some of the documentations that I received
11  indicated that the product was identified as being
12  lesser than 400 milligrams.
13    Q.  Okay.  And what documentation are you referring
14  to?
15    A.  Stuff -- items that I believe Jay had sent me.
16    Q.  Okay.  So your basis for understanding -- or
17  alleging, excuse me -- that the product you purchased
18  had a discrepancy in terms of its ingredients is based
19  solely on documentation provided by your attorneys?
20       MR. BRODY:  Object to form.
21    A.  Correct.
22  BY MR. O'BRIEN:
23    Q.  Do you have any other basis to allege that the
24  SAM-e you purchase from Asquared didn't have the
25  ingredients that were indicated on the label?

14 (Pages 50 - 53)

Page 54

1    MR. BRODY:  Same objection.
2    A.  No.
3 BY MR. O'BRIEN:
4    Q.  I'm sorry, did you answer Mr. McKeown?
5    A.  No.  I do not.
6    Q.  Did you think that it would be important to have
7 the product that you purchased tested for potency?
8    MR. BRODY:  Object to form; calls for legal
9    expertise.
10   A.  I believe so.
11 BY MR. BRODY:
12   Q.  Why do you believe it is -- it would be important
13 to have it tested?
14   MR. BRODY:  Same objection.
15   A.  It's part of just being accountable for what is
16 labeled as being -- what the label states that that
17 product is having.
18 BY MR. O'BRIEN:
19   Q.  And I think you answered this, but none of the
20 product that you purchased and took was actually tested,
21 right?
22   MR. BRODY:  Same objection.
23   A.  Correct.
24 BY MR. O'BRIEN:
25   Q.  All right.  And I know you mentioned a little bit

Page 55

1 about how your research demonstrated to you that SAM-e
2 was a difficult compound to keep stable, I think you
3 said; do you remember that?
4    A.  That's -- through a lesser terminology, yeah,
5 it's a very tricky compound to keep stable.  It needs to
6 be protected from moisture.  That's why some companies
7 put it in blister packs.
8    The purchase that I made online was in a bottle.
9 They were loose.  That was a -- number one thing that
10 I do remember noticing when I purchased at a lower
11 price, that the tablets were not all individually
12 packed.
13   I don't remember if they said it was
14 enteric-coated so that it survives your stomach travel.
15 But I did notice that it was of a lesser quality, as far
16 as I could tell, if I compared it to another brand, an
17 expensive brand.
18   Q.  SAM-e is a difficult compound to keep stable.
19 Could you imagine a situation where different bottles of
20 SAM-e have slightly different levels of ingredients
21 because of that fact?
22   MR. BRODY:  Object to form; calls for expert
23   answer and improper hypothetical.
24   A.  I'll refer to counsel.
25 BY MR. O'BRIEN:

Page 56

1    Q.  Mr. McKeown, what do you mean by refer to
2 counsel?
3    A.  I don't know.  I don't -- I -- I have no idea
4 knowing the strength in the bottles.  If the -- if
5 manufacturing processes were not adhered to, I would
6 think that there would be room for mistakes in getting,
7 say, 400 milligrams of SAM-e per capsule.
8    I mean, it may have been manufactured that way,
9 but I don't know what the stability of that is by the
10 time I received it would be based on the packaging.
11   That's why I'm comparing the packaging to the
12 expensive brand, same quantity, same 400 milligrams, but
13 packaged different.
14   Q.  And my question is just that I'm asking if you
15 would acknowledge there would be room for some
16 discrepancy on a bottle to bottle of --
17   A.  Yes.
18   MR. BRODY:  Same objection; calls for expert
19   answer.
20 BY MR. O'BRIEN:
21   Q.  And would you agree the only objective or
22 scientific way to confirm that the bottle of SAM-e that
23 you purchased personally had different ingredients on
24 the label would have been to test that product?
25   MR. BRODY:  Same objection; calls for legal

Page 57

1    expertise.
2    A.  Correct.
3 BY MR. O'BRIEN:
4    Q.  I apologize, the sun is shining through my window
5 shades, so if it looks like I have some sort of halo,
6 that's why.
7    Back to Exhibit 2, Mr. McKeown.  I -- have you
8 ever heard of an individual by the name of
9 Cori Ann Ginsberg?
10   A.  No.
11   Q.  Have you ever spoken to Cori Ann Ginsberg about
12 this lawsuit?
13   A.  No.
14   Q.  Have you ever heard of an individual by the name
15 it have Noah Malgeri?
16   MR. BRODY:  Object to form.
17   A.  No.
18 BY MR. O'BRIEN:
19   Q.  Have you ever spoken to a Noah Malgeri about this
20 lawsuit?
21   A.  No.
22   Q.  Have you ever heard the name of Kaylyn Wolf?
23   MR. BRODY:  Object to form.
24   A.  No.
25 BY MR. O'BRIEN:

15 (Pages 54 - 57)

Page 58

1   Q. Have you ever spoken to Kaylyn Wolf about this
2 lawsuit?
3   A. No.
4   Q. Have you ever heard of an individual by the name
5 of Bill Wilson?
6        MR. BRODY:  Same objection.
7   A. No.
8 BY MR. O'BRIEN:
9   Q. Have you ever spoken to Mr. Wilson about this
10 lawsuit?
11   A. No.
12   Q. Have you ever heard the name of -- someone by the
13 name of, excuse me, Shannon Hood?
14        MR. BRODY:  Same objection.
15   A. No.
16 BY MR. O'BRIEN:
17   Q. Have you ever spoken to Shannon Hood about this
18 lawsuit?
19   A. No.
20 BY MR. O'BRIEN:
21   Q. Have you ever heard of someone by the name of
22 Eric Fishon?
23        MR. BRODY:  Same objection.
24   A. No.
25 BY MR. O'BRIEN:

Page 59

1   Q. Have you ever spoken to Mr. Fishon about this
2 lawsuit?
3   A. No.
4   Q. Do you know who Vitamins Because, LLC is?
5        MR. BRODY:  Same objection.
6   A. They are a vitamin brand that I've seen on
7 Amazon, different places that sell their brand.
8 BY MR. O'BRIEN:
9   Q. Do you know why they're named as a defendant in
10 this lawsuit?
11        MR. BRODY:  Same objection; calls for legal
12      expertise.
13   A. I believe it's concerning the SAM-e product they
14 produced and the strength.
15 BY MR. O'BRIEN:
16   Q. When you say they produced, what do you mean by
17 that?
18   A. I mean, whatever they were selling, vitamin --
19 vitamins, because -- I don't know if they were the
20 manufacturer.  I'm not sure -- I don't understand the
21 question, actually.
22   Q. The question is do you know why Vitamins
23 Because -- strike that.
24        Do you see in the caption there is a group of
25 companies here listed all under the term defendants?

Page 60

1   A. Yes.
2   Q. The question is just do you know why Vitamins
3 Because, LLC is listed as a defendant in this lawsuit?
4        MR. BRODY:  Same objection; calls for legal
5      expertise.
6   A. I don't know.
7 BY MR. O'BRIEN:
8   Q. Okay.  How about CT Health Solutions, LLC, do you
9 know why they are listed as a defendant in this lawsuit?
10        MR. BRODY:  Same objection.
11   A. No.
12 BY MR. O'BRIEN:
13   Q. Gmax Central, LLC, do you know why they are
14 listed as a defendant in this lawsuit?
15        MR. BRODY:  Same objection.
16   A. No.
17 BY MR. O'BRIEN:
18   Q. I'll skip Asquared, because we've covered that.
19        Defendant Inspire Now Pty, Limited, d/b/a
20 BoostCeuticals, do you know why that entity is listed as
21 a defendant in this lawsuit?
22        MR. BRODY:  Same objection.
23   A. No.
24 BY MR. O'BRIEN:
25   Q. Healthy Way RX, LLC, do you know why that

Page 61

1 defendant is listed as a defendant in this lawsuit?
2        MR. BRODY:  Same objection.
3   A. No.
4 BY MR. O'BRIEN:
5   Q. Two left.  Khakiware, Inc., do you know why
6 Khakiware, Inc. is listed as a defendant in this
7 lawsuit?
8        MR. BRODY:  Same objection.
9   A. No.
10 BY MR. O'BRIEN:
11   Q. And last but not least, Jolly Dollar Supply
12 Company, do you know why that entity is listed as a
13 defendant in this lawsuit?
14        MR. BRODY:  Same objection.
15 BY MR. O'BRIEN:
16   Q. I'm sorry, Mr. McKeown, was your answer no?
17   A. No.  Correct.
18   Q. I'm going to direct your attention to the last
19 sentence of paragraph 13 that begins with -- I can
20 highlight it if I can operate my mouse.  It begins with
21 Plaintiff McKeown; do you see that?
22   A. Yes.
23   Q. Can you just read that sentence and let me know
24 when you're done?
25   A. Plaintiff McKeown intends to --

16 (Pages 58 - 61)

1  Q. Mr. McKeown, you can read it to yourself.
2  A. Okay.
3  Q. Is this sentence correct, do you intend to
4  continue to purchase SAM-e moving forward?
5      MR. BRODY: Object to form.
6  A. I do not intend to purchase SAM-e.
7  BY MR. O'BRIEN:
8  Q. Mr. McKeown, what are you seeking to get at the
9  end of this lawsuit?
10  A. I would just like my purchase price refunded.
11      MR. BRODY: I objected to that question;
12      form and substance.
13  BY MR. O'BRIEN:
14  Q. Okay. Mr. McKeown, we're going to go through
15  some documents now, and then I should be about done.
16      Mr. McKeown, I'm showing you on the screen what
17  I've marked as Exhibit 3 for today's deposition, it's a
18  document titled, Plaintiff's Responses to Defendant
19  Asquared Brands, LLC's Request for Production of
20  Documents. Have you ever seen this document before?
21      (Defendant's Exhibit 3 marked for
22      identification.)
23      MR. BRODY: Can you show him the whole
24      document to the bottom, including a signature if
25      there might be a signature on it?

1      MR. O'BRIEN: Sure.
2  BY MR. O'BRIEN:
3  Q. Mr. McKeown, this document is 45 pages long. We
4  can stop at any point, but your counsel wants you to
5  take a look down at the bottom signature page, so I'll
6  bring you down to that here, and then I'll ask you some
7  questions.
8      The document is dated August 26, 2021 signed by
9  somebody named Barbara Perez, there is a certificate of
10  service, and there is a service list.
11  A. I believe I have this in my file.
12  Q. Okay. Do you recall when you received this
13  document?
14      MR. BRODY: Object to form.
15  A. I do not. Within the last several weeks.
16  BY MR. O'BRIEN:
17  Q. I'll represent to you that this is a request for
18  production of documents, which is just what it sounds
19  like. It's asking for you to search for documents that
20  are relevant to this lawsuit and turn them over to the
21  defendants.
22      Do you have any recollection of being asked to
23  search for documents in response to this request?
24      MR. BRODY: Object to form.
25  A. Yes, I do.

1  BY MR. O'BRIEN:
2  Q. And did you turn those documents over to your
3  attorney to be produced?
4  A. I did.
5  Q. Mr. McKeown, I'm going to direct your attention
6  to request number five that asks for all engagement
7  letters between plaintiff, and it should say his
8  attorneys in this lawsuit.
9      Do you recall doing a search for any engagement
10  or retainer letter that you had with your attorneys?
11      MR. BRODY: Object to form.
12  A. I don't remember.
13  BY MR. O'BRIEN:
14  Q. And if you had searched for and found that
15  document, say, in your working folder of documents, you
16  would have turned that over to your attorneys?
17      MR. BRODY: Object to form; calls for legal
18      expertise.
19  A. Yes.
20  BY MR. O'BRIEN:
21  Q. Were there any documents in your working folder
22  that you didn't give to your attorneys?
23      MR. BRODY: Object to form.
24  A. I returned any form that was requested or
25  required a response, so any -- anything that needed to

1  be signed or acknowledged was returned.
2  BY MR. O'BRIEN:
3  Q. Sure. And so I believe you said earlier that you
4  have a folder which has all of your documentation
5  related to this lawsuit, right?
6  A. Yes, the -- the E-mail with the attachments --
7  Q. Okay.
8  A. -- put into a folder, E-mail folder.
9  Q. Oh, so the folder is not a -- like a manila
10  folder in your file cabinet, it lives on your
11  computer --
12  A. It lives on my computer.
13  Q. And so the question is, have all of the contents
14  of that electronic folder been turned over to your
15  counsel as part of this litigation, or are there
16  documents in that folder which you have not given to
17  your attorney?
18      MR. BRODY: Object to form. And, again,
19      I'll just caution the witness not to reveal any
20      attorney/client communications.
21  A. The forms were returned if they required a
22  response.
23  BY MR. O'BRIEN:
24  Q. Yeah. Forget about the forms for a second. I'm
25  asking a little bit of a broader question. So you

Page 66

1 can -- I'll remove Exhibit 3 from the screen share to
2 help us here.
3       On your computer in some form you have an
4 electronic folder that is filled with documents that are
5 in some way, shape or form related to this lawsuit,
6 right?
7    A. Yes.
8    Q. Okay. The question is, have each and every one
9 of the documents in that folder been turned over to your
10 attorney as part of this lawsuit, or have some of them
11 not yet been turned over?
12       MR. BRODY: Objection; vague, and same
13    objection as before.
14    A. They have all been turned over.
15 BY MR. O'BRIEN:
16    Q. Okay. And that would include the E-mail
17 communication that you received back in May 2019 asking
18 if you wanted to be a part of this lawsuit?
19       MR. BRODY: Object to form.
20    A. I believe -- yes, I would have it in the folder.
21 BY MR. O'BRIEN:
22    Q. Okay. Mr. McKeown, moving to Exhibit 4, this is
23 a document labeled Plaintiff's Second Supplemental
24 Responses to Defendant Asquared Brands Request for
25 Production of Documents to Robert McKeown.

Page 67

1       I'll again bring you down to the bottom so you
2 can see the signature pages. This document is dated
3 November 3rd, 2021, and there is a certificate of
4 service and a service list.
5       Do you know who Barbara Perez is?
6       (Defendant's Exhibit 4 marked for
7    identification.)
8       MR. BRODY: Object to form.
9    A. I do not.
10 BY MR. O'BRIEN:
11    Q. Do you know why she is submitting documents on
12 your behalf?
13       MR. BRODY: Object to form.
14    A. I would -- upon my acknowledgment of the document
15 of being sent back, I assume.
16 BY MR. O'BRIEN:
17    Q. I don't know if I understand your answer. I'm
18 sorry.
19    A. It's as far as -- do I know her? I do not know
20 her, why her name would be on the document. I guess
21 it -- she signed off the document after I acknowledged
22 that I had received it and reviewed it.
23    Q. Okay. And, obviously, by the title of the
24 document, this is a supplemental response to Asquared,
25 my client's request for production of documents.

Page 68

1       Do you know why you had to submit a supplemental
2 response to our request for production of documents?
3       MR. BRODY: Object to form; calls for legal
4    expertise.
5    A. I don't remember.
6 BY MR. O'BRIEN:
7    Q. Do you remember doing any specific searches for
8 documents a second time to provide a supplemental
9 response?
10       MR. BRODY: Object to form; calls for legal
11    expertise.
12    A. I do not remember.
13 BY MR. O'BRIEN:
14    Q. Okay. Let's see if I can do this right here.
15 There we go. Moving to what's been marked as Exhibit 5
16 for today's deposition, this is a document titled
17 Plaintiff's Responses to Defendant Asquared Brands,
18 LLC's First Set of Interrogatories to Robert McKeown.
19       I'll scroll down to the bottom again. The
20 document is also dated August 26th. There is a
21 certificate of service, and a service list.
22       Mr. McKeown, same question as the first two
23 documents. Have you ever seen this document before?
24       (Defendant's Exhibit 5 marked for
25    identification.)

Page 69

1    A. I don't remember specifically. All I can say is
2 any documents that I received that required a response
3 from me I have sent back, and it -- it looks familiar,
4 but I don't -- I'm not involved in this every day, so I
5 don't -- it starts to kind of look the same.
6       But after reviewing it and then talking back with
7 counsel, then I -- my acknowledgment was returned on the
8 document.
9 BY MR. O'BRIEN:
10    Q. Okay. That's understandable. So as you can see
11 from the title, this is a document that's called
12 interrogatories. They ask for written answers about
13 your knowledge regarding information related to this
14 lawsuit.
15       Do you recall providing any input or answers to
16 the questions asked in this document?
17       MR. BRODY: Object to form.
18    A. I don't remember.
19 BY MR. O'BRIEN:
20    Q. Okay. Do you recall reviewing this document
21 prior to August 26th to ensure that the answers were
22 accurate?
23       MR. BRODY: Object to form.
24    A. Yes.
25 BY MR. O'BRIEN:

18 (Pages 66 - 69)

Page 70

1    Q.  And you did do that?
2    A.  If I received that document, I had reviewed and
3  then returned any documentation that was required and
4  acknowledged that I received.
5    Q.  Okay.  Moving to what's been marked as Exhibit 6
6  for today's deposition.
7        This is a document labeled Plaintiff's Second
8  Supplemental Responses and Objections to Defendant
9  Asquared Brands, LLC's First Set of Interrogatories.
10       It's a 16-page document, and I'll go down to the
11  bottom.  The document is dated November 3rd, 2021 signed
12  by Barbara Perez.  There is a certificate of service.
13  There is a service list, and this document should --
14       (Defendant's Exhibit 6 marked for
15       identification.)
16       MR. BRODY:  Is that the --
17       MR. O'BRIEN:  Let's go off the record for a
18  second.
19       (A break was taken from 12:53 until 1:03.)
20  BY MR. O'BRIEN:
21    Q.  Before we went off the record we were talking
22  about Exhibit 6, which is in front of you.  The first
23  document that we were looking at was the same as the
24  document that you're looking at now, except it didn't
25  include your signature page, so we've included that into

Page 71

1  Exhibit 6 now.
2        I'm going to scroll down to it so you can see it,
3  and you can see the document tiled verification on page
4  16; is that right?
5    A.  Yes.
6    Q.  Do you remember signing this document?
7    A.  Yes.  That one I do.  I think I had to do that on
8  VeriSign or something electronic.
9    Q.  Do you know why you signed this document?
10       MR. BRODY:  Object to form; calls for legal
11       expertise.
12    A.  It's a supplement -- it was an addendum or just
13  the updated copy of that document, I believe, or the
14  finalized copy of the document.
15  BY MR. O'BRIEN:
16    Q.  Do you know why you would have signed Exhibit 6,
17  the supplemental responses, and not Exhibit 5, the
18  original responses?
19       MR. BRODY:  Object to form; calls for legal
20       expertise.
21    A.  I do not know.
22  BY MR. O'BRIEN:
23    Q.  Do you have any recollection of reviewing this
24  document, Exhibit 6, before signing the verification
25  page?

Page 72

1    A.  I believe -- I read over it.  I -- it was an
2  updated copy, I believe or -- I acknowledged that I -- I
3  received the document, and then signed it on
4  verified [sic] documents online, whichever website it
5  was.
6    Q.  All right.  Moving to Exhibit 7 marked for
7  today's deposition, it's a one-page document.  I'll
8  represent to you that this is a document turned over by
9  your attorneys in your initial disclosures as the only
10  document that you've produced relevant to this lawsuit.
11  It's Bate stamped here, you can see, as Plaintiff's 19.
12       Mr. McKeown, are you familiar with this document?
13       (Defendant's Exhibit 7 marked for
14       identification.)
15    A.  Yes, I supplied that document.
16  BY MR. O'BRIEN:
17    Q.  And what do you understand this document to be?
18    A.  That's my receipt for the purchase of SAM-e from
19  Amazon.
20    Q.  And you can see the two purchases here in the
21  middle of the page.  The first is the 90 capsules of
22  SAM-e, 500 milligrams, sold by Asquared Brands.  Is that
23  the December 2017 purchase we were talking about earlier
24  in this deposition?
25    A.  Yes.

Page 73

1    Q.  Okay.  And it was shipped to you at the 1402
2  Mulberry Way address, right?
3    A.  Yes.
4    Q.  Do you see at the top middle here someone's
5  handwriting, Amazon?
6    A.  That's my handwriting.
7    Q.  Why did you write that?
8    A.  Just as a note.  When I printed it out, just -- I
9  don't believe -- there is no -- there's nothing on there
10  that says Amazon.
11    Q.  Okay.  Do you know why there isn't?
12    A.  I have no idea.
13    Q.  Do you know if there is a way to access your
14  records in Amazon to produce a receipt that would
15  include the Amazon information?
16       MR. BRODY:  Object to form.
17    A.  I believe there would be if I put in that order
18  number.
19  BY MR. O'BRIEN:
20    Q.  Do you believe this order number starting in 114
21  is associated with an Amazon purchase?
22    A.  Yes.
23    Q.  And so I understand that if you were to put this
24  order number into your Amazon account, you believe you
25  could pull up some sort of purchase-related page with

19 (Pages 70 - 73)

Page 74

1 the Amazon confirmation information?
2        MR. BRODY: Object to form.
3    A. I believe so.
4 BY MR. O'BRIEN:
5    Q. Do you know why you didn't do that previously?
6        MR. BRODY: Object to form.
7    A. I didn't really notice it I guess, that's why I
8 wrote Amazon. I figured it would come out on the
9 receipt, but it didn't.
10 BY MR. O'BRIEN:
11    Q. Outside of Exhibit 7, do you have any other
12 documents relating to your purchase of SAM-e from
13 Asquared?
14        MR. BRODY: Object to form.
15    A. No.
16 BY MR. O'BRIEN:
17    Q. Okay. Mr. McKeown, just cleaning up a couple
18 items, and I want to make sure I have this right.
19        The first time that you heard from Mr. Brody with
20 regard to this lawsuit was when you received an E-mail
21 from his firm; is that right?
22        MR. BRODY: I'm going to object to form,
23        and, again, caution the witness not to reveal any
24        communications between attorney and client.
25    A. I believe that's when it was.

Page 75

1 BY MR. O'BRIEN:
2    Q. Were you surprised when you received that E-mail?
3        MR. BRODY: Object to form.
4    A. Not really. As in surprised about the product?
5 No, because I had my reservations about the quality of
6 the product anyway, and I think this just brought to my
7 attention that there may be an issue with the product.
8 BY MR. O'BRIEN:
9    Q. And I -- I believe you testified that you didn't
10 write any reviews or comments about this product on
11 Amazon or anywhere else, right?
12    A. Not this product, no.
13    Q. Do you have any idea how Mr. Brody or his law
14 firm found you as a potential plaintiff in this lawsuit?
15        MR. BRODY: Object to form.
16    A. Not really.
17 BY MR. O'BRIEN:
18    Q. Okay.
19    A. I don't remember.
20        MR. O'BRIEN: Okay. Mr. McKeown, I believe
21        that's all I have for you.
22        There are two other attorneys on the line,
23        and I don't know if they have any questions, but
24        I do appreciate your time.
25        THE WITNESS: Thank you.

Page 76

1        CROSS-EXAMINATION
2 BY MR. JOHNSON:
3    Q. Mr. McKeown, my name is Dave Johnson, I represent
4 Vitamins Because and CT Health Solutions. I'm going to
5 be very quick, I just have a couple questions, and I
6 just need to clarify a couple things.
7        I believe you were asked about settlement
8 discussions or settlement offers that had been made in
9 the case, and I just want to make sure I'm clear. Are
10 you aware of any settlement offers that had been made by
11 any defendant in this case to the plaintiffs in this
12 case?
13        MR. BRODY: Object to form.
14    A. No, I'm aware of none.
15 BY MR. JOHNSON:
16    Q. Are you aware of any settlement offers that have
17 been made on behalf of the plaintiffs in this case, that
18 include yourself, to the defendants in this case?
19        MR. BRODY: Object to form.
20    A. No.
21 BY MR. JOHNSON:
22    Q. Are you aware of any settlement offers that would
23 have been made by any of the defendants during the
24 mediation that occurred during in this case?
25        MR. BRODY: Object to form.

Page 77

1    A. I'm not aware, no.
2 BY MR. JOHNSON:
3    Q. I believe you testified that you were generally
4 aware of what mediation is; is that fair?
5    A. A general idea.
6    Q. Are you aware that the court in this case
7 required and ordered the parties to attend the mediation
8 in this case?
9        MR. BRODY: Object to form.
10    A. I don't remember that ever coming up, no.
11 BY MR. JOHNSON:
12    Q. We had a mediation in this case that the court
13 ordered the parties to attend, and that mediation was
14 held on February 22nd of 2021, and we did it by Zoom,
15 the same platform that we're using here.
16        It's my understanding that you did not attend
17 that mediation; is that correct?
18    A. That's correct, I did not.
19    Q. Can you tell me why you didn't attend that?
20        MR. BRODY: Object to form; calls for legal
21        expertise.
22    A. I don't remember being notified.
23 BY MR. JOHNSON:
24    Q. Had you been notified, would you have wanted to
25 attend?

20 (Pages 74 - 77)

Page 78

1       MR. BRODY:  Object to form.
2    A.  I would assume if there was a problem with the
3 product, and -- I just -- I don't recall being asked
4 about a mediation.
5 BY MR. JOHNSON:
6    Q.  Okay.  Would you have liked to have known about
7 any settlement offers that any defendants have made in
8 this case to you individually, or the group of
9 plaintiffs collectively?
10      MR. BRODY:  Object to form.
11   A.  Yes.
12 BY MR. JOHNSON:
13   Q.  Would you have liked to have known about any
14 settlement offers that were made on your behalf by the
15 plaintiffs to any of the defendants in this case to
16 resolve this case?
17      MR. BRODY:  Same objection.
18   A.  I would have liked to have known.
19 BY MR. JOHNSON:
20   Q.  My understanding of your purchase of the product
21 that is subject to the litigation is the one purchase
22 off of Amazon that Mr. O'Brien just asked you about; is
23 that fair?
24   A.  That's correct.
25   Q.  Okay.  I've seen no documentation that you bought

Page 79

1 any SAM-e directly from Vitamins Because.  Is that fair
2 to say that you never bought SAM-e directly from
3 Vitamins Because?
4    A.  I have made no purchase directly -- directly from
5 them.
6    Q.  Okay.  And I also represent CT Health Solutions,
7 so I need to ask you the same thing about CT Health
8 Solutions.
9       I have seen no records that you have ever
10 purchased any SAM-e directly from CT Health Solutions,
11 is because you've made no purchase of SAM-e from CT
12 Health Solutions?
13   A.  That is correct.
14      MR. JOHNSON:  Mr. McKeown, I appreciate your
15 time.  I don't have any other questions for you.
16      MR. OPARIL:  I just have two questions I
17 think, sir.
18      MR. BRODY:  Robert, this is counsel for Gmax
19 as one of the other defendants in the case.
20      MR. OPARIL:  You took the words right out of
21 my mouth.
22          CROSS-EXAMINATION
23 BY MR. OPARIL:
24   Q.  I am counsel for defendant, Gmax which also has a
25 brand name, it uses NusaPure.  Have -- are you -- strike

Page 80

1 that.
2       Do you have any familiarity with either Gmax or
3 NusaPure?
4    A.  Not the second.  Gmax I believe I have seen
5 commercials with their products.
6    Q.  And where have you seen those commercials?
7    A.  I think on TV, or in print or online.
8    Q.  But you don't recall?
9    A.  Gmax sounds familiar, but I don't recall ever
10 having any involvement with their products.
11   Q.  So I take it that you have not purchased any Gmax
12 or NusaPure products from anyone, correct?
13   A.  That's correct.
14   Q.  And do you recall that when you were looking
15 around for a SAM-e product, did you come across Gmax or
16 NusaPure's SAM-e product?
17   A.  I do not remember if I did.  Like I said earlier,
18 I was reviewing several different products based on
19 price and quality, a lot to do with price, because it's
20 an expensive supplement.
21      MR. OPARIL:  I think that's all I have.
22      MR. BRODY:  Thank you, Counsel.  That's
23 it -- I think we can -- you can press the leave
24 button.
25      COURT REPORTER:  Are you ordering this, sir?

Page 81

1       MR. BRODY:  If you can send me an E-mail
2 notification, I'm not sure if we're going to
3 be -- if plaintiffs are going to be ordering it
4 at this time.
5       COURT REPORTER:  I believe this was
6 Mr. O'Brien's deposition.
7       MR. O'BRIEN:  Dave, I think it's technically
8 yours?  Do you want it?  I'm going to order a
9 copy.
10      MR. JOHNSON:  Yeah, we'll order it.
11      COURT REPORTER:  You're getting the
12 original.
13      MR. JOHNSON:  Yes, ma'am.
14      COURT REPORTER:  Mr. O'Brien, you want a
15 copy?
16      MR. OPARIL:  Yes, ma'am.
17      COURT REPORTER:  Mr. Brody, do you want a
18 copy?
19      MR. BRODY:  If you can E-mail me, I'll
20 consider it when it's available.  The witness
21 will reserve rights to read.
22      (The deposition concluded at 1:17 p.m.)
23
24
25

21 (Pages 78 - 81)

**Page 82**

CERTIFICATE OF OATH
(VIDEOCONFERENCE PROCEEDINGS)

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

I, Christine Risher, Shorthand Reporter, Notary Public, State of Florida, do hereby certify that on November 23, 2021, ROBERT McKEOWN (identification verified via driver's license) appeared before me via videoconference and was duly sworn.

WITNESS my hand and official seal this 9th day of December, 2021.

*Christine Risher*

Christine Risher, RPR
Notary Public - State of Florida
Commission No: HH 036778
Commission Expires: December 26, 2024

---

**Page 83**

CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

I, Christine Risher, RPR and Notary Public, do hereby certify that I was authorized to and did stenographically report the foregoing remote videoconference deposition of ROBERT McKEOWN; that a review of the transcript was requested; and that the foregoing Pages 4 through 81, inclusive, are a true and complete record of my stenographic notes.

I further certify that I am not a relative or employee of any of the parties, nor am I a relative or counsel connected with the parties' attorneys or counsel connected with the action, nor am I financially interested in the outcome of the action.

DATED this 9th day of December, 2021.

*Christine Risher*

Christine Risher, RPR
Notary Public - State of Florida

---

**Page 84**

1  Cori Ann Ginsberg, et al  vs  Vitamins Because, et al
   November 23, 2021/Robert McKeown
2  JOB: 4848709
3            E R R A T A  S H E E T
4  PAGE___LINE___CHANGE_____
5  Reason_____
6  PAGE___LINE___CHANGE_____
7  Reason_____
8  PAGE___LINE___CHANGE_____
9  Reason_____
10 PAGE___LINE___CHANGE_____
11 Reason_____
12 PAGE___LINE___CHANGE_____
13 Reason_____
14 PAGE___LINE___CHANGE_____
15 Reason_____
16 PAGE___LINE___CHANGE_____
17 Reason_____
18 _____
19
20
   Under penalties of perjury, I declare that I have read
21 the foregoing document and that the facts stated in it
   are true
22
23 _____     _____
   Witness Name              Date
24
25

---

**Page 85**

1  ROBERT McKEOWN
   mckeown2020@yahoo.com
2
3                    December 9, 2021
   RE:  Cori Ann Ginsberg, et al. vs.
4       Vitamins Because, et al.
       November 23, 2021/Robert McKeown/4848709
5
6  The above-referenced transcript is available for
7  review.
8  Mr. McKeown, you should read the testimony to verify
9  its accuracy.  If there are any changes, you should note
10 those with the reason on the attached Errata Sheet.
11 You should, please, date and sign the Errata Sheet
12 and email to the deposing attorney as well as to
13 Veritext at Transcripts-fl@veritext.com, and copies will
14 be emailed to all ordering parties.
15 It is suggested that the completed errata be returned
16 30 days from receipt of testimony, as considered
17 reasonable under Federal rules*, however, there is no
18 Florida statute to this regard.
19 If the witness fails to do so, the transcript may be
20 used as if signed.
21           Yours,
22           Veritext Legal Solutions
23
24 *Federal Civil Procedure Rule 30(e)/Florida Civil
25 Procedure Rule 1.310(e).

22 (Pages 82 - 85)

| & |
| --- |
| **&**  2:3 5:12 |

| **0** |
| --- |
| **036778**  82:16 |

| **1** |
| --- |
| **1**  3:10 9:16,19 10:3 45:10 |
| **1.310**  85:25 |
| **10**  45:25 |
| **10/23/2020**  45:17 |
| **10/30/2020**  45:14 |
| **100**  17:3 25:7 39:8 |
| **1000**  2:21 |
| **10977**  2:4 |
| **114**  73:20 |
| **11:09**  1:17 |
| **11:10**  37:19 |
| **11:59**  37:20 |
| **12:00**  37:17 |
| **12:10**  37:18 |
| **12:11**  37:20 |
| **12:53**  70:19 |
| **13**  45:23 46:2 61:19 |
| **1402**  14:3,4,14 73:1 |
| **14202**  2:15 |
| **151**  11:16 |
| **16**  18:20 20:2 70:10 71:4 |
| **17**  18:17 |
| **1700**  2:15 |
| **1775**  2:20 |
| **19**  3:20 18:20 72:11 |
| **1990**  14:22 |
| **1:03**  70:19 |
| **1:17**  1:17 81:22 |
| **1:19**  1:3 |

| **2** |
| --- |
| **2**  3:10 44:23 45:1 45:25 57:7 |

| **20**  17:3 19:11 |
| --- |
| **200**  48:21 |
| **20006**  2:21 |
| **2011**  2:8 |
| **2017**  20:18 28:25 30:11 31:9,16 34:13 37:23 46:6 46:18,22 47:1,7,12 48:11 49:22 72:23 |
| **2019**  8:21 9:7 18:9 29:6,7 31:10,16 36:23,23 37:8,10 37:23 38:2 46:18 47:2,8 66:17 |
| **202-677-4030**  2:22 |
| **2021**  1:16 63:8 67:3 70:11 77:14 82:7 82:11 83:16 84:1 85:2,4 |
| **2024**  82:16 |
| **22702**  1:3 |
| **22755**  82:14 83:21 |
| **22nd**  77:14 |
| **23**  1:16 82:7 84:1 85:4 |
| **23rd**  46:6 48:11 49:22 |
| **26**  63:8 82:16 |
| **26th**  68:20 69:21 |
| **27**  14:6 |
| **2:30**  20:1 |

| **3** |
| --- |
| **3**  3:11 62:17,21 66:1 |
| **3/21/1960**  8:12 |
| **30**  49:1 85:16,24 |
| **300**  48:21 |
| **31**  15:3 |
| **32**  15:3 |
| **33606-1756**  2:9 |

| **34.99**  46:8 48:22 |
| --- |
| **34.99.**  33:21 48:24 |
| **3rd**  67:3 70:11 |

| **4** |
| --- |
| **4**  3:13 66:22 67:6 83:9 |
| **40**  49:1 |
| **400**  32:1,12 33:19 48:20 53:9,12 56:7 56:12 |
| **45**  3:11 63:3 |
| **4848709**  84:2 85:4 |

| **5** |
| --- |
| **5**  3:15 68:15,24 71:17 |
| **50**  2:14 17:3 33:21 34:5 |
| **500**  72:22 |

| **6** |
| --- |
| **6**  3:3,17 70:5,14,22 71:1,16,24 |
| **60**  28:22 33:21 34:5 |
| **61**  8:14 |
| **62**  3:13 |
| **67**  3:15 |
| **68**  3:16 |

| **7** |
| --- |
| **7**  3:19 72:6,13 74:11 |
| **70**  3:18 |
| **716-853-5100**  2:16 |
| **747**  2:3 |
| **75**  3:4 |
| **78613**  14:3 |
| **79**  3:4 |

| **8** |
| --- |
| **80**  21:11 |
| **80s**  15:7,7 23:22,22 23:23 |

| **81**  83:9 |
| --- |
| **813-377-2499**  2:10 |
| **82**  3:5 |
| **83**  3:5 |
| **84**  3:6 |
| **845-356-2570**  2:4 |
| **85**  3:6 |

| **9** |
| --- |
| **9**  3:10 45:25 85:2 |
| **90**  33:20 51:12,12 51:22 72:21 |
| **91**  14:22 |
| **9th**  82:10 83:16 |

| **a** |
| --- |
| **a.m.**  1:17 |
| **able**  7:1 8:3 9:17 14:11 36:5 |
| **absolutely**  8:7 |
| **acceptable**  11:13 |
| **access**  36:5 73:13 |
| **account**  73:24 |
| **accountable**  43:21 54:15 |
| **accuracy**  85:9 |
| **accurate**  69:22 |
| **acids**  24:17 |
| **acknowledge**  56:15 |
| **acknowledged**  65:1 67:21 70:4 72:2 |
| **acknowledgment**  67:14 69:7 |
| **acting**  18:7 |
| **action**  3:10 43:9,10 44:24 83:14,15 |
| **active**  22:17 |
| **actual**  8:22 11:17 11:21 22:21 50:2 |
| **addendum**  71:12 |
| **additional**  47:11 |

**address** 14:2,5,7,15
73:2
**adhered** 56:5
**adjustments** 26:21
**administration**
20:19
**administrative** 5:4
**advertise** 21:3
**age** 15:2
**agg.com** 2:22
**ago** 9:12,13 10:6
13:20,21,24,25
14:1 16:8 24:10
29:5 45:8,21
**agree** 56:21
**agreed** 4:2
**agreement** 37:1,6
**ahead** 12:2,15 28:2
28:2 29:15 34:21
**al** 84:1,1 85:3,4
**alcohol** 16:2,4,7,14
**allege** 53:23
**alleges** 46:5 48:12
**alleging** 53:3,17
**allow** 7:7
**amazon** 25:17,18
32:10,19,25 33:10
33:22 46:7 47:25
48:2,22 49:8 52:3
59:7 72:19 73:5,10
73:14,15,21,24
74:1,8 75:11 78:22
**amended** 3:10
11:18,19 44:24
45:20,21
**amendment** 11:15
**america** 25:11
**amino** 24:17
**anderson** 2:8
**ann** 1:4 57:9,11
84:1 85:3

**answer** 7:7,13,23
9:2 11:25 12:15,18
18:2 28:2 29:15
30:10 32:3 34:22
36:20 38:8 54:4
55:23 56:19 61:16
67:17
**answered** 31:4 51:3
54:19
**answering** 31:1
**answers** 7:9 41:24
69:12,15,21
**antioxidant** 28:10
**antonio** 18:24
**anyway** 27:11 75:6
**apart** 16:6
**apologize** 57:4
**appear** 8:2
**appearances** 39:17
**appeared** 82:8
**appearing** 2:2,6,7
2:11,13,17,19,23
**applying** 33:8
**appreciate** 75:24
79:14
**approach** 21:16
**approaching** 28:22
**approximate** 31:9
31:24
**approximately**
9:11 28:24 32:3
36:17 37:5 46:17
51:9
**area** 18:15,23
**arnall** 2:20 5:14
**arrested** 23:16
**arthritis** 31:14
**asked** 7:19 10:12
10:17 23:20 31:2
38:20 43:1 48:13
63:22 69:16 76:7

78:3,22
**asking** 7:15 12:7
56:14 63:19 65:25
66:17
**asks** 64:6
**asquared** 1:10 2:18
3:12,14,16,18 5:17
6:16,17 33:8 41:12
41:20 46:7 48:13
48:17 49:12,18
51:5 53:24 60:18
62:19 66:24 67:24
68:17 70:9 72:22
74:13
**assigned** 40:8
**associated** 73:21
**assume** 67:15 78:2
**assuming** 13:18
49:23
**attached** 85:10
**attachments** 39:10
45:8 65:6
**attend** 77:7,13,16
77:19,25
**attention** 50:3
61:18 64:5 75:7
**attorney** 6:14 7:5,7
9:1 11:25 13:4,9
24:7 29:21 34:21
64:3 65:17,20
66:10 74:24 85:12
**attorney's** 24:9
**attorneys** 5:9 9:4
34:17 35:2 53:19
64:8,10,16,22 72:9
75:22 83:13
**august** 63:8 68:20
69:21
**austin** 18:15,23
**authorized** 83:5

**available** 81:20
85:6
**avenue** 2:20
**avenues** 35:13
**aware** 24:11 30:5
76:10,14,16,22
77:1,4,6

**b**

**b** 1:10 14:12,13
25:3 60:19
**back** 11:11 12:6
15:7 20:23 22:10
23:22 24:22 34:3
37:17 57:7 66:17
67:15 69:3,6
**backwards** 23:20
**bad** 25:22
**bank** 34:12
**bankruptcy** 23:21
24:1,5
**banks** 34:14
**barbara** 63:9 67:5
70:12
**based** 7:19,23
19:12 49:8 53:18
56:10 80:18
**basic** 15:6,8,18,18
**basically** 11:16
17:8 18:21 19:2,14
19:23,24 20:12,17
20:22 27:10
**basis** 42:8,8 53:16
53:23
**bate** 72:11
**bates** 3:19
**bay** 21:17
**becoming** 20:24
33:18
**began** 38:2
**beginning** 8:21
21:15

| | | | c |
|---|---|---|---|

**begins** 61:19,20
**behalf** 1:6 2:6,11
2:17,23 21:3 67:12
76:17 78:14
**believe** 11:16,20
22:20 23:22 24:8
30:11 31:4 32:1,13
32:16 33:9 34:12
34:23 35:14 36:8
37:3,11 44:14
46:13,16,20,24
48:3,19 53:5,10,15
54:10,12 59:13
63:11 65:3 66:20
71:13 72:1,2 73:9
73:17,20,24 74:3
74:25 75:9,20 76:7
77:3 80:4 81:5
**benefit** 27:7,25
**benefits** 28:7,13
32:16 51:23
**best** 7:19 11:10
25:22,25 47:15
**better** 47:10
**bigger** 9:23
**biggest** 19:20
**bill** 1:5 58:5
**binary** 15:8,17
**birth** 8:11
**bit** 12:4 20:7 24:18
40:14 44:17 54:25
65:25
**blister** 33:16 34:5
47:23 55:7
**blistered** 49:2
**blue** 45:11
**bodily** 24:24
**body** 26:20,25 27:9
27:11
**body's** 28:10

**boostceuticals** 1:10
60:20
**bottle** 30:19 46:6
47:3 50:2,5,14,20
50:23 51:4,10,14
51:17 55:8 56:16
56:16,22
**bottles** 55:19 56:4
**bottom** 62:24 63:5
67:1 68:19 70:11
**bought** 47:25 78:25
79:2
**brand** 26:6,8 55:16
55:17 56:12 59:6,7
79:25
**brands** 1:10 2:18
3:12,14,16,18 5:18
6:16 26:1 27:6
30:20 31:12 32:4,7
33:10,24 41:12,20
49:12,18 62:19
66:24 68:17 70:9
72:22
**break** 8:6,9 37:14
37:20 70:19
**bring** 17:6 22:10
30:4 63:6 67:1
**bringing** 38:3,13
43:14 52:21
**broad** 18:18
**broader** 65:25
**broadly** 17:5
**brody** 2:2 5:11,11
7:5 8:8 9:3 11:23
12:14,18 13:9,12
13:19 26:9,16
27:18 28:1,14,19
29:12,18,21 30:1
32:21 34:1,11,19
35:4,19 36:2,13,19
37:2,13 38:4,14,24

39:7,18,24 40:5,10
40:16,21 41:2,8,13
42:3,9,15,23 43:3
43:11,19 44:1,7,13
44:19 46:12,23
47:4 48:7,18 49:13
49:19 50:4,16,24
51:6,11,19,25 52:5
52:11,16,23 53:4
53:20 54:1,8,14,22
55:22 56:18,25
57:16,23 58:6,14
58:23 59:5,11 60:4
60:10,15,22 61:2,8
61:14 62:5,11,23
63:14,24 64:11,17
64:23 65:18 66:12
66:19 67:8,13 68:3
68:10 69:17,23
70:16 71:10,19
73:16 74:2,6,14,19
74:22 75:3,13,15
76:13,19,25 77:9
77:20 78:1,10,17
79:18 80:22 81:1
81:17,19
**brody's** 29:24 36:1
36:7,11,18 37:1
38:1,12,22
**brought** 6:16 75:6
**buffalo** 2:15
**building** 18:25,25
**business** 16:16 21:2
**businesses** 19:24
20:7
**button** 80:24
**buy** 27:9 30:19
48:16

**c** 2:1 3:1 5:1
**cabinet** 65:10
**calcium** 50:8
**called** 26:24 69:11
**calls** 12:14 28:1
39:18 42:3,9 43:11
43:19 44:1,7 52:23
54:8 55:22 56:18
56:25 59:11 60:4
64:17 68:3,10
71:10,19 77:20
**caplet** 50:11
**capsule** 32:1 33:16
50:12 56:7
**capsules** 33:20 49:1
50:6 51:10 72:21
**caption** 59:24
**card** 34:7,7,8,9,12
**careful** 17:21
**case** 1:3 9:4 13:3,7
13:16 26:23 36:15
37:1 39:9 40:9 76:9
76:11,12,17,18,24
77:6,8,12 78:8,15
78:16 79:19
**cases** 35:14
**catch** 38:8 47:16
**catering** 16:17
**caught** 50:3
**caution** 34:20
65:19 74:23
**cedar** 14:3
**cell** 7:21
**central** 1:9 2:24
60:13
**certainly** 18:1
**certificate** 3:5,5
63:9 67:3 68:21
70:12 82:1 83:1

**certificates** 15:21
**certification** 15:13
  15:15,16,24
**certifications** 16:19
**certify** 82:6 83:5,11
**chance** 32:10
**change** 15:23 19:10
  27:6 84:4,6,8,10,12
  84:14,16
**changed** 26:1 34:14
**changes** 85:9
**changing** 31:12
**chemical** 27:8,12
**chestnut** 2:3
**children** 14:23,25
**china** 20:17,19,21
  21:7,14
**chinese** 22:7
**christine** 1:21 82:5
  82:15 83:4,22
**circumstances** 26:7
**civil** 85:24,24
**claim** 41:19 43:14
  43:22 52:21
**claims** 41:1,6,12
  42:1
**clarify** 76:6
**class** 3:10 43:9,10
  43:17,24,25 44:6
  44:11,14,17,24
**classified** 15:15
  42:8
**clean** 7:1,8
**cleaning** 74:17
**clear** 76:9
**cleveland** 2:8
**clicked** 21:21
**client** 34:21 41:12
  41:20 65:20 74:24
**client's** 67:25

**close** 16:6 23:3
**closing** 23:1
**coast** 19:13
**coated** 30:18 33:15
  50:7,12 55:14
**cognition** 27:14
**collectively** 78:9
**combination** 25:17
**come** 37:17 48:16
  74:8 80:15
**comes** 27:11
**comfortable** 27:5
**coming** 20:21 25:10
  77:10
**comments** 52:3,9
  75:10
**commercial** 22:25
**commercials** 80:5,6
**commission** 21:22
  82:16,16
**communicated**
  29:20
**communication**
  36:11 66:17
**communications**
  8:25 11:24 12:1
  34:21 35:1 65:20
  74:24
**companies** 21:13
  21:20 33:15 47:20
  55:6 59:25
**company** 1:11
  12:23 19:17 20:10
  20:14 21:3,13 22:2
  22:7 32:24 49:12
  61:12
**comparatively**
  33:22
**compared** 55:16
**comparing** 56:11

**complaint** 3:11 9:6
  11:19 12:11,13,20
  40:13 43:9,10
  44:25 46:5 48:12
**complaints** 26:13
**complete** 29:19
  83:10
**completed** 85:15
**completely** 31:17
**compound** 30:17
  33:14,14 38:17
  55:2,5,18
**computer** 65:11,12
  66:3
**concerning** 59:13
**concluded** 81:22
**conclusion** 48:16
**confidence** 38:15
**confidentiality**
  11:15
**confirm** 48:5 56:22
**confirmation** 74:1
**connected** 83:13,14
**consider** 38:2
  81:20
**considered** 85:16
**consumable** 21:6
**consume** 29:10
**consumption** 47:3
**contacted** 30:5
**contents** 65:13
**context** 42:13
**continue** 62:4
**contract** 17:2,12
**contracting** 19:25
**contractor** 17:14
  18:8 23:6
**controllable** 20:11
**conversation** 13:23
  13:25

**conversations** 13:8
**convicted** 23:18
**copies** 85:13
**copy** 36:6 38:21
  71:13,14 72:2 81:9
  81:15,18
**cori** 1:4 57:9,11
  84:1 85:3
**corporate** 19:12,16
  19:17,19 20:25
**correct** 6:10 31:11
  33:11 38:3,6,10
  46:19,24 53:21
  54:23 57:2 61:17
  62:3 77:17,18
  78:24 79:13 80:12
  80:13
**correctly** 6:9
**cost** 32:11 33:13,18
  33:22 48:23 49:7,9
**council** 11:23
**counsel** 4:4 5:15,17
  8:20 11:2,8 37:13
  42:11 44:9 52:25
  55:24 56:2 63:4
  65:15 69:7 79:18
  79:24 80:22 83:13
  83:13
**counterintuitive**
  12:5
**county** 82:3 83:3
**couple** 6:20 9:13
  11:4 13:20,21,24
  15:5 16:8 19:23
  21:1 29:4,4 45:7,21
  47:9,11,14 74:17
  76:5,6
**courier** 17:11
**couriering** 20:24
  20:24

course  13:7
courses  15:12
  20:23
court  1:1,21 5:3,4,5
  5:22 7:11 17:21
  24:2 39:16,23 77:6
  77:12 80:25 81:5
  81:11,14,17
covered  60:18
covers  45:25
crack  50:10
created  36:14
credentials  50:19
credibility  20:20
credit  34:7
crime  23:18
cross  3:4,4 76:1
  79:22
ct  1:9,19 2:12 5:19
  60:8 76:4 79:6,7,10
  79:11
current  5:3 14:2
  16:7,7
currently  6:23 8:15
  14:19 16:17,23,25
  21:16 24:14,16
  25:6 26:21 29:1
customer  26:13
customers  25:23
cv  1:3
cvs  25:19

**d**

d  1:10 5:1 22:5,5,5
  60:19
daboll  2:8
daddy  22:11
daddyfrog.com
  22:5
daily  31:21,23,25
date  1:16 8:11,23
  9:14 47:8,12 84:23

85:11
dated  63:8 67:2
  68:20 70:11 83:16
dates  10:7
daughter  15:1
daughter's  15:2
dave  5:19 76:3 81:7
david  2:7
day  16:18 20:2 49:3
  51:12,22 69:4
  82:10 83:16
days  13:20,21,24
  45:8,21 51:12
  85:16
dc  2:21
debit  34:7,8
deborah  14:11
december  46:6,21
  47:1,7,12 48:11
  49:22 72:23 82:11
  82:16 83:16 85:2
decide  26:15 30:4
decided  36:15
deciding  48:14
decision  26:8
declare  84:20
defendant  2:17
  3:11,14,15,18 5:15
  5:17 6:15 23:14
  40:19,20 59:9 60:3
  60:9,14,19,21 61:1
  61:1,6,13 62:18
  66:24 68:17 70:8
  76:11 79:24
defendant's  3:8
  9:19 45:1 62:21
  67:6 68:24 70:14
  72:13
defendants  1:12,19
  2:11,23 41:1,7 42:2
  53:3 59:25 63:21

76:18,23 78:7,15
  79:19
define  27:12
degree  15:9
degrees  15:10,11
delivered  17:6
deliveries  17:2,3,17
  19:15
delivery  17:1,10
  19:6,8,18
demand  41:11,19
  41:22,23
demonstrated  55:1
depends  25:19
deponent  4:6
deposed  8:19 23:11
deposing  85:12
deposition  1:15
  3:10 6:17,24 7:4,17
  8:2,22 9:9,16 10:10
  13:5,10 43:5,7
  44:23 62:17 68:16
  70:6 72:7,24 81:6
  81:22 83:7
depositions  10:13
  10:17 11:1
describe  18:18
  52:21
described  10:23
description  3:9
detail  13:23
details  13:15
difference  12:20,22
  31:7
different  20:19
  23:1 30:20 32:3
  35:13,14 43:25
  55:19,20 56:13,23
  59:7 80:18
differently  47:23
  49:2

difficult  46:3 55:2
  55:18
diligence  48:14
diploma  15:11
direct  3:3 6:6 21:13
  45:23 61:18 64:5
directly  79:1,2,4,4
  79:10
disclosures  72:9
discrepancy  53:5,8
  53:18 56:16
discussed  13:15
discussions  76:8
district  1:1,1
division  1:2
divorced  14:21
djohnson  2:10
docket  45:14
document  3:19
  7:21 8:2,4 9:17
  10:1,2,5,21 11:12
  11:17,18,21 39:4
  44:24,25 45:6,13
  45:16,19 62:18,20
  62:24 63:3,8,13
  64:15 66:23 67:2
  67:14,20,21,24
  68:16,20,23 69:8
  69:11,16,20 70:2,7
  70:10,11,13,23,24
  71:3,6,9,13,14,24
  72:3,7,8,10,12,15
  72:17 84:21
documentation
  10:24 33:8 39:10
  53:13,19 65:4 70:3
  78:25
documentations
  53:10
documents  3:13,15
  8:1 10:8,11,13,14

11:5,5,11 13:1,2,3
13:6,16 39:2,5
62:15,20 63:18,19
63:23 64:2,15,21
65:16 66:4,9,25
67:11,25 68:2,8,23
69:2 72:4 74:12
**dog** 24:21
**doing** 7:10 22:23
64:9 68:7
**dollar** 1:11 61:11
**dosage** 31:24
**dose** 32:12,15,17
33:19
**doses** 32:13,14
**dot** 19:1
**driver** 17:10
**driver's** 15:20 82:8
**drivers** 18:21 19:1
**dropped** 31:16
**drug** 27:8
**due** 5:3
**duly** 6:3 82:9

**e**

**e** 2:1,1 3:1 5:1,1
11:20 12:6 13:4
14:12,13 21:17,17
26:23 27:1,2,12,16
27:21,24 28:7,13
28:17,24 29:1,3,11
30:11,15,17,20
31:3,9,19 32:4,10
32:24 35:1,2,3,9,11
35:13,14,18,25
36:6,18 37:23 38:1
38:11 45:8 46:6,17
46:21 47:2,3,12
48:17 49:17 50:2
50:15 51:4,24
53:24 55:1,18,20
56:7,22 59:13 62:4

62:6 65:6,8 66:16
72:18,22 74:12,20
75:2 79:1,2,10,11
80:15,16 81:1,19
84:3,3,3 85:24,25
**earlier** 15:21 40:25
46:11,16 48:20
65:3 72:23 80:17
**early** 15:7 19:10,23
**easier** 18:5
**east** 19:13
**eat** 17:7
**edge** 50:9,11
**education** 15:4
**educational** 15:10
**effects** 26:19
**either** 22:11,14
80:2
**electronic** 15:12
65:14 66:4 71:8
**electronics** 15:6
21:4,5,10,11
**email** 85:12
**emailed** 85:14
**employed** 16:23,25
17:10
**employee** 83:12
**employer** 16:13
**employment** 16:13
18:10
**ended** 32:6
**ends** 23:8
**engaged** 36:12
**engagement** 36:25
38:22 64:6,9
**ensure** 69:21
**entered** 37:5 45:14
**enteric** 30:18 50:7
55:14
**entire** 51:4

**entirely** 47:3
**entity** 60:20 61:12
**enzymes** 24:17
**equipment** 21:5,9
**eric** 1:5 58:22
**errata** 3:6 85:10,11
85:15
**esquire** 2:2,7,19
**estate** 23:1
**et** 84:1,1 85:3,4
**eventually** 42:20
**exact** 9:12,14 32:2
35:24
**exactly** 10:23 37:15
**examination** 3:3,4
3:4 6:6 76:1 79:22
**examined** 6:4
**excuse** 53:17 58:13
**exercise** 21:5,9
**exhibit** 3:10,10,11
3:13,15,17,19 9:16
9:19 10:3 44:23
45:1,25 57:7 62:17
62:21 66:1,22 67:6
68:15,24 70:5,14
70:22 71:1,16,17
71:24 72:6,13
74:11
**exhibits** 3:8
**expect** 11:3
**expensive** 27:2,9
30:21 47:24 55:17
56:12 80:20
**experience** 51:22
**expert** 28:2 55:22
56:18
**expertise** 12:15
39:19 42:4,10
43:20 44:2,8 52:24
54:9 57:1 59:12
60:5 64:18 68:4,11

71:11,20 77:21
**expired** 16:8
**expires** 82:16
**explain** 10:17
**express** 17:1,2,16
19:12,16,17,19
20:25 23:7,8
**expressly** 4:5
**extend** 33:17
**extent** 11:25 12:16
12:18
**ezcater** 17:2,17

**f**

**f** 2:9
**facebook** 21:19,19
22:1,20,22,23
**fact** 5:7 48:6 55:21
**facts** 84:21
**fails** 85:19
**fair** 77:4 78:23 79:1
**falcon** 17:1,2,16
18:8 23:7,8
**familiar** 27:16 69:3
72:12 80:9
**familiarity** 80:2
**far** 7:10 39:9 50:25
55:15 67:19
**february** 77:14
**federal** 24:2 39:23
85:17,24
**feel** 27:5
**fields** 15:23
**figure** 31:12
**figured** 15:22 74:8
**file** 39:13 63:11
65:10
**filed** 23:21 24:1,4
39:10,22
**filing** 9:6
**filled** 66:4

[final - higher]                                                              Page 92

**final** 46:21,24 47:5
**finalized** 71:14
**financially** 83:14
**find** 8:18 25:21
    26:3 27:7 30:16
    34:17 47:15
**fine** 37:16
**finish** 8:7 18:3
**finished** 36:21
    51:15
**finishes** 17:22
**firm** 5:11 6:14,15
    29:17,25 35:20
    36:1,7,11,18 37:1
    38:2,12,22 74:21
    75:14
**firms** 29:23
**first** 3:16,18 6:3,22
    9:16 33:24 45:5
    68:18,22 70:9,22
    72:21 74:19
**fishon** 1:5 58:22
    59:1
**five** 18:21 64:6
**fl** 2:9 85:13
**fleet** 18:20
**florida** 1:1 5:3 82:2
    82:6,15 83:2,23
    85:18,24
**flsd** 45:14
**folder** 36:8,10,14
    39:2,6 64:15,21
    65:4,8,8,9,10,14,16
    66:4,9,20
**following** 26:12
**follows** 6:5
**font** 9:23
**food** 15:25 16:3,8
    16:15,17,18 17:11
    21:5 27:11

**foregoing** 83:6,9
    84:21
**forget** 65:24
**forgot** 8:24
**form** 12:14 18:10
    26:9,16 27:18 28:1
    29:12 30:1,17
    32:21 33:1 34:1,11
    34:19 35:4,19 36:2
    36:13 37:2 38:4,14
    38:24 39:7,18,24
    41:13 43:11 46:12
    48:7,18 49:13,19
    50:4,16,24 51:6,11
    51:19,25 52:5,16
    52:23 53:20 54:8
    55:22 57:16,23
    62:5,12 63:14,24
    64:11,17,23,24
    65:18 66:3,5,19
    67:8,13 68:3,10
    69:17,23 71:10,19
    73:16 74:2,6,14,22
    75:3,15 76:13,19
    76:25 77:9,20 78:1
    78:10
**formal** 15:5,10
**formerly** 36:12
**forms** 65:21,24
**forward** 29:11 62:4
**found** 25:18 49:7
    64:14 75:14
**fountain** 2:14
**frog** 22:11
**frog.com.** 22:5
**front** 33:3 70:22
**further** 83:11

**g**

**g** 5:1
**general** 9:24 12:21
    21:4 77:5

**generally** 25:19
    48:15 77:3
**getting** 17:23 20:1
    21:7 48:24 56:6
    81:11
**ginsberg** 1:4 57:9
    57:11 84:1 85:3
**give** 6:23 7:12
    32:15 39:4 64:22
**given** 65:16
**giving** 7:6
**glutathione** 28:10
**gmax** 1:9 2:24 5:15
    60:13 79:18,24
    80:2,4,9,11,15
**go** 6:20 11:11 12:2
    12:15 16:21 24:21
    25:15,18 26:17
    28:2,2 29:15 34:2
    34:21 62:14 68:15
    70:10,17
**god** 5:24
**godaddy** 22:17
**going** 6:16 7:4,18
    7:20,20,22 8:18 9:8
    9:24 12:1 15:23
    17:7 18:1 20:23
    28:17 30:14 31:13
    32:10 37:14 40:13
    45:23 48:10,16
    61:18 62:14 64:5
    71:2 74:22 76:4
    81:2,3,8
**golden** 2:20 5:14
**goldhamer** 2:3 5:12
**good** 7:10 10:19
**goods** 21:9
**graifman** 2:3 5:12
**gregory** 2:20 5:15
**group** 43:15 59:24
    78:8

**guess** 8:20 9:13
    10:6 13:20 17:11
    18:22 20:16 31:21
    35:20 67:20 74:7
**guides** 27:4

**h**

**h** 84:3
**halo** 57:5
**hand** 82:10
**handle** 16:17
**handling** 15:25
    16:3,8,15
**handwriting** 73:5,6
**handy** 16:1
**happen** 24:9 47:19
**hard** 30:17 38:16
**hate** 24:22
**head** 7:11
**header** 11:22
**health** 1:9,19 2:12
    5:20 28:11,11,11
    28:12 60:8 76:4
    79:6,7,10,12
**healthy** 1:10 24:25
    27:15 60:25
**hear** 6:11
**heard** 22:8 57:8,14
    57:22 58:4,12,21
    74:19
**held** 77:14
**help** 5:24 7:8 24:24
    28:17 33:25 66:2
**helping** 22:25
**herbal** 24:19
**hereto** 4:3
**hh** 82:16
**high** 15:5,9 33:21
    38:18 39:5
**higher** 32:12,12,15
    32:17 33:12,19
    48:19 49:4

[highest - language]                                                     Page 93

**highest** 15:4
**highlight** 61:20
**hillsborough** 82:3
  83:3
**history** 34:9
**hit** 20:20
**holding** 43:21
**homes** 20:10
**hood** 1:5 58:13,17
**hoping** 28:17 51:23
**hour** 20:2
**household** 21:9,11
**hypothetical** 55:23
**hypothetically** 34:9

**i**

**idea** 11:3 24:10
  56:3 73:12 75:13
  77:5
**ideas** 20:19 21:6
**identification** 9:20
  45:2 62:22 67:7
  68:25 70:15 72:14
  82:7
**identified** 53:11
**identify** 33:25
**illumination** 20:9
  22:4,11
**imagine** 20:4 55:19
**import** 20:12 21:2
  22:2,9
**important** 54:6,12
**improper** 55:23
**improvement**
  28:12
**include** 66:16
  70:25 73:15 76:18
**included** 70:25
**includes** 36:10
**including** 62:24
**inclusive** 83:9

**income** 20:22 23:5
**increasing** 28:10
**independent** 17:14
  18:7 23:6 26:18
**indicated** 53:11,25
**indications** 50:18
**indirect** 20:11
**individual** 33:16
  42:8 57:8,14 58:4
**individually** 55:11
  78:8
**inflammation**
  24:24
**information** 35:7
  35:16 69:13 73:15
  74:1
**ingredients** 25:12
  26:3 53:18,25
  55:20 56:23
**initial** 36:6,18 72:9
**input** 69:15
**inspire** 1:9 60:19
**installing** 20:10
**instruction** 6:22
  7:9 8:24
**instructions** 6:20
**integrity** 33:14
**intend** 62:3,6
**intends** 61:25
**interactions** 9:1
**interest** 38:12 42:1
**interested** 83:15
**internet** 52:9
**interpretation**
  43:12
**interrogatories**
  3:16,18 68:18
  69:12 70:9
**involved** 20:25
  43:14 69:4

**involvement** 80:10
**iso** 50:18
**issue** 32:19 35:5,9
  75:7
**item** 25:8,10
**items** 26:17 49:23
  53:15 74:18

**j**

**j** 2:19
**jay** 2:2 5:11 8:20
  11:8 53:15
**jay's** 35:20
**jbrody** 2:5
**jdalegal.com** 2:10
**job** 7:10 15:24 84:2
**jogging** 24:21
**johnson** 2:7,8 3:4
  5:19,19 76:2,3,15
  76:21 77:2,11,23
  78:5,12,19 79:14
  81:10,13
**joint** 28:11,20,20
  31:13,14
**joints** 24:24
**jolly** 1:11 61:11
**judge** 40:8
**judgments** 24:11
**jump** 18:3

**k**

**kantrowitz** 2:3
  5:12
**kaylyn** 1:5 57:22
  58:1
**keep** 6:24 7:1,8,9
  30:17,19 38:16
  55:2,5,18
**kgglaw.com** 2:5
**khakiware** 1:11
  61:5,6

**kind** 11:2 27:4 69:5
**kmw** 1:3
**knew** 10:23 35:5
**know** 7:15 8:8 9:25
  10:20 11:13 12:4
  12:11,16,19 15:23
  18:2 19:7 20:11
  23:2 24:22,24
  25:23 26:20,23
  27:7,10 28:13,15
  29:17,19,23 30:18
  32:2,9 33:12 34:3,4
  34:14 35:9,14
  36:14 37:14 39:16
  39:22 40:1,3,6,8,10
  40:19,24 41:3,5,9
  41:11,16,18,24
  42:13,21,24 43:4
  43:24 44:3,5,9,11
  44:17,20 46:2
  47:14,22 48:13
  50:11,18 54:25
  56:3,9 59:4,9,19,22
  60:2,6,9,13,20,25
  61:5,12,23 67:5,11
  67:17,19,19 68:1
  71:9,16,21 73:11
  73:13 74:5 75:23
**knowing** 38:16
  56:4
**knowledge** 7:23
  69:13
**known** 78:6,13,18

**l**

**l** 4:1 14:12,13 27:14
**label** 33:3,4 50:22
  53:25 54:16 56:24
**labeled** 43:9 44:24
  54:16 66:23 70:7
**language** 15:19

800-726-7007                                                             305-376-8800

**larger** 17:3
**lasted** 47:7
**late** 23:22
**law** 5:11 6:14 29:17
  29:23,24 35:20
  36:1,7,11 37:1 38:1
  38:12,22 75:13
**lawsuit** 6:15 13:13
  13:19 23:10 29:21
  29:24 30:4 32:20
  34:18 35:10 36:1
  38:3,13 39:3,14,17
  39:22 40:4,15 42:2
  42:14,22 43:2,10
  44:12,14,18 52:22
  53:3 57:12,20 58:2
  58:10,18 59:2,10
  60:3,9,14,21 61:1,7
  61:13 62:9 63:20
  64:8 65:5 66:5,10
  66:18 69:14 72:10
  74:20 75:14
**learn** 9:8
**leave** 52:3 80:23
**led** 20:10
**left** 52:19 61:5
**legal** 12:14 39:19
  42:3,9 43:12,19
  44:1,7 52:23 54:8
  56:25 59:11 60:4
  64:17 68:3,10
  71:10,19 77:20
  85:22
**lesser** 53:12 55:4
  55:15
**letter** 3:6 36:25
  38:22 64:10
**letters** 64:7
**level** 15:4 18:18
  39:5

**levels** 55:20
**license** 15:20 16:2,7
  16:14 82:8
**licenses** 15:21
  16:20
**life** 18:4 33:17
**lighting** 20:9,10,11
  20:11
**liked** 78:6,13,18
**limited** 60:19
**line** 47:17 75:22
  84:4,6,8,10,12,14
  84:16
**lines** 15:14
**link** 22:16,17,21
**lippes** 2:14 5:16
  6:14
**lippes.com** 2:16
**list** 21:24 39:3
  63:10 67:4 68:21
  70:13
**listed** 59:25 60:3,9
  60:14,20 61:1,6,12
**litigation** 23:12,14
  65:15 78:21
**little** 20:7 24:18
  40:13 44:16 50:10
  50:10 54:25 65:25
**live** 14:14
**lived** 14:4
**liver** 24:19 28:11
**lives** 65:10,12
**llc** 1:9,9,10,10,11
  2:18,24 5:18 6:16
  17:19 41:12 59:4
  60:3,8,13,25
**llc's** 3:12,16,18
  62:19 68:18 70:9
**llp** 2:20 5:15,17
**local** 16:13 34:3
  48:3

**locally** 21:14
**location** 19:2,3
**long** 14:4,8 18:7,16
  24:10 31:2 37:15
  51:9 63:3
**look** 7:21,21 25:8
  25:20 26:17 33:3
  33:19 63:5 69:5
**looked** 12:6 22:14
**looking** 11:14,20
  12:8 26:7,13,14,19
  35:25 49:4 70:23
  70:24 80:14
**looks** 57:5 69:3
**loose** 55:9
**losing** 38:15
**lost** 30:23
**lot** 13:23,23 16:17
  18:1,5 21:4,10 25:8
  26:18 27:11 33:15
  35:12,12 80:19
**lower** 32:11,14
  33:22 55:10
**loyal** 26:6

**m**

**m** 2:13
**ma'am** 81:13,16
**machine** 15:19
**mail** 11:20 12:6
  13:4 35:1,2,3,11,13
  35:14,18,25 36:6
  36:18 38:1,11 45:8
  65:6,8 66:16 74:20
  75:2 81:1,19
**maintaining** 20:20
  33:13
**making** 49:11,16
**malgeri** 1:4 57:15
  57:19
**management** 18:23
  19:10 20:3

**manager** 19:2
**manager's** 18:24
**manila** 65:9
**manufactured** 56:8
**manufacturer**
  49:17 59:20
**manufacturing**
  10:20 50:17,19
  56:5
**marked** 9:16,19
  44:23 45:1 62:17
  62:21 67:6 68:15
  68:24 70:5,14 72:6
  72:13
**market** 20:13
**marketing** 20:14
**marriage** 23:23
**married** 14:17,19
**mathias** 2:14 5:17
  6:14
**mckeown** 1:6,15
  3:2,16,19 5:8 6:2,8
  6:10 8:11 9:15 12:4
  14:2 18:2 29:15
  36:5 37:22 38:8
  41:19 44:22 46:1
  47:16 52:20 54:4
  56:1 57:7 61:16,21
  61:25 62:1,8,14,16
  63:3 64:5 66:22,25
  68:18,22 72:12
  74:17 75:20 76:3
  79:14 82:7 83:7
  84:1 85:1,4,8
**mckeown2020** 85:1
**mean** 10:18 12:13
  19:7 31:21 34:25
  41:17 43:10,17
  53:8 56:1,8 59:16
  59:18

mediation  42:13,21
  43:2,4 76:24 77:4,7
  77:12,13,17 78:4
medical  27:8
medication  8:15
medications  24:23
meetings  19:2
member  43:25
mental  28:11
mention  8:24
mentioned  11:4,18
  39:2 54:25
merchandise  21:4
miami  1:2
mid  15:7
middle  45:13 72:21
  73:4
midnight  20:9 22:4
  22:11
milk  24:19 25:1
milligrams  32:1,13
  33:20 48:19,21
  53:9,12 56:7,12
  72:22
mineral  25:4
minerals  24:17
minutes  37:17
misstates  36:2,19
  38:4
mistakes  56:6
moisture  55:6
molecule  30:17
monthly  31:22
months  10:6 13:25
  14:1 16:1,6,8
morning  11:14
  13:14 20:1 24:21
  31:23
mouse  61:20
mouth  79:21

move  37:22
moved  19:20
moving  29:11 62:4
  66:22 68:15 70:5
  72:6
mulberry  14:3,4,14
  73:2
multi  25:3
multiple  25:3

**n**

n  2:1 3:1,1 4:1 5:1
name  5:9 6:8,13
  14:10 17:18,20
  19:20 22:3,6 24:9
  29:17,19 35:23,24
  47:22 57:8,14,22
  58:4,12,13,21
  67:20 76:3 79:25
  84:23
named  40:14,24
  59:9 63:9
names  32:7
natural  18:3
need  8:6 9:25 11:10
  17:21 22:22 27:12
  28:21 35:24 39:3
  76:6 79:7
needed  16:16 20:22
  64:25
needs  55:5
negotiations  41:6
never  79:2
new  2:4,4,15 20:18
  30:13
newegg  22:9
newfrog  22:7
noah  1:4 57:15,19
nod  7:12
noise  20:21
nope  23:19

north  2:20
notary  1:21 82:5,15
  83:4,23
note  73:8 85:9
notes  10:14 83:10
notice  3:10 31:6
  50:1 55:15 74:7
noticed  30:7
noticing  55:10
notification  81:2
notified  77:22,24
november  1:16
  18:9 67:3 70:11
  82:7 84:1 85:4
number  3:9 30:21
  55:9 64:6 73:18,20
  73:24
nusapure  2:24
  79:25 80:3,12
nusapure's  80:16

**o**

o  3:1 4:1 5:1
o'brien  2:13 3:3
  5:16,16 6:7,13 9:22
  12:3,25 17:25
  26:11 27:20 28:6
  28:16,23 29:14
  30:3 32:23 33:5
  34:16,24 35:8,21
  36:4,16,24 37:4,16
  37:21 38:7,19 39:1
  39:12,21 40:2,7,12
  40:18,23 41:4,10
  41:15 42:6,12,17
  42:25 43:6,16,23
  44:4,10,15,21 45:4
  46:15,25 47:6 48:9
  49:10,15,21 50:13
  50:21 51:2,8,13,21
  52:2,7,13,18 53:1,7
  53:22 54:3,11,18

54:24 55:25 56:20
  57:3,18,25 58:8,16
  58:20,25 59:8,15
  60:7,12,17,24 61:4
  61:10,15 62:7,13
  63:1,2,16 64:1,13
  64:20 65:2,23
  66:15,21 67:10,16
  68:6,13 69:9,19,25
  70:17,20 71:15,22
  72:16 73:19 74:4
  74:10,16 75:1,8,17
  75:20 78:22 81:7
  81:14
o'brien's  81:6
oath  3:5 82:1
object  7:7 12:14
  26:9,16 27:18 28:1
  29:12 30:1 32:21
  33:1 34:1,11,19
  35:4,19 36:2,13
  37:2 38:4,14,24
  39:18,24 41:13
  43:11 46:12 48:7
  48:18 49:13,19
  50:4,16,24 51:6,11
  51:19,25 52:5,16
  52:23 53:20 54:8
  55:22 57:16,23
  62:5 63:14,24
  64:11,17,23 65:18
  66:19 67:8,13 68:3
  68:10 69:17,23
  71:10,19 73:16
  74:2,6,14,22 75:3
  75:15 76:13,19,25
  77:9,20 78:1,10
objected  62:11
objection  28:14,19
  36:19,21 39:25
  40:5,10,16,21 41:2

41:8 42:3,9,15,23
43:3,19 44:1,7,13
44:19 46:23 47:4
52:11 53:4 54:1,14
54:22 56:18,25
58:6,14,23 59:5,11
60:4,10,15,22 61:2
61:8,14 66:12,13
78:17
**objections** 3:17
42:20 70:8
**objective** 56:21
**objects** 7:6
**obviously** 7:17
26:13 48:12 67:23
**occurred** 76:24
**odds** 23:8
**offers** 76:8,10,16
76:22 78:7,14
**office** 2:10 18:24
19:12,19
**official** 82:10
**oh** 14:22 65:9
**okay** 6:11,13,17
7:15 8:5 9:4,5 10:9
11:4 12:11 13:8
14:2,14 17:15,24
18:13 21:1,8 22:19
28:4,9 29:20 30:24
33:6 34:17 35:22
35:24 36:10,17,22
39:13 40:3,24 41:5
42:7,18 43:1 44:11
46:4,5,14 48:5,10
49:22 50:1 52:8,14
53:13,16 60:8 62:2
62:14 63:12 65:7
66:8,16,22 67:23
68:14 69:10,20
70:5 73:1,11 74:17
75:18,20 78:6,25

79:6
**old** 8:13 28:22
**older** 24:18
**ones** 11:7,8,14
15:19 32:9 34:4
48:25 50:9
**online** 16:20,22
19:24 20:7,14,14
20:23 25:7,7,15
34:23,25 48:4 49:8
50:20 55:8 72:4
80:7
**oparil** 2:19 3:4 5:14
5:14 33:1 79:16,20
79:23 80:21 81:16
**operate** 17:18
61:20
**operating** 22:12
**operation** 18:15
19:6,8
**operations** 18:14
18:19 19:14,18
**opinion** 12:20,22
12:23
**opposed** 48:20
**order** 5:4 20:13
32:11,19 49:8
73:17,20,24 81:8
81:10
**ordered** 77:7,13
**ordering** 80:25
81:3 85:14
**original** 71:18
81:12
**outcome** 83:15
**outside** 15:9,20
23:10 29:21 74:11

**p**

**p** 2:1,1 4:1 5:1
**p.c.** 2:3

**p.m.** 1:17 81:22
**pack** 33:16
**packaged** 47:23
49:2,5 56:13
**packaging** 56:10
56:11
**packed** 49:3 55:12
**packs** 34:5 47:23
55:7
**page** 3:1 21:21
45:10,25 63:5
70:10,25 71:3,25
72:7,21 73:25 84:4
84:6,8,10,12,14,16
**pages** 11:16 21:19
22:1,1,20,23 45:18
45:25 63:3 67:2
83:9
**paid** 17:16
**pain** 24:23 28:20
28:20 31:15
**pains** 31:13
**pandemic** 15:22
**papers** 26:19
**paragraph** 45:23
46:2 61:19
**park** 14:3
**part** 9:25 10:21
21:16 43:14,21
44:14 45:8 54:15
65:15 66:10,18
**participate** 43:1
**particular** 9:25
**parties** 4:3 5:4
43:22 77:7,13
83:12,13 85:14
**partners** 21:17
**parts** 30:9
**party** 17:13 25:17
26:4

**pathways** 27:8
**pay** 38:18
**pdf** 11:16
**penalties** 84:20
**pending** 8:8 24:11
**pennsylvania** 2:20
**people** 17:4 43:13
**percent** 21:11 25:7
39:8
**perez** 63:9 67:5
70:12
**period** 31:18
**perjury** 84:20
**person** 6:24 12:21
12:24
**personal** 24:5,6
**personally** 56:23
**personnel** 18:21
**pertaining** 39:9
**phone** 7:22
**pick** 17:5
**pictures** 51:17
**pills** 50:2
**place** 1:18 16:11
**places** 23:1,3 59:7
**plaintiff** 23:10,12
61:21,25 64:7
75:14
**plaintiff's** 3:11,13
3:15,17,20 62:18
66:23 68:17 70:7
72:11
**plaintiffs** 1:7 2:6
5:13 40:14,24
76:11,17 78:9,15
81:3
**plans** 29:10
**platform** 25:17
77:15
**play** 22:6

plaza   2:14
please   5:9 7:12,15
 85:11
pllc   2:8
point   9:1,7 19:22
 27:21 30:10 32:16
 33:18 49:22 63:4
position   18:16 20:3
possession   33:23
 38:23
post   21:20
potency   52:15 54:7
potential   75:14
potentially   34:10
powder   50:6
practices   50:18
precursors   26:24
preparation   13:5,9
prepare   10:9
prepared   27:10
prerequisite   16:13
presently   29:8
press   80:23
pressed   50:6,12
pretty   16:6 20:4,4
 47:13
prevent   8:16 33:17
previous   10:12,25
 32:9 33:10
previously   3:19
 10:12 74:5
price   33:20 38:18
 46:7 55:11 62:10
 80:19,19
prices   25:22
primarily   23:8
primary   28:10
print   80:7
printed   73:8
prior   10:17 13:17
 13:21,24 18:14

23:23 36:2,19 38:4
 38:11 49:11,16
 69:21
probably   14:1 22:8
 29:4 30:7 32:5 34:8
 36:23
problem   78:2
problems   25:13
procedure   85:24
 85:25
proceed   36:15
proceedings   82:1
process   8:21 24:7
 43:21
processes   10:20
 56:5
produce   73:14
produced   3:19
 59:14,16 64:3
 72:10
product   12:21,23
 20:13 22:10 25:20
 25:20,21,23,25
 27:5 30:6,14 32:12
 32:19 35:5,15
 38:16,18 47:15
 48:19,23,24 49:5,9
 50:20 51:15 52:14
 53:6,9,11,17 54:7
 54:17,20 56:24
 59:13 75:4,6,7,10
 75:12 78:3,20
 80:15,16
production   3:12,14
 62:19 63:18 66:25
 67:25 68:2
products   20:15,20
 21:2,6,13,20,25
 22:21,24 23:2
 25:14 26:20 32:14
 35:12 48:20,21

80:5,10,12,18
program   15:18
 16:20
programming   15:6
 15:7,8,8,17,19
programs   16:22
prohibitive   33:18
 49:7
promote   21:25
 22:21 23:2
pronouncing   6:8
property   14:9
protected   49:6 55:6
provide   27:24 28:7
 68:8
provided   53:19
providing   69:15
pty   1:10 60:19
public   1:21 82:6,15
 83:4,23
pull   11:21 12:5
 73:25
purchase   21:12
 25:5,15 29:10
 33:11,20 34:10
 46:7,10,21 47:1,5,7
 48:11,15 49:8,11
 49:16 52:4,10
 53:24 55:8 62:4,6
 62:10 72:18,23
 73:21,25 74:12
 78:20,21 79:4,11
purchased   19:11
 19:17 20:15 21:21
 26:2 32:24 33:8,10
 33:24,25 35:15
 46:6 47:20 48:2,3
 48:12,22 49:24
 50:5,10 51:4 52:15
 53:17 54:7,20
 55:10 56:23 79:10

80:11
purchases   34:6
 47:9,12,14,18,21
 48:6,14 72:20
purchasing   25:9
 26:8
put   21:18 55:7 65:8
 73:17,23

q

quality   49:4 55:15
 75:5 80:19
quantity   32:11
 49:9 50:25 51:12
 56:12
question   7:5,12,14
 7:20 8:8 9:2,17
 11:25 18:3 28:5
 31:1,2 34:22 41:17
 41:25 44:16 56:14
 59:21,22 60:2
 62:11 65:13,25
 66:8 68:22
questionable   26:4
questions   7:18,22
 8:4,25 9:24 10:12
 10:16,19 21:1
 23:20 30:9 37:24
 38:18 48:10,13
 63:7 69:16 75:23
 76:5 79:15,16
quick   37:13 46:1
 76:5
quickly   20:5
quit   32:17

r

r   2:1 5:1 84:3,3
read   11:22 12:6
 46:2,3 50:17 61:23
 62:1 72:1 81:21
 84:20 85:8

**reading** 4:4
**readvertise** 21:14
**real** 20:20 23:1
27:2,6
**realize** 31:3
**really** 9:14 10:14
13:14,22 22:14
35:17 50:12 74:7
75:4,16
**reason** 28:9 84:5,7
84:9,11,13,15,17
85:10
**reasonable** 85:17
**recall** 9:11 31:24
32:7,9,24 33:9 37:5
37:10 38:21 45:5
45:16 63:12 64:9
69:15,20 78:3 80:8
80:9,14
**recap** 37:22
**receipt** 50:1 72:18
73:14 74:9 85:16
**receive** 16:10,19
36:17
**received** 10:15 11:7
13:2,4,6,16 35:18
35:25 36:6 45:9,21
49:23 53:10 56:10
63:12 66:17 67:22
69:2 70:2,4 72:3
74:20 75:2
**receiving** 38:1,11
**recollect** 12:7
**recollection** 7:19
11:10 47:19 63:22
71:23
**record** 7:11 70:17
70:21 83:10
**recording** 6:25
**records** 33:23
34:15 48:5 73:14

79:9
**refer** 6:16 52:25
55:24 56:1
**referenced** 40:25
46:11 85:6
**referring** 11:19
53:13
**refunded** 62:10
**regard** 74:20 85:18
**regarding** 41:6
69:13
**regularly** 31:19,21
**related** 39:13 65:5
66:5 69:13 73:25
**relating** 33:24
74:12
**relative** 83:11,12
**relevant** 63:20
72:10
**rely** 42:11 44:9
**remember** 9:14
10:7 11:12 13:22
24:1,3,9 33:2,4
35:23 37:7 38:20
45:7 47:13,22 48:8
50:5,14,22 55:3,10
55:13 64:12 68:5,7
68:12 69:1,18 71:6
75:19 77:10,22
80:17
**remote** 83:6
**remove** 66:1
**renew** 16:9 22:13
22:18
**rent** 14:7
**rental** 14:8
**renting** 14:8
**report** 83:6
**reported** 1:21
**reporter** 1:21 3:5
5:3,5,22 7:11 17:21

80:25 81:5,11,14
81:17 82:5 83:1
**represent** 29:24
63:17 72:8 76:3
79:6
**representative**
43:17,24 44:6,12
44:18
**represents** 6:15
**request** 3:12,14
62:19 63:17,23
64:6 66:24 67:25
68:2
**requested** 35:6
64:24 83:8
**require** 7:21
**required** 64:25
65:21 69:2 70:3
77:7
**requirements** 16:3
19:1
**research** 25:7,8,12
25:25 26:12,19
27:4 30:16,22 33:7
35:12 49:12,17
55:1
**researched** 32:5
**reservations** 75:5
**reserve** 81:21
**residual** 21:22
**resolve** 78:16
**resolved** 40:25
**respective** 4:4
**response** 63:23
64:25 65:22 67:24
68:2,9 69:2
**responses** 3:11,14
3:15,17 62:18
66:24 68:17 70:8
71:17,18

**responsibilities**
44:5
**responsible** 18:25
**restate** 28:5
**restaurant** 15:25
16:16
**results** 47:10
**retail** 19:4,14
**retailer** 46:7
**retailers** 47:20
**retainer** 36:25
38:21 64:10
**retainers** 39:9
**retirement** 19:10
19:23
**returned** 64:24
65:1,21 69:7 70:3
85:15
**reveal** 34:20 65:19
74:23
**revealing** 12:1
**review** 3:6 10:25
11:6,24 25:20,22
83:8 85:7
**reviewed** 10:11,13
10:14,16,20,22
11:5,12 12:8 13:1
50:25 67:22 70:2
**reviewing** 26:14
50:14,20,22 69:6
69:20 71:23 80:18
**reviews** 25:8,14,22
26:18 52:3,8 75:10
**richard** 2:19 5:14
**richard.oparil** 2:22
**ridge** 2:3
**right** 8:4,10 17:14
26:10 27:22 31:5
31:10 46:18,22
49:24 54:21,25
65:5 66:6 68:14

71:4 72:6 73:2
74:18,21 75:11
79:20
**rights** 81:21
**risher** 1:21 6:25 7:8
82:5,15 83:4,22
**risher's** 18:4
**road** 2:3 6:21
**robert** 1:6,15 3:2
3:16 5:8 6:2 28:3
36:20 66:25 68:18
79:18 82:7 83:7
84:1 85:1,4
**room** 7:18 56:6,15
**roughly** 37:23
**rpr** 1:21 82:15 83:4
83:22
**rule** 85:24,25
**rules** 85:17
**rx** 1:10 60:25

**s**

**s** 2:1,7 3:1 4:1,1 5:1
84:3
**safety** 19:1
**sam** 26:23 27:1,2
27:12,16,21,24
28:7,13,17,24 29:1
29:3,11 30:11,15
30:17,20 31:3,9,19
32:4,10,24 35:9
37:23 46:6,17,21
47:2,3,12 48:17
49:17 50:2,15 51:4
51:24 53:24 55:1
55:18,20 56:7,22
59:13 62:4,6 72:18
72:22 74:12 79:1,2
79:10,11 80:15,16
**san** 18:24
**sat** 13:22

**saw** 15:20 45:5
**says** 45:13 73:10
**scheduled** 40:3
**school** 15:5,9
**scientific** 56:22
**screen** 8:3 9:15
44:22 52:19 62:16
66:1
**scroll** 8:3 68:19
71:2
**sdo** 19:5,7,8
**seal** 82:10
**sean** 2:13 5:16 6:13
**search** 63:19,23
64:9
**searched** 64:14
**searches** 68:7
**second** 3:13,17 7:6
46:1 65:24 66:23
68:8 70:7,18 80:4
**see** 9:17 10:5 22:3
22:16 25:21 27:6
45:10,14 46:8
47:10 50:19 51:23
59:24 61:21 67:2
68:14 69:10 71:2,3
72:11,20 73:4
**seeing** 45:7,16
**seeking** 62:8
**seen** 10:2 44:25
59:6 62:20 68:23
78:25 79:9 80:4,6
**self** 17:10 19:25
**sell** 21:3,14 59:7
**selling** 59:18
**send** 35:2,3 81:1
**sense** 12:9 26:5
**sent** 39:8 53:15
67:15 69:3
**sentence** 17:22
61:19,23 62:3

**separate** 43:4,7
**serve** 16:2
**service** 17:1 63:10
63:10 67:4,4 68:21
68:21 70:12,13
**serving** 16:14
**set** 3:16,18 68:18
70:9
**settle** 41:11,19
**settled** 40:25
**settlement** 41:6
76:7,8,10,16,22
78:7,14
**settling** 42:1
**setup** 8:22 9:13
**seven** 20:2
**shades** 57:5
**shannon** 1:5 58:13
58:17
**shape** 66:5
**share** 52:19 66:1
**shareasale** 21:23
**shared** 10:2
**sharing** 9:15,18
44:22
**sheet** 3:6 85:10,11
**shelf** 33:17
**shining** 57:4
**shipped** 73:1
**shorthand** 82:5
**shortly** 37:12
**shoulder** 7:11
**show** 6:21 8:1
34:10 40:13 62:23
**showed** 11:17
**showing** 62:16
**shown** 11:17
**shrug** 7:11
**sic** 72:4
**side** 26:19

**sign** 36:25 85:11
**signature** 62:24,25
63:5 67:2 70:25
82:14 83:21
**signed** 63:8 65:1
67:21 70:11 71:9
71:16 72:3 85:20
**signing** 4:4 71:6,24
**similarly** 1:6
**simple** 10:19
**single** 27:12
**sir** 17:21 44:16
79:17 80:25
**sister** 14:9 22:25
**sister's** 14:10
**sitting** 7:23 9:8
12:7
**situated** 1:6
**situation** 12:22
55:19
**six** 13:25 14:1 16:6
**skip** 60:18
**slightly** 55:20
**smaller** 9:23
**smartlink** 21:17,20
21:25 22:10
**sobrien** 2:16
**sold** 34:4 49:18
72:22
**solely** 53:19
**solutions** 1:9,20
2:12 5:20 60:8 76:4
79:6,8,10,12 85:22
**somebody** 63:9
**someone's** 73:4
**son** 6:23
**sorry** 12:17 14:13
14:24 17:12 25:4
29:13 30:23 34:22
35:23 38:9 52:19
54:4 61:16 67:18

**sort** 16:21 25:9
  57:5 73:25
**sounds** 26:5 27:16
  63:18 80:9
**source** 25:12
**sourced** 25:10,13
  26:3
**sources** 23:5
**southern** 1:1
**speaking** 6:24 17:5
**specific** 10:7 25:16
  26:6 44:17,18
  48:15 68:7
**specifically** 11:8
  25:2 48:11 50:14
  69:1
**split** 50:11
**spoke** 13:12,18
**spoken** 57:11,19
  58:1,9,17 59:1
**stability** 56:9
**stable** 38:17 55:2,5
  55:18
**staff** 18:20,22
**stamped** 3:19 72:11
**staples** 18:15,25
  19:5,8,9,11,13,20
  20:25 23:4
**start** 28:21,24
  30:11,14,25
**started** 15:22 19:23
  20:8,18 27:3,21
  29:7 30:10,22 31:3
  31:9 35:16 37:24
**starting** 73:20
**starts** 69:5
**state** 5:9 39:22
  41:17 82:2,6,15
  83:2,23
**stated** 6:13 53:9
  84:21

**states** 1:1 54:16
**statute** 85:18
**stay** 27:15
**stenographic** 83:10
**stenographically**
  83:6
**stepped** 17:23
**stipulate** 5:5,10,13
  5:18,21
**stipulated** 4:2
**stomach** 55:14
**stop** 19:9 29:3 63:4
**stopped** 23:4 30:6
  31:10 47:2,8
**street** 2:8
**strength** 48:23 49:9
  51:1 53:5 56:4
  59:14
**strictly** 19:4
**strike** 41:24 59:23
  79:25
**stuff** 15:6 20:17
  21:7 24:22,25 26:4
  27:14 53:15
**subcontracts** 19:15
**subject** 26:1 35:10
  78:21
**submit** 68:1
**submitting** 67:11
**subsequent** 47:21
**substance** 9:2
  62:12
**substantively** 45:24
**suggested** 85:15
**suite** 2:9,15,21
**sun** 57:4
**supervisor** 18:14
  18:19,22
**supplement** 20:22
  26:6,15,25 27:25
  28:8 71:12 80:20

**supplemental** 3:13
  3:17 66:23 67:24
  68:1,8 70:8 71:17
**supplements** 24:14
  24:16 25:3,4,5 26:2
  26:18 27:14 50:8
**supplied** 72:15
**supplies** 19:19
**supply** 1:11 19:13
  61:11
**support** 39:9
**supposed** 27:24
  28:7
**supreme** 5:4
**sure** 8:22,23 10:23
  27:3 35:17 41:18
  47:13,16 50:17
  59:20 63:1 65:3
  74:18 76:9 81:2
**surprised** 75:2,4
**survives** 55:14
**swear** 5:5,22
**sworn** 6:3 82:9

**t**

**t** 3:1,1 4:1,1 84:3,3
**tabc** 16:2
**tablet** 33:16
**tablets** 55:11
**take** 8:6,9 19:17
  24:14,16,20,22
  25:2 26:15 27:15
  37:13,17 46:1 51:4
  51:10,17 63:5
  80:11
**taken** 1:16,19
  37:20 51:9 70:19
**takes** 27:8,8
**talk** 45:24
**talked** 9:3
**talking** 30:25 35:6
  69:6 70:21 72:23

**tampa** 2:9
**team** 21:24
**technically** 81:7
**telephone** 2:4,16,22
**tell** 5:22 11:11 20:7
  55:16 77:19
**telling** 9:2
**ten** 37:17
**term** 12:13 14:8
  59:25
**terminology** 10:22
  55:4
**terms** 27:25 53:18
**test** 56:24
**tested** 52:15 54:7
  54:13,20
**testified** 6:4 46:16
  75:9 77:3
**testifying** 8:16
**testimony** 3:2 36:3
  36:20 38:5 46:11
  85:8,16
**texas** 14:3 16:3
  19:12,20 23:24
  24:2,3,4 37:18
**thank** 17:24 75:25
  80:22
**theanine** 27:14
**thing** 50:9 55:9
  79:7
**things** 24:23 76:6
**think** 16:8,12,12
  17:12 20:13 22:13
  27:24 30:25 31:8
  31:15 33:20 35:11
  35:16 37:15 45:18
  45:19,20 48:2 49:3
  51:3 54:6,19 55:2
  56:6 71:7 75:6
  79:17 80:7,21,23
  81:7

thinking 32:15,17
  45:19
third 3:10 11:15,18
  11:19 17:13 25:17
  26:4 44:24 46:10
  46:21,24
thistle 24:19 25:1
thought 30:12
three 16:1 32:5,6,7
threw 51:16
throwing 51:18
thumb 31:14
tiled 71:3
time 1:17 6:25 7:7
  8:7 9:12,14 13:12
  13:14,18 16:5 17:4
  18:11,12 23:24
  24:10 30:14 31:18
  32:4 37:18,24 45:5
  56:10 68:8 74:19
  75:24 79:15 81:4
timeframe 31:25
  46:17 51:22
times 7:4 11:4 18:2
tired 20:1
tiring 20:4
title 17:9 67:23
  69:11
titled 62:18 68:16
tmg 26:24 27:4,13
  29:7,8 30:23
tobacco 16:14
today 7:24 8:13,16
  8:19 9:7,9 10:3
  23:11
today's 9:16 10:9
  13:9 44:23 62:17
  68:16 70:6 72:7
toddler 6:23
top 45:10 73:4

totality 26:7
transaction 34:10
transcript 4:5 7:1,8
  83:8 85:6,19
transcripts 10:25
  85:13
transportation
  19:5,16
travel 55:14
trial 40:3
tricky 55:5
tried 32:4,8
trimethylglycine
  26:25 27:13
trucks 18:20 19:1
true 83:9 84:21
truth 5:23,23,23
truthfully 8:16
try 22:16 25:24
  32:10
trying 11:21 20:13
  30:25 31:12 32:6
  47:10,15,16,17
turmeric 24:20,23
  25:1
turn 27:1 63:20
  64:2
turned 64:16 65:14
  66:9,11,14 72:8
tv 80:7
two 7:9 9:12 23:5
  29:4 31:18 33:9,24
  45:25 61:5 68:22
  72:20 75:22 79:16
type 15:19,24 16:16
  21:2 24:23 26:4
types 39:5
typically 17:3

**u**

u 4:1
understand 7:14
  10:22 18:6 21:12
  25:9 32:2 44:16
  59:20 67:17 72:17
  73:23
understandable
  69:10
understanding
  43:13 53:2,16
  77:16 78:20
understood 30:8
united 1:1
unusual 50:2
upcoming 39:16
updated 45:22
  71:13 72:2
upwards 48:25
use 22:9 25:16
uses 79:25
usually 31:23
utilized 21:15
  26:20
utilizes 26:25

**v**

vague 66:12
vendors 21:24
verbal 7:10,13
verification 13:17
  71:3,24
verified 5:7 72:4
  82:8
verify 85:8
verifying 13:14,16
verisign 71:8
veritext 85:13,22
veritext.com 85:13
version 45:20,21

videoconference
  1:18 2:2,7,13,19
  5:6 6:4 82:1,9 83:7
vitamin 59:6,18
vitamins 1:9,19
  2:12 5:20 24:17
  25:3 33:2 59:4,19
  59:22 60:2 76:4
  79:1,3 84:1 85:4
vs 1:8 84:1 85:3

**w**

wait 7:6 17:22 18:4
waived 4:5
walgreens 25:19
  34:4 48:4
walmart 25:19
want 7:22 8:1 11:8
  12:5 25:24 35:15
  37:16 74:18 76:9
  81:8,14,17
wanted 66:18
  77:24
wants 63:4
warehouse 18:21
  19:3
washington 2:21
way 1:10 14:3,4,14
  23:3 27:4 30:7,12
  49:5 50:3 56:8,22
  60:25 66:5 73:2,13
we've 37:14 60:18
  70:25
web 22:20
webmd 26:17
website 21:18 22:1
  22:2 25:16 72:4
websites 22:22 23:6
weekly 31:21
weeks 9:12,13
  30:13 31:5,6 63:15

**[went - zoom]**                                          Page 102

**went**   10:11 22:2
  30:22 32:14 33:22
  70:21
**west**   2:8,20
**whichever**   72:4
**wholesalers**   25:16
**willing**   42:7
**wilson**   1:5 58:5,9
**window**   57:4
**witness**   3:6 5:6,7
  5:25 11:23 12:17
  17:24 28:4 34:20
  36:22 37:19 65:19
  74:23 75:25 81:20
  82:10 84:23 85:19
**wolf**   1:5 57:22 58:1
**wonder**   28:21
**words**   52:20 79:20
**work**   7:2,24 15:25
  23:6 32:18
**working**   19:9 20:2
  22:7 23:4 27:3 30:7
  30:12 31:4 37:25
  39:13 64:15,21
**works**   29:18
**write**   52:8 73:7
  75:10
**writing**   45:11
**written**   69:12
**wrong**   53:3
**wrote**   25:1 74:8

**y**

**y**   22:5
**yahoo.com**   85:1
**yard**   19:1
**yeah**   6:12 12:10
  15:18 17:8,20 20:6
  24:6 29:7 37:9 55:4
  65:24 81:10
**year**   20:16 22:15
  31:18 37:10,11

**years**   13:3 14:6
  15:5 18:17 19:11
  20:2 28:22 29:4,5
**york**   2:4,4,15

**z**

**zeros**   15:19
**zoom**   7:17 9:25
  46:3 77:14

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is
transcribed, the transcript shall be furnished to
the witness for examination and shall be read to or
by the witness unless the examination and reading
are waived by the witness and by the parties. Any
changes in form or substance that the witness wants
to make shall be listed in writing by the officer
with a statement of the reasons given by the
witness for making the changes. The changes shall
be attached to the transcript. It shall then be
signed by the witness unless the parties waived the
signing or the witness is ill, cannot be found, or
refuses to sign. If the transcript is not signed by
the witness within a reasonable time after it is
furnished to the witness, the officer shall sign
the transcript and state on the transcript the
waiver, illness, absence of the witness, or refusal
to sign with any reasons given therefor. The
deposition may then be used as fully as though
signed unless the court holds that the reasons
given for the refusal to sign require rejection of



the deposition wholly or partly, on motion under

rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES

ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

THE ABOVE RULES ARE CURRENT AS OF APRIL 1,

2019.  PLEASE REFER TO THE APPLICABLE STATE RULES

OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.