# EXHIBIT G

**Dr. Douglas Kalman's expert report and related disclosures, PL expert disclosures 1-230 have been designated confidential and are being filed redacted**