# EXHIBIT H

**Dr. Douglas Kalman's deposition transcript has been designated confidential and is being filed redacted**