# EXHIBIT I

# Dr. Douglas Kalman's errata sheet submitted for his deposition has been designated confidential and is being filed redacted