# EXHIBIT K

# Dr. Douglas Kalman's rebuttal expert report has been designated confidential and is being filed redacted