IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-22702-KMW

NOAH MALGERI
KALYN WOLF
BILL WILSON
SHANNON HOOD and
ROBERT MCKEOWN, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

vs.

VITAMINS BECAUSE LLC
CT HEALTH SOLUTIONS LLC
GMAX CENTRAL LLC
ASQUARED BRANDS LLC
INSPIRE NOW PTY LTD d/b/a BoostCeuticals
HEALTHY WAY RX LLC
KHAKIWARE INC.
JOLLY DOLLAR SUPPLY COMPANY, LLC

    Defendants.

_____

## DECLARATION OF THOMAS CHAPMAN

    Pursuant to 28 U.S.C. Section 1746, I, Thomas Chapman, give the following Declaration under the penalty of perjury.

    1.    My name is Thomas Chapman. I am over the age of 18, and I am competent and fully authorized to make this Declaration. I have personal knowledge of the facts stated herein.

    2.    I am the co-founder and co-owner of Vitamins Because and CT Health Solutions, Inc. (collectively "Vitamins Because"). I am familiar with the allegations being made in the Third Amended Complaint against Vitamins Because and other defendants.

3. As part of its business, Vitamins Because sold SAM-e to retailers that sold SAM-e to consumers on their private labels.

4. Plaintiffs have submitted the affidavit of Kevin Yan and Catherine Hutt in support of their claims in this case. The Affidavits disclose the results of purported testing done by third party testing facilities and attach photographs of the products purportedly tested.

5. However, the Healthy Way and Nasa Be' Ahava SAM-e products purportedly tested by Plaintiffs were not manufactured by Vitamins Because.

6. Healthy Way SAM-e, product lot # 20299 was not manufactured by Vitamins Because.

7. Healthy Way SAM-e, product lot # 20122 was not manufactured by Vitamins Because.

8. Healthy Way SAM-e, product lot # 10094 was not manufactured by Vitamins Because.

9. Healthy Way SAM-e, product lot # 8707 was not manufactured by Vitamins Because.

10. Nasa Be' Ahava, SAM-e, product lot # 20299 was not manufactured by Vitamins Because.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

Dated: February 8, 2022

THOMAS CHAPMAN