IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-22702-KMW

CORI ANN GINSBERG
NOAH MALGERI
KALYN WOLF
BILL WILSON
SHANNON HOOD
ERIC FISHON
ROBERT MCKEOWN, on behalf of themselves
and all others similarly situated,

                Plaintiffs,

vs.

VITAMINS BECAUSE LLC
CT HEALTH SOLUTIONS LLC
GMAX CENTRAL LLC
ASQUARED BRANDS LLC
INSPIRE NOW PTY LTD d/b/a BoostCeuticals
HEALTHY WAY RX LLC
KHAKIWARE INC.
JOLLY DOLLAR SUPPLY COMPANY, LLC

                Defendants.
_____

**DEFENDANT ASQUARED BRANDS LLC'S STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Defendant aSquared Brands, LLC ("aSquared") submits the following statement of material facts as to which it contends there is not a genuine issue of material fact.

1. Kalyn Wolf, Bill Wilson, and Robert McKeown (collectively "aSquared Plaintiffs") seek to recover damages for purchasing the supplement SAM-e from aSquared which they contend had had less active ingredient in it than what was listed on the label. (Doc. 176, ¶¶ 9, 11, 13).

2. All of the SAM-e at issue in this lawsuit was manufactured by Defendant CT Health Solutions and Vitamins Because LLC (collectively "Vitamins Because") and then sold to consumers by Vitamins Because or by third party retailers such as aSquared. (Doc. 176, ¶¶ 14-21).

3. The aSquared Plaintiffs purchased SAM-e from aSquared on Amazon and had it shipped to their residences in states other than Florida. (Doc. 271, ¶¶ 8-13).

4. The lawsuit includes less than 100 named Plaintiffs. (Doc. 176, p. 1).

5. Noah Malgeri did not have the SAM-e he purchased tested to determine whether it had less active ingredient in it than what was listed on the label. See Declaration of Brendan H. Little ("Little Dec."), Exhibit F, p. 55, ln 10-18; p. 55, ln. 23-25; p. 56, ln. 2-16

6. Kalyn Wolf did not have the SAM-e he purchased tested to determine whether it had less active ingredient in it than what was listed on the label. Little Dec., Exhibit B, p. 23, ln. 24 – p. 24, ln. 7

7. Shannon Hood did not have the SAM-e he purchased tested to determine whether it had less active ingredient in it than what was listed on the label. Little Dec., Exhibit E, p. 58, ln. 21-24; p. 59, ln. 21-23; p. 64, ln. 15-18; p. 65, ln. 7-23. p. 67, ln. 17-19.

8. Robert McKeown did not have the SAM-e he purchased tested to determine whether it had less active ingredient in it than what was listed on the label. Little Dec., Exhibit D., p. 52, ln. 14-17; p. 53, ln. 16-25; p. 54. ln. 1-2; 6-10; 19-23.

9. Bill Wilson did not have the SAM-e he purchased tested to determine whether it had less active ingredient in it than what was listed on the label. Little Dec., Exhibit C, p. 33, ln. 10-25; p. 34, ln. 10-17.

10. Dr. Douglas Kalman ("Kalman"), Plaintiffs' expert witness, testified that a certain percentage of the SAM-e test results he reviewed found that the SAM-e met label claims. Little,

Dec., Exhibit G, p. 93-95.

11. At least 4 of the test results Kalman reviewed as a part of his investigation into the claims in this lawsuit met label claims. Little Dec., Exhibit G, p. 2; Exhibit A.

12. 5 of the bottles of SAM-e Kalman tested as a part of his investigation into the claims in this lawsuit were not manufactured by Vitamins Because. Declaration of Thomas Chapman, filed at Doc. 295.

13. Plaintiffs never notice aSquared for a deposition in this lawsuit. Little Dec., ¶ 15.

Dated: February 8, 2022

**LIPPES MATHIAS LLP**

/s Alessandro A. Apolito
Alessandro A. Apolito, Esq.
Florida Bar Number: 0084864
10151 Deerwood Park Blvd.
Jacksonville, Florida 32256
P: 904-660-0020
F: 904-660-0029
Primary E-Mail:  aaapolito@lippes.com

Brendan H. Little, Esq., *pro hac vice*
Sean M. O'Brien, Esq., *pro hac vice*
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com