# EXHIBIT 4

# EXHIBIT 4

# Defendant Gmax's Second Amended Supplemental Responses to Plaintiffs' First Set of Interrogatories

# REDACTED

# DESIGNATED CONFIDENTIAL