IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-22702-KMW

CORI ANN GINSBERG
NOAH MALGERI
KALYN WOLF
BILL WILSON
SHANNON HOOD
ERIC FISHON
ROBERT MCKEOWN, on behalf of themselves
and all others similarly situated,

                Plaintiffs,

vs.

VITAMINS BECAUSE LLC
CT HEALTH SOLUTIONS LLC
GMAX CENTRAL LLC
ASQUARED BRANDS LLC
INSPIRE NOW PTY LTD d/b/a BoostCeuticals
HEALTHY WAY RX LLC
KHAKIWARE INC.
JOLLY DOLLAR SUPPLY COMPANY, LLC

                Defendants.

_____

**DEFENDANT ASQUARED BRANDS LLC'S NOTICE OF JOINDER IN DEFENDANTS VITAMINS BECAUSE, LLC'S AND CT HEALTH SOLUTIONS LLC'S <u>MOTION TO STIKE PLAINTIFFS' REBUTTAL EXPERT REPORT</u>**

On January 7, 2022, Defendants Vitamins Because, LLC's and CT Health Solutions, LLC's (collectively "Vitamins Because") filed a motion seeking to strike Plaintiffs' Rebuttal Expert Report. (the "Motion") (Doc. 275). Plaintiffs have opposed that motion and Vitamins Because did not file a reply. As a result, the Motion is fully briefed.

In light of the volume of motions filed in this litigation and in the interest of judicial economy, Defendant aSquared Brands LLC ("aSquared") joins and adopts Vitamins Because's

motion seeking to strike Plaintiffs' Rebuttal Expert Report.

Dated: February 8, 2022

**LIPPES MATHIAS LLP**

/s Alessandro A. Apolito
Alessandro A. Apolito, Esq.
Florida Bar Number: 0084864
10151 Deerwood Park Blvd.
Jacksonville, Florida 32256
P: 904-660-0020
F: 904-660-0029
Primary E-Mail: aaapolito@lippes.com

Brendan H. Little, Esq., *pro hac vice*
Sean M. O'Brien, Esq., *pro hac vice*
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com