# EXHIBIT 2






VB-PROD-005372



VB-PROD-005373







VB-PROD-005435