Case 1:19-cv-22702-KMW   Document 299-8   Entered on FLSD Docket 02/08/2022   Page 1 of 2

foo

# EXHIBIT 8

Received Date: 3/26/2020
Report Date: 3/31/2020



# Advanced Botanical Consulting & Testing Inc.

1169 Warner Ave, Tustin, CA 92780, Phone:(714)259-0384 Fax: (714)259-0385

| **CT Health Solution** | **ATTN:** Tara J. Smothers, Kim Kitzler |
|---|---|
| 1832 S. Dimensions Terr. | **TEL#** (352) 503-2098 |
| Homosassa, FL 34448 | **FAX#** |

**Sample Name:** SAM-e (S-Adenosyl-L-methionine Disulfate Tosylate)

| **Item#** | | **Lot#** | 01012005 |
|---|---|---|---|
| **Lab#** | 293113 | **PO#** | SAM-e |

| **Analysis:** | **Method:** | **Result:** | **Spec:** |
|---|---|---|---|
| SAM-e (HPLC) | ALC145A | 250.4 mg/cap | 250 mg/cap |
| Average fill weight (based on 10) | | 710.14 mg/capsule | |

Analyzed by: _____ Chemist

Approved by: _____ Wendi Wang, PhD, President





VB-PROD-003716