# EXHIBIT 9

| | |
|---|---|
| **Establishment Inspection Report** | FEI: **3011261508** |
| CT Health Solutions | EI Start: 1/19/2018 |
| Homosassa, FL 34448-5919 | EI End: 1/30/2018 |

TABLE OF CONTENTS

Summary ............................................................................................................................. 1
Administrative Data ........................................................................................................... 2
History ................................................................................................................................ 3
Interstate (I.S.) Commerce ................................................................................................. 3
Jurisdiction (Products Manufactured and/or Distributed) .................................................. 4
Individual Responsibility and Persons Interviewed ........................................................... 4
Firm's Training Program .................................................................................................... 5
Manufacturing/Design Operations ..................................................................................... 5
Manufacturing Codes ......................................................................................................... 6
Complaints ......................................................................................................................... 6
Recall Procedures ............................................................................................................... 7
Objectionable Conditions and Management's Response ................................................... 7
General Discussion with Management ............................................................................ 12
Additional Information .................................................................................................... 12
Samples Collected ............................................................................................................ 13
Exhibits Collected ............................................................................................................ 13
Attachments ..................................................................................................................... 13

**SUMMARY**

This initial, comprehensive inspection of a dietary supplement manufacturer was a FY 18 Complaint Follow Up Inspection for Consumer Complaint #(b) (4)          . The inspection was conducted in accordance with HAFE4 FY 2018 Work Plan, FACTS ID 11817377 and Operation ID 63389, and Compliance Program Guidance Manual 7321.008, Dietary Supplements - Import and Domestic.

The current inspection resulted in an 8-item FDA-483, Inspectional Observations, which was issued to Cynthia C. Valenca, Partner. The observations included:

1. You did not establish product specifications for any of your finished dietary supplements.
2. You did not establish component specifications for identity, purity, strength, or composition.
3. You did not implement quality control operations to ensure the quality of the dietary supplement.
4. You did not use effective measures to protect against the inclusion of metal or other foreign material in components and dietary supplements.
5. You did not take necessary precautions during the manufacture of a dietary supplement to prevent contamination of components.
6. You did not establish specifications for the packaging and labeling of the finished dietary

| | | |
|---|---|---|
| **Establishment Inspection Report** | FEI: | **3011261508** |
| CT Health Solutions | EI Start: | 1/19/2018 |
| Homosassa, FL 34448-5919 | EI End: | 1/30/2018 |

      supplement.
7. Your quality control personnel did not ensure that required representative samples are collected.
8. Your hand-washing facilities are not convenient.

The inspection followed the mixing of CoQ-10, Lot # 01231801 and the encapsulating of DHEA, Lot # 01221801. I observed employees operating a (b) (4) _____. I observed some cleaning operations, revealing the firm uses (b) (4) _____. I reviewed master manufacturing records and batch records for CoQ-10 and DHEA. I reviewed the firm's SSOPs for compliance with 21 CFR 111. I conducted three label reviews, and no issues were found. I reviewed the firm's water testing records and found no issues. Complaints # (b) (4) _____ were followed up on during the inspection. The Florida Department of Agriculture visited during May of 2017 and sampled (b) (4) products. Two of them were found to be misbranded. The firm made corrections following the results.

No samples were collected. No refusals were encountered, and firm management was cooperative.

**ADMINISTRATIVE DATA**

| | |
|---|---|
| Inspected firm: | CT Health Solutions |
| Location: | 6454 S Tex Pt |
| | Homosassa, FL 34448-5919 |
| Phone: | 503-098 |
| FAX: | 352-5271763 |
| Mailing address: | 5512 W Hunters Ridge Cir |
| | Lecanto, FL 34461-7604 |
| Dates of inspection: | 1/19/2018, 1/23/2018-1/24/2018, 1/30/2018 |
| Days in the facility: | 4 |
| Participants: | **Aaron J Fox, Investigator** |

Non-FDA Participants:


On 1/19/18, I displayed my credentials and issued a FDA-482, Notice of Inspection to Mr. Keith A. Valenca, CEO of CT Health Solutions, LLC. Mr. Valenca identified himself as the most responsible person available at the firm. He told me that his wife, Dr. Cynthia C. Valenca, Partner, is the most responsible person at the firm and would be arriving shortly. Later, during the inspection, I displayed my credentials to Dr. Cynthia C. Valenca, Partner, upon her arrival.

On 1/30/18, I issued a FDA-483, Inspectional Observations to Dr. Cynthia C. Valenca, Partner. No other FDA forms were issued during the inspection.

| | | |
|---|---|---|
| **Establishment Inspection Report** | FEI: | 3011261508 |
| CT Health Solutions | EI Start: | 1/19/2018 |
| Homosassa, FL 34448-5919 | EI End: | 1/30/2018 |

**HISTORY**

Dr. Cynthia C. Valenca, Partner, confirmed the firm's legal name to be CT Health Solutions, LLC, which is incorporated in Florida. I also confirmed the firm's legal name on Sunbiz.org, Florida Department of State, Division of Corporations website. Dr. Valenca told me the company was founded in 2009 and has been at this location since 2013. She said the firm has a retail store called Doctor Vitamin Store located at 3930 S Suncoast Blvd, Homosassa, FL 34448. She stated the firm has no other locations, parent companies, or subsidiaries.

Dr. Valenca told me the firm has (b) (4) -time employees. She said the firm's hours of operations are Monday through Friday as follows:

- (b) (4)

Dr. Valenca confirmed the firm is an Establishment Size (b) (4)

I confirmed the firm's registration under the Bioterrorism Act. I explained to Dr. Valenca that registration is biennial and should be renewed every (b) (4) I provided her with a handout on the Reportable Food Registry and informed her about FDA's Food Defense 101 program online. I informed her that she and her staff are responsible for compliance with 21 CFR 111 and should refer to the FDA website for additional compliance information.

Dr. Valenca requested FDA Correspondence be sent to her at the mailing address listed in the Administrative Data section of this report. The firm has no relevant inspectional history, since this is the firm's first FDA inspection. The firm has no history of recalls.

**INTERSTATE (I.S.) COMMERCE**
Dr. Cynthia C. Valenca, Partner, said the firm (b) (4)

Dr. Valenca told me the firm receives its (b) (4)

In addition to being a contract manufacturer, Dr. Valenca said that individuals may purchase the firm's products at their retail store (Doctor Vitamin Store located at 3930 S Suncoast Blvd, Homosassa, FL 34448), by phone, or on the internet at:

| | |
|---|---|
| **Establishment Inspection Report** | FEI: 3011261508 |
| CT Health Solutions | EI Start: 1/19/2018 |
| Homosassa, FL 34448-5919 | EI End: 1/30/2018 |

- https://vitaminsbecause.biz/
- https://store.doctorvitaminstore.com/index.html
- http://site.doctorvitaminstore.com/index.html

Dr. Valenca said firm does not directly import or export products.

**JURISDICTION (PRODUCTS MANUFACTURED AND/OR DISTRIBUTED)**
Dr. Cynthia C. Valenca, Partner, told me that CT Health Solutions is a (b) (4) company. Dr. Valenca said that the firm has (b) (4) dietary supplements. She contained that each dietary supplement has two size containers (for example, 100 capsules and 200 capsules), totaling 1400 possible products. Ms. Kimberly A. Kitzler, Director of Operations, provided me a list of these products (Exhibit 1). All products are labeled as dietary supplements under the brand, Vitamins Because You are Worth It. Labels include the company name Vitamins Because LLC. Label reviews were conducted on three dietary supplements and no issues were found.

Dr. Valenca told me the firm only manufactures dietary supplements. She also said she does not sell products manufactured by other companies. She said that some of the firm's products are only manufactured by request.

Dr. Valenca told me the firm is also inspected by the Florida Department of Agriculture and Consumer Services on a regular basis. She informed me there are no other agencies that visit the firm. The last visit made by the Florida agency was in October 2017.

**INDIVIDUAL RESPONSIBILITY AND PERSONS INTERVIEWED**
Dr. Cynthia C. Valenca, Partner, and Ms. Kimberly A. Kitzler, Director of Operations, provided me all of the relevant information contained within this report. Dr. Valenca accompanied me on the first day of the inspection, and Ms. Kitzler accompanied me on the second and third days of the inspection.

Dr. Valenca told me the firm has four corporate officers, which I confirmed on Sunbiz.org, Florida Department of State, Division of Corporations website. She explained to me all corporate officers are equal partners and co-owners, but she is the most responsible person at the firm. Dr. Valenca told me that she has duty, power, and responsibility to prevent, detect, and correct violations at the firm. The corporate officers of CT Health Solutions and their responsibilities at the company include:

- Dr. Cynthia C. Valenca, Partner, Co-Owner: oversees the company, orders products, and updates the firm's inventory of dietary supplements
- Mr. Keith A Valenca, Partner, CEO, Co-Owner: responsible for equipment, building management, and construction
- Mr. Thomas M. Chapman, Partner, Co-Owner and Dr. Kimberly A. Hasley, Partner, Co-Owner: maintain the firm's websites including web design and create the firm's labels

Other key operating personnel include:

| | |
|---|---|
| **Establishment Inspection Report** | FEI: 3011261508 |
| CT Health Solutions | EI Start: 1/19/2018 |
| Homosassa, FL 34448-5919 | EI End: 1/30/2018 |

9. Ms. Kimberly A. Kitzler, Director of Operations: oversees daily operations at the firm, including payroll, managing employees in the building, and hiring and firing. Ms. Kitzler reports to Dr. Valenca, and aside from the firm's corporate officers, all other employees at the firm report to Ms. Kitzler.
10. Ms. Tara J. Smothers, Quality Assurance: is the firm's quality control manager, responsible for SSOPs, reviewing and creating records, and all documentation required under 21 CFR 111. Ms. Smothers reports to Ms. Kitzler.
11. Dr. Neil Ross, Consultant: assists the firm in achieving compliance under 21 CFR 111 and is solely contracted and not employed by the firm.

**FIRM'S TRAINING PROGRAM**
Ms. Kimberly Kitzler, Director of Operations, told me the firm conducts training (b) (4) and as needed on GMPs, SSOPs, and machinery. I reviewed the most recent training conducted in July and August 2017 and found the records to be adequate.

**MANUFACTURING/DESIGN OPERATIONS**
Dr. Cynthia C. Valenca, Partner, provided me a walk through of the facility on the first day of the inspection. She said the firm is 4,000 square feet and includes an office area, an employee restroom, a break room, a manufacturing area (with storage, mixing, encapsulating, and packaging/labeling, and cleaning areas), and a warehouse. (Exhibit 2) On the first day of the inspection, the firm was not processing because they (b) (4) Dr. Valenca walked me through the firm's manufacturing process as follows:



On the second day of the inspection, Ms. Kimberly A. Kitzler, Director of Operations, showed me the firm's master manufacturing records (MMR) and batch records. I found several issues with these records and included them in the General Discussion with Management section of this report. During the second day, Ms. Kitzler and I also followed the mixing of the firm's CoQ-10, Lot # 1231801. I observed the firm (b) (4) (Exhibit

| | | |
|---|---|---|
| **Establishment Inspection Report** | FEI: | 3011261508 |
| CT Health Solutions | EI Start: | 1/19/2018 |
| Homosassa, FL 34448-5919 | EI End: | 1/30/2018 |

3, Steps 1-5) Ms. Kitzler introduced me to Mr. Gregory P. McIntyre, Lead Mixer. Mr. McIntyre is responsible for the mix room, inventory, maintenance, and overseeing others in the mixing room.

On the third day of the inspection, I observed the encapsulation process. The firm was encapsulating DHEA, lot # 01221801. I observed the firm (b) (4) ████████████████████████████████████████████████████████████████████████.

The firm has maintained reserve samples for the (b) (4) ████. Products are shipped by (b) (4) ████. Boxes to customers are numbered, with invoice attached, and invoices are numbered if there is more than one product being shipped.

The firm conducts its own pest control. No pests were found in the firm during the inspection. The firm operates on (b) (4) ████████████████████████████████████. I reviewed the last testing of the water dated 8/9/17 and found no issues.

I conducted label reviews on CoQ-10 400 mg, DHEA 100 mg, and Berberine HCI 900 mg. (Exhibit 4) Labels include the firm's website (www.vitaminsbecause.biz) and list that they were manufactured by Vitamins Because LLC Homosassa, FL 34448. No issues were found with these labels.

**MANUFACTURING CODES**

Ms. Kimberly Kitzler, Director of Operations, explained to me that lot numbers are day, month, and year as in ddmmyy for the date manufacturing began. So, if manufacturing began on January 21, 2018, the lot number would be 220118. Additionally, if the firm has multiple batches in the same lot, the lot number could be 22011801, 22011802, etc. Along with the lot number is expiration date, which can be either two or three years from the date of manufacture.

**COMPLAINTS**

I followed on (b) (4) complaints during the inspection: (b) (4) dated 7/1/15 and (b) (4) dated 5/24/17.

Complaint # (b) (4) dated 7/1/15 involved a Vitamin C - Rosehip product. The complainant said the product had a FDA logo on it and listed the product had 200 capsules at 1000 mg each, while the product back label said that 1000 mg was equivalent to three capsules. Firm management told me that they could not recall anything related to this complaint. I did not find any further information about this complaint. I reviewed the product label for Vitamin C with Rose Hips, 1000 mg and found no issues.

Complaint # (b) (4) dated 5/24/17 involved an individual who had purchased the firm's product from their website, and after two months of taking the product, the individual did not feel any effects from the product and believed the product does not the active ingredients listed on the label. Ms. Kimberly Kitzler, Director of Operations, CT Health Solutions recognized Complaint (b) (4)

| **Establishment Inspection Report** | FEI: | **3011261508** |
|---|---|---|
| CT Health Solutions | EI Start: | 1/19/2018 |
| Homosassa, FL 34448-5919 | EI End: | 1/30/2018 |

dated 5/24/17 and told me that State of Florida Department of Agriculture and Consumer Services (FDACS) personnel followed up on a similar complaint. Multiple products were selected by FDACS for label review on 5/31/17. Ms. Kitzler provided me copies of sample reports dated 5/31/17 as well as a follow-up visit on 10/17/17 from FDACS. (Attachment 3) Richard Stephens, Environmental Specialist III, Recall Coordinator and Lab Liaison of FDACS informed me that three products were sampled for label review analysis with results provided: Berberine HCI 900 Mg (Attachment 4), Magnesium Potassium Aspartate with Bromelain (Attachment 5), and Omega-3 Fish Oil 1200 mg (Attachment 6). Magnesium Potassium Aspartate with Bromelain and Omega-3 Fish Oil 1200 mg were found to be misbranded by the lab.

Ms. Kitzler told me that the firm has no history complaints. I found no other complaints in FACTS.

**RECALL PROCEDURES**
I reviewed the firm's recalled procedures and noted that they do not contain reaching out to the FDA to inform them of the recall. I pointed out Ms. Kimberly Kitzler, Director of Operations.

**OBJECTIONABLE CONDITIONS AND MANAGEMENT'S RESPONSE**

**Observations listed on form FDA 483**
**OBSERVATION 1**

You did not establish product specifications for the of the finished dietary supplement.

Specifically, on 1/19/18, I observed you do not have finished product specifications for identity, purity, strength, and composition for any of your dietary supplements.

Reference: 21 CFR 111.70(e)

Supporting Evidence and Relevance:

Dr. Cynthia C. Valenca, Partner, told me the firm has not yet established identity, purity, strength, and composition for any of the firm's dietary supplement finished products.
Discussion with Management:

Dr. Valenca said she will have this completed for all products within (b) (4)

**OBSERVATION 2**

You did not establish component specifications for purity, strength and composition.

| | | |
|---|---|---|
| **Establishment Inspection Report** | FEI: | **3011261508** |
| CT Health Solutions | EI Start: | 1/19/2018 |
| Homosassa, FL 34448-5919 | EI End: | 1/30/2018 |

Specifically, on 1/19/18, I observed you do not have ingredient specifications for identify, purity, strength, and composition for any of your dietary supplements.

Reference: 21 CFR 111.70(b)(2)

Supporting Evidence and Relevance:

Dr. Cynthia C. Valenca, Partner, told me the firm has not yet established identity, purity, strength, and composition for any of the firm's incoming ingredients.
Discussion with Management:

Dr. Valenca said she will have this completed for all products within (b) (4)

**OBSERVATION 3**

You did not implement quality control operations to ensure the quality of the dietary supplement.

Specifically, on 1/19/18, I observed raw ingredient components and dietary supplement finished products are not tested for identity, purity, strength, composition, or microbiological analysis before they are approved and released by your firm's quality control operations.

Reference: 21 CFR 111.65

Supporting Evidence and Relevance:

Dr. Cynthia C. Valenca, Partner, told me the firm has not yet tested any raw ingredient components or finished dietary supplements for identity, purity, strength, composition, or microbiological analysis. She said all products have been approved and released by the firm without testing.
Discussion with Management:

Dr. Valenca said she will have this completed for all products within a year.

| **Establishment Inspection Report** | FEI: | 3011261508 |
|---|---|---|
| CT Health Solutions | EI Start: | 1/19/2018 |
| Homosassa, FL 34448-5919 | EI End: | 1/30/2018 |

**OBSERVATION 4**

You did not use effective measures to protect against the inclusion of metal or other foreign material in components and dietary supplements.

Specifically, on 1/24/18, I observed there is no metal detection system used to ensure components or dietary supplements do not contain metal.

Reference: 21 CFR 111.365(i)

Supporting Evidence and Relevance:

Dr. Cynthia C. Valenca, Partner, told me the firm has not yet implemented any metal detection in firm.

Discussion with Management:

Dr. Valenca said she will have this completed within (b) (4)

**OBSERVATION 5**

You did not take necessary precautions during the manufacture of a dietary supplement to prevent contamination of components.

Specifically,

(a) On 1/23/18, I observed soy, tree nut, fish, and shellfish allergen containers filled with raw ingredient powders stored next to or on top of other allergens. I observed the firm has no allergen program.

(b) On 1/24/18, I observed in-process material being filled into an (b) (4) dietary supplement raw ingredients.

Reference: 21 CFR 111.365

| | | |
|---|---|---|
| **Establishment Inspection Report** | FEI: | **3011261508** |
| CT Health Solutions | EI Start: | 1/19/2018 |
| Homosassa, FL 34448-5919 | EI End: | 1/30/2018 |

Supporting Evidence and Relevance:

(a) See Exhibit 6, Pages 2 and 3. Dr. Cynthia C. Valenca, Partner, acknowledged the firm does not have an allergen program.

(b) See Exhibit 6, Pages 1 and 5. Sealed raw ingredients stored next to manufacturing operations is presented in both photos.
Discussion with Management:

Dr. Valenca believes both issues have to do with the limited space in the plant, but said she would commit to corrections within (b) (4)

## OBSERVATION 6

You did not establish specifications for the packaging and labeling of the finished dietary supplement, to ensure that you used the specified packaging and to ensure that you applied the specified label.

Specifically, on 1/24/18, I observed the firm uses its own labels, but does not have label specifications for any of its finished product dietary supplements.

Reference: 21 CFR 111.70(g)

Supporting Evidence and Relevance:

Dr. Cynthia C. Valenca, Partner, said that the firm does not have label specifications for any dietary supplement finished products.
Discussion with Management:

Dr. Valenca said she will have this completed for all products within (b) (4)

## OBSERVATION 7

Your quality control personnel did not ensure that required representative samples are collected.

| | |
|---|---|
| **Establishment Inspection Report** | FEI: 3011261508 |
| CT Health Solutions | EI Start: 1/19/2018 |
| Homosassa, FL 34448-5919 | EI End: 1/30/2018 |

Specifically, on 1/24/18, I observed the firm has not begun collecting representative samples of their dietary supplement finished products.

Reference: 21 CFR 111.105(f)

Supporting Evidence and Relevance:

Dr. Cynthia C. Valenca, Partner, said that the firm does not collect representative samples for any of their dietary supplements finished products.

Discussion with Management:

This observation was corrected during the inspection.

**OBSERVATION 8**

Your hand-washing facilities are not convenient.

Specifically, on 1/19/18, 1/23/18, and 1/24/18, I observed one hand washing sink made available to the manufacturing facility, consisting of multiple (b) (4) rooms, a mixing room, a bottling room, and a cleaning room.

Reference: 21 CFR 111.15(i)

Supporting Evidence and Relevance:

I observed during the inspection that the hand washing sink is not convenient for most of the firm's manufacturing areas due to plastic flaps, knobs, and doors that need to be touched by hand. Discussion with Management:

Dr. Cynthia C. Valenca, Partner, said she will have this completed within (b) (4)

| | | |
|---|---|---|
| **Establishment Inspection Report** | FEI: | 3011261508 |
| CT Health Solutions | EI Start: | 1/19/2018 |
| Homosassa, FL 34448-5919 | EI End: | 1/30/2018 |

**GENERAL DISCUSSION WITH MANAGEMENT**

At the close out of the inspection, the following individuals were present: Dr. Cynthia C. Valenca, Partner; Mr. Keith A. Valenca, CEO, Partner; Ms. Kimberly A. Kitzler, Director of Operations; Ms. Tara J. Smothers, Quality Control Manager; and Dr. Neil Ross, Consultant.

I issued an 8-item FDA-483 to Dr. Cynthia C. Valenca, Partner. I explained to her that she should respond to the FDA-483 to the district director at the address listed on the top of the FDA-483 within 15 working days. I explained to Dr. Valenca the following options available to the FDA, which include but are not limited to: warning letters, regulatory meetings, injunction, seizures, criminal prosecution, and civil money penalties. Each observation is listed with firm's response and compliance dates in the Objectionable Conditions and Management Response section of this report.

The following discussion items were not on the FDA-483. I explained these discussion items could become future observations:

- The firm's quality control manager does not have a clear place on any document where she is rejecting or approving the batch of dietary supplements for release.
- The MMR and batch record do not account for second, third, and fourth (etc) drums of the same batch, since the operators have to write in information that is not accounted for on the batch record.
- Batch record and MMR do not have places for corrective action.
- The firm uses trash bags not made of food-grade materials to line the 55-gallon drums containing food products. (Exhibit 6, Page 4)
- Some of the pieces of the (b) (4) are in disrepair and broken off. (Exhibit 6, Page 6)
- I observed a household cleaner stored on an (b) (4) in use. (Exhibit 6, Page 7)
- The firm does not have written procedures for packaging, labeling, and warehouse operations.
- Several other subparts of 21 CFR 111 are not yet fulfilled. I recommended the firm read the regulation and take time to fulfill each subpart.
- Ms. Kitzler told me that some of the firm's SSOPs need to be reviewed so that they apply to CT Health Solutions.

**ADDITIONAL INFORMATION**
An original, officially-sealed photo CD of the pictures taken during this inspection is included as Exhibit 5. Photo narratives for each photo are included as Exhibit 6.

| | |
|---|---|
| **Establishment Inspection Report** | FEI: **3011261508** |
| CT Health Solutions | EI Start: 1/19/2018 |
| Homosassa, FL 34448-5919 | EI End: 1/30/2018 |

**SAMPLES COLLECTED**

**EXHIBITS COLLECTED**
1. Product List, 29 pages
2. Floor Plan, 1 page
3. Master Manufacturing Record (MMR) for CoQ-10, 10 pages
4. Product Labels, 3 pages
5. Officially sealed CD of original photos taken during the inspection., 1 page
6. Photo Narratives, 7 pages

**ATTACHMENTS**
1. Issued 483
2. FDA-482, Notice of Inspection, 3 pages
3. Food Safety Inspection Reports from the Florida Department of Agrilcutre and Consumer Services (FDACS), 16 pages
4. Results of Analysis for Berberine HCI 900 Mg from the Florida Department of Agriculture and Consumer Services (FDACS), 2 pages
5. Results of Analysis for Magnesium Potassium Aspartate with Bromelain from the Florida Department of Agriculture and Consumer Services (FDACS), 2 pages
6. Results of Analysis for Omega-3 Fish Oil 1200 mg from the Florida Department of Agriculture and Consumer Services (FDACS), 3 pages

| | | |
|---|---|---|
| **Establishment Inspection Report** | FEI: | **3011261508** |
| CT Health Solutions | EI Start: | 1/19/2018 |
| Homosassa, FL 34448-5919 | EI End: | 1/30/2018 |



PLAINTIFFS_077