IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NOAH MALGERI, KALYN WOLF, BILL
WILSON, SHANNON HOOD, and
ROBERT MCKEOWN on behalf of
themselves and all others similarly situated,

    Plaintiffs,

vs.

VITAMINS BECAUSE LLC, CT HEALTH
SOLUTIONS LLC, GMAX CENTRAL
LLC, ASQUARED BRANDS LLC,
INSPIRE NOW PTY LTD d/b/a
BOOSTCEUTICALS, HEALTHY WAY
RX LLC, KHAKIWARE INC., and JOLLY
DOLLAR SUPPLY COMPANY, LLC.,

    Defendants.

CASE NO.: 1:19-CV-22702-KMW

Purported Class Action

## VITAMINS BECAUSE AND CT HEALTH SOLUTIONS' STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Defendants Vitamins Because, LLC, and CT Health Solutions, LLC (collectively "Vitamins Because"), file this statement of undisputed material facts in support of their Motion for Summary Judgment, and state the following:

1. Vitamins Because manufactures and sells a federally regulated dietary supplement labeled both by the name of its dietary ingredient—S-Adenosyl-L-Methionine Disulfate Tosylate—and a shorthand name, "SAM-e." *See* Ex. A, Product Photo.

2. Plaintiffs, who claim they purchased Vitamins Because's SAM-e dietary supplement through various retailer Defendants, filed this lawsuit purporting to represent a nationwide class and several state subclasses in a Thirteen-Count Complaint under various warranty, consumer

protection, and common law causes of action in six different states. *See generally* Doc. 176, Pl. Third Am. Compl.

3. The crux of Plaintiffs' lawsuit is that the quantity of SAM-e in the bottles they purchased was less than what was reported on the product label. *See* Ex. B, Dep. of Douglas Kalman at 90:6-10, Doc. 258.

4. Despite a host of claims in the operative Complaint about various defects in the SAM-e Plaintiffs purchased, Plaintiffs' purported damages expert in this case makes clear that Plaintiffs are proceeding under a single theory of recovery: they believe the SAM-e supplements they purchased from Vitamins Because and other Defendants contained less SAM-e than the label stated, and they want a full or partial refund of the purchase price. Ex. C, Expert Report of D.C. Sharp at ¶ 4-5, Doc. 296 # 18.

5. To prove each of their claims, Plaintiffs depend on the conclusion of their proffered expert, Dr. Douglas Kalman: while Dr. Kalman's opinion has frequently changed on this point, he opines either that all bottles of SAM-e manufactured by Vitamins Because were defective, (Ex. B, Dep. of Douglas Kalman at 50:2-6), or that up to 90 percent (rather than all) were defective (Ex. B, Dep. of Douglas Kalman at 94:1-16).

6. To reach his conclusion, Dr. Kalman relied on two things: 1) supplement samples from bottles of SAM-e tested by Plaintiffs for this litigation, (Ex. B, Dep. of Douglas Kalman at 50:2-6), and 2) his opinion that Vitamins Because ran afoul of certain FDA manufacturing regulations and therefore could not have made *any* products that met label claims. Ex. D, Expert Rebuttal Report of Douglas Kalman, ¶ 34, Doc. 275 # 1 (concluding that "all samples tested in four different laboratories . . . demonstrate that Defendant's SAMe manufacturing was defective and never yielded the labeled amount of actual SAMe content. This evidence, coupled with prior history and

admitted violations of FDA and FTC regulations indicate a uniform defectiveness and deficiency in the product on a class-wide basis . . .").

7. As for the supplement samples, Plaintiffs tested 21 bottles of SAM-e supplements for this lawsuit. Composite Ex. F, Declaration of Kevin Yan; Eurofins Certificate of Analysis, Dec. 19, 2019; Eurofins Certificate of Analysis Apr. 23, 2019.

8. It is undisputed that no Plaintiff had testing done on any bottle of Vitamins Because's SAM-e supplement that they actually purchased or consumed. *See* Composite Ex. E, Pls.' Deps. Instead, Plaintiffs would use tests done on, at *most*, 21 bottles of SAM-e from various manufacturers to prove that all SAM-e supplements manufactured by Vitamins Because fell short of label content claims, *even though* some of the tests performed revealed that the product met label claims. Ex. B, Dep. of Douglas Kalman at 93:11—94:16.

10. Because Plaintiffs did not have their own products tested, testing was conducted on bottles of SAM-e ordered from various retailers on Amazon, without regard to who manufactured the product or how many products came from a single lot number. *E.g.*, Ex. F, Declaration of Kevin Yan, ¶ 4.

11. In fact, Dr. Kalman did not even know whether Vitamins Because manufactured the products that were tested for this lawsuit:

> Q: Did you do any research to determine whether 25 or not CT Health Solutions or Vitamins Because manufactured this product that we're looking at the 2 certificate of analysis of in Exhibit 8?
> A: No, I did not.
> Q: You just assumed it was manufactured by Vitamins Because; correct?
> A: Yes, sir.
> Q: And you assumed it was manufactured by 8 Vitamins Because because you received it in relation to 9 this lawsuit; correct?
> A: Correct.

Ex. B, Dep. of Douglas Kalman at 108:13—109:10.

3

12. He further admitted that he does not know what percentage of Vitamins Because's SAM-e supplement was tested, or even if it was less than *one percent*. Ex. B, Dep. of Douglas Kalman at 45:1-10.

13. In fact, Dr. Kalman has no direct knowledge of who manufactured any of the products whose certificates of analysis were attached to his expert report and on which he based his opinions for this litigation. Ex. B, Dep. of Douglas Kalman at 117:8-24.

14. No more than three bottles from any single lot of SAM-e supplement were tested by Plaintiffs. Ex. B, Dep. of Douglas Kalman at 46:16-25.

15. And the sworn declaration of Thomas Chapman, co-founder and co-owner of Vitamins Because, reveals that out of the 21 bottles of SAM-e supplement Plaintiffs tested, Vitamins Because did not manufacture at least 11 of them, including all 9 bottles tested by Kevin Yan and listed in his declaration (Exhibit F), as well 2 bottles tested by another laboratory. Ex. G, Declaration of Thomas Chapman, Doc. 295.

16. In short, Plaintiffs tested no more than 10 bottles of Vitamins Because's SAM-e supplement that were ordered from various retailers, from different lot numbers, and never consumed by any Plaintiff, and want to hold Vitamins Because liable to a nationwide class for alleged economic damages to every Plaintiff who consumed the supplement.

Dated: February 8, 2022

*/s/Scott W. Anderson*
David S. Johnson      FBN 096423
Scott W. Anderson    FBN 738311
JOHNSON DABOLL ANDERSON, PLLC
2011 W Cleveland Street, Suite F
Tampa, Florida 33606
Telephone: (813) 377-2499
Fax: (813) 330-3156
djohnson@jdalegal.com
sanderson@jdalegal.com
aglisson@jdalegal.com

*Counsel for Vitamins Because and CT Health Solutions*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of this filing to the following counsel of record on the attached service list.

/s/*Scott W. Anderson*

## SERVICE LIST

Joshua H. Eggnatz
FBN: 67926
EGGNATZ PASCUCCI, P.A.
7450 Griffin Road
Suite 230
Davie, FL 33314
Tel: 954-889-3359
Fax: 954-889-5913
jeggnatz@justiceearned.com
Attorneys for Plaintiffs


Jay I. Brody (Admitted Pro Hac Vice)
Gary S. Graifman (Admitted Pro Hac Vice)
KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Tel: 845-356-2570
ggraifman@kgglaw.com
jbrody@kgglaw.com
Attorneys for Plaintiffs


Nicholas A. Migliaccio
Jason S. Rathod
MIGLIACCIO & RATHOD LLP
412 H Street N.E., Ste. 302
Washington, DC 20002

Brendan H. Little
Sean M. O'Brien
LIPPES MATHIAS WEXLER, et al.
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Tel: 716-853-5100
blittle@lippes.com
sobrien@lippes.com

Alessandro A. Apolito
LIPPES MATHIAS WEXLER, et al.
822 US Highway A1A, Suite 101
Ponte Vedra Beach, FL 32082
Tel: 904-660-0020
aapolito@lippes.com
Attorneys for ASquared Brands

Leon N. Patricios (FBN 0012777)
ZIMPANO PATRICIOS, P.A.
312 Minorca Ave.
Coral Gables, FL 33134
Tel: 305-444-5565
Fax: 305-444-8588
lpatricios@zplaw.com
jzumpano@zplaw.com

Richard J. Oparil (admitted *pro hac vice*)

5

Tel: 202-470-3520
nmigliaccio@classlawdc.com
Attorneys for Plaintiffs

Joseph A. Sorce
JOSEPH A. SORCE & ASSOCS., P.A.
999 Ponce de Leon Blvd., Suite 1020
Coral Gables, FL 33134
Tel: 305-529-8544
jsorce@flconstructionlawyer.com
Attorney for Defendants Khakiware, Inc.
and Healthy Way RX, LLC

Bretton I Pollack
Pollack, Pollack & Kogan, LLC
Courthouse Tower
44 W Flagler Street, Suite 2050
Miami, FL 33130
Tel: 305-373-9676
Brett.pollack@ppkfirm.com
B@birvingpollack.com
Attorneys for Inspire Now

ARNALL GOLDEN GREGORY
1775 Pennsylvania Ave., NW
Suite 1000
Washington, DC 20006
T: 202-677-4030
Richard.oparil@agg.com
Attorneys for GMAX Central, LLC

Mark Migdal & Hayden
Yaniv Adar
Joshua A. Migdal
80 S.W. 8th Street
Suite 1999
Miami, FL 33130
Tel: 305-374-0440
yaniv@markmigdal.com
josh@markmigdal.com
eservice@markmigdal.com
Attorneys for Jolly Dollar Supply
Company

6