# EXHIBIT D

Page 252

**Ginsberg, et al. v. Vitamins Because, LLC, et al. Deposition Errata of 11/24/2021**

ACKNOWLEDGMENT OF DEPONENT

I, DOUGLAS S. KALMAN, do hereby certify that I have read the foregoing transcript of my testimony taken on 11/24/2021, and further certify that it is a true and accurate record of my testimony (with the exception of the corrections listed below)

| Page | Line | Correction | |
|---|---|---|---|
| 48 | 7-8 | Clarification "mass spectroscopy" | Clarification |
| 48 | 9 | Clarification: "you're" meant to indicate the analytical testing laboratory | Clarification |
| 93 | 15 - 20 | Clarification: "yes, it is my opinion that the SAM-e manufactured by Vitamins Because was defective and deficient. I am aware that a few (~2 or 3 out of 30 plus tests) tests of the manufactured product indicating that it meets the label claim, but as I pointed out in my reports and testimony, these tests were not conducted by reliable labs and otherwise appear to only establish a theoretical level of SAMe going forward, but don't make actual findings or confirm the accuracy of any actual label claim specifications. Beyond that, the consistency of the analytical laboratory testing results demonstrating failure to meet label claims for SAM-e means none of the products are valid supplements, as a consumer would not be able to predict which would meet label claims and be compliant with FDA Regulations, and which products would not. Therefore, all are defective and without value to a consumer. | Clarification |
| 94 | 20 - 23 | Clarification: "It is true that a few (2 or 3) of the products tested under the direction of the Defendants did test to meet label claim, this was 10% or less than the cumulative amount tested. The Defendant's themselves admitted that their manufacturing processes always included the wrong measure of the SAM-e material.They measured SAMe content by | Clarification |

| Page | Line | Correction | |
|---|---|---|---|
| | | the S-adenosyl-methionine disulfate tosylate as opposed to the actual SAM-e ion or SAM-e component of the overall raw ingredient. So I would not give much weight to those SAMe sample tests, which I otherwise believe to be unreliable. | |
| 96<br><br>96 | 12-13 | Clarification: Delete "Like I don't—so—however, big picture" and please delete all words before "big picture", and let the sentence start with "Big Picture…" | Clarification |
| 106 | 23 | Clarification: I have since seen a Declaration from the owner of Azorio that all SAM-e sold by his company under the Naturetition, Pure Control, and Earth Natural private label brands, were manufactured by Vitamins Because. I now have no hesitancy in answering and clarifying that Vitamins Because was the manufacturer in question, as verified by the owner of Azorio. | Clarification |
| 107 | 9 - 18 | Clarification: I have since seen a Declaration from the owner of Azorio that all SAM-e sold by his company under the Naturetition, Pure Control, and Earth Natural private label brands, were manufactured by Vitamins Because. I now have no hesitancy in answering and clarifying that Vitamins Because was the manufacturer in question, as verified by the owner of Azorio. | Clarification |
| 111 | 21 - 25 | Clarification: on my understanding of how Vitamins Because "does their lot numbers". Although I do not have independent knowledge of where the sample (product) was manufactured, there is strong indications and evidence to deduce that Vitamins Because manufactured these products. These indications include lot number format, consistent findings of deficiently dosed SAM-e products across various brands, declaration of the owner of Azorio (private label brand) stating they purchased the SAM-e from Vitamins Because and repackaged them, all leads me to the conclusions that these products were manufactured by Vitamins Because. | Clarification |
| 112 | 3 – 9, 19 - 25 | Clarification: Clarification: on my understanding of how Vitamins Because "does their lot numbers". Although I do not have independent knowledge of where the sample (product) was manufactured, there is strong indications and evidence to deduce that Vitamins Because manufactured these products. These indications include lot number format, | Clarification |

| Page | Line | Correction | |
|---|---|---|---|
| | | consistent findings of deficiently dosed SAM-e products across various brands, declaration of the owner of Azorio (private label brand) stating they purchased the SAM-e from Vitamins Because and repackaged them, all leads me to the conclusions that these products were manufactured by Vitamins Because. | |
| 122 | 4 - 25 | Clarification: The Certificate of Analysis shown from the Eurofins Laboratory did not contain any discernable actual analytical results. The document rather appeared to be one that included a calculated value for SAM-e and a theoretical value for SAM-e per serving. In addition, no standard of analysis was shared (i.e., the technique used, such as HPLC) on the report making it seem much more like a mock report as compared to all of the other Eurofins reports shared in this case by Plaintiffs which make a clear analysis and finding that the label claims were not met. | Clarification |
| 126 | 15 | Clarification: My issue with this specific Eurofins Certificate of Analysis is that it only appears to list calculated and theoretical levels of SAM-e, but not actual. Second to this, the form is wholly different than all of the other Eurofins analytical reports (Certificates of Analysis). Additionally, without any indication of the scientific technique used in the analysis (i.e., HPLC), the report appears more of a mock, than factual. | Clarification |
| 127 | 19-21 | Clarification: My answers are to hypothetical questions, and not facts, therefore wish to make clear I do not agree with the assumptions. | Clarification |
| 129 | 22 – 25 | Clarification: I restate, Vitamins Because was the manufacturer. | Clarification |
| 130 | 7 - 12 | Clarification: My source(s) to believe that Vitamins Because was the contract manufacturer include the lawsuit itself, the depositions of the principals of Vitamins Because, the results of the laboratory analyses regarding the manufactured SAM-e and the Declaration of the private label company (Azorio) stating that Vitamins Because is the manufacturer. | Clarification |
| 130 | 22 | Clarification: I am relying upon material read in connection with this case, including the depositions of Dr. Cynthia Valenca and Thomas Chapman, principals of Vitamins Because. In Mr. Chapman's deposition, he specifically states that he followed the | Clarification |

| Page | Line | Correction | |
|------|------|------------|---|
| | | same manufacturing steps each time in order to get consistent results. | |
| 132 | 9 - 25 | Clarification: Further, "uniformity" is within the answer of Mr. Thomas Chapman, one of the principals of Vitamins Because; more specifically Mr. Chapman indicated that he follows the same manufacturing steps each time in order to get consistent results. | Clarification |
| 137 | 18-19, 22. | Clarification: My opinion would be unchanged. That opinion is predicated on my consideration of the regulatory noncompliance, FDA inspection observations, the admissions from the principals of Vitamins Because, the analytical tests conducted on multiple products and analyzed by four different laboratories across the United States and Canada, and the many test results demonstrating large deficiency and defectiveness of the manufactured SAM-e. My opinions would therefore be unchanged by the hypothetical situation you are asking about. | Clarification |
| 221 | 3 | Clarification: delete the "and rescinding" transcription error | Transcription error |
| 225 | 17 | Clarification: add "life" after half; "half-life" | Transcription error |

Under penalties of perjury, I declare that I have read the foregoing document and that facts stated in it are true.

Date:
January 7, 2022

*Douglas Kalman*
Douglas S. Kalman