# EXHIBIT F



Catherine Adams Hutt, PhD, RD, CFS
4568 Elm Bottom Circle
Aubrey, TX 76227
cadams@rdrsol.com
630-605-3022

March 18, 2020

## SUMMARY OF TEST RESULTS

TO:   Jay Brody
      Kantrowitz Goldhamer & Graifman, P.C.

FR:   Catherine Adams Hutt, PhD, RD, CFS

The results obtained from analytical testing of the nine samples we were able to obtain are summarized below, with lot numbers, photographs, and Certificates of analysis.  No distributor's bottle met the labeled content for SAM-e.

**BoostCeutical 2:** Lot #11021902

Labeled as 500 mg per capsule.
Analyzed to contain 136 mg per capsule




| Sample Name: | BoostCeutical 2 | Eurofins Sample: | 9007930 |
|---|---|---|---|
| Project ID | RDR_SOLUT-20191112-0008 | Receipt Date | 21-Nov-2019 |
| PO Number | CVD | Receipt Condition | Ambient temperature |
| Lot Number | 11021902 | Login Date | 12-Nov-2019 |
| Sample Serving Size | 1 Cap | Date Started | 18-Dec-2019 |
| Description | 500 mg labeled | Online Order | 15585-128D0FF6 |

| Analysis | Result |
|---|---|
| **Calculated Sample Weight** | |
| Entity Weight | 0.6814 g |
| Entity Fill Weight | 0.5841 g |
| **S-Adenosyl-L-methionine (SAMe) by UPLC** | |
| S-Adenosyl-L-methionine | 136 mg/Serving Size |

PLTS EXPERT DISCLOSURES 0004 (CONFIDENTIAL)

**A Squared**: Lot #29051830

Labeled as 400 mg per capsule.
Analyzed to contain 15.9 mg per capsule

 

| Sample Name: | ASquared 1 | Eurofins Sample: | 9007918 |
|---|---|---|---|
| Project ID | RDR_SOLUT-20191112-0007 | Receipt Date | 15-Nov-2019 |
| PO Number | CVD | Receipt Condition | Ambient temperature |
| Lot Number | Please note from the bottle | Login Date | 12-Nov-2019 |
| Sample Serving Size | 1 Cap | Date Started | 16-Nov-2019 |
| Description | 400 mg labeled | Number Composited | 20 |
| | | Online Order | 15585-128D0A92 |

| Analysis | Result |
|---|---|
| **Calculated Sample Weight** | |
| Entity Weight | 0.6470 g |
| Entity Fill Weight | 0.5458 g |
| Entity Weight | 0.6415 g |
| Entity Fill Weight | 0.5414 g |
| **S-Adenosyl-L-methionine (SAMe) by UPLC** | |
| S-Adenosyl-L-methionine | 15900 mcg/Serving Size |

**Healthy Way 1**: Lot #10094

Labeled as 500 mg per capsule.
Analyzed to contain 63.9 mg per capsule

  

| Sample Name: | Healthy Way 1 | Eurofins Sample: | 9007797 |
|---|---|---|---|
| Project ID | RDR_SOLUT-20191112-0003 | Receipt Date | 13-Nov-2019 |
| PO Number | CVD | Receipt Condition | Ambient temperature |
| Lot Number | 10094 | Login Date | 12-Nov-2019 |
| Sample Serving Size | 1 Cap | Date Started | 14-Nov-2019 |
| Description | 500 mg labeled | Number Composited | 20 |
| | | Online Order | 15585-128CF965 |

| Analysis | Result |
|---|---|
| **Calculated Sample Weight** | |
| Entity Weight | 0.6025 g |
| Entity Fill Weight | 0.5050 g |
| Entity Weight | 0.6163 g |
| Entity Fill Weight | 0.5188 g |
| **S-Adenosyl-L-methionine (SAMe) by UPLC** | |
| S-Adenosyl-L-methionine | 63.9 mg/Serving Size |

**Healthy Way 2**: Lot #8707

Labeled as 500 mg per capsule.
Analyzed to contain 114 mg per capsule

  

| Sample Name: | Healthy Way 2 | Eurofins Sample: | 9007932 |
|---|---|---|---|
| Project ID | RDR_SOLUT-20191112-0009 | Receipt Date | 14-Nov-2019 |
| PO Number | cvd | Receipt Condition | Ambient temperature |
| Lot Number | X001RK6JYT | Login Date | 12-Nov-2019 |
| Sample Serving Size | 1 Cap | Date Started | 15-Nov-2019 |
| Description | 500 mg labeled | Number Composited | 20 |
|  |  | Online Order | 15585-128D1251 |

| Analysis | Result |
|---|---|
| **Calculated Sample Weight** |  |
| Entity Weight | 0.5969 g |
| Entity Fill Weight | 0.4994 g |
| Entity Weight | 0.5843 g |
| Entity Fill Weight | 0.4858 g |
| **S-Adenosyl-L-methionine (SAMe) by UPLC** |  |
| S-Adenosyl-L-methionine | 114 mg/Serving Size |

**Mental Refreshment**: Lot #17071910

Labeled as 250 mg per capsule.
Analyzed to contain 130 mg per capsule

  

| Sample Name: | Mental Refreshment 1 | Eurofins Sample: | 9007786 |
|---|---|---|---|
| Project ID | RDR_SOLUT-20191112-0002 | Receipt Date | 13-Nov-2019 |
| PO Number | CVD | Receipt Condition | Ambient temperature |
| Lot Number | 17071910 | Login Date | 12-Nov-2019 |
| Sample Serving Size | 1 Cap | Date Started | 15-Nov-2019 |
| Description | 1000 mg labeled | Number Composited | 20 |
|  |  | Online Order | 15585-128CF775 |

| Analysis | Result |
|---|---|
| **Calculated Sample Weight** |  |
| Entity Weight | 0.9283 g |
| Entity Fill Weight | 0.8082 g |
| Entity Weight | 0.9616 g |
| Entity Fill Weight | 0.8418 g |
| **s-Adenosyl Methionine** |  |
| S-Adenosyl-L-methionine | 130 mg/Serving Size |

**NusaPure 1**: Lot #17071917

Labeled as 250 mg per capsule.
Analyzed to contain 123 mg per capsule

  

| Sample Name: | NusaPure 1 | Eurofins Sample: | 9007798 |
|---|---|---|---|
| Project ID | RDR_SOLUT-20191112-0004 | Receipt Date | 13-Nov-2019 |
| PO Number | CVD | Receipt Condition | Ambient temperature |
| Lot Number | 17071917 | Login Date | 12-Nov-2019 |
| Sample Serving Size | 1 Cap | Date Started | 14-Nov-2019 |
| Description | 1000 mg labeled | Number Composited | 20 |
| | | Online Order | 15585-128CF8DC |

| Analysis | Result |
|---|---|
| **Calculated Sample Weight** | |
| Entity Weight | 0.8847 g |
| Entity Fill Weight | 0.7617 g |
| Entity Weight | 0.8875 g |
| Entity Fill Weight | 0.7668 g |
| **S-Adenosyl-L-methionine (SAMe) by UPLC** | |
| S-Adenosyl-L-methionine | 123000 mcg/Serving Size |

PLTS EXPERT DISCLOSURES 0009 (CONFIDENTIAL)

**NusaPure 2:** Lot #22041901

Labeled as 500 mg per capsule.
Analyzed to contain 33.7 mg per capsule





| Sample Name: | Nusa Pure 2 | Eurofins Sample: | 9032324 |
|---|---|---|---|
| Project ID | RDR_SOLUT-20191119-0011 | Receipt Date | 21-Nov-2019 |
| PO Number | CVD | Receipt Condition | Ambient temperature |
| Lot Number | 22041901 | Login Date | 19-Nov-2019 |
| Sample Serving Size | 1 Cap | Date Started | 02-Dec-2019 |
| Description | labeled 1500 mg with 500 mg per cap | Number Composited | 20 |
| | | Online Order | 15585-1296AE27 |

| Analysis | Result |
|---|---|
| **Calculated Sample Weight** | |
| Entity Weight | 0.6276 g |
| Entity Fill Weight | 0.5291 g |
| Entity Weight | 0.6335 g |
| Entity Fill Weight | 0.5354 g |
| **S-Adenosyl-L-methionine (SAMe) by UPLC** | |
| S-Adenosyl-L-methionine | 33.7 mg/Serving Size |

**Vitamins Because 1**: Lot# 17071911

Labeled as 250 mg per capsule.
Analyzed to contain 119 mg per capsule

  

| Sample Name: | Vitamins Because 250 mg | Eurofins Sample: | 9007811 |
|---|---|---|---|
| Project ID | RDR_SOLUT-20191112-0005 | Receipt Date | 19-Nov-2019 |
| PO Number | cvd | Receipt Condition | Ambient temperature |
| Lot Number | 17071911 | Login Date | 12-Nov-2019 |
| Sample Serving Size | 1 Cap | Date Started | 20-Nov-2019 |
| Description | 250 mg labeled | Number Composited | 20 |
| | | Online Order | 15585-128D03F9 |

| Analysis | Result |
|---|---|
| **Calculated Sample Weight** | |
| Entity Weight | 0.8787 g |
| Entity Fill Weight | 0.7573 g |
| Entity Weight | 0.8679 g |
| Entity Fill Weight | 0.7484 g |
| **S-Adenosyl-L-methionine (SAMe) by UPLC** | |
| S-Adenosyl-L-methionine | 119 mg/Serving Size |

PLTS EXPERT DISCLOSURES 0011 (CONFIDENTIAL)

**Vitamins Because 2:** Lot #07111913

Labeled as 200 mg per capsule.
Analyzed to contain 98 mg per capsule





| Sample Name: | Vitamins Because 2 | Eurofins Sample: | 9007840 |
|---|---|---|---|
| Project ID | RDR_SOLUT-20191112-0006 | Receipt Date | 26-Nov-2019 |
| PO Number | | Receipt Condition | Ambient temperature |
| Lot Number | Please note lot number from bottle | Login Date | 12-Nov-2019 |
| Sample Serving Size | 1 Cap | Date Started | 27-Nov-2019 |
| Description | 200 mg labeled | Number Composited | 20 |
| | | Online Order | 15585-128D04A0 |

| Analysis | Result |
|---|---|
| **Calculated Sample Weight** | |
| Entity Weight | 0.8134 g |
| Entity Fill Weight | 0.6855 g |
| Entity Weight | 0.8287 g |
| Entity Fill Weight | 0.7058 g |
| **S-Adenosyl-L-methionine (SAMe) by UPLC** | |
| S-Adenosyl-L-methionine | 98.0 mg/Serving Size |

PLTS EXPERT DISCLOSURES 0012 (CONFIDENTIAL)