**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:19-cv-22702-KMW

CORI ANN GINSBERG
NOAH MALGERI
KALYN WOLF
BILL WILSON
SHANNON HOOD
ERIC FISHON
ROBERT MCKEOWN, on behalf of themselves
and all others similarly situated,

                Plaintiffs,

vs.

VITAMINS BECAUSE LLC
CT HEALTH SOLUTIONS LLC
GMAX CENTRAL LLC
ASQUARED BRANDS LLC
INSPIRE NOW PTY LTD d/b/a BoostCeuticals
HEALTHY WAY RX LLC
KHAKIWARE INC.
JOLLY DOLLAR SUPPLY COMPANY, LLC

                Defendants.

_____

**DECLARATION OF BRENDAN H. LITTLE**

1. I am partner with the law firm Lippes Mathias LLP, counsel for Defendant aSquared Brands, LLC ("aSquared") in this lawsuit.

2. I submit this Declaration in support of aSquared's motion for sanctions pursuant to Fed. R. Civ. P. 11.

3. On August 29, 2019, I was admitted to appear pro hac vice on behalf of aSquared. (Doc. 25).

4. On January 3, 2022, a copy of aSquared's draft motion for sanctions was served on

Plaintiff Kalyn Wolf, Bill Wilson, Robert McKeown, Shannon Hood, and Noah Magleri by electronic mail to their counsel of record. Exhibit A.

5. Copies of Plaintiffs' deposition transcripts were attached as exhibits to the draft Declaration served on Plaintiffs in support of this motion. Since that time, however, the transcripts have been filed on the docket. As a result, and in the interest of judicial economy, those transcripts are referred to by docket entry and not re-filed.

6. I declare under the penalty of perjury that the foregoing is true and accurate.

Dated: February 10, 2022

/s Brendan H. Little
Brendan H. Little, Esq.