UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 19-CV-22702-KMW

CORI ANN GINSBERG, NOAH MALGERI, KALYN WOLF, BILL WILSON, SHANNON HOOD, ERIC FISHON and ROBERT MCKEOWN, on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

VITAMINS BECAUSE LLC, CT HEALTH SOLUTIONS LLC, GMAX CENTRAL LLC, ASQUARED BRANDS LLC, INSPIRE NOW PTY LTD d/b/a BoostCeuticals, HEALTHY WAY RX LLC, KHAKIWARE INC, and JOLLY DOLLAR SUPPLY COMPANY, LLC

      Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Defendant/Cross-Plaintiff, JOLLY DOLLAR SUPPLY COMPANY, LLC, and Cross-Defendants, VITAMINS BECAUSE, LLC and CT HEALTH SOLUTIONS, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(2), hereby jointly stipulate and agree to dismiss without prejudice all the claims asserted by Cross-Plaintiff Jolly Dollar Supply Company, LLC in this action against Cross-Defendants, Vitamins Because, LLC and CT Health Solutions, LLC.

2

Date: February 10, 2022						Respectfully submitted,

| **MARK MIGDAL & HAYDEN**<br>80 S.W. 8th Street, Suite 1999<br>Miami, Florida 33130<br>Telephone: (305) 374-0440<br><br>By: *s/ Yaniv Adar*<br>Josh Migdal, Esq.<br>Florida Bar No. 19136<br>josh@markmigdal.com<br>Yaniv Adar, Esq.<br>Florida Bar No. 63804<br>yaniv@markmigdal.com<br>eservice@markmigdal.com<br><br>*Attorneys for Jolly Dollar Supply Company, LLC* | **JOHNSON DABOLL ANDERSON, PLLC**<br>2011 W. Cleveland Street, Suite F<br>Tampa, Florida 33606<br>Telephone: (813) 377-2499<br><br>By: *s/ David S. Johnson*<br>David S. Johnson, Esq.<br>Florida Bar No. 96423<br>djohnson@jdalegal.com<br>Scott W. Anderson, Esq.<br>Florida Bar No. 738311<br>sanderson@jdalegal.com<br><br>*Attorneys for Vitamins Because, LLC and CT Health Solutions, LLC* |