UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 19-CV-22702-KMW

CORI ANN GINSBERG, NOAH MALGERI, KALYN WOLF, BILL WILSON, SHANNON HOOD, ERIC FISHON and ROBERT MCKEOWN, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

VITAMINS BECAUSE LLC, CT HEALTH SOLUTIONS LLC, GMAX CENTRAL LLC, ASQUARED BRANDS LLC, INSPIRE NOW PTY LTD d/b/a BoostCeuticals, HEALTHY WAY RX LLC, KHAKIWARE INC, and JOLLY DOLLAR SUPPLY COMPANY, LLC

    Defendants.
_____/

**PROPOSED ORDER ON JOINT STIPULATION
FOR DISMISSAL WITHOUT PREJUDICE**

THIS CAUSE came before the Court upon the Joint Stipulation for Dismissal without Prejudice of Defendant/Cross-Plaintiff, Jolly Dollar Supply Company, LLC [DE ___]. The Court has reviewed the Joint Stipulation, the pertinent portions of the record, and is otherwise fully advised in the premises. It is hereby

**ORDERED AND ADJUDGED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(2), all claims asserted by Defendant/Cross-Plaintiff Jolly Dollar Supply Company, LLC in this action against Cross-Defendants, Vitamins Because, LLC and CT Health Solutions, LLC are hereby dismissed without prejudice.

It is further **ORDERED AND ADJUDGED** that, due to the fact that no claims remain as

to Defendant/Cross-Plaintiff Jolly Dollar Supply Company, LLC, the Clerk of the Court is ordered to **TERMINATE** Defendant/Cross-Plaintiff Jolly Dollar Supply Company, LLC from this action.

DONE AND ORDERED in Chambers in Fort Lauderdale, Broward County, Florida this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record