## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-22702-KMW

CORI ANN GINSBERG
NOAH MALGERI
KALYN WOLF
BILL WILSON
SHANNON HOOD
ERIC FISHON
ROBERT MCKEOWN, on behalf of themselves
and all others similarly situated,

                Plaintiffs,

vs.

VITAMINS BECAUSE LLC
CT HEALTH SOLUTIONS LLC
GMAX CENTRAL LLC
ASQUARED BRANDS LLC
INSPIRE NOW PTY LTD d/b/a BoostCeuticals
HEALTHY WAY RX LLC
KHAKIWARE INC.
JOLLY DOLLAR SUPPLY COMPANY, LLC

                Defendants.

_____

### ORDER GRANTING GMAX CENTRAL LLC'S AND ASQUARED BRANDS LLC'S MOTION FOR AN EXTENSION OF TIME TO RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION FOR <u>CLASS CERTIFICATION</u>

THIS CAUSE comes before the Court on Defendant aSquared Brands LLC's and Defendant GMAX Central LLC's Motion requesting a 14-day extension of time, through March 8, 2022, to respond to Plaintiffs' motion for summary judgment and motion for class certification.

This Court, having considered the source materials and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The motion is granted. Defendant aSquared Brands LLC's and GMAX Central LLC's response to Plaintiffs' motion for summary judgment and motion for class certification are due on or before March 8, 2022.

DONE AND ORDERED in Chambers at _____, Florida, this ___ day of _____.

                                                                                                          Hon. Kathleen M. Williams
United States District Court Judge

Copies furnished to: All Counsel of Record