# EXHIBIT 1

# Andre Arias

| | |
|---|---|
| **Subject:** | FW: Vitamins Because and CT Health also adopts Asquared's expert disclosure and related documents. |

**From:** Scott Anderson <sanderson@jdalegal.com>
**Sent:** Monday, November 29, 2021 11:55 PM
**To:** Yaniv Adar <yaniv@markmigdal.com>; Sean M. O'Brien <sobrien@lippes.com>; Jay Brody <jbrody@kgglaw.com>
**Cc:** lpatricios@zplaw.com; jzumpano@zplaw.com; jsorce@flconstructionlawyer.com; Josh Migdal <Josh@markmigdal.com>; 'Brett Pollack' <brett.pollack@ppkfirm.com>; Tod Aronovitz <ta@aronovitzlaw.com>; Barbara Perez <bp@aronovitzlaw.com>; Donna Marr <dmm@aronovitzlaw.com>; Gary Graifman <ggraifman@kgglaw.com>; Nicholas Migliaccio <nmigliaccio@classlawdc.com>; Selin Demir <sdemir@classlawdc.com>; aglisson@jdalegal.com; djohnson@jdalegal.com; Stevens, Andrew C. <drew.stevens@agg.com>; Brendan H. Little <blittle@lippes.com>; Alessandro A. Apolito <aapolito@lippes.com>; Zapadka, Matthew D. <Matthew.Zapadka@AGG.com>; Bell, Kevin M. <kevin.bell@agg.com>; IP, DC <DC.IP@AGG.com>; Sharff, Bryan S. <bryan.sharff@agg.com>; Oparil, Richard J. <richard.oparil@agg.com>
**Subject:** Re: Ginsberg v. Vitamins Because, Case No. 19-22702

Vitamins Because and CT Health also adopts Asquared's expert disclosure and related documents.

Thanks,

Scott

Scott W. Anderson
Partner
Johnson Daboll Anderson, PLLC
813-377-2499
www.jdalegal.com

---

**From:** Sean M. O'Brien <sobrien@lippes.com>
**Sent:** Monday, November 29, 2021 5:05 PM
**To:** Jay Brody <jbrody@kgglaw.com>
**Cc:** lpatricios@zplaw.com; jzumpano@zplaw.com; jsorce@flconstructionlawyer.com; Josh Migdal <Josh@markmigdal.com>; Yaniv Adar <yaniv@markmigdal.com>; 'Brett Pollack' <brett.pollack@ppkfirm.com>; Tod Aronovitz <ta@aronovitzlaw.com>; Barbara Perez <bp@aronovitzlaw.com>; Donna Marr <dmm@aronovitzlaw.com>; Gary Graifman <ggraifman@kgglaw.com>; Nicholas Migliaccio <nmigliaccio@classlawdc.com>; Selin Demir <sdemir@classlawdc.com>; sanderson@jdalegal.com; aglisson@jdalegal.com; djohnson@jdalegal.com; Stevens, Andrew C. <drew.stevens@agg.com>; Brendan H. Little <blittle@lippes.com>; Alessandro A. Apolito <aapolito@lippes.com>; Zapadka, Matthew D. <Matthew.Zapadka@AGG.com>; Bell, Kevin M. <kevin.bell@agg.com>; IP, DC <DC.IP@AGG.com>; Sharff, Bryan S. <bryan.sharff@agg.com>; Oparil, Richard J. <richard.oparil@agg.com>
**Subject:** RE: Ginsberg v. Vitamins Because, Case No. 19-22702

Jay,

Attached find Defendant aSquared Brands LLC's expert disclosure and related documents.

Regards,
Sean O'Brien

**Sean M. O'Brien**
Senior Associate



50 Fountain Plaza, Suite 1700
Buffalo, NY 14202-2216
ph: 716.853.5100 ext. 1224  |  d: 716.362.7615  |  fx: 716.853.5199
sobrien@lippes.com  |  lippes.com
LinkedIn  //  Twitter  //  Facebook

This email message, including attachments, are confidential and may be protected by the attorney/client or other applicable privileges.  The information is intended to be conveyed only to the designated recipient(s) of the email message.  Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful.  If you are not an intended recipient, please notify the sender immediately, delete the message from your email system, and destroy any other copies in your possession.

automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.