IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NOAH MALGERI, KAYLYN WOLF,
BILL WILSON, SHANNON HOOD
and ROBERT MCKEOWN, on behalf of
themselves and all others similarly situated,

    Plaintiffs,                                    CASE NO.: 1:19-CV-22702-KMW

v.

VITAMINS BECAUSE, LLC, CT HEALTH
SOLUTIONS LLC, et. al,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Defendant/Cross-Plaintiffs, Khakiware, Inc. and Healthy Way Rx, LLC, and Cross-Defendants Vitamins Because, LLC and CT Health Solutions LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate and agree to dismiss without prejudice all claims asserted by Cross-Plaintiffs Khakiware, Inc. and Healthy Way Rx, LLC in this action against Cross-Defendants Vitamins Because, LLC and CT Health Solutions LLC with each side to bear its own attorneys' fees and costs.

Dated: December 7, 2022

| | |
|---|---|
| */s/David S. Johnson* | */s/ Joseph A. Sorce* |
| David S. Johnson    FBN 096423 | Joseph A. Sorce    FBN: 38288 |
| Scott W. Anderson    FBN 738311 | Joseph A. Sorce & Assocs., P.A. |
| Johnson Daboll Anderson, PLLC | 999 Ponce De Leon Blvd., Ste, 1020 |
| 2011 W Cleveland Street, Suite F | Coral Gables, FL 33131 |
| Tampa, Florida 33606 | Tel: 305-529-8544 |
| Tel: (813) 377-2499 | jsorce@flconstructionlawyer.com |
| djohnson@jdalegal.com | *Counsel for Khakiware, Inc. and* |
| *Counsel for Vitamins Because and* | *Healthy Way Rx, LLC* |
| *CT Health Solutions, LLC* | |

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of December, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of this filing to the following counsel of record on the attached service list.

/s/David. S. Johnson

*SERVICE LIST*

| | |
|---|---|
| Joshua H. Eggnatz<br>FBN: 67926<br>EGGNATZ PASCUCCI, P.A.<br>7450 Griffin Road<br>Suite 230<br>Davie, FL 33314<br>Tel: 954-889-3359<br>Fax: 954-889-5913<br>jeggnatz@justiceearned.com<br>Attorneys for Plaintiffs | Brendan H. Little<br>Sean M. O'Brien<br>LIPPES MATHIAS WEXLER, et al.<br>50 Fountain Plaza, Suite 1700<br>Buffalo, NY 14202<br>Tel: 716-853-5100<br>blittle@lippes.com<br>sobrien@lippes.com |
| Jay I. Brody (Admitted Pro Hac Vice)<br>Gary S. Graifman (Admitted Pro Hac Vice)<br>KANTROWITZ, GOLDHAMER &<br>GRAIFMAN, P.C.<br>747 Chestnut Ridge Road<br>Chestnut Ridge, New York 10977<br>Tel: 845-356-2570<br>ggraifman@kgglaw.com<br>jbrody@kgglaw.com<br>Attorneys for Plaintiffs | Alessandro A. Apolito<br>LIPPES MATHIAS WEXLER, et al.<br>822 US Highway A1A, Suite 101<br>Ponte Vedra Beach, FL 32082<br>Tel: 904-660-0020<br>aapolito@lippes.com<br>Attorneys for ASquared Brands |
| Nicholas A. Migliaccio<br>Jason S. Rathod<br>MIGLIACCIO & RATHOD LLP<br>412 H Street N.E., Ste. 302<br>Washington, DC 20002<br>Tel: 202-470-3520<br>nmigliaccio@classlawdc.com<br>Attorneys for Plaintiffs | Leon N. Patricios (FBN 0012777)<br>ZIMPANO PATRICIOS, P.A.<br>312 Minorca Ave.<br>Coral Gables, FL 33134<br>Tel: 305-444-5565<br>Fax: 305-444-8588<br>lpatricios@zplaw.com<br>jzumpano@zplaw.com |
| | Richard J. Oparil (admitted *pro hac vice*)<br>ARNALL GOLDEN GREGORY<br>1775 Pennsylvania Ave., NW<br>Suite 1000<br>Washington, DC 20006 |

| | |
|---|---|
| Joseph A. Sorce<br>JOSEPH A. SORCE & ASSOCS., P.A.<br>999 Ponce de Leon Blvd., Suite 1020<br>Coral Gables, FL 33134<br>Tel: 305-529-8544<br>jsorce@flconstructionlawyer.com<br>Attorney for Defendants Khakiware, Inc.<br>and Healthy Way RX, LLC | T: 202-677-4030<br>Richard.oparil@agg.com<br>Attorneys for GMAX Central, LLC |
| Bretton I Pollack<br>Pollack, Pollack & Kogan, LLC<br>Courthouse Tower<br>44 W Flagler Street, Suite 2050<br>Miami, FL 33130<br>Tel: 305-373-9676<br>Brett.pollack@ppkfirm.com<br>B@birvingpollack.com<br>Attorneys for Inspire Now PTY LTD | Mark Migdal & Hayden<br>Yaniv Adar<br>Joshua A. Migdal<br>80 S.W. 8th Street<br>Suite 1999<br>Miami, FL 33130<br>Tel: 305-374-0440<br>yaniv@markmigdal.com<br>josh@markmigdal.com<br>eservice@markmigdal.com<br>Attorneys for Jolly Dollar Supply Company |