**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 19-22702-CV-WILLIAMS**

NOAH MALGERI, *et al.*,

      Plaintiff,

v.

VITAMINS BECAUSE LLC, *et al.*,

      Defendants.

_____/

## ORDER

      **THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report

and Recommendation (DE 414) ("*Report*") on Defendant aSquared Brands, LLC's

("*aSquared*") Motion for Bill of Costs (DE 387) and Defendants Vitamins Because, LLC's

and CT Health Solutions, LLC's (collectively, "*Vitamins Because*") Motion to Tax Cost

(DE 389).  In the Report, Magistrate Judge Torres recommends that the Court grant in

part and deny in part aSquared's Motion for Bill of Costs (DE 387) and grant in part and

deny in part Vitamins Because's Motion to Tax Cost (DE 389).  Specifically, the Report

finds that Defendants are entitled to recover certain costs, excluding those for (1)

unexplained invoices, (2) expedited handling costs, (3) service of process costs stemming

from meritless petitions; and (4) extraneous deposition related fees.  Plaintiffs filed

Objections to the Report (DE 415), to which Defendants aSquared and Vitamins Because

filed a Response (DE 417; DE 418).  The Court conducted a *de novo* review of the

portions of the Report to which Plaintiff objected and a review of the remainder of the

Report for clear error.

Having carefully reviewed the Report, the Objections, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 414) is **AFFIRMED AND ADOPTED**.

2. Defendant aSquared's Motion for Bill of Costs (DE 387) is **GRANTED IN PART AND DENIED IN PART**.

3. Defendant Vitamins Because's Motion to Tax Costs (DE 389) is **GRANTED IN PART AND DENIED IN PART**.

4. A cost judgment should be entered against Plaintiffs in the sum of $5,572.40 in favor of aSquared and $8,377.54 in favor of Vitamins Because.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>28th</u> day of September, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE